USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>                 Plaintiff,<br><br>v.<br><br>LAWRENCE D. LIEBER,<br><br>                 Defendant. | Civil Action No. 1:21-cv-07955-LAK |
| MARVEL CHARACTERS, INC.,<br><br>                 Plaintiff,<br><br>v.<br><br>PATRICK S. DITKO,<br>*in his capacity as Administrator of the Estate of Stephen J. Ditko,*<br><br>                 Defendant. | Civil Action No. 1:21-cv-07957-LAK |
| MARVEL CHARACTERS, INC.,<br><br>                 Plaintiff,<br><br>v.<br><br>KEITH A. DETTWILER,<br>*in his capacity as Executor of the Estate of Donald L. Heck,*<br><br>                 Defendant. | Civil Action No. 1:21-cv-07959-LAK |

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING
STATUS CONFERENCE**

WHEREAS, on October 15, 2021, the Court issued an order in the above-captioned

related cases, *see Marvel Characters, Inc. v. Lieber*, No. 21-cv-07955-LAK, ECF No. 24;

*Marvel Characters, Inc. v. Ditko*, No. 21-cv-07957-LAK; *Marvel Characters, Inc. v. Dettwiler*,

No. 21-cv-07959-LAK, ECF No. 20, directing the parties to confer regarding a scheduling order

and submit an agreed-upon schedule to the Court within 14 days if such schedule called for the

STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE
CASE NOS. 1:21-CV-07955-LAK, 1:21-CV-07957-LAK, AND 1:21-CV-07959-LAK

1

filing of the pretrial order not more than six months from October 15, 2021;

WHEREAS, the Court's October 15, 2021 order stated that, if such a consent order were not filed within the time provided, a video-conference invitation would be emailed to counsel setting a video-conference for 11:20 a.m. on November 2, 2021;

WHEREAS, counsel of record in the *Lieber*, *Dettwiler*, and *Ditko* actions are identical;

WHEREAS, the *Lieber*, *Dettwiler*, and *Ditko* parties have conferred and are not able to agree on a schedule that would call for filing the pretrial order within six months of October 15, 2021;

WHEREAS, Plaintiff's counsel is not available for a remote status conference on November 2, 2021 due to a previously-scheduled court conference in a criminal matter in the Eastern District of New York;

WHEREAS, Defendants consent to the adjournment of the status conference, subject to Court approval, due to the scheduling conflict of Plaintiff's counsel;

WHEREAS, the parties have conferred and are available for the status conference on November 10, 15, 16, or 18, 2021;

WHEREAS, no prior requests to adjourn a status conference have been made;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval by the Court, as follows:

The remote status conference to be scheduled for November 2, 2021, shall instead be scheduled for November 10, 2021, at 11:00. AM

Dated: October 18, 2021

Respectfully Submitted,

**O'MELVENY & MYERS LLP**

By: */s/ Allen W. Burton*
Allen W. Burton

Daniel M. Petrocelli*
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Danielle Feuer*
dfeuer@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Allen W. Burton
aburton@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Kendall Turner*
kendallturner@omm.com
1625 I Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

* Admitted pro hac vice in *Lieber* and *Dettwiler*; pro hac vice admission pending in *Ditko*

*Attorneys for Plaintiff Marvel Characters, Inc.*

STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE
CASE NOS. 1:21-CV-07955-LAK, 1:21-CV-07957-LAK, AND 1:21-CV-07959-LAK

3

Dated: October 18, 2021    By: /s/ Marc Toberoff
                               Marc Toberoff

TOBEROFF & ASSOCIATES, P.C.
mtoberoff@toberoffandassociates.com
23823 Pacific Coast Hwy, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorney for Defendants Lawrence D. Lieber, Patrick S. Ditko, and Keith A. Dettwiler*

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge

DATE: 10/19/21