# EXHIBIT A

## NOTICE OF TERMINATION

## "IRON MAN"

To:  Marvel Entertainment, LLC            Marvel Studios, LLC
      Marvel Worldwide, Inc.              MVL Rights, LLC
      Marvel Property, Inc.               MVL Development, LLC
      Marvel Characters, Inc.             Marvel Characters, Inc.
      1290 Avenue of the Americas     500 South Buena Vista Street
      New York, NY 10104             Burbank, CA 91521
      Attn: John Turitzin, Chief Counsel    Attn: David Galluzzi, Chief Counsel
           Eli Bard, Deputy Chief Counsel

      The Walt Disney Company       Marvel Animation Inc.
      500 South Buena Vista Street      623 Circle Seven Drive
      Burbank, CA 91521              Glendale, CA 91201
      Attn: Alan Braverman, General Counsel   Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. § 201.10, Keith A. Dettwiler, Executor of the Estate of Donald L. Heck, being the person entitled to terminate copyright transfers pursuant to said statutory provisions, hereby terminates all pre-January 1, 1978 exclusive or non-exclusive grants of the transfer or license of the renewal copyright(s) in and to the illustrated comic book story entitled "Iron Man is Born!," authored or co-authored by Donald L. Heck (a.k.a. Don Heck) and published in *Tales of Suspense* Vol. 1, No. 39, and sets forth in connection therewith the following:

      1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel Property, Inc., Marvel Characters, Inc., 1290 Avenue of the Americas, New York, NY 10104; Marvel Studios, LLC, MVL Rights, LLC, MVL Development, LLC, Marvel Characters, Inc., 500 South Buena Vista Street, Burbank, CA 91521; The Walt Disney Company, 500 South Buena

Vista Street, Burbank, CA 91521; and Marvel Animation Inc., 623 Circle Seven Drive, Glendale, CA 91201. Pursuant to 37 C.F.R. § 201.10(d), service of this notice is being made by First Class Mail, postage pre-paid to the above grantees or successors at the addresses shown.

2.      The copyrighted work (the "Work") to which this Notice of Termination applies is the illustrated comic book story entitled "Iron Man is Born!," authored or co-authored by Donald L. Heck (a.k.a. Don Heck),[1] which was published and embodied in *Tales of Suspense* Vol. 1, No. 39, (the Work includes this issue's cover page), which issue was registered with the U.S. Copyright Office by Vista Publications, Inc. on December 10, 1962 under Copyright Registration No. B12121, renewed on November 20, 1990 under Copyright Renewal Registration No. RE0000498065, and includes all the characters, story elements, and/or indicia appearing therein.[2]

3.      The grant(s) and/or transfer(s) to which this Notice of Termination applies is (are) made in that/those certain copyright assignment(s) on the back of the check(s) issued by Marvel Entertainment, LLC's predecessor company to Donald L. Heck, regarding the above-listed Work,

---

[1] This Notice of Termination also applies to all material authored or co-authored by Donald L. Heck (in any and all medium(s), whenever created) that was reasonably associated with the Work and was registered with the United States Copyright Office and/or published within the termination time window, as defined by 17 U.S.C. § 304(c), and the effective date of this Notice of Termination. This Notice of Termination likewise includes any character, story element, or indicia reasonably associated with the Work including, without limitation, Iron Man (a.k.a. Tony Stark), Professor Ho Yinsen, and Wong-Chu. Every reasonable effort has been made to find and list herein all such material. Nevertheless, if any such material has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted material.

[2] Pursuant to 37 C.F.R. § 201.10(b)(1)(iii), this Notice of Termination includes the name of at least one author of the Work to which this Notice of Termination applies. The listing herein of any corporation as copyright claimant is done per Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire," nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that Keith A. Dettwiler, as Executor of the Estate of Donald L. Heck, may have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

which was dated on or about the time of the publication of such Work.[3]

4. The effective date of termination shall be June 5, 2023.

5. Donald L. Heck died on February 23, 1995, with no surviving spouse, children or grandchildren. As such, Keith A. Dettwiler, as Executor of the Estate of Donald L. Heck, owns the termination interest of Donald L. Heck pursuant to 17 U.S.C. § 304(c)(2)(D), and is the person entitled to exercise the termination right as to the grant(s) identified herein. This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 304(c).

Dated:  June 4, 2021                              TOBEROFF & ASSOCIATES, P.C.

_____
Marc Toberoff

23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: (310) 246-3333

As counsel for and on behalf of Keith A.
Dettwiler, Executor of the Estate of
Donald L. Heck

---

[3] This Notice of Termination also applies to each and every grant or alleged grant by Donald L. Heck of rights under copyright in and to the Work that falls within the applicable termination time window (defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant and/or transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination applies as well to each and every such omitted grant and/or transfer.

3

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION to be served this 4th day of June, 2021, by First Class Mail,

postage prepaid, upon each of the following:

To:  Marvel Entertainment, LLC                    Marvel Studios, LLC
     Marvel Worldwide, Inc.                       MVL Rights, LLC
     Marvel Property, Inc.                        MVL Development, LLC
     Marvel Characters, Inc.                      Marvel Characters, Inc.
     1290 Avenue of the Americas                  500 South Buena Vista Street
     New York, NY 10104                           Burbank, CA 91521
     Attn: John Turitzin, Chief Counsel           Attn: David Galluzzi, Chief Counsel
          Eli Bard, Deputy Chief Counsel

     The Walt Disney Company                      Marvel Animation Inc.
     500 South Buena Vista Street                 623 Circle Seven Drive
     Burbank, CA 91521                            Glendale, CA 91201
     Attn: Alan Braverman, General Counsel        Attn: Legal Department


I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th

day of June, 2021, at Malibu, California.


