**TOBEROFF & ASSOCIATES, P.C.**

RE: *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK; *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK; *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK

**Index of Exhibits in Support of Defendants' Letter Motion to Compel**

| Exhibit No. | Description |
|---|---|
| 1 | Defendant Lieber's First Requests for Production of Documents to Plaintiff Marvel Characters, Inc. |
| 2 | Marvel Characters, Inc.'s Supplemental Responses and Objections to Defendant Lieber's First Set of Requests for Production of Documents |
| 3 | Defendant Dettwiler's First Requests for Production of Documents to Plaintiff Marvel Characters, Inc. |
| 4 | Marvel Characters, Inc.'s Supplemental Responses and Objections to Defendant Dettwiler's First Set of Requests for Production of Documents |
| 5 | Defendant Ditko's First Requests for Production of Documents to Plaintiff Marvel Characters, Inc. |
| 6 | Marvel Characters, Inc.'s Supplemental Responses and Objections to Defendant Ditko's First Set of Requests for Production of Documents |
| 7 | Defendants' March 17, 2022 Letter |
| 8 | Defendants' April 12, 2022 Letter |
| 9 | Marvel's April 19, 2022 Letter |
| 10 | Marvel's April 25, 2022 Letter |
| 11 | Defendants' April 28, 2022 Letter |
| 12 | Defendants' May 9, 2022 Letter |
| 13 | Defendants' May 11, 2022 Letter |
| 14 | Defendants' and Marvel's May 11-19, 2022 Email Exchange |
| 15 | Marvel's May 24, 2022 Letter |
| 16 | Defendants' May 27, 2022 Letter |
| 17 | Marvel's June 1, 2022 Letter |
| 18 | Defendants' June 8, 2022 Letter |
| 19 | Defendants' June 13, 2022 Letter |
| 20 | Marvel's June 15, 2022 Letter |
| 21 | Marvel's July 15, 2022 Letter |
| 22 | Defendants' July 22, 2022 Letter |
| 23 | *Marvel Characters, Inc. v. Lieber*, No. 21-cv-07955-LAK, Dkt. 1– Complaint for Declaratory Relief |

| Exhibit No. | Description |
|---|---|
| 24 | *Marvel Characters, Inc. v. Dettwiler*, No. 21-cv-07959-LAK, Dkt. 1– Complaint for Declaratory Relief |
| 25 | *Marvel Characters, Inc. v. Ditko*, No. 21-cv-07957-LAK, Dkt. 1– Complaint for Declaratory Relief |
| 26 | *Marvel Characters, Inc. v. Lieber*, No. 21-cv-07955-LAK, Dkt. 32 – Defendant's Answer & Counterclaim |
| 27 | *Marvel Characters, Inc. v. Dettwiler*, No. 21-cv-07959-LAK, Dkt. 29 – Defendant's Answer & Counterclaim |
| 28 | *Marvel Characters, Inc. v. Ditko*, No. 21-cv-07957-LAK, Dkt. 24 – Defendant's Answer & Counterclaim |