IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-29-22

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>    Plaintiff and Counterclaim-Defendant<br><br>v.<br><br>LAWRENCE D. LIEBER,<br><br>    Defendant and Counterclaimant. | Case No.: 1:21-cv-7955-LAK<br>and consolidated cases<br>21-cv-7957-LAK and 21-cv-7959-LAK |
| MARVEL CHARACTERS, INC.,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>KEITH A. DETTWILER, in his capacity as Executor of the Estate of Donald L. Heck,<br><br>    Defendant and Counterclaimant. | [PROPOSED] ORDER ON MOTION<br>FOR ADMISSION *PRO HAC VICE* |
| MARVEL CHARACTERS, INC.,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko,<br><br>    Defendant and Counterclaimant. | |

The motion of Matthew Kaiser for admission to practice *pro hac vice* in the above-captioned matters is granted.

Applicant has declared that he is a member in good standing of the State Bar of California, and that his contact information is as follows:

Matthew Kaiser
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Tel: (213) 430-8117
mkaiser@omm.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff and Counterclaim-Defendant Marvel Characters, Inc. in the above-captioned matter:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned matters in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 9/29/22

Hon. Lewis A. Kaplan
United States District Judge