

O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035

T: +1 310 553 6700
F: +1 310 246 6779
omm.com

File Number: 0903423-00392

May 5, 2023

Molly M. Lens
D: +1 310 246 8593
mlens@omm.com

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK; *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK; *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv07959-LAK—Plaintiff's Response to Defendants' Letter Requesting Page Extension

Dear Judge Kaplan:

We write on behalf of Plaintiff Marvel Characters Inc. ("MCI") in response to Defendants and Counterclaimants Lawrence D. Lieber, Patrick S. Ditko, and Keith A. Dettwiler's (collectively, "Defendants") May 3, 2023 letter motion, which asks the Court to extend the page limit for Defendants' anticipated motion for summary judgment and their opposition to MCI's upcoming cross-motion for summary judgment from thirty-five to forty-five pages.  MCI was surprised by Defendants' request, given that Defendants did not meet and confer with MCI before filing.  In any event, MCI believes that the generous thirty-five page default limit is more than sufficient for the parties to present their summary judgment arguments to the Court and thus respectfully submits that Defendants' request should be denied.  That said, to the extent the Court grants Defendants' motion, MCI respectfully requests that any page-limit extension apply equally to MCI, as the same page limits should apply to all parties.

Respectfully submitted,

*[signature]*

Molly M. Lens
Of O'Melveny & Myers LLP
*for Marvel Characters Inc.*