# O'Melveny

O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035

T: +1 310 553 6700
F: +1 310 246 6779
omm.com

File Number: 0903423-00392

May 17, 2023

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/18/23

Molly M. Lens
D: +1 310 246 8593
mlens@omm.com

Re:  *Marvel Characters, Inc. v. Lieber, No. 1:21-cv-07955-LAK; Marvel Characters, Inc. v. Ditko, No. 1:21-cv-07957-LAK; Marvel Characters, Inc. v. Dettwiler, No. 1:21-cv07959-LAK—Plaintiff's Request to File Video Evidence*

Dear Judge Kaplan:

**MEMO ENDORSED**

We write on behalf of Plaintiff Marvel Characters, Inc. ("MCI") to seek permission to file video evidence in CD format, or on the Court's cloud platform, in support of MCI's forthcoming motion for summary judgment.

We understand that an order may be required to file video evidence in the Court's official record. We respectfully request endorsement of this letter to file this video evidence. If the Court agrees, we will deliver to Your Honor's chambers a copy of the video evidence in CD format, or can upload the video to the Court's cloud platform. Courtesy copies will, of course, be provided to Defendant's counsel..

Respectfully submitted,

*Molly M. Lens*

Molly M. Lens
Of O'Melveny & Myers LLP
for *Marvel Characters Inc.*

A CD Rom shall be provided
to the Clerk and counsel
to upload to the Court's
cloud platform. The Clerk
shall accept the CD-ROM

5/18/23
Lewis A. Kaplan
United States District Judge

Austin · Century City · Dallas · Los Angeles · Newport Beach · New York · San Francisco · Silicon Valley · Washington, DC
Beijing · Brussels · Hong Kong · London · Seoul · Shanghai · Singapore · Tokyo