# EXHIBIT 24D

**6. Deposit account:**

-------------------------------------------------------------------

**7. Send correspondence to:**

Name _____     Address _____ MAGAZINE MANAGEMENT CO.
                                              655 MADISON AVENUE
                                              NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print          Name _____ MAGAZINE MANAGEMENT CO.
name and address)
                        Address _____ 655 MADISON AVENUE
                                        (Number and street)
                                        NEW YORK 21, N. Y.
                        _____
                        (City)            (Zone)            (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

---

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

---

| Application received | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| SEP 16 1963 | |
| Two copies received | |
| SEP 16 1963 | |
| Fee received | |

124250

2021MARVEL-0006392

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

# FORM RE

UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
| --- |
| RE    559 259 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 2 7 1991 |
| (Month)    (Day)    (Year) |

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

---

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name  **Marvel Entertainment Group, Inc.**
Address  **387 Park Avenue South, New York, NY   10016**
Claiming as  **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

JOURNEY INTO MYSTERY



**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.



**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work  JOURNEY INTO MYSTERY
If a periodical or other serial give: Vol  1    No  99    Issue Date  December  1963

---

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

ATLAS MAGAZINES, INC.

---

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
| --- | --- |
| B 72283 | ATLAS MAGAZINES, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give  **October 1, 1963**
DATE OF PUBLICATION    (Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION    (Month)    (Day)    (Year)

2021MARVEL-0006393

047215146

RE 559 259

| EXAMINED BY: | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | DEC. 27 1991 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE. | |

---

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE. CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol ...... No...... Issue Date ......
Date of Publication: ................................... Registration Number: ......
(Month)    (Day)    (Year)

**2**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol ...... No...... Issue Date ......
Date of Publication: ................................... Registration Number: ......
(Month)    (Day)    (Year)

**3**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol ...... No...... Issue Date ......
Date of Publication: ................................... Registration Number: ......
(Month)    (Day)    (Year)

**4**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol ...... No...... Issue Date ......
Date of Publication: ................................... Registration Number: ......
(Month)    (Day)    (Year)

**5**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol ...... No...... Issue Date ......
Date of Publication: ................................... Registration Number: ......
(Month)    (Day)    (Year)

**6**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol ...... No...... Issue Date ......
Date of Publication: ................................... Registration Number: ......
(Month)    (Day)    (Year)

**7**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol ...... No...... Issue Date ......
Date of Publication: ................................... Registration Number: ......
(Month)    (Day)    (Year)

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York      NY      10016
(City)    (State)    (Apt.)    (ZIP)

**6** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol G. Platt_

Typed or printed name    Carol G. Platt

Date    12/23/91

**7** Certification (Application must be signed)

---

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978-761-022 IC

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B₁     72283     |
|       | DO NOT WRITE HERE |

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name   ATLAS MAGAZINES, INC.

Address   655 Madison Ave., N.Y.C. 21

Name

Address

**2. Title:**   JOURNEY INTO MYSTERY

(Title of periodical)

Vol.   1   No.   99   Date on copies   Dec. 1963

**3. Citizenship of Author:**

Citizenship   USA   Domiciled in U. S. A.   Yes ☐   No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

10/1/63

(b) Place of Publication of This Issue:

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad:

(b) Process Used:

(c) Country of Manufacture:

*Complete all applicable spaces on next page*



2021MARVEL-0006395

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address ____ MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or
print
name and
address)

Name ____ MAGAZINE MANAGEMENT CO.

Address ____ 655 MADISON AVENUE

NEW YORK 21, N. Y.
(Number and street)

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |  |
|---|---|
| Application received  OCT 25 1963 |  |
| Two copies received  OCT 11 1963 |  |
| Fee received |  |

124234

2021MARVEL-0006396

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

CLASS **B**   B   REGISTRATION NO.

982809

DO NOT WRITE HERE



**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name **VISTA PUBLICATIONS, INC.** ...........................

Address **655 Madison Ave., N.Y.C. 21** ...........................

Name ...........................

Address ...........................

**2. Title: STRANGE TALES** ...........................
(Title of periodical)

Vol. **1** ........ No. **101** ........ Date on copies ........ **Oct. 1962** ........

**3. Citizenship of Author:**

Citizenship **USA** ...........................
(Name of country)

Domiciled in U. S. A.  Yes ☐  No ☐

**4. Publication:**

  **(a) Date of Publication of This Issue:**

........ **7/10/62** ...........................

  **(b) Place of Publication of This Issue:**

........ **USA** ...........................
(Name of country)

**5. Manufacture Outside United States:**

  **(a) Portion of the Manufacturing Done Abroad:** ...........................

  **(b) Process Used:** ...........................

  **(c) Country of Manufacture:** ...........................

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name _____     Address _____    MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____    MAGAZINE MANAGEMENT CO.

Address _____    655 MADISON AVENUE

_____ (Number and Street)    NEW YORK 21, N. Y.

(City)                (Zone)                (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

---

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

---

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br><br>JUL 16 1962<br>Two copies received<br>JUL 16 1962<br>Fee received | |

134830
2021MARVEL-0006398

# CERTIFICATE OF RENEWAL REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.



OFFICIAL SEAL

REGISTER OF COPYRIGHTS
*United States of America*

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
RE 497-989

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 20 1990
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name ... Marvel Entertainment Group, Inc.
Address ... 387 Park Avenue South, New York, NY 10016
Claiming as ... Proprietor of copyright in a composite work made for hire.
(Use appropriate statement from instructions)

2
Name
Address
Claiming as

3
Name
Address
Claiming as

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:
STRANGE TALES

RENEWABLE MATTER:
Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:
Title of periodical or composite work: ... STRANGE TALES
If a periodical or other serial give: Vol. ... 1 ... No. ... 102 ... Issue Date ... November 1962

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:
Vista Publications, Inc.

**④ Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:
B 988507

ORIGINAL COPYRIGHT CLAIMANT:
Vista Publications, Inc.

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give: DATE OF PUBLICATION: ... August 9, 1962 (Month) (Day) (Year)
OR
• If the original registration for this work was made in unpublished form, give: DATE OF REGISTRATION: (Month) (Day) (Year)

MARVEL0001256

2021MARVEL-0006399

| | |
|---|---|
| RE 497-989 | **EXAMINED BY:** ... **CHECKED BY:** ... **CORRESPONDENCE:** ☐ Yes **DEPOSIT ACCOUNT FUNDS USED:** ☑ |

**RENEWAL APPLICATION RECEIVED:** NOV 20 1990

**REMITTANCE NUMBER AND DATE:**

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

1
Title of Contribution: ..........................
Title of Periodical: .......................... Vol. ......... No. ......... Issue Date ..........
Date of Publication: .......................... (Month) (Day) (Year)   Registration Number: ..........

2
Title of Contribution: ..........................
Title of Periodical: .......................... Vol. ......... No. ......... Issue Date ..........
Date of Publication: .......................... (Month) (Day) (Year)   Registration Number: ..........

3
Title of Contribution: ..........................
Title of Periodical: .......................... Vol. ......... No. ......... Issue Date ..........
Date of Publication: .......................... (Month) (Day) (Year)   Registration Number: ..........

4
Title of Contribution: ..........................
Title of Periodical: .......................... Vol. ......... No. ......... Issue Date ..........
Date of Publication: .......................... (Month) (Day) (Year)   Registration Number: ..........

5
Title of Contribution: ..........................
Title of Periodical: .......................... Vol. ......... No. ......... Issue Date ..........
Date of Publication: .......................... (Month) (Day) (Year)   Registration Number: ..........

6
Title of Contribution: ..........................
Title of Periodical: .......................... Vol. ......... No. ......... Issue Date ..........
Date of Publication: .......................... (Month) (Day) (Year)   Registration Number: ..........

7
Title of Contribution: ..........................
Title of Periodical: .......................... Vol. ......... No. ......... Issue Date ..........
Date of Publication: .......................... (Month) (Day) (Year)   Registration Number: ..........

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Charles R. Brainard**
Address: **Kenyon & Kenyon, One Broadway**
**New York, New York 10004**
(City) (State) (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *[signature]*
Typed or printed name: **Lisa Massaro**   Date: **11/19/90**

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Charles R. Brainard
(Name)
Kenyon & Kenyon, One Broadway
(Street/Apt Number)
New York, New York 10004
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

GOVERNMENT PRINTING OFFICE: 1987—161-531/40,020

March 1987—25,000

MARVEL0001257

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | **992202** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name **VISTA PUBLICATIONS, INC.**

Address **655 Madison Ave., N.Y.C. 21**

Name

Address

**2. Title:** **STRANGE TALES**

(Title of periodical)

Vol. **1**      No. **103**      Date on copies **December , 1962**

**3. Citizenship of Author:**

Citizenship **USA**                                        Domiciled in U. S. A.    Yes ☐    No ☐
(Name of country)

**4. Publication:**

(a) **Date of Publication of This Issue:**

**9/11/62**

(b) **Place of Publication of This Issue:**

**USA**
(Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:**

(b) **Process Used:**

(c) **Country of Manufacture:**

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name _____                    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____
MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address _____
(Number and Street)

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received SEP 17 1962 | |
| Two copies received SEP 17 1962 | |
| Fee received | |

134832

2021MARVEL-0006402

REGISTRATION NUMBER

NOV 28 1990

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM (See Instructions)

1.
Name ... Marvel Entertainment Group, Inc.
Address ... 387 Park Avenue South, New York, NY 10016
Claiming as ... Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2.
Name
Address
Claiming as
(Use appropriate statement from instructions)

3.
Name
Address
Claiming as
(Use appropriate statement from instructions)

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:
STRANGE TALES

RENEWABLE MATTER:
Entire work as originally copyrighted, including
all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:
Title of periodical or composite work: STRANGE TALES
If a periodical or other serial give: Vol. 1 No. 104 Issue Date January 1963

AUTHOR(S) OF RENEWABLE MATTER:
Vista Publications, Inc.

ORIGINAL REGISTRATION NUMBER    ORIGINAL COPYRIGHT CLAIMANT
Vista Publications, Inc.

MARVEL0001844

2021MARVEL-0006403



MARVEL0001845

2021MARVEL-0006404

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



REGISTRATION NUMBER

RE    498-038

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 20 1990
(Month)         (Day)         (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name ............ Marvel Entertainment Group, Inc.
Address ......... 387 Park Avenue South, New York, NY 10016
Claiming as ..... Proprietor of copyright in a composite work made for hire.
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work .... STRANGE TALES

If a periodical or other serial, give: Vol ... 1 ... No ... 105 ... Issue Date ... February 1963

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

Vista Publications, Inc.

**④ Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:

B 6037

ORIGINAL COPYRIGHT CLAIMANT:

Vista Publications, Inc.

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form. give:

DATE OF PUBLICATION: November 8, 1962
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form. give:

DATE OF REGISTRATION:
(Month)    (Day)    (Year)

2021MARVEL-0006405

| RE    498-038 | EXAMINED BY<br>CHECKED BY<br>CORRESPONDENCE<br>☐ Yes<br>DEPOSIT ACCOUNT<br>FUNDS USED ☑ | RENEWAL APPLICATION RECEIVED:<br>NOV. 2 0. 1990<br>REMITTANCE NUMBER AND DATE: | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
|---|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

1
Title of Contribution:
Title of Periodical: Vol ... No ... Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

2
Title of Contribution:
Title of Periodical: Vol. No . Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

3
Title of Contribution:
Title of Periodical: Vol. No.. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number.

4
Title of Contribution:
Title of Periodical: Vol... No . Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number..

5
Title of Contribution:
Title of Periodical: Vol.. No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

6
Title of Contribution:
Title of Periodical: Vol .No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

7
Title of Contribution:
Title of Periodical: Vol No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number.

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name: **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **Charles R. Brainard**
Address **Kenyon & Kenyon, One Broadway**
**New York, New York  10004**
(City) (State) (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☑ duly authorized agent of: **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) ..........
Typed or printed name **Lisa Massaro**
Date **11/19/90**

**⑦ Certification (Application must be signed)**

**Charles R. Brainard**
**Kenyon & Kenyon, One Broadway**
**New York, New York 10004**
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE: 1987—181-531 40,020

March 1987—25,000

134746

2021MARVEL-0006406

Page 3

# Certificate

**FORM B**

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B   6037 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*

ABRAHAM L. KAMINSTEIN

**1. Copyright Claimant(s) and Address(es):**

Name ... **VISTA PUBLICATIONS, INC.** ...............................

Address ... **655 Madison Ave., N.Y.C. 21** ...............................

Name ...............................

Address ...............................

**2. Title:** ... **STRANGE TALES** ...............................
*(Title of periodical)*

Vol. ---**1**--- No. ---**105**--- Date on copies --- **Feb. 1963** ---

**3. Citizenship of Author:**

Citizenship ... **USA** ...............................    **Domiciled in U. S. A.  Yes ☐  No ☐**
*(Name of country)*

**4. Publication:**

  **(a) Date of Publication of This Issue:**

  --- **11/8/62** ---

  **(b) Place of Publication of This Issue:**

  --- **USA** ---
  *(Name of country)*

**5. Manufacture Outside United States:**

  **(a) Portion of the Manufacturing Done Abroad:** ...............................

  **(b) Process Used:** ...............................

  **(c) Country of Manufacture:** ...............................

*Complete all applicable spaces on next page*

2021MARVEL-0006407

Don Heck, Steve Ditko, Larry Lieber

**6. Deposit account:**

**7. Send correspondence to:** ,

Name _____    Address _____

MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print    Name
name and address)

MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

Address

(City)                (Zone)                (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>NOV 15 1962 | |
| Two copies received<br>NOV 15 1962 | |
| Fee received | |

134746

2021MARVEL-0006408

RE     498-069

DO NOT WRITE ABOVE THIS LINE · FOR COPYRIGHT OFFICE USE ONLY

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See instructions)

1  Name        Marvel Entertainment Group, Inc.
   Address     387 Park Avenue South, New York, NY 10016
   Claiming as  Proprietor of copyright in a composite work made for hire
                (Use appropriate statement from instructions)

2  Name
   Address
   Claiming as
                (Use appropriate statement from instructions)

3  Name
   Address
   Claiming as
                (Use appropriate statement from instructions)

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:
   STRANGE TALES

RENEWABLE MATTER:

   Entire work as originally copyrighted, including
   all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:
   Title of periodical or composite work:  STRANGE TALES
   If a periodical or other serial give: Vol.   1    No.   106    Issue Date   March, 1963

AUTHOR(S) OF RENEWABLE MATTER:
      Vista Publications, Inc.

ORIGINAL REGISTRATION NUMBER        ORIGINAL COPYRIGHT CLAIMANT
                                    Vista Publications, Inc.

