# EXHIBIT 24E

Steve Ditko

**6. Deposit account:**

..............................................................................................................................

**7. Send correspondence to:**

Name ...................................................................     Address ...................................................................

**8. Send Certificate to:**

(Type or print name and address)

Name / Address

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
NEW YORK, N. Y. 10022

(City)          (State)          (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1965. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received
JUL 16 1965

Two copies received
JUL 16 1965

Fee received

134778

2021MARVEL-0006518

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

*United States of America*

OFFICIAL SEAL



RE    RE 644 – 292

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 1 7 1993

(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1 Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY     10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from Instructions)

2 Name
Address
Claiming as
(Use appropriate statement from Instructions)

3 Name
Address
Claiming as
(Use appropriate statement from Instructions)

**② TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:     1     138     NOVEMBER 1965
If a periodical or other serial, give: Vol         No.         Issue Date

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 208272

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION: AUGUST 10 1965
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION:
(Month) (Day) (Year)

2021MARVEL-0006519

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | |
|---|---|---|
| CHECKED BY | **NOV 17 1993** | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED | | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**⑤** Renewal for Group of Works

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Title of Contribution | | | | Vol | No | Issue Date |
| | Title of Periodical | | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |
| 2 | Title of Contribution | | | | Vol | No | Issue Date |
| | Title of Periodical | | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |
| 3 | Title of Contribution | | | | Vol | No | Issue Date |
| | Title of Periodical | | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |
| 4 | Title of Contribution | | | | Vol | No | Issue Date |
| | Title of Periodical | | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |
| 5 | Title of Contribution | | | | Vol | No | Issue Date |
| | Title of Periodical | | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |
| 6 | Title of Contribution | | | | Vol | No | Issue Date |
| | Title of Periodical | | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |
| 7 | Title of Contribution | | | | Vol | No | Issue Date |
| | Title of Periodical | | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name  Marvel Entertainment Group, INC.

Account Number:  DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name  CAROL PLATT, Marvel ent.Group
Address  387 Park Avenue South
(Apt)
New York    NY    10016
(City)    (State)    (ZIP)

**⑥** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant    ■ duly authorized agent of  Marvel Entertainment Group, INC.
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____

Typed or printed name  Carol G. Platt

Date: _____

**⑦** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK    NY    10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**⑧** Address for Return of Certificate

* October 1989—50,000    ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308

134779



Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 208272 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ...... Vista Publications, Inc.

Address ...... 625 Madison Ave., New York, N.Y. 10022

Name ......

Address ......

**2. Title:** STRANGE TALES
*(Title of periodical)*

Vol. ...... 1 ...... No. ... 138 ...... Date on copies ...... Nov. 1965

**3. Citizenship of Author:**

Citizenship ...... USA
*(Name of country)*        Domiciled in U.S.A. Yes ☐ No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

8/10/65
*(Month)    (Day)    (Year)*

(b) Place of Publication of This Issue:

USA
*(Name of country)*

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......

*Complete all applicable spaces on next page*

| EXAMINER |
|---|
| E |

**6. Deposit account:**

....................................................................................................................

**7. Send correspondence to:**

Name ........................................................................    Address ........................................................................

**8. Send Certificate to:**

(Type or print name and address)

Name

Address

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
(Number and street)
NEW YORK, N. Y. 10022

(City)          (State)          (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1965. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received

AUG 23 1965

Two copies received

AUG 23 1965

Fee received

U.S. GOVERNMENT PRINTING OFFICE : 1965 O—760-284    (Feb. 1965—150,000)    *Page 4*

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

United States of America

OFFICIAL SEAL

**RE 644 – 306**

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 17 1993
(Month)    (Day)    (Year)

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

---

**①** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:    1    139    DECEMBER 1965
If a periodical or other serial, give: Vol.    No.    Issue Date

---

**③** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④** Facts of Original Registration

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 215981 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:    SEPTEMBER 9 1965    OR    • If the original registration for this work was made in unpublished form, give:

DATE OF PUBLICATION
(Month)    (Day)    (Year)

DATE OF REGISTRATION
(Month)    (Day)    (Year)

2021MARVEL-0006523

| | | |
|---|---|---|
| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY | NOV 17 1993 | |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**(5)** Renewal for Group of Works

**1**
Title of Contribution
Title of Periodical
Date of Publication    (Month)    (Day)    (Year)
Vol    No    Issue Date
Registration Number

**2**
Title of Contribution
Title of Periodical
Date of Publication    (Month)    (Day)    (Year)
Vol    No    Issue Date
Registration Number

**3**
Title of Contribution
Title of Periodical
Date of Publication    (Month)    (Day)    (Year)
Vol    No    Issue Date
Registration Number

**4**
Title of Contribution
Title of Periodical
Date of Publication    (Month)    (Day)    (Year)
Vol    No    Issue Date
Registration Number

**5**
Title of Contribution
Title of Periodical
Date of Publication    (Month)    (Day)    (Year)
Vol    No    Issue Date
Registration Number

**6**
Title of Contribution
Title of Periodical
Date of Publication    (Month)    (Day)    (Year)
Vol    No    Issue Date
Registration Number

**7**
Title of Contribution
Title of Periodical
Date of Publication    (Month)    (Day)    (Year)
Vol    No    Issue Date
Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, INC
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group
Address: 387 Park Avenue South    (Apt)
New York    NY    10016
(City)    (State)    (ZIP)

**(6)** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ■ duly authorized agent of Marvel Entertainment Group, INC.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): *Carol Platt*
Typed or printed name    Carol G. Platt
Date

**(7)** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK    NY    10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**(8)** Address for Return of Certificate

☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308 8

134780

2021MARVEL-0006524

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | **B 215981** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ............ ~~XXXXXXXXXXXXXX~~ .... **Vista Publications, Inc.**

Address .......................... **625 Madison Ave., New York, N.Y. 10022**

Name ......................................................................................

Address ....................................................................................

**2. Title:** **STRANGE TALES** ................................................
(Title of periodical)

........................................................................................

Vol. ...... **1** ...... No. ... **139** ...... Date on copies ......... **Dec., 1965**

**3. Citizenship of Author:**

Citizenship ............ **USA** ............................................. Domiciled in U.S.A. Yes ☐ No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

........ **9/9/65** .........................................................
(Month)    (Day)    (Year)

(b) Place of Publication of This Issue:

............ **USA** ............................................................
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ..............................................

(b) Process Used: ........................................................................

(c) Country of Manufacture: ..............................................................

| EXAMINER |
|---|
| *lpk* |

*Complete all applicable spaces on next page*

2021MARVEL-0006525

**6. Deposit account:**

...........................................................................................................................

**7. Send correspondence to:**

Name ............................................................................    Address ....................................................................

**8. Send Certificate to:**

(Type or
print       Name
name and
address)    Address

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

(City)                    (State)                    (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1965. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>SEP 27 1965 | |
| Two copies received<br>SEP 27 1965 | |
| Fee received | |

134780

2021MARVEL-0006526

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
United States of America



RE 645-140

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 17 1993

(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See instructions)

1  Name MARVEL ENTERTAINMENT GROUP, INC.
   Address 387 Park Avenue South, New York, NY   10016
   Claiming as Proprietor of copyright in a composite work made for hire
   (Use appropriate statement from instructions)

2  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

3  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:          1          140          Issue Date   JAN 1966
If a periodical or other serial, give: Vol.                No.                Issue Date

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 229414

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

OCTOBER 12   1965

DATE OF PUBLICATION:
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION:
(Month)    (Day)    (Year)

2021MARVEL-0006527

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | NOV 17 1993 | |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution
Title of Periodical ....................... Vol ..... No ..... Issue Date ................
Date of Publication ........ (Month) (Day) (Year) Registration Number ....... ..........

**2**
Title of Contribution
Title of Periodical ....................... Vol ..... No ..... Issue Date ................
Date of Publication ........ (Month) (Day) (Year) Registration Number .......

**3**
Title of Contribution
Title of Periodical ....................... Vol ..... No ..... Issue Date ................
Date of Publication ........ (Month) (Day) (Year) Registration Number .......

**4**
Title of Contribution
Title of Periodical ....................... Vol ..... No ..... Issue Date ................
Date of Publication ........ (Month) (Day) (Year) Registration Number .......

**5**
Title of Contribution ..........
Title of Periodical ....................... Vol ..... No ..... Issue Date ................
Date of Publication ........ (Month) (Day) (Year) Registration Number .......

**6**
Title of Contribution ..........
Title of Periodical ....................... Vol ..... No ..... Issue Date ................
Date of Publication ........ (Month) (Day) (Year) Registration Number .......

**7**
Title of Contribution ..........
Title of Periodical ....................... Vol ..... No ..... Issue Date ................
Date of Publication ........ (Month) (Day) (Year) Registration Number .......

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, INC**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group
Address 387 Park Avenue South
New York       NY       10016
(City)         (State)    (Zip)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ■ duly authorized agent of: Marvel Entertainment Group, INC.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Carol Platt
Typed or printed name: Carol G. Platt
Date:

**⑦ Certification (Application must be signed)**

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK       NY       10016
(City)          (State)   (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

● October 1989—50,000      ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—282-308-8

134781

2021MARVEL-0006528

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 229414 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name .......... Vista Publications, Inc.

Address .......... 625 Madison Ave., New York, N.Y. 10022

Name ..........

Address ..........

