# EXHIBIT 31A





TM & © 2006 MARVEL



# An Amazing Invention—"Magic Art Reproducer"

## DRAW THE FIRST DAY
### NO LESSONS! NO TALENT!

Anyone can Draw With This Amazing New Invention—Instantly!



# Even if You CAN'T DRAW A STRAIGHT LINE

You Can Draw Your Family, Friends, Anything From REAL LIFE— Like An Artist... Even if You CAN'T DRAW A Straight Line!

**A New Hobby Gives You A Brand New Interest!**

Yes, anyone from 5 to 80 can draw or sketch or paint anything now . . . the very first time you use the "Magic Art Reproducer" like a professional artist—no matter how "hopeless" you think you are! An unlimited variety and amount of drawings can be made! Art is admired and respected by everyone. Most hobbies are expensive, but drawing costs very little, just some inexpensive paper, pencils, crayons, or paint. No costly upkeep, nothing to wear out, no parts to replace. It automatically reproduces anything you want to draw on any sheet of paper. Then easily and quickly follow the lines of the "picture image" with your pencil . . . and you have an accurate original drawing that anyone would think an artist had done. No guesswork, no judging sizes and shapes! Reproduces black and white and actual colors for paintings.

**Also makes drawing larger or smaller as you wish.**

Anyone can use it on any desk, table, board, etc.—indoors or outdoors! Light and compact to be taken wherever you wish. No other lessons or practice or talent needed! You'll be proud to frame your original drawings for a more distinctive touch to your home. Give them to friends as gifts that are "different," appreciated.

**Have fun! Be popular!** Everyone will ask you to draw them. You'll be in demand! After a short time, you may find you can draw well without the "Magic Art Reproducer" because you have developed a "knack" and feeling artists have—which may lead to a good paying art career.

Be Luxe Model Complete for only $1.98
—With extra high power, extra clear and sharp "reproducer" unit.

## ALSO EXCELLENT FOR EVERY OTHER TYPE OF DRAWING AND HOBBY!

Create Your Own Design for All Hobbies! Reproduce on anything.

Copy all cartoons, comics.

Outdoor Scenes, landscapes, buildings

Copy photos, portraits of family, friends, etc.

Still life, vases, bowls of fruit, lamps, furniture, all objects.

Copy blueprints, plans.

### FREE 10-DAY TRIAL COUPON

NORTON PRODUCTS, Dept. 709
296 Broadway, New York 7, N. Y.

Rush my "Magic Art Reproducer" plus FREE illustrated guide "How to Easily Draw Artists' Models." I will pay postman on delivery only $1.98 plus postage. I must be convinced that I can draw anything like an artist, or I can return merchandise after 10-day trial and get my money back.

Name _____

Address _____

City & Zone _____ State _____

☐ Check here if you wish to save postage by sending only $1.98 with coupon. Same Money Back Guarantee!



## FREE!
"How to Easily Draw Artists' Models"

This valuable illustrated guide is yours free with order of "Magic Art Reproducer." Packed with pictures showing all the basic poses of artists' models with simple instruction for beginners of art. Includes guidance on anatomy, techniques and figure action.

## NORTON PRODUCTS
Dept. 709  296 Broadway New York 7, N. Y.

## SEND NO MONEY!
Free 10-Day Trial!

Just send name and address. Pay postman on delivery $1.98 plus postage. Or send only $1.98 with order and we pay postage. You must be convinced that you can draw anything like an artist, or return merchandise after 10-day trial and your money will be refunded.

AMAZING FANTASY is published by ATLAS MAGAZINES, INC.  OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y.  SECOND-CLASS MAIL PRIVILEGES AUTHORIZED AT NEW YORK, N.Y.  Additional entry at Meriden, Conn.  Published bimonthly.  Copyright 1962 by ATLAS MAGAZINES, INC., 655 Madison Avenue, New York, N.Y.  Vol. 1 No. 15, SEPT., 1962 issue.  Price 12¢ per copy.  Subscription rate $1.75 for 12 issues including postage.  Foreign subscription $3.25 in American funds.  No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental.  Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.

