# EXHIBIT 31B



# Earn BIG MONEY

## Learn ELECTRIC APPLIANCE REPAIRING At Home In Your Spare Time!

WE FURNISH YOU THIS AMAZING ELECTRONIC KIT

WE GIVE YOU ALSO THE CERAMIC HEATER KIT

"All CTS graduates are entitled to CTS lifetime advisory service."

R. S. Frazer, President

### START YOUR OWN BUSINESS

There are millions of electrical equipment units in daily use in factories, homes, office buildings and on farms. Skilled electrical technicians are needed to keep this equipment in good running condition. Learn at home in your spare time.

### $5.00-$6.00 PER HOUR

is often charged for making ordinary repairs. We show you how to repair refrigerators, vacuum cleaners, washing machines. motors, factory equipment, electrical farm equipment, do house wiring, etc.

**BEGIN IN YOUR OWN KITCHEN, BASEMENT OR GARAGE.** You don't need elaborate fixtures or expensive equipment to be a successful repairman. Work as many hours as you wish. The Electrical Appliance Technician is his own boss!

**IF YOU ARE MECHANICALLY INCLINED,** can hold and use tools, we will give you the training and time saving kits—a multi-purpose CHRISTY ELECTRONIC KIT whose dials show you exactly where the trouble lies with electrical equipment that does not work properly—a CERAMIC HEATER KIT that enables you to wire your own heating elements and pocket all of the profits for yourself—LESSON MANUALS written in simple, easy-to-understand language profusely illustrated showing step-by-step repair shortcuts—all of which give you the Know-how for making more money and how to get financial security.

**YOU ALSO LEARN** how to build power tools from spare parts, how to solicit business and keep business coming in, what to charge your customers, etc. Thousands of CHRISTY graduates in all parts of the world prove the value of CTS Training. WRITE FOR SPECIAL PAY LATER FORM.

**CHRISTY TRADES SCHOOL, 3214-16 W. Lawrence, Dept.** A-471, **Chicago 25**

SEND FOR OUR NEW 32 PAGE CATALOGUE!

UNLIMITED PROSPECTS for TRAINED ELECTRICAL APPLIANCE TECHNICIANS

### MAIL THIS COUPON TODAY!

CHRISTY TRADES SCHOOL, Dept. A-471, 3214-16 W. Lawrence, Chicago 25, Ill.

Gentlemen:
Please rush me your FREE ILLUSTRATED BOOK about Electrical Appliance Servicing, facts on your Electronic Kit and Special form for paying later from earnings while learning.

Name _____ Age _____

Address _____

City _____ Zone _____ State _____

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. Published monthly. Copyright 1964 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 16, JULY 1964 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in America can funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

Steve Ditko





TM & © 2006 MARVEL

TM & © 2006 MARVEL





TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0000424





TM & © 2006 MARVEL

2021MARVEL-0000442





TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0000443

Steve Ditko



2021MARVEL-0000461





TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0000462



2021MARVEL-0127131





TM & © 2006 MARVEL

TM & © 2006 MARVEL









TM & © 2006 MARVEL     TM & © 2006 MARVEL



2021MARVEL-0127169



TM & © 2006 MARVEL

"THE COMING OF THE SCORPION!"

OR: "SPIDEY BATTLES SCORPEY!"

BE SURE TO KEEP YOUR EYE ON THE STARTLING SCORPION! WE PREDICT THAT HE'S DEFINITELY A CANDIDATE FOR THE SUPER-VILLAINS' HALL OF FAME!

MANY READERS HAVE ASKED WHY STAN'S NAME IS ALWAYS FIRST ON THE CREDITS! AND SO, BIG-HEARTED LEE AGREED TO PUT STEVE'S NAME FIRST THIS TIME! HOW ABOUT THAT??

ILLUSTRATED BY: STEVE DITKO
WRITTEN BY: STAN LEE
LETTERED BY: S. ROSEN

... BUT WE STILL HAVE A FEELING THAT SNEAKY STAN PUT SOMETHING OVER ON US! ANYWAY, NOW IT'S TIME FOR THRILLS, CHILLS, AND SPILLS ...

TM & © 2006 MARVEL

2021MARVEL-0127170



TM & © 2006 MARVEL



AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK. N.Y. 10022. Published monthly. Copyright 1964 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 21, FEBRUARY 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

2021MARVEL-0127189





TM & © 2006 MARVEL

2021MARVEL-0127207



**Friend, dare YOU risk A DIME 10¢?**

FOR A NEW MILLION DOLLAR HE-MAN BODY STRENGTH-POWERED with 520 MIGHTY MUSCLES! To Become a STAR in ANY SPORT! A SUCCESS in EVERYTHING!

