# EXHIBIT 31C





TM & © 2006 MARVEL

TM & © 2006 MARVEL





AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 31, DECEMBER 1965 issue. Price 12c per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

2021MARVEL-0127379





TM & © 2006 MARVEL

















# EXCLUSIVE FUN PRODUCTS BY MAIL

**CYCLE PUTTER**
Really dress up your BIKE. Sounds just like a Motor Bike. Made of heavy plastic and steel. No. 8023 ...Only 39c

**SQUIRT FLOWER**
When your friend tries to smell it all he'll get is a face full of water. Comes complete with long rubber hose and bulb. No. 3013 ...Only 25c

**TRICK BASEBALL**
It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 .... 50c

**PRANKSTER WHISTLE**
Greatest gag in years. Just place inside any tail-pipe and watch the fun. As soon as he starts the car it will sound as if the whole motor fell out. It's a panic, but completely harmless. No. 7021 .... 75c

**SPIDER RING**
This jumbo Rubber Spider with moving eyes comes attached to an adjustable metal ring and is sure to scare everybody. Large size 4½" x 4½". Made of flexible rubber. No. 4006 ...Only 45c

**WHOOPS**
Looks like someone lost their lunch. Place it on the floor and wait for that unsuspecting victim to walk in—ugh. Better catch him before he faints. No. 9016 ............ Only .15

**LOUD NOSE BLOWER**
Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 only 20c

**PEPPER GUM**
Hi Pal have a piece of gum. Once he starts chewing you better have a glass of water ready. Completely harmless but a million laughs. No. 5008 ...15

**JIU-JITSU**
This is one of the most popular books on the art of self defense. Now you needn't back away from anyone. Many illustrations show you how to defend yourself from bullies. We also include "FREE" a book on strong man stunts. No. 4003 ......Only $1.00

**JOY BUZZER**
Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005 ........ .50

**MAGIC ROCKS**
MAGIC ROCKS — Colourful large pellets. "Plant" them with the magic solution using the planting tweezers. They will grow within a short time. Terrific for underwater effects. No. 1022 ......Only $1.00

**WHOOPEE CUSHION**
Place this under any cushion. Gives out a loud Bronx Cheer. Very embarrising but loads of laughs. No. 8010 ............ Only .50

**SURPRISE PACKAGE**
If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002 .. .50

**GROW LIVE MONSTERS!**
SCARIEST LIVING Sensation of the century. 2 Monsters in full colour. Comes complete with space astronomians and full accessory kit. Will grow green monster hair right before your eyes. Complete. No. 8001 ...... Only $1.00

**SILVER SKULL RING**
Heavy Mexican silver ring with the raised face of skull and inlayed red ruby eyes. Feels good and looks real impressive. Adds heft to your hands. No. 3019 ................... $1.00

**X-RAY-SPEX**
A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 ......... $1.00

**BIKE SPEEDOMETER**
Now you can tell how fast you are going. Registers speeds up to 50 miles per hour. New built-in compass also shows in what direction you are travelling. Fits any bicycle. Attaches in seconds. No. 3017 only 75c

**FLY IN ICE**
A plastic ice cube that looks like the real thing, only with a fly inside. Just place this in someones drink when he isn't looking—ugh. No. 3011 ............... Only .45

**SILENT DOG WHISTLE**
This whistle can not be heard by any human, but your pet will hear it blocks away. Everyone will be amazed when he comes running as soon as he hears his own private whistle. No. 1009 Only $1.00

**ELLBARR DIST. DEPT. G.X. 20 Weston, Ont.**
RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|

☐ I enclose ...... plus 15c postage and shipping in cash, cheque or money order.

NAME .................................

ADDRESS .................................

