# EXHIBIT 31E



2021MARVEL-0130186

## BOYS! MEN!

# MY SECRET NEW DYNAFLEX METHOD

### CAN BUILD YOU A
## MAGNIFICENT NEW HE-MAN-MUSCLED BODY IN JUST TEN MINUTES A DAY—with absolutely NO weights—NO bar-bells—NO EXERCISE AT ALL!

Yes! If the girls LAUGH at you now when you take off your shirt—they'll be breaking down the doors to get dates with you—once they've seen the rugged DYNAFLEX BODY I can give you! I'll build you a tough strong massive body—shoulders clad with solid inches of he-man BRAWN. I'll give you bulging biceps, trip-hammer fists, power-packed legs, and a chest that will have you popping the buttons off your shirt with pride!

— (says MIKE MARVEL, "Builder of Champion Bodies")

*Mike Marvel*

**In my classes this same course of instruction would cost $110.00.**

### ARE YOU WEAK, ALWAYS TIRED, LACK PEP?

Whether you're thin and scrawny, or sagging with unsightly fat — my secret DYNAFLEX method will cram pep, vigor and red-blooded vitality into your busy, exhausted body. Once DYNAFLEX makes you a two-fisted dynamo of manly beauty, rippling with power, glowing with magnetic sex-appeal—you'll be bursting with get-up-and-go. Man, you'll be really ALIVE—tingling with zest and rip-roaring energy—for the first time in years!

**PROOF!**

"I tried two other systems, before my buddy told me about DYNAFLEX. It really works—and how! I've put ten inches of solid muscle on my biceps, three inches on my chest. It's like magic!"
L. C., New York City.

"I never thought you could build (terrific muscles without exercises or weights. Started DYNAFLEX two weeks ago, and am building a great physique."
E. G., Detroit, Mich.

"DYNAFLEX is the best yet. Only three weeks, and I have more dates than I can handle! I am telling all my pals about DYNAFLEX."
F. S., Chicago, Ill.

### ARE YOU ASHAMED OF YOUR BODY NOW?

Pal—do YOURSELF a favor! Take a good long look at a mirror. Do you see a puny, starved body—scrawny arms—bony shoulders — flabby stomach and skinny legs? Do girls laugh and fellows grin when you take off your shirt?

BELIEVE IT OR NOT—I can add solid pounds of rippling, steely he-man MEAT to your build. I can take those skeleton arms and PACK EVERY INCH with explosive virile MAN-MUSCLE. I can take that caved-in chest and build on six rugged inches of strong sleek MAN-SIZED BRAWN. I can clothe your skinny frame with GIANT RIPPLING DYNAFLEX MUSCLES that will have the girls gasping with awe and admiration! And with NO tiring exercise, NO high-priced bar-bells or gym equipment!

Or is your problem a body sagging with soft rolls of unhealthy, unhandsome FAT? Puny muscles — sagging stomach — bloated face — arms heavy with layers of BLUB-BER? Are you ASHAMED to go to the beach and have them see your "FAT-MAN PHYSIQUE"?

If so, wake up fella! THIS IS IT! I will peel off that fat and give you a lean virile DYNAFLEX BODY, armored with a sheath of hard tough handsome muscle. I can build you into a healthy, streamlined HERCULES —bursting with dynamic manly strength. I'll give you a taut rock-hard midsection— legs muscled like coiled steel springs. I can pack solid DYNAMIC inches onto your form and give you a rugged handsome build brim-full of the magnetic Super-Body Appeal which girls admire. And with NO starvation diets. NO fatiguing calisthenics—NO expensive health-foods!

### HOW DYNAFLEX BUILDS BEAUTIFUL BODIES

DYNAFLEX is the modern miracle of body-building. It takes no tiresome exercises, "crash" diets, protein foods, and no weights or bar-bells. DYNAFLEX is the amazing discovery of a West German Doctor whose research into the Science of Strength found a thrilling new way to build GIANT BRAWNY MUSCLES in ten minutes a day. With DYNAFLEX you "flex" each muscle once—in a certain way—that is more effective than if you exercised that muscle 20, 30, even 100 times the old-fashioned way. With DYNAFLEX you get bigger results in ten minutes than after hours of grunting and groaning, hefting heavy weights.

DYNAFLEX coaxes each muscle in your body to bring out its round, steely fullness and satiny symmetry. DYNAFLEX packs that muscle with glowing vibrant new strength and energy—FAST. In ten minutes a day I can cram your bony frame with healthy rippling muscle—give you a deep, powerful chest—solid shoulders and iron wrists—tough, slim midsection—and trim, steel-spring legs—all simply thru "DYNA-FLEXING" each muscle once a day!

There's nothing wrong with the bar-bell and weight-lifting method . . . but why bother? Why waste time and money, why sweat and strain your way to a streamlined symmetrical SAMSON-STRONG BODY when you can do it better—bigger—faster—easier with the DYNAFLEX SECRET?

### STRONG-MAN APPEAL ATTRACTS GIRLS

Be honest. Down deep you KNOW you envy the boy with the virile, magnificent build. Every man and boy secretly desires a broad brawny back, a solid man-muscled chest, handsome he-man shoulders, arms rippling with tough steely sinews, a narrow waist, slim hips and springy, power-packed legs. Girls go for a fellow with TWO-FISTED BIG MUSCLE SEX-APPEAL . . . a man they only laugh at skinny guys or "false-y".

Let me give you a glowing new body, brimming over with energy and irresistible inches of solid muscle on your chest—a he-man appeal. I can build three inches of beef and brawn on your chest alone. I'll mold you a handsome super-body of terrific strength, give you a crushing grip, legs muscled like steel springs, a taut rock-solid punch-proof midsection. Pack your body with energy and thrilling stamina that will have girls falling at your feet.

### GIVE ME TEN MINUTES A DAY —THAT'S ALL!

After DYNAFLEX, you'll be able to roll up your sleeves and take off your shirt and, for the first time in your life, you'll be PROUD of your manly build. Yes, pal, say goodbye to your weak, flabby frame—get ready for adventure and romance with a solid physique that glows and vibrates with virile he-man appeal. You'll be really proud to have people see your MAGNIFICENT HE-MAN-MUSCLES at the beach or gym. And, when the girls crowd around to admire your iron biceps and your bulging brawny chest—when they ask in amazement how you did it—tell them about the magic secret of DYNAFLEX.

Your Pal,
**MIKE MARVEL
"Builder of Champion Bodies"**



**YOU PAY ONLY**

# 1.98

**COMPLETE NOTHING ELSE TO BUY**

Mike Marvel System, Dept. 281    285 Market St., Newark, N.J.

---

## FREE!

### 'SECRETS OF ATTRACTING GIRLS'!

Fellows! Mail the coupon now, and receive Mike Marvel's FREE GIFT to you, this exciting and informative book. Discover a secret method for developing a new, almost MAGNETIC way of attracting the girls. At parties, dances, at the beach—you will have the girls clustering around you breathlessly, while the guys watch enviously. "What does HE have that WE don't?" they will say. The answer is in this exciting new book, your GIFT from Mike Marvel. Fill out and mail the coupon NOW!

Outside USA: Send International Money Order or cash. Great Britain: $1.98 is about 15 shillings. For air mail delivery, send 1 pound.

