# EXHIBIT 31F

2021MARVEL-0130153



2021MARVEL-0130146



# *Earn* BIG MONEY

## *Learn* ELECTRIC APPLIANCE REPAIRING *At Home In Your Spare Time!*

### WE FURNISH YOU THIS AMAZING ELECTRONIC KIT

### WE GIVE YOU ALSO THE CERAMIC HEATER KIT

### SEND FOR OUR NEW 32 PAGE CATALOGUE!

**START YOUR OWN BUSINESS**

There are millions of electrical equipment units in daily use in factories, homes, office buildings and on farms. Skilled electrical technicians are needed to keep this equipment in good running condition. Learn at home in your spare time.

**$5.00-$6.00 PER HOUR**

is often charged for making ordinary repairs. We show you how to repair refrigerators, vacuum cleaners, washing machines, motors, factory equipment, electrical farm equipment, do house wiring, etc.

**BEGIN IN YOUR OWN KITCHEN, BASEMENT OR GARAGE.** You don't need elaborate fixtures or expensive equipment to be a successful repairman. Work as many hours as you wish. The Electrical Appliance Technician is his own boss!

**IF YOU ARE MECHANICALLY INCLINED,** can hold and use tools, we will give you the training and time saving kits—a multi-purpose CHRISTY ELECTRONIC KIT whose dials show you exactly where the trouble lies with electrical equipment that does not work properly—a CERAMIC HEATER KIT that enables you to wire your own heating elements and pocket all of the profits for yourself—LESSON MANUALS written in simple, easy-to-understand language profusely illustrated showing step-by-step repair shortcuts—all of which give you the Know-how for making more money and how to get financial security.

**YOU ALSO LEARN** how to build power tools from spare parts, how to solicit business and keep business coming in, what to charge your customers, etc. Thousands of CHRISTY graduates in all parts of the world prove the value of CTS Training. WRITE FOR SPECIAL PAY LATER FORM.

CHRISTY TRADES SCHOOL, 3214-16 W. Lawrence, Dept. A-471, Chicago 25

"All CTS graduates are entitled to CTS lifetime advisory service."

R. S. Frazer, President

UNLIMITED PROSPECTS for trained ELECTRICAL APPLIANCE TECHNICIANS

## MAIL THIS COUPON TODAY!

CHRISTY TRADES SCHOOL, Dept. A-471,
3214-16 W. Lawrence, Chicago 25, Ill.

Gentlemen:
Please rush me your FREE ILLUSTRATED BOOK about Electrical Appliance Servicing, facts on your Electronic Kit and Special form for paying later from earnings while learning.

Name _____ Age _____

Address _____

City _____ Zone _____ State _____

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 123, AUGUST 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



2021MARVEL-0130149



2021MARVEL-0130142



STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 124, SEPT. 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

2021MARVEL-0130143



2021MARVEL-0130145



2021MARVEL-0130138



# 3 COMPLETE FISHING OUTFITS
## NATIONALLY ADVERTISED 1964 MODELS
## 2 LOADED TACKLE BOXES · 41 DEADLY LURES
### 411 Pcs.

**FREE!** If you order NOW! 2 LEAKPROOF FLOATING TACKLE BOXES

3 EXPERTLY BALANCED RODS AND REELS

**ARGOSY DIRECT DRIVE TROLLING REEL**

SMOOTH POWERFUL

**GET ACQUAINTED OFFER**

**POWER ACTION BLACK MAGIC FIBRE-GLASS RODS**
STRONGER THAN STEEL OR BAMBOO

**MARK IV** LEVELWIND CASTING REEL

$12.95

3 SETS FOR THE PRICE OF A REEL ALONE

**NEW! SUPER "88"** AUTOMATIC DUAL DRAG SPINCAST REEL
MADE BY FAMOUS BRONSON REEL CO.

PUSH BUTTON CASTING ANTI REVERSE NO BACKLASH

DIP NET

**NEW!** 25 NATURAL BAIT LURES
SURE SHOT ACTION WITH SHRIMP, MINNOWS, GRASSHOPPERS, MAYFLIES, BUMBLEBEES, CRICKETS, LEECHES

**FAMOUS CRAFTY LURES** SELECTED FROM WORLDS MOST POPULAR ALL TIME FAVORITES

**COMPLETE! NOTHING ELSE TO BUY!**

SELECTED FOR YOU BY EXPERTS. This choice fish-getting tackle, used by experts, contains nationally famous brands. Each item carefully chosen—everything you need for all types of fishing. Deadly lures that are all time favorites. A veteran angler or an occasional fisherman can be proud of this precision-built kit. You can go fishing at once. Compare! You will not find a bargain like this anywhere.

