# EXHIBIT 31H



# POLARIS NUCLEAR SUB
## OVER 7 FEET LONG
### FIRES ROCKETS and TORPEDOES
Big Enough For 2 Kids

Only $6.98

**SPECIAL FEATURES**
- Over 7 feet long
- Seats 2 kids
- Controls that work
- Rockets that fire
- Real periscope
- Firing torpedoes
- Electrically lit Instrument panel

How proud you will be as commander of your own POLARIS SUB — the most powerful weapon in the world! What hours of imaginative play and fun as you and your friends dive, surface, maneuver, watch the enemy through the periscope and fire your nuclear missiles and torpedoes! What thrills as you play at hunting sunken treasures in pirate waters and exploring the strange and mysterious bottom of the deep ocean floor!

**HOURS AND HOURS OF ADVENTURE**
Sturdily constructed of 200 lb. test fibreboard. Comes complete with easy assembly instructions. Costs only $6.98 for this giant of fun, adventure and science. (Because of the POLARIS SUB'S giant size we must ask for 75c shipping charges.)

**MONEY BACK GUARANTEE**
Order today and we will rush your POLARIS NUCLEAR SUB to you. Use it for 10 full days. If you don't think it is the greatest ever —the best toy you ever had—just send it back for full purchase price refund.

**10 DAY FREE TRIAL**

HONOR HOUSE PROD. CO. DEPT. 77PS14
LYNBROOK, NEW YORK

Rush me my POLARIS NUCLEAR SUB. I can use it for 10 days and if I am not delighted return it for full purchase price refund.
☐ SEND IT PREPAID. I enclose $6.98 plus 75c to help cover shipping charges.
☐ SEND IT C.O.D. I enclose $1 good-will deposit and I will pay postman $5.98 on delivery plus C.O.D. postage.

NAME _____
ADDRESS _____
CITY _____ ZONE ____ STATE _____
N. Y. State residents please include 14c sales tax.

STRANGE TALES is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N. Y. and at MERIDEN, CONN. Published monthly. Copyright 1965 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N. Y. 10022. Vol. 1, No. 142, MARCH 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues, including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

2021MARVEL-0130099



2021MARVEL-0130101





STRANGE TALES is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N. Y. and at MERIDEN, CONN. Published monthly. Copyright 1966 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N. Y. 10022. Vol. 1, No. 143, APRIL 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues, including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

Case 1:21-cv-07957-LAK   Document 71-46   Filed 05/19/23   Page 6 of 18



2021MARVEL-0129861



2021MARVEL-0129862



# EXCLUSIVE FUN PRODUCTS BY MAIL

## GROW 7 MONSTERS

**THRILLS & CHILLS AWAIT YOU WHEN YOU SEE 7 AMAZING PLANT CREATURES COME TO LIFE!**

7 Giant Monsters in full, glowing color, grow fantastic plant "hair" alive before your eyes! Each grows up to several months! Makes an incredible live "Science Project" for home or school. Fun to watch. Order now and get deluxe accessory kit with planting wand, observation lens, extra large supply of Guaranteed Live "Monster Hair" seeds, Complete with 7 Monsters and Full Instructions. No. 3127 .............. $1.00
plus 25¢ postage

**ALL 7 FOR ONLY $1.00**



**MINIATURE SPY CAMERA** Precision built camera that is so amazingly small it is less than ½ the size of a regular back of cigarettes. Weighs only 2½ ounces with eyelevel view finder and time exposure shutter. Takes 10 pictures per roll. Compact, it can be hidden anywhere. With FREE roll of film. No. 5024 ..... $1.00
6 Rolls Film ........ 79¢



**JOY BUZZER** Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005 ..... 50¢



**LOUD NOSE BLOWER** Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 .... only 20¢



**SURPRISE PACKAGE** If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002 ............ 50¢



**TRICK BASEBALL** It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 ............ 50¢



**X-RAY-SPEX** A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 ......................... $1.00

**WHOOPEE CUSHION** Place this under any seat cushion. Gives out a load Bronx Cheer. Very embarrassing but loads of laughs. No. 8010 .. Only 50¢





**THROW YOUR VOICE** Throw your voice into trunks, behind doors, everywhere. Instrument fits in your mouth and out of sight. Fool teacher, friends and family. Free book on "How to Become a Ventriloquist." No. 9025 ..... 25¢



**DEVILS RING** Heavy silver ring with the raised face of the Devil. Inlaid bright red ruby eyes. Looks real impressive. No. 1026 .......... 50¢

```
ELLBARR DIST. Dept. G.K. 23 Box 47, Northridge, Calif.
RUSH ME THE ITEMS LISTED BELOW. If I am not
100% delighted, I may return any part of my purchase
after the 10 day free trial for full refund.
ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE
_____|_____|_____|_____
_____|_____|_____|_____
_____|_____|_____|_____
☐ I enclose ...... plus 15¢ postage and shipping in
   cash, cheque or money order.
NAME ............................................
ADDRESS .........................................
```

STRANGE TALES is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND-CLASS POSTAGE PAID AT NEW YORK, N. Y. and at MERIDEN, CONN. Published monthly. Copyright 1966 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N. Y. 10022. Vol. 1, No. 144, MAY 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues, including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

# Dr. STRANGE, MASTER OF THE MYSTIC ARTS!

## "WHERE MAN HATH NEVER TROD!"

**Dormammu:** "Observe and *tremble*, insolent mortal! See the fate of the female who rescued you once before -- and know that *you* are responsible for what awaits her!"

