# EXHIBIT 1

Page 1

```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
MARVEL CHARACTERS, INC.,

              Plaintiff and
         Counterclaim Defendant,
            vs.                       Case Nos.
                                      1:21-cv-7955-LAK
LAWRENCE D. LIEBER,                   1:21-cv-7957-LAK
                                      1:21-cv-7959-LAK
             Defendant and
             Counter-claimant.
-------------------------------x
MARVEL CHARACTERS, INC.,

             Plaintiff and
             Counterclaim Defendant,
             vs.
KEITH A. DETTWILER, in his
capacity as Executor of the
Estate of Donald L. Heck,

             Defendant and
             Counter-claimant.
-------------------------------x
MARVEL CHARACTERS, INC.,
             Plaintiff and
             Counterclaim Defendant,

             vs.
PATRICK S. DITKO, in his
capacity as Administrator of the
Estate of Stephen J. Ditko,
             Defendant and
             Counter-claimant.
-------------------------------x
   VIDEOTAPED DEPOSITION OF PATRICK S. DITKO
              New York, New York
           Tuesday, February 14, 2023
                  9:52 a.m.
JOB NO. 5697050
```

Page 2

1
2
3
4
5
6
7
8                     February 14, 2023
9                        9:52 a.m.
10
11        Videotaped Deposition of
12    PATRICK S. DITKO, held at the offices
13    of O'Melveny & Myers LLP, Seven Times
14    Square, New York, New York, pursuant to
15    notice, before Jennifer Ocampo-Guzman,
16    a Certified Realtime Shorthand Reporter
17    and Notary Public of the State of New
18    York.
19
20
21
22
23
24
25

Page 21

1
2      and that's how it was.
3           Q.   Meaning that you never discussed
4      your brother's work with him?
5           A.   Right, correct.
6           Q.   Did he ever tell you why he had a
7      rule that what happens in New York stays in
8      New York?
9           A.   Because he was that private.
10          Q.   And did that rule that he applied
11     to your relationship apply to his
12     relationship with the balance of your family?
13          A.   Well, he told that to my mother, my
14     mother relayed it to me, and we -- and then
15     it got through all the kids and everything
16     else; so it was the golden rule.
17          Q.   So it applied to your children as
18     well?
19          A.   Yes.  They were, you know, real
20     young then.
21          Q.   And the same rule applied
22     throughout the duration of your brother's
23     life?
24               MR. TOBEROFF:  Objection, assumes
25          facts.  Objection as to form.

Page 28

```
 1
 2            getting confusing.  But the questions
 3            are really not fair, because I don't
 4            have any knowledge, and I already said
 5            that.
 6                    MR. TOBEROFF:  And she's implying
 7            that there is no basis, when you say no.
 8                    MS. LENS:  No, I'm asking
 9            questions, as I'm entitled to do.
10                    MR. TOBEROFF:  I know what you're
11            doing and it's improper.
12         Q.    You haven't seen any checks from
13    Marvel to Steve Ditko from the 1960s, have
14    you?
15                    MR. TOBEROFF:  Objection as to
16            form, lacks foundation.
17         A.    No.
18         Q.    And you haven't seen the backs of
19    any checks from Marvel to Steve Ditko from
20    the 1960s, have you?
21                    MR. TOBEROFF:  Objection as to
22            form, lacks foundation.
23         A.    No.
24         Q.    And do you have any evidence that
25    Steve Ditko wasn't paid for the pages that he
```

Page 29

1
2         pencilled or inked for Marvel?
3              A.   No.
4              Q.   Are you able to proffer any
5         testimony that Steve Ditko wasn't subject to
6         Stanley's editorial supervision?
7              MR. TOBEROFF:  Object.  Do you
8         understand her question?
9              THE WITNESS:  No, I don't.
10             MR. TOBEROFF:  Do you understand
11        her questions?
12             THE WITNESS:  No I don't.
13             MR. TOBEROFF:  Do not answer
14        questions that you don't understand.
15        Okay?
16             And again, if you don't have a
17        basis because you don't have personal
18        knowledge, I'd like you to specifically
19        state that, sir.  Is that understood?
20             THE WITNESS:  I'm trying.
21             MR. TOBEROFF:  I would rather --
22        it's not a yes or no question, if you
23        need to state where your answer is no
24        because you don't have knowledge.  And
25        as far as evidence is concerned, you may

