# EXHIBIT 2

Page 1

```
 1              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
 2                Case No.: 1:21-cv-7955-LAK
           and Consolidated Cases 21-cv-7957-LAK
 3                   and 21-cv-7959-LAK
    -----------------------------------------x
 4   MARVEL CHARACTERS, INC.,
 5        Plaintiff and Counterclaim-Defendant
 6   v.
 7   LAWRENCE D. LIEBER,
 8        Defendant and Counterclaimant.
    -----------------------------------------x
 9   MARVEL CHARACTERS, INC.,
10        Plaintiff and Counterclaim-Defendant,
11   v.
12   KEITH A. DETTWILER, in his capacity as
     Executor of the Estate of Donald L. Heck,
13
14        Defendant and Counterclaimant.
    -----------------------------------------x
15   MARVEL CHARACTERS, INC.,
16        Plaintiff and Counterclaim-Defendant,
17   v.
18   PATRICK S. DITKO, in his capacity as
     Administrator of the Estate of Stephen J.
19   Ditko,
20        Defendant and Counterclaimant.
    -----------------------------------------x
21
22      VIDEO DEPOSITION OF ROY WILLIAM THOMAS, JR.
23                 January 20, 2023
24                    8:49 a.m.
25               Charlotte, North Carolina
```

Page 2

1          ROY WILLIAM THOMAS, JR., pursuant to Federal Rule of

2     Civil Procedure 30, held at the offices of Nelson Mullins

3     Riley & Scarborough in the Foster Conference Room A, located

4     at 301 South College Street, One Wells Fargo Center, 23rd

5     Floor, Charlotte, North Carolina 28202, before

6     Audra Smith, a realtime court reporter and

7     a Notary Public of the State of North Carolina.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
1
2                 A P P E A R A N C E S :
3
     O'MELVENY & MYERS LLP
4    Attorneys for Marvel Characters, Inc.
     1999 Avenue of the Stars, 8th Floor
5    Los Angeles, California 90067
     Telephone: (310) 553-6700
6
                 BY:  MOLLY M. LENS, ESQ.
7                mlens@omm.com
                 MATTHEW KAISER, ESQ.
8                mkaiser@omm.com
                 DANIEL M. PETROCELLI, ESQ.
9                dpetrocelli@omm.com
                 SALVATORE J. COCCHIARO, ESQ. (Via Zoom)
10               scocchiaro@omm.com
11   TOBEROFF & ASSOCIATES, P.C.
     Attorneys for the Defendants
12   23823 Malibu Road, Suite 50-363,
     Malibu, California 90265
13
                 BY:  MARC TOBEROFF, ESQ.
14               mtoberoff@toberoffandassociates.com
                 JAYMIE PARKKINEN, ESQ. (Via Zoom)
15               jparkkinen@toberoffandassociates.com
16   ALSO PRESENT:
17   DAVID COOPER, Videographer
     ELI BARD, Marvel Entertainment, (Via Zoom)
18   Alec Lipkind, The Walt Disney Company, (Via Zoom)
19
20
21
22
23
24
25
```

Page 4

1            S T I P U L A T I O N S
2
          IT IS HEREBY STIPULATED AND AGREED,
3
   by and among counsel for the respective
4
   parties hereto, that the filing, sealing
5
   and certification of the within deposition
6
   shall be and the same are hereby waived;
7
          IT IS FURTHER STIPULATED AND AGREED
8
   that all objections, except as to form of
9
   the question, shall be reserved to the time
10
   the trial;
11
          IT IS FURTHER STIPULATED AND AGREED
12
   that the within deposition may be signed
13
   before any Notary Public with the same
14
   force and effect as if signed and sworn to
15
   before the Court.
16
17
18
19
20
21
22
23
24
25

Page 17

```
 1    exciting which is almost a contradiction.  They were
 2    both adult and an exciting approach.  So it was very
 3    flattering to be offered a job, you know, by him.
 4    And just seemed more exciting to me to be with a
 5    small company instead of this large, departmented
 6    company where you had ten editors each with his own
 7    little cubicle.
 8        Q      And you said that you admired so much
 9    what Stan was doing with the artists.  What did you
10    mean by that?
11        A      Well, just the stories that came out, the
12    characters they invented and their approach, which
13    was to make them more human.  They had more
14    personality.  Because of the artists they had, as
15    well as Stan's direction, they had -- they were much
16    more exciting than the DC Comics visually, because
17    the artists, especially Kirby and Ditko, were just,
18    you know, brilliant.  I had been fans of them, you
19    know, since a kid.  And the combination of the three
20    of them was, I felt, kind of revolutionizing comics.
21    And to be a part of that was really interesting,
22    even though I kind of liked DC's characters better
23    in a way, so it was just a challenge.
24        Q      You mentioned Stan's direction, what was
25    Stan Lee's position at Marvel Comics?
```

```
                                          Page 18
```

1          A       His official position was editor and art

2      director.

3          Q       And what did that mean to your

4      understanding?

5          A       Well, subject to the publisher, he was in

6      charge of everything.  He oversaw the writing, he

7      oversaw the artists and the art that came in.  You

8      know, everything went through him with the help of

9      the production manager in particular.

10         Q       You said "subject to the publisher," that

11     Stan Lee was in charge of everything, who was the

12     publisher?

13         A       Martin Goodman.

14         Q       And you also said that everything at

15     Marvel Comics went through Stan Lee with the help of

16     the production manager.  Who was the production

17     manager?

18         A       Sol Brodsky through 1970.

19         Q       How long were you a staff writer at

20     Marvel?

21         A       Just a -- I don't know -- a couple of

22     months, I guess, officially, but really the position

23     began to evolve almost immediately.  But officially,

24     I was staff writer for a couple of months or so.

25         Q       What do you mean that the position began

Page 24

1          And there was one woman there who was

2     sort of working on commercial comics, I vaguely

3     recall but she was gone in a couple weeks, and so

4     was Steve within a month or two.

5          Q     And how about non-staff folks?  Were

6     there freelance artists and writers working with

7     Marvel at this time?

8          A     Yes.  The freelance writers, mostly

9     artists, were in and out of the office.  Some of

10    them never came in.  They mailed everything from

11    either Long Island or wherever, even though it was

12    fairly close.  Others came in once a week or

13    whatever the occasion demanded.  Some had sort of

14    regular schedules, like Jack Kirby.  Others had

15    irregular schedules and just show up whenever it was

16    time.  But there were freelancers.

17          And sometimes Sol would call a freelancer

18    in, a letterer or an artist to come in, either

19    because he had to keep an eye on him to make sure he

20    finished the job on deadline or simply because they

21    had something that had to be corrected or changed

22    and they needed more work than just the one

23    production person could do.

24          And they would just sit there with a

25    chair at a little rough desk, because we had so

Page 26

1    hour -- usually an hour or so every morning.

2          Q     And understanding that there was, it

3    sounds like, an evolution from being a staff writer

4    to this editorial assistant, how were you

5    compensated as an editorial assistant?

6          A     I had my 110 a week salary.

7          Q     So that remained unchanged?

8          A     Unchanged, yeah, for -- I got a raise

9    sometime by the end of the year, you know, another

10   10 or 15 dollars, but basically it was that, yes.

11         Q     And did you -- in addition to being the

12   editorial assistant, did you start doing other tasks

13   for Marvel at this time?

14         A     Yes.  Well, the very first weekend after

15   the day I -- that he hired me, he gave me the --

16   about 20 pages of original art for a story of this

17   character Millie the Model, which was kind of half

18   humor, half romance, and I had to do -- write

19   dialogue for that over the weekend.  It had been

20   plotted by Stan with the artists, and I was to write

21   dialogue.  And that was kind of right away.  That

22   was my first freelance assignment.  So even though I

23   was staff writer from the beginning, I was allowed

24   to do some of the work as freelance.

25         Q     And what do you -- excuse me.

Page 27

1          A      Go ahead.

2          Q      And what do you mean that you were

3     allowed to do it as a freelance assignment?

4          A      I vouchered separately for that at a page

5     rate.

6          Q      Do I understand you were paid separately

7     and paid differently for a --

8          A      Yes.  And it came on a different check.

9          Q      And how were you compensated for your

10    freelance writing?

11         A      You mean the rate or --

12         Q      Yes.

13         A      Well, originally, I think it was $10 a

14    page.  It went up a little bit, but I think it was

15    $10 a page at the time.

16         Q      And that was in addition to your salary,

17    correct?

18         A      Yes.

19         Q      And what -- what were your

20    responsibilities as a freelance writer?

21         A      Just to write whatever Stan told me to

22    write.

23               At first, the first several things were

24    mostly just writing dialogue for a couple of stories

25    that he had worked on with the artists that had

Page 28

1  already been drawn.  But of course, in a little

2  while, I was, you know, being asked to plot the

3  stories, too, upfront.

4       Q    And what do you mean you were asked to

5  plot the stories upfront?

6       A    Well, I was assigned to plot them by

7  Stan.  That was...

8       Q    So when Stan would ask you -- just for

9  the layman here, when Stan would ask you to plot a

10  story, what did the plotting process involve?

11       A    It was to write out a page to several

12  pages that would tell the basic story that the

13  artist was to draw.  It had little or no dialogue in

14  it.  That would have been my option.  It mostly just

15  told the actions, motivations, and left a lot of

16  room for the artist to expand the action so that --

17  you know, so there wouldn't be just talking heads.

18  But we'd say there was a battle.  But, you know, I

19  wouldn't necessarily give a lot of particulars about

20  it.  So -- but it gave all the basic beats, you

21  might say, of the story.

22       Q    You mentioned that your first freelance

23  assignment, which was the very first weekend after

24  you got hired, was for Millie the Model, I

25  believe --

Page 32

```
1    writing for Marvel Comics when you were an associate

2    editor?

3         A    Yes.

4         Q    And the -- your compensation structure

5    remained the same, salaried for the editorial work,

6    and per page rate for your freelance work?

7         A    Yes.

8         Q    How long did you hold the title associate

9    editor at Marvel?

10        A    Until -- from that time until -- I don't

11   know if it's spring or very early summer, exactly,

12   of 1972, when Stan became publisher and president.

13        Q    So I take it, in 1972 Stan Lee got

14   promoted?

15        A    Yes.

16        Q    And you received a promotion as well?

17        A    Yes, of sorts.

18        Q    Okay.  And what position were you

19   promoted into initially when Stan Lee got promoted

20   to publisher and president of Marvel Comics?

