# EXHIBIT 3

Page 1

1
2          UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
3    ------------------------------------------X
     MARVEL CHARACTERS, INC.,
4
          Plaintiff and Counterclaim-Defendant,
5
              -against-     Case No.:
6                           1:21-cv-7955-LAK
                            and consolidated
7                           cases, Nos.:
                            21-cv-7957 LAK and
8                           21-cv-7959 LAK
9    LAWRENCE D. LIEBER,
10        Defendant and Counterclaimant.
     ------------------------------------------X
11   MARVEL CHARACTERS, INC.,
12        Plaintiff and Counterclaim-Defendant,
13            -against-
14   KEITH A. DETTWILER, in his capaciity as
15   Executor of the Estate of Donald L. Heck,
16        Defendant and Counterclaimant.
     ------------------------------------------X
17   MARVEL CHARACTERS, INC.,
18        Plaintiff and Counterclaim-Defendant,
19            -against-
20   PATRICK S. DITKO, in his capacity as
     Administrator of the Estate of Stephen J.
21   Ditko,
22        Defendant and Counterclaimant.
     ------------------------------------------X
23                 DATE: October 25, 2022
                   TIME: 9:41 A.M.
24
       (Caption continues on following page.)
25

Page 2

1

2            **REALTIME VIDEOTAPED DEPOSITION**

3     of the Defendant, LARRY LIEBER, taken by

4     the Plaintiff and Counterclaim-Defendant,

5     pursuant to a Court Order and to the

6     Federal Rules of Civil Procedure, held at

7     the offices of O'Melveny & Myers, LLP, 7

8     Times Square, Times Square Tower, New York,

9     New York 10036, before Karyn Chiusano, a

10    Notary Public of the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

 1

 2    A P P E A R A N C E S:

 3

 4    O'MELVENY & MYERS, LLP
         Attorneys for the Plaintiff and
 5       Counterclaim-Defendant
         MARVEL CHARACTERS, INC.
 6       7 Times Square
         Times Square Tower
 7       New York, New York 10036
         BY: DANIEL PETROCELLI, ESQ.
 8       dpetrocelli@omm.com

 9

      TOBEROFF & ASSOCIATES, P.C.
10       Attorneys for the Defendant
         and Counterclaimant
11       LAWRENCE D. LIEBER
         23823 Malibu Road ~ Suite 50-363
12       Malibu, California 90265
         BY: MARC TOBEROFF, ESQ.
13       mtoberoff@toberoffandassociates.com

14

15

16    ALSO PRESENT:
         MARCELO RIVERA, Videographer
17       MOLLY LENS, O'Melveny & Myers, LLP
         DANIELLE FEUER, O'Melveny & Myers, LLP
18       ELI BARD, via Zoom
         JAYMIE PARKKINEN, via Zoom

19

20

21

22              *         *         *

23

24

25

Page 4

1

2      F E D E R A L   S T I P U L A T I O N S

3

4

5        IT IS HEREBY STIPULATED AND AGREED by and

6      between the counsel for the respective

7      parties herein that the sealing, filing and

8      certification of the within deposition be

9      waived; that the original of the deposition

10     may be signed and sworn to by the witness

11     before anyone authorized to administer an

12     oath, with the same effect as if signed

13     before a Judge of the Court; that an

14     unsigned copy of the deposition may be used

15     with the same force and effect as if signed

16     by the witness, 30 days after service of

17     the original & 1 copy of same upon counsel

18     for the witness.

19

20       IT IS FURTHER STIPULATED AND AGREED that

21     all objections except as to form, are

22     reserved to the time of trial.

23

24              *    *    *    *

25

Page 97

LARRY LIEBER

1    second novel. I live alone and my powers of
2
3    recollection are not as good as they once
4    were.  Also, I feel I should tell you that
5    although I worked with most of the people
6    you mentioned, I did not really know them
7    well. A few of them, I have never even met.
8    Stan would give me a one-page plot outline
9    for a story, I would write the script,
10   return it to Stan, who then would have it
11   sent to an artist who, after drawing it,
12   would send it to a letterer and then, it
13   was inked and colored, while I was home
14   working on the next script."
15              And all of that is true; right?
16              MR. TOBEROFF:  Wait.
17        A.    I -- may I say?  I made a
18   mistake in this. And the mistake is would
19   give me a one-page -- I would write the
20   script, return it to Stan and then, would
21   have it sent -- he didn't have it sent to
22   -- to the artist -- to the artist but --
23   and then the letterer, I think it was the
24   reverse:  He had it sent to the letterer
25   and then the artist.

Page 98

1                       LARRY LIEBER

2          Q.      Okay.  But aside from that, the

3    rest of it is true?

4          A.      And -- and --

5                  MR. TOBEROFF:   Read the letter.

6                  MR. PETROCELLI:   Please don't

7        interrupt the witness.

8          Q.      Aside from --

9                  MR. TOBEROFF:   If you want the

10       witness to attest whether something

11       is true or not, I am asking him to

12       read the letter.

