# EXHIBIT 5

```
1              IN THE UNITED STATES DISTRICT COURT
2                FOR THE DISTRICT OF COLORADO
3
4     _____
                                      )
5     STAN LEE MEDIA, INC.,           )
                                      )
6             Plaintiff,              )
                                      )
7         vs.                         ) Civil Action No.
                                      ) 1:12-cv-02663-WJM-KMT
8     THE WALT DISNEY COMPANY,        )
                                      )
9             Defendants.             )
      _____)
10
11
12
13
14           VIDEOTAPED DEPOSITION OF STAN LEE
15               Beverly Hills, California
16              Wednesday, March 13, 2013
17                      Volume 1
18
19
20
21    Reported by:
      ALENE M. CASTRO
22    CSR No. 4847
23    Job No. 1619769
24
25    PAGES 1 - 70
```

                                                    Page 1

2021MARVEL-0131319

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLORADO

3

4    _____

                                     )
5    STAN LEE MEDIA, INC.,           )
                                     )
6            Plaintiff,              )
                                     )
7        vs.                         )  Civil Action No.
                                     )  1:12-cv-02663-WJM-KMT
8    THE WALT DISNEY COMPANY,        )
                                     )
9            Defendants.             )
     _____)

10

11

12

13

14        Videotaped deposition of STAN LEE, Volume 1,

15   taken on behalf of Plaintiff, at 9601 Wilshire

16   Boulevard, Suite 700, Beverly Hills, California,

17   beginning at 9:01 a.m. and ending at 11:04 a.m. on

18   Wednesday, March 13, 2013, before ALENE M. CASTRO,

19   Certified Shorthand Reporter No. 4847.

20

21

22

23

24

25

                                              Page 2

2021MARVEL-0131320

```
 1   APPEARANCES:

 2

 3   For Plaintiff Stan Lee Media, Inc.:

 4        EISNER CAHAN GORRY CHAPMAN ROSS & JAFFE

 5        BY:  ROBERT S. CHAPMAN

 6        BY:  JAMES MOLEN

 7        Attorneys at Law

 8        9601 Wilshire Boulevard, Suite 700

 9        Beverly Hills, California 90210

10        (310) 855-3200

11        rchapman@eisnerlaw.com

12        jmolen@eisnerlaw.com

13

14   For Defendant The Walt Disney Company:

15        WEIL, GOTSCHAL & MANGES LLP

16        BY:  BRUCE R. RICH

17        BY:  RANDI W. SINGER

18        Attorneys at Law

19        767 Fifth Avenue

20        New York, New York 10153-0119

21        (212) 310-8152

22        bruce.rich@weil.com

23        randi.singer@weil.com

24

25

                                          Page 3
```

2021MARVEL-0131321

```
1     APPEARANCES (continued):

2

3     For Stan Lee Individually:

4          SHERMAN & HOWARD

5          BY:  MARK W. WILLIAMS

6          Attorney at Law

7          633 Seventeenth Street, Suite 3000

8          Denver, Colorado  80202-3622

9          mwilliams@shermanhoward.com

10         (303) 299-8211

11

12         --and--

13

14         GANFER & SHORE LLP

15         BY:  IRA BRAD MATETSKY

16         Attorney at Law

17         360 Lexington Avenue

18         New York, New York  10017

19         (212) 922-9250

20         imatetsky@ganfershore.com

21

22

23

24

25

                                          Page  4
```

2021MARVEL-0131322

```
 1    APPEARANCES (Continued):

 2

 3    Also Present:

 4        MICHAEL WOLK, Walt Disney Corporate Representative

 5        ELI BARD, Deputy Chief Counsel, Marvel

 6        Entertainment

 7

 8    Videographer:

 9        DAVID WEST

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 5

2021MARVEL-0131323

```
 1                      INDEX
 2   WITNESS                        EXAMINATION
 3   STAN LEE
 4   Volume 1
 5
 6             BY MR. CHAPMAN              12
 7
 8
 9                    EXHIBITS
10   NUMBER                              PAGE
11   Exhibit 1   Subpoena to Testify for Stan Lee   14
12
13   Exhibit 2   Email chain, the latest from Lee   23
14               to Thall sent 12/16/00
15
16   Exhibit 3   Letter dated 10/15/98 to Stan Lee   26
17               re Employment Agreement/Rights
18               Assignment
19
20   Exhibit 4   Letter dated 10/15/98 to Stan Lee   28
21               re Employment Agreement/rights
22               Assignment; SLM 0129116-129120
23
24   Exhibit 5   Stan Lee v Marvel Entertainment   32
25               Complaint

                                        Page 6
```

```
 1    INDEX (Continued):

 2                          EXHIBITS

 3    NUMBER                                        PAGE

 4    Exhibit 6    Employment Agreement between      38

 5                 Marvel Enterprises, Inc. and Stan

 6                 Lee dated 11/1/98;

 7                 MVL_SLMI0003352-3364

 8

 9    Exhibit 7    Letter dated 11/9/98 to Hardie    43

10                 from Lieberman;

11                 MVL_SLMI0003158-3159

12

13    Exhibit 8    Letter dated 6/8/00 to Lipson     45

14                 from Lieberman;

