# EXHIBIT 7

```
 1              ROY THOMAS
 2        UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK
 3
 4
    GARY FRIEDRICH ENTERPRISES, LLC, et al.,
 5
            Plaintiffs,
 6
        vs.                     Civil Action No.
 7                              08-CV-01533(BSJ)(JCF)
 8  MARVEL ENTERPRISES, INC., et al.,
 9          Defendants.
10
                    — — —
11       Videotaped deposition of ROY THOMAS,
12  VOLUME II, taken on behalf of Defendants, before
13  Rita A. DeRouen, Registered Professional Reporter
14  and Notary Public, at the Radisson Hotel, 2100
15  Bush River Road, Board Room, Columbia, South
16  Carolina, on the 13th day of April, 2011,
17  commencing at 11:01 a.m.
18
19
20
21
22
23
24
25  TSG Job # 37618
```

Page 172

1                    ROY THOMAS
2    APPEARANCES OF COUNSEL:
3            On Behalf of the Plaintiffs:
4            CHARLES S. KRAMER, ESQ.
             Riezman Berger
5            7700 Bonhomme Avenue
             Seventh Floor
6            St. Louis, Missouri   63105
7
8        -and-
9            ERIC W. EVANS, ESQ.
             Roth Evans, P.C.
10           2421 Corporate Centre Drive
             Suite 200
11           Granite City, Illinois   62040
12
13
14           On Behalf of the Defendants:
15           JODI A. KLEINICK, ESQ.
             Paul Hastings Janofsky & Walker
16           75 East 55th Street
             First Floor
17           New York, New York   10022
18
19
20
21    Also Present:  Donald Graves, CLVS
                     Eli Bard, Marvel Entertainment
22
23
24
25                      — — —

TSG Reporting - Worldwide    877-702-9580

2021MARVEL-0130514

```
1                    ROY THOMAS
2                    I N D E X
3   EXAMINATION                                    PAGE
4   By Mr. Kramer                                   342
5   By Ms. Kleinick                            174, 404
6
                  INDEX TO EXHIBITS
7
                                                   PAGE
8
    Exhibit 18, E-mail, Bates THOM0000213           240
9   Exhibit 19, The Ghost Rider Comic Book,         250
                1 Feb, Color
10  Exhibit 20, Tales of The Ghost Rider Comic      255
                Book, No. 13, Color
11  Exhibit 21, Interview of Roy Thomas, Bates      258
                MVL-00015453 - 15468
12  Exhibit 22, Newsarama.com Article, Bates        263
                Friedrich 000317 - 320
13  Exhibit 23, CBA Interview, Bates                271
                THOM0008015 - 8029
14  Exhibit 24, SEMissourian.com Article,           276
                Bates Friedrich 000341 - 345
15  Exhibit 25, Ghost Rider DVD                     339
    Exhibit 26, E-mail, Bates THOM0000128           360
16
17          PREVIOUSLY IDENTIFIED EXHIBITS
18  Exhibit 4                                       257
    Exhibit 7                                       375
19  Exhibit 8                                       359
    Exhibit 14                                      241
20  Exhibit 16                                      188
    Exhibit 17                                      189
21  Exhibit 18                                      359
22
23
24
```

1              ROY THOMAS
2    do any -- much real staff writing in that
3    madhouse, it was just too noisy and clamorous, and
4    I wasn't the kind of person who could write under
5    those circumstances.
6         Q.    Were you paid a -- was -- was the
7    staff writing position a salaried position?
8         A.    Yes.
9         Q.    And I believe you testified that you
10   received separate compensation for the freelance
11   work that you -- for the freelance writing that
12   you did during this time period?
13        A.    Yes.  It began almost im --
14   immediately really.
15        Q.    And how were you compensated for the
16   freelance work that you did?
17        A.    Well, without remembering every
18   single check as to how often, I know there were
19   just checks that every -- I don't remember if they
20   were every week or second week, they would have a
21   separate check that would come in for whatever
22   work you had vouchered as freelance during that
23   period.
24        Q.    Were -- were you paid based on a --
25   on a page rate for that work?

