# EXHIBIT 11

1      UNITED STATES DISTRICT COURT
2      SOUTHERN DISTRICT OF NEW YORK
3         Case No. 10-141-CMKF
4
5  MARVEL WORLDWIDE, INC.,
6  MARVEL CHARACTERS, INC., and
7  MVL RIGHTS, LLC,
8       Plaintiffs,
9  VS.
10 LISA R. KIRBY, BARBARA J. KIRBY,
11 NEAL L. KIRBY and SUSAN N. KIRBY,
12      Defendants.
13
14
15           Volume II
16     Videotape Deposition of:
17          Roy Thomas
18    Wednesday, October 27, 2010
19     Orangeburg, South Carolina
20
21
22
23
24
25

Page 208

1        APPEARANCES:

2   FOR THE PLAINTIFFS:

3        MARVEL WORLDWIDE, INC., MARVEL CHARACTERS,

4        IN.C, and MVL RIGHTS, LLC

5        BY:  JODI AILEEN KLEINICK

6        PAUL HASTINGS JANOFSKY & WALKER

7        75 East 55 Street

8        New York, NY  10022

9

10  -AND-

11

12

13       ELI BARD

14       VICE PRESIDENT, DEPUTY GENERAL COUNSEL

15       MARVEL ENTERTAINMENT, INC.

16       417 Fifth Avenue

17       New York, NY   10016

18

19

20

21

22

23

24

25  (Appearances continued:)

1   FOR THE DEFENDANTS:
2         LISA R. KIRBY, BARBARA J. KIRBY,
3         NEAL L. KIRBY and SUSAN N. KIRBY
4         BY:  MARC TOBEROFF
5         TOBEROFF & ASSOCIATES
6         2049 Century Park East
7         Suite 2720
8         Los Angeles, CA   90067
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2021MARVEL-0130956

1              EXHIBIT INDEX
2

EXHIBIT 23 - E-MAIL DATED JUNE                226
3      13TH, 2010, FROM ROY AND DAN
       THOMAS
4

EXHIBIT 24 - COMIC BOOK ROY                   260
5      THOMAS, 1996 - MARKETPLACE
6 EXHIBIT 25 - MARVEL COMICS GROUP             261
       HANDWRITTEN NOTE DATED OCTOBER
7      28/65
8 EXHIBIT 26 - DECLARATION OF ROY              269
       WILLIAM THOMAS, JR.
9

EXHIBIT 27 - DECLARATION OF ROY               296
10     THOMAS
11 EXHIBIT 28 - TWO SUBPOENAS                  297
       DIRECTED TO ROY THOMAS
12
13            WITNESS INDEX:
14 ROY THOMAS:
15     Examination by Mr. Toberoff            211
16     Examination by Ms. Kleinick            296
17     Examination by Mr. Toberoff            299
18
19
20
21
22
23
24
25

```
 1                    Thomas
 2   the beginning; whether that was verbal -- or as
 3   it was in so many cases -- written.
 4            That kind of was part of the
 5   writing, and it's part of the payment.
 6       Q.   What is the -- have you ever heard
 7   of the term Marvel Method?
 8       A.   Yes.
 9       Q.   What is -- when you came to Marvel
10   in July of 1965, was the Marvel Method in use
11   at that time?
12            MS. KLEINICK:  Objection.
13       A.   Yes.
14       Q.   What is the Marvel Method?
15       A.   The Marvel Method -- sometimes also
16   called the Stan Lee Method -- but it didn't
17   totally originated with him, but mostly arose
18   in the -- I'm not really quite sure -- but it
19   was in place by the time I got there.
20            Because Stan became too busy to
21   write full scripts; and Larry Lieber, who had
22   been writing the scripts from his plots, you
23   know, was either too busy or was doing his
24   westerns and things and somewhat withdrawing
25   from doing the superheros.
```

1       Thomas
2               Stan was -- became -- would come up
3   with the idea for the plots, I guess, adapting
4   from the way he had originally done plots that
5   Larry would turn in the scripts.
6               And he simply would give those plots
7   to the artists, who would then draw the story,
8   break them down into pictures, expanding them,
9   whatever needed to be done to break them down
10  into pictures.
11              They would then turn them in, and he
12  would then add the -- he would dialogue it,
13  which means the dialogue and captions -- he
14  would add it later -- instead of writing what
15  we call script in advance, which is the more
16  usual method of writing comic books beforehand.
17      Q.   Are you aware that Stan Lee has been
18  interviewed numerous times in which he has
19  described the Marvel Method?
20      A.   I'm sure he has, yes.  I'm aware of
21  that.
22      Q.   Are you aware that Stan Lee, in
23  interviews, has stated that in 1960s, under the
24  Marvel Method, that artists were expected to
25  plot stories?

