# EXHIBIT 13

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 1

1                    UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF NEW YORK

3

4    MARVEL WORLDWIDE, INC.,            )

5    MARVEL CHARACTERS, INC. and        )

6    MVL RIGHTS, LLC,                   )

7                        PLAINTIFFS, )

8                                       )

9          VS.                          ) NO. 10-141-CMKF

10                                      )

11   LISA R. KIRBY, BARBARA J. KIRBY,  )

12   NEAL L. KIRBY and SUSAN N. KIRBY, )

13                        DEFENDANTS. )

14   _____)

15

16          CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

17          VIDEOTAPED DEPOSITION OF STAN LEE

18                LOS ANGELES, CALIFORNIA

19                    MAY 13, 2010

20

21

22   REPORTED BY:

23   CHRISTY A. CANNARIATO, CSR #7954, RPR, CRR, CLR

24   JOB NO.: 30189

25

2021MARVEL-0130804

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 2

1

2

3

4

5

6

7                                          May 13, 2010

8                                          9:35 a.m.

9

10

11

12

13          Deposition of Stan Lee, taken on behalf of

14     Plaintiffs, held at the offices of Paul Hastings,

15     515 South Flower Street, 25th Floor, Los Angeles,

16     California, before Christy A. Cannariato,

17     CSR #7954, RPR, CRR.

18

19

20

21

22

23

24

25

2021MARVEL-0130805

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 3

1                    A P P E A R A N C E S

2

3    REPRESENTING THE PLAINTIFFS:

4

5    WEIL, GOTSHAL & MANGES, LLP

6    BY:  JAMES W. QUINN, ESQ.

7    RANDI W. SINGER, ESQ.

8    767 FIFTH AVENUE

9    NEW YORK, NY  10153

10

11   -AND-

12

13   HAYNES AND BOONE, LLP

14   BY:  DAVID FLEISCHER, ESQ.

15   1221 AVENUE OF THE AMERICAS, 26TH FLOOR

16   NEW YORK, NY  10020

17

18

19   REPRESENTING THE DEFENDANTS:

20

21   TOBEROFF & ASSOCIATES, P.C.

22   BY:  MARC TOBEROFF, ESQ.

23   2049 CENTURY PARK EAST, SUITE 2720

24   LOS ANGELES, CA  90067

25

2021MARVEL-0130806

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 4

1                       APPEARANCES (Cont'd)

2

3

4    FOR THE WITNESS:

5

6    GANFER & SHORE, LLP

7    BY:  ARTHUR LIEBERMAN, ESQ.

8    360 LEXINGTON AVENUE, 14TH FLOOR

9    NEW YORK, NY  10017

10   REPRESENTING

11

12

13

14

15

16

17

18   ALSO PRESENT:

19   BRENT JORDAN, VIDEOGRAPHER

20   ELI BARD, MARVEL ENTERTAINMENT

21

22

23

24

25

2021MARVEL-0130807

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 5

1                          I N D E X

2

3     EXAMINATION BY                                    PAGE

4

5     MR. QUINN..........................................8

6

7     ----------------------------------------------------------

8                          EXHIBITS

9     EXHIBIT DESCRIPTION                              PAGE

10

11    Lee Exhibit 1

12    Affidavit of Stan Lee..................................23

13

14    Lee Exhibit 2

15    Affidavit of Millicent Shuriff.........................29

16

17    Lee Exhibit 3

18    Article by Nat Freedland, "Super Heroes With Super

19    Problems," NY Herald Tribune, 1/9/66...................39

20

21    Lee Exhibit 4

22    Reprint "Super-Heroes with Super Problems".............39

23

24    Lee Exhibit 5 - Retained by Counsel for Plaintiff

25    Jack Kirby Collector Fifty-Four........................49

2021MARVEL-0130808

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 6

1                          EXHIBITS

2    EXHIBIT DESCRIPTION                              PAGE

3

4    Lee Exhibit 6

5    Color Photocopy of "Fantastic Four"....................53

6

7    Lee Exhibit 7 - Retained by Counsel for Plaintiff

8    Book, Alter Ego.......................................62

9

10   Lee Exhibit 8

11   Deposition transcript of Stan Lee 11/18/03............102

12

13   Lee Exhibit 9

14   DVD titled Stan Lee Deposition Audio and Video Clips..103

15

16   Lee Exhibit 10

17   Collection of Audio CD labels from University of

18   Wyoming..............................................103

19

20   Lee Exhibit 11 - Retained by Counsel for Plaintiff

21   Book, Stan Lee Conversations, Edited by

22   Jeff McLaughlin......................................121

23

24   Lee Exhibit 12 - Retained by Counsel for Plaintiff

25   Book, Origins of Marvel Comics, by Stan Lee..........120

2021MARVEL-0130809

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 11

1                          S. LEE

2    1930s, 1940s?

3          A.      I think it must have been 1939 or 1940,

4    somewhere around there.

5          Q.      And what was your first job responsibility at

6    Timely?

7          A.      Well, I was hired by two people, Joe Simon and

8    Jack Kirby, who were producing the comics at that time for

9    this company which was called Timely Comics.

10         Q.      And --

11         A.      And my job was to really be an assistant.  I

12   went down, and I got them their lunch sandwiches for them,

13   and I filled their -- in those days they dipped the

14   brushes in ink and used pencil sharpeners.  And I

15   sharpened the pencils.  I erased the pages after they were

16   finished.  And I did whatever an assistant or an office

17   boy would do.

18         Q.      And at that time who was running or owned

19   Timely?

20         A.      The company was owned by a man named Martin

21   Goodman.

22         Q.      And he was the publisher?

23         A.      Yes.

24         Q.      And did Timely -- is Timely a predecessor or

25   did Timely eventually become what we now know as Marvel?

2021MARVEL-0130814

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 12

1                              S. LEE
2        A.      That's right.   It had many different names
3    over the years, and it finally became Marvel.
4        Q.      And do you currently do work for Marvel?
5        A.      Oh, yes.  Yes, I do.
6        Q.      And what does that involve?
7        A.      Pardon me?
8        Q.      What does that involve?  What does your work
9    involve with Marvel?
10       A.      Oh, mainly now I write occasional stories for
11   them.  And I do promotion and publicity for them, and
12   whatever they ask me to do, really.  I -- little things
13   that have to do -- sometimes I do cameos in their movies.
14   And I appear on panels at conventions.  Things like that.
15       Q.      You recently were Larry King in Iron Man 2?
16       A.      Yeah, I did that, too.
17       Q.      And do you receive compensation from Marvel?
18       A.      Yes.
19       Q.      Now, do you also have a company called Pow --
20       A.      Yes, I do.
21       Q.      -- that you're involved in?  And what is Pow?
22       A.      Pow is an entertainment company.  And what we
23   do is we seek to produce movies, television shows, things
24   for the Internet.  Whatever we can in the field of
25   entertainment.

2021MARVEL-0130815

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 14

1                          S. LEE

2       Q.      BY MR. QUINN:  You mentioned just a few

3    minutes ago before we took our short break that you had

4    started as, I guess, an apprentice effectively at Timely

5    Marvel around 1940.  Did there come a time that you were

6    -- you got a promotion?

7       A.      Yes.

8       Q.      Tell us about how that occurred.

9       A.      Joe Simon and Jack Kirby were really the only

10   two people there producing the comics, and for some reason

11   they left, and I was the only guy left in the department.