_____
Breck Kadaba
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265

Counsel for Keith A. Dettwiler,
Executor of the Estate of Donald L. Heck

## NOTICE OF TERMINATION

## "BLACK WIDOW"

To:  Marvel Entertainment, LLC                    Marvel Studios, LLC
     Marvel Worldwide, Inc.                        MVL Rights, LLC
     Marvel Property, Inc.                         MVL Development, LLC
     Marvel Characters, Inc.                       Marvel Characters, Inc.
     1290 Avenue of the Americas                   500 South Buena Vista Street
     New York, NY 10104                            Burbank, CA 91521
     Attn: John Turitzin, Chief Counsel            Attn: David Galluzzi, Chief Counsel
         Eli Bard, Deputy Chief Counsel

     The Walt Disney Company                       Marvel Animation Inc.
     500 South Buena Vista Street                  623 Circle Seven Drive
     Burbank, CA 91521                             Glendale, CA 91201
     Attn: Alan Braverman, General Counsel         Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright
Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37
C.F.R. § 201.10, Michele Hart-Rico and Buz Donato F. Rico III, the widow and son, respectively,
of author Donato Francisco Rico II, and Keith A. Dettwiler, the Executor of the Estate of author
Donald L. Heck, being the persons entitled to terminate copyright transfers by each author,
respectively, pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978
exclusive or non-exclusive grants of the transfer or license of the renewal copyright(s) in and to
the illustrated comic book stories entitled "The Crimson Dynamo Strikes Again!" and "The Black
Widow Strikes Again!," co-authored by Donato Francisco Rico II (a.k.a. Don Rico, a.k.a. N.
Korok) and Donald L. Heck (a.k.a. Don Heck), and published in *Tales of Suspense* Vol. 1, Nos.
52 and 53, respectively, and set forth in connection therewith the following:

1.      The names and addresses of the grantees and/or successors in title whose rights are
being terminated are as follows: Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel

Property, Inc., Marvel Characters, Inc., 1290 Avenue of the Americas, New York, NY 10104;

Marvel Studios, LLC, MVL Rights, LLC, MVL Development, LLC, Marvel Characters, Inc., 500

South Buena Vista Street, Burbank, CA 91521; The Walt Disney Company, 500 South Buena

Vista Street, Burbank, CA 91521; and Marvel Animation Inc., 623 Circle Seven Drive, Glendale,

CA 91201. Pursuant to 37 C.F.R. § 201.10(d), service of this notice is being made by First Class

Mail, postage pre-paid to the above grantees or successors at the addresses shown.

2.      The copyrighted works (individually, "Work"; collectively, the "Works") to which

this Notice of Termination applies are the illustrated comic book stories entitled "The Crimson

Dynamo Strikes Again!" and "The Black Widow Strikes Again!," co-authored by Donato

Francisco Rico II (a.k.a. Don Rico, a.k.a. N. Korok) and Donald L. Heck (a.k.a. Don Heck),[1] which

were published and embodied in *Tales of Suspense,* Vol. 1, Nos. 52 and 53, respectively (and each

Work includes these issues' respective cover pages).  *Tales of Suspense,* Vol. 1, No. 52 was

registered with the U.S. Copyright Office by Vista Publications, Inc. on January 10, 1964, under

Copyright Registration No. B86107, and renewed on December 27, 1991, under Copyright

Renewal Registration No. RE0000559331.  *Tales of Suspense,* Vol. 1, No. 53 was registered with

the U.S. Copyright Office by Vista Publications, Inc. on February 11, 1964, under Copyright

Registration No. B93260, and renewed on December 15, 1992, under Copyright Renewal

---

[1] This Notice of Termination also applies to all material authored or co-authored by Donato Francisco Rico II or Donald L. Heck (in any and all medium(s), whenever created) that was reasonably associated with the Works and was registered with the United States Copyright Office and/or published within the termination time window, as defined by 17 U.S.C. § 304(c), and the effective date of this Notice of Termination. This Notice of Termination likewise includes any character, story element, or indicia reasonably associated with the Works including, Black Widow (a.k.a. Natalia Romanova, a.k.a. Natasha Romanoff), Iron Man (a.k.a. Tony Stark), Crimson Dynamo (a.k.a. Anton Vanko), Boris Turgenov, Happy Hogan, Pepper Potts, Igor, Stansky, Senator Harrington Byrd, and Mata Hari. Every reasonable effort has been made to find and list herein all such material. Nevertheless, if any such material has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted material.

2

Registration No. RE0000599639. The Works include all the characters, story elements, and/or indicia appearing therein.[2]

3.　　　The grant(s) and/or transfer(s) to which this Notice of Termination applies was (were) made in that (those) certain copyright assignments on the back of the check(s) issued by Marvel Entertainment, LLC's ("Marvel") predecessor company(ies) to Donato Francisco Rico II and Donald L. Heck, respectively, with respect to the above-listed Works, which was (were) dated on or about the time of the respective publication of such Works, as well as any other grant(s) regarding the Works by Donato Francisco Rico II and/or Donald L. Heck to Marvel's predecessor(s).[3]

4.　　　The effective date of termination shall be June 11, 2023.

5.　　　Donald L. Heck died on February 23, 1995, with no surviving spouse, children or grandchildren. Keith A. Dettwiler, as Executor of the Estate of Donald L. Heck, owns the termination interest of Donald L. Heck pursuant to 17 U.S.C. § 304(c)(2)(D), and is the person entitled to exercise the termination right as to the grant(s) identified herein. Donato Francisco Rico II died on March 27, 1985. His surviving spouse, Michele Hart-Rico, and son, Buz Donato F. Rico

---

[2] Pursuant to 37 C.F.R. § 201.10(b)(1)(iii), this Notice of Termination includes the name of at least one author of each Work to which this Notice of Termination applies. The listing herein of any corporation as copyright claimant is done per Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire," nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that Michele Hart-Rico, Buz Donato F. Rico III and/or Keith A. Dettwiler, as Executor of the Estate of Donald L. Heck, may have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] This Notice of Termination also applies to each and every grant or alleged grant by Donato Francisco Rico II and/or Donald L. Heck of rights under copyright in and to the Work(s) that falls within the applicable termination time window (defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant and/or transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination applies as well to each and every such omitted grant and/or transfer.