ORIGINAL DATE OF COPYRIGHT



MARVEL0001847

2021MARVEL-0006410

REGISTRATION

CRE     491-038

EFFECTIVE

DO NOT WRITE ABOVE THIS LINE    FOR COPYRIGHT OFFICE USE ONLY

RENEWAL CLAIMANT(S), ADDRESS(ES) AND STATEMENT OF CLAIM: (See Instructions)

Name ...... Marvel Entertainment Group, Inc.
Address .... 387 Park Avenue South, New York, NY 10016
Claiming as ..... Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

Name ......
Address ....
Claiming as .....
(Use appropriate statement from instructions)

Name ......
Address ....
Claiming as .....
(Use appropriate statement from instructions)

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES

RENEWABLE MATTER:

Entire work as originally copyrighted, including
all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: ...... STRANGE TALES
If a periodical or other serial give: Vol ..... 1 .... No ..... 107 .... Issue Date ..... April 1963

AUTHOR(S) OF RENEWABLE MATTER:

Vista Publications, Inc.

PREVIOUS REGISTRATION NUMBER:    ORIGINAL COPYRIGHT CLAIMANT:

                                  Vista Publications, Inc.

DISCLAIM DATE OF COPYRIGHT:

January 15, 1963

DATE OF REGISTRATION

MARVEL0001848

2021MARVEL-0006411



MARVEL0001849

2021MARVEL-0006412

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE . 559 166

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 2 7 1991
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

| ① Renewal Claimant(s) | 1 | Name...**Marvel Entertainment Group, Inc.**<br>Address...**387 Park Avenue South, New York, NY  10016**<br>Claiming as...**Proprietor of copyright in a composite work made for hire**<br>(Use appropriate statement from instructions) |
|---|---|---|
| | 2 | Name......................<br>Address......................<br>Claiming as......................<br>(Use appropriate statement from instructions) |
| | 3 | Name......................<br>Address......................<br>Claiming as......................<br>(Use appropriate statement from instructions) |

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**

**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:...**STRANGE TALES**......................

If a periodical or other serial, give: Vol.......**1**...... No.......**108**.......... Issue Date.........**May, 1963**......................

| ③ Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:**<br><br>**VISTA PUBLICATIONS, INC.** |
|---|---|

| ④ Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:**<br>B 22022 | **ORIGINAL COPYRIGHT CLAIMANT:**<br><br>**VISTA PUBLICATIONS, INC.** |
|---|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

| • If the original registration for this work was made in published form, give. | | • If the original registration for this work was made in unpublished form, give. |
|---|---|---|
| DATE OF PUBLICATION **Feb. 12, 1963**<br>(Month) (Day) (Year) | } OR { | DATE OF REGISTRATION<br>(Month) (Day) (Year) |

MARVEL0001272

2021MARVEL-0006413

RE  559 166

EXAMINED BY: *RPB*
CHECKED BY: ........

RENEWAL APPLICATION RECEIVED:
DEC. 27. 1991

DEPOSIT ACCOUNT
FUNDS USED: ☐

REMITTANCE NUMBER AND DATE:

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤** Renewal for Group of Works

| | |
|---|---|
| 1 | Title of Contribution: .................... |
| | Title of Periodical: ......... Vol ...... No. ...... Issue Date ...... |
| | Date of Publication: ........ Registration Number: ...... |
| | (Month) (Day) (Year) |
| 2 | Title of Contribution: .................... |
| | Title of Periodical: ......... Vol ...... No. ...... Issue Date ...... |
| | Date of Publication: ........ Registration Number: ...... |
| | (Month) (Day) (Year) |
| 3 | Title of Contribution: .................... |
| | Title of Periodical: ......... Vol ...... No. ...... Issue Date ...... |
| | Date of Publication: ........ Registration Number: ...... |
| | (Month) (Day) (Year) |
| 4 | Title of Contribution: .................... |
| | Title of Periodical: ......... Vol ...... No. ...... Issue Date ...... |
| | Date of Publication: ........ Registration Number: ...... |
| | (Month) (Day) (Year) |
| 5 | Title of Contribution: .................... |
| | Title of Periodical: ......... Vol ...... No. ...... Issue Date ...... |
| | Date of Publication: ........ Registration Number: ...... |
| | (Month) (Day) (Year) |
| 6 | Title of Contribution: .................... |
| | Title of Periodical: ......... Vol ...... No. ...... Issue Date ...... |
| | Date of Publication: ........ Registration Number: ...... |
| | (Month) (Day) (Year) |
| 7 | Title of Contribution: .................... |
| | Title of Periodical: ......... Vol ...... No. ...... Issue Date ...... |
| | Date of Publication: ........ Registration Number: ...... |
| | (Month) (Day) (Year) |

**DEPOSIT ACCOUNT** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York        NY     10016
(City)        (State)    (ZIP)

**⑥** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) *Carol G. Platt*
Typed or printed name: Carol G. Platt
Date ... 12/23/91

**⑦** Certification (Application must be signed)

MAIL CERTIFICATE TO

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY  10016
(City)   (State)   (ZIP code)

(Certificate will be mailed in window envelope)

**⑧** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978-261-022 1C

MARVEL0001273

2021MARVEL-0006414

# CERTIFICATE OF RENEWAL REGISTRATION



**FORM RE**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE . 559 177 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 2 7 1991 |
| (Month)    (Day)    (Year) |

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**(1)** Renewal Claimant(s)

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1** Name Marvel Entertainment Group, Inc.
Address 387 Park Avenue South, New York, NY 10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from Instructions)

**2** Name
Address
Claiming as
(Use appropriate statement from Instructions).

**3** Name
Address
Claiming as
(Use appropriate statement from Instructions)

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: STRANGE TALES

If a periodical or other serial, give: Vol 1 No. 109 Issue Date June 1963

**(3)** Author(s)

AUTHOR(S) OF RENEWABLE MATTER:

VISTA PUBLICATIONS, INC.

**(4)** Facts of Original Registration

ORIGINAL REGISTRATION NUMBER:

B 28143

ORIGINAL COPYRIGHT CLAIMANT:

VISTA PUBLICATIONS, INC.

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION Mar. 12, 1963
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION
(Month)    (Day)    (Year)

MARVEL0001276

2021MARVEL-0006415

| RE · 559 177 | EXAMINED BY:........ CHECKED BY:........ DEPOSIT ACCOUNT FUNDS USED: ☐ | RENEWAL APPLICATION RECEIVED: DEC. 27. 1991 REMITTANCE NUMBER AND DATE: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ............................................
Title of Periodical: .................................... Vol ...... No ...... Issue Date ............
Date of Publication: ............................... Registration Number: ............
(Month)    (Day)    (Year)

**2**
Title of Contribution: ............................................
Title of Periodical: .................................... Vol ...... No ...... Issue Date ............
Date of Publication: ............................... Registration Number: ............
(Month)    (Day)    (Year)

**3**
Title of Contribution: ............................................
Title of Periodical: .................................... Vol ...... No ...... Issue Date ............
Date of Publication: ............................... Registration Number: ............
(Month)    (Day)    (Year)

**4**
Title of Contribution: ............................................
Title of Periodical: .................................... Vol ...... No ...... Issue Date ............
Date of Publication: ............................... Registration Number: ............
(Month)    (Day)    (Year)

**5**
Title of Contribution: ............................................
Title of Periodical: .................................... Vol ...... No ...... Issue Date ............
Date of Publication: ............................... Registration Number: ............
(Month)    (Day)    (Year)

**6**
Title of Contribution: ............................................
Title of Periodical: .................................... Vol ...... No ...... Issue Date ............
Date of Publication: ............................... Registration Number: ............
(Month)    (Day)    (Year)

**7**
Title of Contribution: ............................................
Title of Periodical: .................................... Vol ...... No ...... Issue Date ............
Date of Publication: ............................... Registration Number: ............
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York            NY        10016
(City)        (State)      (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) .....................
Typed or printed name ..... Carol G. Platt
Date    12/23/91

**7** Certification (Application must be signed)

| MAIL CERTIFICATE TO | **8** Address for Return of Certificate |
|---|---|
| Marvel Entertainment Group, Inc. (Name) 387 Park Avenue South (Number Street and Apartment Number) New York, NY 10016 (City)    (State)    (ZIP code) | (Certificate will be mailed in window envelope) |

U S GOVERNMENT PRINTING OFFICE 1978–261-022 1C

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
|---|
| RE 559 192 |

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 27 1991
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY**

**(1)** Renewal Claimant(s)

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1**
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work  STRANGE TALES
If a periodical or other serial, give Vol  1  No  110  Issue Date  July 1963

---

**(3)** Author(s)

AUTHOR(S) OF RENEWABLE MATTER:

VISTA PUBLICATIONS, INC.

---

**(4)** Facts of Original Registration

ORIGINAL REGISTRATION NUMBER:

B 34036

ORIGINAL COPYRIGHT CLAIMANT:

VISTA PUBLICATIONS, INC.

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give
DATE OF PUBLICATION  Apr 9, 1963
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month) (Day) (Year)

| RE    559 192 | EXAMINED BY ✗ | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY: | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical: .......................... Vol .... No .... Issue Date ....
Date of Publication: ........................ Registration Number ....
(Month)    (Day)    (Year)

**2**
Title of Contribution:
Title of Periodical: .......................... Vol .... No .... Issue Date ....
Date of Publication: ........................ Registration Number ....
(Month)    (Day)    (Year)

**3**
Title of Contribution:
Title of Periodical: .......................... Vol .... No .... Issue Date ....
Date of Publication: ........................ Registration Number ....
(Month)    (Day)    (Year)

**4**
Title of Contribution:
Title of Periodical: .......................... Vol .... No .... Issue Date ....
Date of Publication: ........................ Registration Number ....
(Month)    (Day)    (Year)

**5**
Title of Contribution:
Title of Periodical: .......................... Vol .... No .... Issue Date
Date of Publication: ........................ Registration Number
(Month)    (Day)    (Year)

**6**
Title of Contribution:
Title of Periodical: .......................... Vol .... No .... Issue Date
Date of Publication: ........................ Registration Number
(Month)    (Day)    (Year)

**7**
Title of Contribution:
Title of Periodical: .......................... Vol .... No .... Issue Date
Date of Publication: ........................ Registration Number
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York**          **NY**  ....**10016**
(City)    (State)    (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) *Carol G. Platt*

Typed or printed name    Carol G. Platt

Date    12/23/91

**7** Certification (Application must be signed)

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number Street and Apartment Number)
**New York, NY  10016**
(City)    (State)    (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978 — 261-022 1C

134751
2021MARVEL-0006418

Steve Ditko, Larry Lieber

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | 34036 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ........ VISTA PUBLICATIONS, INC.

Address ........ 655 Madison Ave., N.Y.C. 21

Name

Address

**2. Title:** ..... STRANGE TALES

(Title of periodical)

Vol. .......... 1 .. No. ........ 110 Date on copies ..... July 1963

**3. Citizenship of Author:**

Citizenship ...... USA

(Name of country)

**Domiciled in U. S. A.    Yes ☐   No ☐**

**4. Publication:**

(a) Date of Publication of This Issue:

4/9/63

(b) Place of Publication of This Issue:

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad:

(b) Process Used:

(c) Country of Manufacture:

*Complete all applicable spaces on next page*

Steve Ditko, Larry Lieber

**6. Deposit account:**

**7. Send correspondence to:**

Name _____     Address ____ MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print        Name _____
name and address)

Address _____

MAGAZINE MANAGEMENT CO

655 M (Number and street) UE

NEW YORK 21, N. Y.

(City)                      (Zone)                      (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>APR 18 1963 | |
| Two copies received<br>APR 18 1963 | |
| Fee received | |

134751

2021MARVEL-0006420

# CERTIFICATE OF RENEWAL REGISTRATION



**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
RE   559 201

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC. 2 7. 1991
(Month)   (Day)   (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name: **Marvel Entertainment Group, Inc.**
Address: **387 Park Avenue South, New York, NY  10016**
Claiming as: **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2
Name ..........
Address ..........
Claiming as ..........
(Use appropriate statement from instructions)

3
Name ..........
Address ..........
Claiming as ..........
(Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**STRANGE TALES**

RENEWABLE MATTER:

**Entire work as originally copyrighted, including all portions thereof.**

0472 1457 3

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: **STRANGE TALES**
If a periodical or other serial give: Vol. **1** No. **111** Issue Date **August 1963**

---

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

**VISTA PUBLICATIONS, INC.**

---

**④ Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:
**B 38264**

ORIGINAL COPYRIGHT CLAIMANT:
**VISTA PUBLICATIONS, INC.**

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give.
DATE OF PUBLICATION **May 9, 1963**
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give.
DATE OF REGISTRATION
(Month)   (Day)   (Year)

MARVEL0001284

2021MARVEL-0006421

RE    559 201

| EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | DEC. 27. 1991 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ........................................................................
Title of Periodical: ................................... Vol. ......... No. ...... Issue Date .........
Date of Publication: ................................... Registration Number: ...............
(Month)    (Day)    (Year)

**2**
Title of Contribution: ........................................................................
Title of Periodical: ................................... Vol. ......... No. ...... Issue Date .........
Date of Publication: ................................... Registration Number: ...............
(Month)    (Day)    (Year)

**3**
Title of Contribution: ........................................................................
Title of Periodical: ................................... Vol. ......... No. ...... Issue Date .........
Date of Publication: ................................... Registration Number: ...............
(Month)    (Day)    (Year)

**4**
Title of Contribution: ........................................................................
Title of Periodical: ................................... Vol. ......... No. ...... Issue Date .........
Date of Publication: ................................... Registration Number: ...............
(Month)    (Day)    (Year)

**5**
Title of Contribution: ........................................................................
Title of Periodical: ................................... Vol. ......... No. ...... Issue Date .........
Date of Publication: ................................... Registration Number: ...............
(Month)    (Day)    (Year)

**6**
Title of Contribution: ........................................................................
Title of Periodical: ................................... Vol. ......... No. ...... Issue Date .........
Date of Publication: ................................... Registration Number: ...............
(Month)    (Day)    (Year)

**7**
Title of Contribution: ........................................................................
Title of Periodical: ................................... Vol. ......... No. ...... Issue Date .........
Date of Publication: ................................... Registration Number: ...............
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name Marvel Entertainment Group, Inc.
Account Number: DA~059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York    NY    10016
(City)    (State)    (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) Carol G. Platt
Typed or printed name: Carol G. Platt
Date 12/23/91

**7** Certification (Application must be signed)

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City)    (State)    (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978-261-027 1C

MARVEL0001285

2021MARVEL-0006422

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE  559 209

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 27 1991
(Month)    (Day)    (Year)

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY 10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2
Name ....................
Address ....................
Claiming as ....................
(Use appropriate statement from instructions)

3
Name ....................
Address ....................
Claiming as ....................
(Use appropriate statement from instructions)

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**STRANGE TALES**

RENEWABLE MATTER:

**Entire work as originally copyrighted, including all portions thereof.**

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: **STRANGE TALES**

If a periodical or other serial give: Vol. **1** No. **112** Issue Date **September 1963**