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ..... 1 ..... No. .... 140 ..... Date on copies ........ Jan. 1966

**3. Citizenship of Author:**

Citizenship .......... USA

(Name of country)     Domiciled in U.S.A.  Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

.......... 10/12/65

(Month)        (Day)        (Year)

(b) Place of Publication of This Issue:

.......... USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ..........

(b) Process Used: ..........

(c) Country of Manufacture: ..........

*Complete all applicable spaces on next page*

| EXAMINER |
|---|
| E |

2021MARVEL-0006529

**6. Deposit account:**

........................................................

**7. Send correspondence to:**

Name ........................................................    Address ........................................................

**8. Send Certificate to:**

(Type or
print
name and
address)

Name

Address

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

(City)                (State)                (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1965. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received

OCT 28 1965

Two copies received

OCT 28 1965

Fee received

Deposit Account $4.00

134781

2021MARVEL-0006530

Steve Ditko

# CERTIFICATE OF REGISTRATION

# FORM RE
UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
~~United States of America~~

**RE 645-172**

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 1 7 1993
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**①** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY   10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:
If a periodical or other serial, give: Vol. 1   No. 141   Issue Date FEBRUARY 1966

---

**②** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**③** Facts of original registration

**ORIGINAL REGISTRATION NUMBER:**
B 229431

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form,
give:   NOVEMBER 11 *11 1965
DATE OF PUBLICATION: (Month) (Day) (Year)
OR
• If the original registration for this work was made in unpublished form,
give:
DATE OF REGISTRATION: (Month) (Day) (Year)

2021MARVEL-0006531

'Amended by Copyright Office

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | NOV 17 1993 | |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE. CON)

**5** Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical:                          Vol.      No.        Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number

**2**
Title of Contribution:
Title of Periodical:                          Vol.      No.        Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number

**3**
Title of Contribution:
Title of Periodical:                          Vol.      No.        Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number

**4**
Title of Contribution:
Title of Periodical:                          Vol.      No.        Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number

**5**
Title of Contribution:
Title of Periodical:                          Vol.      No.        Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number

**6**
Title of Contribution:
Title of Periodical:                          Vol.      No.        Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number

**7**
Title of Contribution:
Title of Periodical:                          Vol.      No.        Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, INC

Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group
(Name of renewal claimant)
Address: 387 Park Avenue South
New York      NY        10016
(City)        (State)    (Zip)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant     ■ duly authorized agent of: Marvel Entertainment Group, INC.
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Carol Platt

Typed or printed name: Carol G. Platt

Date:

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK      NY        10016
(City)        (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

... ber 1989—30,000                          ✩U.S. GOVERNMENT PRINTING OFFICE: 1989—282-308.8

134782

2021MARVEL-0006532

Steve Ditko

Page 3

# Certificate



| FORM B | |
|---|---|
| CLASS | REGISTRATION NO. |
| **B** | B 229431 |
| | DO NOT WRITE HERE |

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ............ **Vista Publications, Inc.**

Address ............ **625 Madison Avenue, New York, N.Y. 10022**

Name ............

Address ............

**2. Title:** ............ **STRANGE TALES**
(Title of periodical)

Vol. ...**1**...... No. ...**141**...... Date on copies ............ **February, 1966**

**3. Citizenship of Author:**

Citizenship ............**U.S.A.**............ (Name of country) ............ Domiciled in U.S.A. Yes ☐ No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

............**11/11/65**............
(Month)  (Day)  (Year)

(b) Place of Publication of This Issue:

............**U.S.A.**............
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ............

(b) Process Used: ............

(c) Country of Manufacture: ............

| EXAMINER |
|---|
| λ |

*Complete all applicable spaces on next page*

2021MARVEL-0006533

**6. Deposit account:**

.................................................................................................................

**7. Send correspondence to:**

Name ......................................................     Address .....................................................

**8. Send Certificate to:**

(Type or print name and address)

*Name*

*Address*

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

(City)          (State)          (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice:* Statutory notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. , For example: © John Doe 1965. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>NOV 19 1965 | |
| Two copies received<br>NOV 19 1965 | |
| Fee received<br>Deposit Account $4.00 | |

134782

2021MARVEL-0006534

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identi- fied below. The information on this certificate has been made a part of the Copyright Office records.



ACTING REGISTER OF COPYRIGHTS

United States of America



RE 645-178

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV. 1 7 1993

(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**① RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY 10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work: 1    142    MARCH 1966
If a periodical or other serial, give: Vol.                No.            Issue Date

---

**② AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**③**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 238352 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:   DECEMBER *9, 1965

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF PUBLICATION: ...................... (Month)  (Day)  (Year)

DATE OF REGISTRATION: ...................... (Month)  (Day)  (Year)

2021MARVEL-0006535

\* Amended by Copyright Office

| | |
|---|---|
| EXAMINED BY | |
| CHECKED BY | |
| CORRESPONDENCE ☐ Yes | RENEWAL APPLICATION RECEIVED **NOV 17 1993** REMITTANCE NUMBER AND DATE |
| DEPOSIT ACCOUNT FUNDS USED ☐ | |

FOR COPYRIGHT OFFICE USE ONLY

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE. CON)

**5** Renewal for Group of Works

| | | |
|---|---|---|
| 1 | Title of Contribution | |
| | Title of Periodical | Vol          No          Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| 2 | Title of Contribution | |
| | Title of Periodical | Vol          No          Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| 3 | Title of Contribution | |
| | Title of Periodical | Vol          No          Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| 4 | Title of Contribution | |
| | Title of Periodical | Vol          No          Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| 5 | Title of Contribution | |
| | Title of Periodical | Vol          No          Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| 6 | Title of Contribution | |
| | Title of Periodical | Vol          No          Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| 7 | Title of Contribution | |
| | Title of Periodical | Vol          No          Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, INC.

Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group

Address: 387 Park Avenue South
New York          NY          10016
(City) (State) (ZIP)

**6** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant  ■ duly authorized agent of: Marvel Entertainment Group, INC.

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)

Typed or printed name    Carol G. Platt

Date:

**7** Certification (Application must be signed)

---

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK          NY          10016
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

---

☆ October 1989—50,000                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308 8

2021MARVEL-0006536

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B  238352 |
| | DO NOT WRITE HERE |

**FORM B**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

**Register of Copyrights**
**United States of America**



**1. Copyright Claimant(s) and Address(es):**

Name ...... Vista Publications, Inc.

Address ...... 625 Madison Avenue, New York, N.Y. 10022

Name ......

Address ......

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ...... 1 ...... No. .... 142 ...... Date on copies ...... March, 1966

**3. Citizenship of Author:**

Citizenship ...... U.S.A. Domiciled in U.S.A. Yes ☐ No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

12/9/65

(Month)        (Day)        (Year)

(b) Place of Publication of This Issue:

U.S.A.

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......

*Complete all applicable spaces on next page*

| EXAMINER |
|----------|
| |

2021MARVEL-0006537

**6. Deposit account:**

..................................................................................................

**7. Send correspondence to:**

Name ................................................................    Address ................................................................

**8. Send Certificate to:**

(Type or print name and address)    Name

Address

```
MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
NEW YORK, N. Y. 10022
```

(City)            (State)            (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1965. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

---

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

---

FOR COPYRIGHT OFFICE USE ONLY

Application received

DEC 16 1965

Two copies received

DEC 16 1965

Fee received

Deposit Account $6.00



# CERTIFICATE OF REGISTRATION

## FORM RE

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



REGISTRATION NUMBER

**RE 684-350**

EFFECTIVE DATE OF RENEWAL REGISTRATION

**DEC 2 2 1994**

(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

| **(1)** Renewal Claimant(s) | | RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions) |
|---|---|---|
| | 1 | Name .... **MARVEL ENTERTAINMENT GROUP, INC.** <br> Address ... **387 Park Avenue South, New York, NY 10016** <br> Claiming as ... **Proprietor of copyright in a composite work made for hire** <br> (Use appropriate statement from instructions) |
| | 2 | Name .......... <br> Address ......... <br> Claiming as ......... <br> (Use appropriate statement from instructions) |
| | 3 | Name .......... <br> Address ......... <br> Claiming as ......... <br> (Use appropriate statement from instructions) |

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

    Strange Tales

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: ...... **1** ........ **143** ........ **April 1966**

If a periodical or other serial, give   Vol ...... No ...... Issue Date

---

| **(3)** Author(s) | AUTHOR(S) OF RENEWABLE MATTER: <br><br> Vista Publications, Inc. |
|---|---|

---

| **(4)** Facts of Original Registration | ORIGINAL REGISTRATION NUMBER: <br> **B 241519** | ORIGINAL COPYRIGHT CLAIMANT: <br> Vista Publications, Inc. |
|---|---|---|

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION: **January 11, 1966**
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION: ...... (Month)   (Day)   (Year)

2021MARVEL-0006539

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR |
| CHECKED BY *116* | DEC 2 . 1994 | COPYRIGHT |
| DEPOSIT ACCOUNT FUNDS USED. ☐ | REMITTANCE NUMBER AND DATE | OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤**
Renewal for Group of Works

**1**
Title of Contribution: ...........................................................
Title of Periodical: ............................ Vol ..... No ..... Issue Date .....
Date of Publication: ........ (Mo.) ...... (Day) ...... (Year) ...... Registration Number .....

**2**
Title of Contribution: .....
Title of Periodical: ..... ............................ Vol ..... No ..... Issue Date .....
Date of Publication: ........ (Mo.) ...... (Day) ...... (Year) ...... Registration Number: .....