TM & © 2006 MARVEL





TM & © 2006 MARVEL

2021MARVEL-0127113

Steve Ditko

2021MARVEL-0000157





TM. & © 2006 MARVEL

Steve Ditko



TM & © 2006 MARVEL

THE WORLD'S GREATEST **MOLDER** OF **HANDSOME HE-MEN** and CHAMPS out of WEAKLINGS says

## YOU can now get FREE!
### SKINNY or FAT, 15, 20, 30 or 40 YEARS OF AGE
### I'LL BUILD YOU into A NEW ATHLETIC MIGHTY-MUSCLED ALL-MALE HE-MAN
in THRILLING MINUTES a day, as I have done to THOUSANDS in 20 YEARS.

ALL these 5 famous PICTURE-PACKED STRENGTH-TEST COURSES to Make YOU a SUPER-MAN (formerly $5.00 each) Now FREE to you if you mail coupon AT ONCE! LAST CHANCE!



BEN REBHUHN
20 years Directing Head of the most famous and largest home-training body building institute in the world, through which millions of sports and men applied for training, of which countless were changed from skinny and fat weaklings into streamlined heroic he-men.

"NO MATTER WHAT YOUR AGE I'll show you, by my quick, easy SECRETS

### How to GAIN or LOSE up to 50 LBS. FAST
like my pupils here did and THOUSANDS can do now.

This now MAGNIFICENT MODERN HERCULES, 26 year old teacher, William Butler, says to YOU, "No matter WHAT your age, I advise you, SEND for the A.B.C. WONDER PICTURE COURSES at once.

How would YOU like to have 18½ inch ARMS a 52 inch CHEST like this A.B.C. pupil NOW has?

Under the World's GREATEST BODY-BUILDER, I now have 18½" ARMS, a 52" CHEST; my STRENGTH has greatly improved. So have my sports. I have won titles like 'Mr. Virginia', 'Mr. State Y.M.C.', etc.

### YOU can soon be a HERO of MEN like Butler is and an IDOL of WOMEN in a few weeks!

Yes! In just 10 THRILLING MINUTES a day, in the SECRECY of YOUR OWN ROOM at home, MY RAPID-FIRE, EASY as ABC FAMOUS PICTURE METHODS show you How to Mold 16 INCH ARMS of MIGHT. LUNGS, WIDE MANLY SHOULDERS, a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER.

WOMEN always say, "I just adore A.B.C. ALL-MALE HE-MEN".

### AMERICAN BODY BUILDING CLUB, Dept. MA34, GREAT NECK, NEW YORK

Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES, including PHOTO BOOK of FAMOUS STRONG MEN, also weaklings, now famous Strong Men, and How to Become one of Them.

FREE Sports, Self-defense, Strong-man Stunts Courses Apparatus. Let me know how to get these FREE!

NAME
ADDRESS
CITY          ZONE    STATE

AMERICAN BODY BUILDING CLUB, Dept. MA34, GREAT NECK, NEW YORK



AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. Published bimonthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1 No. 2. MAY 1963 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. The similarity between any of the names, characters, persons, and/or institutions with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.



Steve Ditko



2021MARVEL-0000195





TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0000196

Case 1:21-cv-07957-LAK   Document 71-39   Filed 05/19/23   Page 10 of 31





TM & © 2006 MARVEL

2021MARVEL-0000214







2021MARVEL-0130394

**BOYS! MEN!**

# MY SECRET NEW DYNAFLEX METHOD

## CAN BUILD YOU A MAGNIFICENT NEW HE-MAN-MUSCLED BODY IN JUST TEN MINUTES A DAY—with absolutely NO weights—NO bar-bells—NO EXERCISE AT ALL!

Yes! If the girls LAUGH at you now when you take off your shirt—they'll be breaking down the doors to get dates with you—once they've seen the rugged DYNAFLEX BODY I can give you! I'll build you a tough strong massive body—shoulders clad with solid inches of he-man BRAWN. I'll give you bulging biceps, trip-hammer fists, power-packed legs, and a chest that will have you popping off the buttons off your shirt with pride!

(—says MIKE MARVEL, "Builder of Champion Bodies")

*Mike Marvel*

### ARE YOU WEAK, ALWAYS TIRED, LACK PEP?

Whether you're thin and scrawny, or sagging with unsightly fat—my secret DYNAFLEX method will train you, vigor and red-blooded vitality into your pony, exhausted body. Once DYNAFLEX makes you a two-fisted dynamo of manly beauty, rippling with power, glowing with magnetic sex-appeal—you'll be bursting with get-up-and-go. Man, you'll be really ALIVE—tingling with zest and rip-roaring energy—for the first time in years!