Rush to me your LAST CHANCE coupon below, — I'LL RUSH you FREE My Professional Secrets

**GAIN up to 50 lbs. of MIGHTY MUSCLES!**

HOW TO LOSE up to 50 lbs. of UGLY DANGEROUS FAT

**FREE ALL FIVE $5 WORLD-FAMOUS ABC COURSES**

1. How to Develop 16 to 18½ INCH BIG ARMS Powerful to land a knock-out blow fast.
2. How to Build a 45 to 52 INCH HEROIC CHEST Housing TIRELESS LUNGS for ENDURANCE in Work, Sports, for ATTRACTING GIRLS!
3. How to Mold a BROAD MUSCLE-PACKED BACK and WONDER-WIDE SUPER-MAN SHOULDERS tapering to a SLIM PUNCH-PROOF WAIST.
4. How to Develop LEGS with MARATHON ENDURANCE.
5. How to Mold BIG MUSCULAR FOREARMS, a STEEL GRIP.

How to Become a FEARLESS SELF-DEFENSE FIGHTER. OVERPOWERING ANY BULLY TWICE YOUR SIZE!

This is once skinny ABC pupil BILL BUTLER High School Teacher

AFTER YOU ARE REBUILT

This will be the NEW YOU by the AMERICAN BODYBUILDING CLUB NATURAL POWER PROGRESSIVE METHODS from your HEAD to your HEELS every inch a REAL HE-MAN

**YOURS FREE** in this AMAZING NEW BOOK in colors. Jam-full with 120 PHOTOS of STRONG MEN and CHAMPIONS once WEAKER than you, as you will see in their pitiful BEFORE Photos and Stories. There are scores of How-to-do-it Pictures showing how YOU can quickly and easily become AN OLYMPIC CHAMPION in STRENGTH, SPEED and ENDURANCE . . . and MR. AMERICA in Build and Physique.

Yes! in just THRILLING MINUTES a day, in the SECRECY of YOUR OWN ROOM this book's RAPID-FIRE, EASY as ABC FAMOUS PICTURE METHODS will show you How to Mold 16 INCH ARMS of MIGHT, a big, deep 45 INCH CHEST housing TIRELESS LUNGS, WIDE MANLY SHOULDERS — a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER. You, too, like many ABC Pupils can WIN FAME and FORTUNE on TV or in the Movies, as a Physical Director or Professional Athlete.

THIS BOOK will show you HOW to WIN a 15" tall Trophy with YOUR NAME, etc. engraved on it; a Gold Medal and from $100 to $1,000

YOU can WIN $100 and A BIG TROPHY with YOUR NAME and SUCCESS engraved on it as Bill Butler did and many other pupils.

**MAIL COUPON before it is too late!**

AMERICAN BODY BUILDING CLUB, Dept. MA-52 GREAT NECK, NEW YORK
Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings now famous Strong Men, and How to Become one of Them.
Let me know how to get
☐ I enclose 10c for mailing and handling.
I am under no other obligation.
I'm checking everything I need to give me the kind of body I want.
☐ I want to gain _____ lbs. (fill in).  ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS  ☐ CHEST ☐ SHOULDERS  ☐ POWERFUL LEGS  ☐ SLIM WAIST
☐ I want to become a winning athlete.  ☐ I want new pep.
NAME _____ AGE _____
DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE. PLEASE PRINT OR WRITE CLEARLY
ADDRESS _____
CITY _____ ZONE _____ STATE _____

**FREE**
$100 worth of Sports, Self-defense, Strong-man Stunts, Courses, Apparatus

"YOUR PHYSICAL DIRECTOR BEN REBHUHN at 50 years of age. He is a brilliant University Authority on creating a healthy mind in a healthy body." says Dr. Winfield Scott Pugh, Commander, U.S. Navy Medical Corps.