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 32 JANUARY 1966 issue. Price 12c per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage, Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127398



TM & © 2006 MARVEL
























TM & © 2006 MARVEL

TM & © 2006 MARVEL



SPECIAL FEATURES
• Over 7 feet long
• Seats 2 kids
• Controls that work
• Rockets that fire
• Real periscope
• Firing torpedoes
• Electrically lit
• Instrument panel

POLARIS NUCLEAR SUB

Big Enough For 2 Kids

OVER 7 FEET LONG

FIRES ROCKETS and TORPEDOES

Only $6.98

How proud you will be as commander of your own POLARIS SUB — the most powerful weapon in the world! What hours of imaginative play and fun as you and your friends dive, surface, maneuver, watch the enemy through the periscope and fire your nuclear missiles and torpedoes! What thrills as you play at hunting sunken treasures in pirate waters and exploring the strange and mysterious bottom of the deep ocean floor!

HOURS AND HOURS OF ADVENTURE Sturdily constructed of 200 lb. test fibreboard. Comes complete with easy assembly instructions. Order this sturdy plaything because of its size and fun, adventure and science. (Because of the POLARIS SUB'S giant size we must ask for 75c shipping charges.)

MONEY BACK GUARANTEE Order today and we will rush your POLARIS NUCLEAR SUB to you. If you are not absolutely delighted don't think it is the greatest ever —the best toy you ever had—just send it back for full purchase price refund.

10 DAY FREE TRIAL

HONOR HOUSE PROD. CO. DEPT. 77P5L14 LYNBROOK, NEW YORK
Rush me my POLARIS NUCLEAR SUB. I can test it for 10 days and if I am not delighted return it for full purchase price refund.
☐ SEND IT C.O.D. I enclose $1 good-will deposit and I will pay postman $5.98 on delivery plus C.O.D. postage.
☐ SEND IT PREPAID. I enclose $6.98 plus 75c to help cover shipping charges.

NAME
ADDRESS
CITY
ZONE    STATE
N. Y. State residents please include 16c sales tax.

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 34, MARCH 1966 issue. Price 12c per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage, Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher. Application to mail at second class postage rates is pending at New York, N. Y., and Meriden, Conn.

TM & © 2006 MARVEL

THE AMAZING SPIDER-MAN!

"The THRILL of THE HUNT!"

FEATURING: THE SOMEWHAT MAGNIFICENT MENACE OF KRAVEN the HUNTER!

MY TROPHY ROOM! EVERY WILD BEAST THAT WALKS, CLIMBS, OR CRAWLS, I'VE BEATEN WITH MY BARE HANDS!

...AND YET, THE GREATEST PRIZE OF ALL IS STILL DENIED ME!

SCRIPTED and EDITED BY: STAN LEE
PLOTTED and ILLUSTRATED BY: STEVE DITKO
LETTERED and RELISHED BY: SAM ROSEN

TM & © 2006 MARVEL

2021MARVEL-0127436



TM & © 2006 MARVEL

Case 1:21-cv-07957-LAK   Document 71-41   Filed 05/19/23   Page 11 of 33



2021MARVEL-0127455



TM & © 2006 MARVEL

# EXCLUSIVE FUN PRODUCTS BY MAIL

## GROW 7 MONSTERS



**THRILLS & CHILLS AWAIT YOU WHEN YOU SEE 7 AMAZING PLANT CREATURES COME TO LIFE!**

7 Giant Monsters in full, glowing color, grow fantastic plant "hair" alive before your eyes! Each grows up to several months! Makes an incredible live "Science Project" for home or school. Fun to watch. Order now and get deluxe accessory kit with planting wand, observation lens, extra large supply of Guaranteed Live "Monster Hair" seeds. Complete with 7 Monsters and Full Instructions. No. 3127 .......... $1.00
plus 25¢ postage

ALL 7 FOR ONLY $1.00



**MINIATURE SPY CAMERA** Precision built camera that is so amazingly small it is less than ½ the size of a regular back of cigarettes. Weighs only 2½ ounces with eyelevel view finder and time exposure shutter. Takes 10 pictures per roll. Compact, it can be hidden anywhere. With FREE roll of film. No. 5024 .... $1.00
6 Rolls Film .... 79¢