### MAIL MONEY-SAVING NO-RISK FREE TRIAL COUPON NOW!

Check as many of the boxes you want HERE    **MIKE MARVEL System, Dept. 281**
☐ Complete System $1.98.    **285 MARKET STREET**
    **NEWARK, NEW JERSEY**

☐ Lose fat, be trim and solid

☐ Build deep brawny chest, bulging with vigorous strength

☐ Lose fat, be trim, strong, handsome

☐ Mold mighty back, broad beefy shoulders

☐ Build muscle on skinny wrists and arms

☐ Develop crushing grip, two - fisted punch-power

Okay, Mike! Here's $1.98. Send me your COMPLETE (nothing else to buy later) body-building course. I want to use your new secret of DYNAFLEX to win a HERCULES HE-MAN BODY in just ten minutes a day. Rush my copies of the DYNAFLEX SYSTEM and my free gift book "Secrets of Attracting Girls" on your money-back guarantee, in plain wrappers. If I don't develop a splendid physique and become more popular with girls you will refund my money in full.

NAME ............................ AGE......

ADDRESS ..........................................

CITY ............ ZONE .... STATE ........
(Please Print)

---

STRANGE TALES is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1963 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 112, SEPTEMBER 1963 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.



2021MARVEL-0130190



THE WORLD'S GREATEST MOLDER OF HANDSOME HE-MEN and CHAMPS out of WEAKLINGS says

**YOU can now get FREE!**

ALL these 5 famous
PICTURE-PACKED
STRENGTH-TEST COURSES
to Make YOU a SUPER-MAN.
(formerly $5.00 each)
Now FREE to you if you mail
coupon AT ONCE! LAST CHANCE!

**SKINNY or FAT, 15, 20, 30 or 40 YEARS OF AGE**
**I'LL BUILD YOU into A NEW ATHLETIC MIGHTY-MUSCLED ALL-MALE HE-MAN**

in THRILLING MINUTES a day, as I have done to THOUSANDS in 20 YEARS.

MIGHTY CHEST    MANLY ARM    MY BACK    MY GRIP    MY LEGS

**BEN REBHUHN**
20 years Directing Head of the most famous and largest home-training body building institute in the world, through which millions of youths and men applied for training, of which countless were changed from skinny and fat weaklings to streamlined heroic he-men.

This now MAGNIFICENT
MODERN HERCULES,
26 year old teacher,
William Butler,

How would YOU like to have 18½ inch ARMS a 52 inch CHEST like this A.B.C. pupil NOW has?

says to YOU, "No matter WHAT your age, I advise you, SEND FOR the A.B.C. WONDER PICTURE COURSES at once.

Under the World's GREATEST BODY-BUILDER, I now have 18½" ARMS, a 52" CHEST; my STRENGTH has greatly improved. So have my sports. I have won titles like 'Mr. Virginia', 'Mr. State Y.M.C.', etc.

**"NO MATTER WHAT YOUR AGE**
**I'll show you, by my quick, easy SECRETS**
**How to GAIN or LOSE UP TO 50 LBS. FAST**
like my pupils here did and THOUSANDS do now."

17 YEAR OLD SILLS

"I GAINED 60 LBS. OF SHAPELY MIGHTY MUSCLES.
BEFORE mailing coupon, I was a 125 lb. 6 ft. skinny weakling."
says JOHN SILL

YOU can add 7 inches to your CHEST 3½ inches to each ARM and the rest in proportion just as I did.

YOU can WIN the 18" tall SILVER TROPHY with name on it, a GOLD MEDAL, $100, as I did."

45 year old FATHER and 18 year old SON — now Pals — train A.B.C. way together!

"Both gained pounds of powerful muscles. Advise all you fathers and sons to send for the A.B.C. courses without foolish delay."
—LARRY CAMPBELL

"I LOST 30 LBS. OF DANGEROUS UGLY FAT
4 INCHES OFF MY WAIST!
"That 220 lb. FAT-BOY at the right was ME a few short weeks ago."

A.B.C. streamlined my body, made me a new man my 47" chest my 32" waist 15" difference attracts admiration at the beach.

YOU become a WINNER in ALL you do like these and MILLIONS of my pupils!

28 year old Felipe Mendoza

YOU become a STAR in ANY SPORT!
YOU fear NO MAN or BULLY!

**YOU can soon be a HERO of MEN like Butler is and an IDOL of WOMEN in a few weeks!**

Yes! In just 10 THRILLING MINUTES a day, in the SECRECY of YOUR OWN ROOM at home, MY RAPID-FIRE, EASY as ABC FAMOUS PICTURE METHODS will start building you THE VERY FIRST NIGHT. I'll show you How to Mold 16 INCH ARMS of MIGHT, a big, deep 45 INCH CHEST housing TIRELESS LUNGS, WIDE MANLY SHOULDERS — a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER.

WOMEN always say, "I just adore A.B.C. ALL-MALE HE-MEN".

NO! I don't care how skinny or flabby you are now, if you're in your teens, twenties, thirties or forties, I'll show you in just 10 thrilling minutes in your home, how you can make yourself over by the easy, quick method I turned myself from wreck to a tower of strength and endurance, of others into all-male he-men!

YES! You'll ADD INCHES of MIGHTY MUSCLES to your ARMS, deepen your CHEST, broaden your BACK and SHOULDERS. From HEAD to HEELS you'll gain SIZE, POWER, LIGHTNING SPEED, ENDURANCE. You'll become a SUCCESSFUL, HE-MAN in LOOKS and ACTS — a WINNER in EVERYTHING — athletics, business, studies.

BEFORE mailing coupon this A.B.C. pupil was this 90 lb. skeleton. Gained 70 lbs. Made football team.

"I'm proud of you Tony"    Pascarella

You wouldn't give me a tumble before I gained    28    A.B.C. lbs.

**AMERICAN BODY BUILDING CLUB, Dept. MA310, GREAT NECK, NEW YORK**

Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES, including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings, now famous Strong Men, and How to Become one of Them.

☐ I enclose 10c for mailing and handling.
I am under no other obligation.
I'm checking everything I need to give me the kind of body I want.
☐ I want to gain ........... lbs. (fill in). ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS ☐ CHEST
    ☐ SHOULDERS ☐ POWERFUL LEGS ☐ SLIM WAIST
☐ I want to become a winning athlete. ☐ I want new pep.

NAME ............................................... AGE ..............
        DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE.
ADDRESS ...........................................................
CITY .......................... ZONE ...... STATE ............

FREE
Sports,
Self-defense,
Strong-man
Courses
Apparatus.
Let me know how to get these FREE!

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1963 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 114, NOVEMBER 1963 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.









2021MARVEL-0130185



Case 1:21-cv-07957-LAK    Document 71-43    Filed 05/19/23    Page 8 of 30

2021MARVEL-0130178

THE WORLD'S GREATEST MOLDER OF HANDSOME HE-MEN and CHAMPS out of WEAKLINGS says

# YOU can now get FREE!

ALL these 5 famous PICTURE-PACKED STRENGTH-TEST COURSES to Make YOU a SUPER-MAN. (formerly $5.00 each) Now FREE to you if you mail coupon AT ONCE! LAST CHANCE!