LOOK! YOU GET EVERYTHING SHOWN: Super "88" Spincast Reel • Comet X3C Bait Cast Reel • Argosy Direct Drive Trolling Reel • 5 ft. 2 pc. Fiber Glass Spin Cast Rod • 4 ft. Fiber Glass Bait Cast Rod • 3½ ft. Fiber Glass Trolling Rod • 9 ft. 3 section Bamboo Pole and 25 ft. Bank Line • 41 proven Deadly Lures • 5 pc. Furnished Line • 2 Floating Tackle Boxes with removable trays • Fish Knife and Sheath • 28 pc. Popping Lure Kit • Dip Net, Stringer, Split Shot, Clincher Sinkers, Snap Swivels, Assorted Hooks, Snelled Hooks, Cork Bobbers, Popper Corks, and complete instructions. 411 pieces in all.

**NIRESK DISCOUNT SALES** A DIVISION OF NIRESK IND. **CHICAGO 11**

**MONEY BACK GUARANTEE!**
NIRESK DISCOUNT SALES • Chicago 11, Ill. • Dept. FM-29
ORDER TODAY!! If you're not 100% pleased we'll refund your full purchase price promptly.
YOU KEEP 2 FREE TACKLE BOXES REGARDLESS!
Please rush_____411 pcs. 3 Complete Fishing Sets
NAME_____
ADDRESS_____
CITY_____ZONE____STATE____
☐ I enclose $12.95 plus $1.00 for postage & handling.
☐ Ship C.O.D. I will pay C.O.D. charges and postage.
In Canada: $16.95 postpaid
NIRESK, 210 KING ST. W., TORONTO 1, ONT.

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 125, OCT. 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



# Dr. STRANGE
## MASTER OF THE MYSTIC ARTS!

# "MORDO MUST NOT CATCH ME!"

YOU ARE ABOUT TO WITNESS ONE OF THE MOST INCREDIBLE BATTLES EVER FOUGHT! THE WORLD'S TWO GREATEST PRACTITIONERS OF THE NEARLY LOST ART OF BLACK MAGIC MEET IN MORTAL COMBAT... AS YOU BEHOLD MAGIC RITES NEVER BEFORE SEEN BY THE EYES OF A MORTAL!

HOW PROUD WE ARE THAT
**STAN LEE**
WROTE THIS SENSATIONAL THRILLER!

HOW FORTUNATE WE ARE THAT
**STEVE DITKO**
DREW THESE MAGICAL MASTERPIECES!

HOW TRIUMPHANT WE ARE THAT
**GEO. BELL**
INKED THESE PRICELESS PANELS!

HOW ECSTATIC WE ARE THAT
**ART SIMEK**
LETTERED THESE DEATHLESS PHRASES!

X-773

2021MARVEL-0130141



2021MARVEL-0130134



**Brother, can YOU spare A DIME 10¢?**

FOR A NEW MILLION DOLLAR HE-MAN BODY STRENGTH-POWERED with 520 MIGHTY MUSCLES! To Become A STAR in ANY SPORT! A SUCCESS in EVERYTHING!

Rush to me your LAST CHANCE coupon below, — I'LL RUSH to you FREE My Professional Secrets

**HOW TO GAIN 50 lbs. OF MIGHTY MUSCLES!**

HOW TO LOSE up to 50 lbs. of UGLY DANGEROUS FAT

**FREE** ALL FIVE $5 WORLD-FAMOUS PICTURE-PACKED ABC COURSES

1. How to Develop 16 to 18½ INCH BIG ARMS Powerful to land a knock-out blow fast.
2. How to Build a 45 to 52 INCH HEROIC CHEST Housing TIRELESS LUNGS for ENDURANCE in Work, Sports, for ATTRACTING GIRLS!
3. How to Mold A BROAD MUSCLE-PACKED BACK and WONDER-WIDE SUPER-MAN SHOULDERS tapering to a SLIM PUNCH-PROOF WAIST.
4. How to Develop LEGS with MARATHON ENDURANCE.
5. How to Mold BIG MUSCULAR FOREARMS, a STEEL GRIP.