**Dr. Strange (thinking):** "Dormammu speaks the *truth*... for it was by aiding *me* that the girl incurred his anger! Now it is *I* who must rescue *her*!"

"And yet, I am *helpless* -- for I could not reach her side in time to save her from the fury of my malevolent foe!*"

*In case this scene looks a bit *familiar* to you, be it known that, thru the generosity of *magnanimous Marvel*, you are reliving that dramatic moment when an enraged *Dormammu*, thwarted in his attempt to destroy Dr. Strange, turns his rampaging wrath on the mysterious silver-haired girl, who has befriended the Master of the Mystic Arts, as related in *Strange Tales* #141 -- or was it #142? ...Forgetful Stan

| Edited with perspicacity by: | Written with precocity by: | Plotted and illustrated with profundity by: | Lettered with the windows closed by: |
|---|---|---|---|
| STAN LEE | ROY THOMAS | STEVE DITKO | ARTIE SIMEK |

2021MARVEL-0129865

Case 1:21-cv-07957-LAK   Document 71-46   Filed 05/19/23   Page 10 of 18



2021MARVEL-0129866

# EXCLUSIVE FUN PRODUCTS BY MAIL

## GROW 7 MONSTERS

**THRILLS & CHILLS AWAIT YOU WHEN YOU SEE 7 AMAZING PLANT CREATURES COME TO LIFE!**



7 Giant Monsters in full, glowing color, grow fantastic plant "hair" alive before your eyes! Each grows up to several months! Makes an incredible live "Science Project" for home or school. Fun to watch. Order now and get deluxe accessory kit with planting wand, observation lens, extra large supply of Guaranteed Live "Monster Hair" seeds, Complete with 7 Monsters and Full Instructions. No. 3127 ............ $1.00 plus 25¢ postage

**ALL 7 FOR ONLY $1.00**



**MINIATURE SPY CAMERA**
Precision built camera that is so amazingly small it is less than ½ the size of a regular back of cigarettes. Weighs only 2½ ounces with eyelevel view finder and time exposure shutter. Takes 10 pictures per roll. Compact, it can be hidden anywhere. With FREE roll of film. No. 5024 .... $1.00
6 Rolls Film ........ 79¢



**JOY BUZZER**
Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005 ...... 50¢



**LOUD NOSE BLOWER**
Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 .... only 20¢

**SURPRISE PACKAGE**
If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002 ........... 50¢



**TRICK BASEBALL**
It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 ........... 50¢



**X-RAY-SPEX**
A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 ........................ $1.00

**WHOOPEE CUSHION**
Place this under any cushion. Gives out a load Bronx Cheer. Very embarrassing but loads of laughs. No. 8010 .. Only 50¢





**THROW YOUR VOICE**
Throw your voice into trunks, behind doors, everywhere. Instrument fits in your mouth and out of sight. Fool teacher, friends and family. Free book on "How to Become a Ventriloquist." No. 9025 ...... 25¢



**DEVILS RING**
Heavy silver ring with the raised face of the Devil. Inlaid bright red ruby eyes. Looks real impressive. No. 1026 .......... 50¢

**ELLBARR DIST. Dept. G.K. 23 Box 47, Northridge, Calif.**
RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|
| | | | |
| | | | |

☐ I enclose ...... plus 15c postage and shipping in cash, cheque or money order.

NAME ..........................................
ADDRESS .....................................

STRANGE TALES is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. SECOND CLASS MAIL PRIVILEGES AUTHORIZED AT NEW YORK, N.Y. ADDITIONAL ENTRY AT MERIDEN, CONN. Published monthly. Copyright 1966 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 145, JUNE 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues, including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



2021MARVEL-0129869



**THROW YOUR VOICE** 
Throw your voice into trunks, behind doors, everywhere. Instrument fits in your mouth and out of sight. Fool teacher, friends and family. Free book on "How to Become a Ventriloquist."
No. 137 ........25¢

**SILENT DOG WHISTLE** 
Th.. whistle can't be heard by human ears, but Rover can hear it half a mile away. Your dog will understand that this whistle is for him alone. Be amazed how quickly he responds.
No. 701 ........................$1.00

**JACK POT BANK** 
A Dime-operating Jack Pot Bank that works just like the one armed bandit in Las Vegas. Just deposit the dime and spin the handle. Reels spin and look like the real stuff. Dimes are removable This game should not be used for gambling purposes. only for fun.
No. 2060 ......1.98