Page 31

1
2        supervision?
3              A.    I have no knowledge.
4              Q.    Okay.  Thank you.
5                    Do you think you're qualified,
6        Mr. Ditko, to testify on whether Steve
7        Ditko's work for Marvel from 1962 to 1966 was
8        done on a work made for hire basis?
9              A.    I have no idea, no knowledge.
10             Q.    Do you know what it means to, for
11       work to have been made on a work for hire
12       basis?
13             A.    No.
14             Q.    Did you ever discuss with your
15       brother Steve whether his work for Marvel was
16       done on a work made for hire basis?
17             A.    No.
18             Q.    Are you aware that your brother
19       Steve and Jack Kirby overlapped at Marvel for
20       several years?
21                   MR. TOBEROFF:  Object as to form.
22       Lacks foundation.
23                   You could answer.
24             A.    No.
25                   THE VIDEOGRAPHER:  If I could just

Page 72

```
 1
 2         Q.   So you found what's been marked as
 3    Exhibit 100, which is in front of you in an
 4    actual book in your brother's apartment?
 5              MR. TOBEROFF:  Objection as to
 6         form.
 7         A.   I don't where it was.  It was in
 8    another file other than his reference file.
 9    He had other files also.
10         Q.   Did he have a file relating to his
11    work with Marvel?
12              MR. TOBEROFF:  Objection as to
13         form.
14         A.   No, not really.
15         Q.   Did you find any agreement between
16    he and Marvel?
17              MR. TOBEROFF:  Objection as to
18         form.
19         A.   No.
20         Q.   Did you found any agreements
21    between Steve Ditko and DC Comics?
22              MR. TOBEROFF:  Objection as to
23         form.
24         A.   There may have been something
25    there, but I'm not -- I don't really recall.
```

Page 153

1
2     but -- I would say yes.
3         Q.   Yes, you understood that your
4     brother's estate was worth over a million,
5     correct?
6         A.   Correct.
7         Q.   And does that also help refresh
8     your recollection that each third of the
9     family -- as you said, there's three
10    families -- had received hundreds of
11    thousands of dollars of Steve Ditko's estate
12    at the time of his passing; is that correct?
13             MR. TOBEROFF:  Objection as to
14        form, assumes facts.
15        A.   I don't think -- no, that's not
16    correct.
17        Q.   The monies that you received from
18    your brother's estate, do you -- have you
19    passed any of those monies along to your son
20    Mark?
21        A.   Only expenses from New York, from
22    Johnstown to New York, because he -- yes.
23        Q.   Other than that, has he received
24    any monies from the estate?
25        A.   Mark?

Page 206

C E R T I F I C A T E

STATE OF NEW YORK  )
                   : ss.
COUNTY OF NEW YORK )

I, Jennifer Ocampo-Guzman, a Certified Realtime Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That PATRICK S. DITKO, the witness whose deposition is hereinbefore set forth, was duly sworn, and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 1st day of March, 2023.

JENNIFER OCAMPO-GUZMAN, CRR, CLR

```
 1
 2       ------------- I N D E X ----------------
 3       WITNESS              EXAMINATION BY      PAGE
 4       PATRICK S. DITKO      MS. LENS             6
 5                             MR. TOBEROFF        201
 6       -------------- EXHIBITS ------------------
 7       EXHIBITS                                FOR I.D.
 8
          Exhibit 122, Complaint for              94
 9        Declaratory Relief
10        Exhibit 123, Defendant Ditko's         112
          Supplemental Responses and
11        Objections to Plaintiff's Third Set
          of Interrogatories to Patrick S
12        Ditko
13        Exhibit 124, Article                   137
          entitled,"Ditko family working to
14        share Johnstown comics legend's
          story, promote his legacy."
15
          Exhibit 125, Affidavit, Bates Nos.     150
16        2021MARVEL-0070642 through
          2021MARVEL-0070643
17
          Exhibit 126, Photocopies of            197
18        handwritten letters
19                   MARKED FOR RULING
                        PAGE    LINE
20                       26      19
21
22
23
24
25
```