21        A    Stan liked to hold onto titles, or at

22   least not give them out, so he promoted me to story

23   editor, which although, again, I probably would have

24   had -- I would have been dealing with art, but it

25   was more to do with the story because he still
```

Page 37

```
 1       A      Somewhere along the line, I did.   It
 2    always lagged a little bit.  But yeah, I just don't
 3    remember much about it.  There was something, but it
 4    wasn't a lot and it took a while, but, you know,
 5    that was all right.
 6             I wish I could give you more exact
 7    numbers, but I just don't recall.  But there were
 8    raises all along -- all along the way, you know,
 9    both in freelance and in staff.
10       Q      And at a high level, can you tell me what
11    your responsibilities were as editor-in-chief at
12    Marvel starting in '72?
13       A      Well, because Stan was such a hands-on
14    kind of person and not really a businessman as such,
15    he kept more of probably an active quasi editorial
16    presence, you know, as publisher, say, than most
17    publishers would have.  But increasingly I had to
18    handle the matters of, you know, overseeing all
19    the -- not necessarily doing, but overseeing all the
20    proofreading, the handing out of assignments to
21    artists and writers.  Stan still handled the artists
22    a little more because that was a special interest of
23    him and he felt he had a special insight into that,
24    he felt.
25             And -- but really, otherwise, I was just
```

Page 38

1  in charge of, you know, all the artists, the

2  writers, the colorists, the letterers and so forth.

3  I suppose, technically, over the production manager,

4  but I wanted him to stay in his own court, do his

5  own job.  I didn't want to get involved with all the

6  scheduling.

7       Q    You said technically over the production

8  manager.

9       A    Yes.

10      Q    You mean you were supervising the

11  production manager?

12      A    I suppose, in a vague, technical way.

13  Actually, we just worked as a nice team with both --

14  by this time it was John Verpoorten, and we were

15  good friends and, you know, he had his area and I

16  had mine and, you know, so it almost wasn't a

17  question.  The real problem had been the art

18  director, you know, and I needed authority over the

19  art director, or I couldn't tell him what to do if I

20  was just his equal.

21      Q    And when you became editor-in-chief, who

22  did you report to at that point?

23      A    Stan Lee.

24      Q    And when you got promoted into

25  editor-in-chief, did you take over the -- formally,

1    the responsibilities of the assistant art director,

2    or you just started supervising that individual?

3        A    Basically, supervising him.  He -- that

4    particular person wasn't there much longer, but

5    suddenly he was reporting to me instead of having to

6    report to Stan.

7        Q    And who took over as the assistant art

8    director from Frank Giacoia?

9        A    We didn't really have one for a while.

10   The unofficial art director was the artist John

11   Romita, who had actually been hired more to draw

12   comics, but because he was there in the office and

13   he was so good at it and he understood what Stan

14   wanted, he became like -- we thought of him as the

15   art director, and Stan kind of treated him that way,

16   even though it took a while.  It was several years,

17   I think, before he actually got that title.

18       Q    How long did you act as Marvel Comics'

19   editor-in-chief?

20       A    About two to two and a half years, from

21   whenever I got it until like -- I quit right before

22   Labor Day, and I was around for another two or three

23   weeks until my replacements came back from vacation,

24   so it was September of '74.

25       Q    And during the time period that we've

Page 40

```
1    been discussing, 1965 through 1974, did you have an
2    employment agreement with Marvel?
3         A    I had no written employment.  It was all
4    verbal with Stan Lee on behalf of the company.
5              MR. TOBEROFF:  Excuse me.  I just need to
6         take a quick bathroom break.
7              MS. LENS:  Okay.  We'll go off the
8         record.
9              THE VIDEOGRAPHER:  The time is
10        approximately 9:39:42 a.m.  We're now off the
11        record.
12             (A recess was taken from 9:39 a.m. to
13        9:43 a.m.)
14             THE VIDEOGRAPHER:  The time is
15        approximately 9:43:08 a.m.  We are now on the
16        record.
17   BY MS. LENS:
18        Q    Mr. Thomas, before the break, you were
19   saying you didn't -- prior to 1974, you didn't have
20   a written employment agreement with Marvel but you
21   had an oral agreement with Stan Lee on behalf of the
22   company; is that right?
23        A    Yes.
24        Q    Okay.  And to your understanding, were
25   there any conditions that were imposed on you as a
```

1    result when you accepted, for example, a writing

2    assignment from Marvel?

3         A     Well, I understood when I came into the

4    company that Marvel would, you know -- was the --

5    would own the characters, the stories, the writing,

6    whatever I was doing, and that was also made clear

7    by the statement on the back of the check from the

8    earliest days.

9         Q     And that was the statement that was on

10   the back of the checks that you received as a

11   freelance writer?

12        A     Yes.  I don't know if it was on the staff

13   checks or not.  It may have even been on those.  I

14   don't recall.  I think it was on the staff checks,

15   too, but I could be wrong on that.

16        Q     And did you understand whether your

17   agreement with Marvel allowed Marvel to request that

18   you, for example, do rewrites or revisions to work

19   that you had done?

20        A     Yes, I did.

21        Q     And did you understand whether your

22   agreement with Marvel allowed them to request

23   revisions within the per-page rate that you were

24   being paid as a freelance writer?

25              MR. TOBEROFF:  Lacks foundation, leading.

Page 42

```
 1    BY MS. LENS:
 2         Q     So let me -- I asked you -- I'll withdraw
 3    that question.
 4               I asked you a minute ago, did you
 5    understand whether your agreement with Marvel
 6    allowed Marvel to request that you do rewrites or
 7    revisions to work that you had done, and you
 8    answered "Yes, I did."
 9         A     Yes.
10               MR. TOBEROFF:  I'm objecting to that
11         question as well.
12               MS. LENS:  Well, you didn't object.
13    BY MS. LENS:
14         Q     But in any event, what was your
15    understanding --
16               MR. TOBEROFF:  You're restating and I'm
17         objecting.
18    BY MS. LENS:
19         Q     What was your --
20               MS. LENS:  I'm following up.
21    BY MS. LENS:
22         Q     What was your understanding?
23         A     I'm sorry.
24         Q     What was your understanding -- did Marvel
25    have the right to request revisions?
```

1      A      Oh, yes.

2            MR. TOBEROFF:    Lacks foundation, leading.

3  BY MS. LENS:

4      Q      And what's the basis, Mr. Thomas, for

5  your understanding that Marvel had the right to

6  request revisions?

7      A      Because Stan did it from the very start,

8  from the Millie the Model story that I brought in

9  after the first weekend where he both did summary

10 writing himself, and he asked me to rewrite things.

11 And then very quickly, on other issues of that kind

12 but also on the Iron Man and Dr. Strange stories at

13 the beginning, he was -- you know, he had me

14 write -- one of the Doctor Strange credits says

15 "Written and rewritten by Roy Thomas."

16            Stan wrote that.  It was very, very true.

17 It was a teaching thing, and, you know, he didn't

18 just want me to rewrite it for me.  He wanted me to

19 learn to rewrite it until I pleased him.  That was

20 my job.  My whole job was to please Stan.

21     Q      And during the some 20 years that we've

22 been discussing, did you also see other -- did you

23 also see Stan Lee ask other freelance writers to do

24 revisions to their work?

25     A      Yes.

Page 44

1          Q     Did you also see Stan Lee ask freelance
2    artists to do revisions to their work?
3          A     Yes.   Of course I heard about this
4    through the production manager more than I saw Stan
5    doing it, but sometimes I was there when Stan
6    actually did it, and sometimes I would just know it
7    because it would go through the production manager
8    and his department and, of course, I'd know it that
9    way, too.
10         Q     And when Stan asked you to do revisions
11   to your work, I take it you complied with that
12   request?
13         A     Yes.
14         Q     And I take it when Stan Lee asked other
15   freelance writers and artists to make revisions to
16   their work, you observed them also comply with that
17   request, correct?
18         A     I never knew anyone to refuse.
19               MR. TOBEROFF:   Objection.   Lacks
20         foundation.
21   BY MS. LENS:
22         Q     And during this time period that we've
23   been talking about, did you also observe Marvel
24   whether that was yourself, Stan Lee, Sol Brodsky, or
25   others actually making changes to work that had been

Page 45

1    done by freelance writers and artists?

2         A    Yes.

3              MR. TOBEROFF:  Compound.

4         A    Both letters and -- lettering and

5    artwork.

6              MR. TOBEROFF:  If you could just give me

7         a brief moment to object, I'd appreciate it.

8              THE WITNESS:  I'm sorry.

9              MR. TOBEROFF:  I don't want to talk over

10        you.

11   BY MS. LENS:

12        Q    Okay.  I'd like to return to something

13   you testified about a moment ago.  You said that you

14   understood that when you came into the company that

15   Marvel would own the characters, the stories, the

16   writing, whatever that you were doing.  Do you

17   recall that testimony?

18        A    Yes.

19        Q    Okay.  I'd like to go ahead and show you

20   a document, which has been premarked as Exhibit 65,

21   which has been Bates stamped 2021MARVEL-74335.

22              (Exhibit Number 65, AlterEgo magazine,

23        "Roy Thomas on Marvel in the 1970s!",

24        2021MARVEL-74335 to 74438, was identified.)

25        A    I recognize this.

Page 48

1        A    Jim Amish, yes.

2        Q    And so you see that Jim Amish asks you

3   how often you were pitching ideas for series at

4   Marvel --

5        A    Yes.

6        Q    -- do you see that?

7        A    Yes, yes.

8        Q    Okay.  And can you -- and you can see

9   that you respond "Good question"?

10       A    Yes.

11       Q    Okay.  And can you read that paragraph

12  for me which follows?

13       A    "Not that often, because Stan was really

14  the guy who generated the ideas, and I don't think

15  he pushed us to come up with new characters in the

16  early days, except for villains.  If something came

17  up, he was open to it.  As I've often said, I didn't

18  like creating many characters for Marvel, because I

19  knew I wouldn't own them...not that I advertised

20  that feeling to Stan or to Goodman."

21       Q    And is that accurate, Mr. Thomas?

22       A    Yes.  The prior part I hadn't really

23  pitched Conan to Stan Lee and everything, exactly,

24  but I did pitch things, just -- that has nothing to

25  do with the statement.  The statement is accurate.

Page 49