13                 THE WITNESS:   You -- you -- you

14       mean this whole -- whole --

15                 MR. TOBEROFF:   No.

16       Just read it.

17                 MR. PETROCELLI:   Timeout.

18       Timeout.

19         Q.      I have a question.

20                 My question to you is:   You

21    gave a clarification.  Aside from that

22    clarification, is what you wrote here true?

23                 (Witness reviews document.)

24         A.      What I -- what I read to you is

25    true.

```
                                      Page 113
 1                    LARRY LIEBER
 2              And after -- I forget whether
 3     it was a year or two years, it was a brief
 4     thing and then, I went back to Marvel.
 5              That's when Stan offered me
 6     the, um, the job in the British Department.
 7         Q.    Which is what?
 8         A.    Well, as an Editor.
 9              And that was the first time I
10     was on staff.  And well, I was in the
11     British Department.
12         Q.    Okay. The time period that I am
13     going to focus on is when you were writing
14     scripts in the early 60's for --
15         A.    That's before?
16         Q.    Beforehand, right.
17              Where, for lack of a better
18     word, I will call it the superhero
19     characters; okay?
20         A.    Yes.
21         Q.    Okay.  And this is at a time
22     when Stan was giving you the plots and you
23     were writing the scripts; right?
24         A.    Yeah.
25              Before -- I think -- I -- there
```

Page 114

1                          LARRY LIEBER
2    was a period where, for seven years, I did
3    that "RAWHIDE KID", which I --
4         Q.    Yes.
5                I was going to ask you about
6    that but I'm -- exactly right because --
7         A.    I don't remember when, now they
8    -- which came (indicating.)
9         Q.    There came a time instead of
10   writing scripts for the superhero
11   characters, based on Stan's plots, you
12   started both writing and illustrating the
13   "RAWHIDE KID's" Comics; right?
14        A.    Yes.
15        Q.    And you had more freedom at
16   that point; right?
17        A.    Yes.
18                Stan didn't even edit it.
19                He said he wouldn't -- I'm on
20   my own.
21        Q.    And you did the "RAWHIDE KID"
22   for around seven years or so?
23        A.    Yes.
24        Q.    And after the "RAWHIDE KID",
25   that's when you went to Atlas; right?

1                    LARRY LIEBER

2     superhero books, starting with The

3     Fantastic 4.

4              That left an opening for the

5     "RAWHIDE KID". Nobody -- and Stan offered

6     me the "RAWHIDE KID".

7          Q.    Well, okay. I am not going to

8     really focus on the "RAWHIDE KID".

9          A.    Oh, but that's how -- in time,

10    it -- it -- I must have started it at the

11    same time as -- as the superheroes was

12    starting, is what I --

13         Q.    Well, I will see if I can

14    refresh your memory on the exact sequence.

15    I know it's been a long, long time ago.

16         A.    Yes.

17         Q.    But I am going to focus on the

18    -- on the work that you did writing scripts

19    based on Stan's plots for the superheroes;

20    okay?

21         A.    Yes.

22         Q.    So, focussing now, not on the

23    "RAWHIDE KID"; okay?

24              Focussing on the characters,

25    like "ANT-MAN", "IRON MAN", "THOR": You

```
1                    LARRY LIEBER
2      wrote scripts based on plots that Stan Lee
3      gave you; right?
4           A.     Yes.
5           Q.     And Stan was the person who
6      gave you the assignments to write a
7      particular script; is that correct?
8                  MR. TOBEROFF:   Objection.
9                  Assumes facts.
10          Q.     You may answer.
11          A.     Yes.
12          Q.     Okay. And in terms of the idea
13     for the stories that you scripted, the
14     ideas came from the plots and synopses that
15     Stan gave you; is that correct?
16                 MR. TOBEROFF:  Asked and
17            answered.
18          Q.     When he objects, by the way,
19     you can answer.
20          A.     Okay.
21                 MR. TOBEROFF:  He knows that.
22          Q.     Unless he tells you not to
23     answer; okay?
24                 MR. TOBEROFF: He knows that.
25                 MR. PETROCELLI:  Well, he's
```

Page 123

1                    LARRY LIEBER

2    script.  And then, I would write the

3    captions on the script, if there were

4    captions in the story on -- on a -- you

5    know, on a sunny Tuesday, so and so and so

6    and so.

7                 And, I would put in the

8    dialogue for each of the characters. So,

9    that's what I mean, I made it into a story

10   from -- from the plot (indicating.)

11        Q.    And Stan Lee came up with the

12   ideas for the characters that would be in

13   the story; right?

14             MR. TOBEROFF:  Vague.

15        A.    Well, may I answer?

16        Q.    Yes.

17             You may answer.

18             MR. TOBEROFF:  You may always

19       answer, unless I instruct you not to

20       answer.

21             Just give me an opportunity to

22       object.