15                 MVL_SLMI0004566-4572

16

17    Exhibit 9    Letter dated 11/4/98 to Lieberman  48

18                 from Hardie; MVL_SLMI0003156

19

20    Exhibit 10   Excerpts from the book "Stan Lee   57

21                 Conversations"

22

23

24

25
```

Sarnoff, A VERITEXT COMPANY
877-955-3855

2021MARVEL-0131325

```
1    INDEX (Continued):

2

3              INSTRUCTIONS NOT TO ANSWER

4                   PAGE      LINE

5                    15        13

6                    16        12

7                    16        18

8                    17         1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 8

2021MARVEL-0131326

```
 1        Q    So the salary didn't cover your writing?
 2             MR. WILLIAMS:  Object to the form of the
 3    question.  Mischaracterizes his testimony.
 4             You can go ahead and answer.
 5             THE WITNESS:  I don't really know how to      10:48:25
 6    answer that.  I got the salary, and I was -- well, I
 7    also got paid for the writing -- they paid me for
 8    what I wrote besides my salary.
 9    BY MR. CHAPMAN:
10        Q    So you got a salary whether you wrote or      10:48:41
11    not; correct?
12        A    Yes.
13        Q    And then if you wrote, you got paid in
14    addition; is that your testimony?
15        A    Right.  Except if I hadn't written, they     10:48:51
16    wouldn't have been so generous with the salary.  But
17    you're right, I got paid as editor and art director,
18    and I also got paid separately for whatever I wrote.
19        Q    Now, sir, you've told me that you've been
20    deposed before?                                        10:49:24
21        A    Yes.
22        Q    In connection with which case or cases was
23    that?
24        A    I don't even remember.  The one with
25    Marvel.  It seems to me there was something with       10:49:35
```

Page 63

2021MARVEL-0131381

```
 1
 2
 3
 4            I, STAN LEE, do hereby declare under
 5   penalty of perjury that I have read the foregoing
 6   transcript; that I have made any corrections as
 7   appear noted, in ink, initialed by me, or attached
 8   hereto; that my testimony as contained herein, as
 9   corrected, is true and correct.
10            EXECUTED this __ day of _____ 2013,
11   at _____ , _____ .
                (City)                    (State)
12
13
14
15
                    _____
16                  STAN LEE

                    Volume 1
17
18
19
20
21
22
23
24
25
                                            Page 69
```

2021MARVEL-0131387

# ACKNOWLEDGMENT

State of California
County of _Los Angeles_                    )

On _April 22, 2013_ before me, _Kimberly Luperi_
(insert name and title of the officer)

personally appeared ___Stan Lee___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)

KIMBERLY LUPERI
Commission # 1949954
Notary Public - California
Los Angeles County
My Comm. Expires Aug 27, 2015

2021MARVEL-0131388

STATEMENT OF CHANGES

DEPOSITION OF STAN LEE
March 13 and 14, 2013

STAN LEE MEDIA, INC. V. THE WALT DISNEY COMPANY
Civil Action No. 1:12-cv-02663-WJM-KMT
United States District Court, District of Colorado

| PAGE | LINE | SHOULD READ | REASON |
|------|------|-------------|--------|
| 5 | 4 | SLMI corporate representative | Incorrect corporate designation |
| 75 | 4 | SLMI corporate representative | Incorrect corporate designation |
| 89 | 8 | proceed | Typographical error |
| 119 | 8 | Perelman, the fellow who controls Revlon, had | Correction of name |
| 127 | 20-22 | I loved the way he drew the Surfer. To Jack it was just a throw-away character, but I decided to call him the Silver Surfer and give him a certain personality. | Correction of name and clarification of response |

_____
Stan Lee

Acknowledged before me this _____ day of April, 2013.

[SEAL]

_____
Notary Public

My commission expires: _____

LITIGATION/3798470.1

2021MARVEL-0131389

## ACKNOWLEDGMENT

State of California
County of _LOS  Angeles_                    )

On _April  22, 2013_ before me, _Kimberly  Luperi_
                                    (insert name and title of the officer)

personally appeared _Stan  Lee_                    ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____    (Seal)

KIMBERLY LUPERI
Commission # 1949964
Notary Public - California
Los Angeles County
My Comm. Expires Aug 27, 2015

```
 1              I, the undersigned, a Certified Shorthand

 2     Reporter of the State of California, do hereby

 3     certify:

 4              That the foregoing proceedings were taken

 5     before me at the time and place herein set forth;

 6     that any witnesses in the foregoing proceedings,

 7     prior to testifying, were administered an oath; that

 8     a record of the proceedings was made by me using

 9     machine shorthand which was thereafter transcribed

10     under my direction; that the foregoing transcript is

11     a true record of the testimony given.

12              Further, that if the foregoing pertains to

13     the original transcript of a deposition in a Federal

14     Case, before completion of the proceedings, review

15     of the transcript [ ] was [ ] was not requested.

16              I further certify I am neither financially

17     interested in the action nor a relative or employee

18     of any attorney or any party to this action.

19              IN WITNESS WHEREOF, I have this date

20     subscribed my name.

21

22     Dated: March 16th, 2013

23              _____

24              ALENE M. CASTRO

25              CSR No. 4847
```

Page 70

2021MARVEL-0131391