1                    ROY THOMAS
2    individual writer and artist.
3            It generally was a page, more likely
4    two or three pages, of typed copy that told the
5    basic story.  It didn't break it down into panels
6    or pages, didn't include much, if any, of the
7    actual dialogue, but it told the basic story,
8    which the artist was then supposed to translate
9    into pictures.
10           Of course, as I said, this was often
11   done -- increasingly and in various situations, it
12   was also done verbally without something being
13   written down.  It depended on the relationship
14   between the artist and the writer.  If the artist
15   really wanted a written plot, he would get one,
16   some would just as soon not have one.
17      Q.   The next step in the process that you
18   described during your testimony yesterday was
19   where the artist would break down the plot into
20   actual pages of the story, quote, adding whatever
21   he felt he needed to add to flesh out the story.
22           Do you recall that?
23      A.   Yes.
24      Q.   And you also testified that, at that
25   point, materials would be what you referred to as

1                    ROY THOMAS
2   trafficked through the office to various extents?
3          A.    Yes.
4                MR. KRAMER:   Object to the form of
5   the question, that misstates his prior testimony.
6   BY MS. KLEINICK:
7          Q.    What did you mean by "trafficked
8   through the office"?
9          A.    Well, particularly, it could have
10  even been that the plot was sent -- was mailed
11  from the office if the person was in there and
12  gave -- and turned it in.
13               But, especially by the time the
14  artist had drawn the pencil drawings, they -- they
15  had to either mail them or physically bring them
16  by the office, which meant that the production
17  manager and a couple of people, you know, working
18  under him would -- would take care of it, they
19  would take care of it so that it went to the next
20  person, which was generally the letterer unless
21  Stan or I or someone said that they needed to see
22  the script or the artwork before it went to --
23  before it went to the letterer.
24               Again, that depended on the trust in
25  the artist and various other factors as to how

1                    ROY THOMAS
2     closely and at what stage something was looked
3     at.
4               Oh, and I also stated yesterday that
5     trafficking sometimes was just verbal directions
6     and that the artist might be told, to save time,
7     to -- and some of them just hand-delivered it
8     because they were neighbors or whatever, to give
9     the art directly to -- the art and the script
10    directly to the letterer.
11              Once the -- I'm sorry, maybe I
12    misstated.  First we had to have the art come back
13    to the office for the writer to do the dialogue,
14    and that went -- then it went to the letterer.  In
15    each -- in each step it was trafficked by the
16    office either physically or by phone.
17         Q.   I think that you testified that the
18    -- that after the materials went to the
19    letterer --
20         A.   Uh-huh.
21         Q.   -- then it would go -- they would go
22    to the inker; is that correct?
23         A.   Yes.  Either directly mailed by the
24    letterer or maybe delivered to him if -- or picked
25    up by him or trafficked through the office, either

1                    ROY THOMAS
2    basis on his own, he might be thinking a little
3    ahead.
4            Of course, that was then subject to
5    my or to Stan Lee's veto when they suggested a
6    story line.  It was certainly not part of their
7    job to do.
8    BY MS. KLEINICK:
9        Q.   I asked you -- my question was:  Are
10   you aware of any instance where that happened?
11       A.   I'm -- I'm not aware of any instance
12   where it happened.
13       Q.   To your knowledge, at any point
14   between July of 1965 and the end of 1972, did
15   Marvel ever buy a plot or synopsis or script that
16   was created on spec by a freelance writer or
17   artist?
18            MR. KRAMER:  Object to the form, lack
19   of foundation.
20            THE WITNESS:  I -- I can't think of
21   one.
22   BY MS. KLEINICK:
23       Q.   During the time period between July
24   of 1965 and the end of 1972, after a writer --
25   strike that.