2021MARVEL-0130966

# ERRATA SHEET

Transcript of Roy Thomas
October 13, 2010 and October 14, 2010

| Page | Line | Per Transcript | Should Be | Reason |
|---|---|---|---|---|
| 10 | 16 | various | varies | Transcription error |
| 25 | 13 and 14 (and in passim throughout transcript) | Brodski | Brodsky | Spelling error |
| 30 | 8 | I remember calling myself | I don't remember calling myself | Transcription error |
| 33 | 19 | Berpoorten | Verpoorten | Spelling error |
| 35 | 14 | increasing | increasingly | Clarification |
| 43 | 5 | newspaper script that | newspaper strip that | Transcription error |
| 45 | 8 | Milly | Millie | Spelling error |
| 45 | 10 | Heady | Hedy | Spelling error |
| 46 | 17 | Ironman | Iron Man | Spelling error |
| 46 | 18 | we wrote | he wrote | Transcription error |
| 50 | 15 | "dialogue for" | "dialogue" for | Transcription error |
| 76 | 20 | comics code | Comics Code | Transcription error |
| 87 | 7-8 | Comics Book | Comix Book | Spelling error |
| 88 | 22 | Dennis | Denis | Spelling error |
| 92 | 6 | Magazine fancy | magazine – "fanzine" | Transcription error |

2021MARVEL-0131055

| Page | Line | Per Transcript | Should Be | Reason |
|---|---|---|---|---|
| 93 | 17-18 | I'd like to direct your attention to page 9 of the article, the window that starts off "Synopsis for Fantastic Four No. 8." And there's a newspaper Puppet Master. Do you see that? | I'd like to direct your attention to page 9 of the article, the window that starts off "Synopsis for Fantastic Four No. 8. Prisoners of Puppet Master." Do you see that? | Transcription error |
| 95 | 13 | Evenier | Evanier | Spelling error |
| 109 | 17 | surfer | Surfer | Spelling error |
| 119 | 24 | Coleman | Colan | Transcription error |
| 138 | 17-22 | Oh Romita. I had some communications with John Romita. I don't think I did, unless I would have mentioned it in passing sometime in an e-mail, but I don't recall doing that. We have very little communication and so forth. There was certainly nothing substantive. | I have not had any communications with John Romita about this case. | Clarification |
| 152 | 21 | gone | gotten | Transcription error |
| 158 | 9 | you say that at a minimum would be a co-writer and | you say that at a minimum you would be a co-writer and | Transcription error |
| 179 | 8-9 | Carmen Empitimo | Carmine Infantino | Spelling error |
| 191 | 5 | regretted | regret | Transcription error |

| Page | Line | Per Transcript | Should Be | Reason |
|---|---|---|---|---|
| 195 | 3 | Jerry | Gerry | Spelling error |
| 196 | 15 | Jerry | Gerry | Spelling error |
| 218 | 17 | originated | originate | Transcription error |
| 224 | 18 | including the two I dialogue, did not have any | including the two I dialogued, I did not have any | Transcription error |
| 232 | 3 | don't | didn't | Transcription error |
| 233 | 18 | balloon | Balloons | Transcription error |
| 237 | 14-16 | So in that case, as far as I know, Jack did all the plotting and was credited, you know, and we all knew it. | So in that case, as far as I know, Jack did the plotting and, though he wasn't specifically credited with the plot, we knew he had done it. | Clarification |
| 238 | 3 | Well, -- yes. | Well, -- no. It was after Jack left Marvel in 1970. | Clarification |
| 239 | 19 | House Roy | Houseroy | Spelling error |
| 240 | 16 | do that | get at | Transcription error |
| 241 | 3 | enjoined | enjoyed | Transcription error |
| 241 | 5 | statement | sometimes | Transcription error |
| 241 | 6 | deprecating | deprecatingly | Transcription error |
| 242 | 8-10 | stories that were at alternate realty, that took off from a certain point in borrowed continuity, and developed story almost in a | stories that were set in an alternate reality, that took off from a certain point in normal continuity, and developed a story almost in a | Transcription error |

| Page | Line | Per Transcript | Should Be | Reason |
|---|---|---|---|---|
| 246 | 21 | Dan | Dann | Spelling error |
| 253 | 3-5 | pursuant to a Xerox, at my request, to him. And the Xerox that said it was on the way; that then this followed. | pursuant to a fax, at my request, to him. And the fax that said it was on the way; that then this followed. | Clarification |
| 253 | 11-12 | I had contacted Stan and asked him if he had it. Because, although it had been published once or twice, I wanted to publish it in Alter Ego and kind of do an analysis of it. So he sent me a Xerox saying it would have to be followed by mail, because it was just too dim to send a good Xerox of it. | I had contacted Stan by and asked him if he had it. Because, although it had been published once or twice, I wanted to publish it in Alter Ego and kind of do an analysis of it. So he sent me a fax saying it would have to be followed by mail, because it was just too dim to send a good Xerox of it. | Clarification |
| 277 | 8 | Meade | Romita | Transcription error |
| 279 | 17 | the seventies | the sixties | Clarification |
| 280 | 16 | Yes, I furnished some plot, | Yes, I furnished some plots, | Transcription error |
| 291 | 14 | He called Sol Brodsky, you know, a | He called in Sol Brodsky, you know, a | Transcription error |
| 293 | 13 | are. | were. | Transcription error |
| 295 | 5 | his work, and Stan didn't feel that he needed | his work, and Stan didn't feel that they needed | Clarification |

_Roy Thomas_
Roy Thomas

Sworn to before me
this 7th day of December, 2010

_Vickie B. Stoudenmire_
Notary Public

LEGAL_US_E # 90833583.1

2021MARVEL-0131059

Page 310

1      REPORTER'S CERTIFICATION

2

3          I, Jane G. Drobnick LaPorte, court

4   reporter and notary public, do hereby certify

5   that the above and foregoing transcript is true

6   and correct.

7          Dated this 8th day of November,

8   2010.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    _*Jane LaPorte*_____

24          Jane G. LaPorte

25

2021MARVEL-0131061