12   So Martin asked me if I could sort of function as the

13   editor and art director and writer until he hired someone,

14   a grown up.  And I said, Sure.  You know, when you're 18

15   years old, what do you know?  I said, Sure, I can do it.

16   And I think he forgot to hire a grownup, because I was

17   there ever since.

18      Q.      Right.  60 years later they still haven't

19   hired a grownup?

20      A.      I'm still waiting.

21      Q.      But you had grown up.

22              Now, did you have an understanding at the time

23   or did you come to have an understanding as to why Simon

24   and Kirby were let go?

25      A.      I didn't know at the time, but I have heard

2021MARVEL-0130817

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 16

1                         S. LEE

2    best artists and the best writers unless I wrote something

3    my -- I had the privilege, which now that I think back, it

4    was rare, but I could either write stories myself or I

5    could hire writers.  I couldn't write everything.  And it

6    was my job to hire the artists to draw the stories.  And I

7    did that for quite a number of years.

8         Q.     And did you give instructions to the artists

9    as to how you wanted the story to go?

10        A.     Oh, yes.  That was my job as Art Director.

11        Q.     So in addition to writing, you were also the

12   Art Director?

13        A.     Yes.

14        Q.     Now, who oversaw -- whose responsibility was

15   the creative editorial aspects of the comic books that

16   were created?

17        A.     Well, the responsibility was mine, because I

18   had to answer to the publisher, Martin Goodman, and he had

19   to be happy with what I was doing.

20        Q.     Did you have the ability to not only make

21   assignments but also to edit and change things that other

22   writers or artists did in connection with the comics?

23        A.     Yeah.  That was my job.  If, for example, I

24   saw some art work, and I felt there wasn't enough action

25   on a page, or it was confusing, the reader might not know

2021MARVEL-0130819

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 17

                              S. LEE

1
2    what it was, or in a script if I felt there was too much
3    dialogue or too little dialogue, it was -- it was up to me
4    to make the stories as good as I could make them.
5         Q.    Now, you mentioned that you did perform
6    services not only as an editor but also as a writer.
7         A.    Mm-hmm.
8         Q.    Did you consider the services you performed as
9    a writer part of your duties as the editor or something
10   additional?
11        A.    Well, I never thought of it that way.  I was
12   the Editor.  I was the Art Director.  And I was also a
13   staff writer.
14        Q.    And how were you paid in connection with the
15   work that you did?
16        A.    How was I paid?
17        Q.    How were you paid in connection with the work
18   as Editor and as a writer?
19        A.    I received a salary which paid me as Editor
20   and Art Director, but I got paid on a freelance basis for
21   the stories that I wrote.
22        Q.    And when you say you were paid on a freelance
23   basis, how were you paid?  On what basis?
24        A.    The same as every other writer.  I was paid
25   per page, so much money per page of script.

2021MARVEL-0130820

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 18

```
 1                          S. LEE
 2        Q.     There was a fixed amount of money --
 3        A.     Yes.
 4        Q.     -- for each page?
 5        A.     Yes.
 6        Q.     And was there a policy or did you have a
 7   policy to pay writers and artists on that per page rate
 8   whether or not the page was actually used or published?
 9        A.     Oh, yes.  Even if we didn't publish -- if an
10   artist drew a 10-page story, and the artist rate was $20 a
11   page, I would put in a voucher for $200 for that artist.
12   Now, if -- and this happened rarely --- but if we decided
13   not to use that story, the artist would still keep the
14   money because he had done the work.  It wasn't his fault.
15   So -- and that's the way it was.  Everybody was paid per
16   page.
17        Q.     Now, you mentioned that you had the right to
18   edit and make changes.  Was there anyone else in addition
19   to you who had the right to edit and make changes --
20        A.     Yes.
21        Q.     -- in the work?  Who was that?
22        A.     Oh, my boss, Martin Goodman, though he really
23   didn't edit.  He would just call me into his office and
24   say:  Jeez, Stan.  I didn't think that story was good.  Do
25   a better one next time.  This book didn't sell so well.  I
```

2021MARVEL-0130821

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 19

                                        S. LEE

1

2      think you better see what's wrong.  Maybe it needs a new

3      artist or a new writer."  Things like that.  But I did the

4      actual detail work.

5           Q.      Were there times where Mr. Goodman would tell

6      you that he didn't want something to be done a certain way

7      --

8           A.      Yeah.

9           Q.      -- and you changed?

10          A.      Yes, there were.  Not that often, but yes.

11          Q.      But that was your understanding of how the

12     process worked?

13          A.      Oh, absolutely.  He was the -- he was the

14     ultimate boss.

15          Q.      And did he have the final say on what was

16     published back in the 1950s and 60s?

17          A.      Yes.  As long as he was the publisher, he did.

18          Q.      Did Mr. Goodman ever edit any of your work?

19          A.      Not too often except every so often he'd say:

20     I think you're putting in too much dialogue.  I don't

21     think the readers want to read that much.  And I always

22     disagreed with him, so I would sneak in as much dialogue

23     as I could.

24          Q.      Now, was this pretty much the practice that

25     existed at Marvel beginning when you started as Editor in

2021MARVEL-0130822

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 20

```
 1                        S. LEE
 2    the early 1940s and then up through the time that you
 3    became the publisher in the late 1960s?
 4              MR. TOBEROFF:  Vague and ambiguous.
 5        Q.    You can answer.
 6        A.    Yes.
 7        Q.    And did this process of assignment and so
 8    forth come to be known as the Marvel method?
 9        A.    Oh, no.  No.  The Marvel method referred to
10    something else.
11        Q.    Okay.  Why don't you describe the Marvel
12    method.
13        A.    There was a time when I was writing so many
14    stories that I couldn't keep up with the artists.  I
15    couldn't feed them enough work.  And, you see, the artists
16    were freelancers.  Now, for example, if Jack was working
17    on a story, and Steve was waiting for me to give him a
18    story because he had had finished what he had been
19    doing --
20        Q.    Jack being Jack Kirby?
21        A.    Jack Kirby.
22        Q.    And Steve Ditko?
23        A.    Right.  Or it could have been any of the
24    artists.  But just using them as an example, if one of
25    them was waiting for a story while I was still finishing
```

2021MARVEL-0130823

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 21

```
 1                            S. LEE
 2    writing the story for the other one, I couldn't keep him
 3    waiting because he wasn't making money.  He was a
 4    freelancer.  He wasn't on salary.
 5              So I would say:  Look, Steve, I don't have
 6    time to write your script for you, but this is the idea
 7    for the story.  I'd like this fill in, and I'd like this
 8    to happen, and in the end the hero ends by doing this.
 9    You go ahead and draw it any way you want to, as long as
10    you keep to that main theme.  And I will keep finishing
11    Jack's story.  And when you finish drawing this one, I
12    will put in all the dialogue and the captions.
13              So in that way I could keep one artist working
14    while I was finishing something for another artist.  That
15    worked out so well that I began doing that with just about
16    all the artists.  I would just give them an idea for a
17    story, let them draw it any way they wanted to.  Because
18    no matter how they drew it, even if they didn't do it as
19    well as I might have wanted, I was conceited enough to
20    think I could fix it up by the way I put the dialogue and
21    the captions in.  And I'd make sense out of it even if
22    they may have made -- have done something wrong.
23              And I was able to keep a lot of artists busy
24    at the same time by using that system.  And I have never
25    given that long an explanation before.
```