III, are the persons entitled to exercise the termination right pursuant to 17 U.S.C. § 304(c)(2)(A) and (B), respectively, as to the grant(s) identified herein.  This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 304(c).

Dated: June 10, 2021                          TOBEROFF & ASSOCIATES, P.C.

_____

Marc Toberoff

23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Tel: (310) 246-3333

As counsel for and on behalf of Michele Hart-Rico, Buz Donato F. Rico III and Keith A. Dettwiler, Executor of the Estate of Donald L. Heck

4

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION to be served this 10th day of June, 2021, by First Class Mail,

postage prepaid, upon each of the following:

To:  Marvel Entertainment, LLC              Marvel Studios, LLC
     Marvel Worldwide, Inc.                 MVL Rights, LLC
     Marvel Property, Inc.                  MVL Development, LLC
     Marvel Characters, Inc.                Marvel Characters, Inc.
     1290 Avenue of the Americas            500 South Buena Vista Street
     New York, NY 10104                     Burbank, CA 91521
     Attn: John Turitzin, Chief Counsel     Attn: David Galluzzi, Chief Counsel
          Eli Bard, Deputy Chief Counsel

     The Walt Disney Company                Marvel Animation Inc.
     500 South Buena Vista Street           623 Circle Seven Drive
     Burbank, CA 91521                      Glendale, CA 91201
     Attn: Alan Braverman, General Counsel  Attn: Legal Department


I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th

day of June, 2021, at Malibu, California.


Breck Kadaba
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265

Counsel for Michele Hart-Rico, Buz Donato
F. Rico III and Keith A. Dettwiler, Executor
of the Estate of Donald L. Heck

## NOTICE OF TERMINATION

### "HAWKEYE, IRON MAN, and BLACK WIDOW"

To:  Marvel Entertainment, LLC
     Marvel Worldwide, Inc.
     Marvel Property, Inc.
     Marvel Characters, Inc.
     1290 Avenue of the Americas
     New York, NY 10104
     Attn: John Turitzin, Chief Counsel
          Eli Bard, Deputy Chief Counsel

     The Walt Disney Company
     500 South Buena Vista Street
     Burbank, CA 91521
     Attn: Alan Braverman, General Counsel

     Marvel Studios, LLC
     MVL Rights, LLC
     MVL Development, LLC
     Marvel Characters, Inc.
     500 South Buena Vista Street
     Burbank, CA 91521
     Attn: David Galluzzi, Chief Counsel

     Marvel Animation Inc.
     623 Circle Seven Drive
     Glendale, CA 91201
     Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. § 201.10, Keith A. Dettwiler, Executor of the Estate of author Donald L. Heck, being the person entitled to terminate copyright transfers by the author pursuant to said statutory provisions, hereby terminates all pre-January 1, 1978 exclusive or non-exclusive grants of the transfer or license of the renewal copyright(s) in and to the illustrated comic book stories, many of which feature the characters Hawkeye (a.k.a. Clinton Barton), Iron Man (a.k.a. Tony Stark), and/or Black Widow (a.k.a. Natasha Romanoff), authored or co-authored by Donald L. Heck (a.k.a. Don Heck) and published in the respective comic book issues listed in paragraph 2 of this Notice, all as set forth below:

1.      The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel Property, Inc., Marvel Characters, Inc., 1290 Avenue of the Americas, New York, NY 10104;

Marvel Studios, LLC, MVL Rights, LLC, MVL Development, LLC, Marvel Characters, Inc., 500

South Buena Vista Street, Burbank, CA 91521; The Walt Disney Company, 500 South Buena

Vista Street, Burbank, CA 91521; and Marvel Animation Inc., 623 Circle Seven Drive, Glendale,

CA 91201. Pursuant to 37 C.F.R. § 201.10(d), service of this Notice is being made by First Class

Mail, postage pre-paid to the above grantees or successors at the addresses shown.

    2.    The copyrighted work(s) to which this Notice of Termination apply(ies)

(individually, the "Work"; collectively, the "Works") are the illustrated comic book story(ies),

many of which feature the characters Hawkeye (a.k.a. Clinton Barton), Iron Man (a.k.a. Tony

Stark), and/or Black Widow (a.k.a. Natasha Romanoff), authored or co-authored by Donald L.

Heck (a.k.a. Don Heck),[1] along with all the characters, story elements, and/or indicia appearing