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

**VISTA PUBLICATIONS, INC.**

**④ Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:
**B 45565**

ORIGINAL COPYRIGHT CLAIMANT:
**VISTA PUBLICATIONS, INC.**

ORIGINAL DATE OF COPYRIGHT:
* If the original registration for this work was made in published form,
give
DATE OF PUBLICATION **June 11, 1963**
(Month) (Day) (Year)
OR
* If the original registration for this work was made in unpublished form,
give:
DATE OF REGISTRATION
(Month) (Day) (Year)

MARVEL0001288

| | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| EXAMINED BY: | DEC. 27. 1991 | |
| CHECKED BY: | | |
| RE . 559 209 | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ......................................................................
Title of Periodical: ........................................ Vol. ...... No. ...... Issue Date ............
Date of Publication: ................................ Registration Number: ..................................
(Month)    (Day)    (Year)

**2**
Title of Contribution: ......................................................................
Title of Periodical: ........................................ Vol. ...... No. ...... Issue Date ............
Date of Publication: ................................ Registration Number: ..................................
(Month)    (Day)    (Year)

**3**
Title of Contribution: ......................................................................
Title of Periodical: ........................................ Vol. ...... No. ...... Issue Date ............
Date of Publication: ................................ Registration Number: ..................................
(Month)    (Day)    (Year)

**4**
Title of Contribution: ......................................................................
Title of Periodical: ........................................ Vol. ...... No. ...... Issue Date ............
Date of Publication: ................................ Registration Number: ..................................
(Month)    (Day)    (Year)

**5**
Title of Contribution: ......................................................................
Title of Periodical: ........................................ Vol. ...... No. ...... Issue Date ............
Date of Publication: ................................ Registration Number: ..................................
(Month)    (Day)    (Year)

**6**
Title of Contribution: ......................................................................
Title of Periodical: ........................................ Vol. ...... No. ...... Issue Date ............
Date of Publication: ................................ Registration Number: ..................................
(Month)    (Day)    (Year)

**7**
Title of Contribution: ......................................................................
Title of Periodical: ........................................ Vol. ...... No. ...... Issue Date ............
Date of Publication: ................................ Registration Number: ..................................
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York        NY    10016
(City)        (State)    (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol G. Platt_

Typed or printed name . Carol G. Platt

Date    12/23/91

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022 1C

MARVEL0001289

## CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE  559 225

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2 7 1991
(Month)      (Day)      (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**①** Renewal Claimant(s)

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1  Name .. **Marvel Entertainment Group, Inc.** ...............
Address .. **387 Park Avenue South, New York, NY  10016** .......
Claiming as .. **Proprietor of copyright in a composite work made for hire** ...
(Use appropriate statement from Instructions)

2  Name ....................
Address ....................
Claiming as ....................
(Use appropriate statement from Instructions)

3  Name ....................
Address ....................
Claiming as ....................
(Use appropriate statement from Instructions)

**②**

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**STRANGE TALES**

RENEWABLE MATTER:

**Entire work as originally copyrighted, including all portions thereof.**

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: ..**STRANGE TALES**.....................

If a periodical or other serial, give: Vol .....**1**......... No...**113**.......... Issue Date ..**October, 1963**...............

**③** Author(s)

AUTHOR(S) OF RENEWABLE MATTER:

**VISTA PUBLICATIONS, INC.**

**④** Facts of Original Registration

ORIGINAL REGISTRATION NUMBER:

.. **B 51854** ...............

ORIGINAL COPYRIGHT CLAIMANT:

**VISTA PUBLICATIONS, INC.**

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give:  **July 9, 1963**
DATE OF PUBLICATION    (Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION    (Month)    (Day)    (Year)

MARVEL0001292

2021MARVEL-0006425

| | | |
|---|---|---|
| RE 559 225 | EXAMINED BY: | RENEWAL APPLICATION RECEIVED: |
| | CHECKED BY: | DEC. 27. 1991 |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: ...........................................................
Title of Periodical: ..................................... Vol........No....... Issue Date ..............
Date of Publication: ............................................ Registration Number: .................
(Month)   (Day)   (Year)

**2**
Title of Contribution: ...........................................................
Title of Periodical: ..................................... Vol........No....... Issue Date ..............
Date of Publication: ............................................ Registration Number: .................
(Month)   (Day)   (Year)

**3**
Title of Contribution: ...........................................................
Title of Periodical: ..................................... Vol........No....... Issue Date ..............
Date of Publication: ............................................ Registration Number: .................
(Month)   (Day)   (Year)

**4**
Title of Contribution: ...........................................................
Title of Periodical: ..................................... Vol........No....... Issue Date ..............
Date of Publication: ............................................ Registration Number: .................
(Month)   (Day)   (Year)

**5**
Title of Contribution: ...........................................................
Title of Periodical: ..................................... Vol........No....... Issue Date ..............
Date of Publication: ............................................ Registration Number: .................
(Month)   (Day)   (Year)

**6**
Title of Contribution: ...........................................................
Title of Periodical: ..................................... Vol........No....... Issue Date ..............
Date of Publication: ............................................ Registration Number: .................
(Month)   (Day)   (Year)

**7**
Title of Contribution: ...........................................................
Title of Periodical: ..................................... Vol........No....... Issue Date ..............
Date of Publication: ............................................ Registration Number: .................
(Month)   (Day)   (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA~059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York      NY      10016
(City)   (State)   (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) .... Carol G. Platt
Typed or printed name: .... Carol G. Platt
Date   12/23/91

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY  10016
(City)   (State)   (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022-1C

MARVEL0001293

2021MARVEL-0006426

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

## FORM RE
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE    559 236

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 2 7 1991
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**(1)** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

1
Name: Marvel Entertainment Group, Inc.
Address: 387 Park Avenue South, New York, NY 10016
Claiming as: Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name:
Address:
Claiming as:
(Use appropriate statement from instructions)

3
Name:
Address:
Claiming as:
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: STRANGE TALES

If a periodical or other serial give: Vol 1 . . . . . No. . . . 114 . . . . . . Issue Date November 1963

**(3)** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**(4)** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**

B 57888

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give: August 8, 1963
DATE OF PUBLICATION    (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION    (Month) (Day) (Year)

MARVEL0001296

2021MARVEL-0006427

| RE 559 236 | EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

1
Title of Contribution: ......................................................
Title of Periodical: .................... Vol .......No........ Issue Date ............
Date of Publication: ................................ Registration Number: ............
      (Month)      (Day)      (Year)

2
Title of Contribution: ......................................................
Title of Periodical: .................... Vol .......No........ Issue Date ............
Date of Publication: ................................ Registration Number: ............
      (Month)      (Day)      (Year)

3
Title of Contribution: ......................................................
Title of Periodical: .................... Vol .......No........ Issue Date ............
Date of Publication: ................................ Registration Number: ............
      (Month)      (Day)      (Year)

4
Title of Contribution: ......................................................
Title of Periodical: .................... Vol .......No........ Issue Date ............
Date of Publication: ................................ Registration Number: ............
      (Month)      (Day)      (Year)

5
Title of Contribution: ......................................................
Title of Periodical: .................... Vol .......No........ Issue Date ............
Date of Publication: ................................ Registration Number: ............
      (Month)      (Day)      (Year)

6
Title of Contribution: ......................................................
Title of Periodical: .................... Vol .......No........ Issue Date ............
Date of Publication: ................................ Registration Number: ............
      (Month)      (Day)      (Year)

7
Title of Contribution: ......................................................
Title of Periodical: .................... Vol .......No........ Issue Date ............
Date of Publication: ................................ Registration Number: ............
      (Month)      (Day)      (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York        NY      10016
   (City)      (State)      (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
                                    (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ........................
Typed or printed name: .... Carol G. Platt
                    Date    12/23/91

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
            (Name)
387 Park Avenue South
      (Number Street and Apartment Number)
New York, NY 10016
   (City)    (State)    (ZIP CODE)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978–261–022 1C

MARVEL0001297

2021MARVEL-0006428

Steve Ditko

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

## FORM RE
. UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE   559 249

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2 7 1991
.......................................
(Month)        (Day)        (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1  Name. **Marvel Entertainment Group, Inc.**
   Address **387 Park Avenue South, New York, NY  10016**
   Claiming as **Proprietor of copyright in a composite work made for hire**
   (Use appropriate statement from Instructions)

2  Name....................
   Address....................
   Claiming as....................
   (Use appropriate statement from Instructions)

3  Name....................
   Address....................
   Claiming as....................
   (Use appropriate statement from Instructions)

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**STRANGE TALES**

**②** 047215077

RENEWABLE MATTER:

**Entire work as originally copyrighted, including all portions thereof.**

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work. **STRANGE TALES** ....................
If a periodical or other serial, give: Vol. **1** .......... No. **115** .......... Issue Date **December 1963** ....................

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

**VISTA PUBLICATIONS, INC.**

**④ Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:
**B 66036** ....................

ORIGINAL COPYRIGHT CLAIMANT:
**VISTA PUBLICATIONS, INC.**

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form.
give **September 10, 1963**
DATE OF PUBLICATION
Month    Day    Year

OR { • If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION
Month    Day    Year

MARVEL0001300

2021MARVEL-0006429

| RE   559 249 | EXAMINED BY | RENEWAL APPLICATION RECEIVED: DEC. 27. 1991 | FOR COPYRIGHT OFFICE USE ONLY |
| | CHECKED BY: | | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ....................................................................
Title of Periodical: ................................ Vol........ No....... Issue Date .......
Date of Publication: ........................................ Registration Number: ..........
(Month)    (Day)    (Year)

**2**
Title of Contribution: ....................................................................
Title of Periodical: ................................ Vol........ No....... Issue Date .......
Date of Publication: ........................................ Registration Number: ..........
(Month)    (Day)    (Year)

**3**
Title of Contribution: ....................................................................
Title of Periodical: ................................ Vol........ No....... Issue Date .......
Date of Publication: ........................................ Registration Number: ..........
(Month)    (Day)    (Year)

**4**
Title of Contribution: ....................................................................
Title of Periodical: ................................ Vol........ No....... Issue Date .......
Date of Publication: ........................................ Registration Number: ..........
(Month)    (Day)    (Year)

**5**
Title of Contribution: ....................................................................
Title of Periodical: ................................ Vol........ No....... Issue Date .......
Date of Publication: ........................................ Registration Number: ..........
(Month)    (Day)    (Year)

**6**
Title of Contribution: ....................................................................
Title of Periodical: ................................ Vol........ No....... Issue Date .......
Date of Publication: ........................................ Registration Number: ..........
(Month)    (Day)    (Year)

**7**
Title of Contribution: ....................................................................
Title of Periodical: ................................ Vol........ No....... Issue Date .......
Date of Publication: ........................................ Registration Number: ..........
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York       NY       10016
(City)       (State)       (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)

of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): _Carol G. Platt_

Typed or printed name: Carol G. Platt

Date: 12/23/91

**⑦ Certification (Application must be signed)**

MAIL CERTIFICATE TO

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City)       (State)       (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE: 1978—261-022 1C

MARVEL0001301

2021MARVEL-0006430

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records

REGISTER OF COPYRIGHTS
*United States of America*

# FORM RE

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE 559 250

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 27 1991
(Month)    (Day)    (Year)

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**(1)**
**Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

**1**
Name  **Marvel Entertainment Group, Inc.**
Address  **387 Park Avenue South, New York, NY  10016**
Claiming as  **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**

**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  **STRANGE TALES**

If a periodical or other serial give  Vol.  **1**   No.  **116**   Issue Date  **January 1964**

---

**(3)**
**Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

**VISTA PUBLICATIONS, INC.**

---

**(4)**
**Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

**B 66782**

**ORIGINAL COPYRIGHT CLAIMANT:**

**VISTA PUBLICATIONS, INC.**

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give  **October 8, 1963**
DATE OF PUBLICATION

} OR {

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION

2021MARVEL-0006431

| RE   559 250 | EXAMINED BY: CHECKED BY: | RENEWAL APPLICATION RECEIVED: DEC. 27, 1991 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**
Renewal for Group of Works

**1**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **Vol** . . . . . . . . **No** . . . . . . . . Issue Date . . . . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . **Registration Number** . . . . . . . . .
   (Month)          (Day)          (Year)

**2**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **Vol** . . . . . . . . **No** . . . . . . . . Issue Date . . . . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . **Registration Number** . . . . . . . . .
   (Month)          (Day)          (Year)

**3**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . . . . No . . . . . . . . **Issue Date** . . . . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number . . . . . . . . .
   (Month)          (Day)          (Year)

**4**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . . . . No . . . . . . . . Issue Date . . . . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number . . . . . . . . .
   (Month)          (Day)          (Year)

**5**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . . . . No . . . . . . . . Issue Date . . . . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number . . . . . . . . .
   (Month)          (Day)          (Year)

**6**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . . . . No . . . . . . . . Issue Date . . . . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number . . . . . . . . .
   (Month)          (Day)          (Year)

**7**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **Vol** . . . . . . . . **No** . . . . . . . . Issue Date . . . . . . . .
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . **Registration Number** . . . . . . . . .
   (Month)          (Day)          (Year)

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York          NY          10016
   (City)          (State)          (ZIP)

**6**
Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant          ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
                                                      (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol G. Platt_
Typed or printed name          Carol G. Platt
                              Date          12/23/91

**7**
Certification (Application must be signed)

---

| Marvel Entertainment Group, Inc. |
|---|
| (Name) |
| 387 Park Avenue South |
| (Number  Street and Apartment Number) |
| New York, NY  10016 |
| (City)          (State)          (ZIP code) |

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8**
Address for Return of Certificate

134757
2021MARVEL-0006432

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



**FORM B**

| CLASS | REGISTRATION NO. |
|-------|-----------------|
| **B** | B 66782 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*ABRAHAM L. KAMINSTEIN*  *Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ---- **VISTA PUBLICATIONS, INC.** -------------------------------------

Address -- **655 Madison Ave., N.Y.C. 21** -----------------------------------

Name -----------------------------------------------------------------------

Address --------------------------------------------------------------------

**2. Title: STRANGE TALES** ---------------------------------------------------
(Title of periodical)

----------------------------------------------------------------------------

Vol. ---- **1** ---- No. ---- **116** ---- Date on copies ---- **Jan. 1964** ------------

**3. Citizenship of Author:**

Citizenship ---- **USA** -------------------------------------------------- Domiciled in U. S. A.  Yes ☐  No ☐
(Name of country)

**4. Publication:**

   **(a) Date of Publication of This Issue:**

   **10/8/63**

   **(b) Place of Publication of This Issue:**

   **USA**
   (Name of country)

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** ---------------------------------

   **(b) Process Used:** ------------------------------------------------------------

   **(c) Country of Manufacture:** --------------------------------------------------

*Complete all applicable spaces on next page*



Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name _____

MAGAZINE MANAGEMENT CO.