**3**
Title of Contribution: ..... ...
Title of Periodical: ..... ............................ Vol ..... No ..... Issue Date .....
Date of Publication: ........ (Month) ...... (Day) ...... (Year) ...... Registration Number .....

**4**
Title of Contribution: ...........................................................
Title of Periodical: ............................ Vol ..... No ..... Issue Date .....
Date of Publication: ........ (Month) ...... (Day) ...... (Year) ...... Registration Number: .....

**5**
Title of Contribution: ...........................................................
Title of Periodical: ............................ Vol ..... No ..... Issue Date .....
Date of Publication: ........ (Month) ...... (Day) ...... (Year) ...... Registration Number: .....

**6**
Title of Contribution: ...........................................................
Title of Periodical: ............................ Vol ..... No ..... Issue Date .....
Date of Publication: ........ (Month) ...... (Day) ...... (Year) ...... Registration Number .....

**7**
Title of Contribution: ...........................................................
Title of Periodical: ............................ Vol ..... No ..... Issue Date .....
Date of Publication: ........ (Month) ...... (Day) ...... (Year) ...... Registration Number: .....

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc
Account Number: DA-059633 ...............

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Andrew J. Daly, Marvel Ent. Group
(Name of renewal claimant)
Address 387 Park Ave. South ...... (Apt)
New York, NY    10016
(City)    (State)    (ZIP)

**⑥**
Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _[signature]_
Typed or printed name: Andrew J. Daly    Date DEC 1 6 1994

**⑦**
Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.....................
(Name)
387 Park Ave. South ..........................
(Number, Street and Apartment Number)
New York, NY  10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**⑧**
Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE: 1978-261-027/10    Apr. 1978—5(XI,(XX)

134704

2021MARVEL-0006540

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B 241519 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



**1. Copyright Claimant(s) and Address(es):**

Name .... **Vista** Publications, Inc.

Address .... **625 Madison** Avenue, New York, N.Y. **10022**

Name ....................................................................................................

Address ....................................................................................................

**2. Title:** .... **STRANGE TALES**
(Title of periodical)

....................................................................................................

Vol. .... **1** .... No. .... **143** .... Date on copies .... **April, 1966**

**3. Citizenship of Author:**

Citizenship .... **U.S.A.** .... Domiciled in U.S.A. Yes ☐ No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

**1/11/66**
(Month)      (Day)      (Year)

(b) Place of Publication of This Issue:

**U.S.A.**
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ....................................................

(b) Process Used: ....................................................................................................

(c) Country of Manufacture: ....................................................................................

*Complete all applicable spaces on next page*

| EXAMINER |
|----------|
| Dk |

2021MARVEL-0006541

6. **Deposit account:**

7. **Send correspondence to:**

Name .................................................... Address ....................................................

8. **Send Certificate to:**

(Type or print name and address)

Name ....................................................

Address ....................................................

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
NEW YORK, N.Y. 10022

(Number and street)

(City)        (State)        (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1966. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received
JAN 28 1966

Two copies received
JAN 28 1966

Fee received
Deposit Account $6.00

134784

2021MARVEL-0006542



# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*



REGISTRATION NUMBER

RE 684-363

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 22 1994
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  
Name: MARVEL ENTERTAINMENT GROUP, INC.  
Address: 387 Park Avenue South, New York, NY 10016  
Claiming as: Proprietor of copyright in a composite work made for hire  
(Use appropriate statement from instructions)

2  
Name:  
Address:  
Claiming as:  
(Use appropriate statement from instructions)

3  
Name:  
Address:  
Claiming as:  
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

Strange Tales

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or other serial work:

If a periodical or other serial, give Vol 1 No. 144 Issue Date May 1966

---

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

Vista Publications, Inc.

---

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 248225

**ORIGINAL COPYRIGHT CLAIMANT:**

Vista Publications, Inc.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION: February 10, 1966
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION:
(Month) (Day) (Year)

2021MARVEL-0006543

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| CHECKED BY | | DEC 2..1994 | | |
| DEPOSIT ACCOUNT FUNDS USED. ☐ | | REMITTANCE NUMBER AND DATE | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see Instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ......................................................................
Title of Periodical: .......................... Vol ........ No. ...... Issue Date ............
Date of Publication: ....................................... Registration Number: ................
(Month) (Day) (Year)

**2**
Title of Contribution: ......................................................................
Title of Periodical: .......................... Vol ........ No ....... Issue Date ............
Date of Publication: ....................................... Registration Number: ................
(Month) (Day) (Year)

**3**
Title of Contribution: ......................................................................
Title of Periodical: .......................... Vol ........ No.. ...... Issue Date ............
Date of Publication: ....................................... Registration Number: ................
(Month) (Day) (Year)

**4**
Title of Contribution: ......................................................................
Title of Periodical: .......................... Vol ........ No... ..... Issue Date ............
Date of Publication: ....................................... Registration Number: ................
(Month) (Day) (Year)

**5**
Title of Contribution: ......................................................................
Title of Periodical: .......................... Vol ........ No.. ...... Issue Date ............
Date of Publication: ....................................... Registration Number: ................
(Month) (Day) (Year)

**6**
Title of Contribution: ......................................................................
Title of Periodical: .......................... Vol. ...... No....... Issue Date ............
Date of Publication: ....................................... Registration Number: ................
(Month) (Day) (Year)

**7**
Title of Contribution: ......................................................................
Title of Periodical: .......................... Vol ....... No..... Issue Date ............
Date of Publication: ....................................... Registration Number: ................
(Month) (Day) (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Andrew J. Daly, Marvel Ent. Group
Address: 387 Park Ave. South                (Apt)
New York, NY        10016
(City) (State) (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of. Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ....................................
Typed or printed name... Andrew J. Daly
Date· DEC 1 6 1994

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Ave. South
(Number, Street and Apartment Number)
New York, NY  10016
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

134745
2021MARVEL-0006544



Page 3

# Certificate

**FORM B**



| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B  248225 |
| | DO NOT WRITE HERE |

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*

**Register of Copyrights**
**United States of America**

**1. Copyright Claimant(s) and Address(es):**

Name .... Vista Publications, Inc.

Address .... 625 Madison Avenue, New York, N.Y. 10022

Name ....

Address ....

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. .... 1 .... No. .... 144 .... Date on copies .... May, 1966

**3. Citizenship of Author:**

Citizenship .... U.S.A. .... Domiciled in U.S.A. Yes ☐ No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

2/10/66

(Month)    (Day)    (Year)

(b) Place of Publication of This Issue:

U.S.A.

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ....

(b) Process Used: ....

(c) Country of Manufacture: ....

*Complete all applicable spaces on next page*



| EXAMINER |
|----------|
| RP |

2021MARVEL-0006545

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name ........................................    Address ........................................

**8. Send Certificate to:**

(Type or
print
name and
address)



MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

(Number and street)

(City)          (State)          (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1966. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received
FEB 16 1966

Two copies received
FEB 16 1966

Fee received
Deposit Account $6.00

1347-45
2021MARVEL-0006546

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America



RE 684-370

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 22 1994
(Month)      (Day)      (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM** (See Instructions)

| 1 | Name ... MARVEL ENTERTAINMENT GROUP, INC.<br>Address ... 387 Park Avenue South, New ork, NY 10016<br>Claiming as ... Proprietor of copyright in composite work made for hire<br>*(Use appropriate statement from instructions)* |
|---|---|
| 2 | Name ...........<br>Address ...........<br>Claiming as ........... *(Use appropriate statement from instructions)* |
| 3 | Name ...........<br>Address ...........<br>Claiming as ........... *(Use appropriate statement from instructions)* |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

Strange Tales

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work .......................

If a periodical or other serial give Vol ... 1 ... No ... 145 ... Issue Date ... June 1966

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

Vista Publications, Inc.

**④ Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER:<br>B 251650 | ORIGINAL COPYRIGHT CLAIMANT:<br>Vista Publications, Inc. |
|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give.

DATE OF PUBLICATION    March 10, 1966
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form give:

DATE OF REGISTRATION .......................
(Month)  (Day)  (Year)

2021MARVEL-0006547

Don Heck, Steve Ditko

| | | |
|---|---|---|
| EXAMINED BY *JB* | RENEWAL APPLICATION RECEIVED. | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY | DEC 27 1994 | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: .................................................
Title of Periodical: ............................... Vol...... No...... Issue Date ......
Date of Publication: .......................... Registration Number: ......
(Month) (Day) (Year)

**2**
Title of Contribution: .................................................
Title of Periodical: ............................... Vol...... No...... Issue Date ......
Date of Publication: .......................... Registration Number: ......
(Month) (Day) (Year)

**3**
Title of Contribution: .................................................
Title of Periodical: ............................... Vol...... No...... Issue Date ......
Date of Publication: .......................... Registration Number: ......
(Month) (Day) (Year)

**4**
Title of Contribution: .................................................
Title of Periodical: ............................... Vol...... No...... Issue Date ......
Date of Publication: .......................... Registration Number: ......
(Month) (Day) (Year)

**5**
Title of Contribution: .................................................
Title of Periodical: ............................... Vol...... No...... Issue Date ......
Date of Publication: .......................... Registration Number: ......
(Month) (Day) (Year)

**6**
Title of Contribution: .................................................
Title of Periodical: ............................... Vol...... No...... Issue Date ......
Date of Publication: .......................... Registration Number: ......
(Month) (Day) (Year)

**7**
Title of Contribution: .................................................
Title of Periodical: ............................... Vol...... No...... Issue Date ......
Date of Publication: .......................... Registration Number: ......
(Month) (Day) (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Andrew J. Daly, Marvel Ent. Group
Address: 387 Park Ave. South (Apt)
New York, NY 10016
(City) (State) (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _[signature]_
Typed or printed name: Andrew J Daly
Date: DEC 1 6 1994

**⑦ Certification** (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc. (Name)
387 Park Ave. South (Number, Street and Apartment Number)
New York, NY 10016
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U S GOVERNMENT PRINTING OFFICE 1978–261-822/18

Apr. 1978– 500,000

1347BS
2021MARVEL-0006548

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B 251650 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*



*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name .... Vista Publications, Inc.