**PROOF!**

"I tried two other systems, before my buddy told me about DYNAFLEX. It really works—and how! I've put two inches of solid muscle on my biceps, three inches on my chest. It's like magic."
L. C., New York City

"I never thought you could build terrific muscles without exercise or weights. Started DYNAFLEX two weeks ago, and am building a great physique."
E. G., Detroit, Mich.

"DYNAFLEX is the best yet. Only three weeks, and I have more dates than I can handle. I am telling all my pals about DYNAFLEX."
F. S., Chicago, Ill.

### ARE YOU ASHAMED OF YOUR BODY NOW?

Pal—do YOURSELF a favor! Take a good long look in a mirror. Do you see a puny, starved body—scrawny arms—bony shoulders—flabby stomach and skinny legs? Do girls laugh and fellows grin when you take off your shirt?

BELIEVE IT OR NOT—it can add solid pounds of rippling, steely he-man MEAT to your build. I can take those skeleton arms and PACK EVERY INCH with explosive virile MAN-MUSCLE. I can take that caved-in chest and build on six rugged inches of strong sleek MAN-SIZED BRAWN. I can clothe your skinny frame with GIANT RIPPLING DYNAFLEX MUSCLES that will have the girls gasping with awe and admiration! And with NO tiring exercise, NO high-priced bar-bells or gym apparatus.

Or is your problem a body sagging with soft rolls of unhealthy, unhandsome FAT? Puny muscles — sagging stomach — bloated BERY! Are you ASHAMED to go to the beach and let them see your "FAT-MAN PHYSIQUE"?

If so, wake up fella! THIS IS IT! I will part of that fat and give you a lean virile DYNAFLEX BODY, armored with a sheath of hard tough handsome muscle. I can build you into a healthy, streamlined HERCULES —bursting with dynamic manly strength. I'll give you a taut rock-hard midsection—legs muscled like rolled steel springs—I can pack solid DYNAMITE into your flats and give you a rugged handsome build brim-full of the magnetic Super-Body Appeal which girls admire. And with NO strenuous diets NO fatiguing calisthenics—NO expensive health-foods.

### HOW DYNAFLEX BUILDS BEAUTIFUL BODIES

DYNAFLEX is the modern miracle of body-building. It takes no tiresome exercises, "crash" diets, protein foods, and no weights or bar-bells. DYNAFLEX is the amazing discovery of a West German Doctor

### GIVE ME TEN MINUTES A DAY —THAT'S ALL!

After DYNAFLEX, you'll be able to roll up your sleeves and take off your shirt and, for the first time in your life, you'll be PROUD of your manly build. Yes, pal, say goodbye to your weak, flabby frame—get ready for adventure and romance with a solid physique that glows and vibrates with virile he-man appeal. You'll be really proud to have people see that MAGNIFICENT NEW HE-MAN-MUSCLE of the beach or gym. And, when the girls crowd around to admire your iron biceps and your bulging brawny chest—when they ask in amazement how you did it—tell them about the mag's secret of DYNAFLEX!

Your Pal,
**MIKE MARVEL**
*"Builder of Champion Bodies"*

### STRONG-MAN APPEAL ATTRACTS GIRLS

Be honest. Down deep you KNOW you envy the boy with the virile, magnificent build. Every man and boy secretly desires a broad brawny back, a solid man-muscled chest, handsome he-man shoulders, arms rippling with tough, steely sinews, a narrow waist, slim hips and springy, power-packed legs. Girls go for a fellow with TWO-FISTED BIG MUSCLE SEX-APPEAL . . . and they only laugh at skinny guys or "flabos".

Let me give you a glowing new body, brimming over with energy and irresistible inches of solid muscle on your chest—the he-man appeal. I can build three inches of beef and brawn on your shoulders. I will mold you a handsome super-body of terrific strength, give you a crushing grip, legs crammed with steel springs. A lean taut rock-solid punch-proof midsection. Pack your body with energy and thrilling stamina that will have girls falling at your feet.



**YOU PAY ONLY $1.98**
COMPLETE
NOTHING ELSE TO BUY

### FREE! 'SECRETS OF ATTRACTING GIRLS'!

Fellows! Mail the coupon now, and receive Mike Marvel's FREE GIFT to you, this exciting and informative book. Discover a secret method for developing a new, almost MAGNETIC way of attracting the girls. At parties, dances, at the beach—you will have the girls clustering around you breathlessly, while the guys watch enviously. "What does HE have that WE don't?" they will say. The answer is in this exciting new book, your GIFT from Mike Marvel. Fill out and mail the coupon NOW!