YOU into A NEW ATHLETIC MIGHTY-MUSCLED STREAMLINED HE MAN

See the STARTLING BEFORE and AFTER PHOTOS **AMERICAN BODY BUILDING CLUB, ABC**

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1964 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022, Vol. 1, No. 22, MARCH 1965 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by the Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127226





TM & © 2006 MARVEL

TM & © 2006 MARVEL

























TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127246

TM & © 2006 MARVEL

TM & © 2006 MARVEL

# EXCLUSIVE FUN PRODUCTS BY MAIL



**Krazy Krax**

**KRAZY KRAX**

Just place this over the T.V. screen or the front window. Watch the fun begin. It looks like the glass is broken. No. 1004 .............. .60



**WHOOPS**

Looks like someone lost their lunch. Place it on the floor and wait for your first unsuspecting victim to walk in—ugh. Better catch him before he faints. No. 9016 ................ Only .75

**JUMPING CANDY BOX**

Looks like a box of candy. When your friend goes to help himself he'll get the surprise of his life. No. 2015 .... Only .75



**TRICK BASEBALL**

It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 ................ 50¢

**PRANKSTER WHISTLE**

Greatest gag in years. Just place inside any tail-pipe and watch the fun. As soon as he starts the car it will sound as if the whole motor fell out. It's a panic, but completely harmless. No. 7021 ................ 75¢

**Loud Nose Blower**

Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 only 20¢



**PEPPER GUM**

Hi Pal, have a piece of gum. Once he starts chewing you better have a glass of water ready. Completely harmless but a million laughs. No. 5008 ... .25

**JIU-JITSU**

This is one of the most popular books on the art of self defense. Now you needn't back away from anyone. Many illustrations show you how to defend yourself from bullies. We also include "FREE" a book on strong man stunts. No. 4003 ....... Only $1.00

**JOY BUZZER**

Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005 ....... .50



**SQUIRT SEAT**

It's all wet. Place it under the toilet seat. Can't you picture the expression on your victims face when he sits down? No. 6012 ............ .75

**WHOOPEE CUSHION**

Place this under any cushion. Gives out a loud Bronx Cheer. Very embarrising but loads of laughs. No. 8010 ............ Only .50

**SCREWY FEET**

These magnetic feet will stick to anything. Paste them to the walls and ceiling. 12 to a set. Looks like the invisible man just walked through the wall. No. 2007 .. $1.00

**SILVER SKULL RING**

Heavy Mexican silver ring with the raised face of skull and inlayed red ruby eyes. Feels good and looks real impressive. Adds heft to your hands. No. 3019 ................ $1.00

**SURPRISE PACKAGE**

If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002 .. .50

**X-RAY-SPEX**

A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 ........... $1.00

**BIKE SPEEDOMETER**

Now you can tell how fast you are going. Registers speeds up to 50 miles per hour. New built-in compass also shows in what direction you are travelling. Fits any bicycle. Attaches in seconds. No. 3017 ...... only 75¢



**FLY IN ICE**

A plastic ice cube that looks like the real thing, only with a fly inside. Just place this in someones drink when he isn't looking—ugh. No. 3011 ........ Only .45



**SILENT DOG WHISTLE**

This whistle can not be heard by any human, but your pet will hear it blocks away. Everyone will be amazed when he comes running as soon as he hears his own private whistle. No. 1009 Only $1.98

ELLBARR DIST. DEPT. C.K. 12, NIAGARA FALLS, N.Y.
RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|

☐ I enclose ...... plus 15¢ postage and shipping in cash, cheque or money order.

NAME ..............................................

ADDRESS ..........................................

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 25, JUNE 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. For similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by the Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

2021MARVEL-0127265





TM & © 2006 MARVEL

TM & © 2006 MARVEL





TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127284





TM & © 2006 MARVEL

TM & © 2006 MARVEL





AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 27, AUGUST 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127303



TM & © 2006 MARVEL





TM & © 2006 MARVEL

TM & © 2006 MARVEL



2021MARVEL-0127340





TM & © 2006 MARVEL

TM & © 2006 MARVEL

TM & © 2006 MARVEL



**Friend, dare YOU risk A DIME 10¢?**

BEFORE

This can be soon the handsome NEW Jet Power YOU

FOR A NEW MILLION DOLLAR HE-MAN BODY STRENGTH-POWERED with $20 MIGHTY MUSCLES! To Become a STAR in ANY SPORT! A SUCCESS in EVERYTHING!