**JOY BUZZER** Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005 ...... 50¢



**LOUD NOSE BLOWER** Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 .... only 20¢

**SURPRISE PACKAGE** If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002 .......... 50¢

 

**TRICK BASEBALL** It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 .......... 50¢

**X-RAY-SPEX** A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 .......... $1.00

**WHOOPEE CUSHION** Place this under any cushion. Gives out a load Bronx Cheer. Very embarrassing but loads of laughs. No. 8010 . Only 50¢



**THROW YOUR VOICE** Throw your voice into trunks, behind doors, everywhere. Instrument fits in your mouth out of sight. Fool teacher, friends and family. Free book on "How to Become a Ventriloquist." No. 9025 .... 25¢



**DEVILS RING** Heavy silver ring with the raised face of the Devil. Inlaid bright red ruby eyes. Looks real impressive. No. 1026 .......... 50¢



**ELLBARR DIST. Dept. G.K., 23 Box 47, Northridge, Calif.** RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ I enclose ....., plus 15c postage and shipping in cash, cheque or money order.
NAME ............................................
ADDRESS ........................................

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1966 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 36, MAY 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage, Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher. Application to mail at second class postage rates is pending at New York, N. Y., and Meriden, Conn.

TM & © 2006 MARVEL



TM & © 2006 MARVEL





TM & © 2006 MARVEL

2021MARVEL-0127492
















2021MARVEL-0127511



**THROW YOUR VOICE**
Throw your voice into trunks, behind doors, everywhere. Instrument fits in your mouth and out of sight. Fool teacher, friends and family. Free book on "How to Become a Ventriloquist."
No. 137 .......25¢

**SILENT DOG WHISTLE**

Th , whistle can't be heard by human ears, but Rover can, hear it half a mile away. Your dog will understand that this whistle is for him alone. Be amazed how quickly he responds.
No. 701 .......$1.00

**JACK POT BANK**
A Dime-operating Jack Pot Bank that works just like the one armed bandit in Las Vegas. Just deposit the dime and spin the handle. Reels spin and look like the real stuff. Dimes are removable. This game should not be used for gambling purposes, only for fun.
No. 2060 ..1.98

**MAGIC CARDS**
Deck is marked and stripped. Can be read from the back but looks like ordinary deck. With instructions for 10 terrific tricks.
No. 183 .......

**SURPRISE PACKAGE**

Are you willing to take a chance? We won't tell you what you get, but because you're willing to gamble, we'll give you more than your money's worth
Only 50¢
No. 678 .......

**AMAZING MINIATURE RADIO**
This tiny, feather weight radio operates without batteries, without tubes, but brings you hours of listening pleasure. There's nothing to wear out, nothing to replace.
No. 944 .......$2.98

**YOU, TOO, CAN BE TOUGH**

Master Jiu Jitsu and you'll win any fight. This book shows all the grips, blocks, etc. which are so effective in counter-attack. FREE book on how to perform strong man stunts also included.
No. 224 .......$1.00

**SEE BEHIND GLASSES**
A specially treated pair of sun-glasses with secret mirrors that enable you to see behind you without anyone knowing you're watching. Really comes in handy at times.
No. 30 .......75¢

## TREASURE CHEST OF FUN

**MONSTER $1.24 MONSTERS**

A full 6 feet tall in authentic full color and so very life-like you'll probably find yourself talking to them. We have these two all-time favorites — spine-chilling Frankenstein, and the mad vampire, Dracula.
No. #12 ..1.00

**WORMS**
Drop these seemingly innocent pellets into a glass of water and magically a worm will appear. Can you imagine the look of horror on your victims face? It's harmless.
No. 612 .......15¢

**WHOOPEE CUSHION**

Place it on a chair under a cushion, then watch the fun when someone sits down! It gives forth embarrassing noises. Made of rubber, and inflatable. A scream at parties and gatherings.
No. 247 .......50¢