# SKINNY OR FAT, 15, 20, 30 OR 40 YEARS OF AGE
# I'LL BUILD YOU INTO A NEW ATHLETIC MIGHTY-MUSCLED ALL-MALE HE-MAN

in THRILLING MINUTES a day, as I have done to THOUSANDS in 20 YEARS.



MIGHTY CHEST   MITY ARM   MY BACK   MITY GRIP   LEGS

**BEN REBHUHN**
20 years Directing Head of the most famous and largest home-training body building institute in the world, through which millions of youths and men applied for training, of which countless were changed from skinny and fat weaklings into streamlined heroic he-men.

This now MAGNIFICENT MODERN HERCULES, 26 year old teacher, William Butler, says to YOU, "No matter WHAT your age, I advise you, SEND for the A.B.C. WONDER PICTURE COURSES at once.

How would YOU like to have 18½ inch ARMS a 52 inch CHEST like this A.B.C. pupil NOW has?

Under the World's GREATEST BODY-BUILDER, I now have 18½" ARMS, a 52" CHEST; my STRENGTH has greatly improved. So have my sports. I have won titles like 'Mr. Virginia', 'Mr. State Y.M.C.', etc.

"NO MATTER WHAT YOUR AGE I'll show you, by my quick, easy SECRETS

## How to GAIN OR LOSE UP TO 50 LBS. FAST
like my pupils here did and THOUSANDS do now."

17 YEAR OLD SILLS

"I GAINED 60 LBS. OF SHAPELY MIGHTY MUSCLES." BEFORE mailing coupon, I was a skinny weakling." says JOHN SILL.

YOU can add 7 inches to your CHEST 3½ inches to each ARM and the rest in proportion just as I did.

YOU can WIN the 18" tall SILVER TROPHY with name on it, A GOLD MEDAL, $100, as I did."

45 year old FATHER and 18 year old SON — now Pals — train A.B.C. way together!

"Both gained pounds of powerful muscles. Advise all you fathers and sons to send for the A.B.C. courses without foolish delay." —LARRY CAMPBELL

"I LOST 30 LBS. OF DANGEROUS UGLY FAT 4 INCHES OFF MY WAIST!

"That 220 lb. FAT-BOY at the right was ME a few short weeks ago."

A.B.C. streamlined my body, made me a new man my 47" chest my 32" waist 15" difference attracts admiration at the beach.

YOU become a WINNER in ALL you do like these and MILLIONS of my pupils!

28 year old Felipe Mendoza



YOU become a STAR in ANY SPORT! YOU fear NO MAN or BULLY!

## YOU can soon be a HERO like Butler is and an IDOL of WOMEN in a few weeks!

Yes! In just 10 THRILLING MINUTES a day, in the SECRECY of YOUR OWN ROOM at home, MY RAPID-FIRE, EASY as ABC FAMOUS PICTURE METHODS will start building you THE VERY FIRST NIGHT. I'll show you How to Mold 18 INCH ARMS of MIGHT, a big, deep 45 INCH CHEST housing TIRELESS LUNGS, WIDE MANLY SHOULDERS — a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER.

BEFORE mailing coupon this A.B.C. pupil was this 90 lb. skeleton. Gained 70 lbs. Made football team.

## WOMEN always say, "I just adore A.B.C. ALL-MALE HE-MEN".

NO! I don't care now skinny or flabby you are now, if you're in your teens, twenties, thirties or forties, I'll show you in just 10 thrilling minutes in your home, how you can make yourself over by the easy, quick method I turned myself from wreck to a tower of strength and endurance, of others into all-male he-men!

YES! You'll ADD INCHES of MIGHTY MUSCLES to your ARMS, deepen your CHEST, broaden your BACK and SHOULDERS. From HEAD to HEELS you'll gain SIZE, POWER, LIGHTNING SPEED, ENDURANCE. You'll become a SUCCESSFUL HE-MAN in LOOKS and ACTS — a WINNER in EVERY-THING — athletics, business, studies.

"I'm proud of you now, Tony"

You wouldn't give me a tumble before I gained 28 A.B.C. lbs.

Pascarella



AMERICAN BODY BUILDING CLUB, Dept. MA310, GREAT NECK, NEW YORK

Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES, including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings, now famous Strong Men, and How to Become one of Them.
☐ I enclose 10c for mailing and handling.
☐ I am under no other obligation.
I'm checking everything I need to give me the kind of body I want.
☐ I want to gain .......... lbs. (fill in).   ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS ☐ CHEST
   ☐ SHOULDERS ☐ POWERFUL LEGS ☐ SLIM WAIST
☐ I want to become a winning athlete.   ☐ I want new pep.
NAME .................................................. AGE ..........
DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE.
ADDRESS ...................................................................
CITY .......................... ZONE ...... STATE ...............

FREE Sports, Self-defense. Strong-man Stunts Courses Apparatus. Let me know how to get these FREE!

AMERICAN BODY BUILDING CLUB, Dept. MA310 GREAT NECK, NEW YORK

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1963 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 115, DECEMBER 1963 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



## YOU'VE HEARD ABOUT IT!
## YOU'VE READ ABOUT IT!

**WORLD'S SMALLEST WRIST RADIO**

# ALL-TRANSISTOR *WRIST WATCH TYPE* RADIO

## LOUD — CLEAR RECEPTION GUARANTEED!

### COMPLETE WITH BATTERIES — STAINLESS BAND
### NOTHING ELSE TO BUY — COMPLETELY ASSEMBLED

### LOOK AT THESE SENSATIONAL FEATURES!

# $4.98
**complete**

## *NOT A TOY — NOT A CRYSTAL SET*

*A GENUINE ALL TRANSISTOR WRIST RADIO*

*To Delight Every Man, Woman, Girl and Boy*

- 2 Transistor - 1 Diode
- Lightweight — compact
- Includes 100 hour mercury batteries obtained everywhere at 35c
- Stainless steel watch band stretches to fit all wrists
- Magnetic earphone included
- Especially designed for local reception
- Guaranteed to receive all stations in your area
- Plays equally well indoors or outdoors

Be the first in your neighborhood to own this amazing Niresk All Transistor Wrist Radio. Music, News, Sports now available to you 24 hours a day. Imagine, being the proud owner of a radio less than 2 inches square. The unit is installed in a highly shock resistant case and comes with a beautiful stainless wrist band. The 2 tiny mercury hearing aid batteries are guaranteed to play for 100 hours. Batteries are obtainable everywhere for about 35c.

The Niresk Wrist Radio is guaranteed to be shipped in perfect condition and especially designed for local reception. In some localities you can receive up to seven stations. Don't wait, rush your order today on money-back guarantee.

**NIRESK**

**ACTUAL SIZE**

**SOLD ON MONEY-BACK GUARANTEE**

### FREE TRIAL OFFER

NIRESK INDUSTRIES, Dept. WW-2
Chicago 11, Illinois

Please rush on 10 day Free Trial the Niresk All-Transistor Wrist Radio. I must be 100% satisfied or my money will be refunded in full after 10 days.

Name _____

Address _____

City _____ Zone ____ State ____

☐ I enclose $4.95 plus 25c postage.
☐ I enclose $1.00 deposit — balance C.O.D.