How to Become a FEARLESS SELF-DEFENSE FIGHTER, OVERPOWERING ANY BULLY TWICE YOUR SIZE!

This is once skinny ABC pupil BILL BUTLER High School Teacher

AFTER YOU ARE REBUILT

This will be the NEW YOU by the AMERICAN BODYBUILDING CLUB NATURAL POWER PROGRESSIVE METHODS from your HEAD to your HEELS every inch a REAL HE-MAN

"YOUR PHYSICAL DIRECTOR BEN REB-HUHN at 50 years of age. He is a brilliant University Authority on creating a healthy mind in a healthy body." says Dr. Winfield Scott Pugh, Commander, U.S. Navy Medical Corps.

**YOURS FREE** in this AMAZING NEW BOOK in colors. Jam-full with! 120 PHOTOS of STRONG MEN and CHAMPIONS once WEAKER than you, as you will see in their pitiful BEFORE Photos and Stories. There are scores of How-to-do-it Pictures showing you how YOU can quickly and easily become AN OLYMPIC CHAMPION in STRENGTH, SPEED and ENDURANCE . . . and MR. AMERICA in Build and Physique.

In Joyous Celebration of the 25th ANNIVERSARY of WORLD-WIDE BODYBUILDING SUCCESS CHANGING MEDIOCRE HALF-MEN INTO MAGNIFICENT HE-MEN — IF YOU ACT FAST, YOU get my GOLD MINE of GIFTS FREE

"SKINNY or FAT, 15, 20, 30, 40, 50 or more years of age I'LL BUILD **YOU** into A NEW ATHLETIC MIGHTY-MUSCLED STREAMLINED **HE MAN**

Ben Rebhuhn

See the STARTLING BEFORE and AFTER PHOTOS **AMERICAN BODY BUILDING CLUB, ABC,** GREAT NECK, N. Y.

Yes! in just THRILLING MINUTES a day, in the SECRECY of YOUR OWN ROOM this book's RAPID-FIRE, EASY as ABC FAMOUS PICTURE METHODS will show you How to Mold 16 INCH ARMS OF MIGHT, a big, deep 45 INCH CHEST housing TIRELESS LUNGS, WIDE MANLY SHOULDERS — a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER. You, too, like many ABC Pupils can WIN FAME and FORTUNE on TV or in the Movies, as a Physical Director or Professional Athlete.

THIS BOOK will show you HOW to WIN a 15" tall Trophy with YOUR NAME, etc. engraved on it; a Gold Medal and from $100 to $1,000

YOU can WIN $100 and A BIG TROPHY with YOUR NAME and SUCCESS engraved on it as Bill Butler did and many other pupils.

**MAIL COUPON before it is too late!**

AMERICAN BODY BUILDING CLUB, Dept. NA10 GREAT NECK, NEW YORK
Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings, now famous Strong Men, and How to Become one of Them.
Let me know how to get **FREE** $100 worth of Sports, Self-defense, Strong-man Stunts, Courses, Apparatus
☐ I enclose 10c for mailing and handling.
I am under no other obligation.
I'm checking everything I need to give me the kind of body I want.
☐ I want to gain _____ lbs. (fill in). ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS ☐ CHEST ☐ SHOULDERS ☐ POWERFUL LEGS ☐ SLIM WAIST
☐ I want to become a winning athlete. ☐ I want new pep.
NAME _____ AGE _____
DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE. PLEASE PRINT OR WRITE CLEARLY
ADDRESS _____
CITY _____ ZONE _____ STATE _____

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 126, Nov. 1964 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



2021MARVEL-0130137



2021MARVEL-0130130



STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC. 655 Madison Avenue, New York, N.Y. Vol. 1, No. 127, DEC., 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



2021MARVEL-0130133



2021MARVEL-0130126



STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE of PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. SECOND-CLASS MAIL PRIVILEGES AUTHORIZED AT NEW YORK, N.Y. ADDITIONAL ENTRY at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 128, JANUARY 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



# Dr. STRANGE — MASTER OF THE MYSTIC ARTS!

## THE DILEMMA OF... "THE DEMON'S DISCIPLE!"

HAVING SUCCESSFULLY DEFIED THE POWER OF THE DREAD DORMAMMU *(STRANGE TALES #127)* DR. STRANGE IS GIVEN A MORE POWERFUL AMULET, AND NEW POWERS OF LEVITATION BY THE GRATEFUL ANCIENT ONE... AND THEN, HE BEGINS HIS LONG, METAPHYSICAL JOURNEY HOME--