**MAGIC CARDS**
Deck is marked and stripped. Can be read from the back but looks like ordinary deck. With instructions for 10 terrific tricks.
No. 183 ..................$1.98

**AMAZING MINIATURE RADIO** 
This tiny, feather weight radio operates without batteries, without tubes, but brings you years of listening pleasure. There's nothing to wear out, nothing to replace.
No. 044 .......................$2.98

**YOU, TOO, CAN BE TOUGH**
Master Jiu Jitsu and you'll win any fight. This book gives all the grips, blocks, etc. which are so effective in counter-attack. FREE book on how to perform strong man stunts also included.
No. 224 ..................$1.00

**SEE BEHIND GLASSES** 
A specially treated pair of sunglasses with secret mirrors that enable you to see behind you without anyone knowing you're watching. Really comes in handy at times.
No. 30 .........................75¢

**SURPRISE PACKAGE** 
? ? ? ? Are you willing to take a chance? We won't tell you what you get, but because you're willing to gamble, we'll give you more than your money's worth.
Only 50¢
No. 678 ....

# TREASURE CHEST OF FUN

**MONSTER S-I-Z-E MONSTERS**
FULL 6 FT. TALL ONLY $1.00
A full 6 feet tall in authentic full color and so very life-like you'll probably find yourself talking to them. We have those two all-time favorites — spine-chilling Frankenstein, and the mad vampire Dracula.
No. F17 ...1.00

**WORMS**
Drop these seemingly innocent pellets into a glass of water and magically a worm will appear. Can you imagine the look of horror on your victims face? It's harmless.
No. 612 ..............15c

**X-RAY SPECS**
An Hilarious Optical Illusion $1.00
Scientific optical principle really works. Imagine—you put on the "X-Ray" Specs and hold your hand in front of you. You seem to be able to look right through the flesh and see the bones underneath. Look at your friend. Is that really his body you "see" under his clothes? Loads of laughs and fun at parties.
No. FL7 ...................$1.00

**WHOOPEE CUSHION**
Place it on a chair under a cushion, then watch the fun when someone sits down! It gives forth embarrassing noises. Made of rubber, and inflatable. A scream at parties and gatherings.
No. 247 ...........50¢

**JOY BUZZER** 
The most popular joke novelty in years! Wind up and wear it like a ring. When you shake hands, it almost raises the victim off his feet with a "shocking sensation". Absolutely harmless.
Only 50¢
No. 239..................

**MINIATURE SECRET CAMERA** 
Precision camera so small, it fits in cigarette pack. Weighs 2½ ounces and takes 10 pictures per roll. Precision ground lens and time expose shutter. Can be hidden anywhere. Complete with free roll of film.
No. 788 .................$1.00
6 Rolls Film 79¢

**ONION GUM**
Yes—Looks like real chewing gum but tastes like ... like ... ONIONS! Its too funny! 12 slices to a pack.
No. 281 ..........................20c

**TRICK BASEBALL** 
It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block spinning after it. There's a barrel of fun in every bounce of this amazing baseball.
No. 158 .......50¢

**Secret Spy Scope** 
Pen Size—Clips On Your Pocket-6-Power Magnifier. This exciting new 6-power wide field magnifier is cleverly concealed in a pen-sized pocket scope that lets you "peek" to your hearts content. So handy for Sporting Events, Counter-spying and Girl Watching. Also contains a 30-power full microscope to thrill any naturalist. Not a toy, but a real instrument. Full money back guarantee if not delighted.
Only $2.98.
Item No. F59
ONLY $2.98

**TRICK BLACK SOAP** 
Ordinary looking piece of soap. Victim washes face and gets blacker and blacker. When he gets a look in the mirror, he'll be shocked. Harmless.
No. 575 ...........Only 25c


**Honor House Prod. Corp.      Dept. 77GK18**
**Lynbrook, N.Y.**
Rush me the items listed below. If I am not 100% satisfied, I may return any part of my purchase after 10 days Free Trial for full refund of purchase price.

| Item | Name of Item | How Many | Total Price |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ I enclose ................. in full payment. Same guarantee.
☐ Send C.O.D. I will pay postman on delivery plus postage.
Name....
Address ...
Sorry, we cannot ship orders for less then $1.00.



STRANGE TALES is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND CLASS MAIL PRIVILEGES AUTHORIZED AT NEW YORK, N.Y. ADDITIONAL ENTRY AT MERIDEN, CONN. Published monthly. Copyright 1966 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N. Y. 10022. Vol. 1, No. 146, JULY 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues, including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.


2021MARVEL-0129873















STRANGE TALES is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N. Y. 10022. SECOND CLASS MAIL PRIVILEGES AUTHORIZED AT NEW YORK, N.Y. ADDITIONAL ENTRY AT MERIDEN, CONN. Published monthly. Copyright 1966 by VISTA PUBLICATIONS, INC. 625 Madison Avenue, New York, N. Y. 10022. Vol. 1, No. 147, AUGUST 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues, including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