```
 1      Q      And with respect to your statement that
 2  you knew that you wouldn't own the characters that
 3  you worked on at Marvel, is that accurate?
 4      A      Yes.
 5      Q      Okay.  You mentioned that you stepped
 6  down as editor-in-chief around Labor Day of 1974.
 7      A      Yes.
 8      Q      And why did you step down, Mr. Thomas?
 9      A      I had become increasingly restive about
10  doing less creative -- having to do less creative
11  work and more of just management, you know, putting
12  out fires and that kind of thing, and so I was less
13  and less happy with the position after a couple of
14  years.
15              And then finally, and management -- not
16  just so much Stan but the person who had taken over
17  the job of president when Stan gave it up, and I did
18  not see eye to eye on various things.  He didn't
19  feel I was enough of a company man, to use his
20  phrase.  And the particular thing was just a
21  particular policy of Stan's that I decided I would
22  not carry out.
23      Q      And when you stepped down as
24  editor-in-chief, did you start working for another
25  company?
```

Page 56

1    BY MS. LENS:

2         Q      To your understanding, did any other

3    writers with Marvel have the ability to select which

4    comics they were going to work on prior to you

5    obtaining this provision in 1974?

6         A      No.

7         Q      And to your understanding, did any

8    artists doing assignments for Marvel have the

9    ability to select which comics they were going to

10   work on prior to you obtaining this provision in

11   '74?

12        A      No.

13        Q      You also, under this provision, had the

14   ability to select which artists, letterers, and

15   colorists you were going to work with, correct?

16              MR. TOBEROFF:  Leading.

17        A      Yes, I did.

18   BY MS. LENS:

19        Q      Under your 1974 agreement with Marvel,

20   did you have the ability to select which artists,

21   letterers, and colorists you were going to work

22   with?

23              MR. TOBEROFF:  Leading, based on the

24        prior question.

25        A      I did have that right, as long as Stan

1    did not object.   It was subject to him.

2    BY MS. LENS:

3        Q      And to your understanding, did any other

4    writers at Marvel have the ability to select which

5    artists, letterers, or colorists they were going to

6    be working with?

7        A      Not at that time.

8        Q     To your understanding, were there any

9    other writers at Marvel at this time, or prior to

10   this time, who were not subject to the editorial

11   discretion of the editor-in-chief at Marvel?

12       A     No, no.

13       Q      And to your understanding, were there any

14   artists at Marvel at this time, or prior to this

15   time, who were not subject to the editorial

16   discretion of the editor-in-chief at Marvel?

17       A      No, there were not.

18       Q      To your understanding at this time, were

19   you subject to Stan Lee's continued supervision and

20   discretion?

21       A      Yes.

22       Q      And to your understanding, was there

23   anyone working with Marvel on a freelance basis or

24   otherwise during the time period 1965 through 1974

25   that was not subject to Stan Lee's discretion?

Page 58

1      A      No.
2      Q      And had you ever heard of anyone prior to
3  this time, including even prior to 1965, of somebody
4  working with Marvel that was not subject to Stan
5  Lee's supervision and discretion?
6      A      Not since he had come to work there.
7      Q      And when did Stan Lee come to work with
8  Marvel?
9      A      I'm trying to think.  It was about the --
10  I think it was about the end of 1940, something like
11  that.  And then -- but then he was gone between two
12  and three years in service from '42 to '45 and
13  someone else was there during that interim.  But
14  whenever he was there, he was in charge.
15      Q      How long did you work with Marvel as a
16  writer/editor?
17      A      Six years.
18      Q      So that takes us up to 1980; is that
19  right, Mr. Thomas?
20      A      Yes, it was two, three-year contracts,
21  uh-huh.
22      Q      And what did you do in 1980?
23      A      I quit.
24      Q      And did you continue to work in the
25  comics industry in 1980 after leaving Marvel?

Page 60

```
 1    was sort of named a sort of writer/editor again
 2    later after two or three more years more informally.
 3         Q    And let me circle back to when you first
 4    had a written agreement with Marvel starting in
 5    1974.  You testified previously that you understood
 6    when you joined Marvel, that Marvel would have all
 7    of the rights to the characters and stories that you
 8    worked on.  Did that remain true to your
 9    understanding under your 1974 agreement?
10         A    Yes.
11         Q    And you mentioned that you had two other
12    written agreements with Marvel following the 1974
13    agreement; is that right?
14         A    No.  One other.  There were two,
15    three-years.
16         Q    Two, three-years.  Got it.  Thank you.
17              Put differently, did your
18    understanding -- strike that.
19              Did you have the understanding for the
20    entire tenure that you worked with Marvel that
21    Marvel would have all of the rights, including
22    copyrights and anything that you worked on at
23    Marvel?
24              MR. TOBEROFF:  Leading.
25         A    Yes.
```

Page 61

1  BY MS. LENS:

2      Q      At any point in time during your tenure

3  with Marvel, from 1965 through 1980, did your

4  understanding regarding Marvel's ownership of all

5  rights with respect to your work change?

6      A      No.

7      Q      Mr. Thomas, are you still doing freelance

8  comic writing?

9      A      Yes, a little.

10      Q      And so do I understand correctly that

11  you've been acting -- or doing freelance writing in

12  the comics industry from 1965 through today?

13      A      Freelance, whenever it wasn't under the

14  contract, yeah, it was either by contract or

15  freelance, yes.  And diminishing amounts over the

16  years as I got older and company policies changed

17  and I got other interests, et cetera.

18      Q      Over the years, which comic companies

19  have you done comic writing for?

20      A      The main two in terms of volume have

21  been, by far, Marvel Comics.  Second would be DC

22  because I had the six-year contracts and I did more

23  writing for them for another year or two after that,

24  and occasional things after -- occasional freelance

25  writing after that.  I've also worked for any number

1      Q     Okay.  And I'm going to refer to the time

2   period of 1962 to 1975 as the relevant time period,

3   okay?

4      A     I understand that, yes.

5      Q     Okay.  And even if I don't specifically

6   use the term, quote/unquote, relevant time period in

7   my question, please understand that my questions

8   refer to that period today unless I tell you

9   otherwise, okay?

10      A     Yes.

11      Q     And now can you please remind us, when

12   did you work for Marvel during the relevant time

13   period, again with the relevant time period being

14   '62 to '75?

15      A     From 1960- -- the middle of 1965 through

16   the end of that period and beyond.

17      Q     And over that time period, from '65

18   through 1975, can you remind us what positions you

19   held at Marvel?

20      A     All right.  Staff writer, editorial

21   assistant or associate editor, editor-in-chief, and

22   then writer/editor, besides the freelance writer

23   which was the unofficial position, but that was

24   something extra during the years before, around

25   1974.

Page 80

1    Strange story that he -- I think, a few months later

2    that he did from a plot, you know, so forth.  He --

3    yeah.

4        Q    So when you say "a few months later," you

5    mean a few months after Tales of Suspense, which has

6    been marked as Exhibit 72, you're aware that Don

7    Rico worked on a comic for Marvel whereby he used

8    his given name Don Rico; is that right?

9        A    Yes.  I think it was after, rather than

10   before.  I'd have to check to be sure, but the same

11   general time period, within a year, yes.

12       Q    And regardless of who N. Korok is, based

13   on your understanding of how comics at Marvel were

14   produced in the 1960s, do you have any understanding

15   of whether Stan Lee would have had authority over

16   the dialogue that appears in Exhibit 72?

17       A    Yes.

18       Q    And what is that understanding?

19       A    He had complete authority over it, so --

20   to edit it, have it rewritten or whatever.  That

21   was, you know -- we all work for him.

22       Q    And --

23       A    Not at that time yet.

24       Q    Yeah.  And same question, based on your

25   understanding of how comics at Marvel were produced

Page 81

1    in the 1960s, do you have an understanding of

2    whether Stan Lee, on behalf of Marvel, would have

3    had authority over the artwork that appears in

4    Exhibit 72?

5         A     Yes.

6         Q     And what is that understanding,

7    Mr. Thomas?

8         A     Subject to the publisher, complete

9    authority.

10        Q     And "the publisher," you're referring to

11   who?

12        A     Martin Goodman.

13        Q     Thank you.  You can put that aside.

14              Now, are you also aware that Gene -- some

15   of Gene Colan's kids are seeking to terminate

16   purported grants to Marvel on comics that Gene Colan

17   worked on during the relevant period?

18        A     Yes, I am.

19        Q     And did you know Gene Colan?

20        A     Yes.

21        Q     And how did you know Gene Colan?

22        A     He was drawing for Marvel as a freelancer

23   when I came to work there and had been for six

24   months or so, again had worked for them previously

25   in the '40s.  And I got to know him.  We socialized

Page 88

1    of the pencils that you received from Steve Ditko?

2         A     Well, this is the finished artwork inked.

3    What I got was much rough, the figures were like

4    little ballons and you could tell what the hands and

5    arms were, that there was a little bit of background

6    and so forth.  But it was very sketchy.  If he were

7    going to have -- if he were not going to ink the

8    story, he would have done it in more detail.  But

9    since he was going to ink it, he only needed enough

10   for him and me to be able to see.  This was actually

11   first done with the idea that Stan would write it.

12        Q     Why do you say that this was first done

13   with the idea that Stan would write it?

14        A     Because Stan had been writing the -- for

15   the last year or so, Stan had been the scripter of

16   all the Doctor Strange stories.

17        Q     Who, if anyone, asked you to become the

18   writer on this Doctor Strange story?

19        A     Stan Lee.

20        Q     And did you have an understanding of who

21   decided who would be the artist on the -- this

22   Doctor Strange story?

23        A     Well, I knew that Stan had decided that

24   Steve Ditko would.  He had been doing it since the

25   beginning.

1      Q      And what was the basis for your
2   understanding that Stan Lee had decided that Steve
3   Ditko would work on this comic?
4      A      Stan made all the artist assignments.
5      Q      And was that true over the entirety of
6   the relevant period, that is 1962 to '75 to your
7   understanding?
8      A      Yes.  Sometimes the production manager
9   would make certain inking decisions because -- you
10  know, in a hurry, but he would -- they would always
11  be subject to Stan.  Even if they were made, they
12  were made in Stan's name, and they could be canceled
13  or changed if Stan wanted that.
14     Q      And so when we see the words on page 273
15  which is the second page of the exhibit, "Found
16  place to hide.  Must move fast."
17             Do you see that?
18     A      Oh, this, yes.  That's -- yes -- Steve's
19  writing, yes.
20     Q      And what did that mean to you?
21     A      Well, it was in the middle of a story I
22  continued from the preceding month's story, so I had
23  that to look at, too, with all written and drawn
24  out.
25             And Doctor Strange was fleeing some

```
 1        Q     And -- strike that.

 2              Understanding that this comic that we're

 3    looking at was at the beginning of your tenure with

 4    Marvel, to your understanding, did Stan Lee retain

 5    the ability to ask you to make revisions to your

 6    work during the entirety of the relevant time

 7    period?

 8        A     Yes.

 9        Q     Okay.  We can put that one aside, thank

10    you.

11              Did Steve Ditko -- did there come a time

12    when Steve Ditko stopped working with Marvel after

13    you arrived in '65?

14        A     Yes.

15        Q     And when was that?

16        A     I'm not sure exactly.  It was near the

17    end of the year.  Either right before or after

18    Christmas.  Sometime within a few weeks of

19    Christmas, I think, but it was near the end of the

20    year.