23             THE WITNESS:  Okay.

24        A.    He came up with the main --

25   yeah, I would certainly say the main

Page 124

                         LARRY LIEBER
1
2    characters.
3        Q.    Like "IRON MAN"?
4        A.    Oh, yes.
5        Q.    And "THOR"?
6        A.    And "THOR".
7        Q.    And "ANT-MAN"?
8        A.    Yes.
9        Q.    Okay.
10            MR. TOBEROFF:  That was him.
11       Q.    In fact, all of the ideas for
12   stories came from Stan --
13            MR. TOBEROFF:  Misstates
14       testimony.
15       Q.    -- correct?
16            All the ideas for stories that
17   you wrote scripts for came from Stan Lee;
18   correct?
19       A.    From the superheroes.
20       Q.    Yes.
21       A.    Except the Old West.
22            And yes.
23       Q.    Yes.
24            We are not talking about the
25   westerns.

Page 125

1                    LARRY LIEBER

2          A.      Right. Yes.

3          Q.      Okay.

4          A.      They all came from Stan.

5          Q.      Okay.  When Stan gave you an

6     assignment to do a script, did he give you

7     a deadline?

8               MR. TOBEROFF:   Um --

9          A.   Um --

10              MR. TOBEROFF:   Objection.

11              Again, assuming facts.

12              You may answer.

13         A.   Um, yes.

14              There was a deadline.

15         Q.   What were the typical deadlines

16    you received?

17         A.   I don't recall.

18         Q.   When you were writing scripts

19    for stories received from Stan, where Jack

20    Kirby was to be the artist, Stan would

21    frequently tell you that Jack drew very

22    quickly; is that right?

23         A.   Well, I had known that from --

24    he did most of the monster books at the

25    beginning, so, I knew he drew -- he drew

Page 128

```
 1                    LARRY LIEBER
 2        Q.    And the penciler?
 3        A.    No.  Wait a minute.
 4              The penciler.
 5        Q.    The penciler is first?
 6        A.    Yeah.  It would go to the
 7   penciler.
 8        Q.    Before we go to the penciler,
 9   though, Stan reviewed your scripts?
10        A.    The script, right.
11        Q.    And sometimes, he made changes;
12   right?
13        A.    He.  You know, I don't recall.
14              I recall in the early days of
15   the monsters but I don't recall him making
16   it and --
17        Q.    And as time went on, as you did
18   this more and more, Stan did fewer
19   corrections to make; right?
20        A.    Yeah.
21              That's why I don't recall him,
22   that point.  I don't.
23        Q.    And you understood Stan had the
24   right make the changes to your scripts;
25   right?
```

Page 129

```
 1                    LARRY LIEBER
 2          A.     Oh, of course.
 3          Q.     Other than talking to Stan --
 4               MR. PETROCELLI:  Well, time
 5          out.
 6               (Whereupon, a short recess was
 7          taken.)
 8          Q.    When Stan made changes to your
 9     scripts, did he go over those changes with
10     you or did he just make them and pass them
11     onto to the penciler?
12               MR. TOBEROFF:  Assumes facts.
13               And misstates his testimony
14          about changes.
15               MR. PETROCELLI:  Watch the
16          speaking objections.
17               You don't need to identify the
18          portion --
19               MR. TOBEROFF:  That's not an
20          objection, a speaking objection.
21               MR. PETROCELLI:  Otherwise.
22          You could be inadvertently coaching
23          the witness.
24          A.    Can you repeat that?  I go -- I
25     think I can --
```

```
 1              LARRY LIEBER
 2         "QUESTION: And then, after you
 3    did the assignment and you -- what
 4    would happen?  Then you would bring
 5    it to the office?
 6         "ANSWER: I would grow to the
 7    office --
 8         MR. PETROCELLI:  I think that
 9    means "go."
10         THE WITNESS:  Go.
11         "ANSWER:  -- go to the office
12    with it. Yeah, I would bring it to
13    the office.
14         "QUESTION: And what would
15    happen next?
16         "ANSWER: He would go over it
17    and as I said, if it were in the
18    early years, he might correct or
19    change a line or two. But he always
20    used it. He -- he -- I never had to,
21    you know, go home and do it again. He
22    was very easy. He was showing me.  He
23    said "oh, you could have said this,
24    you could have done that" and he'd
25    make some little corrections. And as
```

Page 134

1                    LARRY LIEBER
2        time went on, he had fewer to make."
3        Q.     And all of that testimony that
4    you gave was true; right?
5        A.     Yes.
6                But I was referring to the
7    years with the monster books.
8        Q.     But he -- he -- Mr. -- your
9    brother, Lee {sic}, continued to review the
10   scripts that you gave for the superheroes;
11   right?
12       A.     I'm sure he -- or I am not
13   sure. Wait a minute.   I shouldn't say "I am
14   sure."
15               I don't know.
16               With the monster scripts, at
17   that point, I brought them in and gave it
18   to him and what he did, I -- I -- I can't
19   recall that.
20               But when I said this, by my
21   language here, I know I was referring -- I
22   said -- he always used to go over it.  He
23   -- he would sometimes just cross something
24   out or tell me "change the word."
25               He did it very easily, that's

1                    LARRY LIEBER

2     correct?

3          A.    Well, when I say "it was the

4     same process," does that imply that -- it

5     was the same -- let me ample: It was the

6     same process in that I wrote the story and

7     I handed it and I gave it to him. It might

8     have been different in that he -- he didn't

9     -- he didn't bother correcting or feel a

10    need to correct me at that point.