1           ROY THOMAS
2               During the time period between July
3   of 1965 and the end of 1972, were there any
4   production deadlines set with respect to the comic
5   book issues that were being published by Marvel?
6           MR. KRAMER:  Object to form, lack of
7   foundation.
8           THE WITNESS:  They always had
9   deadlines.  Everything -- everything had a
10  deadline really.
11  BY MS. KLEINICK:
12      Q.    Do you know who set those deadlines?
13      A.    They were set on behalf of the -- the
14  editor, Stan Lee, until maybe the very end of that
15  period by the production manager on -- on the
16  editor's authority.
17      Q.    And were there any restrictions on
18  the number of pages for particular comic books
19  during this time period?
20          MR. KRAMER:  Object to form, lack of
21  foundation.
22          THE WITNESS:  Most of the stories had
23  a definite page length, which would vary from time
24  to time, 20, 21, or whatever pages.  We did have a
25  few stories -- comics we called mystery comics

1                    ROY THOMAS
2   with -- without continuing characters in which
3   there was more flexibility, it might be a five-
4   page story, a seven-page story, or whatever.
5           The writer was generally given some
6   page length when he was told to write the story.
7   Occasionally he might find some excuse and get
8   approval to vary it, but there was -- there was
9   always some sort of limitation there.
10  BY MS. KLEINICK:
11      Q.    And during the July of 1965 to the
12  end of 1972 time period, who, if anyone, at Marvel
13  decided which books would be published?
14             MR. KRAMER:  Object to form and
15  foundation.
16             THE WITNESS:  It was always -- the
17  ultimate say, as far as I know, was the publisher,
18  who, up through most -- through most of that time
19  was Martin Goodman, both before and for some time
20  after he sold the company.
21             There was a period near the end of
22  that time for a year or so, maybe it was a little
23  less than that year, not too much more, when his
24  son, Charles Chip Goodman, was the -- was the
25  publisher, and he had that decision.

2021MARVEL-0130561

1      ROY THOMAS

2           That would have been at the very end
3  of that period. Stan increasingly had authority
4  to do things, but it was always rather vague. He
5  still ultimately had to have the publisher's
6  authority to start a book or kill a book or do
7  anything of that sort.
8  BY MS. KLEINICK:
9       Q.    What do you mean by "start a book"?
10      A.    To authorize a new comic book title
11 as opposed to an existing one.
12      Q.    When you were the assistant editor at
13 Marvel, did you have authority to make changes to
14 the materials that were submitted for publication
15 by a freelance writer or artist if you believed
16 changes were appropriate?
17      MR. KRAMER: Object to form and
18 foundation.
19      THE WITNESS: I have to ask, did you
20 mean strictly assistant or after I was also called
21 associate editor after about '66 or '67? I wanted
22 to make sure when I answered it.
23 BY MS. KLEINICK:
24      Q.    I was referring just to the period
25 when you were assistant editor.

2021MARVEL-0130562

1                    ROY THOMAS
2    things when he felt there was a good reason, it
3    wasn't a good enough name or something along those
4    lines, something might come to his attention.
5         Q.    You testified that between July of
6    1965 and the end of 1972 freelance writers were
7    paid based on a page rate for the writing that
8    they did for Marvel; is that correct?
9         A.    Yes.
10        Q.    Do you know who established the page
11   rate that any particular writer would be paid
12   during this time period?
13             MR. KRAMER:  Object to form, lack of
14   foundation.
15             THE WITNESS:  Ultimately, it was the
16   publisher.  Stan could make recommendations.  And
17   I believe, again, his recommendations were maybe a
18   little more -- had a little more force as time
19   went on, but it was ultimately the publisher's
20   responsibility, they all had to be approved by
21   him, whether it be either Martin Goodman or Chip
22   Goodman.
23   BY MS. KLEINICK:
24        Q.    For the period from July 1965 to the
25   end of '72, with respect to your freelance writing