2021MARVEL-0130824

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 22

```
 1                        S. LEE
 2        Q.    Did you end up using that system -- and when
 3   did this come into play?  In the 1950s and 60s,
 4   approximately?
 5        A.    Probably the 50s.
 6        Q.    During the time that you were the Editor?
 7        A.    I was always the Editor.
 8        Q.    Until the late 1960s when you became
 9   publisher?
10        A.    Right.
11        Q.    And in that process, did you always maintain
12   the ability to edit and make changes or reject what the
13   other writers or artists had created?
14        A.    Oh, sure.
15        Q.    And did you do that on a regular basis?
16        A.    If something had to be rejected, sure.
17        Q.    And that would include artwork that was done
18   by, for example, Jack Kirby?
19        A.    Yeah.
20        Q.    And do you recall instances where that
21   occurred?
22        A.    It's a strange thing.  I didn't recall it --
23   recall those instances too well.  But I was talking to
24   John Romita once.  He was one of our artists.  And we were
25   talking about whether I had every rejected any pages.  And
```

2021MARVEL-0130825

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 23

```
 1                          S. LEE
 2    I said sometimes I can't remember.  And he said, "Stan,
 3    don't you remember?  Sometimes if somebody wanted a job as
 4    an inker at our place," and an inker is somebody who goes
 5    over the pencil drawings with ink so that they can be
 6    reproduced better at the engraver, he said, "If we wanted
 7    to test an inker to see how good he'd be, we would take
 8    one of the pages of Jack's that you hadn't used and ask
 9    the inker to ink over them as samples."
10              And I had forgotten about that, but John
11    Romita -- we were talking about that.  It was a few years
12    ago he told me that.
13         Q.    And when you had that conversation with Mr.
14    Romita, did that refresh your recollection that you had
15    from time to time rejected pages from Jack Kirby?
16         A.    Yeah.  Actually probably less from Kirby than
17    anybody else, because he was so good.  But I had -- there
18    were times when things had to be rejected for a myriad
19    reasons.
20              (Lee Exhibit 1 marked for identification.)
21         Q.    Let me mark as Lee Exhibit 1 an affidavit,
22    it's a document entitled "Affidavit of Stan Lee," and ask
23    you to take a look at that.
24              MR. TOBEROFF:  I would like to make a standing
25    objection, if you will agree, otherwise I have to make it
```

2021MARVEL-0130826

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 26

1                              S. LEE

2    affidavit.

3              You just testified a little while ago about

4    the process that you utilized in connection with making

5    assignments, and so forth.  And paragraphs, I guess, 3 and

6    4 of this affidavit also describe the same methodology.

7              In paragraph 4 of the affidavit it reads, and

8    I will just read it and you can follow along, it says,

9    "Timely," that would be Marvel, "however, always

10   maintained the right to direct the storylines and the

11   right to edit any aspect of the materials I submitted for

12   publication, including the characteristics of any existing

13   or new characters I utilized in the storylines."

14             Now, would that also be true with regard to

15   other writers and other artists; --

16        A.    Wait.

17        Q.    -- that Marvel maintained the right to direct

18   the storylines --

19        A.    Oh, yes.  The artists and -- it held for the

20   artists and the writers and the letterers and the inkers

21   and the colorists and everybody.

22        Q.    And the next sentence says, "At that time it

23   was typical in the industry for comic book publishers to

24   own the rights to the materials that were created for them

25   for publication."

2021MARVEL-0130829

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 27

1                        S. LEE

2        A.      Yes.

3        Q.      And that was your understanding --

4        A.      Yes.

5        Q.      -- at that time?

6        A.      Yes.

7        Q.      And that continued through the time that you

8    stopped being the editor in the late 1960s?

9        A.      Yes.

10       Q.      So that would include the period of the 1950s

11   and 60s?

12       A.      Yes.

13       Q.      And it further goes on that -- and that would

14   apply not only to things that you created but also things

15   that were created by other writers and other artists like

16   Jack Kirby?

17       A.      Yes.  That's right.

18       Q.      And that was the understanding in the industry

19   at the time?

20       A.      That was my understanding.

21       Q.      And it goes on to say that "Timely," referring

22   to Marvel, "would own whatever rights existed to all of

23   the materials I created or co-created for publication."

24   That was your understanding?

25       A.      Yes, it was.

2021MARVEL-0130830

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 28

1                          S. LEE

2      Q.      And that was your understanding not only with

3   regard to materials you created but were created by the

4   other writers and artists who were working under your

5   direction?

6      A.      Yes.

7      Q.      And do you ever recollect, going back during

8   that period of time anyone, any of the other writers or

9   artists disagreeing or telling you that they didn't --

10  they didn't agree with that?

11     A.      During this period of time?  No.

12     Q.      Now, in paragraph 11, there is a reference to

13  a Schedule A that's attached to this affidavit.  And it

14  says that, "A list of some of the characters I created or

15  co-created for Timely, Marvel, appears on Schedule A."

16             And, to the best of your knowledge, is that a

17  list of some of the characters that you either created or

18  co-created?

19     A.      Yes.

20     Q.      And looking at paragraph 13 of the affidavit,

21  it states, I will read it into the record, "For years I,"

22  being you, "received checks from Timely and its successor

23  that bore a legend acknowledging that the payment was for

24  works for hire."

25             Do you recall -- that's a true statement;

2021MARVEL-0130831

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 30

```
 1                        S. LEE
 2              That was your understanding?
 3      A.      Yes.
 4      Q.      Consistent?
 5              And then it says in paragraph 8, that "The
 6   work for hire language was affixed to each freelancer
 7   check by way of an ink stamp."
 8              Is that consistent with your recollection?
 9      A.      Yes.  Yes.
10      Q.      Okay.  That's all I have on that.
11              Let me go back for a second to you mentioned
12   the fact that the writers and artists during this period
13   of time were paid on a per page rate.
14      A.      That's right.
15      Q.      And were different artists and different
16   writers paid different rates?
17      A.      Oh, yes, according to how valuable we thought
18   they were.
19      Q.      And did it matter -- let's take a particular
20   artist, oh, say Jack Kirby.  Did it matter whether he --
21   was Mr. Kirby one who got a higher page rate?
22      A.      He got the highest because I considered him
23   our best artist.
24      Q.      And with regard to his page rate, he got that
25   page rate whether or not the actual drawings were
```

2021MARVEL-0130833

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 31

1                              S. LEE

2    ultimately published?

3         A.      Oh, yes.  Most of them.  They were practically

4    all published, and, yeah, he always -- I made sure he got

5    the highest rate.

6         Q.      Now, did it matter -- he always got -- he got

7    the highest rate, but he got the same rate, whether it was

8    for Fantastic Four or for The Hulk or for -- in other

9    words, he wasn't paid a different rate based on the

10   characters?

11        A.      As far as I can remember, he wasn't paid a

12   different rate.  I wouldn't swear to it, because there may

13   -- I don't remember ever giving him a different rate.  Let

14   me put it that way.

15        Q.      That's what I'm asking, your best

16   recollection.