---

[1] This Notice of Termination also applies to all material authored or co-authored by Donald L. Heck (in any and all medium(s), whenever created) that was reasonably associated with the Works and was registered with the United States Copyright Office and/or published within the termination time window, as defined by 17 U.S.C. § 304(c), and the effective date of this Notice of Termination. This Notice of Termination likewise includes any character, story element, or indicia reasonably associated with the Works including, without limitation, Hawkeye (a.k.a. Clinton Barton), Iron Man (a.k.a. Tony Stark), Happy Hogan, Pepper Potts, Black Widow (a.k.a. Natasha Romanoff), Stark Industries characters (Parker, Charlie, Pete, Jim, Evans, Bill Segrist, Jack, Sam, Adams, Gayle, Joe, Mac, Kelsey), Albert Cragg, King Tut-Am-Tut, Silvester J. Meek, Daisy Printwhistle, Ralph Avery, Henry Mathews, Sgt. Ogg, Gargantus, Professor Ford, the Red Barbarian, the Actor, Gregori, Queen Kala, Baxu, the Mad Pharoah, Jack Frost (a.k.a. Gregor Shapanka), Crimson Dynamo (a.k.a. Anton Vanko), Senator Harrington Byrd, Melter (a.k.a. Bruno Horgan), Ms. Glitter, Mandarin, General Ho Lee, Scarecrow (a.k.a. Ebenezer Laughton), Veronica Vogue, Unicorn (a.k.a. Milos Masaryk), Thor (a.k.a. Dr. Donald Blake), Giant-Man (a.k.a. Hank Pym), Wasp (a.k.a. Janet Van Dyne), Captain America (a.k.a. Steve Rogers), Chameleon, Kraven the Hunter, Hellhorse, Black Knight, Inspector Flint, Sergi Amkov, Koto, Axonn-Karr, Phantom (a.k.a. Donald Birch), Brushnev, Weasel Wills, Attuma, the Atlanteans, Dream Master (a.k.a. Luchino Neferia), the Froma (Edam, Gouda, Colby, Havarti), Titanium Man (a.k.a. Boris Bullski), Countess Stephanie de la Spiroza, Doctor Schiller, Mad Thinker, Awesome Android, Wolfgang Brenner, Bucky Barnes, Heinrich Zemo, Wonder Man (a.k.a. Simon Williams), Baron Zemo, Enchantress (a.k.a. Amora), Executioner (a.k.a. Skurge), Rick Jones, Jane Foster, Odin, Radioactive Man, Mysterio, Magneto (a.k.a. Max Eisenhardt), Doctor Doom, Mole Man, Monk (a.k.a. Gordon Keefer), Red Ghost (a.k.a. Ivan Kragoff), Miss Mayhew, Hulk (a.k.a. Bruce Banner), Invisible Girl (a.k.a. Susan Storm), Mister Fantastic (a.k.a. Reed Richards), The Thing (a.k.a. Benjamin Grimm), Human Torch, Count Nefaria, Dr. Hjarmal Svenson, Ogor, the Yirbek, The Watcher (a.k.a. Uatu), Elendil, Scarlet Witch (a.k.a. Wanda Maximoff), Quicksilver (a.k.a. Pietro Maximoff), Minotaur, the Moloids, Leader (a.k.a. Samuel Sterns), Major Glenn Talbot, Edwin Jarvis, Commissar, Major Hoy, Nick Fury, Swordsman (a.k.a. Jacques Duquesne), Hydra, Blackie Barker, Carson Carnival, Zheng Zu, Power Man (a.k.a. Erik Josten), Wonder Man (a.k.a. Simon Williams), Ringmaster (a.k.a. Maynard Tiboldt),

therein, which stories were published and embodied in the comic book issues identified as follows:

| Title | Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| *Tales of Suspense* Vol. 1, No. 34 | Vista Publications, Inc. | 7/10/1962 | B982805 |

Princess Python (a.k.a. Zelda DuBois), Bruto the Strong Man (a.k.a. Bruce Olafson), Cannonball (a.k.a. Jack Pulver), Clown (a.k.a. Eliot Franklin), Ernesto & Luigi Gambonno, Ravonna Renslayer, King Carelius, Kang (a.k.a. Nathanial Richards), Baltag, Rama-Tut, The Beetle (a.k.a. Abner Jenkins), Namor the Sub-Mariner, Collector (a.k.a. Taneleer Tivan), Sam Hill, Chet Brinkley, Goliath (a.k.a. Hank Pym), Major Gordon Carlson, Dr. Yen, Hu Chen, Prince Rey, Keeper of the Flame, Dr. Franz Anton, Bill Foster, the Sons of the Serpent, Supreme Serpent, Living Laser (a.k.a. Arthur Parks), Lucy Barton, the Costa Verde Rebels (Carlos, Juan, Manuel, Valdez), Ultrana, Ixar The Invincible, Hercules, Ares, Jasper Sitwell, Dum-Dum Dugan, Hammerhead, Piledriver, Thunderboot, Diomedes Mares, Amalga-Beast, General Thaddeus Ross, Super-Adaptoid, Dr. Dane Whitman, Toad (a.k.a. Mortimer Toynbee), Vision, Black Panther (a.k.a. T'Challa), Captain Marvel (a.k.a. Mar-Vell), Grim Reaper (a.k.a. Eric Williams), Space Phantom, Immortus, Edwin Jarvis, Imus Champion, Crystal (a.k.a. Crystalia Amaquelin), Lockjaw, Piper, Daredevil (a.k.a. Matthew Murdock), Cyclops (a.k.a. Scott Summers), Marvel Girl (a.k.a. Jean Grey), Professor X (a.k.a. Charles Xavier), Iceman (a.k.a. Bobby Drake), Mastermind (a.k.a. Jason Wyngarde), the Savage Land Mutants, Mantis (a.k.a. Brandt), Lion God (a.k.a. Hathor-Sekhmet), Tom Fagan, Loki Laufeyson, the Zodiac Crime Cartel, Damian Link, Khruul, Star-Stalker (a.k.a. Varanus), Spider-Man (a.k.a. Peter Parker), Aunt May Reilly, J. Jonah Jameson, Frederick Foswell, Ultimo, Scarlet Centurion (a.k.a. Nathaniel Richards), Angel (a.k.a Warren Worthington III), Beast (a.k.a. Henry McCoy), Doctor Strange (a.k.a. Stephen Strange), Gabriel Jones, Mister Hyde (a.k.a. Calvin Zabo), Sandman, Doctor Octopus, Electro, Imperial Hydra (a.k.a. Arnold Brown), Agent G (a.k.a. Laura Brown), Fixer (a.k.a. Norbert Ebersol), Druid (a.k.a. Dredmund Cromwell), Count Bornag Royale, Val-Larr, Shar-Khan, Eddie March, Firebrand (a.k.a. Gary Gilbert), Lyle Bradshaw, Helene Davis, Controller (a.k.a. Basil Sandhurst), Howard Stark, Meredith McCall, Creighton McCall, Eric Thorne, The Overseer, Myrmidion, Professor Goro Watanabe, Fujiko Watanabe, Zoga the Unthinkable, Monster Master, Kevin O'Brien, Mastermind, Bullwhip Grogan, Major Hubert Ffoulkes, Kathy Ffoulkes, Spymaster (a.k.a. Ted Calloway), Marya Penskiyov, Samson Washington, Farley London, Godfried Herter, Roger Phillips, Belinda Thompkins, Janice Cord, Madame Masque (a.k.a. Giuletta Nefaria), Foggy Nelson, Marianne Rodgers, Ramrod, Klark, Foreman, C-1, the Changers, S'Tan'D'Ard, Ivan Petrovich, Kerwin Broderick, Moondragon (a.k.a .Heather Douglas), Jason Sloan, Paul Carson, Lucretia Jones, Terrex, Dark Messiah (a.k.a. Mordecai Jones), Angar the Screamer, Ashley Sanders, Kazantra, Emlot, Thanos, Eros, Robert O'Hara, Candace Nelson, Shanna the She-Devil, Beetle (a.k.a. Abner Jenkins), Nekra Sinclair, Biri, Ina, Blackwing (a.k.a. Joseph Manfredi), Crusher (a.k.a. Juan Aponte), Dr. Jakkelburr, Crusher (a.k.a. Caldwell Rozza), Pop Fenton, Father Gawaine, Roscoe Sweeney, and Jack Murdock. Every reasonable effort has been made to find and list herein all such material. Nevertheless, if any such material has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted material.