Address _____

655 MADISON AVENUE
NEW YORK 21, N. Y.

(City)            (Zone)            (State)

## Information concerning copyright in **periodicals**

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received<br>OCT 11 1963 | |
| Two copies received<br>OCT 11 1963 | |
| Fee received | |

2021MARVEL-0006434

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

## FORM RE

UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE    559 311

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 27 1991
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY  10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work **STRANGE TALES**

If a periodical or other serial, give  Vol **1**    No **117**    Issue Date **february 1964**

---

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 72341

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give **November 12, 1963**

DATE OF PUBLICATION    Month    Day    Year

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION    Month    Day    Year

2021MARVEL-0006435

| RE 559 311 | EXAMINED BY<br>CHECKED BY<br><br>DEPOSIT ACCOUNT<br>FUNDS USED ☐ | RENEWAL APPLICATION RECEIVED<br>DEC. 27. 1991<br>REMITTANCE NUMBER AND DATE | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
|---|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

**1**
Title of Contribution: ..............................................
Title of Periodical: ............................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ...................................... Registration Number ........
(Month) (Day) (Year)

**2**
Title of Contribution: ..............................................
Title of Periodical: ............................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ...................................... Registration Number ........
(Month) (Day) (Year)

**3**
Title of Contribution: ..............................................
Title of Periodical: ............................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ...................................... Registration Number ........
(Month) (Day) (Year)

**4**
Title of Contribution: ..............................................
Title of Periodical: ............................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ...................................... Registration Number ........
(Month) (Day) (Year)

**5**
Title of Contribution: ..............................................
Title of Periodical: ............................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ...................................... Registration Number ........
(Month) (Day) (Year)

**6**
Title of Contribution: ..............................................
Title of Periodical: ............................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ...................................... Registration Number ........
(Month) (Day) (Year)

**7**
Title of Contribution: ..............................................
Title of Periodical: ............................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ...................................... Registration Number ........
(Month) (Day) (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE: (Give** name and address to which correspondence about this application should be sent.)
Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York         NY        10016**
(City)      (State)     (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant   ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X): _Carol G. Platt_
Typed or printed name    **Carol G. Platt**
Date **12/23/91**

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY   10016
(City)      (State)   (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978-261-027-1C

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** B | **72341** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN
*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ____ **VISTA PUBLICATIONS, INC.** _____

Address __ **655 Madison Ave., N.Y.C. 21** _____

Name _____

Address _____

**2. Title:** __ **STRANGE TALES** _____
                                        *(Title of periodical)*

Vol. ____ **1** _____ No. _____ **117** __ Date on copies ____ **Feb. 1964** _____

**3. Citizenship of Author:**

Citizenship **USA** _____ Domiciled in U. S. A.    Yes ☐    No ☐
                    *(Name of country)*

**4. Publication:**

   **(a) Date of Publication of This Issue:**

      **11/12/63** _____

   **(b) Place of Publication of This Issue:**

      **USA** _____
                                *(Name of country)*

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** _____

   **(b) Process Used:** _____

   **(c) Country of Manufacture:** _____

*Complete all applicable spaces on next page*

2021MARVEL-0006437

Steve Ditko

6. Deposit account:

7. Send correspondence to:

Name _____          Address _____

**MAGAZINE MANAGEMENT CO.**
655 MADISON AVENUE
NEW YORK 21, N. Y.

8. Send certificate to:

(Type or print
name and address)

Name _____

**MAGAZINE MANAGEMENT CO.**
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address _____

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received<br>NOV 12 1963 | |
| Two copies received<br>NOV 12 1963 | |
| Fee received | |

134758

2021MARVEL-0006438

# CERTIFICATE OF RENEWAL REGISTRATION



**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*REGISTER OF COPYRIGHTS*
*United States of America*

# FORM RE
UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
| --- |
| RE 559 323 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 2 7 1991 |
| (Month) (Day) (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

| **①** Renewal Claimant(s) | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See instructions) |
| --- | --- |
| 1 | Name  Marvel Entertainment Group, Inc. <br> Address  387 Park Avenue South, New York, NY  10016 <br> Claiming as  Proprietor of copyright in a composite work made for hire <br> (Use appropriate statement from instructions) |
| 2 | Name <br> Address <br> Claiming as <br> (Use appropriate statement from instructions) |
| 3 | Name <br> Address <br> Claiming as <br> (Use appropriate statement from instructions) |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  STRANGE TALES

If a periodical or other serial, give  Vol  1    No  118    Issue Date  March 1964

| **③** Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** <br><br> VISTA PUBLICATIONS, INC. |
| --- | --- |

| **④** Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** <br> B 79628 | **ORIGINAL COPYRIGHT CLAIMANT:** <br> VISTA PUBLICATIONS, INC. |
| --- | --- | --- |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION  **Dec** Month  **9** Day  **1963** Year

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION  (Month) (Day) (Year)

2021MARVEL-0006439

| RE    559 323 | EXAMINED BY<br>CHECKED BY | RENEWAL APPLICATION RECEIVED<br>DEC. 27.1991 | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
|---|---|---|---|
| | DEPOSIT ACCOUNT<br>FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5**
Renewal
for Group
of Works

**1**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol ....... No .......... Issue Date
Date of Publication: ................................... Registration Number: ...........
(Month)      (Day)      (Year)

**2**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol ....... No .......... Issue Date
Date of Publication: ................................... Registration Number: ...........
(Month)      (Day)      (Year)

**3**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol ....... No .......... Issue Date
Date of Publication: ................................... Registration Number: ...........
(Month)      (Day)      (Year)

**4**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol ....... No .......... Issue Date
Date of Publication: ................................... Registration Number: ...........
(Month)      (Day)      (Year)

**5**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol ....... No .......... Issue Date
Date of Publication: ................................... Registration Number: ...........
(Month)      (Day)      (Year)

**6**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol ....... No .......... Issue Date
Date of Publication: ................................... Registration Number: ...........
(Month)      (Day)      (Year)

**7**
Title of Contribution: ...........................................................
Title of Periodical: ................................... Vol ....... No .......... Issue Date
Date of Publication: ................................... Registration Number: ...........
(Month)      (Day)      (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number    DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York        NY        10016
(City)        (State)        (ZIP)

**6**
Fee and
Correspond-
ence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) _Carol G. Platt_

Typed or printed name    Carol G. Platt

Date    12/23/91

**7**
Certification
(Application
must be
signed)

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City)    (State)    (ZIP code)

**MAIL
CERTIFICATE
TO**

(Certificate will
be mailed in
window envelope)

**8**
Address for
Return of
Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978-261-022 1C

134759
2021MARVEL-0006440

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

FORM B

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B  79628 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ---- **VISTA PUBLICATIONS, INC.** ----------------------------------------

Address --- **655 Madison Ave., N.Y.C. 21** ------------------------------------

Name ------------------------------------------------------------------------

Address ---------------------------------------------------------------------

**2. Title:** **STRANGE TALES** ------------------------------------------------
                                        (Title of periodical)

-----------------------------------------------------------------------------

Vol. ----- **1** ------- No. ------ **118** --- Date on copies --- **Mar. 1999 1964** ------------------

**3. Citizenship of Author:**

Citizenship **USA** ------------------------------------------------------ Domiciled in U. S. A.   Yes ☐   No ☐
                                        (Name of country)

**4. Publication:**

(a) **Date of Publication of This Issue:**

---------- **12/9/63** ------------------------------------------------------------

(b) **Place of Publication of This Issue:**

---------- **USA** ------------------------------------------------------------
                                        (Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:** ---------------------------------------

(b) **Process Used:** ---------------------------------------------------------

(c) **Country of Manufacture:** -----------------------------------------------

*Complete all applicable spaces on next page*

2021MARVEL-0006441

**6. Deposit account:**

**7. Send correspondence to:**

Name .................................................... Address .................... MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

|                       |         |                                      |
|-----------------------|---------|--------------------------------------|
| (Type or print        | Name    | MAGAZINE MANAGEMENT CO.              |
| name and address)     | Address | 655 MADISON AVENUE                   |
|                       |         | NEW YORK 21, N. Y.                   |
|                       |         | (City)        (Zone)        (State)  |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|
| **Application received** |
| DEC 23 1963 |
| **Two copies received** |
| DEC 23 1963 |
| **Fee received** |

134759
2021MARVEL-0006442

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE 559 327

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 27 1991
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY  10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES





**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work **STRANGE TALES**

If a periodical or other serial, give  Vol **1**    No **119**    Issue Date **April 1964**

---

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.



---

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 86103 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give  **January 10, 1964**
DATE OF PUBLICATION  **(in notice: 1963)**
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form
give
DATE OF REGISTRATION
(Month)  (Day)  (Year)

2021MARVEL-0006443

| RE 559 327 | EXAMINED BY ___<br>CHECKED BY ___<br>DEPOSIT ACCOUNT<br>FUNDS USED: ☐ | RENEWAL APPLICATION RECEIVED<br>DEC. 27. 1991<br>REMITTANCE NUMBER AND DATE | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

1
Title of Contribution: .................................................
Title of Periodical: ....................... Vol. ..... No. ..... Issue Date ...........
Date of Publication: .......(Month)......(Day)......(Year)...... Registration Number ...........

2
Title of Contribution: .................................................
Title of Periodical: ....................... Vol. ..... No. ..... Issue Date ...........
Date of Publication: .......(Month)......(Day)......(Year)...... Registration Number ...........

3
Title of Contribution: .................................................
Title of Periodical: ....................... Vol. ..... No. ..... Issue Date ...........
Date of Publication: .......(Month)......(Day)......(Year)...... Registration Number ...........

4
Title of Contribution: .................................................
Title of Periodical: ....................... Vol. ..... No. ..... Issue Date ...........
Date of Publication: .......(Month)......(Day)......(Year)...... Registration Number ...........

5
Title of Contribution: .................................................
Title of Periodical: ....................... Vol. ..... No. ..... Issue Date ...........
Date of Publication: .......(Month)......(Day)......(Year)...... Registration Number ...........

6
Title of Contribution: .................................................
Title of Periodical: ....................... Vol. ..... No. ..... Issue Date ...........
Date of Publication: .......(Month)......(Day)......(Year)...... Registration Number ...........

7
Title of Contribution: .................................................
Title of Periodical: ....................... Vol. ..... No. ..... Issue Date ...........
Date of Publication: .......(Month)......(Day)......(Year)...... Registration Number ...........

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
(Apt)
**New York** **NY** **10016**
(City) (State) (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)   _Carol G. Platt_
Typed or printed name   **Carol G. Platt**
Date   **12/23/91**

**⑦ Certification** (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

134760
2021MARVEL-0006444

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B    86103 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name __ **M  VISTA PUBLICATIONS, INC.** _____

Address __ **655 Madison Ave., N.Y.C. 10021** _____

Name _____

Address _____

**2. Title:** __ **STRANGE TALES** _____
(Title of periodical)

Vol. ___ **1** _____ No. _____ **119** ___ Date on copies ___ **Apr. 1964** _____

**3. Citizenship of Author:**

Citizenship __ **USA** _____    Domiciled in U. S. A.    Yes ☐   No ☐
(Name of country)

**4. Publication:**

(a) **Date of Publication of This Issue:**

_____ **1/10/64** _____

(b) **Place of Publication of This Issue:**

_____ **USA** _____
(Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:** _____

(b) **Process Used:** _____

(c) **Country of Manufacture:** _____

*Complete all applicable spaces on next page*

2021MARVEL-0006445

Steve Ditko

Case 1:21-cv-07957-LAK Document 71-31 Filed 05/19/23 Page 56 of 127

**6. Deposit account:**

**7. Send correspondence to:**
Name _____
Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name _____
MAGAZINE MANAGEMENT CO.
Address _____
655 MADISON AVENUE
NEW YORK 21, N. Y.
(Number and street)
(City) (Zone) (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received JAN 20 1964 | * in notice: 1963 |
| Two copies received JAN 20 1964 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O—430703     (Feb. 1958—250,000)     *Page 4*

134760
2021MARVEL-0006446

# CERTIFICATE OF RENEWAL REGISTRATION



**FORM RE**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE 599 630 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 1 5 1992 |
| (Month)    (Day)    (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1.
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2.
Name
Address
Claiming as
(Use appropriate statement from instructions)

3.
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.



05458230 7

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  STRANGE TALES

If a periodical or other serial, give  Vol  1    No.  120    Issue Date  MAY 1964

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④ Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
| --- | --- |
| B 93261 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

- If the original registration for this work was made in published form, give
  DATE OF PUBLICATION  FEBRUARY 11 1964
  (Month)  (Day)  (Year)

OR

- If the original registration for this work was made in unpublished form, give
  DATE OF REGISTRATION
  (Month)  (Day)  (Year)

2021MARVEL-0006447

| RE   599 630 | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 15. 1992 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**⑤ Renewal for Group of Works**

**1**
Title of Contribution:
Title of Periodical: ..... Vol. ... No. ... Issue Date ...
Date of Publication: ..... (Month) (Day) (Year)   Registration Number...

**2**
Title of Contribution:
Title of Periodical: ..... Vol. ... No. ... Issue Date ...
Date of Publication: ..... (Month) (Day) (Year)   Registration Number...

**3**
Title of Contribution:
Title of Periodical: ..... Vol. ... No. ... Issue Date ...
Date of Publication: ..... (Month) (Day) (Year)   Registration Number...

**4**
Title of Contribution:
Title of Periodical: ..... Vol. ... No. ... Issue Date ...
Date of Publication: ..... (Month) (Day) (Year)   Registration Number...

**5**
Title of Contribution:
Title of Periodical: ..... Vol. ... No. ... Issue Date ...
Date of Publication: ..... (Month) (Day) (Year)   Registration Number.

**6**
Title of Contribution:
Title of Periodical: ..... Vol. ... No. ... Issue Date ...
Date of Publication: ..... (Month) (Day) (Year)   Registration Number.

**7**
Title of Contribution:
Title of Periodical: ..... Vol. ... No. ... Issue Date ...
Date of Publication: ..... (Month) (Day) (Year)   Registration Number.

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**
Account Number    **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York** ....... **NY** ..... **10016**
(City)      (State)      (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X)     *Carol Platt*

Typed or printed name.    **Carol G. Platt**    Date ....

**⑦ Certification (Application must be signed)**

| | MAIL CERTIFICATE TO | ⑧ Address for Return of Certificate |
|---|---|---|
| **Marvel Entertainment Group, Inc.** (Name) **387 Park Avenue South** (Number Street and Apartment Number) **New York, NY 10016** (City) (State) (ZIP code) | (Certificate will be mailed in window envelope) | |

134761
2021MARVEL-0006448

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | **B** NOT WRITE HERE 93261 |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ...... **VISTA PUBLICATIONS, INC.** ......

Address ...... **655 Madison Ave., N.Y.C. 10021** ......

Name ......

Address ......

**2. Title:** ...... **STRANGE TALES** ......

(Title of periodical)

Vol. ...... **1** ...... No. ...... **120** ...... Date on copies ...... **May 1964** ......

**3. Citizenship of Author:**

Citizenship ...... **USA** ...... Domiciled in U. S. A.   Yes ☒   No ☐

(Name of country)

**4. Publication:**

   **(a) Date of Publication of This Issue:**

   ~~2days~~   **2/11/64**

   **(b) Place of Publication of This Issue:**

   **USA**

   (Name of country)

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** ......