Address .... 625 Madison Avenue, New York, N.Y. 10022

Name ....

Address ....

**2. Title:** STRANGE TALES
*(Title of periodical)*

Vol. ..... 1 ..... No. 145 ..... Date on copies ..... June, 1966

**3. Citizenship of Author:**

Citizenship ..... U.S.A. ..... Domiciled in U.S.A. Yes ☐ No ☐
*(Name of country)*

**4. Publication:**

(a) Date of Publication of This Issue:

3/10/66
*(Month)   (Day)   (Year)*

(b) Place of Publication of This Issue:

U.S.A.
*(Name of country)*

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ....

(b) Process Used: ....

(c) Country of Manufacture: ....

*Complete all applicable spaces on next page*

| EXAMINER |
|----------|
| RP |

2021MARVEL-0006549

**6. Deposit account:**

......................................................................................................

**7. Send correspondence to:** MAGAZINE MANAGEMENT CO.

Name ......................... 625 MADISON AVENUE Address ........................

**8. Send Certificate to:** NEW YORK, N. Y. 10022

(Type or print name and address)

Name ........ MAGAZINE MANAGEMENT CO.

........ 625 MADISON AVENUE

Address ........ NEW YORK, N. Y. 10022

(Number and street)

(City)                    (State)                    (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of *societies, and similar works* which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1966. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

**FOR COPYRIGHT OFFICE USE ONLY**

| | |
|---|---|
| Application received<br>MAR 21 1966 | |
| Two copies received<br>MAR 21 1966 | |
| Fee received<br>"Deposit Account $6.00" | |

1347 25
2021MARVEL-0006550

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

**RE 684-388**

EFFECTIVE DATE OF RENEWAL REGISTRATION

**DEC 22 1994**
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

| ① Renewal Claimant(s) | | |
|---|---|---|
| | 1 | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)<br>Name . . MARVEL ENTERTAINMENT GROUP, INC. . . . . .<br>Address . . 387 Park Avenue South, New York, NY 10016<br>. . Proprietor of copyright in a composite work made for hire<br>Claiming as . . . . . . . . . . . . . . . . (Use appropriate statement from instructions) |
| | 2 | Name . . . . . . . . . . . . . . . .<br>Address . . . . . . . . . . . . . . . .<br>Claiming as . . . . . . . . . . (Use appropriate statement from instructions) |
| | 3 | Name . . . . . . . . . . . . . . . .<br>Address . . . . . . . . . . . . . . . .<br>Claiming as . . . . . . . . . . (Use appropriate statement from instructions) |

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

Strange Tales, Inc.

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work . . . . 1 . . . . 146 . . . . July 1966
If a periodical or other serial, give    Vol . . . . No . . . .    Issue Date

② [barcode: 070754458]

③ **AUTHOR(S) OF RENEWABLE MATTER:**
**Author(s)**

Vista Publications, Inc.

---

④ **Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 257744

**ORIGINAL COPYRIGHT CLAIMANT:**

Vista Publications, Inc.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give

April 12, 1966
DATE OF PUBLICATION    (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION    (Month) (Day) (Y..)

2021MARVEL-0006551

| EXAMINED BY $\mu S$ | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY $\mu S$ | DEC 22 1994 | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤** Renewal for Group of Works

**1**
- Title of Contribution: ......................................................
- Title of Periodical: ............................ Vol............ No......... **Issue Date** ......
- Date of Publication: ............................ Registration Number: ......................
  (Month)    (Day)    (Year)

**2**
- Title of Contribution: ......................................................
- Title of Periodical: ............................ Vol..... No....... **Issue Date** ......
- Date of Publication: ............................ Registration Number: ......................
  (Month)    (Day)    (Year)

**3**
- Title of Contribution: ......................................................
- Title of Periodical: ............................ Vol...... **No**........ **Issue Date** ......
- Date of Publication: ............................ Registration Number: ......................
  (Month)    (Day)    (Year)

**4**
- Title of Contribution: ......................................................
- Title of Periodical: ............................ Vol........ No....... **Issue Date** ......
- Date of Publication: ............................ Registration Number: ......................
  (Month)    (Day)    (Year)

**5**
- Title of Contribution: ......................................................
- Title of Periodical: ............................ Vol........ No....... Issue Date ......
- Date of Publication: ............................ Registration Number: ......................
  (Month)    (Day)    (Year)

**6**
- Title of Contribution: ......................................................
- Title of Periodical: ............................ Vol........ No....... Issue Date ......
- Date of Publication: ............................ Registration Number: ......................
  (Month)    (Day)    (Year)

**7**
- Title of Contribution: ......................................................
- Title of Periodical: ............................ Vol........ No....... **Issue Date** ......
- Date of Publication: ............................ Registration Number: ......................
  (Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Andrew J. Daly, Marvel Ent. Group
Address: 387 Park Ave. South (Apt.)
New York, NY    10016
(City)    (State)    (ZIP)

**⑥** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) _____

Typed or printed name: **Andrew J. Daly**

Date: **DEC 1 6 1994**

**⑦** Certification (Application must be signed)

| MAIL CERTIFICATE TO | **⑧** Address for Return of Certificate |
|---|---|
| Marvel Entertainment Group, Inc. (Name) | |
| 387 Park Ave. South (Number, Street and Apartment Number) | (Certificate will be mailed in window envelope) |
| New York, NY  10016 (City)    (State)    (ZIP code) | |

U.S. GOVERNMENT PRINTING OFFICE: 1978—261-022/10    Apr. 1978—500,000

134786

2021MARVEL-0006552

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B  257744 |
|       | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*



*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name .... Vista Publications, Inc.

Address .... 625 Madison Ave., New York, N.Y. 10022

Name ....

Address ....

**2. Title:** .... STRANGE TALES
(Title of periodical)

Vol. .... 1 .... No. .... 146 .... Date on copies .... July, 1966

**3. Citizenship of Author:**

Citizenship .... U.S.A. .... Domiciled in U.S.A.  Yes ☐  No ☐
(Name of country)

**4. Publication:**

    **(a) Date of Publication of This Issue:**

        4/12/66
        (Month)    (Day)    (Year)

    **(b) Place of Publication of This Issue:**

        U.S.A.
        (Name of country)

**5. Manufacture Outside United States:**

    **(a) Portion of the Manufacturing Done Abroad:** ....

    **(b) Process Used:** ....

    **(c) Country of Manufacture:** ....

| EXAMINER |
|----------|

*Complete all applicable spaces on next page*

2021MARVEL-0006553

**6. Deposit account:**

................................................................................................

**7. Send correspondence to:**

Name ..................................................    Address    MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

**8. Send Certificate to:**

(Type or
print
name and
address)

Name    MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

Address    (Number and street)

(City)        (State)        (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1966. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received APR 21 1966 | |
| Two copies received APR 21 1966 | |
| Fee received Deposit Account $6.00 | |

134786

2021MARVEL-0006554

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17. United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*



RE 684-426

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 22 19__
(Month)      (Day)      (Year)

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

| **(1)** Renewal Claimant(s) | | RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions) |
|---|---|---|
| | 1 | Name ... MARVEL ENTERTAINMENT GROUP, INC. <br> Address ... 387 Park Avenue South, New York, NY 10016 <br> Claiming as ... Proprietor of copyright in a composite work made for hire. <br> *(Use appropriate statement from instructions)* |
| | 2 | Name ................... <br> Address ................ <br> Claiming as ............ *(Use appropriate statement from instructions)* |
| | 3 | Name ................... <br> Address ................ <br> Claiming as ............ *(Use appropriate statement from instructions)* |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

Strange Tales

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work
If a periodical or other serial, give Vol ... 1 ... No. ... 147 ... Issue Date ... August 1966

| **(3)** Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** |
|---|---|
| | Vista Publications, Inc. |

| **(4)** Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** B 277438 | **ORIGINAL COPYRIGHT CLAIMANT:** Vista Publications, Inc. |
|---|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give.
DATE OF PUBLICATION ... May 10, 1966 ... (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give.
DATE OF REGISTRATION ... (Month) (Day) (Year)

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| CHECKED BY | | DEC 22 1994 | | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | REMITTANCE NUMBER AND DATE | | |

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: ...........
Title of Periodical: ........... Vol. ...... No. ...... Issue Date ......
Date of Publication: ...... (Month) (Day) (Year) Registration Number: ......

**2**
Title of Contribution: ...........
Title of Periodical: ........... Vol. ...... No ...... Issue Date ......
Date of Publication: ...... (Month) (Day) (Year) Registration Number: ......

**3**
Title of Contribution: ...........
Title of Periodical: ........... Vol. ...... No. ...... Issue Date ......
Date of Publication: ...... (Month) (Day) (Year) Registration Number: ......

**4**
Title of Contribution: ...........
Title of Periodical: ........... Vol. ...... No. ...... Issue Date ......
Date of Publication: ...... (Month) (Day) (Year) Registration Number: ......