### MAIL MONEY-SAVING NO-RISK FREE TRIAL COUPON NOW!

MIKE MARVEL System, Dept. 281
285 MARKET STREET
NEWARK, NEW JERSEY

Check as many of the boxes you want HERE — Complete System $1.98.
☐ Lose fat, be trim and solid
☐ Build deep brawny chest, bulging with vigorous strength
☐ Lose fat, be trim, strong, handsome
☐ Mold mighty back, broad beefy shoulders
☐ Build muscle on skinny wrists and arms
☐ Develop crushing grip, two - fisted punch-power

Okay, Mike! Here's $1.98. Send my your COMPLETE (nothing else to buy later) body-building course. I want to use your new secret of DYNAFLEX to win a HERCULES HE-MAN BODY in just ten minutes a day. Rush my copies of the DYNAFLEX SYSTEM and my free gift book "Secrets of Attracting Girls" on your money-back guarantee, in plain wrappers. If I don't develop a splendid physique and become more popular with girls you will refund my money in full.

NAME ............................ AGE ......
ADDRESS ..............................
CITY .......... ZONE ...... STATE ......
(Please Print)

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. Published monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1 No. 6, OCTOBER 1963 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The East-ern Color Printing Co., Waterbury 20, Conn.







TM & © 2006 MARVEL

2021MARVEL-0000252

THE WORLD'S GREATEST MOLDER OF HANDSOME HE-MEN and CHAMPS out of WEAKLINGS says

YOU can now get FREE!

SKINNY or FAT, 15, 20, 30 or 40 YEARS OF AGE

I'LL BUILD YOU INTO A NEW ATHLETIC MIGHTY-MUSCLED ALL-MALE HE-MAN

in THRILLING MINUTES a day, as I have done to THOUSANDS in 20 YEARS.

ALL these 5 famous PICTURE-PACKED STRENGTH-TEST COURSES to Make YOU a SUPER-MAN. (formerly $5.00 each) Now FREE to you if you mail coupon AT ONCE! LAST CHANCE!

BEN REBHUHN
20 years Directing Head of the most famous and largest home-training body building Institute in the world, through which millions of youths and men applied for training, of which countless were changed from skinny and fat weaklings into streamlined heroic he-men.

"NO MATTER WHAT YOUR AGE
I'll show you, by my quick, easy SECRETS

How to GAIN or LOSE UP TO 50 LBS. FAST
like my pupils here did and THOUSANDS do now."

This now MAGNIFICENT MODERN HERCULES, 28 year old teacher, William Butler, says to YOU, "No matter WHAT your age, I advise you, SEND for the A.B.C. WONDER PICTURE COURSES at once.

Under the World's GREATEST BODY-BUILDER, I now have 18½" ARMS, a 52" CHEST; my STRENGTH has greatly improved. So have my sports. I have won titles like 'Mr. Virginia', 'Mr. State Y.M.C.', etc.

How would YOU like to have 18½ inch ARMS a 52 inch CHEST like this A.B.C. pupil NOW has?

YOU can soon be a HERO of MEN like Butler is and an IDOL of WOMEN in a few weeks!

Yes! In just 10 THRILLING MINUTES a day, in the SECRECY of YOUR OWN ROOM at home, MY RAPID-FIRE, EASY as ABC, FAMOUS PICTURE METHODS will start building you THE VERY FIRST NIGHT. I'll show you How to Mold 18 INCH ARMS of MIGHT, a big, deep 45 INCH CHEST bursting with TIRELESS LUNGS, WIDE MANLY SHOULDERS — a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER.

WOMEN always say, "I just adore A.B.C. ALL-MALE HE-MEN."

"I GAINED 60 LBS. OF SHAPELY MIGHTY MUSCLES.

BEFORE

says JOHN SILL.

YOU can add 7 inches to your CHEST 3½ inches to each ARM and the rest in proportion just as I did.

YOU can WIN the 18" tall SILVER TROPHY with name on it. A GOLD MEDAL, $100, as I did."

45 year old FATHER and 18 year old SON — now Pals — train A.B.C. way together!

"Both gained pounds of powerful muscles. Advise all you fathers and sons to send for the A.B.C. courses without foolish delay."
— LARRY CAMPBELL.