Rush to me your LAST CHANCE coupon below, — I'LL RUSH to you FREE My Professional Secrets

**10 to 50 GAIN 10 to 50 LBS. of MIGHTY MUSCLES!**

HOW to LOSE up to 50 lbs. of UGLY DANGEROUS FAT

**FREE ALL FIVE $5 WORLD-FAMOUS PICTURE-PACKED ABC COURSES**

1. How to Develop 16 to 18½ INCH BIG ARMS Powerful to land a knock-out blow fast.

2. How to Build a 45 to 52 INCH HEROIC CHEST Housing TIRELESS LUNGS for ENDURANCE in Work, Sports, for ATTRACTING GIRLS!

3. How to Mold A BROAD MUSCLE-PACKED BACK and WONDER-WIDE SUPER-MAN SHOULDERS tapering to A SLIM PUNCH-PROOF WAIST.

4. How to Develop LEGS with MARATHON ENDURANCE.

5. How to Mold BIG MUSCULAR FOREARMS, A STEEL GRIP.

How to Become a FEARLESS SELF-DEFENSE FIGHTER. OVERPOWERING ANY BULLY TWICE YOUR SIZE!

"I highly recommend Ben Rebhuhn as a top bodybuilding authority." says Health Director Y.M.C.A. Emil Colameco.

**How to IMPROVE YOUR HE-MAN LOOKS 1000%**

One of my 181,000 pupils, John Sill, says

**"I gained 60 LBS. of MIGHTY MUSCLES.**

Just mail NOW the FREE book coupon below as I did. YOU can add 3½ inches to EACH ARM—7 inches to your CHEST. YOU Can Win $100. and this Trophy—as I just did—a $1,000,000 Body—HANDSOME, HARD-HITTING."

This AMAZING NEW BOOK in colors YOURS FREE

if you mail coupon NOW.

BEFORE Mailing Coupon I was a 125 lb., 6 ft. skinny weakling. Which of these 2 me's is YOU?

Jam-full with 120 PHOTOS of STRONG MEN and CHAMPIONS once WEAKER than you. See in their pitiful BEFORE Photos and Stories. Scores of How-to-do-it Pictures show you how YOU can quickly and easily become an OLYMPIC CHAMPION in STRENGTH, SPEED and ENDURANCE, Mr. AMERICA in Build. Yes! in just THRILLING MINUTES a day, in YOUR OWN ROOM, RAPID-FIRE, EASY as ABC FAMOUS PIC-TURE METHODS show you how to Mold 16 inch ARMS of MIGHT, a big, deep 45 INCH CHEST housing TIRELESS LUNGS; WIDE MANLY SHOULDERS—a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER. You, too, can WIN FAME and FORTUNE on TV or in the Movies, as a Physical Director or Professional Athlete.

**MAIL COUPON before it is too late!**

AMERICAN BODY BUILDING CLUB, Dept. MA-510, Great Neck, New York
Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings How to Become one of Them.
☐ I exercise 10¢ for making and handling. I am under no other obligation I'm checking everything I need to give me the kind of body I want.
☐ I want to gain ____ lbs. (fill in).   ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS ☐ CHEST
    ☐ SHOULDERS ☐ POWERFUL LEGS ☐ SLIM WAIST
☐ I want to become a winning athlete.  ☐ I want new pep.

NAME _____ AGE ____
DO NOT MAIL COUPON IF UNDER 16 YEARS OF AGE.  PLEASE PRINT OR WRITE CLEARLY
ADDRESS _____
CITY _____ ZONE ____ STATE ____

**How in minutes of FUN a day YOU WILL BE MADE into A NEW ATHLETIC HE MAN**

Let me show you how to get FREE $100 worth of Sports, Self-defense, Strong-man Stunts, Courses, Apparatus.

"I'm PROUD to be seen with Jim NOW! Everybody admires his build," says Nellie. "Jim can lift the front of a 2700 lb. car. He amazes his friends!"

Jim Norman BEFORE mailing coupon

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 30, NOVEMBER 1965 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



SPIDER-MAN

# "THE CLAWS OF THE CAT!"

IN WHICH OUR WEB-SPINNING WONDER ENCOUNTERS A BRAND NEW FOE, WHILE FINDING HIMSELF STILL BESET BY THE SAME OLD PROBLEMS! IT IS MORE THAN LIKELY THAT THIS LITTLE EXCURSION INTO ADVENTURE WILL MEET WITH YOUR UNQUALIFIED APPROVAL!

HEROICALLY WRITTEN AND EDITED BY: **STAN LEE**

HOMERICALLY PLOTTED AND DRAWN BY: **STEVE DITKO**

HASTILY LETTERED AND BORDERED BY: **ARTIE SIMEK**

AND NOW, WE BRING YOU ONE OF THE MOST EAGERLY AWAITED MOMENTS OF ALL—THE MOMENT YOU BEGIN TO READ ANOTHER MIGHTY MARVEL MASTERWORK...

TM & © 2006 MARVEL

2021MARVEL-0127360