**JOY BUZZER**

The most popular joke novelty in years! Wind up and wear it like a ring. When you shake hands, it almost raises the victim off his feet with a "shocking sensation". Absolutely harmless.
No. 239 .......Only 50¢

**MINIATURE SECRET CAMERA**

Precision camera so small, it fits in cigarette pack. Weighs 2½ ounces and takes 10 pictures per roll. Precision ground lens and time exposure shutter. Can be hidden anywhere. Complete with free roll of film.
No. 788 .......$1.00
6 Rolls Film .......79¢

**ONION GUM**
Yes—Looks like real chewing gum but tastes like . . . like . . . ONIONS! Its too funny! 12 slices to a pack.
No. 281 .......20¢

Honor House Prod. Corp.
Lynbrook, N.Y.        Dept. 77GK18
Rush me the items listed below. If I am not 100% satisfied, I may return any part of my purchase within 10 days Free Trial for full refund of purchase price.

| Item | Name of Item | How Many | Total Price |
|------|-------------|----------|-------------|
|  |  |  |  |

☐ I enclose ............... in full payment. Same guarantee.
☐ Send C.O.D. I will pay postman on delivery plus postage.
Name ...............
Address ...............
Sorry, we cannot ship orders for less than $1.00.

**TRICK BASEBALL**
It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block spinning after it. There's a barrel of fun in every bounce of this amazing base-ball.
No. 158 .......50¢

**X-RAY SPECS**
An Hilarious Optical Illusion $1.00
Scientific optical principle really works. Imagine—you put on the "X-Ray" Specs and hold your hand in front of you. You seem to be able to look right through the flesh and see the bones underneath. Look at your friend. Is that really his body you "see" under his clothes? Loads of laughs and fun at parties.
No. FL7 .......$1.00

**Pen Size—Clips On Your Pocket-6-Power Magnifier.** This exciting new 6-power wide field magnifier is cleverly concealed in a pen-sized pocket scope that lets you "peek" to your hearts content. So handy for Sporting Events, Counter-spying and Girl Watching. Also contains a 30-power full microscope to thrill any naturalist. Not a toy, but a real instrument. Full money back guarantee if not delighted.
Only $2.98
Item No. F59 .......$2.98

**Secret Spy Scope**

**TRICK BLACK SOAP**
Ordinary looking piece of soap. Victim washes face and gets blacker and blacker. When he gets a look in the mirror, he'll be shocked. Harmless.
No. 975 .......Only 25¢

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1966 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 38, JULY 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Inc., Waterbury 20, Conn. Martin Goodman, Publisher. Application to mail at second class postage rates is pending at New York, N. Y., and Meriden, Conn.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

2021MARVEL-0127512



TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127530

# TREASURE CHEST OF FUN




## WONDERFUL CRYSTAL WRIST RADIO
RECEIVES BROADCASTS UP TO 50 MILES WITH ATTACHED ANTENNA
WEAR IT LIKE A WATCH
LISTEN IN LIKE A RADIO
Wow! A wrist radio like the one used by the famous detective character in the comics. Works, too. Imagine receiving broadcasts up to about 50 miles, using the antenna attachment. Without attaching the antenna lead-in clip (which is included), to a substantial antenna such as the dial stop on a telephone, reception is limited to a few miles. Think what fun it will be to have your own personal wrist radio that actually permits you to listen to your own programs without disturbing others, and there are no batteries, no tubes—nothing to wear out. Makes detective and battle games seem more real, pretending to transmit messages, and getting help in the nick of time. Complete with private earphone.
No. 86 .......................... 2.98



**WORMS**
Drop these seemingly innocent pellets into a glass of water and magically a worm will appear. Can you imagine the look of horror on your victims face? It's harmless.
No. 612 ........15c



**TRICK BLACK SOAP**
Ordinary looking piece of soap. Victim washes face and gets blacker and blacker. When he gets a look in the mirror, he'll be shocked. Harmless.
No. 575 ..........Only 25c