# NIRESK INDUSTRIES, INC., CHICAGO 11, ILL.

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1963 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 116, JANUARY 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



2021MARVEL-0130177



2021MARVEL-0130170

# YOU'VE HEARD ABOUT IT!
# YOU'VE READ ABOUT IT!

**WORLD'S SMALLEST WRIST RADIO**

# ALL-TRANSISTOR *WRIST WATCH TYPE* RADIO

## LOUD — CLEAR RECEPTION GUARANTEED!

### COMPLETE WITH BATTERIES — STAINLESS BAND
### NOTHING ELSE TO BUY — COMPLETELY ASSEMBLED

**LOOK AT THESE SENSATIONAL FEATURES!**

## $4.98 complete

### NOT A TOY — NOT A CRYSTAL SET

*A GENUINE ALL TRANSISTOR WRIST RADIO*

*To Delight Every Man, Woman, Girl and Boy*

- 2 Transistor - 1 Diode
- Lightweight — compact
- Includes 100 hour mercury batteries obtained everywhere at 35c
- Stainless steel watch band stretches to fit all wrists
- Magnetic earphone included
- Especially designed for local reception
- Guaranteed to receive all stations in your area
- Plays equally well indoors or outdoors

**SOLD ON MONEY-BACK GUARANTEE**

Be the first in your neighborhood to own this amazing Niresk All Transistor Wrist Radio. Music, News, Sports now available to you 24 hours a day. Imagine, being the proud owner of a radio less than 2 inches square. The unit is installed in a highly shock resistant case and comes with a beautiful stainless wrist band. The 2 tiny mercury hearing aid batteries are guaranteed to play for 100 hours. Batteries are obtainable everywhere for about 35c.

The Niresk Wrist Radio is guaranteed to be shipped in perfect condition and especially designed for local reception. In some localities you can receive up to seven stations. Don't wait, rush your order today on money-back guarantee.

NIRESK

**ACTUAL SIZE**

## FREE TRIAL OFFER

NIRESK INDUSTRIES, Dept. NW-2
Chicago 11, Illinois

Please rush on 10 day Free Trial the Niresk All-Transistor Wrist Radio. I must be 100% satisfied or my money will be refunded in full after 10 days.

Name

Address

City_____ Zone___ State_____

☐ I enclose $4.95 plus 25c postage.
☐ I enclose $1.00 deposit — balance C.O.D.

# NIRESK INDUSTRIES, INC., CHICAGO 11, ILL.

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1963 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 117, FEBRUARY 1964 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.





2021MARVEL-0130166



# NOW YOU CAN SOLVE "TOUGH" MATH PROBLEMS LIKE THIS!

$$47892 \times 39421 = ?$$

AS EASY AS 1 + 1 = 2

GET A BETTER JOB, WITH HIGHER PAY, SECURITY IN THIS ATOMIC AGE!

Yes, in just hours you can turn into a "math wizard" even though you know little about arithmetic! Surprise your friends with your "E-Z MATH" ability . . . enjoy job security and advancement . . . a better job . . . Increase your self-confidence and prestige—all through amazing new "E-Z MATH".

The world is moving *fast* these days. In good times and bad the ability to handle mathematical problems in our age of electronics, automation and nuclear science is becoming more and more necessary for promotion on the job and for higher pay. If you don't think you have what it takes—and if you believe that "math" is beyond your power—then you're in for the biggest surprise of your life!

For now you CAN learn to DIVIDE, MULTIPLY, ADD and SUBTRACT figures not only *quickly* and *easily*—but also in a FRACTION of the time the average person requires! You can actually solve such tough problems as multiplying a 5-figure number by a 7-figure number in your head without ever touching pencil to paper . . . or dividing 836791 by 284, for example, in exactly 15 seconds—even if you "flunked" math in school!

The secret of success in "math" is NOT laborious study and wearisome practice—but, on the contrary, knowledge of SPECIAL SHORT CUTS, LITTLE-KNOWN METHODS of calculation and arithmetical "tricks" that take the work and gamble out of figuring. These methods—so new and radical that they have not yet been incorporated in our school systems—take but a few hours to learn. Yet they permit you to OUT-THINK and OUT-FIGURE the average high school and college graduate who hasn't had the benefit of these amazing methods! You can even BEAT AN ELECTRIC CALCULATOR in answering many problems!

## Figure with SPEED and ACCURACY!

"E-Z MATH" shows you in plain, easy-to-understand language how to cut figuring time in HALF and learn in QUARTERS—and at the same time arrive at the *correct* answer in every case! The methods and short cuts you learn in "E-Z MATH" are *foolproof* . . . require almost NO memorization . . . and are so *practical* that you'll find yourself using these systems virtually every day! You'll become an expert in no time at all. Before you know it—you're ready to move into that important job you've always wanted . . . to drive ahead and in greater responsibility at higher pay . . . and to amaze, surprise and delight your friends with your new magic powers of mental arithmetic! Yes, "math" will open up new opportunities for you, since the person with "math" know-how can just about "write his own ticket."

## E-Z MATH PROGRAM
DEPT. R-101   285 Market St., Newark, NEW JERSEY
© Entire contents copyright 1963

## Sharpen Your Brain Power— with Short-Cut "E-Z MATH"!

Imagine being asked to divide 38634 by 8915—and rattling off the answer absolutely correctly in 7 seconds! Or—multiplying 369.14 by 98.2 and coming up with the correct result in 11 seconds! Or adding 29 numbers each with 6 digits—and supplying the right total every time! People will GASP at your fabulous lightning-quick mind. You'll be able to JUGGLE numbers . . . do STUNNING TRICKS . . . amaze your friends and boss—and be a "master mind!"

With a knowledge of "E-Z MATH" you no longer need be puzzled by such every-day figuring as computing interest charges on installment purchases . . . division, multiplication and addition of fractions . . . adding long rows of numbers with 100% accuracy . . . adding and subtracting fractions from whole numbers—plus many, many other practical and valuable pointers you will use daily to your advantage. The few hours you spend with this course will really pay off. Numbers are the basic instrument of all scientific and technical work. The man or woman who can use "math" is rewarded, recognized quickly, moves *ahead* in his job faster and more surely!

### Order Today on No-Risk Free Home Trial!

Send for "E-Z MATH" today on our no-risk money-back guarantee: use the book for 30 days . . . prove to your own satisfaction how "E-Z MATH" can advance you in business and social life. If you don't agree that this is the *best investment* you've ever made . . . if your family and friends aren't AMAZED by your new ability—return the book for full and prompt refund.

### WHAT THEY SAY:

"My 10-year old had nearly always failed arithmetic with old-method arithmetic. Then he found my copy of 'E-Z MATH'. Now in less time than you can put the numbers on a blackboard, he can multiply 839172654? by 12. It's amazing and incredibly easy. I use it myself on my job and my wife uses it to check grocery lists."
— A Father

"You have a unique new teaching approach for which I compliment you. It's the best I have ever seen. Pupils' marks seem to be climbing as a result. Should help in any job. Excellent for home tutoring use."
— SCHOOL PRINCIPAL

"Thank you! Thank you! Thank you! All our children are using your system too, and it is terrific. My husband and I are using it—and it works! My husband has already received a job advancement with tremendous boost in pay. Best investment we have ever made!"
— HOUSEWIFE

## CAN YOU SOLVE THESE EVERY-DAY BUSINESS AND SOCIAL ARITHMETIC PROBLEMS IN THE TIME ALLOWED? YOU CAN DO THEM EASILY EVEN WHEN BLINDFOLDED—AFTER YOU'VE READ "E-Z MATH"!