WRITTEN BY STAN LEE-- UNCHALLENGED MASTER OF THE DRAMATIC WORD! | DRAWN BY STEVE DITKO-- UNQUESTIONED INNOVATOR OF THE OCCULT ILLUSTRATION! | LETTERED BY ARTIE SIMEK UNABASHED PURVEYOR OF THE CAPTIVATING CAPTION! 1

2021MARVEL-0130129



2021MARVEL-0130122



Powerful 2-Band AM Shortwave Radio licensed by... **RCA**

WORLD-WIDE RECEPTION

GETS HUNDREDS OF SHORT-WAVE STATIONS!

ULTRA-SENSITIVE FOR FRINGE AREA LISTENING!

AT AN AMAZING LOW PRICE
Your Cost Only: $19.95

COMPLETE WITH EVERY FEATURE OF MUCH MORE EXPENSIVE RADIOS

Two bands — twice the listening pleasure! A mighty mite with a BIG voice — weighs slightly over one pound yet boasts a big 2½ by 3½ inch permanent dynamic oval speaker. 10 to 1 slide-rule tuning — this means you get better reception and more stations no matter where you live. 8 powerful transistors in RCA licensed

Superhet circuit. Three antennas — ferrite bar for broadcast band, 7-section telescope whip plus long distance cord for shortwave. (4 to 12 mc). Civil Defense frequencies indicated on dial for national emergency use. Operates hundreds of hours on 4 low cost penlite batteries (included).

**Brings the world wherever you are!**

Listen in on happenings in these far-away cities:
ROME
LONDON
MOSCOW
PARIS
QUITO
COLOGNE
HAVANA
MEXICO CITY
and many, many others.

Hear from
LONDON
GAY PARIS
THE FAR EAST
ROMANTIC ITALY

**YOU GET ALL THIS** ➤
4 PENLITE BATTERIES AND EARPHONE
GENUINE LEATHER CASE
2 BAND RADIO WITH DISTANCE ANTENNA

**MONEY-BACK GUARANTEE**
NIRESK INDUSTRIES, INC.
Chicago, Illinois 60606     Dept. RD-1
Kindly rush on MONEY-BACK GUARANTEE
☐ 2 Band AM-Shortwave REALTONE Radios including Leather Case, Batteries and Private Earphone at $19.95 each.

Name _____
Address _____
City _____ State _____
☐ I enclose _____ plus $1.00 postage.
☐ Ship C.O.D. plus Postage & C.O.D. charges.
Canada:
210 King St., W., Toronto. $29.95 Postpaid.

**SATISFACTION GUARANTEED**
This fine quality Realtone radio has been engineered for superior performance under all conditions. It is made of the finest materials and components. NO CHARGE will be made for replacement of parts or service within 90 days of date of purchase.

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 129, FEB. 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

# Dr. STRANGE MASTER OF THE MYSTIC ARTS!

### BEWARE... TIBORO!

### THE TYRANT OF THE SIXTH DIMENSION!

DO NOT, WE BEG YOU, PERUSE THIS SPELLBINDING SAGA TOO HASTILY... THERE IS FAR MORE HERE THAN MEETS THE HURRYING EYE! WITHIN THIS GRIM NARRATIVE LURKS A DREAD SECRET... AND AN INSIDIOUS WARNING THAT THREATENS YOU EVEN AS YOU READ! FOR, WHEN YOU ARE DONE, YOU WILL AGREE THAT THE ABOVE TITLE IS THE PRIZE UNDERSTATEMENT OF ALL TIME!

INTRODUCING, THOUGH WE HATE TO DO IT... TIBORO!

EDITED BY: **STAN LEE,** AND HIS MAGIC TYPEWRITER.

SCRIPT BY: **DON RICO,** AND HIS MYSTIC FOUNTAIN PEN.

ILLUSTRATED BY: **STEVE DITKO,** AND HIS MIRACULOUS LEAD PENCIL.

LETTERED BY: **SAM ROSEN,** AND HIS MELANCHOLY PENPOINT.

2021MARVEL-0130125



2021MARVEL-0130118



**Friend, dare YOU risk A DIME — 10¢?**

FOR A NEW MILLION DOLLAR HE-MAN BODY STRENGTH-POWERED with 520 MIGHTY MUSCLES! To Become A STAR in ANY SPORT! A SUCCESS in EVERYTHING!