21        Q     Okay.  So let me go ahead and mark as

22    Exhibit -- can you help me?  Mark as Exhibit 62.

23        A     Uh-huh.

24        Q     A document that's been Bates stamped

25    2021MARVEL-71288.
```

1    it would refer to the pencil artist as kind of a

2    sloppier, shorthand usage because that was the

3    primary artist, but it really meant "the penciler,"

4    generally speaking.

5         Q     And --

6         A     We would say the artist, as opposed to

7    the inker, but that wasn't -- that was just

8    imprecise terminology is what we did.

9         Q     And once the pencil artist finished

10   drawing out the plot, what was the next step in the

11   process?

12        A     For him to get it into the office, or to

13   the writer by whatever method we were doing.

14        Q     And what happened at that point?

15        A     The writer took it and wrote the dialogue

16   and the captions and indicated the balloons on

17   the -- at that time, on the original art as well.

18        Q     And what if the writer on the comic was

19   not Stan Lee, was Stan Lee involved at all at this

20   stage?

21        A     Yes.  His -- he was the editor.  His name

22   was always on there as editor, or later, you know,

23   "Presents..." or something, but it always indicated

24   he was the editor.  He was always the ultimate

25   authority unless Martin Goodman stepped in, and that

1    was mostly on covers.

2         Q      And other than having his name actually

3    listed as the editor on the comics, would Stan Lee,

4    for example, review the artwork when it came in?

5         A      Yes.  Stan really liked to review the --

6    he really liked to look at the artwork, even if he

7    wasn't going to write the comic.  At first he felt

8    he should.  That was his duty.  He wanted to make

9    sure.  He didn't have faith -- total faith in me or

10   anybody else.  And -- so he would review all of it.

11   There might be something that got slipped by him

12   once in a while, but that was -- but in general,

13   that was his practice, yes.

14        Q      And what was your understanding of why

15   Stan Lee reviewed the artwork?

16        A      Well, he was the editor, so it was his

17   job to supervise.  If something went wrong, the

18   publisher wasn't going to blame -- go to the artist,

19   he was going to go to Stan Lee, not me or his

20   artist.

21              And secondly, he felt that, you know,

22   he -- that both over the years, and in particular in

23   recent years since Marvel got started, he felt he

24   had a particular expertise, you know, over -- you

25   know, over knowing what the book should look like

1    and feel like.  And, you know, while he felt I had

2    some of that, you know, he didn't trust anybody

3    naturally as much as himself, so he wanted to see it

4    all and, you know, take -- and be responsible for it

5    all.

6          Q    And did -- to your understanding, did

7    Stan Lee continue to review artwork even after he

8    became publisher?

9          A    Yes.

10         Q    And --

11         A    A little less, but he still reviewed most

12    things, certainly anything of any importance at all.

13         Q    And to your understanding, did Stan Lee

14    have the ability to ask artists to make changes to

15    their artwork?

16         A    Yes.

17         Q    And to your understanding, did Stan Lee

18    have the ability to just have changes made to the

19    artwork without the artist's involvement?

20         A    Yes, if he wanted to.

21         Q    Based on your experience working at

22    Marvel, did artists comply with Stan Lee's request

23    to make changes to their artwork?

24         A    Yes, yes.

25         Q    And when you were editor-in-chief, I

1    artists to make changes to their artwork?

2         A    Yes.  Not nearly as much as Stan did, but

3    I did it, yes, when I felt it was necessary or

4    advisable.

5         Q    Okay.  And so you testified that the

6    artwork comes in, it's reviewed, changes may be

7    requested, and the writer would add the dialogue in

8    the bubbles; is that --

9         A    Yes.

10        Q    Okay.  And what happens after all of that

11   has occurred at Marvel?

12        A    The next step is led to the letterer who

13   generally lettered it in ink, right, directly on the

14   page.  The first ink on the page was generally the

15   letterer's.  That was the next step.

16        Q    And what do you mean by lettering?

17        A    Take -- looking at the writer's script,

18   which was generally on a separate, typed page, and

19   transferring that over, you know, to letter that, in

20   all capital letters in those days, directly on the

21   page in the general balloon area where the writer

22   had indicated for the captions, the whatever.

23             Of course the writer didn't -- sometimes

24   they misjudged how much space it would take and so

25   forth, so we had to have letterers that understood

Page 130

1    the whole process and could fit things in or know

2    when there was a problem.

3        Q    And in your experience, would Stan also

4    look at where the bubbles had been placed on the

5    pages?

6        A    Mostly in the early days of some writer,

7    me in particular because I worked so closely with

8    him, and a little bit with other people.  More and

9    more, that was left to me, because one of the things

10   that he saw that I had right away is that I had a

11   very good understanding of how to place balloons.

12   And some writers didn't.  You know, I mean, because

13   they're not artists.  I wasn't either.  But they

14   wouldn't quite know -- the idea, Stan did not want

15   all the balloons placed at the top of the page as

16   more standard in comics.  He wanted to be able to

17   put some in other spots to cover up dead areas, and

18   that way he could get an extra few words in to give

19   a little more personality to things.

20           And some of the writers would cover up

21   too much space or something.  And some of them were

22   very good and some of them were not so good.  But we

23   were kind of desperate, and we just kept trying to

24   tell them to be a little better and, you know, do

25   the best we could, and it mostly worked out.

1    Q    And after the letterer does -- applies

2    the lettering to the artwork, what happened next?

3    A    Well, either directly through the mail or

4    through the office, it went to the inker, which

5    usually was not the same pencil.  It could be, but

6    like as with Ditko, but it was usually not the same

7    person.

8    Q    And who decided who would do the inking

9    on a comic issue?

10    A    Well, the ultimate person was Stan, or

11    later me as editor-in-chief if Stan didn't disagree.

12    Sometimes in some areas the production manager would

13    make that based on who was available and, you know,

14    what a deadline was, because, you know, but he

15    pretty well knew, you know, his artists.  And Stan

16    would like them.  If there was any kind of question,

17    he would check with me or with Stan because we were

18    the -- at various times, the ultimate authority on

19    it.

20    Q    And what did the inkers do?

21    A    They applied ink to the line.  And it

22    wasn't necessarily just going over the line, some of

23    them did more, some of them did less.  They

24    embellished it more, gave it a more illustrative

25    look, this or that.

1          Sometimes we even asked them to, you

2    know, redraw a little something simple.  We didn't

3    want to do that much because they weren't -- you

4    know, they were being paid as inkers.  But once in a

5    while, "Can you fix this hand" or "Do this and

6    that," or put -- you know, something like that.  But

7    mostly it was just inking what was there and adding

8    a little embellishment and feeling to it.

9         Q     Okay.  And when the work comes back from

10   the inker, comes back to the office; is that

11   correct?

12        A     Yes.

13        Q     Okay.  And what happens then?

14        A     Then it would be proofread.

15        Q     And who did the proofreading?

16        A     Well, in the early days, Stan did the

17   original proofreading on pretty much everything, but

18   he gradually relinquished some of that to me.  He

19   always proofread his own stuff and major things.  He

20   stopped proofreading most of my stuff after the

21   first few months.  He would read the first and last

22   page, and said if he thought -- if that was okay, he

23   figured the rest and the middle was okay.

24             It depends.  Sometimes it was a

25   spot-check kind of thing.  He'd let it go but then

1   suddenly he'd want to -- he'd look over something

2   because he just wanted to check and see how things

3   were going.

4           And we had -- later on, by the time I was

5   editor-in-chief, we would have another assistant

6   editor, too, who would be doing the proofreading,

7   you know, and if it wasn't -- and if I hadn't read

8   it, they'd at least be doing backup proofreading.

9   It was various combinations, depending on what the

10  book was, who the artist was, et cetera.

11      Q     And could Stan Lee or yourself make

12  changes to the artwork at this stage of the process?

13      A     Yes.

14      Q     And could you ask that the -- the artist,

15  whether that was the pencilers or the inkers, make

16  changes to the artwork at that part?

17      A     Yes, or to have a production artist, you

18  know, do it.  But as quite often, we didn't want to

19  have to call the original artist to come in maybe

20  from Long Island or somewhere.  You know, we lost

21  time, he lost, you know, work time and so forth.  So

22  we tried to do it without dragging people inasmuch

23  as we could.

24      Q     And same question with respect to the

25  writing or the lettering, could Marvel make changes

Page 134

1    to the wording/dialogue at this stage in the
2    process?
3         A    Yes.  Of course it was more trouble once
4    it's -- once it's lettered because then it's time
5    and money to have it relettered.  And your office
6    letterer would probably not be quite as good as the
7    person who did the lettering originally.  So again,
8    you had to take all these things into consideration.
9         Q    And -- okay.  So what happens after
10   either yourself or Stan Lee approves the comic?
11        A    Well, at around this time -- same time,
12   actually, because, again, of the looming deadline at
13   all times, the artwork would be photostatic, or
14   whatever the precise process was, into copies for
15   the colorist.  This was done at a smaller size, more
16   like typing paper size.  And the colorist would
17   color that, actually do the coloring with these
18   various old dyes to indicate.  And then in addition,
19   in those days, mark on with numbers what the color
20   was to make sure they would be interpreted by the
21   people who were actually then making the plates.  It
22   would say like Y3, which would be a particular like
23   light tone of yellow, as opposed to Y, which is the
24   straight yellow, that kind of thing.
25        Q    Okay.

1      A      That was being done while the other

2    processes were going on once the artwork arrived.

3      Q      And the folks that were adding the color,

4    did they have a name like the folks applying the ink

5    were inkers?

6      A      We called them -- we just called them

7    colorists, yeah.

8      Q      And to your knowledge, Mr. Thomas, is the

9    process that we just went through, the same general

10   system -- you know, that is plot, pencils, dialogue,

11   lettering, inking, coloring -- was that process or

12   system followed at Marvel during the relevant time

13   period?

14     A      Yes.  Some what we sometimes called

15   "script in advance" or "full script method," came in

16   especially on something like the horror stories that

17   were shorter stories and occasionally other things

18   where some writers or some artists felt more

19   comfortable getting a full script instead of doing

20   it the other way.

21           Again, the writer was still the initial

22   person in all that.  But we kind of discouraged that

23   on the superhero thing.  We preferred to have those

24   done by the so-called "Marvel method" of, you know,

25   plot, then pencils, then dialogue, because we felt

```
 1    BY MS. LENS:
 2         Q    But Mr. Thomas, turning back --
 3              MR. TOBEROFF:  Let me correct you.  You
 4         said you wanted to take a break, and the break
 5         got extended because of that but you had taken
 6         a break for ten minutes regardless.
 7    BY MS. LENS:
 8         Q    Okay.  Mr. Thomas, you testified earlier
 9    that you were paid a salary when you were -- for
10    your editorial responsibilities and staff writing
11    responsibilities at Marvel; is that correct?
12         A    Yes.
13         Q    Okay.  And you also testified that you
14    were separately paid on a per-page basis for your
15    freelance writing assignments from Marvel --
16         A    Yes.
17         Q    -- during the relevant time period,
18    correct?
19         A    Yes.
20         Q    Okay.  How was that per-page rate set?
21         A    Stan -- he had to have Martin Goodman's
22    approval for that or for any raise but otherwise it
23    was his decision.
24         Q    And I believe you testified that you were
25    paid by check; is that right?
```