11         Q.    But he still had the right to

12    correct you, if he thought the corrections

13    were appropriate?

14              MR. TOBEROFF:   Objection.

15              Calls for a legal conclusion as

16         to "right."

17         Q.    You may answer.

18         A.    In my -- in my -- I -- I would

19    have thought that he did have the right.

20              Yes, I would have felt it.

21         Q.    You're saying that as time went

22    on and your writing style improved, you

23    believe that Stan had less need to make

24    corrections?

25         A.    Yes; absolutely.

Page 138

```
 1                    LARRY LIEBER
 2        Q.     Okay. But if he thought he
 3   wanted to change something, with respect to
 4   the superheroes --
 5        A.     He could.
 6        Q.     -- you understood that he could
 7   change it, if he wanted to; right?
 8             MR. TOBEROFF:  Objection.
 9             Asking a lay witness for a
10       legal conclusion.
11        Q.     You may answer.
12        A.     Yes.
13        Q.     Thank you.
14        A.     It was my understanding that he
15   could.
16        Q.     Okay. That's all. That's what I
17   am asking. Thank you.
18             During this period of time,
19   when you were working on the -- on the
20   Marvel superheroes in the 60's, you never
21   submitted any work to Marvel that had not
22   began assigned to you from Sam -- from
23   Stan; correct?
24        A.     I don't think I did.  No.
25        Q.     Okay.
```

Page 139

1                    LARRY LIEBER

2        A.    To the -- I don't know. I don't

3    think so.

4        Q.    Well, could you take a look at

5    your deposition, at 110?

6              (Witness complies.)

7        Q.    Page 21.

8              MR. TOBEROFF:  When you say 1

9          -- Page 21?

10             MR. PETROCELLI:  No.

11             Page 110.

12             I'm sorry. Line 21.  Line 21.

13        Q.    Do you see the yellow part,

14    that's under -- highlighted, on Page 110?

15             (Witness reviews document.)

16        A.    Yes.

17        Q.    For the period 1958 to 1965,

18    did you ever submit any work to Marvel that

19    hadn't been assigned to you?

20             "ANSWER: No. No."

21        Q.    Do you see that?

22             (Witness reviews document.)

23        A.    Yes.

24        Q.    And that was true testimony;

25    right?

```
 1                  LARRY LIEBER
 2        A.    I -- I -- I believed it, when I
 3   said it.
 4        Q.    Okay.  And that was true for
 5   all of your scripts on the superhero work?
 6        A.    You mean submitting on my own?
 7              Yes. I believe so.
 8        Q.    In other words, all of the work
 9   that you did on the superheroes was
10   assigned to you from Stan Lee?
11        A.    Yes.
12        Q.    Okay.
13        A.    I think so.
14        Q.    Thank you.
15              MR. TOBEROFF:  You have to
16         speak audibly.
17        A.    Yes.  I --
18              MR. TOBEROFF:  We heard you but
19         --
20              THE WITNESS:  Oh.
21              MR. TOBEROFF:  -- I'm saying in
22         the prior answer, you trailed off.
23         You trailed off.
24              You said "I think so."
25              THE WITNESS:  I am getting
```

1                    LARRY LIEBER

2          confused.

3          Q.    Your answer -- your answer, it

4     was clear.

5                Thank you.

6                (Whereupon, a short recess was

7          taken.)

8          Q.    After you submitted your script

9     to Stan Lee, after turned it in; okay, did

10    you ever have any contact with the artists,

11    colorers, inkers, pencilers about your

12    script?

13         A.    Not that I can recall.

14         Q.    Okay.

15               MR. PETROCELLI:  Why don't we

16         take a short break right now; okay?

17               THE VIDEOGRAPHER:  The time is

18         12:13 P.M.

19               We are going off the record.

20               (Whereupon, a short recess was

21         taken.)

22               THE VIDEOGRAPHER:  The time is

23         12:38 P.M.

24               We are back on the record.

25               MR. PETROCELLI:  Can you put

```
 1                    LARRY LIEBER
 2              I wouldn't do that.
 3       Q.     Okay.
 4       A.     I wouldn't do that.
 5       Q.     But you did get paid for all of
 6  the work that you did for Marvel?
 7       A.     Oh, yes.
 8       Q.     Yes.
 9              And you submitted a voucher;
10  right?
11       A.     Yes.
12       Q.     And you got a check; right?
13       A.     Yes.
14       Q.     And you got --
15              MR. TOBEROFF:  Vague is the
16        period.
17              MR. PETROCELLI:  I am referring
18        to 1958 to 1965.
19       Q.     And for your -- and for your
20  purposes, if it's important to you, I am
21  referring to -- to the time period before
22  you started working on the "RAWHIDE KID";
23  okay?
24       A.     Yeah.
25       Q.     And -- and you submitted a
```

1              LARRY LIEBER

2    voucher and you got a check; right?

3              MR. TOBEROFF:  In 1958 to 1965?

4              MR. PETROCELLI:  Yeah.

5              MR. TOBEROFF:  That's the

6      question.