1                ROY THOMAS
2   work, were there any general time frames in
3   relationship to time that the issue was dialogued
4   that you were paid with respect to that issue?
5           MR. KRAMER:  Object to form.
6           THE WITNESS:  It would depend on when
7   I managed to get the -- the voucher in.  It was my
8   responsibility, as it was other writers, to fill
9   out vouchers and put them in, and they would go
10  down -- go to be signed at some stage during the
11  week and then we would be paid.
12          Generally speaking, if I recall
13  correctly, we usually put in the writing rate
14  after the whole thing was written as opposed to
15  putting in something when the plot was turned in.
16  BY MS. KLEINICK:
17      Q.    During this time period, with respect
18  to your freelance writing work, were you typically
19  paid before the issue hit the stands?
20      A.    Usually I would have been because
21  they -- because by the time I -- from the time
22  that I might have finished the story until it was
23  on sale was going to be at least two or three
24  months, possibly a little more, possibly even a
25  couple of months more.

ROY THOMAS

So if -- even if I missed a pay period, it was only going to be a couple weeks or so, two or three weeks, before I was paid. So I was almost always paid before it was on sale.

Q.   And during this time period with respect to your freelance writing work, did you receive the same page rate regardless of whether the issue ultimately sold well or not?

A.   Yes, I did.

Q.   Do you have any understanding of whether other freelance writers who submitted materials to Marvel during this time were also paid the same -- their same page rate regardless of whether the issue they worked on ultimately sold well or not?

MR. KRAMER:  Objection. Object to form and lack of foundation.

THE WITNESS:  Yes. It was a straight page rate system.

BY MS. KLEINICK:

Q.   When you first joined Marvel in the -- in 1965, was it your understanding that the materials that you were submitting for publication as a freelance writer were works-for-hire owned by

1                    ROY THOMAS

2   hire," but it was just another term for the way I

3   felt I had been working all along.

4        Q.    So what you understood -- or your

5   understanding was that the work that you were

6   creating, to the extent you would have any rights

7   in it, you were giving those rights up to

8   Marvel --

9              MS. KLEINICK:  Objection.

10  BY MR. KRAMER:

11       Q.    -- at all times?

12             MS. KLEINICK:  Mischaracterizes his

13  testimony.

14             THE WITNESS:  The back of the check

15  said that I was -- that by signing the check I was

16  signing over my rights to -- to Marvel.

17  BY MR. KRAMER:

18       Q.    And later, in the mid 1970s when the

19  term "work-for-hire" started banging around, you

20  understood that to refer to the same general

21  situation that had already existed?

22             MS. KLEINICK:  Objection.

23             THE WITNESS:  Yes, I did.

24  BY MR. KRAMER:

25       Q.    And do you understand that work-for-

Page 410

1        ROY THOMAS
2       C E R T I F I C A T E
3
4
5  SOUTH CAROLINA:
6  RICHLAND COUNTY:
7
8
9            I hereby certify that the foregoing
10 deposition was reported, as stated in the caption,
11 and the questions and answers thereto were reduced
12 to that written page under my direction; that the
13 foregoing pages 1 through 168 represent a true and
14 correct transcript of the evidence given.  I
15 further certify that I am not in any way
16 financially interested in the result of said case.
17            Pursuant to Rules and Regulations of
18 the Board of Court Reporting of the Judicial
19 Council of South Carolina, I make the following
20 disclosure:
21            I am a South Carolina Court
22 Reporter.  I am here as an independent contractor
23 for TSG Reporting.
24            I was contacted by the offices of
25 TSG Reporting to provide court reporting services

2021MARVEL-0130752

1  ROY THOMAS
2  for this deposition.  I will not be taking this
3  deposition under any contract that is prohibited
4  by O.C.S.C.A. 15-14-7 (a) or (b).
5  I have no written contract to
6  provide reporting services with any party to the
7  case, any counsel in the case, or any reporter or
8  reporting agency from whom a referral might have
9  been made to cover this meeting.  I will charge
10 my usual and customary rates to all parties in the
11 case.
12 This, the 18th day of April, 2011.
13
14 *Rita Derouen*
15 RITA A. DEROUEN
16 My Commission Expires
17 August 12, 2019
18
19
20
21
22
23
24
25