17        A.      Yeah.

18        Q.      That's your best recollection?

19        A.      Right.

20        Q.      Now I'm going to ask you a few questions,

21   general questions, about kind of creation of the comic

22   book.  And perhaps nobody knows it better than you do.

23               In general terms, and let's focus on the

24   period 1950s and 60s, which is the relevant period in this

25   case.  What was -- I'd like you to tell us the role of the

2021MARVEL-0130834

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 32

1                              S. LEE

2    different contributors to a comic book, the writer, the

3    artist, penciler, the inker, the colorist, the letterer.

4    What did each guy do, or woman, if there were any?

5          A.      Well, somebody has to come up with the idea

6    for the script itself.  Then it has to be written.  So the

7    first thing that happens is you either get a script by the

8    writer, or, in my case, you'd get an outline saying what

9    the story is.

10              Then it would go to the penciler, who would

11   draw the script in pencil.

12              Then it would go to the letterer, who would

13   letter the dialogue balloons and the captions in ink over

14   the pencil drawings.

15         Q.      Mm-hmm.

16         A.      Then it would go to the inker, who would ink

17   the pencil drawings.  So now the page had the lettering

18   and the artwork done in ink so that it could go to the

19   engraver, and he could photograph it or whatever he did

20   with it.

21              Then in those days we would get back from the

22   engraver some sheets of paper, eight by ten usually, that

23   were called silver prints.  And there was a silver print

24   for each page.  And they would go to the colorist, who

25   would use some kind of aniline dye paints, and they would

2021MARVEL-0130835

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 33

```
 1                        S. LEE
 2    color the pages, which were then sent back to the engraver
 3    or the printer, I was never sure, but to tell that person
 4    how we wanted it colored when it was printed.
 5                The engraver and/or printer used those colored
 6    sheets as a guide to -- so they would know how to color
 7    the pages.
 8        Q.    Right, actually do the printing.
 9        A.    And that's -- I think that's all.  There was
10    the writer, the penciler, the letterer, the inker, the
11    colorist.  Of course we had proofreaders and sometimes we
12    would make changes.  I, as the editor, would often look
13    over a page and say, I don't like this drawing, let's fix
14    it, or, let's make this a long shot, not a close up.  Or,
15    you know, whatever I would do.
16                I didn't do that too much because it cost us
17    money, and it wasted time, so only when it had to be done.
18        Q.    Now, were all these people working in the same
19    room?
20        A.    No.
21        Q.    How did that work?
22        A.    No.  Usually the production people were -- the
23    people who made the paste ups.
24        Q.    Right.
25        A.    But very often the artists worked at home.  We
```

2021MARVEL-0130836

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 34

```
1                          S. LEE
2    did a lot of shipping things around.  We would -- I would
3    talk on the phone or in person to the artist, giving -- or
4    I would type out an outline, depending how we worked.  And
5    the artist usually went home and penciled it, bring it in
6    to me, I would approve it or not approve it, or have what
7    changes needed to be made.
8            Then I would send it to the inker.  We very
9    rarely had an inker who was really on staff.  At a
10   different address the inker would do it and ship it back
11   to me.  And if I liked it, usually it was okay, it would
12   then go to a letterer.
13           Now, often the letterers were on staff, but we
14   also had a number of letterers who worked at home.  In
15   fact, our main letterers, Sam Rosen and Artie Simick, they
16   both worked at home, so we had to ship the artwork again.
17   They would letter it, bring it back.
18           We had a colorist who worked on staff, but we
19   also had colorists who worked at home.
20           So again, it either was done on staff or we
21   shipped it.  We were always moving and shipping things
22   back and forth.
23   Q.    There was no FedEx back then.
24   A.    No FedEx.  No.  It was very difficult.  And we
25   had a small staff really in the office, usually one
```

2021MARVEL-0130837

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 35

                                S. LEE
1
2    letterer who would make corrections on things.  And
3    sometimes one of the people also did coloring.  But mostly
4    everything was done freelance and shipped around the city.
5        Q.     Now, you mentioned all the different books
6    involved, but you mentioned first somebody had to come up
7    with the idea.
8        A.     Yeah.
9        Q.     Was that your role for the most part?
10       A.     Pretty much.  Yeah.
11       Q.     And after you would come up with the idea, how
12   would you communicate that idea to the writer, or in some
13   cases you were the writer, but a different writer or the
14   artist?
15       A.     Well, we would meet, and I would talk about
16   it, and I would usually have, well, often have something.
17   I'd write out a brief outline of what the idea was.
18       Q.     A synopsis?
19       A.     A synopsis.  Or sometimes I would just talk it
20   with the artist.  It really depended on how well I knew
21   the artist, how well we worked together, how familiar we
22   were with each other's style.
23       Q.     Now, typically who came up with the ideas for
24   stories at Marvel during the 50s and 60s?
25       A.     Well, in the 50s, in the early 50s, we were

2021MARVEL-0130838

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 36

1                          S. LEE

2    doing a lot of odd books.  And very often the writers of

3    those odd books would come up with their own, although I

4    did most of them.

5              In the 60s, the ideas for the new characters

6    originated with me because that was my responsibility.

7    And what would happen is the publisher, Martin Goodman,

8    for example, with the Fantastic Four, he called me into

9    his office one day.  And he said, "I understand that

10   National Comics," which later changed its name to DC, "but

11   I understand that National Comics has a book called The

12   Justice League.  And it's selling very well.  I want you

13   to come up with a team of superheroes.  Let's do something

14   like that."

15             So it was my responsibility to come up with

16   such a team.  And I dreamed up the Fantastic Four, and I

17   wrote a brief outline.  And at that time, you know, I gave

18   that to Jack Kirby, who did a wonderful job on it.

19             With The Hulk and the X-Men and Iron Man, I

20   couldn't -- I wanted to use Jack for everything, but I

21   couldn't because he was just one guy.  So with Iron Man I

22   gave that script to Don Heck after I came up with the

23   idea.

24             With Daredevil, I gave that to Bill Everett.

25             I think with Iron Man I still wanted Jack to

2021MARVEL-0130839

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 37

1                      S. LEE

2    do the cover, though, for it.

3              With Spider-Man, that was kind of an

4    interesting thing.  I thought Spider-Man would be a good

5    strip, so I wanted Jack to do it.  And I gave it to him.

6    And I said, Jack, now you always draw these characters so

7    heroically, but I don't want this guy to be too

8    heroic-looking.  He's kind of a nebbishy guy.

9         Q.    Would we call him a nerd today?

10        A.    I would say so.  Yeah.

11              Anyway, Jack, who glamorizes everything, even

12   though he tried to nerd him up, the guy looked still a

13   little bit too heroic for me.  So I said:  All right,

14   forget it, Jack.  I will give it to somebody else.

15              Jack didn't care.  He had so much to do.

16        Q.    Who did you give it to?

17        A.    I gave it to Steve Ditko.  His style was

18   really more really what Spider-Man should have been.  So

19   Steve did the Spider-Man thing.  Although, again, I think

20   I had Jack sketch out a cover for it because I always had

21   a lot of confidence in Jack's covers.

22        Q.    When the covers were done, were they done

23   before or after the actual work was created?

24        A.    You know, I don't think there was a hard and

25   fast rule for that.  I really can't remember.  I think

2021MARVEL-0130840

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 38

1                              S. LEE

2    you'd have had to have done some of the work first, so in

3    doing the cover you knew what the characters looked like.