[2] Pursuant to 37 C.F.R. § 201.10(b)(1)(iii), this Notice of Termination includes the name of at least one author of each Work to which this Notice of Termination applies. The listing herein of any corporation as copyright claimant is done per Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire," nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that Keith A. Dettwiler, as Executor of the Estate of Donald L. Heck, may have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

| | | | |
|---|---|---|---|
| *Tales of Suspense* Vol. 1, No. 35 | Vista Publications, Inc. | 8/9/1962 | B988506 |
| *Tales of Suspense* Vol. 1, No. 36 | Vista Publications, Inc. | 9/11/1962 | B992188 |
| *Tales of Suspense* Vol. 1, No. 38 | Vista Publications, Inc. | 11/8/1962 | B6029 |
| *Tales of Suspense* Vol. 1, No. 40 | Vista Publications, Inc. | 1/10/1963 | B17487 |
| *Tales of Suspense* Vol. 1, No. 42 | Vista Publications, Inc. | 3/12/1963 | B28148 |
| *Tales of Suspense* Vol. 1, No. 43 | Vista Publications, Inc. | 4/9/1963 | B34035 |
| *Tales of Suspense* Vol. 1, No. 44 | Vista Publications, Inc. | 5/9/1963 | B37740 |
| *Tales of Suspense* Vol. 1, No. 45 | Vista Publications, Inc. | 6/11/1963 | B45566 |
| *Tales of Suspense* Vol. 1, No. 46 | Vista Publications, Inc. | 7/9/1963 | B50166 |
| *Tales of Suspense* Vol. 1, No. 47 | Vista Publications, Inc. | 8/8/1963 | B57877 |
| *Tales of Suspense* Vol. 1, No. 50 | Vista Publications, Inc. | 11/12/1963 | B72338 |
| *Tales of Suspense* Vol. 1, No. 51 | Vista Publications, Inc. | 12/9/1963 | B79627 |
| *Tales of Suspense* Vol. 1, No. 54 | Vista Publications, Inc. | 3/10/1964 | B96819 |
| *Tales of Suspense* Vol. 1, No. 55 | Vista Publications, Inc. | 4/9/1964 | B102933 |
| *Tales of Suspense* Vol. 1, No. 56 | Vista Publications, Inc. | 5/12/1964 | B112135 |
| *Tales of Suspense* Vol. 1, No. 57[3] | Vista Publications, Inc. | 6/9/1964 | B127513 |
| *Tales of Suspense* Vol. 1, No. 58 | Vista Publications, Inc. | 7/9/1964 | B121800 |
| *Tales of Suspense* Vol. 1, No. 59 | Vista Publications, Inc. | 8/11/1964 | B129012 |
| *Tales of Suspense* Vol. 1, No. 60 | Vista Publications, Inc. | 9/8/1964 | B136452 |
| *Tales of Suspense* Vol. 1, No. 61 | Vista Publications, Inc. | 10/8/1964 | B140638 |
| *Tales of Suspense* Vol. 1, No. 62 | Vista Publications, Inc. | 11/10/1964 | B147183; B147182 |
| *Tales of Suspense* Vol. 1, No. 63 | Vista Publications, Inc. | 12/10/1964 | B157777 |
| *Tales of Suspense* Vol. 1, No. 64 | Vista Publications, Inc. | 1/12/1965 | B162027 |
| *Tales of Suspense* Vol. 1, No. 65 | Vista Publications, Inc. | 2/11/1965 | B167560 |
| *Tales of Suspense* Vol. 1, No. 66 | Vista Publications, Inc. | 3/11/1965 | B173314 |
| *Tales of Suspense* Vol. 1, No. 67 | Vista Publications, Inc. | 4/8/1965 | B179810 |
| *Tales of Suspense* Vol. 1, No. 68 | Vista Publications, Inc. | 5/11/1965 | B190444 |
| *Tales of Suspense* Vol. 1, No. 69 | Vista Publications, Inc. | 6/8/1965 | B196228 |
| *Tales of Suspense* Vol. 1, No. 70 | Vista Publications, Inc. | 7/8/1965 | B200688 |
| *Tales of Suspense* Vol. 1, No. 71 | Vista Publications, Inc. | 8/10/1965 | B208273 |
| *Tales of Suspense* Vol. 1, No. 72 | Vista Publications, Inc. | 9/9/1965 | B215982 |
| *Tales of Suspense* Vol. 1, No. 80 | Vista Publications, Inc. | 5/10/1966 | B277430 |
| *The Avengers* Vol. 1, No. 9 | Vista Publications, Inc. | 8/11/1964 | B129023 |
| *The Avengers* Vol. 1, No. 10 | Vista Publications, Inc. | 9/8/1964 | B136448 |
| *The Avengers* Vol. 1, No. 11 | Vista Publications, Inc. | 10/8/1964 | B140637 |
| *The Avengers* Vol. 1, No. 12 | Vista Publications, Inc. | 11/10/1964 | B147194 |
| *The Avengers* Vol. 1, No. 13 | Vista Publications, Inc. | 12/10/1964 | B157767 |
| *The Avengers* Vol. 1, No. 14 | Vista Publications, Inc. | 1/12/1965 | B162020 |
| *The Avengers* Vol. 1, No. 15 | Vista Publications, Inc. | 2/11/1965 | B167559 |
| *The Avengers* Vol. 1, No. 17 | Vista Publications, Inc. | 4/8/1965 | B179820 |
| *The Avengers* Vol. 1, No. 18 | Vista Publications, Inc. | 5/11/1965 | B190438 |