   **(b) Process Used:** ......

   **(c) Country of Manufacture:** ......

*Complete all applicable spaces on next page*



2021MARVEL-0006449

Steve Ditko

6. **Deposit account:**

7. **Send correspondence to:**

Name _____    Address ____ MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

8. **Send certificate to:**

(Type or print name and address)

**Name**    MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21 N. Y.

**Address** _____ (Number and Street) _____

(City) _____ (Zone) _____ (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|
| Application received FEB 13 1964 |
| Two copies received FEB 13 1964 |
| Fee received |

134761
2021MARVEL-0006450

Steve Ditko

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

RE  599 650

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 1 5 1992
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**1 Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name    Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

**2**

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work  STRANGE TALES

If a periodical or other serial, give  Vol. 1    No. 121    Issue Date  JUNE 1964

**3 Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

VISTA PUBLICATIONS, INC.

**4 Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:

B 96828

ORIGINAL COPYRIGHT CLAIMANT:

VISTA PUBLICATIONS, INC.

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give
DATE OF PUBLICATION  MARCH 10 1964
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month)    (Day)    (Year)

2021MARVEL-0006451

| RE | 599 650 | EXAMINED BY | | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|---|
| | | CHECKED BY | | DEC. 15. 1992 | |
| | | DEPOSIT ACCOUNT FUNDS USED ☐ | | REMITTANCE NUMBER AND DATE. | |

### DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical: ........................... Vol............ No.......... Issue Date ............
Date of Publication: ............ (Month) ........ (Day) ........ (Year) ..... Registration Number: ............

**2**
Title of Contribution:
Title of Periodical: ........................... Vol............ No.......... Issue Date ............
Date of Publication: ............ (Month) ........ (Day) ........ (Year) ..... Registration Number: ............

**3**
Title of Contribution:
Title of Periodical: ........................... Vol............ No.......... Issue Date ............
Date of Publication: ............ (Month) ........ (Day) ........ (Year) ..... Registration Number: ............

**4**
Title of Contribution:
Title of Periodical: ........................... Vol............ No.......... Issue Date ............
Date of Publication: ............ (Month) ........ (Day) ........ (Year) ..... Registration Number: ............

**5**
Title of Contribution:
Title of Periodical: ........................... Vol............ No.......... Issue Date ............
Date of Publication: ............ (Month) ........ (Day) ........ (Year) ..... Registration Number: ............

**6**
Title of Contribution:
Title of Periodical: ........................... Vol............ No.......... Issue Date ............
Date of Publication: ............ (Month) ........ (Day) ........ (Year) ..... Registration Number: ............

**7**
Title of Contribution:
Title of Periodical: ........................... Vol............ No.......... Issue Date ............
Date of Publication: ............ (Month) ........ (Day) ........ (Year) ..... Registration Number: ............

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York** (City) **NY** (State) **10016** (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Carol Platt_

Typed or printed name **Carol G. Platt**
Date

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number Street and Apartment Number)
**New York, NY 10016**
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022-10

134762

2021MARVEL-0006452

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B 96828 |
|  | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ... VISTA PUBLICATIONS, INC.

Address ... 655 Madison Ave., N.Y.C. 10021

Name ...

Address ...

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ...1... No. ...121... Date on copies ...June 1964

**3. Citizenship of Author:**

Citizenship ...USA

(Name of country)

Domiciled in U. S. A.  Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

3/10/64

(b) Place of Publication of This Issue:

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ...

(b) Process Used: ...

(c) Country of Manufacture: ...

*Complete all applicable spaces on next page*

6. **Deposit account:**

7. **Send correspondence to:**

Name _____    Address    MAGAZINE MANAGEMENT CO.
                                                 655 MADISON AVENUE
                                                 NEW YORK 21, N. Y.

8. **Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.

Address

655 MADISON AVENUE
(Number and street)

NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

---

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

---

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received<br>MAR 16 1964 | |
| Two copies received<br>MAR 16 1964 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1962 O—638650

(July 1962—40,000)

**Page 4**

134762

2021MARVEL-0006454

**FORM RE**

# CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE   599 652 |

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 1 5 1992
(Month)   (Day)   (Year)

---

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1  Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY  10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2  Name
Address
Claiming as
(Use appropriate statement from instructions)

3  Name
Address
Claiming as
(Use appropriate statement from instructions)

**② TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  **STRANGE TALES**
If a periodical or other serial, give  Vol. **1**  No. **122**  Issue Date  **JULY 1964**

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

VISTA PUBLICATIONS, INC.

**④ Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
| --- | --- |
| B 102931 | VISTA PUBLICATIONS, INC. |

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give
DATE OF PUBLICATION  **APRIL 9 1964**
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month)  (Day)  (Year)

0545823293

2021MARVEL-0006455

| | | |
|---|---|---|
| RE 599 652 | EXAMINED BY: _KMS_<br>CHECKED BY: ✓<br>DEPOSIT ACCOUNT FUNDS USED ☐ | RENEWAL APPLICATION RECEIVED<br>**DEC 15 1992**<br>REMITTANCE NUMBER AND DATE | FOR COPYRIGHT OFFICE USE ONLY |

---

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**1**
- Title of Contribution: ................................
- Title of Periodical: ............ Vol ...... No ...... Issue Date ..........
- Date of Publication: ____(Month)____ ____(Day)____ ____(Year)____ Registration Number: ..................

**2**
- Title of Contribution: ................................
- Title of Periodical: ............ **Vol** .... **No** ..... Issue Date ..........
- Date of Publication: ____(Month)____ ____(Day)____ ____(Year)____ **Registration Number:** ..................

**3**
- Title of Contribution: ................................
- Title of Periodical: ............ **Vol** .... **No** ..... Issue Date ..........
- Date of Publication: ____(Month)____ ____(Day)____ ____(Year)____ **Registration Number:** ..................

**4**
- Title of Contribution: ................................
- Title of Periodical: ............ **Vol** .... **No** .... **Issue Date** ..........
- Date of Publication: ____(Month)____ ____(Day)____ ____(Year)____ **Registration Number:** ..................

**5**
- Title of Contribution: ................................
- Title of Periodical: ............ Vol .... No .... Issue Date ..........
- Date of Publication: ____(Month)____ ____(Day)____ ____(Year)____ Registration Number ..................

**6**
- Title of Contribution: ................................
- Title of Periodical: ............ Vol .... No .... Issue Date ..........
- Date of Publication: ____(Month)____ ____(Day)____ ____(Year)____ Registration Number ..................

**7**
- Title of Contribution: ................................
- Title of Periodical: ............ Vol .... No .... **Issue Date** ..........
- Date of Publication: ____(Month)____ ____(Day)____ ____(Year)____ Registration Number: ..................

**⑤ Renewal for Group of Works**

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York          NY          10016**
____(City)____ ____(State)____ ____(ZIP)____

**⑥ Fee and Correspondence**

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
_(Name of renewal claimant)_
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature: (X)  _Carol Platt_

Typed or printed name: **Carol G. Platt**

Date: ____

**⑦ Certification (Application must be signed)**

---

**Marvel Entertainment Group, Inc.**
_(Name)_
**387 Park Avenue South**
_(Number, Street and Apartment Number)_
**New York, NY  10016**
____(City)____ ____(State)____ ____(ZIP code)____

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

134763
2021MARVEL-0006456

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 102931 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*William L. Kaminstein*
ABRAHAM L. KAMINSTEIN
Register of Copyrights
United States of America

**1. Copyright Claimant(s) and Address(es):**

Name  **VISTA PUBLICATIONS, INC.**

Address  **655 Madison Ave., N.Y.C. 10021**

Name

Address

**2. Title:** **STRANGE TALES**

(Title of periodical)

Vol.  **1**  No.  **122**  Date on copies  **July 1964**

**3. Citizenship of Author:**

Citizenship  **USA**

(Name of country)

Domiciled in U. S. A.  Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

**4/3/64**

(b) Place of Publication of This Issue:

**USA**

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad:

(b) Process Used:

(c) Country of Manufacture:

*Complete all applicable spaces on next page*

2021MARVEL-0006457

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name ............................................................    Address ..................



MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name ............................................................

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.

Address ............................................................

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>APR 13 1964 | |
| Two copies received<br>APR 13 1964 | |
| Fee received | |

134763
2021MARVEL-0006458

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE      599 664 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 15 1992 |
| (Month)      (Day)      (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**①** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1   Name **Marvel Entertainment Group, Inc.**
    Address **387 Park Avenue South, New York, NY  10016**
    Claiming as **Proprietor of copyright in a composite work made for hire**
    (Use appropriate statement from instructions)

2   Name
    Address
    Claiming as
    (Use appropriate statement from instructions)

3   Name
    Address
    Claiming as
    (Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**

**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work **STRANGE TALES**
If a periodical or other serial, give   Vol. **1**   No. **123**   Issue Date **AUGUST 1964**

---

**③** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

**VISTA PUBLICATIONS, INC.**

---

**④** Facts of Original Registration

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 112132 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give
DATE OF PUBLICATION **MAY 12 1964**
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION
(Month) (Day) (Year)

2021MARVEL-0006459

RE    599 664

| EXAMINED BY | ✗KMP | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| CHECKED BY | | DEC. 15 1992 | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical:                    Vol.        No.        Issue Date
Date of Publication:              (Month)      (Day)      (Year)      Registration Number

**2**
Title of Contribution:
Title of Periodical:                    Vol.        No.        Issue Date
Date of Publication:              (Month)      (Day)      (Year)      Registration Number

**3**
Title of Contribution:
Title of Periodical:                    Vol.        No.        Issue Date
Date of Publication:              (Month)      (Day)      (Year)      Registration Number

**4**
Title of Contribution:
Title of Periodical:                    Vol.        No.        Issue Date
Date of Publication:              (Month)      (Day)      (Year)      Registration Number

**5**
Title of Contribution:
Title of Periodical:                    Vol.        No.        Issue Date
Date of Publication:              (Month)      (Day)      (Year)      Registration Number

**6**
Title of Contribution:
Title of Periodical:                    Vol.        No.        Issue Date
Date of Publication:              (Month)      (Day)      (Year)      Registration Number

**7**
Title of Contribution:
Title of Periodical:                    Vol.        No.        Issue Date
Date of Publication:              (Month)      (Day)      (Year)      Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York          NY          10016**
(City)          (State)          (Apt)          (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)    _Carol Platt_
Typed or printed name    Carol G. Platt
Date    DEC 1 1992

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number  Street and Apartment Number)
New York, NY 10016
(City)          (State)          (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022-10

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*



| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B 112132 |
|       | DO NOT WRITE HERE |

**FORM B**

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___ Vista Publications, Inc.

Address ___ 655 Madison Ave., N.Y.C. 10021

Name ___

Address ___

**2. Title:** ___ STRANGE TALES
                        (Title of periodical)

Vol. ___ 1 ___ No. 123 ___ Date on copies ___ August 1964

**3. Citizenship of Author:**

Citizenship ___ U.S.A. ___                    Domiciled in U. S. A.   Yes ☐   No ☐
                        (Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

___ 5/12/64 ___

(b) Place of Publication of This Issue:

___ U.S.A. ___
                        (Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ___

(b) Process Used: ___

(c) Country of Manufacture: ___

*Complete all applicable spaces on next page*

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____  Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name _____

Address _____
(Number and street)

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

_____
(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

---

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

---

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received MAY 19 1964 | |
| Two copies received MAY 19 1964 | |
| Fee received | |

134764

2021MARVEL-0006462

**FORM RE**

# CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.



REGISTRATION NUMBER

RE    599 689

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 1 5 1992
(Month)    (Day)    (Year)

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**(1)** **Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name   Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as   Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**(2)**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work   STRANGE TALES
If a periodical or other serial, give  Vol.  1   No.  124   Issue Date   SEPTEMBER 1964

**AUTHOR(S) OF RENEWABLE MATTER:**

**Author(s)**
VISTA PUBLICATIONS, INC.

---

**(4)** **Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 127512

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give

DATE OF PUBLICATION   JUNE 9 1964
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION
(Month)  (Day)  (Year)

05458234 0

2021MARVEL-0006463

| RE 599 689 | EXAMINED BY _____ CHECKED BY _____ | RENEWAL APPLICATION RECEIVED DEC. 15. 1992 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR: To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

| | | |
|---|---|---|
| 1 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | Vol No. Issue Date Registration Number |
| 2 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | Vol No. Issue Date Registration Number |
| 3 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | Vol No. Issue Date Registration Number |
| 4 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | Vol No. Issue Date Registration Number: |
| 5 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | Vol No Issue Date Registration Number |
| 6 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | Vol No. Issue Date Registration Number: |
| 7 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | Vol No. Issue Date Registration Number: |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE: (Give name** and address to which correspondence about this application should be sent.)
Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York            NY            10016**
(City)              (State)              (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one):
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_

Typed or printed name    **Carol G. Platt**

Date    DEC 14 1992

**7** Certification (Application must be signed)

MAIL CERTIFICATE TO

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number Street and Apartment Number)
**New York, NY 10016**
(City)        (State)      (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022-10

134766
2021MARVEL-0006464

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B    127512 |
|       | DO NOT WRITE HERE |

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ..... Vista Publications, Inc.

Address ..... 655 Madison Ave., N.Y. 10021

Name .....

Address .....

**2. Title:** ..... STRANGE TALES

(Title of periodical)

Vol. ..... 1 ..... No. ..... 124 ..... Date on copies ..... Sept., 1964

**3. Citizenship of Author:**

Citizenship ..... U.S.A. .....    Domiciled in U. S. A.    Yes ☐    No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

6/9/64

(b) Place of Publication of This Issue:

..... U.S.A. .....

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: .....

(b) Process Used: .....

(c) Country of Manufacture: .....

*Complete all applicable spaces on next page*



2021MARVEL-0006465

**6. Deposit account:**

**7. Send correspondence to:**

Name _____     Address _____

**8. Send certificate to:**

(Type or print name and address)

Name _____

MAGAZINE MANAGEMENT CO.

Address _____

655 MADISON AVENUE
(Number and street)

NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received<br>JUN 15 1964   JUL -9 1964<br><br>Two copies received<br>JUN 15 1964<br><br>Fee received | |

134766

2021MARVEL-0006466

**FORM RE**

# CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE 599 680 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 1 5 1992 |
| (Month)    (Day)    (Year) |

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**1** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name    Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

**2** Work Renewed

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:  STRANGE TALES
If a periodical or other serial, give  Vol  1    No.  125    Issue Date  OCTOBER 1964

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.



054582351

**4** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**

B 121798

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

* If the original registration for this work was made in published form, give
DATE OF PUBLICATION  JULY 9 1964
(Month)    (Day)    (Year)

OR

* If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month)    (Day)    (Year)

2021MARVEL-0006467

| | |
|---|---|
| EXAMINED BY | RENEWAL APPLICATION RECEIVED |
| CHECKED BY | DEC 15 1992 |
| DEPOSIT ACCOUNT FUNDS USED? ☐ | REMITTANCE NUMBER AND DATE |

RE 599 680

FOR COPYRIGHT OFFICE USE ONLY

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical: ........................ Vol. ... No. ..... Issue Date .......
Date of Publication: (Month) (Day) (Year) Registration Number: ...........