**5**
Title of Contribution: ...........
Title of Periodical: ........... Vol. ...... No. ...... Issue Date ......
Date of Publication: ...... (Month) (Day) (Year) Registration Number: ......

**6**
Title of Contribution: ...........
Title of Periodical: ........... Vol. ...... No. ...... Issue Date ......
Date of Publication: ...... (Month) (Day) (Year) Registration Number: ......

**7**
Title of Contribution: ...........
Title of Periodical: ........... Vol. ...... No. ...... Issue Date ......
Date of Publication: ...... (Month) (Day) (Year) Registration Number: ......

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Andrew J. Daly, Marvel Ent. Group
Address: 387 Park Ave. South (Apt)
New York, NY 10016 (City) (State) (ZIP)

⑥ Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) _____
Typed or printed name: Andrew J. Daly
Date: DEC 1 6 1994

⑦ Certification (Application must be signed)

---

MAIL CERTIFICATE TO
Marvel Entertainment Group, Inc.
387 Park Ave. South (Number Street and Apartment Number)
New York, NY 10016 (City) (State) (ZIP code)
(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978—261-822/18      Apr. 1978— 500,000

134788
2021MARVEL-0006556

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**



| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | **B 277438**<br>DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ...... Vista Publications, Inc.

Address ...... 625 Madison Avenue, New York, N.Y. 10022

Name ......

Address ......

**2. Title:** ...... STRANGE TALES
(Title of periodical)

Vol. ...... 1 ...... No. ...... 147 ...... Date on copies ...... August, 1966

**3. Citizenship of Author:**

Citizenship ...... U.S.A.
(Name of country)                          Domiciled in U.S.A.  Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

5/10/66
(Month)        (Day)        (Year)

(b) Place of Publication of This Issue:

U.S.A.
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......

| EXAMINER |
|----------|
| PP |

*Complete all applicable spaces on next page*

2021MARVEL-0006557

**6. Deposit account:**

................................................................................................................

**7. Send correspondence to:**

Name ................................................................     Address ................

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
NEW YORK, N. Y. 10022

**8. Send Certificate to:**

(Type or print name and address)   Name

    Address

MAGA....
MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
NEW YORK, N. Y. 10022

(Number and street)

(City)            (State)            (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claim in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, *it is essential that the copies bear a copyright notice in the required form and position, as explained below.*

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1966. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>MAY 23 1966 | |
| Two copies received<br>MAY 23 1966 | |
| Fee received | |

134788

2021MARVEL-0006558

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

RE    589 609

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 2 7 1991
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1  Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a ~~composite~~ work made for hire
(Use appropriate statement from instructions)

2  Name
Address
Claiming as
(Use appropriate statement from instructions)

3  Name
Address
Claiming as
(Use appropriate statement from instructions)

*0472 14675*

**(2) Work Renewed**

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES ANNUAL

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: STRANGE TALES ANNUAL

If a periodical or other serial, give: Vol. 1    No. 2    Issue Date 1963

**(3) Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

Stan Lee, employee for hire of VISTA PUBLICATIONS, INC.

**(4) Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:

A 640416

ORIGINAL COPYRIGHT CLAIMANT:

VISTA PUBLICATIONS, INC.

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION June 11 1963
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION:
(Month)    (Day)    (Year)

2021MARVEL-0006563

**\* Amended by C.O. on authority of telephone call from Carol Platt on 8/13/92.**

RE    589 609

| EXAMINED BY: | | RENEWAL APPLICATION RECEIVED: | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| CHECKED BY: | | AUG. 06. 1992    DEC 2 7 1991 | | |
| CORRESPONDENCE ☑ Yes | | REMITTANCE NUMBER AND DATE: | | |
| DEPOSIT ACCOUNT FUNDS USED | | | | |

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution:
Title of Periodical:            Vol.        No.        Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number:

**2**
Title of Contribution:
Title of Periodical:            Vol.        No.        Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number:

**3**
Title of Contribution:
Title of Periodical:            Vol.        No.        Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number:

**4**
Title of Contribution:
Title of Periodical:            Vol.        No.        Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number:

**5**
Title of Contribution:
Title of Periodical:            Vol.        No.        Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number:

**6**
Title of Contribution:
Title of Periodical:            Vol.        No.        Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number:

**7**
Title of Contribution:
Title of Periodical:            Vol.        No.        Issue Date
Date of Publication:    (Month)    (Day)    (Year)    Registration Number:

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, INC.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: CAROL PLATT, Marvel ent.Group
Address: 387 Park Avenue South
New York    NY    10016
(City)    (State)    (ZIP)

**⑥ Fee and Correspondence**

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☑ duly authorized agent of Marvel Entertainment Group, INC.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol G. Platt_
Typed or printed name:    Carol G. Platt
Date: AUG. 3, 1992

**⑦ Certification (Application must be signed)**

---

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK    NY    10016
(City)    (State)    (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

---

☆ October 1989—50,000    ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—282-308.1

134054

2021MARVEL-0006564

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a published book manufactured in the United States of America

**FORM A**

| CLASS | REGISTRATION NO. |
|---|---|
| **A** | A  640416 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this page have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN
Register of Copyrights
United States of America

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name  **VISTA PUBLICATIONS, INC.**

Address  **655 Madison Avenue, N.Y.C. 21**

Name

Address

**2. Title:**  **STRANGE TALES ANNUAL**

(Title of book)

**3. Authors:**

Name  **Stan Lee**                Citizenship  **USA**

(Legal name followed by pseudonym if latter appears on copies)          (Name of country)

Domiciled in U. S. A.  Yes  **X**  No _____  Address  **655 Madison Ave., N.Y.C. 21**

Name                            Citizenship

(Legal name followed by pseudonym if latter appears on copies)          (Name of country)

Domiciled in U. S. A.  Yes _____  No _____  Address

Name                            Citizenship

(Legal name followed by pseudonym if latter appears on copies)          (Name of country)

Domiciled in U. S. A.  Yes _____  No _____  Address

**4. Date of Publication of This Edition:**

**8/11/63**

**5. New Matter in This Version:**

**6. U. S. Edition of Book in English First Manufactured and Published Abroad:**  If this is the U. S. edition of a book in English, and all or a substantial part of the English text of an earlier foreign edition was manufactured and first published abroad, complete the following spaces.

Year date of first publication of foreign edition .................

(Year)

Was claim to ad interim copyright registered in the foreign edition?  Yes ☐  No ☐

If claim to ad interim copyright was *not* registered, is U. S. copyright in the foreign edition claimed by virtue of the Universal Copyright Convention?  Yes ☐  No ☐

*Complete all applicable spaces on next page*

**7.** Deposit account:

**8.** Send correspondence to:

Name _____  Address _____ MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

**9.** Send certificate to:

(Type or print name and address)

Name _____

MAGAZINE MANAGEMENT CO.

655 MADISON

**(Number and street)**

NEW YORK 21, N. Y.

Address _____

(City)        (Zone)        (State)

## Information concerning copyright in books

*When To Use Form A.* Form A is appropriate for published books which have been manufactured in the United States.

*What Is a "Book"?* The term "books" covers not only material published in book form, but also pamphlets, leaflets, cards, and single pages containing text. Books include fiction, nonfiction, poetry, collections, directories, catalogs, and information in tabular form.

*Unpublished Books.* The law does not provide for registration of "book" material in unpublished form. Unpublished books are protected at common law against unauthorized use prior to publication.

*Duration of Copyright.* Statutory copyright in published books lasts for 28 years from the date of first publication, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a book

*First: Produce Copies With Copyright Notice.* Produce the work in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Work With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies of the first authorized edition were placed on sale, sold, or publicly distributed by the proprietor of the copyright or under his authority."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Con-

gress, Washington 25, D. C., two copies of the work as published with notice, an application on Form A, properly completed and notarized, and a fee of $4.

*The Copyright Notice.* The copyright notice for books shall appear on the title page or verso thereof, and shall consist of three elements: the word "Copyright," or the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies are published without the required notice, the right to secure copyright is lost, and cannot be restored.

## Books manufactured abroad

*In General.* Form A is not appropriate for books which have been manufactured outside the United States.

*Foreign-Language Books.* Applications covering foreign-language books by foreign authors, manufactured abroad, should be submitted on Form A–B Foreign.

*English-Language Books.* Books in English manufactured abroad may be registered for "ad interim" copyright (Form A–B Ad Interim); or, if they are protected under the Universal Copyright Convention they are eligible for full-term registration on Form A–B Foreign:

(1) *Ad Interim Copyright.* Ad interim registration is necessary for protection in the United States unless copyright has

been secured under the Universal Copyright Convention. To secure ad interim copyright a claim must be registered within six months of first publication abroad. Ad interim copyright lasts for 5 years or until an American edition is published within the 5-year period and registered.

(2) *Universal Copyright Convention.* An English language work by a foreign author first published abroad is eligible for full-term U. S. copyright if: (a) its author is a citizen or subject of a country which is a member of the Universal Copyright Convention, or the work was first published in such country, and (b) all published copies bear the copyright notice provided under the Universal Copyright Convention.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application and affidavit received<br>JUL 26 1963 | |
| Two copies received<br>JUN 11 1963 | |
| Fee received | |

134054

2021MARVEL-0006566

# CERTIFICATE OF RENEWAL REGISTRATION



ESTES COPYRIGHT OFFICE · UNIT 1 · THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*REGISTER OF COPYRIGHTS*
*United States of America*

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
|---|
| RE   559 243 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 2 7 1991 |
| (Month)   (Day)   (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1**
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

TALES OF SUSPENSE

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:
Title of periodical or composite work  TALES OF SUSPENSE
If a periodical or other serial, give. Vol  1    No  48    Issue Date  December 1963

*Barcode: 047215088*

---

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

VISTA PUBLICATIONS, INC.