"I LOST 30 LBS. OF DANGEROUS UGLY FAT 4 INCHES OFF MY WAIST!

"That 220 lb. FAT-BOY at the right was ME a few short weeks ago."

A.B.C. streamlined my body, made me a new man my 47" chest my 32" waist 15" difference attracts admiration at the beach.

YOU become a WINNER in ALL you do like these and MILLIONS of my pupils!

28 year old Felipe Mendoza

NO! I don't care how skinny or flabby you are now, if you're in your teens, twenties, thirties or forties, I'll show you in just 10 thrilling minutes at your home, how you can make yourself over by the easy, quick method I turned myself from a wreck to a tower of strength and endurance, of others into all-male he-men!

YES! You'll ADD INCHES of MIGHTY MUSCLES to your ARMS, deepen your CHEST, broaden your BACK and SHOULDERS. From HEAD to HEELS you'll gain SIZE, POWER, LIGHTNING SPEED, ENDURANCE. You'll become a SUPERMAN HE-MAN in LOOKS and ACTS — a WINNER in EVERYTHING — athletics, business, studies.

"I'm proud of you now, Tony"

Pascarella

You wouldn't give me a tumble before I became the A.B.C. way. 90 lb. skeleton. Gained 70 lbs. Made football team.

28 A.B.C. lbs.

AMERICAN BODY BUILDING CLUB, Dept. MA310, GREAT NECK, NEW YORK
Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings, now famous Strong Men, and How to Become one of Them.

☐ I enclose 10c for mailing and handling.
I am under no other obligation.
I'm checking everything I need to give me the kind of body I want.
☐ I want to gain ........ lbs. (fill in). ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS ☐ CHEST
☐ SHOULDERS ☐ POWERFUL LEGS ☐ SLIM WAIST
☐ I want to become a winning athlete. ☐ I want new pep.

NAME ........................................... AGE .........
DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE.
ADDRESS ...........................................
CITY ................... ZONE ... STATE ...

FREE!
Sports.
Self-defense.
Strong-man Stunts Courses Apparatus.
Let me know how to get these FREE!

YOU become a STAR in ANY SPORT! YOU her NO MAN or BULLY!



AMERICAN BODY BUILDING CLUB, Dept. MA310 GREAT NECK, NEW YORK

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. Published monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1 No. 6, NOVEMBER 1963 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

2021MARVEL-0000253



2021MARVEL-0130391

THE WORLD'S GREATEST MOLDER OF HANDSOME HE-MEN and CHAMPS out of WEAKLINGS says

## YOU can now get FREE!

ALL these 5 famous PICTURE-PACKED STRENGTH-TEST COURSES to Make YOU a SUPER-MAN. (formerly $5.00 each) Now FREE to you if you mail coupon AT ONCE! LAST CHANCE!

## SKINNY or FAT, 15, 20, 30 or 40 YEARS OF AGE I'LL BUILD YOU into A NEW ATHLETIC MIGHTY-MUSCLED ALL-MALE HE-MAN

in THRILLING MINUTES a day, as I have done to THOUSANDS in 20 YEARS.



**BEN REBHUHN**

20 years Directing Head of the most famous and largest home-training body building institute in the world, through which millions of youths and men applied for training, of which countless were changed from skinny and fat weaklings into streamlined heroic he-men.

**This now MAGNIFICENT MODERN HERCULES, 26 year old teacher, William Butler,** says to YOU, "No matter WHAT your age, I advise you, SEND for the A.B.C. WONDER PICTURE COURSES at once.

How would **YOU** like to have 18½ inch ARMS a 52 inch CHEST like this A.B.C. pupil NOW has?

Under the World's GREATEST BODY-BUILDER, I now have 18½" ARMS, a 52" CHEST; my STRENGTH has greatly improved. So have my sports. I have won titles like 'Mr. Virginia', 'Mr. State Y.M.C.', etc.

**"NO MATTER WHAT YOUR AGE I'll show you, by my quick, easy SECRETS**

## How to GAIN or LOSE UP TO 50 LBS. FAST

like my pupils here did and THOUSANDS do now."