**JOY BUZZER**
The most popular joke novelty in years! Wind up and wear it like a ring. When you shake hands, it almost raises the victim off his feet with a "shock" like sensation." Absolutely harmless.
No. 239 ..........Only 50c

**JOKE BOOK**
Over 500 hilarious jokes, puns and gags! You'll have a collection of jokes that will keep your friends laughing for a long while. Clever jokes mean self-confidence and social success.
No. 221 ..........Only 45c

## KRAZY KRAX
Apply this to the television screen and it appears that the glass is cracked.
No. 3333 ........60c

## SURPRISE PACKAGE
Are you willing to take a chance? We won't tell you what you get, but because you're willing to gamble, we'll give you more than your money's worth.
No. 578 ...Only 50c



**WHOOPS!**
Looks like somebody lost their lunch. It's nauseatingly real. Ugh! We wrap it very carefully, it's so disgustingly real. It may not be nice, but it sure gets reaction. Naturally, it's made of realistic plastic.
No. 192 ..........79c

**ONION GUM**
Yes — Looks like real chewing gum, but tastes like—ONIONS! It's too funny! 12 sticks to a pack.
No. 281 ........15c

**TRICK LOADED CIGAR**
A cigar loaded with a trick spring. Cigar bursts when one third smoked and causes a panic.
No. 681 ..........30c

## HOW TO HYPNOTIZE AND CONTROL OTHERS
Another great party entertainment. This secret Power Key of 25 lessons in hypnosis is designed especially to develop your hidden spark. Its remarkable pages cover the subjects of mystic healing, telepathy, mind reading, thought transference, etc.
No. 7712 ..........Only 45c

## X-RAY SPECS
Scientific optical principle really works. Imagine — you put on the "X-Ray" Specs and hold your hand in front of you. You seem to be able to look right through the flesh and see the bones underneath. Look at your friend. Is that really his body you "see" under his clothes? Loads of laughs and fun at parties.
No. FL7 ..........$1.00

## MONEY CHANGER
Just like a professional money-changer. Attaches to any belt. Holds pennies, nickels, dimes and quarters.
No. 70 ..........60c

We cannot ship orders under $1.00
HONOR HOUSE PRODUCTS CORP. ..........Dept. KG-39
Lynbrook, N.Y.
Rush me the items listed below. If I am not satisfied I may return any part of my purchase after 10 days free trial for full refund of the purchase price.   HOW
| ITEM # | NAME OF ITEM | MANY | TOTAL PRICE |

☐ I enclose ............ in full payment. The Honor House Products Corp. will pay postage.
☐ Send C.O.D. I will pay postage on delivery plus a few cents postage.
NAME ............................
ADDRESS ............................

## HAWK RING
Hawk style. Wide open beak. Red painted eyes. Superb color — magnificent . . . deadly . . . dangerous. Specify size.
No. 209 ........39c

## BOOMERANG
Here's something new in target throwing. In case you miss, it comes right back to you, and bingo! you're all set to "fire" again. More fun than a "barrel of monkeys."
No. 141 ..........60c

## MIDGET ADDING MACHINE
Accurately and automatically adds, subtracts, and multiplies. A precision instrument that's completely reliable, simple to operate. So compact, it can hardly be noticed in the hand. Slips easily into pocket or purse. Now, get all the right answers at once at your fingertips.
No. 91 ..........1.98











AMAZING SPIDER-MAN ANNUAL is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. Published annually. Copyright 1964 by Non-Pareil Publishing Corp., 655 Madison Avenue, New York, N.Y.   No. 1, 1964 issue. Price 25c per copy. No similarity between any of the names, characters, persons, and/or institutions is intended, and any such similarity which may exist is purely coincidental. Printed by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL







**Albert Dorne** — probably the greatest money-maker in the history of commercial art. At the height of his career, he began a full-time search for people who like to draw.