Blindfold yourself and have someone call the following numbers to you as you add them:

739
463
906
785
642
8146
(Solve in 6 seconds)

$$\frac{9864372}{} = ?$$
(Solve in 9 seconds)

$$\frac{4}{7} \times \frac{9}{4} = ?$$ (Solve in 4 seconds)

$1\frac{3}{4}\%$ interest per month amounts to what percentage yearly?
(Solve in 4 seconds)

$$367 \times 75 = ?$$
(Solve in 3 seconds)

## WHAT IS "E-Z MATH"?

"E-Z MATH" is based on an amazing new method of working with numbers—easier to learn and remarkably faster and more accurate than you ever dreamed possible when you first studied "math" in school. It shows the newest way of reading numbers—just as though they were words—and of adding and subtract ing them almost at a glance—INSTANTLY! You'll be shown a unique new technique for adding hundreds and even thousands of numbers without ever making a mistake . . . you'll never add higher than eleven! Yet now on you'll whiz through all figuring problems without wasting your valuable time through income tax, checking grocery lists, as fast as a calculator. You'll never again dislike or avoid numbers—you'll actually ENJOY using them to get ahead in business!

"My employer, Joe Malone, asked for a better job. I recommended he read 'E-Z MATH'. Now that he can do 'tough' problems easily, I've promoted him to head of his department with a $35 weekly increase in pay. I now suggest all employees read 'E-Z MATH' if they want to get ahead in their jobs."
— Business Executive



## MAIL NO-RISK FREE HOME TRIAL COUPON NOW!

E-Z MATH PROGRAM DEPT. R-101
285 Market St., Newark, NEW JERSEY

OK! Prove to me that "E-Z MATH" can bring me higher pay, prestige and social advancement! Rush book to me postpaid in plain wrapper for 30-day free examination and use. If I don't agree with everything you say about "E-Z MATH"—I may return book for prompt refund. I am enclosing $2.98 as payment in full.

NAME _____ AGE _____
(Please Print)

ADDRESS _____

CITY _____ ZONE ____ STATE _____

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1963 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 118, MARCH 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.





# Dr. STRANGE

DARES TO PROBE THE UNCANNY SECRET OF...

## "The POSSESSED!"

To ALL OUTWARD APPEARANCES THEY WERE ORDINARY HUMANS, JUST AS THEY HAD ALWAYS BEEN! AND YET, *DR. STRANGE* KNEW THEY WERE IN THE GRIP OF SOME UNCANNY SUPER-NATURAL FORCE... A FORCE WHICH, IF UNCHECKED, COULD DESTROY THE WORLD!

EIGHT POWERFUL, PULSE-POUNDING PAGES! PROOF POSITIVE THAT THIS ERA WILL FOREVER BE HERALDED AS *The MARVEL AGE OF COMICS!*

WRITTEN BY MAGICAL
**STAN LEE**
DRAWN BY MYSTICAL
**STEVE DITKO**
LETTERED BY MYSTERIOUS
**SAM ROSEN**

2021MARVEL-0130169



2021MARVEL-0130162



# NOW YOU CAN SOLVE "TOUGH" MATH PROBLEMS LIKE THIS!

$$47892 \times 39421 = ?$$

AS EASY AS $1 + 1 = 2$

GET A BETTER JOB, WITH HIGHER PAY, SECURITY IN THIS ATOMIC AGE!

This man is multiplying numbers that should ordinarily produce the answer in about 4 minutes. The answer appears on his blackboard in less than 15 seconds flat! Yet he knows little about math! As a matter of fact he failed arithmetic in school. Read on to discover the fantastic new method that even a child can learn easily in just a few short hours—at home . . .

Yes, in just hours you can turn into a "math wizard" even though you know little about arithmetic! Surprise your friends with your "E-Z MATH" ability . . . enjoy job security and advancement . . . a better job . . . Increase your self-confidence and prestige—all through amazing new "E-Z MATH".

The world is moving *fast* these days. In good times and bad the ability to handle mathematical problems in our age of electronics, automation and nuclear science is becoming more and more necessary for promotion on the job and for higher pay. If you don't think you have what it takes—and if you believe that "math" is beyond your power—then you're in for the biggest surprise of your life!

For now you CAN learn to DIVIDE, MULTIPLY, ADD and SUBTRACT figures not only *quickly* and *easily*—but also in a FRACTION of the time the average person requires! You can actually solve such tough problems as multiplying a 5-figure number by a 7-figure number in your head without ever touching pencil to paper . . . or dividing 836791 by 284, (for example, in exactly 15 seconds—even if you "flunked" math in school!

The secret of success in "math" is NOT laborious study and wearisome practice—but, on the contrary, knowledge of SPECIAL SHORT CUTS, LITTLE-KNOWN METHODS of calculation and arithmetical "tricks" that take the work and gamble out of figuring. These methods—so new and radical that they have not yet been incorporated in our school systems—take but a few hours to learn. Yet they permit you to OUT-THINK and OUT-FIGURE the average high school and college graduate who hasn't had the benefit of these amazing methods! You can even BEAT AN ELECTRIC CALCULATOR in answering math problems!

## Figure with SPEED and ACCURACY!

"E-Z MATH" shows you in plain, easy-to-understand language how to cut figuring time in HALF and even in QUARTERS—and at the same time arrive at the correct answer in every case! The methods and short cuts you learn in "E-Z MATH" are *foolproof* . . . require almost NO memorization . . . and are so *practical* that you'll find yourself using these systems virtually every day. You'll become an expert in no time at all. Before you know it—you're ready to move into that important job you've always wanted . . . to drive ahead and in greater responsibility at higher pay . . . and in amaze, surprise and delight your friends with your new magic powers of mental arithmetic! Yes, "math" will open up new opportunities for you, since the person with "math" know-how can just about "write his own ticket."

## E-Z MATH PROGRAM    DEPT. R-101    285 Market ST., Newark, New Jersey
© Entire contents copyright 1963

### Sharpen Your Brain Power— with Short-Cut "E-Z MATH"!

Imagine being asked to divide 18654 by 891, —and rattling off the answer absolutely correctly in 7 seconds! Or—multiplying 509.34 by 98.2,\* and coming up with the correct result in 11 seconds! Or adding 29 numbers each with 6 digits—and supplying the right total every time! People will GASP at your fabulous lightning-quick mind. You'll be able to JUGGLE numbers . . . do STUNNING TRICKS . . . amaze your friends and boss— and be a "master mind!"

With a knowledge of "E-Z MATH" you no longer need be puzzled by such every-day figuring as computing interest charges on installment purchases . . . division, multiplication and addition of fractions . . . adding long rows of numbers with 100% accuracy . . . adding and subtracting fractions from whole numbers—plus many, many other practical and valuable pointers you will use daily to your advantage. The few hours you spend with this course will really pay off! Numbers are the basic instrument of all scientific and technical work. The man or woman who can use "math" is rewarded, recognized quickly, moves ahead in his job faster and more surely!