Rush to me your LAST CHANCE coupon below, — I'LL RUSH to you FREE My Professional Secrets

**HOW TO GAIN UP TO 50 LBS. OF MIGHTY MUSCLES!**

HOW TO LOSE up to 50 lbs. of UGLY DANGEROUS FAT

**FREE** ALL FIVE $5 WORLD-FAMOUS PICTURE-PACKED ABC COURSES

1. How to Develop 16 to 18½ INCH BIG ARMS Powerful to land a knock-out blow fast.
2. How to Build a 45 to 52 INCH HEROIC CHEST Housing TIRELESS LUNGS for ENDURANCE in Work, Sports, for ATTRACTING GIRLS!
3. How to Mold A BROAD MUSCLE-PACKED BACK and WONDER-WIDE SUPER-MAN SHOULDERS tapering to a SLIM PUNCH-PROOF WAIST.
4. How to Develop LEGS with MARATHON ENDURANCE.
5. How to Mold BIG MUSCULAR FOREARMS, A STEEL GRIP.

How to Become a FEARLESS SELF-DEFENSE FIGHTER. OVERPOWERING ANY BULLY TWICE YOUR SIZE!

This is once skinny ABC pupil BILL BUTLER High School Teacher

"YOUR PHYSICAL DIRECTOR BEN REBHUHN at 50 years of age. He is a brilliant University Authority on creating a healthy mind in a healthy body." says Dr. Winfield Scott Pugh, Commander, U.S. Navy Medical Corps.

**YOURS FREE** in this AMAZING NEW BOOK in colors. Jam-full with 120 PHOTOS of STRONG MEN and CHAMPIONS once WEAKER than you, as you will see in their pitiful BEFORE Photos and Stories. There are scores of How-to-do-it Pictures showing you how YOU can quickly and easily become AN OLYMPIC CHAMPION in STRENGTH, SPEED and ENDURANCE . . . and MR. AMERICA in Build and Physique.

AFTER YOU ARE REBUILT by the AMERICAN BODYBUILDING CLUB NATURAL POWER PROGRESSIVE METHODS from your HEAD to your HEELS every inch a REAL HE-MAN

This will be the NEW **YOU**

In Joyous Celebration of the 55th ANNIVERSARY of WORLD-WIDE BODYBUILDING SUCCESS CHANGING MEDIOCRE HALF-MEN into MAGNIFICENT HE-MEN—IF YOU ACT FAST, YOU get my GOLD MINE of GIFTS FREE

"SKINNY" or "FAT," 15, 20, 30, 40, 50 or more years of age I'LL BUILD **YOU** into A NEW ATHLETIC MIGHTY-MUSCLED STREAMLINED **HE MAN**

Ben Rebhuhn

See the STARTLING BEFORE and AFTER PHOTOS **AMERICAN BODY BUILDING CLUB, ABC,** GREAT NECK, N.Y.

Yes! in just THRILLING MINUTES a day, in the SECRECY of YOUR OWN ROOM this book's RAPID-FIRE, EASY as ABC FAMOUS PICTURE METHODS will show you How to Mold 16 INCH ARMS OF MIGHT, a big, deep 45 INCH CHEST housing TIRELESS LUNGS, WIDE MANLY SHOULDERS — a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER. You, too, like many ABC Pupils can WIN FAME and FORTUNE on TV or in the Movies, as a Physical Director or Professional Athlete.

THIS BOOK will show you HOW TO WIN a 15" tall Trophy with YOUR NAME, etc. engraved on it; a Gold Medal and from $100 to $1,000.

YOU can WIN $100 and A BIG TROPHY with YOUR NAME and SUCCESS engraved on it as Bill Butler did and many other pupils.

**MAIL COUPON before it is too late!**

AMERICAN BODY BUILDING CLUB, Dept. MA-52 GREAT NECK, NEW YORK

Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings now famous Strong Men, and How to Become one of Them.

☐ I enclose 10c for mailing and handling. I am under no other obligation.

I'm checking everything I need to give me the kind of body I want.
☐ I want to gain _____ lbs. (fill in).  ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS ☐ CHEST ☐ SHOULDERS ☐ POWERFUL LEGS ☐ SLIM WAIST
☐ I want to become a winning athlete.  ☐ I want new pep.

NAME _____ AGE _____

DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE.