```
 1    the company which I had never heard before I went to
 2    work for them.
 3         Q     And you testified previously that you
 4    recalled that at least some of the checks you
 5    received contained language on the back of them?
 6         A     Yes.
 7         Q     Do you recall what that legend said?  And
 8    if it varied over time, please let me know.
 9         A     I think there might have been a couple of
10    versions.  They -- what they all amounted to was
11    that -- paraphrase in some way, I don't know, but
12    basically it was saying that I was -- you know, I
13    was signing this check, and I had no ownership, you
14    know, of -- or claim on, you know, anything I had
15    done for the company and so forth.  It was just a
16    legalese way of saying things -- saying that as far
17    as I could wade through it.
18         Q     Do you have a copy of any of the checks
19    that you received during the '60s -- strike that.
20               Do you have a copy of any of your checks
21    you received from Marvel during the relevant time
22    period?
23         A     Sadly, no.
24         Q     And did you receive royalties on the sale
25    of any comic books that you worked on in the '60s or
```

Page 140

1    '70s from Marvel?

2         A    No.

3         Q    Do you receive any sort of -- strike

4    that.

5              Do you receive profit participation on

6    the -- for the sale of comics that you worked on in

7    the '60s or '70s?

8         A    No.

9         Q    Then do I understand -- strike that.

10             Was the financial success of any work

11   that you contributed to a factor in your

12   compensation at Marvel during the relevant time

13   period?

14        A    Only indirectly.  If I was selling comics

15   fairly well at least and doing what they wanted me

16   to do, you know, there would be a raise or -- some

17   years, a bonus, depended on -- that depended on

18   overall sales.

19        Q    But other than that, no?

20        A    No.

21        Q    And so if a -- you got paid the same

22   whether the comic was a hit or a flop; is that

23   right?

24        A    Per page at the time, yes.

25        Q    And if a comic that you worked on lost

1   money from Marvel, Marvel didn't take that out of

2   your paychecks, right?

3       A    No.

4       Q    Did you -- were you provided with the

5   sales figures for the books that you did freelance

6   writing on?

7       A    I -- Stan would show them to me from time

8   to time as time went on.  In the early days, not so

9   much, later I began to see some of them.  I usually

10  didn't get my own individual copies of them.  Maybe

11  I did later when I was editor-in-chief.  I don't

12  recall that much about it, but he would show me or

13  mention to me particular things, and more as time

14  went on.

15      Q    As you progressed up into the ranks?

16      A    Yes, yes.  As he got more interested in

17  giving me more authority or responsibility, he

18  wanted me to know more about them.

19      Q    Did you see the figures what Marvel paid

20  for rent, salary, page rates, distribution, all

21  those things?

22      A    No.  I only had little bits and pieces of

23  information I knew from individual people, but no,

24  there was no systematic way of showing me that.

25      Q    And how about other freelance writers

Page 142

1    during the relevant time period, is it your

2    understanding that they were also paid on a per-page

3    rate?

4         A    Yes.

5         Q    And same question with respect to

6    freelance artists, how were they paid during the

7    relevant period?

8         A    There was a page rate, you know, for

9    penciling, for inking, separate rates.  Or if they

10   did them both, they got, you know, the same.  But it

11   was a page rate.

12        Q    Same page rate -- strike that.

13             Colorists and letterers were also paid on

14   a per-page rate; is that correct?

15        A    Yes.

16        Q    And to your understanding, did any

17   freelance contributors at Marvel during the 1960s

18   get paid royalties or other profit participation on

19   the comics that they worked on?

20        A    I'm not aware of any.  I thought not.

21        Q    And did the -- to your understanding, did

22   the per-page rate that Marvel agreed to pay the

23   freelancers, did that include any revisions that

24   were requested by Marvel?

25        A    It was just a flat rate.  Marvel didn't

Page 143

1    generally pay extra for revisions.  There might have

2    been exceptional cases and so forth that I didn't

3    even hear much about.  But generally speaking, if

4    you just -- you know, if you had to revise

5    something, they felt you hadn't done it right in the

6    first place or something, sometimes it was a source

7    of friction, but that was the rule.

8         Q    And in your experience on the occasion

9    when pages may have been rejected by Marvel for

10   freelancers, would they still be paid for those

11   rejected pages?

12        A    I didn't usually see the record.  They

13   had probably been paid for them in the first place,

14   but they weren't going to be paid to, you know, redo

15   them.

16        Q    Looking back at Exhibit 62, which is your

17   AlterEgo 50.

18        A    Yes.

19        Q    And I'd like to direct your attention to

20   314.

21        A    314.  Okay.  All right.

22        Q    And you see that the highlighted part

23   towards the bottom of the page, "Stan made it

24   possible for guys like him and Bill to go on working

25   and nobody was looking to get rid of them.  In fact,

Page 144

1   Stan would get angry if any artist to whom he had

2   made even an informal commitment on Marvel's part

3   suddenly had a ton of time on his hands when they

4   wanted to be working."

5            Do you see that?

6       A    I recognize the statement, but I don't

7   see it -- oh, yes, yes, now I see it.  It just took

8   a second.  Yes, that's the paragraph that's

9   highlighted.

10      Q    And you stand by that statement, that was

11  consistent with your understanding?

12      A    Yes, it is.

13      Q    Okay.  And the highlighted part below

14  that, can you please read that?

15      A    Beginning where?

16      Q    "That was one of the practices of

17  Stan's."

18      A    Oh, let me see here.

19           Oh, yeah, okay.  I was thinking it was

20  further down.  Yes -- did you want me to read it?

21      Q    Out loud, please.

22      A    Yes.  "That was one of the practice of

23  Stan that I took to quite naturally.  If you told an

24  artist you were going to 'keep him busy,' then you

25  damn well better find a way to do it.  It was the

1    writers, editors, and production manager's

2    responsibility to see to it that regular artists

3    always had work at hand and didn't have much

4    downtime where they weren't making any money just

5    because a writer couldn't even bother to come up

6    with a plot when he was supposed to.  There's not

7    much thought about that in the field any more."

8         Q    Okay.  And is that an accurate reflection

9    of one of Stan's practices to keep the freelance

10   artists busy?

11        A    Yes.

12        Q    And do I understand correctly that you

13   similarly followed that practice?

14        A    Yes.

15        Q    And was that also true with respect to

16   the freelance writers?

17        A    Well, their part in that was to get the

18   plots to the artists when they were supposed to so

19   that an artist wasn't calling us to complain and

20   say, "I have no work to do" because I can't do

21   anything until the writer, you know, sends me

22   something or calls.

23        Q    Okay.  You testified earlier that

24   freelance writers at Marvel were assigned to

25   particular comic issues either by the

1    editor-in-chief or the -- or by you, correct?

2         A     Yes.

3         Q     And did freelance writers for Marvel have

4    the ability to assign themselves to write a

5    particular comic book or issue?

6         A     No.

7         Q     And was that true from 1965 when you

8    started at Marvel through the 1970s?

9         A     Yes.

10        Q     And do you have an understanding of

11   whether the process was any different in the early

12   '60s before you joined Marvel?

13        A     No.  I mean, I think it was the same.

14        Q     And what's the basis for your belief that

15   it was the same?

16        A     Well, Stan was doing most of the writing

17   at that period, so he was mostly assigning it either

18   to himself or to his -- or some of it to his

19   brother, so he was handing out all those

20   assignments.

21             He almost had no choice.  Someone had to

22   do it and it was him.

23        Q     And let's switch to talking about the

24   freelance artists.  Did freelance artists at Marvel

25   have the ability to assign themselves to pencil a

1    particular comic book or issue?

2         A    No.

3         Q    And same question with respect to inkers,

4    did the inkers have the ability to assign themselves

5    to ink any comics or --

6         A    No.

7         Q    -- issues?

8              No.  And that was true from '65 through

9    the 1970s?

10        A    Yes.

11        Q    And do you have any reason to believe

12   that the process was any different in the early

13   1960s before you joined Marvel?

14        A    No.

15             MR. TOBEROFF:  Lacks foundation.

16   BY MS. LENS:

17        Q    What's the basis for that understanding?

18        A    Well, again, Stan was doing the writing.

19   I mean, most of the writing and making all the

20   assignments.  He was the editor.  And, you know,

21   basically, as far as the publishers, they were

22   working for them, so that was Stan's responsibility.

23        Q    And you never heard that there was a

24   different system in place in the years prior to you

25   joining, right?

Page 148

1              MR. TOBEROFF:   Leading.

2    BY MS. LENS:

3         Q    Let me strike that.  Did you ever hear

4    that any freelance writers or artists had the

5    ability to assign themselves to a comic book series

6    before you joined Marvel?

7              MR. TOBEROFF:   Leading based on the prior

8         leading question.

9         A    I did not.

10   BY MS. LENS:

11        Q    And once a particular freelance, whether

12   that be a writer or an artist, was assigned to a

13   comic book series by Marvel, could they be taken off

14   that series by Marvel?

15        A    Yes.

16        Q    And who had that authority?

17        A    Basically mostly Stan, unless the

18   publisher interfered in some way.

19        Q    And did you have that authority as well?

20        A    Increasingly and in varying degrees.

21        Q    Do you recall any -- well, strike that.

22             Why would freelancers be removed from

23   comics by Marvel?

24        A    For any number of reasons.  It might be

25   lateness, undependability.  It might be Stan

1  decided -- or later I -- that they just weren't

2  doing the right job, or even if they were okay, it

3  might be that somebody else might do a better job or

4  that it was a little bit of musical chairs might get

5  us a better arrangement of people.  And it could be,

6  just, any number of reasons that you felt it would

7  work better with a different artist, Stan or I would

8  just decide to make the change.  Of course, we had

9  to take the artist's feelings sometimes in

10  consideration, but that was just what we did.  I

11  mean, basically, it was our decision or Stan's

12  primarily.

13       Q     And what did you mean by "musical chairs

14  to get you a better arrangement of people"?

15       A     Marvel was always accused of changing

16  artists so much, and the readers would tend to think

17  that Marvel's changing artists around from this book

18  to that book just to make -- you know, just to upset

19  the reader or to change things.  It was usually

20  because, you know, Jack Kirby could only draw so

21  many pages.  If suddenly Stan wanted him to do

22  something else, he had to give up something else.

23  It was just constantly a fight to make the best use

24  of the resources you had, especially in the early

25  days when money was less available.

1      Q      Can you think of any specific examples in

2   which you moved freelancers off particular Marvel

3   comic books?

4      A      Several.

5      Q      Okay.  Can you give us a couple of those

6   examples, please?

7      A      Well, strangely enough, they mostly

8   seemed to have to do with Don Heck.  You know, the

9   first one was that Stan took -- Stan made the

10  decision to remove Don Heck as the regular penciler

11  of The Avengers for a few months and have a new,

12  returning artist, John Buscema draw The Avengers

13  with me as the writer, because Don Heck was

14  supposed -- was going to do an Avengers annual, it

15  was like two or three stories in one.

16         So -- and then whenever that period was

17  over, I liked Buscema's work so much that I wanted

18  to keep him on as The Avengers' artist, so I talked

19  Stan into assigning Don, you know, to something

20  else, so he still didn't lose any pay, but he didn't

21  -- had to try -- move on to another.

22         And then the other time was -- if you

23  wanted the another time -- you said a couple.

24         The other time was when I suddenly came

25  up with the idea in 1969 to revamp the Captain

Page 151

1   Marvel or Marvel character we were talking about

2   before because he didn't seem to be going anywhere,

3   he didn't look right.  And I suddenly woke up with

4   an idea to do something.  And I told Stan I would

5   like to take over the book as writer and do it

6   myself.

7            And I already had set a plot at that time

8   for that issue to take over to Don Heck.  He hadn't

9   started on it yet, but it was in the mail to him,

10  when another artist who I didn't really know well

11  but admired very much, Gil Kane, came walking in and

12  told Stan that he would like to draw Captain Marvel.

13  He had no idea what was going on in it, he just

14  thought it would be an interesting thing to try to

15  do something with that kind of "nothing" character.

16           So Stan and I agreed that Gil should

17  become the artist.  So we took the synopsis back

18  from Don Heck, gave him something else to do and

19  gave it to Gil.  We did things like that, not

20  lightly, but sometimes it just seemed the best thing

21  to do.

22     Q    These examples you provided, are those

23  consistent with the general practices at Marvel with

24  respect to the ability to move artists around?

25     A    Yes, very much so.

1      Q      And did artists start working on pages

2   for a comic before discussing the plot or synopsis

3   with Stan or the writer?

4      A      I can't think of any instances where they

5   did.

6      Q      Are you aware of any instances where one

7   of the defendant contributors submitted artwork to

8   Marvel for an existing comic book series that he

9   hadn't been assigned to?

10     A      No, unless you counted the sample page

11  that Gene Colan did of Tomb of Dracula before it

12  actually got, you know, really started.

13     Q      And that was, I believe you testified,

14  because Gene Colan was essentially vying for that

15  assignment, correct?

16     A      Yes, he just sent us like a sample page,

17  and that's what we --

18             MR. TOBEROFF:   Leading.

19  BY MS. LENS:

20     Q      And are you aware of any instance where a

21  defendant contributor submitted a plot or synopsis

22  to Marvel for an existing comic book series that he

23  hadn't been assigned to?

24     A      No.

25     Q      Any instances where defendant

1    contributors submitted scripts or dialogue to Marvel

2    for a series that he hadn't been assigned to?

3         A     No.

4         Q     Are you familiar with the term "on spec"

5    or "on speculation"?

6         A     Yes.

7         Q     And does that term mean to you?

8         A     It just means you decided to do something

9    on your own, and then decide if -- hope, you know,

10   maybe you can sell it, get someone to buy it or pay

11   you for it.

12        Q     Okay.

13        A     Or something.

14        Q     And during -- to your knowledge, during

15   the relevant time period, did Marvel buy plots or

16   synopses on spec from any of the defendant

17   contributors?

18        A     No, that wasn't our practice.

19        Q     And to your knowledge, during the

20   relevant time period, did Marvel buy scripts or

21   dialogue on spec from any of the defendant

22   contributors?

23        A     No.

24        Q     To your knowledge during the relevant

25   time period, did Marvel ever buy any artwork on spec

Page 154

1   from any of the defendant contributors?

2          A      No.

3          Q      And to your knowledge, during the

4   relevant time period, did Marvel ever buy any

5   characters on spec from any of the defendant

6   contributors?

7          A      No.

8          Q      Now, you've mentioned -- strike that.

9                 When assignments were given by Marvel to

10  writers and artists, how long did they have to

11  complete that assignment?

12         A      Well, it varied.  It always seemed to be

13  a rush.  You know, usually it was something on a

14  schedule.  It might even already be late.  So, you

15  know, they had a week or a couple of weeks or

16  something, not a very long time.  It depended on,

17  you know, the -- what they knew of the speed of the

18  artist and what the schedule and the deadline was.

19  That varied.

20         Q      And -- but do I understand correctly that

21  Marvel would give them a deadline?

22         A      Yes, there was always a deadline.

23         Q      And who determined what the freelancer's

24  deadline would be?

25         A      That was the -- I was very happy about

1    this when I was editor, that was mainly the job of

2    the production manager.   Stan had given that out so

3    he wouldn't have to handle that type of thing

4    because that was a whole job in itself, and as soon

5    as he could afford to hire a production manager, he

6    dumped all that on that position.

7          Q       And do you have an understanding why

8    Marvel provided freelancers with deadlines?

9          A       Well, the books are due -- were due to

10   come out every month or every couple of months, and

11   if nothing showed up at the printer at the time,

12   Marvel had to pay, you know, for just as if there

13   had been a book or pay late -- even if it just came

14   in a few days or a week or so late, they would have

15   to pay what they called "late fines," and in a day

16   where there wasn't a lot of profit in an individual

17   issue of a comic, that was a very strong motive.

18         Q       Were the freelancers expected to follow

19   the deadlines that Marvel provided to them?

20         A       Yes.

21         Q       Could a Marvel freelancer or freelance

22   artist or writer set their own deadlines?

23         A       Maybe in their heads, but they had to

24   follow ours, yeah.   They might be late, but they

25   were supposed to try to make it, yes.

Page 158

1    a year or so, they may have rewritten that and so

2    forth it seemed to me.  But again, I don't have any

3    copies, so it's based on 50-plus-year --

4        Q    Understood.  My question is, do you

5    recall whether -- was there a difference between the

6    language that was on the back of your freelance

7    checks and the language that you believe was on the

8    back of your salary checks?

9            MR. TOBEROFF:  Assumes facts.  Lacks

10       foundation.  Misstates his testimony.

11       A    At the time it just -- as far as I knew,

12   it seemed to be the same language.  There was -- it

13   was -- the checks were for different things, but,

14   you know, if there was any language on anything, it

15   tended to be the same for a period of time.

16   BY MS. LENS:

17       Q    Do you recall instances in which Marvel

18   paid an artist their per-page rate for their artwork

19   but decided not to publish it?

20       A    There were a few instances like that.

21       Q    Okay.  Let's look at Exhibit 62 again.

22   Turning to page 304.

23       A    304 is back on 2 here?

24            Okay.  304.

25       Q    And do you see the portion that's

Page 161

1    let's switch to the covers briefly.

2         A     All right.

3         Q     Were the covers usually drawn by the same

4    artist that did the interior work on that issue?

5         A     No, it could be the same, it could be a

6    different artist.  Depended on who's available or

7    what Stan wanted or any number of factors.

8         Q     And who decided who would draw the cover?

9         A     Generally speaking, that would be Stan,

10   at least until I became the editor-in-chief.  But he

11   was subject to various opinions of the publisher who

12   either felt certain artists weren't that good or

13   whatever.

14        Q     And that's Martin Goodman you were --

15        A     Martin Goodman, yes.

16        Q     And who, if anyone, had the right to

17   request revisions to covers?

18        A     Well, Martin Goodman as the publisher or

19   Stan as the editor.  Later myself as

20   editor-in-chief.

21        Q     And were -- strike that.

22              Let's go ahead and show you what's been

23   marked as Exhibit 31, which is been Bates stamp

24   2021MARVEL-71572.

25              (Previously marked Exhibit Number 31,

1    supervised the creation of the issue?

2        A    Well, Stan did, you know, yes, over me.

3        Q    And did he -- who supervised -- who, if

4    anybody, supervised Don Heck?

5        A    It would be a combination of Stan and

6    myself.  I would be the day-to-day, but Stan was the

7    one who was, you know, basically assigned -- made

8    the assignment to Don several issues before to

9    become the regular Avengers' penciler.

10        Q    And can you tell if Exhibit 76 has any

11    relation to Exhibit 31 which was The Avengers plot

12    that we just looked at?

13        A    Well, yes.  Don took the plot, and this

14    is his adaptation and realization of it, taking what

15    I wrote and turning it into what he felt would be

16    good drawings based on it to tell the story.

17        Q    And so do I understand correctly that

18    Exhibit 31 is the plot that you drew and provided to

19    Don Heck for what became Avengers Number 39, which

20    is Exhibit 76?

21        A    Yes.  "Wrote," rather, drew.  Yes, it's

22    the plot that I wrote out and sent to him for the

23    issue.

24        Q    Thank you for that correction.

25            And at Marvel during the relevant time

1      A      I didn't write -- again, Thor I mostly

2    wrote in that context in the Avengers.  I don't

3    remember if I ever -- by the early '70s, I might

4    have written a couple issues of Thor, but I didn't

5    write too much.  Most of the things I did with him

6    were later.  He was a member of the Avengers.  But,

7    again, I wouldn't have been creating characters

8    specifically for him.  It would have been a general

9    Thor or whatever of the Avengers.

10   BY MR. TOBEROFF:

11      Q      So I'm going back to your various

12   positions that you discussed when Molly was asking

13   you questions at Marvel starting in July 1965 where

14   you were briefly a staff writer and then it morphed

15   into assistant editor.  Is that correct?

16      A      Yeah, editorial.  We never used the term,

17   but that's a good way to refer to it.

18      Q      And then towards the end of 1996,

19   beginning of 1997?

20      A      1990s you're talking about?

21      Q      1966.

22      A      Oh, '66.

23      Q      Beginning of 1967.

24      A      Uh-huh.

25      Q      You became associate editor?

1       A     Yes.

2       Q     And then in mid to late '72 to

3    September of 1974, you were editor-in-chief at

4    Marvel?

5       A     No, it was earlier than '74.  It was

6    either spring or early summer.  I'm not sure of the

7    exact time.  It wasn't late '72.  It was earlier

8    '72, the first half of it.

9       Q     No.  I said -- you started in mid --

10      A     You said late '72.

11      Q     No, mid to late '72.

12      A     Oh, well, it was -- I started -- I

13   started not in late.  It was mid or --

14      Q     Mid '72?

15      A     Something -- whatever you want.  I don't

16   know the month.

17      Q     Then you left approximately Labor Day of

18   1974?

19      A     Yes.

20      Q     Then you were paid a staff salary -- you

21   were paid a salary for all these staff positions?

22      A     Yes.

23      Q     What Marvel company employed you for each

24   of these positions?

25            MS. LENS:  Objection to form.  Objection

Page 276