7         A.    Yes.

8         Q.    Okay. And you were paid a

9    per-page rate for your work; correct?

10        A.    Yes.

11        Q.    Who would hand out the checks?

12   A woman, named Millie?

13        A.    Yes. Yes.

14              I -- I -- I believe -- I have

15   tried to think of that and I -- I don't

16   know if it was a special day. I think there

17   might have been, where the freelancers had

18   to come into the office to get the -- the

19   checks and there might have been another

20   day when the people on staff got them.

21        Q.    Okay.

22        A.    I -- I -- I did -- vaguely.

23        Q.    You don't have copies of any of

24   those checks, do you?

25        A.    No.  No.  No.

Page 154

1              LARRY LIEBER

2        Q.     Okay.  Was there anything

3  printed on the back of the check?

4        A.     Well, I -- on -- on -- on them?

5  Yeah, there was something.

6        Q.     Do you recall?

7        A.     I don't recall what it was,

8  except the jist of it was, like, that it

9  now belonged to -- to -- to Marvel and --

10  and, you know, it didn't belong to me.

11        Q.     And -- and do you know if that

12  was written on every check that you

13  received?

14        A.     I believe so.

15              But I -- but I -- I don't -- I

16  -- I believe so. I -- I think it was the

17  custom. I --

18        Q.     Do you know --

19        A.     Let's say I didn't notice.

20              I didn't look at every check,

21  the back of it.

22        Q.     Other than the per-page rate,

23  did you receive any other money for the

24  scripts?

25        A.     Of course.

Page 155

```
 1              LARRY LIEBER
 2              There was something --
 3              MR. TOBEROFF:  He's talking
 4        about between 1958 and 1965.
 5        A.    No.
 6              I mean for the -- for the --
 7    for the -- for the scripts? No.  I don't
 8    think so. No.
 9        Q.    Okay. So, for example --
10        A.    I was thinking of bonuses but
11    that was for people on staff.
12        Q.    Okay.  So, your sole
13    compensation was the per-page rate?
14        A.    As far as I know, yes.
15        Q.    Okay.
16        A.    That's all.
17        Q.    And you got that per-page rate
18    whether or not the comic was a flop or was
19    a big hit; right?
20              You still got the same per-page
21    rate?
22              MR. TOBEROFF:  Vague.
23        A.    Yeah.
24              As -- as long as they accepted
25    my --
```

Page 170

```
 1                    LARRY LIEBER
 2          don't want you to speculate.  I only
 3          want you to testify as to your
 4          knowledge, period.
 5          Q.    I am entitled to your best
 6     recollection, sir, to be clear.
 7               MR. TOBEROFF:  Exactly.
 8          Q.    So, give me your best
 9     recollection; who -- who --
10               MR. TOBEROFF:  And your
11          knowledge.
12               THE WITNESS:  What was the
13          question?
14               Excuse me.
15          Q.    -- approved the comics as they
16     were being processed and made the final
17     decision that they can be published?
18          A.    Well, Stan had to approve --
19     had to approve the plot and the artwork and
20     the other things and -- before it went to
21     the engraver.
22          Q.    Okay. If it went to the
23     engraver, then it would get published?
24          A.    As far as I -- I -- I know.
25          Q.    Okay. Can you identify any
```

```
 1                    LARRY LIEBER
 2        A.     No.
 3        Q.     Okay. And when you did
 4    "RAWHIDE", were you still paid the same
 5    way, per page?
 6        A.     Oh, yes.
 7               Everything I did was per page.
 8        Q.     Okay.
 9        A.     Yeah.
10        Q.     And I had asked you about Don
11    Heck and you indicated that you really had
12    pretty much no knowledge about what he did.
13        A.     No. I knew of --
14               MR. TOBEROFF:  Wait. Wait for
15          the next question.
16               THE WITNESS:  Oh.
17        Q.     So, my -- what about Steve
18    Ditko?  Do you know whether he was ever
19    assigned work by someone, other than Stan
20    Lee or another Marvel Editor, while he was
21    at Marvel?
22        A.     I have no idea.
23        Q.     Would your answer be the same
24    for Jean Colon?
25        A.     Yes.
```

```
 1                   LARRY LIEBER
 2          A.      No.
 3                  That's why I guess -- that's
 4     why I guess I am confused with the "RAWHIDE
 5     KID" and, you know, which came first.
 6          Q.      These do not --
 7          A.      I know.
 8          Q.      These did not go into "RAWHIDE"
 9     KID"?
10          A.      I never kept records of -- of
11     -- of this. No.
12          Q.      Okay. It's correct that all of
13     the scripts that you worked on, again prior
14     to "RAWHIDE KID", we are not talking about
15     "RAWHIDE KID".
16                  All of the scripts that you
17     worked on that are listed in your
18     Termination Notices --
19          A.      Yes.
20          Q.      -- these are scripts that you
21     wrote all based on plots or synopsis from
22     Stan Lee; right?
23          A.      To the best of my recollection.
24          Q.      And he -- and in every case, he
25     would assign you these stories to write;
```