4         Q.    And did you take particular interest in the

5    cover?

6         A.    Oh, that was my specialty.  The covers in

7    those days, the covers were the most important thing.

8    Because we didn't have fans the way we do now.  Today,

9    fans go to a book store, Did the latest Fantastic Four

10   come in yet?  In those days we sold according to how

11   attractive a book looked on the newsstand.  A kid would

12   walk in the news stand, and whatever caught his eye he'd

13   pick up.

14            So we made sure -- and this was something that

15   my publisher Martin Goodman, he was an expert in.  He

16   taught me a lot about what to do to a cover to make it

17   stand out, what kind of color schemes to use, and so

18   forth.

19            So I paid a lot of attention to covers.  They

20   were very important.

21        Q.    And you would make changes in covers?

22        A.    Oh, sure.

23        Q.    And you mentioned that you thought that Kirby

24   actually did the cover on Spider-Man.  What was -- the

25   cover that he did was based on his original drawing or was

2021MARVEL-0130841

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 41

1                           S. LEE

2    period in the 1960s.

3         A.      Well, pretty much, except this is written by

4    somebody who I don't know why but he must have taken a

5    very unfair dislike to Jack.  And it is so derogatory.

6    It's just terrible the way he pictured Jack in this

7    article.  I can't tell you how badly I felt.

8               At any rate, this is the way the conferences

9    went.  Very often Jack would say more than "mm-hmm."  You

10   know, he might contribute something or he might say,

11   "Stan, let's also do this or do that."  I mean, we had

12   conversations.

13              But aside from that, yes, we would get

14   together.  I would tell Jack the main idea that I wanted,

15   and then we would talk about it, and we'd come up with

16   something.

17        Q.     And that was fairly typical of how a plotting

18   conference would go?

19        A.     Yeah, in that sense.  Yeah.

20        Q.     Now, during the period of time that you've

21   been testifying about, did Marvel ever buy work that was

22   created by one of the writers or freelancers on spec as

23   opposed to having the material being part of an assignment

24   that you would give him?

25        A.     Not that I remember.  Excuse me.  You know,

2021MARVEL-0130844

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 42

1                              S. LEE

2    they may have made deals I don't know about.

3          Q.      I'm just asking --

4          A.      But nothing that I remember.  Right.

5          Q.      -- in your recollection --

6          A.      Right.

7          Q.      -- having been there all that period of

8    time.

9          A.      Right.

10         Q.      Now, when you would give out an assignment,

11   how did that work?  Did you give them deadlines?  How

12   did --

13         A.      Yeah.  Every strip had a deadline, because

14   these books had to go out every month.  And it was very

15   important that the deadline be met.  Because if a book was

16   late, we had already paid the printer for that press time.

17   And if the book wasn't delivered in time, we still had to

18   pay the printer.  So it was a total loss to us.  So the

19   deadlines were very important.  And the artists always

20   knew this has to be delivered by thus-and-such a date.

21         Q.      Now, in connection with the way that artists

22   and freelancers were paid, did they get paid whether or

23   not a particular book or comic was successful?

24         A.      Oh, sure.  They were paid before the book went

25   on sale.  We didn't know how successful it would be.  They

2021MARVEL-0130845

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 43

1                              S. LEE

2    were paid when they delivered the artwork.

3          Q.      Did you ever have any discussions with Mr.

4    Goodman about what his investment and his risk was in the

5    context of being the publisher?

6          A.      Yeah.  Once in a while -- I remember there was

7    one time some artists had wanted an increase in their page

8    rate, and they felt they weren't getting paid enough.  And

9    Martin was in a pretty gloomy mood that day, and he said

10   to me.

11               You know what they don't realize?  They

12          don't realize the risk that I'm taking.  Because

13          if the books don't sell, it costs -- I lose a lot

14          of money.  And I have no guarantee the books will

15          sell.  And we have periods for month after month

16          after month where I'm losing money where the

17          books don't sell.  But I don't cut their rate.  I

18          don't fire them.  I try to keep going as much as

19          possible.

20               And he gave me this whole thing from the

21   publisher's point of view.

22         Q.      And did you understand that point of view?

23         A.      Well, yeah, I could understand it from his

24   point of view.  I could understand it.  Yes.  Just to add

25   to that, he said he was the fella taking all the risk.

2021MARVEL-0130846

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 44

1                             S. LEE
2    That's the thing that he stressed.
3         Q.     Let me go back to the covers for a second.
4                Now, who typically designed the covers for the
5    comic books?  How did that process work?
6         A.     I usually, almost always, would say what I
7    wanted the cover to be.  Sometimes I'd make a little
8    thumbnail sketch.  I'm no great artist, but I would just
9    indicate where I wanted the character.
10                Because, as I said, we considered the covers
11   the most important part of the book.  And I was very
12   careful about the covers.  And I would say what the
13   illustration should be, where I wanted the caption, where
14   I wanted a blurb, how I wanted -- whether I wanted a
15   closeup or a long shot, whether I wanted it to be an
16   action scene or just a dramatic scene.  That I spent a lot
17   of time on that.
18        Q.     And after you'd give direction, were the
19   covers done before or after the pencils were complete?
20        A.     It didn't -- it could have been either way.
21        Q.     Either way.  And did you ever reject a cover
22   and ask him to go back and redo it?
23        A.     Oh, sure.
24        Q.     Now, you mentioned also the practice was to
25   pay writers, artists, and the others inkers, and so forth

2021MARVEL-0130847

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 45

1                          S. LEE

2     on a per page basis.  And they had different rates and so

3     forth.

4                   During the period of time that you were there,

5     were writers or artists ever -- did they ever get

6     royalties from Marvel for the work they did or was it just

7     a per page?

8          A.       While I was there I don't remember any

9     royalties.

10                  MR. LIEBERMAN:  Is this a good time for a

11    break?  We've been going for about an hour.

12                  MR. QUINN:  I think it's a very good time.

13                  THE VIDEOGRAPHER:  Off video at 10:29 a.m.

14                  (Recess.)

15                  THE VIDEOGRAPHER:  Back on video at 10:38 a.m.

16         Q.       BY MR. QUINN:  We were discussing a number of

17    different items generally about the process that you

18    oversaw as editor back in the 50s and 60s.  And now I want

19    to focus specifically on issues relating to Jack Kirby.

20                  You're aware that this is a dispute with the

21    Kirby heirs?

22         A.       (Nods head up and down.)

23         Q.       You've got to say yes on the record.

24         A.       Yes.

25         Q.       When did you first meet Jack Kirby?

2021MARVEL-0130848

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 51

                              S. LEE

1

2    dialogue balloons and the captions should go on the

3    artwork.  And I might not have written so much if he had

4    made the face bigger, but inasmuch as there was that space

5    on the upper right-hand part of the page, I put in more

6    dialogue to sort of dress up the -- balance the panel with

7    picture and dialogue.  That was something else I had

8    mentioned but I concentrated very much on.

9                For example, in the panel above it, that panel

10   was an interesting panel, and I didn't want to -- I only

11   used three lines of caption.  I didn't want to crowd that

12   with copy.

13               And the same with the first panel.  There's so

14   much going on, that I only had a two-line caption that

15   only went part way across, because I wanted the reader to

16   enjoy looking at Jack's artwork with no interference.