---

[3] The character Hawkeye (a.k.a. Clinton Barton) first appears in the illustrated comic book story entitled "Hawkeye, the Marksman!," authored or co-authored by Donald L. Heck (a.k.a. Don Heck), which story was published and embodied in *Tales of Suspense*, Vol. 1, No. 57.

| | | | |
|---|---|---|---|
| *The Avengers* Vol. 1, No. 19 | Vista Publications, Inc. | 6/8/1965 | B196232 |
| *The Avengers* Vol. 1, No. 20 | Vista Publications, Inc. | 7/8/1965 | B200685 |
| *The Avengers* Vol. 1, No. 21 | Vista Publications, Inc. | 8/10/1965 | B208269 |
| *The Avengers* Vol. 1, No. 22 | Vista Publications, Inc. | 9/9/1965 | B215972 |
| *The Avengers* Vol. 1, No. 23 | Vista Publications, Inc. | 10/12/1965 | B229407 |
| *The Avengers* Vol. 1, No. 24 | Vista Publications, Inc. | 11/11/1965 | B229428 |
| *The Avengers* Vol. 1, No. 25 | Vista Publications, Inc. | 12/9/1965 | B238355 |
| *The Avengers* Vol. 1, No. 26 | Vista Publications, Inc. | 1/11/1966 | B241515 |
| *The Avengers* Vol. 1, No. 27 | Vista Publications, Inc. | 2/10/1966 | B248222 |
| *The Avengers* Vol. 1, No. 28 | Vista Publications, Inc. | 3/10/1966 | B251728 |
| *The Avengers* Vol. 1, No. 29 | Vista Publications, Inc. | 4/12/1966 | B257747 |
| *The Avengers* Vol. 1, No. 30 | Vista Publications, Inc. | 5/10/1966 | B277439 |
| *The Avengers* Vol. 1, No. 31 | Vista Publications, Inc. | 6/9/1966 | B277444 |
| *The Avengers* Vol. 1, No. 32 | Vista Publications, Inc. | 7/7/1966 | B277406 |
| *The Avengers* Vol. 1, No. 33 | Vista Publications, Inc. | 8/9/1966 | B282916 |
| *The Avengers* Vol. 1, No. 34 | Vista Publications, Inc. | 9/8/1966 | B293900 |
| *The Avengers* Vol. 1, No. 35 | Vista Publications, Inc. | 10/11/1966 | B296617 |
| *The Avengers* Vol. 1, No. 36 | Vista Publications, Inc. | 11/10/1966 | B302930 |
| *The Avengers* Vol. 1, No. 37 | Vista Publications, Inc. | 12/8/1966 | B310284 |
| *The Avengers* Vol. 1, No. 38 | Vista Publications, Inc. | 1/10/1967 | B315404 |
| *The Avengers* Vol. 1, No. 39 | Vista Publications, Inc. | 2/14/1967 | B322263 |
| *The Avengers* Vol. 1, No. 40 | Vista Publications, Inc. | 3/14/1967 | B329292 |
| *The Avengers* Vol. 1, No. 45 | Vista Publications, Inc. | 8/8/1967 | B370526 |
| *The Avengers* Vol. 1, No. 47 | Vista Publications, Inc. and Marvel Comics Group | 10/10/1967 | B463098 |
| *The Avengers* Vol. 1, No. 108 | Magazine Management Co., Inc. and Marvel Comics Group | 10/10/1972 | B796067 |
| *The Avengers* Vol. 1, No. 109 | Magazine Management Co., Inc. and Marvel Comics Group | 11/7/1972 | B800183 |
| *The Avengers* Vol. 1, No. 110 | Marvel Comics Group, a division of Cadence Industries Corp. | 12/12/1972 | B808199 |
| *The Avengers* Vol. 1, No. 111 | Marvel Comics Group, a division of Cadence Industries Corp. | 1/23/1973 | B815040 |
| *The Avengers* Vol. 1, No. 112 | Marvel Comics Group, a division of Cadence Industries Corp. | 2/20/1973 | B825209 |
| *The Avengers* Vol. 1, No. 119 | Marvel Comics Group, a division of Cadence Industries Corporation | 9/11/1973 | B879196 |
| *The Avengers* Vol. 1, No. 120 | Marvel Comics Group, a division of Cadence Industries Corporation | 10/9/1973 | B883948 |
| *The Avengers* Vol. 1, No. 121 | Marvel Comics Group, a division of Cadence Industries Corporation | 11/6/1973 | B891750 |
| *The Avengers* Vol. 1, No. 123 | Marvel Comics Group, a division of Cadence Industries Corporation | 1/15/1974 | B906645 |
| *The Avengers Annual* Vol. 1, No. 1 | Vista Publications, Inc. | 7/11/1967 | B361059 |
| *The Avengers Annual* | Vista Publications, Inc. | 7/16/1968 | B506340 |