**2**
Title of Contribution:
Title of Periodical: ........................ Vol. .. .. No. ..... Issue Date .......
Date of Publication: (Month) (Day) (Year) Registration Number: ...........

**3**
Title of Contribution:
Title of Periodical: ........................ Vol. ... No. .... Issue Date .....
Date of Publication: (Month) (Day) (Year) Registration Number: .....

**4**
Title of Contribution:
Title of Periodical: ........................ Vol. ... No. ... Issue Date .......
Date of Publication: (Month) (Day) (Year) Registration Number: ...........

**5**
Title of Contribution:
Title of Periodical: ........................ Vol. .. .. No. ... Issue Date ..
Date of Publication: (Month) (Day) (Year) Registration Number: ...........

**6**
Title of Contribution:
Title of Periodical: ........................ Vol. .. .. No. ... Issue Date .....
Date of Publication: (Month) (Day) (Year) Registration Number: ...........

**7**
Title of Contribution:
Title of Periodical: ........................ Vol. ... No. ... Issue Date ......
Date of Publication: (Month) (Day) (Year) Registration Number: ...........

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account )

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York        NY        10016
(City)        (State)        (ZIP)

**6** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) _Carol Platt_

Typed or printed name    Carol G. Platt    DEC 14 1992
                                            Date

**7** Certification (Application must be signed)

---

| MAIL CERTIFICATE TO | **8** Address for Return of Certificate |
|---|---|

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|-------|------------------|
| B | 121798 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*

Register of Copyrights
United States of America

**1. Copyright Claimant(s) and Address(es):**

Name ---- Vista Publications, Inc.

Address ---- 655 Madison Ave., N.Y. 10021

Name ----

Address ----

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. 1   No. 125   Date on copies Oct., 1964

**3. Citizenship of Author:**

Citizenship USA (Name of country)   Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

7/9/64

(b) Place of Publication of This Issue:

USA (Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ----

(b) Process Used: ----

(c) Country of Manufacture: ----

*Complete all applicable spaces on next page*

2021MARVEL-0006469

Steve Ditko

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____   Address _____

**8. Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.

Address

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.*  Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?*  Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.*  There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.*  The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.*  Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.*  Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.*  The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.*  Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.*  The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received **JUL 10 1964** | |
| Two copies received **JUL 10 1964** | |
| Fee received | |

134765
2021MARVEL-0006470

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE    599 705 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 1 5 1992 |
| (Month)    (Day)    (Year) |

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1** Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY  10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

**2** Name
Address
Claiming as
(Use appropriate statement from instructions)

**3** Name
Address
Claiming as

**② Work Renewed**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  STRANGE TALES
If a periodical or other serial give  Vol. **1**    No. **126**    Issue Date  **NOVEMBER 1964**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**④ Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 129014 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give

DATE OF PUBLICATION  **AUGUST 11 1964**
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form.
give

DATE OF REGISTRATION
(Month)  (Day)  (Year)

05458236202

2021MARVEL-0006471

| RE | 599 705 | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| | | CHECKED BY | DEC. 15. 1992 | |
| | | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

| | Title of Contribution: | | | | | |
|---|---|---|---|---|---|---|
| | Title of Periodical: | | Vol. | No. | Issue Date | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | | | |
| 2 | Title of Contribution: | | | | | |
| | Title of Periodical: | | Vol. | No. | Issue Date | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | | | |
| 3 | Title of Contribution: | | | | | |
| | Title of Periodical: | | Vol. | No. | Issue Date | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | | | |
| 4 | Title of Contribution: | | | | | |
| | Title of Periodical: | | Vol. | No. | Issue Date | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | | | |
| 5 | Title of Contribution: | | | | | |
| | Title of Periodical: | | Vol. | No. | Issue Date | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | | | |
| 6 | Title of Contribution: | | | | | |
| | Title of Periodical: | | Vol. | No. | Issue Date | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | | | |
| 7 | Title of Contribution: | | | | | |
| | Title of Periodical: | | Vol. | No. | Issue Date | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | | | |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**

Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York** **NY** **10016**
(City) (State) (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Carol Platt_

Typed or printed name **Carol G. Platt**

Date _DEC. 1992_

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number Street and Apartment Number)
**New York, NY 10016**
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022 10

134767
2021MARVEL-0006472

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | **B**    **129014** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ...... Vista Publications, Inc.

Address ...... 655 Madison Ave., New York, N.Y. 10021

Name ......

Address ......

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ....1.... No. ....126.. Date on copies ....November 1964....

**3. Citizenship of Author:**

Citizenship ...... USA ......

(Name of country)

Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

...... 8/11/64 ......

(b) Place of Publication of This Issue:

...... USA ......

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

--------------------------------------------------------------------------------------

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)

Name

~~MAGAZINE MANAGEMENT CO.~~

655 MADISON AVENUE

~~NEW YORK 21, N. Y.~~

Address

| (City) | (Zone) | (State) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received AUG 11 1964 | |
| Two copies received AUG 11 1964 | |
| Fee received | |

134767

2021MARVEL-0006474

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE 599 720 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 15 1992 |
| (Month) (Day) (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**(1)** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY 10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**(2)**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

054582373

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work: **STRANGE TALES**
If a periodical or other serial, give Vol. **1** No. **127** Issue Date **DECEMBER 1964**

**AUTHOR(S) OF RENEWABLE MATTER:**

Author(s)

VISTA PUBLICATIONS, INC.

**(4)** Facts of Original Registration

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 136445 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give
DATE OF PUBLICATION **SEPTEMBER 8 1964**
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month) (Day) (Year)

2021MARVEL-0006475

| RE 599 720 | EXAMINED BY _____ CHECKED BY _____ DEPOSIT ACCOUNT FUNDS USED ☐ | RENEWAL APPLICATION RECEIVED DEC 15 1992 REMITTANCE NUMBER AND DATE | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions). give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5 Renewal for Group of Works**

1
Title of Contribution:
Title of Periodical:                                    Vol.      No.        Issue Date
Date of Publication:                                    Registration Number
        (Month)     (Day)     (Year)

2
Title of Contribution:
Title of Periodical:                                    Vol.      No.        Issue Date
Date of Publication:                                    Registration Number
        (Month)     (Day)     (Year)

3
Title of Contribution:
Title of Periodical:                                    Vol.      No.        Issue Date
Date of Publication:                                    Registration Number
        (Month)     (Day)     (Year)

4
Title of Contribution:
Title of Periodical:                                    Vol.      No.        Issue Date
Date of Publication:                                    Registration Number
        (Month)     (Day)     (Year)

5
Title of Contribution:
Title of Periodical:                                    Vol.      No.        Issue Date
Date of Publication:                                    Registration Number
        (Month)     (Day)     (Year)

6
Title of Contribution:
Title of Periodical:                                    Vol.      No.        Issue Date
Date of Publication:                                    Registration Number
        (Month)     (Day)     (Year)

7
Title of Contribution:
Title of Periodical:                                    Vol.      No.        Issue Date
Date of Publication:                                    Registration Number
        (Month)     (Day)     (Year)

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York          NY          10016**
(City)          (State)          (ZIP)

**6 Fee and Correspondence**

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Carol Platt_

Typed or printed name:     **Carol G. Platt**

Date _DEC 14 1992_

**7 Certification (Application must be signed)**

---

MAIL CERTIFICATE TO

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number, Street and Apartment Number)
**New York, NY 10016**
(City)          (State)          (ZIP code)

(Certificate will be mailed in window envelope)

**8 Address for Return of Certificate**

134768
2021MARVEL-0006476

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B  136445 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name .... **Vista Publications, Inc.**

Address .... **655 Madison Ave., New York, N.Y. 10021**

Name ....

Address ....

**2. Title:** **STRANGE TALES**

(Title of periodical)

Vol. ........ **1** ..... No. **127** ..... Date on copies .... **Dec., 1964**

**3. Citizenship of Author:**

Citizenship .... **USA**
(Name of country)
................ Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

........ **9/8/64**

(b) Place of Publication of This Issue:

**USA**
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ....

(b) Process Used: ....

(c) Country of Manufacture: ....

*Complete all applicable spaces on next page*

2021MARVEL-0006477

Steve Ditko

**6. Deposit account:**

_____

**7. Send correspondence to:**

Name _____ Address _____

**8. Send certificate to:**

(Type or print name and address)

Name

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21 Y.
(Number and street)

(City)     (Zone)     (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received<br>SEP 17 1964 | |
| Two copies received<br>SEP 17 1964 | |
| Fee received | |

134768
2021MARVEL-0006478

**FORM RE**

# CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE   599 733 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 1 5 1992 |
| (Month)   (Day)   (Year) |

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

| ① Renewal Claimant(s) | RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions) |
|---|---|
| | 1  Name **Marvel Entertainment Group, Inc.** Address **387 Park Avenue South, New York, NY  10016** Claiming as **Proprietor of copyright in a composite work made for hire** (Use appropriate statement from instructions) |
| | 2  Name Address Claiming as (Use appropriate statement from instructions) |
| | 3  Name Address Claiming as (Use appropriate statement from instructions) |

| ② | TITLE OF WORK IN WHICH RENEWAL IS CLAIMED: |
|---|---|
| | **STRANGE TALES** |

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: **STRANGE TALES**

If a periodical or other serial, give  Vol **1**   No. **128**   Issue Date **JANUARY 1965**

**AUTHOR(S) OF RENEWABLE MATTER:**

Author(s)   **VISTA PUBLICATIONS, INC.**

| ④ Facts of Original Registration | ORIGINAL REGISTRATION NUMBER: **B 140634** | ORIGINAL COPYRIGHT CLAIMANT: **VISTA PUBLICATIONS, INC.** |
|---|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give
DATE OF PUBLICATION **OCTOBER 8 1964**
·Month·   ·Day·   ·Year·

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
·Month·   ·Day·   ·Year·

2021MARVEL-0006479

| RE  599 733 | EXAMINED BY ___ | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY ___ | DEC 15 1992 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤
Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical:  Vol.  No.  Issue Date
Date of Publication:  (Month)  (Day)  (Year)  Registration Number:

**2**
Title of Contribution:
Title of Periodical:  Vol.  No.  Issue Date
Date of Publication:  (Month)  (Day)  (Year)  Registration Number:

**3**
Title of Contribution:
Title of Periodical:  Vol.  No.  Issue Date
Date of Publication:  (Month)  (Day)  (Year)  Registration Number:

**4**
Title of Contribution:
Title of Periodical:  Vol.  No.  Issue Date
Date of Publication:  (Month)  (Day)  (Year)  Registration Number:

**5**
Title of Contribution:
Title of Periodical:  Vol.  No.  Issue Date
Date of Publication:  (Month)  (Day)  (Year)  Registration Number

**6**
Title of Contribution:
Title of Periodical:  Vol.  No.  Issue Date
Date of Publication:  (Month)  (Day)  (Year)  Registration Number:

**7**
Title of Contribution:
Title of Periodical:  Vol.  No.  Issue Date
Date of Publication:  (Month)  (Day)  (Year)  Registration Number:

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel** Entertainment Group, Inc.
Account Number:  DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York        NY        10016
(City)        (State)        (ZIP)

⑥
Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Carol Platt*

Typed or printed name  Carol G. Platt

Date  DEC 1 4 1992

⑦
Certification
(Application must be signed)

---

| Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY  10016
(City)  (State)  (ZIP code) | **MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope) | ⑧
Address for Return of Certificate |

Steve Ditko

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| B | B 140664 |

140·634
DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
Register of Copyrights
United States of America





NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ____ **Vista Publications, Inc.** _____

Address ____ **625 Madison Ave.** _____

Name ____ **New York, N.Y. 10022** _____

Address _____

**2. Title:** ____ **STRANGE TALES** _____
(Title of periodical)

Vol. ____ **1** ____ No. ____ **128** ____ Date on copies ____ **Jan. 1965** _____

**3. Citizenship of Author:**

Citizenship ____ **USA** _____ Domiciled in U. S. A.   Yes ☐   No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

_____ **10/8/84** _____

(b) Place of Publication of This Issue:

_____ **USA** _____
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: _____

(b) Process Used: _____

(c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

2021MARVEL-0006481

**6. Deposit account:**

**7. Send correspondence to:**

Name _____ Address _____

**8. Send certificate to:**

(Type or print name and address)

Name _____

Address _____

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
NEW YORK, N. Y. 10022

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|
| Application received OCT 12 1964 |
| Two copies received OCT 12 1964 |
| Fee received |

U.S. GOVERNMENT PRINTING OFFICE : 1962 O—636650    (July 1962—40,000)    **Page 4**

134769
2021MARVEL-0006482

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE **599 745** |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 1 5 1992 |
| (Month)    (Day)    (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

## ① Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

## ②

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:  STRANGE TALES
If a periodical or other serial, give  Vol. 1   No. 129   Issue Date  FEBRUARY 1965

## Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

## ④ Facts of Original Registration

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
| --- | --- |
| B 147181 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION  NOVEMBER 10 1964
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION
(Month)  (Day)  (Year)

2021MARVEL-0006483

| RE 599 745 | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 15. 1992 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . .   Vol.   No.   Issue Date
Date of Publication: . . . . . . . . . . . . . . . . . . . . . .   Registration Number. . . . . . . . . . .
(Month)      (Day)      (Year)

**2**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . .   Vol.   No.   Issue Date
Date of Publication: . . . . . . . . . . . . . . . . . . . . . .   Registration Number. . . . . . . . . . .
(Month)      (Day)      (Year)

**3**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . .   Vol   No.   Issue Date
Date of Publication: . . . . . . . . . . . . . . . . . . . . . .   Registration Number. . . . . . . . . . .
(Month)      (Day)      (Year)

**4**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . .   Vol.   No.   Issue Date
Date of Publication: . . . . . . . . . . . . . . . . . . . . . .   Registration Number. . . . . . . . . . .
(Month)      (Day)      (Year)

**5**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . .   Vol.   No.   Issue Date
Date of Publication: . . . . . . . . . . . . . . . . . . . . . .   Registration Number. . . . . . . . . . .
(Month)      (Day)      (Year)

**6**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . .   Vol.   No.   Issue Date
Date of Publication: . . . . . . . . . . . . . . . . . . . . . .   Registration Number. . . . . . . . . . .
(Month)      (Day)      (Year)

**7**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . .   Vol.   No.   Issue Date
Date of Publication: . . . . . . . . . . . . . . . . . . . . . .   Registration Number. . . . . . . . . . .
(Month)      (Day)      (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York      NY      10016
(City)      (State)      (Zip)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant   ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X)   *Carol Platt*

Typed or printed name:   Carol G. Platt

Date   DEC 1 4 1992

**7** Certification (Application must be signed)

Marvel Entertainment Group, Inc.
(Name)

387 Park Avenue South
(Number, Street and Apartment Number)

New York, NY 10016
(City)      (State)      (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022-10

134770

2021MARVEL-0006484

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B    147181 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*[signature] L. Kaminstein*

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ........ Vista Publications, Inc.