---

**④ Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:
B 61942

ORIGINAL COPYRIGHT CLAIMANT:
VISTA PUBLICATIONS, INC.

ORIGINAL DATE OF COPYRIGHT:
• If the original registration was made in published form.
give September 10, 1963
DATE OF PUBLICATION
(Month)   (Day)   (Year)

OR

• If the original registration was made in unpublished form.
give
DATE OF REGISTRATION
(Month)   (Day)   (Year)

2021MARVEL-0006703

| RE    559 243 | EXAMINED BY *KAb* | RENEWAL APPLICATION RECEIVED:<br>DEC. 27. 1991 | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
|---|---|---|---|
| | CHECKED BY: | | |
| | DEPOSIT ACCOUNT<br>FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE·CON). ⑤ **Renewal for Group of Works**

**1**
Title of Contribution: ........
Title of Periodical: .......... Vol. ...... No. ...... Issue Date ......
Date of Publication: .......... (Month) (Day) (Year)    Registration Number: ......

**2**
Title of Contribution: ........
Title of Periodical: .......... Vol. ...... No. ...... Issue Date ......
Date of Publication: .......... (Month) (Day) (Year)    Registration Number: ......

**3**
Title of Contribution: ........
Title of Periodical: .......... Vol. ...... No. ...... Issue Date ......
Date of Publication: .......... (Month) (Day) (Year)    Registration Number: ......

**4**
Title of Contribution: ........
Title of Periodical: .......... Vol. ...... No. ...... Issue Date ......
Date of Publication: .......... (Month) (Day) (Year)    Registration Number: ......

**5**
Title of Contribution: ........
Title of Periodical: .......... Vol. ...... No. ...... Issue Date ......
Date of Publication: .......... (Month) (Day) (Year)    Registration Number: ......

**6**
Title of Contribution: ........
Title of Periodical: .......... Vol. ...... No. ...... Issue Date ......
Date of Publication: .......... (Month) (Day) (Year)    Registration Number: ......

**7**
Title of Contribution: ........
Title of Periodical: .......... Vol. ...... No. ...... Issue Date ......
Date of Publication: .......... (Month) (Day) (Year)    Registration Number: ......

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.

Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York        NY        10016
(City)        (State)        (ZIP)

⑥ **Fee and Correspondence**

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.

of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Carol G. Platt*

Typed or printed name    Carol G. Platt

Date    12/23/91

⑦ **Certification (Application must be signed)**

---

Marvel Entertainment Group, Inc.
(Name)

387 Park Avenue South
(Number, Street and Apartment Number)

New York, NY 10016
(City)    (State)    (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

⑧ **Address for Return of Certificate**

---

U S GOVERNMENT PRINTING OFFICE 1979—261·877 1C

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

FORM B

CLASS | REGISTRATION NO.
B | B | 61942

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ......... **VISTA PUBLICATIONS, INC.** .........

Address ......... **655 Madison Ave., N.Y.C. 21** .........

Name .................................................

Address .................................................

**2. Title:** **TALES OF SUSPENSE** .........
(Title of periodical)

.................................................

Vol. ......... **1** ......... No. ......... **48** ......... Date on copies ......... **Dec. 1963** .........

**3. Citizenship of Author:**

Citizenship ......... **USA** .........      Domiciled in U. S. A.   Yes ☐   No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

......... **9/10/63** .........

(b) Place of Publication of This Issue:

......... **USA** ......... (Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: .........

(b) Process Used: .................................................

(c) Country of Manufacture: .........

*Complete all applicable spaces on next page*

2021MARVEL-0006705

**6. Deposit account:**

**7. Send correspondence to:**

Name ......................................   Address ....... ~~MAGAZINE MANAGEMENT CO.~~
                                                          ~~655 MADISON AVENUE~~
                                                          ~~NEW YORK 21, N. Y.~~

**8. Send certificate to:**

(Type or print
name and address)

Name .... ~~MAGAZINE MANAGEMENT CO.~~

Address .... ~~655 MADISON AVENUE~~
             ~~NEW YORK 21, N. Y.~~
             (Number and street)

................................................................
(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>SEP 16 1963 | |
| Two copies received<br>SEP 16 1963 | |
| Fee received | |

135213

2021MARVEL-0006706

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE  559 251

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 27 1991
(Month)   (Day)   (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

---

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name Marvel Entertainment Group, Inc.
   Address 387 Park Avenue South, New York, NY  10016
   Claiming as Proprietor of copyright in a composite work made for hire
   (Use appropriate statement from instructions)

2  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

3  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

TALES OF SUSPENSE

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  TALES OF SUSPENSE

If a periodical or other serial, give: Vol 1    No 49    Issue Date January 1964

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 66783

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give October 8, 1963
DATE OF PUBLICATION    (Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION    (Month)  (Day)  (Year)

| RE 559 251 | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE·CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: ..........................................................................................
Title of Periodical: ............................................ Vol......... No........ Issue Date ...............
Date of Publication: ........(Month)........ ........(Day)........ ........(Year)........ Registration Number: ..................

**2**
Title of Contribution: ..........................................................................................
Title of Periodical: ............................................ Vol......... No........ Issue Date ...............
Date of Publication: ........(Month)........ ........(Day)........ ........(Year)........ Registration Number: ..................

**3**
Title of Contribution: ..........................................................................................
Title of Periodical: ............................................ Vol......... No........ Issue Date ...............
Date of Publication: ........(Month)........ ........(Day)........ ........(Year)........ Registration Number: ..................

**4**
Title of Contribution: ..........................................................................................
Title of Periodical: ............................................ Vol......... No........ Issue Date ...............
Date of Publication: ........(Month)........ ........(Day)........ ........(Year)........ Registration Number: ..................

**5**
Title of Contribution: ..........................................................................................
Title of Periodical: ............................................ Vol......... No........ Issue Date ...............
Date of Publication: ........(Month)........ ........(Day)........ ........(Year)........ Registration Number: ..................

**6**
Title of Contribution: ..........................................................................................
Title of Periodical: ............................................ Vol......... No........ Issue Date ...............
Date of Publication: ........(Month)........ ........(Day)........ ........(Year)........ Registration Number: ..................

**7**
Title of Contribution: ..........................................................................................
Title of Periodical: ............................................ Vol......... No........ Issue Date ...............
Date of Publication: ........(Month)........ ........(Day)........ ........(Year)........ Registration Number: ..................

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York** (City)  **NY** (State)  **10016** (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant
☒ duly authorized agent of **Marvel Entertainment Group, Inc.** (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Carol G Platt*
Typed or printed name **Carol G. Platt**
Date **12/23/91**

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

**Marvel Entertainment Group, Inc.** (Name)
**387 Park Avenue South** (Number Street and Apartment Number)
**New York, NY 10016** (City)  (State)  (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978·261·022 1C

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 66783 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*
A. BRAHAM L. KAMINSTEIN     *Register of Copyrights*
*United States of America*

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___ **VISTA PUBLICATIONS, INC.** _____

Address ___ **655 Madison Ave., N.Y.C. 21** _____

Name _____

Address _____

**2. Title:** **TALES OF SUSPENSE** _____
                                    *(Title of periodical)*

_____

Vol. ___ **1** ___ No. ___ **49** ___ Date on copies ___ **Jan. 1964** ___

**3. Citizenship of Author:**

Citizenship ___ **USA** _____ Domiciled in U. S. A. Yes ☐ No ☐
                *(Name of country)*

**4. Publication:**

   **(a) Date of Publication of This Issue:**

   ___ **10/8/63** _____

   **(b) Place of Publication of This Issue:**

   ___ **USA** _____
                            *(Name of country)*

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** _____

   **(b) Process Used:** _____

   **(c) Country of Manufacture:** _____

*Complete all applicable spaces on next page*

2021MARVEL-0006709

6. **Deposit account:**

7. **Send correspondence to:**

Name _____

8. **Send certificate to:**

(Type or print
name and address)

Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Name _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address _____
(Number and street)

_____
(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|

Application received

OCT 11 1963

Two copies received

OCT 11 1963

Fee received

135214

2021MARVEL-0006710

Steve Ditko

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a published book manufactured in the United States of America



**FORM A**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| A | A  645698 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this page have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

1. Copyright Claimant(s) and Address(es):

Name ...... CANAM PUBLISHER SALES CORP. ..........

Address ...... 655 Madison Ave., N.Y.C. 21 ..........

Name ..........

Address ..........

2. Title: ...... THE FANTASTIC FOUR ANNUAL ..........

(Title of book)

3. Authors:

Name ...... Stan Lee ..........    Citizenship ...... USA ..........
(Legal name followed by pseudonym if latter appears on copies)    (Name of country)

Domiciled in U. S. A.   Yes ...X...   No ..........   Address ...... 655 Madison Ave., N.Y.C. 21 ..........

Name ..........    Citizenship ..........
(Legal name followed by pseudonym if latter appears on copies)    (Name of country)

Domiciled in U. S. A.   Yes ..........   No ..........   Address ..........

Name ..........    Citizenship ..........
(Legal name followed by pseudonym if latter appears on copies)    (Name of country)

Domiciled in U. S. A.   Yes ..........   No ..........   Address ..........

4. Date of Publication of This Edition:

...... 7/2/63 ..........