**17 YEAR OLD SILLS**

**"I GAINED 60 LBS. OF SHAPELY MIGHTY MUSCLES.**

**BEFORE** mailing coupon, I was a 125 lb. 6 ft. skinny weakling."

says JOHN SILL

**YOU** can add 7 inches to your CHEST 3½ inches to each ARM and the rest in proportion just as I did.

**YOU can WIN the 18" tall SILVER TROPHY with name on it, A GOLD MEDAL, $100, as I did."**

45 year old FATHER and 18 year old SON — now Pals — train A.B.C. way together!

"Both gained pounds of powerful muscles. Advise all you fathers and sons to send for the A.B.C. courses without foolish delay."
—LARRY CAMPBELL

**"I LOST 30 LBS. OF DANGEROUS UGLY FAT 4 INCHES OFF MY WAIST!**

28 year old Felipe Mendeza

"That 220 lb. FAT-BOY at the right was ME a few short weeks ago."

A.B.C. streamlined my body, made me a new man my 47" chest my 32" waist 15" difference attracts admiration at the beach.

YOU become a WINNER in ALL you do like these and MILLIONS of my pupils!





YOU become a STAR in ANY SPORT! YOU fear NO MAN or BULLY!

**YOU can soon be a HERO of MEN like Butler is and an IDOL of WOMEN in a few weeks!**

Yes! In just 10 THRILLING MINUTES a day, in the SECRECY of YOUR OWN ROOM at home, MY RAPID-FIRE, EASY as ABC FAMOUS PICTURE METHODS will start building you THE VERY FIRST NIGHT. I'll show you How to Mold 18 INCH ARMS of MIGHT, a big, deep 45 INCH CHEST housing TIRELESS LUNGS, WIDE MANLY SHOULDERS — a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER.

**WOMEN always say, "I just adore A.B.C. ALL-MALE HE-MEN".**

NO! I don't care how skinny or flabby you are now, if you're in your teens, twenties, thirties or forties, I'll show you in just 10 thrilling minutes in your home, how you can make yourself over by the easy, quick method I turned myself from wreck to a tower of strength and endurance, of others into all-male he-men!

YES! You'll ADD INCHES of MIGHTY MUSCLES to your ARMS, deepen your CHEST, broaden your BACK and SHOULDERS. From HEAD to HEELS you'll gain SIZE, POWER, LIGHTNING SPEED, ENDURANCE. You'll become a SUCCESSFUL HE-MAN in LOOKS and ACTS — a WINNER in EVERYTHING — athletics, business, studies.

**BEFORE** mailing coupon this A.B.C. pupil was this 90 lb. skeleton. Gained 70 lbs. Made football team.

You wouldn't give me a tumble before I gained 28 A.B.C. lbs.

"I'm proud of you now, Tony"

Pascarella

## AMERICAN BODY BUILDING CLUB, Dept. MA310, GREAT NECK, NEW YORK

Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES, including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings, now famous Strong Men, and How to Become one of Them.

☐ I enclose 10c for mailing and handling.
I am under no other obligation.
I'm checking everything I need to give me the kind of body I want.
☐ I want to gain ......... lbs. (fill in).  ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS ☐ CHEST
☐ SHOULDERS ☐ POWERFUL LEGS ☐ SLIM WAIST
☐ I want to become a winning athlete. ☐ I want new pep.

NAME ........................................................ AGE .........
DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE.

ADDRESS .................................................................

CITY ............................. ZONE ..... STATE .............

## FREE
Sports, Self-defense, Strong-man Stunts Courses Apparatus. Let me know how to get these FREE!

**AMERICAN BODY BUILDING CLUB, Dept. MA310 GREAT NECK, NEW YORK**

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N. Y. Published monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1 No. 7, NOVEMBER 1963 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

Case 1:21-cv-07957-LAK   Document 71-46   Filed 05/19/23   Page 20 of 31







TM & © 2006 MARVEL

**YOU'VE HEARD ABOUT IT!**
**YOU'VE READ ABOUT IT!**

**WORLD'S SMALLEST WRIST RADIO**

# ALL-TRANSISTOR *WRIST WATCH TYPE* RADIO

## LOUD — CLEAR RECEPTION <u>GUARANTEED!</u>

**COMPLETE WITH BATTERIES — STAINLESS BAND
NOTHING ELSE TO BUY — COMPLETELY ASSEMBLED**

**$4.98** complete

*NOT A TOY — NOT A CRYSTAL SET*

*A GENUINE ALL TRANSISTOR WRIST RADIO*

*To Delight Every Man, Woman, Girl and Boy*

Be the first in your neighborhood to own this amazing Niresk All Transistor Wrist Radio. Music, News, Sports now available to you 24 hours a day. Imagine, being the proud owner of a radio less than 2 inches square. The unit is installed in a highly shock resistant case and comes with a beautiful stainless wrist band. The 2 tiny mercury hearing aid batteries are guaranteed to play for 100 hours. Batteries are obtainable everywhere for about 35c.