## He's Looking for People Who Like to Draw

**T**ODAY HUNDREDS of men and women who never thought they could be artists are working happily at easels and drawing boards, making pictures and getting well paid for it. They all can thank Albert Dorne, a famous artist who devotes almost his full time to helping other people become artists.

#### Some of the People Dorne Has Helped

Herb Smith was a payroll clerk. Soon after he started studying with us, he landed an art job with a large printing firm. This was four years ago; today he's head artist for the same firm.

Don Golemba of Detroit is another. He stepped up from railroad worker to the styling department of a big automobile company — by showing his work with the School. Now he helps design new-car models.

Pat Browning wanted to escape from her dull typing job to something creative. Soon after studying with us, she was promoted to full-time artist with the same firm — at much more money.

With the right training, Wanda Pickulski gave up her typing job to become fashion artist for a local department store.

Eric Ericson worked in a garage while he studied art at night. Today he is a successful artist, earns seven times as much, and is building a new home for his family.

Long before Albert Dorne started looking for people who like to draw, they came to him for advice and help. Since he alone could help only a few of these people, he called together America's most successful artists — men like Norman Rockwell, Jon Whitcomb, Stevan Dohanos and Al Parker.

#### A Plan to Help Others

He said: "All over America, there are people who like to draw, who could be turned into good artists. Why can't we give these people the training they need — including all the trade secrets and know-how we've learned over the years? I'm suggesting a new kind

---

#### America's 12 Most Famous Artists

| | |
|---|---|
| Norman Rockwell | Fred Ludekens |
| Jon Whitcomb | Ben Stahl |
| Al Parker | Robert Fawcett |
| Stevan Dohanos | Austin Briggs |
| George Giusti | Harold Von Schmidt |
| Peter Helck | Albert Dorne |

---

of school — a home-study art school that would give talented people the best professional art training, no matter where they live."

The famous artists agreed. Taking time from their busy careers, they spent several years creating a remarkable series of art lessons covering every aspect of drawing and painting. They illustrated their lessons with over 5,000 "here's-how" illustrations. The lessons start from scratch and cover every skill a top artist needs. Finally, the famous artists developed a wonderful way to give each student personal correction and advice all through his training.

Albert Dorne is not surprised by the success of his students. "The art field is growing. We keep getting calls from all over the country, asking us for practical, well-trained students who can step into full-time or part-time art jobs."

#### Famous Artists Talent Test

To find others with art talent worth developing, the Famous Artists created a 12-page talent test. Thousands paid to take this test, but now the School offers it free and grades it free. Men and women who do well on the test — or can offer other evidence of art talent — may enroll in the School. But there's no obligation. Simply mail the coupon below.

---

**Famous Artists Schools**
Studio 7662 , Westport, Conn.

I would like to find out whether I have art talent worth developing. Please send me, without obligation, your Famous Artists Talent Test and descriptive brochure.

Mr.
Mrs. _____ Age___
Miss ← *Please circle one and print name*

Address_____

City_____ Zone_____

County_____ State_____

AMAZING SPIDER-MAN ANNUAL is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published annually. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. No. 2, 1965 issue. Price 25¢ per copy. No similarity between any of the names, characters, persons and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely co-incidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher. Some stories contained herein, have been reprinted with permission from the publisher.

SPIDER-MAN

'THE WONDROUS WORLD OF Dr. STRANGE!"

WRITTEN and EDITED BY
THE TOAST of MARVEL:
**STAN LEE**
PLOTTED and DRAWN BY
THE BOAST of MARVEL:
**STEVE DITKO**
LETTERED and BORDERED
BY THE GHOST of MARVEL:
**SAM ROSEN**

This COULD BE CALLED OUR "BE NICE TO STEVEY DITKO" ISSUE! WE WANTED TO FEATURE A REALLY OFF-BEAT YARN FOR SPIDEY'S ANNUAL, AND STEVERINO DREAMED THIS ONE UP! (THE FACT THAT HE ALSO DRAWS DOC STRANGE MAY HAVE HAD SOMETHING TO DO WITH IT!)  SO, READY OR NOT, HERE WE GO....!