### Order Today on No-Risk Free Home Trial!

Send for "E-Z MATH" today on our no-risk money-back guarantee: use the book for 10 days . . . prove to your own satisfaction how far a knowledge of "E-Z MATH" can advance you in business and social-life. If you don't agree that this is the *best investment* you've ever made . . . if your family and friends aren't AMAZED by your new ability . . . return the book for full and prompt refund.

### WHAT THEY SAY:

"My 10-year old had nearly always failed arithmetic with old-fashioned arithmetic. Then he found my copy of 'E-Z MATH'. Now in less time than you can put the numbers on a blackboard, he can multiply 8391726547 by 12. It's amazing and incredibly easy. I use it myself on my job and my wife uses it to check grocery lists." — A Father

"You have a unique new teaching approach for which I complimented you. It's the first I have ever seen. Pupils really seem to be climbing on a result. Should like any tutor. Excellent for home tutoring too." — SCHOOL PRINCIPAL

"Thank you! Thank you! Thank you! All our children are using your system, my son and it is terrific. My husband and I are using it—and it works! My husband has already received a job advancement with tremendous boost in pay. Best investment we have ever made!" — HOUSEWIFE

CAN YOU SOLVE THESE EVERY-DAY BUSINESS AND SOCIAL ARITHMETIC PROBLEMS IN THE TIME ALLOWED? YOU CAN DO THEM EASILY EVEN WHEN BLINDFOLDED—AFTER YOU'VE READ "E-Z MATH" !



Blindfold yourself and have someone call the following numbers to you as you add them:
739
463
906
785
642
(Solve in 4 seconds) ?

$$9864372 \div 8146 = ?$$
(Solve in 9 seconds)

$$\frac{4}{7} \times \frac{2}{9} = ?$$
(Solve in 4 seconds)

$1\frac{3}{4}\%$ interest per month amounts to what percentage yearly?
(Solve in 4 seconds)

$$367 \times 75 = ?$$
(Solve in 3 seconds)

### WHAT IS "E-Z MATH"?

"E-Z MATH" is based on an amazing new method of working with numbers—easier to learn and remarkably faster and more accurate than you ever dreamed possible when you took math in school. You'll be shown the newest way of reading numbers—just as though you were almost at a glance—INSTANTLY! You'll be shown a new technique for adding hundreds and even thousands of numbers without ever making a mistake . . . you'll never add higher than eleven! Yes, from now on you'll whiz through all figuring problems without wasting your valuable time—through income tax, checking accounts, homework . . . using it as a calculator, never again dislike or avoid numbers. You'll actually ENJOY using them to get ahead in business!

"My employee, Joe Malone, asked for a better job. I recommended he read 'E-Z MATH'. Now that he can do 'tough' problems easily, I've promoted him and raised his department with a $35 weekly increase in pay. I now suggest all employees read 'E-Z MATH' if they want to get ahead in their jobs." — Business Executive

## MAIL NO-RISK FREE HOME-TRIAL COUPON NOW!

E-Z MATH PROGRAM DEPT. R-101
285 Market St., Newark, NEW JERSEY

OK! Prove to me that "E-Z MATH" can bring me higher pay, prestige and social advancement! Rush book to me postpaid in plain wrapper for 30-day free examination and use. If I don't agree with everything you say about "E-Z MATH"—I may return book for prompt refund. I am enclosing $2.98 as payment in full.

NAME _____ (Please Print)

ADDRESS _____ AGE ____

CITY _____ ZONE ____ STATE _____

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1963 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N. Y. Vol. 1, No. 119, APRIL 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by the Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

X-605



2021MARVEL-0130165





# Fill the Gaps in your Family's Education
## with the amazing MADE SIMPLE Self-Teaching Encyclopedia

Your First Volume only $1.00

Now only a few pennies a day! Equal to hundreds of dollars worth of School courses

Your First Volume of the MADE SIMPLE SELF-TEACHING ENCYCLOPEDIA—Now Ready!

## MATHEMATICS MADE SIMPLE!

Simple everyday mistakes in arithmetic, algebra, geometry and trigonometry can cost you time, money, job promotions and good school grades.

This handsome, expertly-prepared book covers short cuts to add, subtract, multiply, divide whole numbers, fractions, decimals, algebraic expressions, signed numbers; read and interchange fractions, decimals, percentages; find the area of a plot of land, room, etc.; ratio, proportion; algebraic equations; definitions of mathematical expressions; how logarithms simplify multiplication, division; how slide rule makes figuring fast, easy; accurate; axioms, theorems; constructing geometric figures for everyday problems, solid geometry; trigonometry to measure large or distant objects; angle functions for practical problems; representing quantities and sizes on graphs and scales, combinations and permutations, probability—and much more.

It clearly and quickly teaches you everything about this subject. There is no confusing language. You'll also use this book often as a handy reference. Sent ON APPROVAL as soon as we receive your reservation form.

### Here is a brief description of set:

1. MATHEMATICS MADE SIMPLE. Described above. 2. ENGLISH MADE SIMPLE. Short-cuts to learn grammar, spelling, punctuation, paragraphing, diction, usage, style, etc. 3. CHEMISTRY MADE SIMPLE. Fundamentals of acids, solids, solutions, metals, alloys, organic and nuclear chemistry, electrolytes, etc.—even if you never finished high school. 4. PHYSICS MADE SIMPLE. Basic principles of mechanics, heat, sound, atomic energy, etc., help toward fuller enjoyment of the TV, radio. 5. BIOLOGY MADE SIMPLE. Gain useful knowledge about nature, plant and animal breeding, gardening and farming, dieting, etc. 6. AMERICAN HISTORY MADE SIMPLE. History, traditions, triumphs and glories of the U.S. are brought vividly to life. 7. EVERYDAY LAW MADE SIMPLE. Explains contracts, wills, partnerships, real estate, marriage and divorce laws, civil rights, court procedure, etc.—in simple language. 8. SPANISH MADE SIMPLE. ENGLISH MADE SIMPLE. An original, natural, enjoyable way to learn to speak, read and write the two most popular and valuable foreign languages. 9. PSYCHOLOGY MADE SIMPLE. Knowing about the ego, conscious and sub-conscious minds, personality patterns, shows you how to get along better with people and live better yourself. 11. BUSINESS LETTER WRITING MADE SIMPLE. Learn to write effective sales, acknowledgement, complaint, collection, mail order letters; how to apply for jobs, make payments by mail, etc. 12. BOOKKEEPING MADE SIMPLE. New method for rapid mastery of ledgers, journals, statements, trial balance, work sheet, petty cash, posting, etc. 13. WORD MASTERY MADE SIMPLE. 14. THE ART OF SPEAKING MADE SIMPLE. 15. THE ART OF WRITING MADE SIMPLE. 16. WORLD LITERATURE MADE SIMPLE. 17. WORLD HISTORY MADE SIMPLE. 18. ASTRONOMY MADE SIMPLE. 19. PHILOSOPHY MADE SIMPLE. 20. TYPING MADE SIMPLE. 21. THE RELIGIONS OF THE WORLD MADE SIMPLE. 22. ELECTRICITY MADE SIMPLE. 23. ELECTRONICS MADE SIMPLE. 24. RAPID READING MADE SIMPLE. 25. SPELLING MADE SIMPLE.