ADDRESS _____

CITY _____ ZONE _____ STATE _____

Let me know how to get **FREE** $100 worth of Sports, Self-defense, Strong-man Stunts, Courses, Apparatus

PLEASE PRINT OR WRITE CLEARLY

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1964 by VISTA PUBLICATIONS, INC., 625 Madison Avenue, New York, N.Y. 10022. Vol 1, No. 130. MARCH 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

2021MARVEL-0130119



2021MARVEL-0130121



2021MARVEL-0130114



**Friend, dare YOU risk A DIME 10¢?**

FOR A NEW MILLION DOLLAR HE-MAN BODY STRENGTH-POWERED with 520 MIGHTY MUSCLES! To Become a STAR in ANY SPORT! A SUCCESS in EVERYTHING!

Rush to me your LAST CHANCE coupon below, — I'LL RUSH to you FREE My Professional Secrets

**HOW TO GAIN UP TO 50 LBS OF MIGHTY MUSCLES!**

HOW to LOSE up to 50 lbs. of UGLY DANGEROUS FAT

**FREE** ALL FIVE $5 WORLD-FAMOUS PICTURE-PACKED ABC COURSES

1. How to Develop 16 to 18½ INCH BIG ARMS Powerful to land a knock-out blow fast.
2. How to Build a 45 to 52 INCH HEROIC CHEST Housing TIRELESS LUNGS for ENDURANCE in Work, Sports, for ATTRACTING GIRLS!
3. How to Mold A BROAD MUSCLE-PACKED BACK and WONDER-WIDE SUPER-MAN SHOULDERS tapering to a A SLIM PUNCH-PROOF WAIST.
4. How to Develop LEGS with MARATHON ENDURANCE.
5. How to Mold BIG MUSCULAR FOREARMS, A STEEL GRIP.

How to Become a FEARLESS SELF-DEFENSE FIGHTER. OVERPOWERING ANY BULLY TWICE YOUR SIZE!

This is once skinny ABC pupil BILL BUTLER High School Teacher

"YOUR PHYSICAL DIRECTOR BEN REBHUHN at 50 years of age. He is a brilliant University Authority on creating a healthy mind in a healthy body." says Dr. Winfield Scott Pugh, Commander, U.S. Navy Medical Corps.

AFTER YOU ARE REBUILT by the AMERICAN BODYBUILDING CLUB NATURAL POWER PROGRESSIVE METHODS from your HEAD to your HEELS every inch a REAL HE-MAN

This will be the NEW **YOU**

**YOURS FREE** in this AMAZING NEW BOOK in colors. Jam-full with 120 PHOTOS of STRONG MEN and CHAMPIONS once WEAKER than you, as you will see in their pitiful BEFORE Photos and Stories. There are scores of How-to-do-it Pictures showing you how YOU can quickly and easily become AN OLYMPIC CHAMPION in STRENGTH, SPEED and ENDURANCE . . . and MR. AMERICA in Build and Physique.

In Joyous Celebration of the 25th ANNIVERSARY of WORLD-WIDE BODYBUILDING SUCCESS CHANGING MEDIOCRE HALF-MEN INTO MAGNIFICENT HE-MEN — IF YOU ACT FAST, YOU get my GOLD MINE of GIFTS FREE

"SKINNY" or FAT, 15, 20, 30, 40, 50 or more years of age I'LL BUILD **YOU** into A NEW ATHLETIC MIGHTY-MUSCLED STREAMLINED **HE MAN**

Ben Rebhuhn

See the STARTLING BEFORE and AFTER PHOTOS **AMERICAN BODY BUILDING CLUB, ABC,** GREAT NECK, N.Y.

Yes! In just THRILLING MINUTES a day, in the SECRECY of YOUR OWN ROOM this book's RAPID-FIRE, EASY as ABC FAMOUS PICTURE METHODS will show you How to Mold 16 INCH ARMS OF MIGHT, a big, deep 45 INCH CHEST housing TIRELESS LUNGS, WIDE MANLY SHOULDERS — a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER. You, too, like many ABC Pupils can WIN FAME and FORTUNE on TV or in the Movies, as a Physical Director or Professional Athlete.

THIS BOOK will show you HOW to WIN a 15" tall Trophy with YOUR NAME, etc. engraved on it; a Gold Medal and from $100 to $1,000

YOU can WIN $100 and A BIG TROPHY with YOUR NAME and SUCCESS engraved on it as Bill Butler did and many other pupils.