```
 1    BY MR. TOBEROFF:
 2         Q     And did you still write on a freelance
 3    basis when you became editor-in-chief?
 4         A     Yes.  I was expected to or asked to.
 5    They wanted me to.  I did less of it because I was
 6    busy, but I still continued.
 7         Q     And throughout these position -- you've
 8    testified previously that you would receive separate
 9    checks for your salary as a staff member and
10    different checks for your freelance material; is
11    that correct?
12              MS. LENS:  Freelance work you mean?
13         A     I think those were always separate
14    checks.
15    BY MR. TOBEROFF:
16         Q     And that -- and that procedure was the
17    same throughout all your positions, including when
18    you were editor-in-chief?
19         A     Yes, up through -- I don't know when the
20    writer or creator contact pushed it in '74, I guess
21    that changed in some way.  I'm a little vague on it.
22    But, yes, I always received both freelance and staff
23    checks up through, you know, late '74.
24         Q     And during the time you worked at Marvel,
25    did Marvel sometimes -- you testified previously
```

Page 286

1    new comic line or feature in a new character began

2    or when it was killed off but that he wouldn't

3    approve each comic book.

4              MS. LENS:  Objection.

5    BY MR. TOBEROFF:

6         Q    Is that correct or incorrect?

7              MS. LENS:  Objection.  If you're going to

8         represent his testimony, you should show it.

9         We have all of his testimony here.

10             I object to the preamble and the

11        purported attempt by Mr. Toberoff to

12        characterize your testimony, Mr. Thomas.  You

13        should answer truthfully but not feel compelled

14        to answer as to his characterization.

15        A    I don't remember if he saw the interior

16   of every comic book.  He was entitled to if he

17   wanted to.  And sometimes I know he looked at them

18   because he would complain about this or that.  His

19   main concern was the covers.  But he had access to

20   other things, but I wasn't -- we were at the other

21   end of the hall, and I never really heard or saw how

22   much he looked at the interior of the books.  But he

23   obviously did sometimes.

24             Sometimes he might do it after they were

25   published and object to something.  But that was

Page 290