Page 224

                         LARRY LIEBER

1
2          right.
3                    Let me repeat --
4          A.    It's vague to me, in my memory.
5          Q.    All of the scripts that you
6    wrote were based on assignments that Stan
7    --
8          A.    I would say yes.
9          Q.    -- that Stan gave you?
10         A.    I would say yes.
11                But if you ask me do I recall
12    walking into the room?
13         Q.    I am not asking you that; okay?
14         A.    Okay.
15         Q.    Do you recall anybody, other
16    than Stan, giving you assignments? Anybody
17    at Marvel, other than Stan, giving you the
18    assignments to write the stories?
19         A.    These stories (indicating)?
20         Q.    Yes.
21                You're referring to the
22    exhibit.
23         A.    I don't recall anybody else.
24         Q.    Okay. And for each of these
25    stories, on Exhibit 1, after you wrote the

Page 226

1                    LARRY LIEBER

2         A.    Yes.  I would think so, yes.

3         Q.    The same process was employed

4    for all of these works?

5         A.    To the best of my recollection,

6    yeah.

7         Q.    Okay. And you were paid for all

8    of these stories that -- that are in --

9    that are in the works in your Termination

10   Notices, on a per-page basis; correct?

11        A.    Yes.  I believe.

12        Q.    And that was the only money you

13   got was when you got paid for those scripts

14   on a per-page basis?

15        A.    Yes.

16        Q.    Okay. You can put that away and

17   let me just show you the next exhibit.

18              (Witness complies.)

19              MR. PETROCELLI:  This will be

20         Exhibit 24.

21              (Whereupon, Defendant Lieber's

22         Second Amended Responses and

23         Objections to Plaintiff's First

24         Interrogatories to Lawrence D. Lieber

25         was marked as Plaintiff's Exhibit 24

Page 241

1                    LARRY LIEBER

2        A.    It says "Ditko."

3              I don't know.

4              (Witness reviews document.)

5        A.    My memory, I just don't know.

6        Q.    Okay. If you don't remember --

7        A.    These documents all seem alike

8    to me.

9        Q.    Okay. I just want to ask you a

10   couple of questions about this.

11       A.    I can't say that I have --

12   okay.

13             MR. TOBEROFF: You have to speak

14      clear.

15             You're speaking in a very low

16      voice.

17             THE WITNESS:  Oh. Yeah.

18       A.    I can't say with --

19             MR. TOBEROFF:  Okay. They heard

20      you.

21             THE WITNESS:  All right.

22       Q.    Okay. You can put that down for

23   a second.

24             (Witness complies.)

25       Q.    You did not begin writing a

Page 242

                    LARRY LIEBER
1
2    script until Stan gave you the plot or the
3    synopsis; is that correct?
4         A.    He -- that -- yes.
5         Q.    And again, we are not talking
6    about "RAWHIDE" now.  This is before
7    "RAWHIDE".
8         A.    Yes.
9         Q.    Okay.
10        A.    He gave me the plot, yeah.
11        Q.    And that's when you started
12   your work on this script; right, after you
13   got the plot or synopsis?
14        A.    After I got -- right, his plot.
15        Q.    Okay.
16             MR. TOBEROFF:  Objection;
17         vague, as to what we are talking
18         about.
19        Q.    So, let me direct you to
20   Request For Admission Number 2, which is on
21   Exhibit 25.
22             (Witness complies.)
23        Q.    It's on Page 3.
24             (Witness reviews document.)
25        Q.    It says:  "Admit that you did

Page 249

1                     LARRY LIEBER

2          some very, um, um, accusatory remarks

3          that I don't like but you're right.

4               That one, I withdraw what I

5          said previously.

6               MR. PETROCELLI:  Okay.

7     Q.     So, you were paid for the work

8     that you did; correct?

9     A.     As far as I know, yes.

10    Q.     Thank you.

11    A.     I -- I -- yes.

12    Q.     And you already testified to

13    that so let me go see if I have any others.

14               Would it be fair to say, since

15    you never saw this document, you don't

16    really know why your lawyer answered the

17    way that he did on any of these?

18               MR. TOBEROFF:  Objection.

19               It misstates the testimony

20               He didn't say he never saw the

21          document.

22    Q.     You said you don't recall

23    whether or not you saw this document.

24    A.     I don't recall.

25    Q.     Is it -- so I won't have to

1                    LARRY LIEBER

2    guy.  You must be exhausted."

3              And I mentioned to a friend of

4    mine in the business there, an inker, I

5    said "poor Stan.  He was home on the

6    weekend and he wrote 50 pages" and the guy

7    said -- and my friend said to me:  "Larry,

8    if you can write 50 pages on a weakened,

9    wouldn't you do it?"

10             And of course, I had to laugh.

11   And I said "I wish I could."

12        Q.    And during the late 50's and

13   the 60's, when you would write these comic

14   book stories, did -- were you paid a

15   salary?

16        A.    No.

17              I was paid by the page.

18        Q.    Did you receive any health

19   benefits --

20        A.    No.

21        Q.    -- from the company?

22        A.    No.

23        Q.    Did you receive any retirement

24   benefits from the company at that time?