17        Q.    And who was it who decided where those --

18   where the dialogue would go?

19        A.    I did.  I always made the indications for the

20   letter -- before giving my strips to a letterer, I always

21   indicated in pencil after I typed out the dialogue where

22   the dialogue should go in the panel.  And the sound

23   effects, also.

24        Q.    And this was the typical way that you would

25   work with Mr. Kirby?

2021MARVEL-0130854

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 52

1                              S. LEE
2        A.        With all the artists.   Yeah.
3        Q.        And who had the final say with regard to what
4    was going to be written in those panels?
5        A.        Well, I was the editor.   I did.
6        Q.        So just looking at some of the other panels,
7    who -- let's go to the next page up on top in the second
8    panel.
9        A.        Mm-hmm.
10       Q.        Read me what Kirby had written in.
11       A.        Let me see if I can make it out.   "As it
12   leaves his hands, the staff's power blows and rocks" --
13   something -- back."   I can't make out the word.
14       Q.        Right.   And what did you substitute for this?
15       A.        Well, I thought it was so self-explanatory,
16   and design wise I felt a big sound effect would be good.
17   So I lettered in the word "batoom" (phonetic) for the
18   letterer.   I did it in pencil so the letterer would follow
19   it, and I tried to make it part of the design of the
20   panel.
21       Q.        Was that something that you typically did?
22   Let's look at another, the next page.
23       A.        The next page?
24       Q.        I'm sorry, two pages over which would be 62.
25   I see in the third panel --

2021MARVEL-0130855

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 54

                              S. LEE

1

2    compare.  Is that the same page that in Lee 6 in its final

3    version that is in --

4         A.      Oh, it seems to be.  Yes.

5         Q.      With the same dialogue that you wrote in?

6         A.      Mm-hmm.

7         Q.      So this would be -- this --

8         A.      Yeah.

9         Q.      Stan --

10        A.      This is the way it looked printed.

11        Q.      This is the way it came out to the public.

12        A.      Right.

13        Q.      That now includes the work of the inkers and

14   the colorists and all the other folks.

15        A.      And the letterer.

16        Q.      And the letterer.  Now, as part of the way you

17   worked with Mr. Kirby and the assignments you gave, did

18   you ever ask Mr. Kirby to create new characters?  Or did

19   he ever create new characters in the context of the work

20   and the assignment you gave him?

21        A.      Well, he, in the context of the work, I would

22   give him the outline for the story.  I might add, that as

23   we went on, and we had been working together for years,

24   the outlines I gave him were skimpier and skimpier.  I

25   might say something like:  In this story let's have Dr.

2021MARVEL-0130857

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 55

```
 1                          S. LEE
 2    Doom kidnap Sue Storm, and the Fantastic Four has to go
 3    out and rescue them.  And in the end, Dr. doom does this
 4    and that.  And that might have been all I would tell him
 5    for a 20-page story.
 6          Q.      Dr. Doom --
 7          A.      Dr. Doom being the villain.
 8          Q.      The villain.
 9          A.      And Jack would just put in all the details and
10    everything.  And then it was -- I enjoyed that.  It was
11    like doing a crossword puzzle.  I get the panels back, and
12    I have to put in the dialogue and make it all tie
13    together.
14                  So we worked well together that way for years,
15    but, I'm sorry, I forgot what your question was.
16          Q.      No, no, no.  Whether during that period of
17    time was it part of his job to create new characters from
18    time to time?
19          A.      Oh, that's why I mentioned.
20                  MR. TOBEROFF:  Assumes facts.  Go ahead.
21          Q.      Go ahead.
22          A.      That's why I mentioned that, because I might
23    give him a very skimpy outline like let Dr. Doom kidnap
24    Sue.  Now, when he drew the strip, he might introduce a
25    lot of characters that he came up with in the story.  He
```

2021MARVEL-0130858

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 56

```
 1                        S. LEE
 2    might have decide to have Dr. Doom send some giant robot
 3    to get Sue Storm, and he would make up the robot.  Or
 4    there might be some other people.  Sure, Jack would often
 5    introduce a lot of new characters in the stories.
 6         Q.      And that was part of what his assignment was?
 7         A.      Yeah.
 8         Q.      And did other artists do the same thing?
 9         A.      Yes.
10         Q.      To your recollection, were there any
11    characters that Kirby had created before he was working
12    with you or anyone at Marvel that he brought to Marvel and
13    then were then published by Marvel?
14         A.      No, I don't believe so.  I don't recall any.
15    Oh, wait a minute.  Wait a minute.  Captain America, for
16    God's sake.  He and Joe Simon had created Captain America.
17         Q.      Right.
18         A.      Now, by the time in the 60s, Jack came to work
19    for us, we weren't -- there was no more Captain America.
20    We weren't publishing it because Martin Goodman thought it
21    was just a World War II character and people wouldn't be
22    interested in it anymore.
23              I always loved the character, so I decided to
24    bring it back.  And I tried to write a story where he had
25    been frozen in a glacier for years, and they found him and
```

2021MARVEL-0130859

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 58

1                          S. LEE

2    it.

3              MR. TOBEROFF:  Did you hear my objection?

4              THE REPORTER:  No, I didn't.  Sorry.

5              MR. TOBEROFF:  Leading.

6              THE REPORTER:  Thank you.

7        Q.    To your knowledge, did Mr. Kirby ever try to

8    use a storyline or a character that he and you created

9    together for Marvel when he left Marvel and went to DC or

10   someplace else?

11       A.    Did he take any stories we had done and use --

12   not that I know of.

13       Q.    Now, we talked generally about how the

14   freelancers were paid.  How was Mr. Kirby paid?

15       A.    When he brought in -- like everybody else.

16   When he'd bring in his artwork, he'd hand in a voucher.

17   We had pre -- you know, pre-prepared voucher forms.  And I

18   would, of course, okay the voucher, and it would go to the

19   Bookkeeping Department.

20       Q.    Based on the number of pages?

21       A.    Yeah, so much per page.

22       Q.    To your knowledge, did Mr. Kirby ever receive

23   any royalties from Marvel?

24       A.    Did he receive royalties?

25       Q.    Royalties from Marvel.

2021MARVEL-0130861

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 72

1                        S. LEE

2   herald to find Galactus his planets.  But the way Jack

3   drew him, he looked so noble and so interesting that I

4   said, "Jack, you know, we ought to really use this guy.  I

5   like him."

6              And I tried to write his copy so that he was

7   very philosophical, and he was always commenting about the

8   state of the world and:  Don't you human beings realize

9   you live in a paradise.  Why don't you appreciate it?  Why

10  do you fight each other and hate each other?  And I had

11  him talking like that all the time.  And the college kids

12  started to love him.  And whenever I would lecture at a

13  college, and there was a question-and-answers period, it

14  was inevitably the Silver Surfer that they would talk

15  about the most.  So I was very happy with him.

16              But that's how it happened accidentally.  I

17  mean, I had nothing -- I didn't think of him.  Jack -- it

18  was one of the characters Jack tossed into the strip.  And

19  he drew him so beautifully that I felt we have to make him

20  an important character.

21       Q.      And this is -- you talked about it before that

22  artists were expected as part of their job to populate the

23  story with characters?