| | | | |
|---|---|---|---|
| Vol. 1, No. 2 | and Marvel Comics Group | | |
| *Amazing Spider-Man Annual* Vol. 1, No. 3 | Non-Pariel Pub. Corp. | 8/2/1966 | B282923 |
| *The X-Men* Vol. 1, No. 45 | Canam Publishers Sales Corp. and Marvel Comics Group | 4/9/1968 | B465024 |
| *Giant-Size Avengers* Vol. 1, No. 4 | Marvel Comics Group, a division of Cadence Industries Corporation | 2/11/1975 | B8155 |
| *Strange Tales* Vol. 1, No. 101 | Vista Publications, Inc. | 7/10/1962 | B982809 |
| *Strange Tales* Vol. 1, No. 103 | Vista Publications, Inc. | 9/11/1962 | B992202 |
| *Strange Tales* Vol. 1, No. 105 | Vista Publications, Inc. | 11/8/1962 | B6037 |
| *Strange Tales* Vol. 1, No. 140 | Vista Publications, Inc. | 10/12/1965 | B229414 |
| *Strange Tales* Vol. 1, No. 145 | Vista Publications, Inc. | 3/10/1966 | B251650 |
| *Strange Tales* Vol. 1, No. 146 | Vista Publications, Inc. | 4/12/1966 | B257744 |
| *Strange Tales* Vol. 1, No. 147 | Vista Publications, Inc. | 5/10/1966 | B277438 |
| *Strange Tales* Vol. 1, No. 148 | Vista Publications, Inc. | 6/9/1966 | B277453 |
| *Iron Man* Vol. 1, No. 26 | Magazine Management Co., Inc. and Marvel Comics Group | 2/10/1970 | B576026 |
| *Iron Man* Vol. 1, No. 27 | Magazine Management Co., Inc. and Marvel Comics Group | 3/10/1970 | B578596 |
| *Iron Man* Vol. 1, No. 28 | Magazine Management Co., Inc. and Marvel Comics Group | 4/7/1970 | B586686 |
| *Iron Man* Vol. 1, No. 29 | Magazine Management Co., Inc. and Marvel Comics Group | 5/5/1970 | B598585 |
| *Iron Man* Vol. 1, No. 30 | Magazine Management Co., Inc. and Marvel Comics Group | 6/9/1970 | B598593 |
| *Iron Man* Vol. 1, No. 31 | Magazine Management Co., Inc. and Marvel Comics Group | 7/7/1970 | B609527 |
| *Iron Man* Vol. 1, No. 33 | Magazine Management Co., Inc. and Marvel Comics Group | 9/8/1970 | B619554 |
| *Iron Man* Vol. 1, No. 34 | Magazine Management Co., Inc. and Marvel Comics Group | 10/6/1970 | B630204 |
| *Iron Man* Vol. 1, No. 35 | Magazine Management Co., Inc. and Marvel Comics Group | 11/3/1970 | B631979 |
| *Iron Man* Vol. 1, No. 36 | Magazine Management Co., Inc. and Marvel Comics Group | 12/8/1970 | B638041 |
| *Iron Man* Vol. 1, No. 37 | Magazine Management Co., Inc. and Marvel Comics Group | 1/5/1971 | B648132 |
| *Daredevil* Vol. 1, No. 103 | Marvel Comics Group, a division of Cadence Industries Corporation | 5/8/1973 | B846892 |
| *Daredevil* Vol. 1, No. 104 | Marvel Comics Group, a division of Cadence Industries Corporation | 6/5/1973 | B856874 |
| *Daredevil* Vol. 1, No. 105 | Marvel Comics Group, a division of Cadence Industries Corporation | 7/3/1973 | B857157 |
| *Daredevil* Vol. 1, No. 106 | Marvel Comics Group, a division of Cadence Industries Corporation | 7/31/1973 | B866413 |

| | | | |
|---|---|---|---|
| *Daredevil* Vol. 1, No. 109 | Marvel Comics Group, a division of Cadence Industries Corporation | 1/1/1974 | B906651 |
| *Daredevil* Vol. 1, No. 118 | Marvel Comics Group, a division of Cadence Industries Corporation | 10/8/1974 | B974901 |
| *Daredevil* Vol. 1, No. 119 | Marvel Comics Group, a division of Cadence Industries Corporation | 11/5/1974 | B989055 |

3.       The grant(s) and/or transfer(s) to which this Notice of Termination applies was (were) made in that (those) certain copyright assignment(s) on the back of the check(s) issued by Marvel Entertainment, LLC's ("Marvel") predecessor company(ies) to Donald L. Heck, regarding the above-listed Works, which was (were) dated on or about the time of the publication of such Works, as well as any other grant(s) regarding the Work by Donald L. Heck to Marvel's predecessor(s).[4]

4.       The effective date of termination for each respective Work shall be as follows:

| Title: | Effective Date of Termination: |
|---|---|
| *Tales of Suspense* Vol. 1, No. 34 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 35 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 36 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 38 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 40 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 42 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 43 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 44 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 45 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 46 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 47 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 50 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 51 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 54 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 55 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 56 | July 3, 2023 |

---

[4] This Notice of Termination also applies to each and every grant or alleged grant by Donald L. Heck of rights under copyright in and to the Works that falls within the applicable termination time window (defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant and/or transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination applies as well to each and every such omitted grant and/or transfer.