Address ........ 625 Madison Ave., New York, N.Y. 10022

Name ........

Address ........

**2. Title:** ........ STRANGE TALES

(Title of periodical)

Vol. ........ **1** .... No. ........ **129** .... Date on copies ........ **Feb., 1965**

**3. Citizenship of Author:**

Citizenship ........ USA

(Name of country)    Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

........ 11/10/64

(b) Place of Publication of This Issue:

........ USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ........

(b) Process Used: ........

(c) Country of Manufacture: ........

*Complete all applicable spaces on next page*

**6. Deposit account:**

-----------------------------------------------------------------

**7. Send correspondence to:**

Name _____    **Address** _____

**8. Send certificate to:**

(Type or print name and address)

Name _____

Address

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
NEW YORK, N. Y. 10022

(Number and street)

_____(City)_____    _____(Zone)_____    _____(State)_____

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> **NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received NOV 18 1964 | |
| Two copies received NOV 16 1964 | |
| Fee received | |

134770

2021MARVEL-0006486

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE 599 763 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 1 5 1992 |
| (Month)     (Day)     (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work.  STRANGE TALES
If a periodical or other serial, give  Vol  1    No.  130    Issue Date  MARCH 1965

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**  B 157772

**ORIGINAL COPYRIGHT CLAIMANT:**  VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form. give

DATE OF PUBLICATION  DECEMBER 10 1964
(Month)     (Day)     (Year)

OR

• If the original registration for this work was made in unpublished form. give

DATE OF REGISTRATION
(Month)     (Day)     (Year)

2021MARVEL-0006487

| RE  599 763 | EXAMINED BY ___ | RENEWAL APPLICATION RECEIVED DEC. 15. 1992 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY ___ | | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions). give full information about each contribution. If more space is needed. request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

| | | |
|---|---|---|
| 1 | Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . No . . . . . Issue Date . . . . .<br>Date of Publication: . . . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . . . . . .<br>(Month)   (Day)   (Year) | | |
| 2 | Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . . . No . . . . . Issue Date . . . .<br>Date of Publication: . . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . . . . . . .<br>(Month)   (Day)   (Year) | | |
| 3 | Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . No . . . . . Issue Date . . . . . .<br>Date of Publication: . . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . . . . . . .<br>(Month)   (Day)   (Year) | | |
| 4 | Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . . . No . . . . Issue Date . . . . .<br>Date of Publication: . . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . . . . . . .<br>(Month)   (Day)   (Year) | | |
| 5 | Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . No . . . . . Issue Date . . . . .<br>Date of Publication: . . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . . . . . . .<br>(Month)   (Day)   (Year) | | |
| 6 | Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . . No . . . . . Issue Date . . . . .<br>Date of Publication: . . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . . . . . . .<br>(Month)   (Day)   (Year) | | |
| 7 | Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . No . . . . . Issue Date . . . . . .<br>Date of Publication: . . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . . . . . . .<br>(Month)   (Day)   (Year) | | |

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office. give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**

Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Carol Platt, Marvel Ent. Group**

Address: **387 Park Avenue South**
**New York           NY        10016**
(City)   (State)   (ZIP)

**6** Fee and Correspondence

---

**CERTIFICATION:** I. the undersigned. hereby certify that I am the: (Check one)

☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)

of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Carol Platt_

Typed or printed name    **Carol G. Platt**

Date ___

**7** Certification (Application must be signed)

---

| MAIL CERTIFICATE TO | |
|---|---|
| **Marvel Entertainment Group, Inc.**<br>(Name)<br>**387 Park Avenue South**<br>(Number Street and Apartment Number)<br>**New York, NY  10016**<br>(City)   (State)   (ZIP code) | (Certificate will be mailed in window envelope) |

**8** Address for Return of Certificate

---

134771

2021MARVEL-0006488

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B  **157772** |
|       | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ...... **Vista Publications, Inc.**

Address ...... **625 Madison Ave., New York, N.Y. 10022**

Name ......

Address ......

**2. Title:** ...... **STRANGE TALES**
*(Title of periodical)*

Vol. -------- **1** ----- No. ----- **130** ---- Date on copies ---- **March 1965**

**3. Citizenship of Author:**

Citizenship ...... **USA**
*(Name of country)*        Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

**(a) Date of Publication of This Issue:**

---------- **12/10/64**

**(b) Place of Publication of This Issue:**

---------- **USA**
*(Name of country)*

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** ......

**(b) Process Used:** ......

**(c) Country of Manufacture:** ......

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

-------------------------------------------------------------------------------

**7. Send correspondence to:**

Name _____    **Address** _____

**8. Send certificate to:**

(Type or print name and address)

Name

**MAGAZINE MANAGEMENT CO.**

Address

**625 MADISON AVENUE**

**NEW YORK, N. Y. 10022**

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>DEC 14 1964 | |
| Two copies received<br>DEC 14 1964 | |
| Fee received | |

134771
2021MARVEL-0006490

# CERTIFICATE OF REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
~~United States of America~~

OFFICIAL SEAL

RE 645-187

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| NOV 1 7 1993 |
| (Month) (Day) (Year) |

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**① RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY   10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:    1    131    Issue Date    APRIL 1965
If a periodical or other serial, give: Vol.    No.

**② AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 162016 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: JANUARY 12 1965
(Month) (Day) (Year)
OR
• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month) (Day) (Year)

2021MARVEL-0006491

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR |
| CHECKED BY | NOV 17 1992 | COPYRIGHT |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | OFFICE USE ONLY |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions) give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5** Renewal for Group of Works

1. Title of Contribution: ... Title of Periodical: ... Vol ... No ... Issue Date ... Date of Publication: (Month) (Day) (Year) Registration Number: ...

2. Title of Contribution: ... Title of Periodical: ... Vol ... No ... Issue Date ... Date of Publication: (Month) (Day) (Year) Registration Number: ...

3. Title of Contribution: ... Title of Periodical: ... Vol ... No ... Issue Date ... Date of Publication: (Month) (Day) (Year) Registration Number: ...

4. Title of Contribution: ... Title of Periodical: ... Vol ... No ... Issue Date ... Date of Publication: (Month) (Day) (Year) Registration Number: ...

5. Title of Contribution: ... Title of Periodical: ... Vol ... No ... Issue Date ... Date of Publication: (Month) (Day) (Year) Registration Number: ...

6. Title of Contribution: ... Title of Periodical: ... Vol ... No ... Issue Date ... Date of Publication: (Month) (Day) (Year) Registration Number: ...

7. Title of Contribution: ... Title of Periodical: ... Vol ... No ... Issue Date ... Date of Publication: (Month) (Day) (Year) Registre Number: ...

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name **Marvel Entertainment Group, INC**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **CAROL PLATT, Marvel ent.Group**
Address: **387 Park Avenue South**
**New York**  **NY**  **10016**

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ■ duly authorized agent of: **Marvel Entertainment Group, INC.**
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) *Carol Platt*
Typed or printed name: **Carol G. Platt**
Date:

**7** Certification (Application must be signed)

**MARVEL ENTERTAINMENT GROUP, INC.**
(Name)
**387 Park Avenue South**
(Number, Street and Apartment Number)
**NEW YORK**  **NY**  **10016**
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|-----------------|
| **B** | B 162016 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ........ Vista Publications, Inc. ................................................................

Address ........ 625 Madison Ave., New York, N.Y. 10022 ............................

Name ....................................................................................................................

Address .................................................................................................................

**2. Title:** ........ STRANGE TALES ....................................................................
_(Title of periodical)_

..............................................................................................................................

Vol. ........ 1 .... No. ........ 131 .... Date on copies ........ April 1965 ............

**3. Citizenship of Author:**

Citizenship ........ USA ............................................................... Domiciled in U. S. A.   Yes ☐   No ☐
_(Name of country)_

**4. Publication:**

    **(a) Date of Publication of This Issue:**

        1/12/65
..............................................................................................................................

    **(b) Place of Publication of This Issue:**

        USA
..............................................................................................................................
_(Name of country)_

**5. Manufacture Outside United States:**

    **(a) Portion of the Manufacturing Done Abroad:** .................................................

    **(b) Process Used:** .............................................................................................

    **(c) Country of Manufacture:** ...........................................................................

*Complete all applicable spaces on next page*

E

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)

Name _____

Address _____

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>JAN 13 1965 | |
| Two copies received<br>JAN 13 1965 | |
| Fee received | |

134772

2021MARVEL-0006494

# CERTIFICATE OF REGISTRATION

## FORM RE
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

*United States of America*

OFFICIAL SEAL



RE 645-208

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 1 7 1993
(Month)        (Day)        (Year)

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

1.
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2.
Name
Address
Claiming as
(Use appropriate statement from instructions)

3.
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:    1    132    MAY 1965
If a periodical or other serial, give: Vol.          No.          Issue Date

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 167564

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
FEBRUARY 11 1965
DATE OF PUBLICATION: ........ (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: ........ (Month) (Day) (Year)

2021MARVEL-0006495

| | |
|---|---|
| EXAMINED BY | |
| CHECKED BY | |
| CORRESPONDENCE ☐ Yes | RENEWAL APPLICATION RECEIVED **NOV 17 1993** REMITTANCE NUMBER AND DATE: |
| DEPOSIT ACCOUNT FUNDS USED ☐ | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**⑤** Renewal for Group of Works

**1**
Title of Contribution
Title of Periodical .................. Vol ......... No ......... Issue Date ...................
Date of Publication ......... (Month) (Day) (Year) Registration Number ......... ...................

**2**
Title of Contribution
Title of Periodical .................. Vol ......... No ......... Issue Date ...................
Date of Publication ......... (Month) (Day) (Year) Registration Number ...................

**3**
Title of Contribution
Title of Periodical .................. Vol ......... No ......... Issue Date ...................
Date of Publication ......... (Month) (Day) (Year) Registration Number ...................

**4**
Title of Contribution
Title of Periodical .................. Vol ......... No ......... Issue Date ...................
Date of Publication ......... (Month) (Day) (Year) Registration Number ...................

**5**
Title of Contribution
Title of Periodical .................. Vol ......... No ......... Issue Date ...................
Date of Publication ......... (Month) (Day) (Year) Registration Number ...................

**6**
Title of Contribution ...................
Title of Periodical .................. Vol ......... No ......... Issue Date ...................
Date of Publication ......... (Month) (Day) (Year) Registration Number ...................

**7**
Title of Contribution ...................
Title of Periodical .................. Vol ......... No ......... Issue Date ...................
Date of Publication ......... (Month) (Day) (Year) Registration Number ...................

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, INC**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **CAROL PLATT, Marvel ent.Group**
Address: **387 Park Avenue South**
**New York** **NY** **10016**
(City) (State) (ZIP)

**⑥** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ■ duly authorized agent of: **Marvel Entertainment Group, INC.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): *Carol Platt*
Typed or printed name: **Carol G. Platt**
Date: ...................

**⑦** Certification (Application must be signed)

**MARVEL ENTERTAINMENT GROUP, INC.**
(Name)
**387 Park Avenue South**
(Number, Street and Apartment Number)
**NEW YORK** **NY** **10016**
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧** Address for Return of Certificate



October 1989—80,000 ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306/8

134773

2021MARVEL-0006496

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | **B  167564** |
|       | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name .......... Vista Publications, Inc.

Address .......... 625 Madison Ave., New York, N.Y. 10022

Name ..........

Address ..........

**2. Title:** .......... STRANGE TALES

(Title of periodical)

Vol. .......1... No. .......132. Date on copies .......... May 1965

**3. Citizenship of Author:**

Citizenship .......... USA

(Name of country)

Domiciled in U. S. A.  Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

.......... 2/11/65

(b) Place of Publication of This Issue:

.......... USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ..........

(b) Process Used: ..........

(c) Country of Manufacture: ..........

*Complete all applicable spaces on next page*

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____     Address _____

**8. Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

Address

*Number and street*

(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>FEB 18 1965 | |
| Two copies received<br>FEB 18 1965<br>Fee received | |

134773
2021MARVEL-0006498

# CERTIFICATE OF REGISTRATION

## FORM RE
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



RE 645-214

**EFFECTIVE DATE OF RENEWAL REGISTRATION**
NOV 1 7 1993
(Month)    (Day)    (Year)

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See instructions)

1  Name MARVEL ENTERTAINMENT GROUP, INC.
   Address 387 Park Avenue South, New York, NY     10016
   Claiming as Proprietor of copyright in a composite work made for hire
   (Use appropriate statement from instructions)

2  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

3  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:  I          133          JUNE 1965

If a periodical or other serial, give: Vol.          No.          Issue Date

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 173315

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION:   MARCH   11   1965   OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month)   (Day)   (Year)

| | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR |
| | CHECKED BY | NOV 17 1993 | COPYRIGHT |
| | CORRESPONDENCE | REMITTANCE NUMBER AND DATE: | OFFICE |
| | ☐ Yes | | USE |
| | DEPOSIT ACCOUNT FUNDS USED | | ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

| | | |
|---|---|---|
| **1** | Title of Contribution Title of Periodical Date of Publication (Month) (Day) (Year) | Vol No Issue Date Registration Number |
| **2** | Title of Contribution Title of Periodical Date of Publication (Month) (Day) (Year) | Vol No Issue Date Registration Number |
| **3** | Title of Contribution Title of Periodical Date of Publication (Month) (Day) (Year) | Vol No Issue Date Registration Number |
| **4** | Title of Contribution Title of Periodical Date of Publication (Month) (Day) (Year) | Vol No Issue Date Registration Number |
| **5** | Title of Contribution Title of Periodical Date of Publication (Month) (Day) (Year) | Vol No Issue Date Registration Number |
| **6** | Title of Contribution Title of Periodical Date of Publication (Month) (Day) (Year) | Vol No Issue Date Registration Number |
| **7** | Title of Contribution Title of Periodical Date of Publication (Month) (Day) (Year) | Vol No Issue Date Registration Number |

**⑤ Renewal for Group of Works**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account )

Name **Marvel Entertainment Group, INC.**

Account Number **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **CAROL PLATT, Marvel ent.Group**

Address **387 Park Avenue South**

**New York** (City) **NY** (State) **10016** (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant   ■ duly authorized agent of **Marvel Entertainment Group, INC.**

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Carol Platt_

Typed or printed name **Carol G. Platt**

Date:

**⑦ Certification (Application must be signed)**

**MARVEL ENTERTAINMENT GROUP, INC.** (Name)

**387 Park Avenue South** (Number, Street and Apartment Number)

**NEW YORK** (City) **NY** (State) **10016** (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

* October 1988—50,000   ☆U.S. GOVERNMENT PRINTING OFFICE: 1988—262-306.8

134774

2021MARVEL-0006500

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*



**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | **B   173315** |
|       | DO NOT WRITE HERE |

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ..... Vista Publications, Inc.