5. New Matter in This Version:

6. **U. S. Edition of Book in English First Manufactured and Published Abroad:** If this is the U. S. edition of a book in English, and all or a substantial part of the English text of an earlier foreign edition was manufactured and first published abroad, complete the following spaces.

Year date of first publication of foreign edition ..........
(Year)

Was claim to ad interim copyright registered in the foreign edition?    Yes ☐   No ☐

If claim to ad interim copyright was *not* registered, is U. S. copyright in the foreign edition claimed by virtue of the Universal Copyright Convention?    Yes ☐   No ☐

*Complete all applicable spaces on next page*

2021MARVEL-0070280

**7. Deposit account:**

**8. Send correspondence to:**

Name _____  Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**9. Send certificate to:**

(Type or print name and address)

Name _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.

Address _____

(City) _____ (Zone) _____ (State) _____

## Information concerning copyright in books

*When To Use Form A.* Form A is appropriate for published books which have been manufactured in the United States.

*What Is a "Book"?* The term "books" covers not only material published in book form, but also pamphlets, leaflets, cards, and single pages containing text. Books include fiction, nonfiction, poetry, collections, directories, catalogs, and information in tabular form.

*Unpublished Books.* The law does not provide for registration of "book" material in unpublished form. Unpublished books are protected at common law against unauthorized use prior to publication.

*Duration of Copyright.* Statutory copyright in published books lasts for 28 years from the date of first publication, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a book

*First: Produce Copies With Copyright Notice.* Produce the work in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Work With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies of the first authorized edition were placed on sale, sold, or publicly distributed by the proprietor of the copyright or under his authority."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the work as published with notice, an application on Form A, properly completed and notarized, and a fee of $4.

*The Copyright Notice.* The copyright notice for books shall appear on the title page or verso thereof, and shall consist of three elements: the word "Copyright," or the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies are published without the required notice, the right to secure copyright is lost, and cannot be restored.

## Books manufactured abroad

*In General.* Form A is not appropriate for books which have been manufactured outside the United States.

*Foreign-Language Books.* Applications covering foreign-language books by foreign authors, manufactured abroad, should be submitted on Form A–B Foreign.

*English-Language Books.* Books in English manufactured abroad may be registered for "ad interim" copyright (Form A–B Ad Interim); or, if they are protected under the Universal Copyright Convention they are eligible for full-term registration on Form A–B Foreign:

(1) *Ad Interim Copyright.* Ad interim registration is necessary for protection in the United States unless copyright has been secured under the Universal Copyright Convention. To secure ad interim copyright a claim must be registered within six months of first publication abroad. Ad interim copyright lasts for 5 years or until an American edition is published within the 5-year period and registered.

(2) *Universal Copyright Convention.* An English language work by a foreign author first published abroad is eligible for full-term U. S. copyright if: (a) its author is a citizen or subject of a country which is a member of the Universal Copyright Convention, or the work was first published in such country, and (b) all published copies bear the copyright notice provided under the Universal Copyright Convention.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application and affidavit received | |
| AUG 26 1963 | |
| Two copies received | |
| JUL 16 1963 | |
| Fee received | |

2021MARVEL-0070281

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**



CLASS    REGISTRATION NO.

B    B    988507

DO NOT WRITE HERE

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*

1. **Copyright Claimant(s) and Address(es):**

Name ___ **VISTA PUBLICATIONS, INC.** _____

Address ___ **655 Madison Ave., N.Y.C. 21** _____

Name _____

Address _____

2. **Title:** **STRANGE TALES** _____

(Title of periodical)

_____

Vol. ___ **1** ___ No. ___ **102** ___ Date on copies ___ **Nov., 1962** _____

3. **Citizenship of Author:**

Citizenship ___ **USA** _____ Domiciled in U. S. A.  Yes ☐  No ☐

(Name of country)

4. **Publication:**

(a) **Date of Publication of This Issue:**

___ **8/9/62** _____

(b) **Place of Publication of This Issue:**

___ **USA** _____

(Name of country)

5. **Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:** _____

(b) **Process Used:** _____

(c) **Country of Manufacture:** _____

*Complete all applicable spaces on next page*

2021MARVEL-0070286

**6. Deposit account:**

**7. Send correspondence to:**

Name _____     Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name

MAGAZINE MANAGEMENT CO.
655 MADISON AV
NEW YORK 21
(Number and Street)

Address

| (City) | (Zone) | (State) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received

AUG 20 1962

Two copies received

AUG 20 1962

Fee received

134831

2021MARVEL-0070287

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



**FORM B**

CLASS    REGISTRATION NO.

**B**   B   999792

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*   Register of Copyrights
ABRAHAM L. KAMINSTEIN   United States of America

**1. Copyright Claimant(s) and Address(es):**

Name ....... **VISTA PUBLICATIONS, INC.** ..................................................

Address ....... **655 Madison Ave., N.Y.C. 21** ...............................................

Name ---------------------------------------------------------------------------------------------

Address -------------------------------------------------------------------------------------------

**2. Title:** ....... **STRANGE TALES** .............................................................
                                                   (Title of periodical)

-----------------------------------------------------------------------------------------------------

Vol. ........ **1** ...... No. ..... **104** .... Date on copies ............ **Jan. 1963** .............

**3. Citizenship of Author:**

Citizenship ------- **USA** .................................................   Domiciled in U. S. A.   Yes ☐   No ☐
                          (Name of country)

**4. Publication:**

    **(a) Date of Publication of This Issue:**

---- **10/9/62** -------------------------------------------------------------------------------------

    **(b) Place of Publication of This Issue:**

---- **USA** ------------------------------------------------------------------------------------------
                          (Name of country)

**5. Manufacture Outside United States:**

    **(a) Portion of the Manufacturing Done Abroad:** -----------------------------------------

    **(b) Process Used:** ------------------------------------------------------------------------

    **(c) Country of Manufacture:** -------------------------------------------------------------

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name

Address    MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name    MAGAZINE MANAGEMENT CO.

Address    655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.

(City)    (Zone)    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|
| Application received |
| OCT 17 1962 |
| Two copies received |
| OCT 17 1962 |
| Fee received |

Steve Ditko, Larry Lieber

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

FORM B

CLASS | REGISTRATION NO.

**B** | B | 12120

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixe



~AHAM L KAMINSTEIN

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ..**VISTA PUBLICATIONS, INC.**....................

Address ..**655 Madison Ave., N.Y.C. 21**....................

Name ....................................................

Address ....................................................

**2. Title:** ..**STRANGE TALES**....................
(Title of periodical)

....................................................

Vol. ..**1**....... No. ....**106**.... Date on copies ............**Mar. 1963**.........

**3. Citizenship of Author:**

Citizenship ...**USA**.................................... Domiciled in U. S. A. Yes ☐ No ☐
(Name of country)

**4. Publication:**

  **(a) Date of Publication of This Issue:**

  ..**12/10/62**....................

  **(b) Place of Publication of This Issue:**

  ....**USA**....................
(Name of country)

**5. Manufacture Outside United States:**

  **(a) Portion of the Manufacturing Done Abroad:** ....................

  **(b) Process Used:** ....................

  **(c) Country of Manufacture:** ....................

*Complete all applicable spaces on next page*

2021MARVEL-0070290

6. **Deposit account:**

7. **Send correspondence to:**

Name _____    Address    MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YO    RK 2 N. Y.

8. **Send certificate to:**

(Type or print    Name
name and address)

MAGAZINE MANAGEMENT CO.

Address    655 MA    (Number and Street)    VENUE

NEW YORK 21, N. Y.

(City)    (Zone)    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received

DEC 13 1962

Two copies received

DEC 13 1962

Fee received

2021MARVEL-0070291

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

CLASS **B**

REGISTRATION NO.

B   17484

DO NOT WRITE HERE

**This is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ———— **VISTA PUBLICATIONS, INC.** ——————————————————

Address ———— **655 Madison Ave., N.Y.C. 21** ——————————————

Name ————————————————————————————————————

Address —————————————————————————————————

**2. Title:** ———— **STRANGE TALES** ——————————————————————

(Title of periodical)

———————————————————————————————————————

Vol. ———— **1** — No. ———— **107** — Date on copies ———— **Apr. 1963** ———

**3. Citizenship of Author:**

Citizenship ——— **USA** ———————————————— Domiciled in U.S.A.   Yes ☐   No ☐

(Name of country)

**4. Publication:**

   **(a)** Date of Publication of This Issue:

   ———— **1/10/63** ————————————————————————————

   **(b)** Place of Publication of This Issue:

   ———— **USA** ——————————————————————————————

(Name of country)

**5. Manufacture Outside United States:**

   **(a)** Portion of the Manufacturing Done Abroad: ————————————————

   **(b)** Process Used: ——————————————————————————————

   **(c)** Country of Manufacture: —————————————————————————

*Complete all applicable spaces on next page*

2021MARVEL-0070292

**6. Deposit account:**

----------------------------------------------

**7. Send correspondence to:**

Name ————————————————————     Address

**MAGAZINE MANAGEMENT CO.**
**655 MADISON AVENUE**
**NEW YORK 21, N. Y.**

**8. Send certificate to:**

(Type or print name and address)

N ————————
Address

**MAGAZINE MANAGEMENT CO.**
**655 MADISON AVENUE**
**NEW YORK 21, N. Y.**

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received **JAN 18 1963** | |
| Two copies received **JAN 18 1963** | Copyright Office Note (Cert.): In Notice _196_ |
| Fee received | |

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B   22022 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



DAN L. CAMINSTEIN

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name   VISTA PUBLICATIONS, INC .,

Address   655 Madison Ave., N.Y.C. 21

Name

Address

**2. Title:**   STRANGE TALES

*(Title of periodical)*

Vol.   1   No.   108   Date on copies   May 1963

**3. Citizenship of Author:**

Citizenship   USA   Domiciled in U. S. A.   Yes ☐   No ☐
*(Name of country)*

**4. Publication:**

(a) **Date of Publication of This Issue:**

2/12/63

(b) **Place of Publication of This Issue:**

USA
*(Name of country)*

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:**

(b) **Process Used:**

(c) **Country of Manufacture:**

*Complete all applicable spaces on next page*

2021MARVEL-0070294

Steve Ditko, Larry Lieber

**6. Deposit account:**

**7. Send correspondence to:**

Name ........................................................    Address ................