The Niresk Wrist Radio is guaranteed to be shipped in perfect condition and especially designed for local reception. In some localities you can receive up to seven stations. Don't wait, rush your order today on money-back guarantee.

**LOOK AT THESE SENSATIONAL FEATURES!**

- 2 Transistor - 1 Diode
- Lightweight — compact
- Includes 100 hour mercury batteries obtained everywhere at 35c
- Stainless steel watch band stretches to fit all wrists
- Magnetic earphone included
- Especially designed for local reception
- Guaranteed to receive all stations in your area
- Plays equally well indoors or outdoors

**SOLD ON MONEY-BACK GUARANTEE**

**NIRESK** 

**ACTUAL SIZE**

**FREE TRIAL OFFER**

NIRESK INDUSTRIES, Dept. W-2
Chicago 11, Illinois

Please rush on 10 day Free Trial the Niresk All-Transistor Wrist Radio. I must be 100% satisfied or my money will be refunded in full after 10 days.

Name_____
Address_____
City_____ Zone____ State_____

□ I enclose $4.95 plus 25c postage.
□ I enclose $1.00 deposit — balance C.O.D.

## NIRESK INDUSTRIES, INC., CHICAGO 11, ILL.

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N. Y. Published monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 8, JANUARY 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $2.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

2021MARVEL-0000291



TM & © 2006 MARVEL

TM & © 2006 MARVEL

YOU'VE HEARD ABOUT IT!
YOU'VE READ ABOUT IT!

**WORLD'S SMALLEST WRIST RADIO**

# ALL-TRANSISTOR *WRIST WATCH TYPE* RADIO

## LOUD — CLEAR RECEPTION <u>GUARANTEED!</u>

### COMPLETE WITH BATTERIES — STAINLESS BAND
### NOTHING ELSE TO BUY — COMPLETELY ASSEMBLED

**LOOK AT THESE SENSATIONAL FEATURES!**

# $4.98
**complete**

*NOT A TOY — NOT A CRYSTAL SET*

*A GENUINE ALL TRANSISTOR WRIST RADIO*

*To Delight Every Man, Woman, Girl and Boy*

- 2 Transistor - 1 Diode
- Lightweight — compact
- Includes 100 hour mercury batteries obtained everywhere at 35c
- Stainless steel watch band stretches to fit all wrists
- Magnetic earphone included
- Especially designed for local reception
- Guaranteed to receive all stations in your area
- Plays equally well indoors or outdoors

Be the first in your neighborhood to own this amazing Niresk All Transistor Wrist Radio. Music, News, Sports now available to you 24 hours a day. Imagine, being the proud owner of a radio less than 2 inches square. The unit is installed in a highly shock-resistant case and comes with a beautiful stainless wrist band. The 2 tiny mercury hearing aid batteries are guaranteed to play for 100 hours. Batteries are obtainable everywhere for about 35c.

The Niresk Wrist Radio is guaranteed to be shipped in perfect condition and especially designed for local reception. In some localities you can receive up to seven stations. Don't wait, rush your order today on money-back guarantee.

**NIRESK**

**ACTUAL SIZE**

**SOLD ON MONEY-BACK GUARANTEE**

**FREE TRIAL OFFER**

NIRESK INDUSTRIES, Dept. WR-2
Chicago 11, Illinois

Please rush on 10 day Free Trial the Niresk All-Transistor Wrist Radio. I must be 100% satisfied or my money will be refunded in full after 10 days.

Name_____

Address_____

City_____ Zone___ State___

☐ I enclose $4.95 plus 25c postage.
☐ I enclose $1.00 deposit — balance C.O.D.

# NIRESK INDUSTRIES, INC., CHICAGO 11, ILL.

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N. Y. Published monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 9 FEBRUARY 1964 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL

SPIDER-MAN "THE MAN CALLED ELECTRO!"

A BOOK-LENGTH TRIUMPH FROM THE NEW MARVEL AGE OF COMICS!