2021MARVEL-0130384



2021MARVEL-0130385



2021MARVEL-0130387



2021MARVEL-0130085



**Albert Dorne** – probably the greatest money-maker in the history of commercial art. At the height of his career, he began a full-time search for people who like to draw.

# He's Looking for People
# Who Like to Draw

TODAY HUNDREDS of men and women who never thought they could be artists are working happily at easels and drawing boards, making pictures, and getting well paid for it. They all can thank Albert Dorne, a famous artist who devotes almost his full time to helping other people become artists.

## Some of the people Dorne has helped

Herb Smith was a payroll clerk. Soon after he started studying with us, he landed an art job with a large printing firm. This was four years ago; today he's head artist for the same firm.

John Busketta is another. He was a pipefitter's helper in a big gas company. Today he still works for the same company, but as an artist in the advertising department, with a big increase in pay.

Harriet Kuzniewski was bored with an "ordinary" job before she heard of Albert Dorne. Today she does high-style fashion illustration in New York.

With the right training, Wanda Pickulski gave up her typing job to become fashion artist for a local department store.

John Whitaker of Memphis was an airline clerk two years ago. Recently he won a national cartooning contest and was signed to do a newspaper comic strip.

Long before Albert Dorne started looking for people who like to draw, they came to him for advice and help. Since he alone could only help a few of these people he called together America's most successful artists —men like Norman Rockwell, Jon Whitcomb, Stevan Dohanos and Al Parker.

## A Plan to Help Others

He said: "All over America, there are people who like to draw, who could be turned into good artists. Why can't we give these people the training they need—including all the trade secrets and know-how we've learned over the years? I'm suggesting a new kind of school—a home-study art school

that would give talented people the best professional art training, no matter where they live."

The famous artists agreed. Taking time from their busy careers, they spent several years creating a remarkable series of art lessons covering every aspect of drawing and painting. They illustrated their lessons with over 5,000 "here's-how" illustrations. The lessons start from scratch and cover every skill a top artist needs. Finally, the famous artists developed a wonderful way to give each student personal correction and advice all through his training.

Albert Dorne is not surprised by the success of his students. "The art field is growing. We keep getting calls from all over the country, asking us for practical, well-trained students who can step into full-time or part-time art jobs."

## Famous Artists Talent Test

To find others with art talent worth developing, the famous artists created a 12-page talent test. Thousands paid $1 for this test, but now the School offers it free and will grade it free. If you show talent on the test, you will be eligible for training by the School. No obligation. Simply mail coupon. It might be your first step to an exciting, well-paid career in art.

## America's 12 Most Famous Artists

| | |
|---|---|
| Norman Rockwell | Fred Ludekens |
| Jon Whitcomb | Ben Stahl |
| Al Parker | Robert Fawcett |
| Stevan Dohanos | Austin Briggs |
| George Giusti | Harold Von Schmidt |
| Peter Helck | Albert Dorne |

**Famous Artists Schools**
**Studio 7009, Westport, Conn.**

I would like to find out whether I have art talent worth developing. Please send me, without obligation, your Famous Artists Talent Test.

Mr.
Mrs.
Miss _____ Age_____
_____(please print)
Address_____

City_____ Zone_____

County_____ State_____

Accredited by the Accrediting Commission of the National Home Study Council, Washington, D.C.

STRANGE TALES ANNUAL is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N. Y. Published annually. Copyright 1963 by Vista Publications, Inc., 655 Madison Avenue, New York. N.Y. Vol. 1, No. 2, 1963 issue. Price 25¢ per issue. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.







2021MARVEL-0128914



**Albert Dorne** – probably the greatest money-maker in the history of commercial art. At the height of his career, he began a full-time search for people who like to draw.