### New, Richly-Bound, Matched Library Volumes Use Everyday Situations to Teach Science, Business, Cultural and School Subjects; Assure Complete Mastery for Faster Job Advancement; Better School Grades, Richer, Fuller Living—In Just 15 Minutes a Day!

Now—the famous proven MADE SIMPLE method offers you an education worth hundreds of dollars for pennies a day! Complete practical instruction in science, business and cultural subjects that you use every day for the children in school, mother at home, dad in his work and everybody in all their social contacts.

You can master these subjects in as little as 15 minutes a day, in weeks instead of years, with these books that are recommended by parents and noted educators for all age groups.

### Learn Whenever You Want—Like Having Private Instructors in Your Own Home

This MADE SIMPLE SELF-TEACHING set is the only encyclopedia that makes important subjects part of your general knowledge instead of having to look in books to solve every problem. It covers practical, useful subjects in everyday language. It's like having private instructors in your own home. Learn at your own pace. No outside work, nothing else to buy. The books start from the beginning, assume no previous knowledge. They lead you quickly and carefully through the entire subject. Prepared by experts for adults working without supervision, they also perfectly supplement classroom texts, which contain confusing technical language.

### Beautiful Library Volumes Perfect for Learning, Brush-Up, Permanent Reference

Whether you want to learn for the first time, review subjects you forgot or use for ever-ready reference, you could find no better set or price. These handsome 7¾ x 10½ inch, 24-carat gold imprinted, matched library volumes are not di-

gests or outlines. Every point is made absolutely clear by illustrations and simple step-by-step explanations, using everyday situations. No half-answers to confuse you, no cross-references to read you use several books to get information. All the books teach you naturally, without memorizing long lists of rules.

### Complete Explanations, Simple Illustrations Make Every Point Clear—No Previous Knowledge of the Subject Required

Here's how complicated subjects are MADE SIMPLE, too. In PHYSICS MADE SIMPLE, you are shown this simple home experiment, which costs nothing. Hold one edge of a letter paper against your chin, just below lower lip, with the paper hanging over and down. Blow above the paper and it will rise as it pulled up in the air stream. This

simple principle makes airplanes fly and teaches us to make moving objects move quickly and easily. Other books give you Bernoulli's Law, molecular action and other confusing terms. By the time you get to the experiment, if there was one, you wouldn't understand it. Here you read a simple explanation, do the experiment and then learn the technical terms, so you learn naturally, by doing, without memorizing anything. This has worked for many people who thought they were more hopeless than you may think you are.

You would pay many times the price for much less beautiful and useful encyclopedias. But these books, with sample military and civil service tests, hundreds of illustrations, hundreds of safe, easy home experiments, thousands of pages of clear, concise, valuable instruction and self-tests with answers in the back, will be USED, ENJOYED and ADMIRED by all your family and friends.

### SEND NO MONEY!

Get Your Reservation In Now While the Supply Lasts!

### FREE 10-DAY TRIAL    RESERVATION CERTIFICATE

Cadillac Publishing Co., Inc., Dept. A-526
220 Fifth Ave., New York 1, N. Y.

Made Simple Self-Teaching Encyclopedia Div.

Please reserve in my name the luxuriously-bound MADE SIMPLE 25-volume SELF-TEACHING encyclopedia. Send at once the first book, MATHEMATICS MADE SIMPLE. I enclose NO MONEY IN ADVANCE, but within 10 days, if I decide to keep it, I will send only $1.00 plus a few cents mailing charge and I will be entitled to receive each following handsome, De Luxe volume as it comes from the press, for only $1.98 plus a few cents mailing charge, sending no money to advance. If not satisfied, I may return any book within ten days of receiving it. I may cancel my reservation at any time. (If under 16, parent must sign below)

Name _____

Address _____

Zone ___ State ___

Parent's Signature _____

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 120, MAY 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



# Dr. STRANGE — MASTER of the MYSTIC ARTS!

## "THE HOUSE OF SHADOWS!"

A TALE OF *EERIE* ENCHANTMENT TOLD IN THE *MARVEL* MANNER!

WRITTEN AT MIDNIGHT BY: STAN LEE
DRAWN BY CANDLELIGHT BY: STEVE DITKO
LETTERED AT TWILIGHT BY: S. ROSEN

X-650

2021MARVEL-0130161



2021MARVEL-0130154

# Fill the Gaps in your Family's Education
## with the amazing *MADE SIMPLE* Self-Teaching Encyclopedia

**Your First Volume only $1.00**



*Now only a few pennies a day! Equal to hundreds of dollars worth of School courses*

**Your First Volume of the MADE SIMPLE SELF-TEACHING ENCYCLOPEDIA—Now Ready!**

## MATHEMATICS MADE SIMPLE!

Simple everyday mistakes in arithmetic, algebra, geometry and trigonometry can cost you time, money, job promotions and good school grades. This handsome, expertly-prepared book covers: short cuts to add, subtract, multiply, divide whole numbers, fractions, decimals, algebraic expressions, signed numbers; read and interchange fractions, decimals, percentages; find the area of a plot of land, room, etc.; ratio, proportion; algebraic equations; definitions of mathematical expressions; how logarithms simplify multiplication, division; how slide rule makes figuring fast, easy, accurate; axioms, theorems; constructing geometric figures for everyday problems, solid geometry; trigonometry to measure large or distant objects; angle functions for practical problems; representing quantities and sizes on graphs and scales, combinations and permutations, probability—and much more.

It clearly and quickly teaches you everything about this subject. There is no confusing language. You'll also use this book often as a handy reference. Sent ON APPROVAL as soon as we receive your reservation form.

### Here is a brief description of set:

1. MATHEMATICS MADE SIMPLE. Described above. 2. ENGLISH MADE SIMPLE. Short-cuts to learn grammar, spelling, punctuation, paragraphing, diction, usage, style, etc. 3. CHEMISTRY MADE SIMPLE. Learn about gases, liquids, solids, solutions, metals, alloys, non-metals, electricity, electrolytes, etc.—even if you never finished high school. 4. PHYSICS MADE SIMPLE. The principles of mechanics, heat, sound, atomic energy, etc., help toward fuller enjoyment of life. 5. BIOLOGY MADE SIMPLE. Gain useful knowledge about nature, plant and animal life, problems of breeding, dieting, etc. 6. AMERICAN HISTORY MADE SIMPLE. History, traditions, origins of the U.S. are brought vividly to life. 7. EVERYDAY LAW MADE SIMPLE. Explains contracts, wills, partnerships and corporations, marriage and divorce laws, civil rights, etc.—and much, much more. 8. SPANISH MADE SIMPLE. 9. FRENCH MADE SIMPLE. An original, remarkable way to learn to speak, read and write the two most popular and valuable foreign languages. 10. PSYCHOLOGY MADE SIMPLE. Knowing about the ego, conscious and subconscious, will help you better understand yourself and others. 11. TYPING MADE SIMPLE. Learn to write effective sales, acknowledgement, complaint, collection, mail order letters, how to apply for jobs, etc. 12. BOOKKEEPING MADE SIMPLE. New method for rapid mastery of ledgers, journals, cash book, profit and loss, etc. 13. WORD MASTERY MADE SIMPLE. Is the art of speaking MADE SIMPLE. 15. THE ART OF WRITING MADE SIMPLE. 16. WORLD LITERATURE MADE SIMPLE. 17. WORLD HISTORY MADE SIMPLE. 18. ASTRONOMY MADE SIMPLE. 19. PHILOSOPHY MADE SIMPLE. 20. TYPING MADE SIMPLE. 21. THE RELIGIONS OF THE WORLD MADE SIMPLE. 22. ELECTRICITY MADE SIMPLE. 23. ELECTRONICS MADE SIMPLE. 24. RAPID READING MADE SIMPLE. 25. SPELLING MADE SIMPLE.