**MAIL COUPON before it is too late!**

AMERICAN BODY BUILDING CLUB, Dept. NA-52 GREAT NECK, NEW YORK
Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings, now famous Strong Men, and How to Become one of Them.
☐ I enclose 10c for mailing and handling.
I am under no other obligation.
I'm checking everything I need to give me the kind of body I want.
☐ I want to gain _____ lbs. (fill in).  ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS ☐ CHEST
☐ SHOULDERS ☐ POWERFUL LEGS ☐ SLIM WAIST
☐ I want to become a winning athlete.  ☐ I want new pep.
NAME_____AGE_____
DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE.
ADDRESS_____
CITY_____ZONE____STATE_____

Let me know how to get **FREE** $100 worth of Sports, Self-defense, Strong-man Stunts, Courses, Apparatus

PLEASE PRINT OR WRITE CLEARLY

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. PUBLISHED monthly. Copyright 1965 by VISTA PUBLICATIONS, INC., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 131, APRIL 1965 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

2021MARVEL-0130115



2021MARVEL-0130117



2021MARVEL-0130110

# EXCLUSIVE FUN PRODUCTS BY MAIL



**KRAZY KRAX**
Just place this over the T.V. screen or the front window. Watch the fun begin. It looks like the glass is broken. No. 1004 ............ .60



**JUMPING CANDY BOX**
Looks like a box of candy. When your friend goes to help himself he'll get the surprise of his life. No. 2015 .... Only .75



**WHOOPS**
Looks like someone lost their lunch. Place it on the floor and wait for your first unsuspecting victim to walk in—ugh. Better catch him before he faints. No. 9016 .......... Only .75



**TRICK BASEBALL**
It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 ............ 50¢



**PRANKSTER WHISTLE**
Greatest gag in years. Just place inside any tail-pipe and watch the fun. As soon as he starts the car it will sound as if the whole motor fell out. It's a panic, but completely harmless. No. 7021 ............ 75¢



**Loud Nose Blower**
Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 only 20¢

**PEPPER GUM**
Hi Pal, have a piece of gum. Once he starts chewing you better have a glass of water ready. Completely harmless but a million laughs. No. 5008 .. .25



**JIU-JITSU**
This is one of the most popular books on the art of self defense. Now you needn't back away from anyone. Many illustrations show you how to defend yourself from bullies. We also include "FREE" a book on strong man stunts. No. 4003 ...... Only $1.00



**JOY BUZZER**
Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005 ....... .50



**SQUIRT SEAT**
Its all wet. Place it under the toilet seat. Can't you picture the expression on your victims face when he sits down? No. 6012 ............... .75



**WHOOPEE CUSHION**
Place this under any cushion. Gives out a loud Bronx Cheer. Very embarrising but loads of laughs. No. 8010 ............ Only .50



**SURPRISE PACKAGE**
If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002 .. .50



**SCREWY FEET**
These magnetic feet will stick to anything. Paste them to the walls and ceiling. 12 to a set. Looks like the invisible man just walked through the wall. No. 2007 .. $1.00



**SILVER SKULL RING**
Heavy Mexican silver ring with the raised face of skull and inlayed red ruby eyes. Feels good and looks real impressive. Adds heft to your hands. No. 3019 ............ $1.00



**X-RAY-SPEX**
A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 .......... $1.00



**BIKE SPEEDOMETER**
Now you can tell how fast you are going. Registers speeds up to 50 miles per hour. New built-in compass also shows in what direction you are travelling. Fits any bicycle. Attaches in seconds. No. 3017 ...... only 75¢

**FLY IN ICE**
A plastic ice cube that looks like the real thing, only with a fly inside. Just place this in someones drink when he isn't looking—ugh. Only .45

**SILENT DOG WHISTLE**
This whistle can not be heard by any human, but your pet will hear it blocks away. Everyone will be amazed when he comes running as soon as he hears his own private whistle. No. 1009 Only $1.00

ELLBARR DIST. DEPT. G.K. 12, NIAGARA FALLS, N.Y.
RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|
| | | | |

☐ I enclose ...... plus 15c postage and shipping in cash, cheque or money order.
NAME ....................................................
ADDRESS ....................................................

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND-CLASS POSTAGE PAID at NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1965 by VISTA PUBLICATIONS, INC., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 132, MAY 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