```
 1    something specific -- Stan was freelance, was on my
 2    freelance.
 3         Q    I'm sorry?
 4         A    Everything I did at home was counted as
 5    being freelance even though I was being paid a staff
 6    salary, like a five-day salary.  But those two days,
 7    anything I wrote at home was counted as my doing
 8    freelance writing.
 9         Q    And were those two days the work days or
10    on days of -- work days, Monday through Friday, or
11    were they the weekend?
12         A    No, it was all -- that's all on a
13    Monday-through-Friday basis.
14         Q    So two of the five days you would write
15    freelance material at home?
16         A    Yes.
17         Q    And what was Stan's practice?
18         A    Pretty much the same, except, you know,
19    he had started earlier and decided I should do the
20    same thing because they could get more out of me
21    that way.
22         Q    Is it your understanding that Stan Lee
23    was also paid by the page for the freelance
24    material?
25              MS. LENS:   Objection to form.
```

Page 291

1          A       My understanding was that he had a rate.

2     I didn't know that much about or what it was or

3     whatever else because he didn't discuss that with

4     me.  But it was a similar situation to mine except

5     of course better.

6     BY MR. TOBEROFF:

7          Q       And did Stan ever tell you why he wanted

8     you to take the same days off?  Do you recall what

9     days of the week that was?

10         A       It was usually, you know, Tuesday and

11    Thursday, I think.  It was pretty steady, and it was

12    regular two days.  It wasn't just whatever two days

13    I wanted off.  It was -- it had to be kind of a

14    regular thing.  I might have varied a little bit.

15    But usually it was like a Tuesday -- Tuesdays and

16    Thursdays.  He just wanted to get more work out of

17    me.

18         Q       No, but did he ever tell you why he

19    wanted it -- in the same days he was writing

20    freelance material at home, he wanted you to write

21    freelance material at home?

22         A       He said he wanted me there when he was

23    there.

24         Q       At the office?

25         A       Yes.  He felt otherwise we wouldn't have

1    as much contact.  If I was off two days and he

2    wasn't there, we'd only see each other once a week,

3    and he didn't want that.

4         Q     Now, in 1974 did Cadence suddenly have

5    writers sign special acknowledgments about the work

6    they had done for Marvel previously?

7              MS. LENS:  Objection to form.

8         A     I don't remember that.  1974?

9    BY MR. TOBEROFF:

10        Q     Starting in about 1974.

11             MS. LENS:  Same objection.

12        A     They may have.  I do not remember any --

13   any specific thing at that time.  It could have

14   been, but I don't recall it.  Because I had my own

15   writer/editor contract, and that was about all I

16   went by.

17   BY MR. TOBEROFF:

18        Q     You previously discussed how freelance

19   writers were paid for their pages based on a page

20   rate, right?

21             MS. LENS:  Objection to form.

22        A     Yes.

23   BY MR. TOBEROFF:

24        Q     Was the page rate based on the amount of

25   time a freelance writer or artist had spent creating

1    the particular material?

2         A     It was based entirely on the page,

3    whether it took ten minutes to write or an hour to

4    write or five hours to write.

5         Q     So it wasn't based on the amount of

6    time --

7         A     It had nothing to do with an hourly rate

8    of any kind, no.

9         Q     Just to be clear, it was a set page rate

10   regardless of how long it took the writer or artist

11   to create the page?

12              MS. LENS:  Objection to form.

13   BY MR. TOBEROFF:

14        Q     Correct?

15        A     That's correct.

16        Q     Do you know how that page rate was

17   determined?

18        A     It was determined between -- originally

19   between Stan Lee and Martin Goodman.

20        Q     And did it vary between the different

21   freelance writers and artists?

22        A     Well, people had different rates.  And of

23   course we'd get raises.  They didn't all have the

24   same rate.  I didn't know what Stan's rate was.  I

25   assumed mine was lower.  Other writers would come in

1          Q      And what if the artist didn't fix the

2     page, were they required to pay for that page?

3               MS. LENS:  Objection to form.  Incomplete

4          hypothetical.

5          A      It's hard to say.  I can't think of any

6     instance where that really happened.

7     BY MR. TOBEROFF:

8          Q      I'm asking -- you spoke about their

9     rights and abilities and authority and discretion.

10         A      Yeah.

11         Q      And previously you testified that they

12    had full discretion to do what they want.

13         A      Yeah.

14         Q      So I'm asking you, were they required to

15    pay for a page that they rejected?

16         A      I don't think they considered themselves

17    required to pay for a page they rejected, no, I

18    don't think they did.  They would then pay if the

19    work -- if a new page came in that they accepted,

20    they would pay for that one.

21         Q      If a freelance artist drew a page and

22    Marvel wanted the artist to redraw the page, what

23    would happen if the artist refused?

24               MS. LENS:  Objection to form.  Incomplete

25          hypothetical.  Assumes facts not in evidence.

Page 304

```
 1   BY MR. TOBEROFF:
 2       Q     Doesn't look familiar to you at all?
 3             MS. LENS:  Same objections.  Lacks
 4        foundation.
 5       A     No.  It looks like any number of comic
 6   book magicians over the years imitating Mandrake
 7   going back into the '40s.
 8   BY MR. TOBEROFF:
 9       Q     So it doesn't look like any comic book
10   character we discussed today?
11             MS. LENS:  Objection to form.  It's been
12        asked and answered, lacks foundation.
13       A     Because I can't help seeing that the
14   envelope says Steve Ditko, it's obviously -- it
15   bears resemblance to Doctor Strange.  But any
16   character he drew in a cloak and mustache would have
17   a resemblance to Doctor Strange and also to Mandrake
18   the Magician and 100 other comic book magicians that
19   existed between 1940 and 1960.
20   BY MR. TOBEROFF:
21       Q     So you said this character resembles 100
22   other comic book characters?
23       A     Maybe that's an exaggeration but quite a
24   few.  There were a lot of comic book magicians.
25   They were all imitating the comic strip character
```

Page 305

1    Mandrake.  Sateria the Magician at DC, Sargon the

2    Sorcerer at DC.

3         Q      I see.

4         A      Quite a few.  There was a long, long

5    tradition.  Almost every company had a couple of

6    magicians, many of them with mustaches and capes.

7         Q      Did you ever see this illustration,

8    Exhibit 82, prior to today?

9         A      No.  And as someone interested in the

10   history of comics, it's very interesting, but I've

11   never seen it before.

12        Q      How about yesterday?  Did you see it

13   yesterday?

14        A      No, never saw it before.  Interesting

15   history.  I'd love to keep it.  But I guess I have

16   to give it over here.

17        Q      Did you know Chris Claremont.

18        A      Yes.  Still do.

19        Q      When did he start working for Marvel?

20        A      In the very late '60s, he worked there

21   briefly as an unpaid intern, or whatever they called

22   it at the time.  About the first and one of the only

23   ones we ever had.  Then he went away for a couple of

24   years and came back and started working in the early

25   '70s or something.  So I'm not quite sure of his

Page 307

1    ghostwrite --

2         A    For me?

3         Q    Did he ever ghostwrite for you?

4         A    I'm pretty sure he did not.  I don't

5    think I had anyone ghostwrite for me in that period.

6         Q    Was Amazing Fantasy, Volume 1, Number 15,

7    the last issue in the Amazing Fantasy series?

8         A    Yes.  It had changed titles two or three

9    times from Amazing Adventures to Amazing Adult

10   Fantasy to Amazing Fantasy, but that was -- the 15th

11   issue was the last.

12        Q    Why did they kill Amazing Fantasy or

13   stop --

14             MS. LENS:  Objection.

15   BY MR. TOBEROFF:

16        Q    -- publishing it?

17             MS. LENS:  To the extent it lacks

18        foundation.

19             You can answer.

20        A    I of course was not there at the time,

21   but my understanding, in talking to Stan, I believe,

22   later was simply that it was based, of course, on

23   the sales of issues going back three or four months

24   before when it was called Amazing Adult Fantasy.

25   And it had been a comic of four or five per issue,

Page 308

1    little short stories by -- written by Stan Lee and
2    drawn by Steve Ditko entirely, which little Twilight
3    Zone-ish kind of stories with a surprise ending.
4    Kind of cute.  And they tried to market it as more
5    adult comics and so forth.  But it didn't -- it was
6    a cute little comic, but it did not sell.  So, you
7    know -- so that's why Spider-Man got dumped in the
8    last issue, I guess.
9    BY MR. TOBEROFF:
10        Q    When you say "Spider-Man got dumped in
11   the last issue," was Spider-Man first introduced in
12   the last issue of Amazing Fantasy, Volume 1, Number
13   65 -- Number 15?
14        A    He was -- yes, he was introduced in that
15   issue.  That became -- whether scheduled to be or
16   not, it became the last issue.
17        Q    Why would -- why was the main character
18   like that, if you know, introduced in the last issue
19   of another comic book line?
20            MS. LENS:  Objection.  Assumes facts not
21        in evidence.  Objection to form.
22        A    There are too many versions, and Stan
23   would tell me different stories at various times,
24   which indicated he really didn't remember.
25   Sometimes he said it was thrown in because it was

Page 312

1   method.  The original -- before that, Stan and Steve

2   had worked in the usual way.  They would get

3   together, talk over the story.  And then whatever

4   Stan finally approved that Steve should do, Steve

5   would go home and start drawing.

6           But for various reasons, including

7   arguments, disagreements over what to do and

8   things that mostly Steve seemed to be unhappy about,

9   according to things he's written later, they just

10  kind of drifted apart and just -- and Sol Brodsky

11  told me that they were -- and Stan, too -- that they

12  just got to arguing over so many things.

13          And Stan didn't like to argue with the

14  artists.  And he respected Steve and his work so

15  much and was going so well that he decided one day

16  evidently that they just shouldn't speak anymore.

17  From now on, you know, Steve just plotted his

18  stories and dropped them off, and then Stan would

19  dialogue them.

20          So in that sense it was a change because

21  now the plot came -- or the idea of the plot, which

22  ordinarily would have been done by the writer, Steve

23  sort of -- you know, he was doing the plotting from

24  the beginning, and Stan wouldn't see it until it

25  came in penciled.

Page 314