25        A.    No.

Page 266

```
 1                    LARRY LIEBER
 2          leading.
 3          Q.    All right. The after you wrote
 4     your story, what would happen?
 5          A.    I would -- I would go to Marvel
 6     and turn it in to -- to the Editor or to --
 7     who I don't remember, to his secretary or
 8     maybe even -- there were a few people, it
 9     might have been Sol Brodsky or somebody
10     else, Paul Stymler or Stan, himself.
11                I mean I would just turn it in
12     to the company.
13          Q.    If they published your story,
14     would you be paid for it?
15          A.    Yes.
16          Q.    By the page?
17          A.    Yes.
18          Q.    Okay. Before they paid you by
19     the page, did Marvel own the story or did
20     you own the story, in your opinion?
21                MR. PETROCELLI:  Object -- I
22          object to the form of the question.
23          A.    Well, before they -- before
24     they paid me for it, they didn't have it, I
25     had it.  It's mine.  I wrote it.  I owned
```

Page 290

1                    LARRY LIEBER

2        Q.     Okay. Everyone of the stories

3    that you wrote for the superheroes, every

4    single one, you got paid for; correct?

5        A.     Yes.

6        Q.     The one example that you

7    discussed, where you had to redo the plot,

8    that happened long afterwards, even after

9    "RAWHIDE KID"; is that correct?

10        A.     Oh, yes.

11        Q.     And you got paid --

12             MR. TOBEROFF:  Wait for me to

13        object.  Wait for me to object.

14             THE WITNESS:  I forgot.  I

15        forgot.

16             MR. TOBEROFF:  To everything

17        you're saying.

18        Q.     And you did get paid for the

19    pages that you wrote, when you finally

20    submitted them?

21        A.     When I wrote the story?  Yes.

22             MR. TOBEROFF:  You would not

23        wait -- letting me object; okay?

24             So, my objection is that these

25        questions are vague, overbroad and

```
 1                    LARRY LIEBER
 2     of the checks.
 3                You don't recall whether the
 4     back of the checks said that you were
 5     selling something?
 6          A.      I don't recall.
 7          Q.      Okay.
 8               MR. TOBEROFF:  Wait a second.
 9               He is still talking and he said
10          "okay."
11               MR. PETROCELLI:  He said "I
12          don't recall."
13               MR. TOBEROFF:  No.
14               He said I don't recall but he
15          is talking and you feel it's okay to
16          him off because you want to cut it
17          off at "I don't recall" but he was
18          still talking.
19               MR. PETROCELLI:  Do you want
20          him to elaborate, Marc?
21               MR. TOBEROFF:  Yes.
22               MR. PETROCELLI:  He wants you
23          to elaborate because you didn't like
24          your answer.
25               MR. TOBEROFF:  That's not true.
```

1                    LARRY LIEBER
2           You cut him off while he was still
3           speaking and you shouldn't be doing
4           that.
5      Q.     Please finish the answer.
6      A.     I forgot the question.
7      Q.     I'll ask you again:   You don't
8   recall that on the back of the check, it
9   said that you were selling something; is
10  that correct?
11              MR. TOBEROFF:   It misstates his
12        testimony.
13     A.     I don't recall what it said.
14     Q.     Okay. Thank you.
15              MR. TOBEROFF:  Again, you cut
16        him off.  He was talking.
17              You said okay, while he was
18        still talking.
19              THE WITNESS:  That's all I had
20        to say.
21              MR. PETROCELLI:  Marc, you just
22        heard your own client said "that's
23        all I had to say."
24              MR. TOBEROFF:  No.  But he was
25        talking.  You said okay.  You cut him

Page 299

```
 1                    LARRY LIEBER
 2            said "yes," instead of "okay."
 3                    I am confused.
 4        Q.    You were asked some questions
 5      about how you wrote your stories.
 6                    Do you remember that?
 7        A.    Yes.
 8        Q.    You gave a very long answer.
 9        A.    Yeah. Yeah. Well, I -- I -- I
10      felt that was -- I like to explain myself.
11        Q.    No.  That --
12        A.    Explain what went on here.
13        Q.    Now, you didn't select who the
14      artist was going to be for your scripts;
15      right?
16        A.    No. No.
17        Q.    Stan Lee did that; is that
18      correct?
19        A.    Yes.
20        Q.    And you didn't select who the
21      letterers or the colorers were going to be;
22      right?
23        A.    No.
24        Q.    And when you turned your script
25      in and as you testified, Stan had an
```

```
 1                    LARRY LIEBER
 2     opportunity to review it; right?
 3          A.    I am sure he did.
 4          Q.    Okay. After you turned it in,
 5     you had no further communication or contact
 6     with anybody except, perhaps, with Stan, if
 7     he had some discussion with you?
 8          A.    Yes.   That's right.
 9          Q.    And so, you had no idea how
10     that comic story was going to ultimately
11     appear until you saw it in the comics after
12     it was published; is that right?
13          A.    Well, I -- I assume they would
14     follow my story but I had -- I had no idea
15     -- yeah, right.
16               The next time I saw -- I knew
17     anything about it is when it came out, you
18     know, in the comic book form.
19          Q.    Okay.
20          A.    Unless I happen to see somebody
21     in the office inking it or lettering or
22     something.
23          Q.    And did you always look at the
24     comics once they were published?
25          A.    No.   No.
```

```
 1                     LARRY LIEBER
 2                    E X H I B I T S
 3
 4     PLAINTIFF'S  EXHIBITS
 5
 6     EXHIBIT    EXHIBIT                    PAGE
 7     NUMBER     DESCRIPTION
 8     1          Letter being dated
 9                January 31, 2011          23
10     2          Deposition transcript
11                with attached errata
12                sheet                     31
13     3          Document, entitled "A
14                Conversation with
15                Artist-Writer Larry Lieber,
16                conducted & Edited by Roy
17                Thomas, Transcribed by
18                Jon B. Knutson"           35
19     4          Document entitled:
20                "Comic Book Marketplace,
21                Special Halloween
22                Horror-Fest! Jim Warren's
23                Creepy & Eerie!  Plus:
24                Grisly, Gruesome and
25                Ghastly...Pre-Code
```