24              MR. TOBEROFF:  Misstates testimony.

25       Q.      You can answer.

2021MARVEL-0130875

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1                              S. LEE

2        A.       Pardon me?

3        Q.       You can answer.

4        A.       Oh.  You see, if there's a story where the

5    hero goes, let's say, to a nightclub, so I would say or

6    whoever the writer is would say the hero goes to a

7    nightclub, and he talks to this person, and then there's a

8    gun fight.  Well, when the artist draws it, the artist has

9    to draw other people in the nightclub.  So the artist is

10   always creating new characters.  I mean, the artist might

11   decide to have the character standing at the bar and draw

12   a sexy-looking bartender, a female or an interesting

13   looking bartender.

14              The artist in every strip always creates new

15   characters to flesh out the strip and to make the

16   characters living in the real world.  Sure.

17       Q.       Who is it up to?  Who had the last word as to

18   whether or not a particular character would make it into

19   the final publication?

20       A.       Well, I guess I did, and my publisher Martin,

21   who might also look at a character and say, I like him,

22   let's see more of him, although he didn't do it that

23   often.

24       Q.       Did he ever say I didn't like --

25       A.       Yeah.

2021MARVEL-0130876

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 74

1                          S. LEE

2        Q.      -- a particular character?

3        A.      Yeah, mostly in Westerns.  He was big on our

4   Western books.  And sometimes he wouldn't like the way a

5   character was drawn.

6        Q.      Let's talk a little bit about the Spider-Man.

7   How did the idea for Spider-Man come about?

8        A.      Again, I was looking for -- Martin said,

9   "We're doing pretty good.  Let's get some more

10  characters."  So I was trying to think of something

11  different.  And I have always hated teenage sidekicks, so

12  I felt it would be fun to do a teenager who isn't a

13  sidekick but who is the real hero.  So that part was easy.

14          But then you had to -- the toughest thing is

15  dreaming up a superpower.  So I thought, What superpower

16  can I give him?  And it finally occurred to me, a guy who

17  could stick to walls like an insect, crawl on a wall and

18  stick to a ceiling.  I didn't recall ever having seen any

19  character like that before.  So I thought that's what I'll

20  do.  I'm going to get a teenager who can crawl on walls.

21          But then the second most important thing is a

22  title.  Titles are very -- the names of the characters are

23  very important.  So I went down the list.  Could I call

24  him Mosquito Man?  insect Man?  fly Man?  And I got to

25  Spider-Man.  It sounded dramatic.  And I remember I had

TSG Reporting 877-702-9580

2021MARVEL-0130877

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 75

1                              S. LEE

2    read a pulp magazine when I was a kid called Spider-Man.

3    The guy didn't have a superpower.  He was just a guy who

4    went around fighting bad guys.  But I thought Spider-Man

5    sounds great.

6              And again, I went to Jack.  I think I told you

7    this before, but --

8         Q.    It's okay.

9         A.     I went to Jack and asked him to draw it, and

10   he did, but he didn't make the teenager look as wimpy or

11   as nerdy as I thought he should.  And I realize that

12   really isn't Jack's style.  Jack mostly draws glamorous

13   heroic Captain America type.  Not that he couldn't have

14   but he would have had to force himself.  So I figured I

15   will get somebody that it comes easy to.

16              And nobody, Jack nor I nor anybody, thought

17   that Spider-Man was going to be a big strip, so it didn't

18   matter.  So I said, "Forget it, Jack.  I will give it to

19   someone else."  He said okay and he went back to Fantastic

20   Four or Thor or whatever he was drawing, and I gave it to

21   Steve Ditko.  And Steve had that kind of awkward feeling.

22   It was just right for Spider-Man, so I gave it to Steve.

23   And that's what happened.

24        Q.    Now, did you discuss the idea that you had for

25   Spider-Man with Mr. Goodman?

2021MARVEL-0130878

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1                        S. LEE

 2           MR. TOBEROFF:  Okay.

 3       Q.      BY MR. QUINN:  In any event, let me go back to

 4   something you testified about a little while ago when we

 5   were talking about the process of where artists sometimes

 6   create characters as part of the story.  And you

 7   mentioned, for example, the possibility of an artist

 8   creating a lady bartender.

 9           Whose job or whose responsibility, if it was

10   decided that this was really an interesting character, who

11   would be the one who would make the decision to take that

12   character and make him or her a separate character for a

13   new comic?

14       A.      Well, either whoever is the Editor or the

15   Publisher.

16       Q.      So at this period of time it would be you or

17   Mr. Goodman?

18       A.      At that period it would have been me or

19   Martin.

20       Q.      So, for example, with regard to the Silver

21   Surfer, who decided to essentially take the Silver Surfer

22   and make him a separate character?