| | |
|---|---|
| *Tales of Suspense* Vol. 1, No. 57 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 58 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 59 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 60 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 61 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 62 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 63 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 64 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 65 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 66 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 67 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 68 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 69 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 70 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 71 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 72 | July 3, 2023 |
| *Tales of Suspense* Vol. 1, No. 80 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 9 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 10 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 11 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 12 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 13 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 14 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 15 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 17 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 18 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 19 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 20 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 21 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 22 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 23 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 24 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 25 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 26 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 27 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 28 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 29 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 30 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 31 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 32 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 33 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 34 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 35 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 36 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 37 | July 3, 2023 |

| | |
|---|---|
| *The Avengers* Vol. 1, No. 38 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 39 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 40 | July 3, 2023 |
| *The Avengers* Vol. 1, No. 45 | August 9, 2023 |
| *The Avengers* Vol. 1, No. 47 | October 11, 2023 |
| *The Avengers* Vol. 1, No. 108 | October 11, 2028 |
| *The Avengers* Vol. 1, No. 109 | November 8, 2028 |
| *The Avengers* Vol. 1, No. 110 | December 13, 2028 |
| *The Avengers* Vol. 1, No. 111 | January 24, 2029 |
| *The Avengers* Vol. 1, No. 112 | February 21, 2029 |
| *The Avengers* Vol. 1, No. 119 | September 12, 2029 |
| *The Avengers* Vol. 1, No. 120 | October 10, 2029 |
| *The Avengers* Vol. 1, No. 121 | November 7, 2029 |
| *The Avengers* Vol. 1, No. 123 | January 16, 2030 |
| *The Avengers Annual* Vol. 1, No. 1 | July 12, 2023 |
| *The Avengers Annual* Vol. 1, No. 2 | July 17, 2024 |
| *Amazing Spider-Man Annual* Vol. 1, No. 3 | July 3, 2023 |
| *The X-Men* Vol. 1, No. 45 | April 10, 2024 |
| *Giant-Size Avengers* Vol. 1, No. 4 | February 12, 2031 |
| *Strange Tales* Vol. 1, No. 101 | July 3, 2023 |
| *Strange Tales* Vol. 1, No. 103 | July 3, 2023 |
| *Strange Tales* Vol. 1, No. 105 | July 3, 2023 |
| *Strange Tales* Vol. 1, No. 140 | July 3, 2023 |
| *Strange Tales* Vol. 1, No. 145 | July 3, 2023 |
| *Strange Tales* Vol. 1, No. 146 | July 3, 2023 |
| *Strange Tales* Vol. 1, No. 147 | July 3, 2023 |
| *Strange Tales* Vol. 1, No. 148 | July 3, 2023 |
| *Iron Man* Vol. 1, No. 26 | February 11, 2026 |
| *Iron Man* Vol. 1, No. 27 | March 11, 2026 |
| *Iron Man* Vol. 1, No. 28 | April 8, 2026 |
| *Iron Man* Vol. 1, No. 29 | May 6, 2026 |
| *Iron Man* Vol. 1, No. 30 | June 10, 2026 |
| *Iron Man* Vol. 1, No. 31 | July 8, 2026 |
| *Iron Man* Vol. 1, No. 33 | September 9, 2026 |
| *Iron Man* Vol. 1, No. 34 | October 7, 2026 |
| *Iron Man* Vol. 1, No. 35 | November 4, 2026 |
| *Iron Man* Vol. 1, No. 36 | December 9, 2026 |
| *Iron Man* Vol. 1, No. 37 | January 6, 2027 |
| *Daredevil* Vol. 1, No. 103 | May 9, 2029 |
| *Daredevil* Vol. 1, No. 104 | June 6, 2029 |
| *Daredevil* Vol. 1, No. 105 | July 4, 2029 |
| *Daredevil* Vol. 1, No. 106 | August 1, 2029 |
| *Daredevil* Vol. 1, No. 109 | January 2, 2030 |
| *Daredevil* Vol. 1, No. 118 | October 9, 2030 |
| *Daredevil* Vol. 1, No. 119 | November 6, 2030 |

9

5.      Donald L. Heck died on February 23, 1995, with no surviving spouse, children or grandchildren. Keith A. Dettwiler, as Executor of the Estate of Donald L. Heck, owns the termination interest of Donald L. Heck pursuant to 17 U.S.C. § 304(c)(2)(D), and is the person entitled to exercise the termination right as to the grant(s) identified herein. This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 304(c).

Dated:  July 2, 2021                    TOBEROFF & ASSOCIATES, P.C.

                                                Marc Toberoff

                                                23823 Malibu Road, Suite 50-363
                                                Malibu, California 90265
                                                Tel: (310) 246-3333

                                                As counsel for and on behalf of Keith A.
                                                Dettwiler, Executor of the Estate of
                                                Donald L. Heck

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION to be served this 2nd day of July, 2021, by First Class Mail,

postage prepaid, upon each of the following:

To:   Marvel Entertainment, LLC   Marvel Studios, LLC
  Marvel Worldwide, Inc.    MVL Rights, LLC
  Marvel Property, Inc.     MVL Development, LLC
  Marvel Characters, Inc.    Marvel Characters, Inc.
  1290 Avenue of the Americas  500 South Buena Vista Street
  New York, NY 10104    Burbank, CA 91521
  Attn: John Turitzin, Chief Counsel Attn: David Galluzzi, Chief Counsel
    Eli Bard, Deputy Chief Counsel

  The Walt Disney Company   Marvel Animation Inc.
  500 South Buena Vista Street  623 Circle Seven Drive
  Burbank, CA 91521     Glendale, CA 91201
  Attn: Alan Braverman, General Counsel Attn: Legal Department

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd

day of July, 2021, at Malibu, California.

Breck Kadaba
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265

Counsel for Keith A. Dettwiler,
Executor of the Estate of Donald L. Heck

11