Address ..... 625 Madison Ave., New York, N.Y. 10022

Name ...............................................

Address ...........................................

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ..... 1 ..... No. ..... 133 ..... Date on copies ..... June 1965

**3. Citizenship of Author:**

Citizenship ..... USA ..... Domiciled in U. S. A.   Yes ☐   No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

..... 3/11/65

(b) Place of Publication of This Issue:

..... USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: .....

(b) Process Used: .....

(c) Country of Manufacture: .....

*Complete all applicable spaces on next page*

2021MARVEL-0006501

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name ................................................    **Address** ....................................................

**8. Send certificate to:**

(Type or print name and address)

Name

Address

**MAGAZINE MANAGEMENT CO.**
**625 MADISON AVENUE**
**NEW YORK, N. Y. 10022**

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received MAR 17 1965 | |
| Two copies received MAR 17 1965 | |
| Fee received | |

134714
2021MARVEL-0006502

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



RE 645-228

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 17 1993
(Month)    (Day)    (Year)



ACTING REGISTER OF COPYRIGHTS

*United States of America*

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**(1)** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name MARVEL ENTERTAINMENT GROUP, INC.
   Address 387 Park Avenue South, New York, NY    10016
   Claiming as Proprietor of copyright in a composite work made for hire
   (Use appropriate statement from instructions)

2  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

3  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:
If a periodical or other serial, give:  Vol. 1    No. 134    Issue Date JULY 1965

**(3)** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**(4)** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**
B 179809

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
APRIL    8    1965    OR
DATE OF PUBLICATION:    (Month)  (Day)  (Year)

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:    (Month)  (Day)  (Year)

2021MARVEL-0006503

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | FOR |
| CHECKED BY | | | COPYRIGHT |
| CORRESPONDENCE | | NOV 17 1993 | OFFICE |
| ☐ Yes | | REMITTANCE NUMBER AND DATE | USE |
| DEPOSIT ACCOUNT | | | ONLY |
| FUNDS USED | | | |
| ☐ | | | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**5** Renewal for Group of Works

| | | | | | |
|---|---|---|---|---|---|
| 1 | Title of Contribution: | | | | |
| | Title of Periodical: | | Vol. | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number: | | |
| 2 | Title of Contribution: | | | | |
| | Title of Periodical: | | Vol. | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number: | | |
| 3 | Title of Contribution: | | | | |
| | Title of Periodical: | | Vol. | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number: | | |
| 4 | Title of Contribution: | | | | |
| | Title of Periodical: | | Vol. | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number: | | |
| 5 | Title of Contribution: | | | | |
| | Title of Periodical: | | Vol. | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number: | | |
| 6 | Title of Contribution: | | | | |
| | Title of Periodical: | | Vol. | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number: | | |
| 7 | Title of Contribution: | | | | |
| | Title of Periodical: | | Vol. | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number: | | |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, INC.

Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group (Name of renewal claimant)

Address: 387 Park Avenue South

New York     NY     10016
(City)     (State)     (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant    ■ duly authorized agent of: Marvel Entertainment Group, INC.
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_

Typed or printed name: Carol G. Platt

Date: ...........

**7** Certification (Application must be signed)

MARVEL ENTERTAINMENT GROUP, INC.
(Name)

387 Park Avenue South
(Number, Street and Apartment Number)

NEW YORK     NY     10016
(City)     (State)     (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

☆ October 1989—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306.8

134775

2021MARVEL-0006504

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| B | B 179809 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*
ABRAHAM L. KAMINSTEIN

**1. Copyright Claimant(s) and Address(es):**

Name    Vista Publications, Inc.

Address    625 Madison Ave., New York, N.Y. 10022

Name

Address

**2. Title:**    STRANGE TALES

(Title of periodical)

Vol.    1    No.    134    Date on copies    July 1965

**3. Citizenship of Author:**

Citizenship    USA

(Name of country)    Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

4/8/65

(b) Place of Publication of This Issue:

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad:

(b) Process Used:

(c) Country of Manufacture:

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

........................................................................................................

**7. Send correspondence to:**

Name ................................................    Address ................................................

MAGAZINE MANA............... ..J

C.......................... AV.........

NEW YO.... .. Y. 100.2

**8. Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.

Address

625 MADISON AVENUE

NEW YORK, N. Y. 10022

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received<br>APR 13 1965 | |
| Two copies received<br>APR 13 1965 | |
| Fee received | |

134775

2021MARVEL-0006506

# FORM RE
UNITED STATES COPYRIGHT OFFICE



RE 645-244

*RE000RE451444*

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 1 7 1993

(Month) ......... (Day) ......... (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See instructions)**

1.
Name · MARVEL ENTERTAINMENT GROUP, INC. ..................
Address 387 Park Avenue South, New York, NY    10016 .........
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2.
Name ........................................................
Address .....................................................
Claiming as .................................................
(Use appropriate statement from instructions)

3.
Name ........................................................
Address .....................................................
Claiming as .................................................
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions
thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:    I        135        AUGUST 1965
If a periodical or other serial, give: Vol .......... No. .......... Issue Date ..........

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 190436

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form,
give:
MAY    4    1965    OR
DATE OF PUBLICATION: ..........
(Month)    (Day)    (Year)

• If the original registration for this work was made in unpublished form,
give:
DATE OF REGISTRATION: ..........
(Month)    (Day)    (Year)

2021MARVEL-0006507

| | EXAMINED BY | RENEWAL APPLICATION RECEIVED | |
|---|---|---|---|
| | CHECKED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| | CORRESPONDENCE ☐ Yes | NOV 17 1993 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions) give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

 **5** Renewal for Group of Works

**1**
Title of Contribution
Title of Periodical          Vol      No      Issue Date
Date of Publication    (Month)    (Day)    (Year)    Registration Number

**2**
Title of Contribution
Title of Periodical          Vol      No      Issue Date
Date of Publication    (Month)    (Day)    (Year)    Registration Number

**3**
Title of Contribution
Title of Periodical          Vol      No      Issue Date
Date of Publication    (Month)    (Day)    (Year)    Registration Number

**4**
Title of Contribution
Title of Periodical          Vol      No      Issue Date
Date of Publication    (Month)    (Day)    (Year)    Registration Number

**5**
Title of Contribution
Title of Periodical          Vol      No      Issue Date
Date of Publication    (Month)    (Day)    (Year)    Registration Number

**6**
Title of Contribution
Title of Periodical          Vol      No      Issue Date
Date of Publication    (Month)    (Day)    (Year)    Registration Number

**7**
Title of Contribution
Title of Periodical          Vol      No      Issue Date
Date of Publication    (Month)    (Day)    (Year)    Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, INC.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: **CAROL PLATT, Marvel ent.Group**
Address: **387 Park Avenue South**
**New York        NY        10016**
(City)        (State)        (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ■ duly authorized agent of **Marvel Entertainment Group, INC.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_
Typed or printed name: **Carol G. Platt**
Date:

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK        NY        10016
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

October 1989—80,000        ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306 8

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|-----------------|
| **B** | B **190436** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*

**NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL**

**1. Copyright Claimant(s) and Address(es):**

Name ...Vista Publications, Inc.

Address ...625 Madison Ave., New York, N.Y. 10022

Name ...

Address ...

**2. Title:** STRANGE TALES

*(Title of periodical)*

Vol. ...1... No. ...135... Date on copies ...Aug. 1965

**3. Citizenship of Author:**

Citizenship ...USA... Domiciled in U. S. A.  Yes ☐  No ☐
*(Name of country)*

**4. Publication:**

(a) Date of Publication of This Issue:

...5/4/65

(b) Place of Publication of This Issue:

USA
*(Name of country)*

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ...

(b) Process Used: ...

(c) Country of Manufacture: ...

*Complete all applicable spaces on next page*



2021MARVEL-0006509

Steve Ditko

**6. Deposit account:**

_____

**7. Send correspondence to:**

_____

*Name* _____     **Address** _____

**8. Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE
(Number and Street)

Address

NEW YORK, N. Y. 10022

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received

MAY 28 1965

Two copies received

MAY 28 1965

Fee received

134776

2021MARVEL-0006510

**FORM RE**

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

United States of America

OFFICIAL SEAL



RE 644-311

*RE0000644311*

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 17 1993

(Month)   (Day)   (Year)

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**1**
Renewal
Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work: 1    136    SEPT 1965
If a periodical or other serial, give: Vol.    No.    Issue Date

---

**3**
Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**4**
Facts of
Original
Registration

**ORIGINAL REGISTRATION NUMBER:**
B 196229

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: JUNE . 8 . 1965
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month) (Day) (Year)

2021MARVEL-0006511

| EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | NOV 17, 1993 | |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE, CON).

**5** Renewal for Group of Works

**1**
Title of Contribution
Title of Periodical ..... Vol ..... No ..... Issue Date .....
Date of Publication ..... (Month) ..... (Day) ..... (Year) ..... Registration Number .....

**2**
Title of Contribution
Title of Periodical ..... Vol ..... No ..... Issue Date .....
Date of Publication ..... (Month) ..... (Day) ..... (Year) ..... Registration Number .....

**3**
Title of Contribution
Title of Periodical ..... Vol ..... No ..... Issue Date .....
Date of Publication ..... (Month) ..... (Day) ..... (Year) ..... Registration Number .....

**4**
Title of Contribution
Title of Periodical ..... Vol ..... No ..... Issue Date .....
Date of Publication ..... (Month) ..... (Day) ..... (Year) ..... Registration Number .....

**5**
Title of Contribution
Title of Periodical ..... Vol ..... No ..... Issue Date .....
Date of Publication ..... (Month) ..... (Day) ..... (Year) ..... Registration Number .....

**6**
Title of Contribution
Title of Periodical ..... Vol ..... No ..... Issue Date .....
Date of Publication ..... (Month) ..... (Day) ..... (Year) ..... Registration Number .....

**7**
Title of Contribution
Title of Periodical ..... Vol ..... No ..... Issue Date .....
Date of Publication ..... (Month) ..... (Day) ..... (Year) ..... Registration Number .....

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, INC
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group
Address: 387 Park Avenue South
(City) New York (State) NY (ZIP) 10016

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of: Marvel Entertainment Group, INC.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Carol Platt
Typed or printed name: Carol G. Platt
Date:

**7** Certification (Application must be signed)

MAIL CERTIFICATE TO

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK (City) NY (State) 10016 (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

★ October 1989—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306.8

2021MARVEL-0006512

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | **B  196229** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Wilma L. Keministin*

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name .....Vista Publications, Inc.

Address ....625 Madison Ave., New York, N.Y.  0022

Name ........

Address ........

**2. Title:** ____STRANGE TALES____

(Title of periodical)

Vol. ____1____  No. ____136____  Date on copies ____Sept. 1965____

**3. Citizenship of Author:**

Citizenship ____USA____   Domiciled in U. S. A   Yes ☐  No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

____6/8/65____

(b) Place of Publication of This Issue:

____USA____

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: _____

(b) Process Used: _____

(c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

2021MARVEL-0006513

**6. Deposit account:**

_____

**7. Send correspondence to:**

Name _____     **Address** _____

**8. Send certificate to:**

(Type or     **Name**
print
name and
address)     **Address**

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
NEW YORK, N. Y. 10022

(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

_When To Use Form B._  Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

_What Is a "Periodical"?_  Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

_No "Blanket" Copyright._  There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

_No Copyright in Titles._  The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

_Duration of Copyright._  Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

_First: Produce Copies of the Issue With Copyright Notice._  Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

_Second: Publish the Issue With Copyright Notice._  The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

_Third: Register Your Copyright Claim._  Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

_The Copyright Notice:_  The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received     JUN 11 1965

Two copies received     JUN 11 1965

Fee received

134777
2021MARVEL-0006514

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

United States of America

OFFICIAL SEAL

**RE 644-320**

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 17 1993

(Month)      (Day)      (Year)

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY     10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as (Use appropriate statement from instructions)

**3**
Name
Address
Claiming as (Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:     1          137          OCTOBER 1965
If a periodical or other serial, give: Vol.          No.          Issue Date

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 200686

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:

JULY     8     1965     OR

DATE OF PUBLICATION: (Month) (Day) (Year)

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION: (Month) (Day) (Year)

2021MARVEL-0006515

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | **NOV 17 1993** | |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**5** Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical: _____ Vol _____ No _____ Issue Date _____
Date of Publication: _____ (Month) _____ (Day) _____ (Year) _____ Registration Number:

**2**
Title of Contribution:
Title of Periodical: _____ Vol _____ No _____ Issue Date _____
Date of Publication: _____ (Month) _____ (Day) _____ (Year) _____ Registration Number:

**3**
Title of Contribution:
Title of Periodical: _____ Vol _____ No _____ Issue Date _____
Date of Publication: _____ (Month) _____ (Day) _____ (Year) _____ Registration Number:

**4**
Title of Contribution:
Title of Periodical: _____ Vol _____ No _____ Issue Date _____
Date of Publication: _____ (Month) _____ (Day) _____ (Year) _____ Registration Number:

**5**
Title of Contribution:
Title of Periodical: _____ Vol _____ No _____ Issue Date _____
Date of Publication: _____ (Month) _____ (Day) _____ (Year) _____ Registration Number:

**6**
Title of Contribution:
Title of Periodical: _____ Vol _____ No _____ Issue Date _____
Date of Publication: _____ (Month) _____ (Day) _____ (Year) _____ Registration Number:

**7**
Title of Contribution:
Title of Periodical: _____ Vol _____ No _____ Issue Date _____
Date of Publication: _____ (Month) _____ (Day) _____ (Year) _____ Registration Number:

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, INC.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **CAROL PLATT, Marvel ent. Group**
Address: **387 Park Avenue South**
**New York** (City) **NY** (State) **10016** (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ■ duly authorized agent of **Marvel Entertainment Group, INC.** (Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_

Typed or printed name: **Carol G. Platt**

Date: _____

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

**MARVEL ENTERTAINMENT GROUP, INC.** (Name)
**387 Park Avenue South** (Number, Street and Apartment Number)
**NEW YORK** (City) **NY** (State) **10016** (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

● October 1989—50,000                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—282-305.5

1347-78

2021MARVEL-0006516

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 200686 |
| | DO NOT WRITE HERE |

**This is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



**1. Copyright Claimant(s) and Address(es):**

Name ..... Vista Publications, Inc.

Address ..... 625 Madison Ave., New York, N.Y. 10022

Name .....

Address .....

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ..... 1 ..... No. .... 137 ..... Date on copies ..... Oct. 1965

**3. Citizenship of Author:**

Citizenship ..... USA

(Name of country)

Domiciled in U.S.A.  Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

7/8/65

(Month)       (Day)       (Year)

(b) Place of Publication of This Issue:

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: .....

(b) Process Used: .....

(c) Country of Manufacture: .....

| EXAMINER |
|---|
| E |

*Complete all applicable spaces on next page*

2021MARVEL-0006517