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name

MAGAZINE MANAGEMENT CO.

Address

655 MADISON AVENUE

NEW YORK 21, N. Y.

(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|
| Application received  FEB 19 1963 |
| Two copies received  FEB 19 1963 |
| Fee received |

34  749

2021MARVEL-0070295

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B    28143 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
Register of Copyrights
United States of America



**1. Copyright Claimant(s) and Address(es):**

Name ---- VISTA PUBLICATIONS, INC. ------------------------------

Address --- 655 Madison Ave., N.Y.C. 21 ----------------------

Name --------------------------------------------------------------

Address ------------------------------------------------------------

**2. Title:** ---- STRANGE TALES ------------------------
(Title of periodical)

--------------------------------------------------------------------

Vol. ----1-------- No. ----109---- Date on copies --------- June 1963 ----------

**3. Citizenship of Author:**

Citizenship ------USA-------------------------- Domiciled in U.S.A.  Yes ☐  No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

--------- 3/12/63 ----------------------------------------------

(b) Place of Publication of This Issue:

-------- USA --------------------------------------
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ----------------------

(b) Process Used: -------------------------------------------------

(c) Country of Manufacture: ----------------------------------------

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name ................................................

**8. Send certificate to:**

    (Type or print
    name and address)

Name          MAGAZINE MANAGEMENT CO.
         655 MADISON AVENUE
Address      NEW YORK 21, N. Y.

Address   MAGAZINE MANAGEMENT CO.
       655 MADISON AVENUE
      NEW YORK 21, N. Y.

| (City) | (Zone) | (State) |
|--------|--------|---------|

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is drawn. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>MAR 19 1963 | |
| Two copies received<br>MAR 19 1963 | |
| Fee received | |

134750

2021MARVEL-0070297

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

FORM B

CLASS    REGISTRATION NO.

**B** B    38264

O NOT WRITE HERE

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN,

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ...... **VISTA PUBLICATIONS, INC.** ...........................................

Address ...... **655 Madison Ave., N.Y.C. 21** ...........................

Name ...............................................................................

Address ...........................................................................

**2. Title:** ...... **STRANGE TALES** ...............................

(Title of periodical)

.........................................................................................

Vol. ........ **1** ........ No. ........ **111** .... Date on copies ........ **Aug. 1963** .........

**3. Citizenship of Author:**

Citizenship ...... **USA** ...................................... Domiciled in U. S. A.    Yes ☐    No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

................ **6/9/63** .........................................................

(b) Place of Publication of This Issue:

................ **USA** ...............................................................

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ................................

(b) Process Used: ..................................................................

(c) Country of Manufacture: .....................................................

*Complete all applicable spaces on next page*

E

2021MARVEL-0070298

**6. Deposit account:**

**7. Send correspondence to:**

Name ............................................................



Address ............ MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name ............ MAGAZINE MANAGEMENT C....

Address ............ 655 MADISON AVENUE
NEW YORK 21, N. Y.
(Number and Street)

| (City) | (Zone) | (State) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or a

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |
| --- |

Application received

MAY 15 1963

Two copies received

MAY 15 1963

Fee received

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

CLASS | REGISTRATION NO.

**B** | B | 45565

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ...... **VISTA PUBLICATIONS, INC.** ......

Address ...... **655 Madison Ave., N.Y.C. 21** ......

Name ......

Address ......

**2. Title:** **STRANGE TALES**

(Title of periodical)

Vol. ...... **1** No. ...... **112** Date on copies ...... **Sept. 1963** ......

**3. Citizenship of Author:**

Citizenship ...... **USA** ......    Domiciled in U. S. A.   Yes ☐  No ☐

(Name of country)

**4. Publication:**

**(a) Date of Publication of This Issue:**

...... **6/11/63** ......

**(b) Place of Publication of This Issue:**

...... **USA** ......

(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** ......

**(b) Process Used:** ......

**(c) Country of Manufacture:** ......

*Complete all applicable spaces on next page*

2021MARVEL-0070300

6. Deposit account:

7. Send correspondence to:

Name _____    Address ____ MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

8. Send certificate to:

(Type or print    Name ____ MAGAZINE MANAGEMENT CO.
name and address)
Address ____ 655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.
(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.*   Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?*   Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.*   There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.*   The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.*   Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.*   Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.*   The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.*   Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:*   The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|
| Application received<br>JUN 11 1963 |
| Two copies received<br>JUN 11 1963 |
| Fee received |

1347-53

2021MARVEL-0070301

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

FORM B

CLASS    REGISTRATION NO.

**B**   B    **51854**

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name   VISTA PUBLICATIONS INC.

Address   655 Madison Ave., N.Y.C. 21

Name

Address

**2. Title:**   STRANGE TALES

(Title of periodical)

Vol.   1    No.   113    Date on copies   Oct. Sept. 1963

**3. Citizenship of Author:**

Citizenship   USA

(Name of country)

Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

   **(a) Date of Publication of This Issue:**

     7/9/63

   **(b) Place of Publication of This Issue:**

     USA

(Name of country)

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:**

   **(b) Process Used:**

   **(c) Country of Manufacture:**

*Complete all applicable spaces on next page*

2021MARVEL-0070302

**6. Deposit account:**

**7. Send correspondence to:**

Name _____     Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 2, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address _____

| (City) | (Zone) | (State) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| JUL 16 1963 | |
| Two copies received | |
| JUL 16 1963 | |
| Fee received | |

134754

2021MARVEL-0070303

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

FORM B

CLASS
**B**

REGISTRATION NO.

B    57888

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

*ABRAHAM L. KAMINSTEIN*
Register of Copyrights
United States of America

**1. Copyright Claimant(s) and Address(es):**

Name ---- **VISTA PUBLICATIONS, INC.** -------------------------

Address ---- **655 Madison Ave., N.Y.C. 21** --------------------

Name ------------------------------------------------------------

Address ---------------------------------------------------------

**2. Title:** **STRANGE TALES** ----------------------
(Title of periodical)

----------------------------------------------------------------

Vol. ---- **1** ---- No. ---- **114** ---- Date on copies ---------- **Nov. 1963** ----

**3. Citizenship of Author:**


Citizenship ---- **USA** ---------------------------- Domiciled in U. S. A.    Yes ☐    No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

**8/8/63**

(b) Place of Publication of This Issue:

**USA**
(Name of country)

**5. Manufacture Outside United States:**


(a) Portion of the Manufacturing Done Abroad: --------------------------------

(b) Process Used: -------------------------------------------------------------

(c) Country of Manufacture: ---------------------------------------------------

*Complete all applicable spaces on next page*

6. Deposit account:

7. Send correspondence to:

Name _____    Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

8. Send certificate to:

(Type or print
name and address)

Name

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* Statutory copyright for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>AUG 14 1963<br>Two copies received<br>AUG 14 1963<br><br>Fee received | |

134755

2021MARVEL-0070305

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

CLASS | REGISTRATION NO.
**B** | B | 66036

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN
*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name _____ **VISTA PUBLICATIONS, INC.** _____

Address _____ **655 Madison Ave., N.Y.C. 21** _____

Name _____

Address _____

**2. Title:** **STRANGE TALES** _____
*(Title of periodical)*

_____

Vol. _____ **1** _____ No. _____ **115** _____ Date on copies _____ **Dec. 1963** _____

**3. Citizenship of Author:**

Citizenship _____ **USA** _____            Domiciled in U. S. A.     Yes ☐   No ☐
*(Name of country)*

**4. Publication:**

**(a) Date of Publication of This Issue:**

**9/10/63**

**(b) Place of Publication of This Issue:**

**USA**
*(Name of country)*

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** _____

**(b) Process Used:** _____

**(c) Country of Manufacture:** _____

*Complete all applicable spaces on next page*

2021MARVEL-0070306

6. Deposit accoun : †

7. Send correspondence to:

Name

8. Send certificate to:

(Type or print
name and address)    Name

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

MAGAZ   MANAGEMENT CO
655 MADISON AVENUE
NEW YORK 2     N. Y.
(Number and street)

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.*  Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?*  Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title.  The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office.  The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.*  There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole.  Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.*  The title of a periodical cannot be copyrighted.  Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published.  Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.*  Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.*  Produce the issue in copies by printing or other means of reproduction.  To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.*  The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.*  Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-lished with notice, an application on Form B, properly completed and signed, and a fee of $4.  (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:*  The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading.  It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication.  For example: © John Doe 1958.  Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection.  If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>SEP 16 1963<br>Two copies received<br>SEP 16 1963<br>Fee received | |

134756
2021MARVEL-0070307



2021MARVEL-0125756

2021MARVEL-0125758



2021MARVEL-0125759