WRITTEN BY: STAN LEE
ILLUSTRATED BY: STEVE DITKO
LETTERED BY: ART SIMEK

KNOW SOMETHING, LITTLE FRIEND? IF YOU'RE JUST STARTING TO READ THIS STORY, WE *ENVY* YOU! BECAUSE YOU'RE GONNA HAVE A *BALL!* THIS BOOK-LENGTH THRILLER FEATURES A REALLY FASCINATING SUPER-VILLAIN; IT'S CHOCK-FULL OF HUMAN INTEREST AND DRAMA; AND IT SHOWS SPIDER-MAN, WITH ALL HIS HUMAN PROBLEMS AND FRAILTIES, GREATER THAN YOU'VE EVER SEEN HIM BEFORE! BUT DON'T TAKE *OUR* WORD FOR IT — AFTER ALL, *WERE* SPIDEY'S BEST BOOSTERS! SEE WHAT *YOU* THINK...

TM & © 2006 MARVEL

2021MARVEL-0000310





TM & © 2006 MARVEL



# NOW YOU CAN SOLVE "TOUGH" MATH PROBLEMS LIKE THIS!

$$47892 \times 39421 = ?$$

AS EASY AS $1 + 1 = 2$

GET A BETTER JOB, WITH HIGHER PAY, SECURITY IN THIS ATOMIC AGE!

Yes, in just hours you can turn into a "math wizard" even though you know little about arithmetic! Surprise your friends with your "E-Z MATH" ability . . . enjoy job security and advancement . . . a better job . . . increase your self-confidence and prestige—all through amazing new "E-Z MATH".

**Sharpen Your Brain Power—with Short-Cut "E-Z MATH"!**

CAN YOU SOLVE THESE EVERY-DAY BUSINESS AND SOCIAL ARITHMETIC PROBLEMS IN THE TIME ALLOWED? YOU CAN DO THEM EASILY EVEN WHEN BLINDFOLDED—AFTER YOU'VE READ "E-Z MATH".

**Order Today on No-Risk Free Home Trial!**

**WHAT THEY SAY:**

**WHAT IS "E-Z MATH"?**

MAIL NO-RISK FREE HOME TRIAL COUPON NOW!

E-Z MATH PROGRAM DEPT. R-101
285 Market St., Newark, NEW JERSEY

NAME

ADDRESS

CITY            ZONE      STATE

**Figure with SPEED and ACCURACY!**

E-Z MATH PROGRAM
DEPT. R-101   285 Market St.,
Newark, NEW JERSEY
© Entire contents copyright 1963

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP., OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N. Y. Published monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 10, MARCH 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.





Steve Ditko







# NOW YOU CAN SOLVE "TOUGH" MATH PROBLEMS LIKE THIS!

$47892 \times 39421 = ?$

AS EASY AS $1 + 1 = 2$

GET A BETTER JOB, MORE SECURITY IN THIS ATOMIC AGE!

Yes, in just hours you can turn into a "math wizard" even though you know little about arithmetic! Surprise your friends with your "E-Z MATH" ability . . . enjoy job security and advancement . . . a better job . . . increase your self-confidence and prestige—all through amazing new "E-Z MATH".

## Sharpen Your Brain Power—with Short-Cut "E-Z MATH"!

## Order Today on No-Risk Free Home Trial!

CAN YOU SOLVE THESE EVERY-DAY BUSINESS AND SOCIAL ARITHMETIC PROBLEMS IN THE TIME ALLOWED? YOU CAN DO THEM EASILY EVEN WHEN BLINDFOLDED—AFTER YOU'VE READ "E-Z MATH"!

## WHAT IS "E-Z MATH"?

## WHAT THEY SAY:

## MAIL NO-RISK FREE HOME TRIAL COUPON NOW!

E-Z MATH PROGRAM DEPT. R-101
285 Market St., Newark, NEW JERSEY

NAME _____ AGE ____
(Please Print)
ADDRESS _____
CITY _____ ZONE ____ STATE ____

E-Z MATH PROGRAM
DEPT. R-101    285 Market St.,
Newark, NEW JERSEY
© Entire contents copyright 1963

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N. Y. Published monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 11, APRIL 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

Steve Ditko





2021MARVEL-0000366



# Fill the Gaps in your Family's Education
### with the amazing MADE SIMPLE
### Self-Teaching Encyclopedia

Your First Volume only $1.00



Steve Ditko









2021MARVEL-0000385