## He's Looking for People Who Like to Draw

TODAY HUNDREDS of men and women who never thought they could be artists are working happily at easels and drawing boards, making pictures, and getting well paid for it. They all can thank Albert Dorne, a famous artist who devotes almost his full time to helping other people become artists.

**Some of the people Dorne has helped**

Herb Smith was a payroll clerk. Soon after he started studying with us, he landed an art job with a large printing firm. This was four years ago; today he's head artist for the same firm.

John Busketra is another. He was a pipefitter's helper in a big gas company. Today he still works for the same company, but as an artist in the advertising department, with a big increase in pay.

Harriet Kuzniewski was bored with an "ordinary" job before she heard of Albert Dorne. Today she does high-style fashion illustration in New York.

With the right training, Wanda Pickulski gave up her typing job to become fashion artist for a local department store.

John Whitaker of Memphis was an airline clerk two years ago. Recently he won a national cartooning contest and was signed to do a newspaper comic strip.

Long before Albert Dorne started looking for people who like to draw, they came to him for advice and help. Since he alone could only help a few of these people he called together America's most successful artists — men like Norman Rockwell, Jon Whitcomb. Stevan Dohanos and Al Parker.

**A Plan to Help Others**

He said: "All over America, there are people who like to draw, who could be turned into good artists. Why can't we give these people the training they need—including all the trade secrets and know-how we've learned over the years? I'm suggesting a new kind of school—a home-study art school that would give talented people the best professional art training, no matter where they live."

The famous artists agreed. Taking time from their busy careers, they spent several years creating a remarkable series of art lessons covering every aspect of drawing and painting. They illustrated their lessons with over 5,000 "here's-how" illustrations. The lessons start from scratch and cover every skill a top artist needs. Finally, the famous artists developed a wonderful way to give each student personal correction and advice all through his training.

Albert Dorne is not surprised by the success of his students. "The art field is growing. We keep getting calls from all over the country, asking us for practical, well-trained students who can step into full-time or part-time art jobs."

**Famous Artists Talent Test**

To find others with art talent worth developing, the famous artists created a 12-page talent test. Thousands paid $1 for this test, but now the School offers it free and will grade it free. If you show talent on the test, you will be eligible for training by the School. No obligation. Simply mail coupon. It might be your first step to an exciting, well-paid career in art.

### America's 12 Most Famous Artists

| | |
|---|---|
| Norman Rockwell | Fred Ludekens |
| Jon Whitcomb | Ben Stahl |
| Al Parker | Robert Fawcett |
| Stevan Dohanos | Austin Briggs |
| George Giusti | Harold Von Schmidt |
| Peter Helck | Albert Dorne |

**Famous Artists Schools**
**Studio 7009, Westport, Conn.**

I would like to find out whether I have art talent worth developing. Please send me, without obligation, your Famous Artists Talent Test.

Mr.
Mrs.
Miss _____ Age____
      (please print)
Address_____
City_____ Zone____
County_____ State____

Accredited by the Accrediting Commission of the National Home Study Council, Washington, D.C.

THE FANTASTIC FOUR ANNUAL is published by CANAM PUBLISHER SALES CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. Published annually. Copyright 1963 by Canam Publisher Sales Corp., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 1, 1963 issue. Price 25c per copy. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.

TM & © 2005 MARVEL



THE FABULOUS *FANTASTIC FOUR* PRESENT:

# SUB-MARINER

*Versus* THE HUMAN RACE!

THE LONGEST UNINTERRUPTED SUPER-EPIC OF ITS KIND EVER PUBLISHED!!

WRITTEN BY: STAN LEE
DRAWN BY: JACK KIRBY
INKING: DICK AYERS
LETTERING: ART SIMEK

X-324

TM & © 2005 MARVEL







TM & © 2005 MARVEL

TM & © 2005 MARVEL

2021MARVEL-0128939



2021MARVEL-0130236