## New, Richly-Bound, Matched Library Volumes Use Everyday Situations to Teach Science, Business, Cultural and School Subjects; Assure Complete Mastery for Faster Job Advancement; Better School Grades, Richer, Fuller Living—In Just 15 Minutes a Day!

Now—the famous, proven MADE SIMPLE method offers you an education worth hundreds of dollars for pennies a day! Complete practical instruction in science, business and cultural subjects that you use every day for the children in school, mother at home, dad in his work and everybody in all their social contacts.

You can master these subjects in as little as 15 minutes a day, in weeks instead of years, with these books that are recommended by parents and noted educators for all age groups.

### Learn Whenever You Want—Like Having Private Instructors in Your Own Home

The MADE SIMPLE SELF-TEACHING set is the only encyclopedia that makes important subjects part of your general knowledge instead of having to look in books to solve every problem. It covers practical, useful subjects in everyday language. It's like having private instructors in your own home. Learn at your own pace. No outside work, nothing else to buy. The books start from the beginning, assume no previous knowledge and lead you quickly and carefully through the entire subject. Prepared by experts for adults working without supervision, they also perfectly supplement classroom texts, which contain confusing technical language.

### Beautiful Library Volumes Perfect for Learning, Brush-Up, Permanent Reference

Whether you want to learn for the first time, review subjects you forgot or use for ever-ready reference, you could find no better set or price. These handsome 5¼ x 10½ inch, 24-carat gold imprinted, matched library volumes are not distinguishable or outlines. Every point is made absolutely clear by illustrations and simple step-by-step explanations, using everyday situations. No half-answers to confuse you, no cross-references to make you use several books to get information. All the books teach you naturally, without memorizing long lists of rules.

### Complete Explanations, Simple Illustrations Make Every Point Clear—No Previous Knowledge of the Subject Required

Here's how complicated subjects are MADE SIMPLE. In PHYSICS MADE SIMPLE, you are shown this simple home experiment, which costs nothing. Hold one edge of a letter paper against your chin, just below your lip, with the paper hanging over and down. Blow above the paper and it will rise as if pulled up in the air stream. This simple principle makes airplanes fly and teaches us to make moving objects move quickly and easily. Other books give you Bernoulli's Law, molecular action and other confusing terms. By the time you get to the experiment, if there was one, you wouldn't understand it. Here you read a simple explanation, do the experiment and then learn the technical terms, so you learn naturally, by doing, without memorizing anything. This has worked for many people who thought they were more hopeless than you may think you are. You would pay many times this price for such less beautiful and useful encyclopedias. But these books, with ample military and civil service tests, hundreds of illustrations, hundreds of safe, easy home experiments, thousands of pages of clear, concise, valuable instruction and self-tests with answers in the back, will be USED, ENJOYED and ADMIRED by all your family and friends.

**SEND NO MONEY!** Get Your Reservation In Now While the Supply Lasts!

**FREE 10-DAY TRIAL** RESERVATION CERTIFICATE

Cadillac Publishing Co., Inc., Dept. A-526
220 Fifth Ave., New York 1, N.Y.

*Made Simple Self-Teaching Encyclopedia Div.*

Please reserve in my name the luxuriously-bound MADE SIMPLE 25-volume SELF-TEACHING encyclopedia. Send at once the first book, MATHEMATICS MADE SIMPLE. I enclose NO MONEY IN ADVANCE, but within 10 days, if I decide to keep it, I will send only $1.00 plus a few cents making charge and I will be entitled to receive each following handsome, De Luxe volume as it comes from the press, for only $1.98 plus a few cents making charge, sending no money in advance. If not satisfied, I may return any book within ten days of receiving it. I may cancel my reservation at any time. *(If under 16, parent must sign below.)*

Name ...........................................

Address ........................................ Parent's Signature

City ................ Zone ....... State ......

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 121, JUNE 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

2021MARVEL-0130157



2021MARVEL-0130150



# *Earn* BIG MONEY

## *Learn* ELECTRIC APPLIANCE REPAIRING At Home In Your *Spare* Time!

### WE FURNISH YOU THIS AMAZING ELECTRONIC KIT

### WE GIVE YOU ALSO THE CERAMIC HEATER KIT

### SEND FOR OUR NEW 32 PAGE CATALOGUE!

### START YOUR OWN BUSINESS

There are millions of electrical equipment units in daily use in factories, homes, office buildings and on farms. Skilled electrical technicians are needed to keep this equipment in good running condition. Learn at home in your spare time.

#### $5.00-$6.00 PER HOUR

is often charged for making ordinary repairs. We show you how to repair refrigerators, vacuum cleaners, washing machines, motors, factory equipment, electrical farm equipment, do house wiring, etc.

**BEGIN IN YOUR OWN KITCHEN, BASEMENT OR GARAGE.** You don't need elaborate fixtures or expensive equipment to be a successful repairman. Work as many hours as you wish. The Electrical Appliance Technician is his own boss!

**IF YOU ARE MECHANICALLY INCLINED,** can hold and use tools, we will give you the training and time saving kits—a multi-purpose CHRISTY ELECTRONIC KIT whose dials show you exactly where the trouble lies with electrical equipment that does not work properly—a CERAMIC HEATER KIT that enables you to wire your own heating elements and pocket all of the profits for yourself—LESSON MANUALS written in simple, easy-to-understand language profusely illustrated showing step-by-step repair shortcuts—all of which give you the Know-how for making more money and how to get financial security.

**YOU ALSO LEARN** how to build power tools from spare parts, how to solicit business and keep business coming in, what to charge your customers, etc. Thousands of CHRISTY graduates in all parts of the world prove the value of CTS Training. WRITE FOR SPECIAL PAY LATER FORM.

**CHRISTY TRADES SCHOOL, 3214-16 W. Lawrence, Dept. A-471, Chicago 25**

"All CTS graduates are entitled to CTS lifetime advisory service."
R. S. Frazer, President

UNLIMITED PROSPECTS for trained ELECTRICAL APPLIANCE TECHNICIANS

## MAIL THIS COUPON TODAY!

CHRISTY TRADES SCHOOL, Dept. A-471,
3214-16 W. Lawrence, Chicago 25, Ill.

Gentlemen:
Please rush me your FREE ILLUSTRATED BOOK about Electrical Appliance Servicing, facts on your Electronic Kit and Special form for paying later from earnings while learning.

Name _____ Age _____

Address _____

City _____ Zone _____ State _____

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 122, JULY 1964 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.