```
 1     the dialogue and the balloons and writes the
 2     captions, would that be referred to as scripting?
 3              MS. LENS:  Objection.  Incomplete.
 4        A     Either scripting or writing.
 5     BY MR. TOBEROFF:
 6        Q     Okay.
 7        A     Depended on -- there was no exact
 8     dictionary anywhere related to comic books as to
 9     what stood for what.
10        Q     And when we talked about Steve Ditko, you
11     said that's a version of the Marvel method.
12        A     Uh-huh.
13        Q     How would you describe the Marvel method
14     otherwise other than that version?
15        A     What I meant by that when you said it was
16     simply that Stan was basically sort of assigning
17     Steve to do it, you know, and wanted him to do it.
18     But -- so what was the exact question here?
19        Q     What generally is meant by the Marvel
20     method?
21        A     The usual thing, which had evolved in the
22     early '60s before my time there, was that the writer
23     would come up with the idea for the story as a plot
24     in whatever form, which would then be penciled, and
25     that the dialogue would be -- and which includes the
```

1          You're right about how the Marvel method

2    seems to have evolved out of a matter of convenience

3    because Stan Lee had to keep a number of artists

4    busy.  And he was the only writer, so he didn't have

5    time to always write a full script in advance for

6    three or four or five different artists.  So he

7    would keep them busy by giving them a plot he could

8    work out in five or ten minutes and then figure

9    that -- that way the artist didn't have the downtime

10   and lose money.

11          And it turned out to have the extra

12   advantage of getting the artist's thoughts of how to

13   pace the story, and maybe the artist would come up

14   with something extra on it.  And when you had

15   brilliant people like Jack Kirby and Steve Ditko,

16   you got that out of them.  It developed into the

17   Marvel method.  It started out just to be some way

18   to keep the artist busy for their sake much more

19   than for Stan's.

20   BY MR. TOBEROFF:

21        Q    Have you read interviews in which Stan

22   Lee has described the Marvel method --

23        A    Yes.

24        Q    -- that he used?

25        A    Besides talking with him about it, yes.

Page 332

1    BY MS. LENS:

2         Q    So no one told you, for example, that in

3    1962 freelance writers weren't working under the

4    supervision of Stan Lee?

5              MR. TOBEROFF:   Leading.   Objection as to

6         form.

7    BY MS. LENS:

8         Q    Let me restate that.

9              Did anyone tell you, when you joined

10   Marvel in 1965, that previously in the 1960s that

11   freelance writers weren't working under the --

12   freelance artists weren't working under the

13   supervision of Stan Lee?

14             MR. TOBEROFF:   Objection as to form.

15        Leading.   Compound.

16        A    No one told me that there had been, you

17   know, any changes.   And Stan had been the editor

18   during that entire period.   The artists and other

19   writers, if there had been any, they all reported to

20   Stan.   And it seemed like that had been the way it

21   had been for at least the last several years.

22   BY MS. LENS:

23        Q    Did anyone tell you, when you joined

24   Marvel in 1965, that freelancers didn't work on a

25   per-page rate in the 1960s before you joined?

1                MR. TOBEROFF:  Objection as to form.

2        A        As far as I knew or was informed, it had

3    always been a paid -- a page rate kind of system for

4    writers and for artists.

5    BY MS. LENS:

6        Q        And did anyone tell you before -- strike

7    that.

8                Did anyone tell you, when you joined

9    Marvel in 1965, that prior to that, that freelance

10   artists didn't work pursuant to deadlines provided

11   by Marvel?

12               MR. TOBEROFF:  Objection as to form.

13       A        No.  No, they didn't.  Obviously there

14   always had to be deadlines.  There were deadlines

15   all the way back to the '30s and the '40s, and that

16   part of it really had never changed.

17   BY MS. LENS:

18       Q        Did anyone tell you, when you joined

19   Marvel in 1965, that prior to that, that Marvel

20   didn't have the right to require freelancers to do

21   revisions at Marvel's request?

22               MR. TOBEROFF:  Objection as to form.

23       Vague.

24       A        No, no one ever told me that.

25

Page 334

```
1    BY MS. LENS:
2         Q      Do you have any reason to believe that
3    that was the case?
4              MR. TOBEROFF:   Same objection.
5         A      No.   Quite the contrary.
6              MS. LENS:   Okay.   No further questions.
7         Of course if Mr. Toberoff asks any questions in
8         his remaining minute, I'll reserve the balance
9         of my time for redirect.
10              MR. TOBEROFF:   I'm starting my stopwatch
11         over.
12                   FURTHER EXAMINATION
13    BY MR. TOBEROFF:
14         Q      When Stan had meetings with freelance
15    writers and artists during the period, were you
16    generally in those meetings?
17              MS. LENS:   Objection to form.
18         A      I wouldn't say generally but sometimes.
19    BY MR. TOBEROFF:
20         Q      What percentage of the times?
21              MS. LENS:   Objection.   Lacks foundation.
22         A      Just a few percent.   Five, ten.   Rather
23    small numbers.   There would usually be some
24    particular reason why he wanted me there, to take
25    notes or whatever.
```

```
 1                     I N D E X

 2                       *****

 3   ROY THOMAS, JR.                              PAGE

 4        Examination by Ms. Lens                    7

 5        Examination by Mr. Toberoff             180

 6        Further Examination by Ms. Lens         328

 7        Further Examination by Mr. Toberoff     334

 8                   E X H I B I T S

 9   NUMBER      DESCRIPTION                      PAGE

10   Exhibit 62  AlterEgo magazine article, Rascally

11               Roy Celebrates 40 Years Since Modeling

12               with Millie No. 44, and a few More

13               Marvel Milestones!

14               2021MARVEL-71288 to 71402          93

15   Exhibit 63  The Jack Kirby Collector,

16               2021MARVEL-0070540 to 70607       175

17   Exhibit 64  Magazine, Comic Book Artist,

18               2021MARVEL-0036207 to 36236       176

19   Exhibit 65  AlterEgo magazine, "Roy Thomas on

20               Marvel in the 1970s!",

21               2021MARVEL-74335 to 74438          45

22   Exhibit 66  10/26/10 Vol. 1 Deposition of Roy

23               Thomas, 2021MARVEL-0043115 to 43320   171

24   Exhibit 67  10/27/10 Vol. 2 Deposition of Roy

25               Thomas, 2021MARVEL-0064804 to 9323   171
```

Page 339

1                    E X H I B I T S

2    NUMBER        DESCRIPTION                          PAGE

3    Exhibit 68  4/12/11 Deposition of Roy Thomas

4                2021MARVEL-0041265 to 41434          172

5    Exhibit 69  4/13/11 Deposition of Roy Thomas

6                2021MARVEL-0123147 to 123387         173

7    Exhibit 70  Trial, 10/13/99,

8                2021MARVEL-0081102 to 81239          174

9    Exhibit 71  Employment Contracts & Correspondence

10               from Roy Thomas, Confidential, 9/1/74,

11               Bates 2021MARVEL-88673 to 88680      51

12   Exhibit 72  Comic:  Tales of Suspense, "The Crimson

13               Dynamo strikes again!  And none,

14               but Iron Man can hope to stop him!"

15               2021MARVEL-0005039 to 5052           76

16   Exhibit 73  Marvel Comics Group Notepad note from

17               Roy to Jerry with comic samples,

18               2021MARVEL-0050273 to 50278          84

19   Exhibit 74  Comic:  Marvel Super-Heroes Featuring

20               Captain Marvel, 2021MARVEL-3353 to

21               3368                                 98

22   Exhibit 75  Comic:  Tales of Suspense Featuring

23               Iron Man and Captain America

24               Number 86, no Bates                  114

25

Page 340

1              E X H I B I T S

2   NUMBER       DESCRIPTION                           PAGE

3   Exhibit 76  Comic:  The Avengers, Number 39,

4              2021MARVEL-0001682 to 1702        163

5   Exhibit 77  Plot:  The Avengers vs. Sub-Mariner

6              (#40),  2021MARVEL-0071516 to 71578   166

7   Exhibit 78  Plot:  Avengers v. Super-Adaptoid,

8              2021MARVEL-0071592 to 71594        167

9   Exhibit 79  Comic:  The Avengers Number 45,

10             2021MARVEL-0001724 to 1744        169

11  Exhibit 80  Subpoena for Roy Thomas           199

12  Exhibit 81  Responses and Objections to

13             Subpoena to Produce Documents,

14             Information, or Objects to Roy

15             Thomas                             211

16  Exhibit 82  Drawing with envelope to Patrick

17             Ditko                              303

18  Exhibit 83  Hero Initiative article, no Bates   326

19

20

21

22

23

24

25

```
                                          Page 341

 1              PREVIOUSLY MARKED EXHIBITS

 2    NUMBER        DESCRIPTION                          PAGE

 3    Exhibit 3    AlterEgo magazine article,

 4                 Conversation with Larry Lieber,

 5                 2021MARVEL-0027468 to 27481          67

 6    Exhibit 8    Article:  Special Stan Lee 85th

 7                 Birthday Issue, 2012MARVEL-0073287 to

 8                 73370                                 156

 9    Exhibit 28   Comic:  The Fantastic Four,

10                 2021MARVEL-0023907 to 23908          169

11    Exhibit 31   Avengers Plot, 2021MARVEL-71572      161

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                    Page 342

 1          REQUESTS FOR MARKED PORTIONS OF TRANSCRIPT

 2      PAGE/LINE     DESCRIPTION

 3      185/8        Question by Toberoff:  Did you ask Marvel's

 4                   attorneys to represent you in this case?

 5      188/14       Question by Toberoff:  Did Marvel's attorneys tell

 6                   you why they were suggesting that they represent

 7                   you?

 8      190/2        Question by Toberoff:  And what did they tell you?

 9      218/13       Question by Toberoff:  What was -- at

10                   that meeting, what was said to you by Marvel's

11                   attorneys?

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 343

1    STATE OF NORTH CAROLINA )

2    COUNTY OF FORSYTH       )

3                    REPORTER'S CERTIFICATE

4                    I, Audra Smith in and for the above county

5    and state, certify that the person hereinbefore named was

6    taken before me at the time and place and was sworn by me and

7    that such deposition is a true record of the testimony given

8    by such witness.

9                    I further certify that I am not related to

10   any of the parties to this action by blood or marriage and

11   that I am in no way interested in the outcome of this matter.

12                   IN WITNESS WHEREOF, I have hereto set my

13   hand this 6th day of February, 2023.

14

15

     <%19326,Signature%>

16   _____

17   Audra Smith

18   Notary Number:  201329000033

19   Commission Expires:  June 26, 2025

20

21

22

23

24

25