Page 316

```
 1                   LARRY LIEBER
 2              Horror!"                    41
 3      5       Document, entitled:
 4              "The Larry Lieber Interview,
 5              by Barry Dutter            43
 6      6       Document, entitled:
 7              "Tribute: 2003 Kirby Tribute
 8              Panel"                     45
 9      7       Document, entitled:  "20th
10              Century Danny Boy"         49
11      8       Document with picture of
12              Stan Lee on cover, entitled:
13              "Special STAN LEE 85th
14              Birthday Issue!"           51
15      9       Document, entitled:
16              "Alter Ego, It Finally
17              Happens!  Jack Kirby Takes
18              Over Alter Ego!"           54
19     10       CD of video                60
20     11       Document, entitled:  "Back
21              Issue Icons Interview of
22              Larry Lieber"              62
23     12       CD of podcast              63
24     13       Transcript of podcast      63
25     14       Audiotape                  68
```

Page 317

1                    LARRY LIEBER

2    15       Certified transcript of

3             interview                    68

4    16       E-mail                       68

5    17       E-mail                       80

6    18       E-mail                       86

7    19       E-mail from Marvel: August

8             1961 Omnibus Introduction

9             from Cory Sedimeier,

10            dated Thursday, January

11            28, 2021 at 7:10 A.M.    93

12   20       "Tales of Suspense,

13            "IRON MAN" He Lives!

14            He Walks! He Conquers!"  158

15   21       One-page document,

16            entitled "RAWHIDE KID"

17            Gunfight with Yerby's

18            Yahoos!"                     176

19   22       Contract, beginning with

20            the words: "AGREEMENT made

21            this 14 day of June, 1978,

22            by and between Larry

23            Lieber"                      182

24   23       Complaint for Declaratory

25            Relief                       216

Page 318

1                    LARRY LIEBER

2       24       Defendant Lieber's

3                Second Amended Responses

4                and Objections to

5                Plaintiff's First

6                Interrogatories to

7                Lawrence D. Lieber        226

8       25       Defendant Lieber's

9                Responses and Objections

10               to Plaintiff's First Set

11               of Requests for

12               Admission to Lawrence D.

13               Lieber                     236

14      26       Plaintiff's First Request

15               of First Set of Requests

16               For Admission to Defendant

17               and Counterclaimant

18               Lawrence D. Lieber        239

19      27       Life insurance policy     305

20      28       Plot prepared by Stan

21               Lee                        309

22

23       (Exhibits retained by Court Reporter.)

24

25

Page 319

1               LARRY LIEBER
2                I N D E X
3

4     EXAMINATION BY                    PAGE
5     MR. PETROCELLI                    9/289
6     MR. TOBEROFF                      252
7

8     INFORMATION AND/OR DOCUMENTS REQUESTED
9     INFORMATION AND/OR DOCUMENTS      PAGE
10    (None)
11
12
13
14
15    QUESTIONS MARKED FOR RULINGS
16    PAGE LINE QUESTION
17    72   6    Mr. Lieber, you did speak to
18              your counsel during the break;
19              is that correct?
20
21
22
23
24
25

Page 320

1                    LARRY LIEBER
2              C E R T I F I C A T E
3

4     STATE OF NEW YORK        )
                               :  SS.:
5     COUNTY OF NEW YORK       )
6

7         I, KARYN CHIUSANO, a Notary Public
8     for and within the State of New York, do
9     hereby certify:
10        That the witness whose examination is
11    hereinbefore set forth was duly sworn and
12    that such examination is a true record of
13    the testimony given by that witness.
14        I further certify that I am not
15    related to any of the parties to this
16    action by blood or by marriage and that I
17    am in no way interested in the outcome of
18    this matter.
19        IN WITNESS WHEREOF, I have hereunto
20    set my hand this 17th day of November,
21    2022.
22
23    <%18034,Signature%>
    KARYN CHIUSANO
24
25