23       A.      Oh.  Me.

24       Q.      And why?

25       A.      Why?
```

2021MARVEL-0130882

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 97

1                              S. LEE

2    whoever we felt like.

3                    But the idea was that they were organized by

4    -- I don't remember which of our heroes organized.  Oh,

5    they got together and decided to become a fighting team.

6    Again we wanted something like The Justice League that DC

7    had.

8         Q.       Had you discussed the idea for The Avengers

9    with Martin Goodman?

10        A.       Oh, sure.  Oh, sure.  I couldn't do any book

11   unless Martin approved of it.  And I remember Iron Man who

12   was the rich one.  I had them use Iron Man's mansion on

13   Fifth Avenue as The Avengers' headquarters, and Captain

14   America was definitely an Avenger.  Iron Man.  And

15   Spider-Man never joined them; he was a loaner.

16                   But then I would have them -- the toughest

17   thing about The Avengers, they were also powerful that we

18   had to find very powerful villains for them to fight.  And

19   again, you know, Jack drew it, and it turned out to be

20   popular.  They're going to make a movie of that, too.

21        Q.       You needed to have very powerful villains to

22   make it a fair fight.

23        A.       Oh, sure.  In fact, it's always best if the

24   villain -- if it isn't a fair fight; if the villains seem

25   even more powerful, because then you wonder how will the

2021MARVEL-0130900

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 100

1                              S. LEE

2    the raw hide kid tell us about The Rawhide Kid.

3         A.     I don't really know what to tell you.  Martin,

4    the publisher, he loved Westerns.  And we had a lot of

5    Western books, and he loved the name The Kid.  We had Kid

6    called Outlaw, The Rawhide Kid, The Texas Kid.  We had a

7    few others I can't remember.  He loved that word.  And the

8    Rawhide Kid was just one of the many Westerns we had.

9              And I, as far as I know, my brother had been

10   doing most of them.  He was writing and drawing them.  I

11   don't remember who started it.  Maybe it was Jack that I

12   did it with first.  I probably wrote the first one.

13             But it was just -- I don't even remember.

14   Maybe he was somebody wanted by the law, but he was really

15   a good guy, and nobody knew it and he just rode around The

16   West having adventures.

17             We didn't put a lot of thought into our

18   Westerns, really.  They were all pretty much alike, just a

19   guy who is the fastest gun in the west, and he fights bad

20   guys.

21        Q.     And with The Rawhide Kid, you followed the

22   same practice of making the assignment and then overseeing

23   it and editing it?

24        A.     Yeah.

25        Q.     Switching to another subject.  Do you recall

2021MARVEL-0130903

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 101

1                              S. LEE

2       that sometime back in 2002 and 2003 you had a dispute with

3       Marvel?

4              A.      Oh, yes.

5              Q.      And what was that dispute about?

6              A.      Well, according to my contract, I was supposed

7       to get 10% of the profits of -- Marvel's profits from the

8       movies and television and things like that.  And I felt I

9       hadn't been getting it.

10             Q.      Did during the course of that dispute did you

11      ever say that you owned the characters and not Marvel?

12             A.      No, that wasn't part of the dispute.

13             Q.      And from your perspective, who did you believe

14      owned the characters?

15             A.      Say that again.

16             Q.      Who did you believe owned the characters?

17             A.      I always felt the company did.

18             Q.      Now, do you recall during the course of that

19      dispute that my nice friend, Mr. Fleischer over there,

20      took your deposition?

21             A.      I don't recall it, but I take your word for

22      it.  Somebody took it.  I don't remember who.

23             Q.      I'm going to show you a portion of that

24      deposition --

25             A.      All right.

2021MARVEL-0130904

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 147

1                 C E R T I F I C A T E

2

3     STATE OF CALIFORNIA          )

4                                  )SS.:

5     COUNTY OF LOS ANGELES        )

6

7            I, CHRISTY A. CANNARIATO, a Certified

8            Shorthand Reporter within and for the State

9            of California, do hereby certify:

10            That Stan Lee, the witness

11            whose deposition is hereinbefore set forth,

12            was duly sworn by me and that such

13            deposition is a true record of the

14            testimony given by such witness.

15            I further certify that I am not

16            related to any of the parties to this

17            action by blood or marriage; and that I am

18            in no way interested in the outcome of this

19            matter.

20            IN WITNESS WHEREOF, I have hereunto

21            set my hand this 25th day of May, 2010.

22

23            _Clanariato_ (signature)

24            _____

25            CHRISTY A. CANNARIATO, CSR #7954

2021MARVEL-0130950

**Marvel Worldwide, Inc., Marvel Characters, Inc., and MVL Rights, LLC**
**v.**
**Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby, and Susan N. Kirby**

Civil Action No. 10 Civ. 141 (CM) (KNF)

Southern District of New York

### ERRATA SHEET FOR THE MAY 13, 2010 DEPOSITION OF STAN LEE

| PAGE/ LINE NO. | CHANGE | REASON FOR CHANGE |
|---|---|---|
| 14:16 | "grownup" should be "grown up" | Typographical error |
| 21:7 | "fill in" should be "villain" | Typographical error |
| 34:8 | "Then I would send it to the inker" should be "Then, after it was lettered by the letterer, I would send it to the inker." | Clarification |
| 35:19 | "talk it with the artist" should be "talk about it with the artist" | Typographical error |
| 38:12 | "news stand" should be "newsstand" | Typographical error |
| 40:17 | "Kirby a veteran comic book artist," should be "Kirby, a veteran comic book artist," | Typographical error |
| 42:20 | "thus and such" should be "such and such" | Typographical error |
| 49:12 | "Collection" should be "Collector" | Typographical error |
| 53:8 | "Os" should be "O's" | Typographical error |
| 55:3 | "Dr. doom" should be "Dr. Doom" | Typographical error |
| 56:2 | "might have decide to" should be "might have decided to" | Typographical error |
| 64:25 | "the Fantastic Four" should be "The Fantastic Four" | Typographical error |
| 65:20 | "See later part of the article" should be "see latter part of article." | Clarification |
| 65:23 | "synopses with Marvel artists, often working merely" should be "synopses, with Marvel artists often working merely" | Typographical error |
| 65:24 | "brief conversations" should be "brief conversations," | Typographical error |
| 67:17 | "the thing" should be "the Thing" | Typographical error |
| 67:21-22 | "such a ugly monstrous looking guy" should be "such an ugly, monstrous-looking guy" | Typographical error |
| 69:6 | "started drawing" should be "started drawing," | Typographical error |
| 69:8-0 | "action sequence may have been suggested, then, as well by either man." should be "action sequence, may have been suggested then, as well, by either man." | Typographical error |

2021MARVEL-0130951

| 70:20 | "this mind" should be "in mind" | Typographical error |
|---|---|---|
| 74:24 | "insect Man? fly Man?" should be "Insect Man? Fly Man?" | Typographical error |
| 75:2 | "Spider-Man" should be "The Spider" | Typographical error |
| 75:13 | "type" should be "types" | Typographical error |
| 76:11 | "I didn't mention that" should be "I mentioned that" | Clarification |
| 80:16 | "the thing" should be "the Thing" | Typographical error |
| 81:5 | "I remember Dr. Jekyll" should be "I remembered Dr. Jekyll" | Typographical error |
| 86:18 | "Happy hogan" should be "Happy Hogan" | Typographical error |
| 91:14 | "And how you do that." should be "And how do you do that?" | Typographical error |
| 96:5 | "Sgt. fury" should be "Sgt. Fury" | Typographical error |
| 97:15 | "loaner" should be "loner" | Typographical error |
| 97:17 | "also powerful" should be "all so powerful" | Typographical error |
| 100:2 | "the raw hide kid tell us about The Rawhide Kid" should be "The Rawhide Kid. Tell us about The Rawhide Kid." | Typographical error |
| 104:12 | "Stanley Deposition" should be "Stan Lee Deposition | Typographical error |
| 110:3 | "I know What" should be "I know what" | Typographical error |
| 110:4 | "That sounds that" should be "That sounds like that" | Typographical error |
| 110:18 | "spider-man" should be "Spider-Man" | Typographical error |
| 112:4 | "Stanley deposition" should be "Stan Lee deposition" | Typographical error |
| 112:6 | "Stanley" should be "Stan Lee" | Typographical error |
| 121:2-3 | "The Superhero Women.'" should be "'The Superhero Women.'" | Typographical error |
| 123:2 | "mr." should be "Mr." | Typographical error |
| 123:14 | "whose" should be "who's" | Typographical error |

7/2/10

2021MARVEL-0130952

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Los Angeles_ }

On _July 2, 2010_ before me, _Susan M. Dymond, a Notary Public_
      Date                         Here Insert Name and Title of the Officer

personally appeared ___ _Stan Lee_
                                        Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Susan M. Dymond_
                                 Signature of Notary Public

> SUSAN M. DYMOND
> NOTARY PUBLIC - CALIFORNIA
> COMMISSION # 1857651
> LOS ANGELES COUNTY
> My Comm. Exp. July 12, 2013

Place Notary Seal Above

—————— **OPTIONAL** ——————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _Errata Sheet for the May 13, 2010 Deposition_

Document Date: _7-2-10_ _____ Number of Pages: _2_

Signer(s) Other Than Named Above: _N/A_

**Capacity(ies) Claimed by Signer(s)**

Signer's Name _Stan Lee_
- [x] Individual
- [ ] Corporate Officer — Title(s): _____
- [ ] Partner — ☐ Limited ☐ General
- [ ] Attorney in Fact
- [ ] Trustee
- [ ] Guardian or Conservator
- [ ] Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer's Name: _____
- [ ] Individual
- [ ] Corporate Officer — Title(s): _____
- [ ] Partner — ☐ Limited ☐ General
- [ ] Attorney in Fact
- [ ] Trustee
- [ ] Guardian or Conservator
- [ ] Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

2021MARVEL-0130953