# EXHIBIT 15

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

STAN LEE,                              )
                                       )
                    PLAINTIFF,         )
                                       )
VS.                                    )   CASE NO. 02-CV-8945 (RSS)
                                       )
MARVEL ENTERPRISES, INC.; ET AL.,      )
                                       )
                    DEFENDANTS.        )
                                       )

## DEPOSITION OF STAN LEE

NOVEMBER 18, 2003

KELLI C. NORDEN
CSR 7200
12782

KELLI NORDEN AND ASSOCIATES
COURT REPORTERS
11726 SAN VICENTE BOULEVARD, SUITE 205
LOS ANGELES, CALIFORNIA 90049
(310) 820-7733    FAX (310) 820-7933

2021MARVEL-0041703
2021MARVEL-0131483

DEPOSITION OF STAN LEE

09:17:19

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3
 4
 5   STAN LEE,                     )
                                   )
 6           PLAINTIFF,            )
                                   )
 7           VS.                   ) CASE NO. 02-CV-8945
                                   )            (RSS)
 8   MARVEL ENTERPRISES, INC.,     )
     AND MARVEL CHARACTERS,        )
 9   INC.,                         )
                                   )
10           DEFENDANTS.           )
                                   )
11
12
13
14
15      DEPOSITION OF STAN LEE, TAKEN ON
16      BEHALF OF THE DEFENDANTS, AT 515
17      SOUTH FLOWER STREET, 25TH FLOOR,
18      LOS ANGELES, CALIFORNIA, COMMENCING
19      AT 10:09 A.M., TUESDAY, NOVEMBER 18,
20      2003, BEFORE KELLI C. NORDEN, CSR
21      NUMBER 7200.
22
23
24
25
```

2

DEPOSITION OF STAN LEE

```
 1  APPEARANCES OF COUNSEL:
 2
 3  FOR THE PLAINTIFF:
 4          DICKSTEIN SHAPIRO MORIN & OSHINSKY
            BY:  JUDITH R. COHEN, ESQ.
 5                   - AND -
            ARTHUR LIEBERMAN, ESQ.
 6                   - AND -
            HOWARD GRAFF, ESQ.
 7          1177 AVENUE OF THE AMERICAS
            NEW YORK, NEW YORK  10036-2714
 8          212.896.5414
            COHENJ@DSMO.COM
 9
10
    FOR THE DEFENDANTS:
11
            PAUL, HASTINGS, JANOFSKY &
12          WALKER, L.L.P.
            BY:  DAVID FLEISCHER, ESQ.
13                   - AND -
            JODI AILEEN KLEINICK, ESQ.
14          75 EAST 55TH STREET
            NEW YORK, NEW YORK  10022
15          212.318.6751
            JODIKLEINICK@PAULHASTINGS.COM
16
17
    ALSO PRESENT:
18
            ELI BARD, ESQ., MARVEL ENTERPRISES
19
            LISA LEVOTE, LEGAL VIDEO SERVICES
20
21
22
23
24
25
```

3

2021MARVEL-0041705
2021MARVEL-0131485

DEPOSITION OF STAN LEE

```
                    I N D E X

DEPONENT:            EXAMINED BY:              PAGE:
STAN LEE             MR. FLEISCHER              11
                     (AFTERNOON SESSION)       102




EXHIBITS MARKED FOR IDENTIFICATION:
DEFENDANTS':
(BOUND UNDER SEPARATE COVER)

1  -  LETTER TO MR. LEE FROM MR. FEINBERG
      OF CADENCE DATED 4-9-76 (3 PAGES)         28

2  -  LETTER TO MR. LEE FROM MR. FREEDMAN
      OF CADENCE DATED 1-15-80 (5 PAGES)        31

3  -  LETTER TO MR. LEE FROM MARVEL
      ENTERTAINMENT GROUP DATED AS OF
      4-1-80 (9 PAGES)                          33

4  -  LETTER TO MR. LEE FROM MARVEL
      ENTERTAINMENT GROUP DATED AS OF
      4-1-80 (3 PAGES)                          37

5  -  LETTER TO MR. GALTON OF MARVEL
      ENTERTAINMENT GROUP, FROM MR.
      TABACHNICK OF WOLF, RIFKIN, DATED
      11-8-85 (12 PAGES)                        48

6  -  CADENCE INTERNAL CORRESPONDENCE RE
      STAN LEE DATED 11-10-85 (2 PAGES)         50

7  -  LETTER TO MR. TABACHNICK FROM MR.
      CALAMARI DATED 11-19-85 (3 PAGES)         57
```

4

2021MARVEL-0041706
2021MARVEL-0131486

DEPOSITION OF STAN LEE

```
                    I N D E X  (CONTINUED)


EXHIBITS MARKED FOR IDENTIFICATION:
DEFENDANTS':
(BOUND UNDER SEPARATE COVER)
 8  -  LETTER TO MR. GOODKIND OF ENGEL &
          ENGEL FROM MR. BIERSTEDT OF NEW
          WORLD PICTURES DATED 3-29-88
          (16 PAGES)                                    58

 9  -  LETTER TO MR. LEE FROM MR. GALTON
          OF CADENCE DATED 3-7-85 (3 PAGES)             63

10  -  LETTER TO MR. BEVINS OF THE ANDREWS
          GROUP FROM MR. BIERSTEDT DATED
          3-24-89 (3 PAGES)                             73

11  -  LETTER TO MR. ZEMELMAN OF NEW WORLD
          ENTERTAINMENT FROM MR. BIERSTEDT
          DATED 7-31-89 (1 PAGE)                        77

12  -  LETTER TO MR. ZEMELMAN FROM MR.
          BIERSTEDT DATED 10-16-89 (1 PAGE)            100

13  -  LETTER TO MR. ZEMELMAN FROM MR.
          BIERSTEDT DATED 9-25-89 (4 PAGES)            102

14  -  LETTER TO MR. ZEMELMAN FROM MR.
          BIERSTEDT DATED 11-21-89 (1 PAGE)            114

15  -  FAX TO MR. BIERSTEDT FROM MR.
          ZEMELMAN FAX DATED AT THE TOP OF
          THE PAGE 12-22-89 (4 PAGES)                  115

16  -  LETTER TO MR. ZEMELMAN FROM MR.
          BIERSTEDT DATED 1-3-90 (2 PAGES)             120

17  -  LETTER TO MR. LEE FROM MARVEL
          ENTERTAINMENT GROUP DATED 12-22-89
          (3 PAGES)                                    124

18  -  LETTER TO MR. ZEMELMAN FROM MR.
          BIERSTEDT DATED 2-5-90 (1 PAGE)              130
```

5

KELLI NORDEN AND ASSOCIATES    (310) 820-7733    FAX: (310) 820-7933

2021MARVEL-0041707
2021MARVEL-0131487

DEPOSITION OF STAN LEE

```
                    I N D E X (CONTINUED)


EXHIBITS MARKED FOR IDENTIFICATION:
DEFENDANTS':
(BOUND UNDER SEPARATE COVER)
19  - LETTER TO MR. LEE FROM MARVEL
      ENTERTAINMENT GROUP DATED 12-1-93
      (3 PAGES)                                    149
20  - LETTER TO MR. BEVINS FROM MR.
      BIERSTEDT DATED 3-7-94 (3 PAGES)             154
21  - LETTER TO MR. BEVINS FROM MR.
      BIERSTEDT DATED 3-11-94 (7 PAGES)            158
22  - LETTER TO MR. LEE FROM MARVEL
      ENTERTAINMENT GROUP DATED AS OF
      4-1-94 (3 PAGES)                             169
23  - FAX TO MR. BIERSTEDT FROM MR.
      SHAPIRO DATED 4-11-94 (10 PAGES)             173
24  - LETTER TO MR. LEE FROM MARVEL
      ENTERTAINMENT GROUP DATED
      4-12-94 (5 PAGES)                            175
25  - LETTER TO MR. LEE FROM MARVEL
      ENTERTAINMENT GROUP DATED 4-12-94
      (4 PAGES)                                    175
26  - LETTER TO MR. LEE FROM MS. BURKE OF
      MARVEL ENTERTAINMENT GROUP DATED
      7-31-95 (1 PAGE)                             177
27  - ASSIGNMENT OF EMPLOYMENT AGREEMENT
      (5 PAGES)                                    181
28  - LETTER TO MR. LEE FROM MR. ISKO OF
      MARVEL ENTERTAINMENT GROUP DATED
      2-5-97 (2 PAGES)                             183
29  - LETTER TO MR. LEE FROM MARVEL
      ENTERTAINMENT GROUP DATED AS OF
      11-1-98 (13 PAGES)                           193
```

DEPOSITION OF STAN LEE

```
 1              I N D E X  (CONTINUED)
 2
 3  EXHIBITS MARKED FOR IDENTIFICATION:
 4  DEFENDANTS':
 5  (BOUND UNDER SEPARATE COVER)
 6  30  - LETTER TO MR. LEE FROM MR. LIEBERMAN
          DATED 10-19-98 (2 PAGES)                 204
 7
     31 - LETTER TO MR. LEE FROM STAN LEE
 8        ENTERTAINMENT INC. DATED 10-15-98
          (5 PAGES)                                222
 9
10
11
12
13              INFORMATION REQUESTED:
14                    (NONE)
15
16
17
18       QUESTIONS UNANSWERED BY THE DEPONENT:
19                    (NONE)
20
21
22
23
24
25
```

7

KELLI NORDEN AND ASSOCIATES    (310) 820-7733    FAX: (310) 820-7933

2021MARVEL-0041709
2021MARVEL-0131489

DEPOSITION OF STAN LEE

| | | |
|---|---|---|
| 10:08:49 | 1 | PERMIT MR. LIEBERMAN TO ATTEND THE DEPOSITION, BUT |
| 10:08:53 | 2 | THAT MR. LIEBERMAN WOULD NOT BE PERMITTED TO |
| 10:08:56 | 3 | PARTICIPATE OR CONFER WITH THE WITNESS DURING THE |
| 10:08:59 | 4 | COURSE OF THE DEPOSITION; AND THAT IF THE |
| 10:09:03 | 5 | DEFENDANT WAS SO ADVISED AT SOME LATER POINT IN |
| 10:09:07 | 6 | THE CASE, THE DEFENDANT COULD MOVE TO DISQUALIFY |
| 10:09:12 | 7 | COUNSEL. |
| 10:09:13 | 8 | AND WITH THAT NOTATION, I THINK |
| 10:09:16 | 9 | WE'RE READY TO BEGIN. |
| | 10 | |
| | 11 | EXAMINATION |
| 10:09:17 | 12 | BY MR. FLEISCHER: |
| 10:09:17 | 13 | Q.   GOOD MORNING, MR. LEE. |
| 10:09:18 | 14 | A.   GOOD MORNING. |
| 10:09:20 | 15 | Q.   IF ANY OF THE QUESTIONS I MAY ASK |
| 10:09:22 | 16 | DURING THE COURSE OF THE DEPOSITION ARE UNCLEAR TO |
| 10:09:25 | 17 | YOU OR IN ANY WAY CONFUSING, PLEASE LET ME KNOW |
| 10:09:31 | 18 | AND I'LL TRY TO REPHRASE THE QUESTIONS SO THEY ARE |
| 10:09:34 | 19 | CLEAR. |
| 10:09:35 | 20 | A.   THANK YOU. |
| 10:09:39 | 21 | Q.   MR. LEE, WHEN WAS THE FIRST TIME |
| 10:09:42 | 22 | THAT YOU HAD ANY CONNECTION WITH MARVEL OR ANY OF |
| 10:09:44 | 23 | ITS PREDECESSOR COMPANIES? |
| 10:09:46 | 24 | A.   EITHER LATE '39 OR EARLY '40. |
| 10:09:48 | 25 | Q.   AND WHAT WAS THE FIRST POSITION YOU |

11

2021MARVEL-0041713
2021MARVEL-0131493

DEPOSITION OF STAN LEE

| | | |
|---|---|---|
| 10:09:51 | 1 | HAD WITH MARVEL OR ONE OF ITS PREDECESSORS? |
| 10:09:55 | 2 | A. WELL, I WAS REALLY AN ASSISTANT TO |
| 10:09:57 | 3 | THE EDITOR AND THE HEAD ARTIST.  ACTUALLY, THE |
| 10:10:03 | 4 | ONLY ARTIST.  AND AFTER A SHORT TIME, I BECAME A |
| 10:10:11 | 5 | COPYWRITER. |
| 10:10:11 | 6 | Q. NOW, THE EDITOR AT THAT TIME WAS |
| 10:10:13 | 7 | WHO? |
| 10:10:13 | 8 | A. JOE SIMON. |
| 10:10:15 | 9 | Q. AND HOW LONG WERE YOU MR. SIMON'S |
| 10:10:24 | 10 | ASSISTANT? |
| 10:10:25 | 11 | A. GEE, I DON'T KNOW.  A YEAR OR SO. |
| 10:10:33 | 12 | Q. AND WHAT HAPPENED AFTER THAT YEAR |
| 10:10:34 | 13 | AS MR. SIMON'S ASSISTANT? |
| 10:10:37 | 14 | A. WELL, AT SOME POINT, MR. SIMON AND |
| 10:10:40 | 15 | MR. KIRBY, THE ARTIST, THEY WERE DISMISSED FROM |
| 10:10:42 | 16 | THE COMPANY AND I WAS THE ONLY ONE LEFT.  SO I |
| 10:10:45 | 17 | BECAME THE EDITOR JUST BECAUSE THERE WAS NOBODY |
| 10:10:51 | 18 | ELSE. |
| 10:10:51 | 19 | Q. AND TO WHOM DID YOU REPORT IN THAT |
| 10:10:53 | 20 | CAPACITY? |
| 10:10:53 | 21 | A. THE PUBLISHER, MARTIN GOODMAN. |
| 10:10:58 | 22 | Q. AND HOW LONG DID YOU REMAIN IN THE |
| 10:11:00 | 23 | POSITION OF EDITOR OF MARVEL'S PREDECESSOR? |
| 10:11:09 | 24 | A. TILL ABOUT 1970. |
| 10:11:11 | 25 | Q. WAS THERE A TIME DURING WHICH YOU |

12

DEPOSITION OF STAN LEE

| | | |
|---|---|---|
| 10:11:12 | 1 | ENTERED THE MILITARY SERVICE? |
| 10:11:19 | 2 | A. YES. I BELIEVE IT WAS -- LET'S |
| 10:11:20 | 3 | SEE. I GOT OUT IN '45 AND I WAS THERE FOR THREE |
| 10:11:23 | 4 | YEARS, SO IT MUST HAVE BEEN 1942. |
| 10:11:26 | 5 | Q. SO DURING THAT TIME, I ASSUME YOU |
| 10:11:27 | 6 | DIDN'T FUNCTION AS THE EDITOR OF MARVEL? |
| 10:11:29 | 7 | A. NO. I GOT A REPLACEMENT FOR THOSE |
| 10:11:31 | 8 | THREE YEARS, BUT I DID WRITE FOR MARVEL. |
| 10:11:39 | 9 | Q. DURING THOSE THREE YEARS? |
| 10:11:41 | 10 | A. UH-HUH. YES. |
| 10:11:42 | 11 | Q. AND WHAT DID YOU WRITE, IF YOU CAN |
| 10:11:44 | 12 | RECALL? |
| 10:11:45 | 13 | A. COMIC STRIPS. |
| 10:11:47 | 14 | Q. DID YOU CREATE ANY CHARACTERS |
| 10:11:49 | 15 | DURING THOSE THREE YEARS THAT WERE PUBLISHED BY |
| 10:11:53 | 16 | MARVEL? |
| 10:11:53 | 17 | A. NO, I DON'T THINK SO. I THINK I |
| 10:11:55 | 18 | WROTE STORIES ABOUT EXISTING CHARACTERS. |
| 10:11:57 | 19 | Q. DO YOU RECALL WHAT THE NAMES OF |
| 10:11:58 | 20 | THOSE EXISTING CHARACTERS WERE? |
| 10:12:00 | 21 | A. NO. WELL, PROBABLY CAPTAIN AMERICA |
| 10:12:03 | 22 | AND A LOT OF OTHERS. I DON'T EVEN REMEMBER THE |
| 10:12:17 | 23 | NAMES. |
| 10:12:17 | 24 | Q. IN CONNECTION WITH YOUR WORK IN |
| 10:12:19 | 25 | COMICS, MR. LEE, WHAT ASPECT OF COMIC BOOK WORK IS |

13

## DEPOSITION OF STAN LEE

| | | |
|---|---|---|
| 10:15:01 | 1 | A.  I DON'T THINK I DID.  NOT THAT I |
| 10:15:03 | 2 | CAN REMEMBER. |
| 10:15:08 | 3 | Q.  WOULD YOU BASICALLY DESCRIBE YOUR |
| 10:15:10 | 4 | DUTIES AND RESPONSIBILITIES AS THE EDITOR OF |
| 10:15:14 | 5 | MARVEL OR ITS PREDECESSOR COMPANY AT THE TIME THAT |
| 10:15:18 | 6 | YOU RESUMED THAT POST AFTER RETURNING FROM |
| 10:15:21 | 7 | MILITARY SERVICE IN OR ABOUT 1945. |
| 10:15:26 | 8 | A.  WELL, IT WAS MY JOB TO DETERMINE |
| 10:15:29 | 9 | WHAT SCRIPTS -- ALONG WITH THE PUBLISHER, MARTIN |
| 10:15:34 | 10 | GOODMAN, TO DETERMINE WHAT STRIPS WE WOULD |
| 10:15:36 | 11 | PUBLISH, WHAT MATERIAL WE WOULD PUBLISH. |
| 10:15:38 | 12 | ONCE THAT DETERMINATION WAS MADE, |
| 10:15:42 | 13 | IT WAS UP TO ME TO HIRE THE ARTIST, TO EITHER |
| 10:15:46 | 14 | WRITE THE STORY MYSELF OR HIRE A WRITER. |
| 10:15:50 | 15 | IF I HIRED A WRITER, TO MAKE SURE |
| 10:15:53 | 16 | THAT HE WROTE THE STORY THE WAY I WANTED HIM TO |
| 10:15:56 | 17 | AND TO ALSO HIRE THE LETTERERS, THE INKERS, THE |
| 10:16:01 | 18 | COLORISTS, AND GENERALLY, TO MAKE SURE THAT THE |
| 10:16:03 | 19 | WORK WAS AS GOOD AS IT COULD BE. |
| 10:16:09 | 20 | Q.  WAS THERE ANY DIFFERENCE IN THE WAY |
| 10:16:10 | 21 | YOU WERE COMPENSATED FOR WORK THAT YOU DID ON A |
| 10:16:17 | 22 | PARTICULAR SERIES OF COMIC BOOKS WHERE YOU HAD |
| 10:16:23 | 23 | CREATED THE STORY, WRITTEN THE STORY YOURSELF, AS |
| 10:16:26 | 24 | OPPOSED TO EDITING THE STORY WRITTEN BY SOMEONE |
| 10:16:28 | 25 | ELSE? |

16

2021MARVEL-0041718
2021MARVEL-0131498

DEPOSITION OF STAN LEE

```
10:16:28   1           A.   COULD YOU SAY THAT AGAIN?
10:16:31   2           Q.   WERE YOU PAID ANY DIFFERENTLY IN
10:16:32   3   YOUR CAPACITY AS A WRITER VERSUS AN EDITOR?
10:16:35   4           A.   OH, YES.  AS AN EDITOR, I RECEIVED
10:16:38   5   A SALARY, BUT I HAD ALWAYS BEEN PAID FOR EVERY
10:16:44   6   STORY I WROTE AS THOUGH I WERE A FREELANCER.  I
10:16:50   7   GOT PAID BY THE PAGE, AS ALL THE FREELANCERS DID
10:16:56   8   ALSO.
10:16:59   9           Q.   OKAY.  CAN YOU RECALL THE NAMES OF
10:17:01  10   THE CHARACTERS, TO THE EXTENT POSSIBLE, IN
10:17:06  11   CHRONOLOGICAL ORDER, THAT YOU WERE INVOLVED IN
10:17:11  12   CREATING AS A WRITER?
10:17:14  13           A.   WE'D BE HERE ALL DAY, BUT I CAN --
10:17:18  14   MILLIE THE MODEL, ZIGGY PIG AND SILLY SEAL AND, I
10:17:25  15   THINK, THE DESTROYER.
10:17:29  16                AND YOU KNOW, THERE WERE SO MANY
10:17:33  17   AND I NEVER KNEW I'D BE QUESTIONED ABOUT IT HALF A
10:17:37  18   CENTURY LATER THAT I DIDN'T --
10:17:39  19                I DID SUPERHEROES; I DID WESTERN --
10:17:42  20   THERE WAS KID COLT OUTLAW; THERE WAS THE BLACK
10:17:47  21   RIDER; THERE WAS THE BLACK KNIGHT, THE TWO-GUN
10:17:54  22   KID, COMBAT KELLY, COMBAT CASEY, FLOOP AND
10:18:05  23   SKILLYBOO.
10:18:06  24                I MEAN, I COULD GO ON ALL MORNING.
10:18:08  25   I DID LITERALLY HUNDREDS OF WESTERNS, WAR STORIES,
```

17

DEPOSITION OF STAN LEE

```
10:19:01   1              TOWARDS THE LATTER PERIOD, WHEN WE
10:19:04   2   WERE HEAVILY INVESTED IN SUPERHEROES AND WHEN I
10:19:07   3   CHANGED THE NAME OF THE COMPANY TO "MARVEL COMICS"
10:19:13   4   AND WE DID THE STORIES THAT ARE NOW PRETTY WELL
10:19:15   5   KNOWN OR THE CHARACTERS THAT ARE WELL KNOWN, THERE
10:19:19   6   WERE A FEW ARTISTS THAT I WORKED WITH MORE THAN
10:19:21   7   OTHERS.
10:19:21   8              THERE WAS JACK KIRBY, STEVE DITKO,
10:19:26   9   JOHN ROMITA, GIL KANE, JOHN BUSCEMA AND A FEW
10:19:41  10   OTHERS.
          11   BY MR. FLEISCHER:
10:19:41  12         Q.   FOCUSING ON THE SUPERHERO GENRE --
10:19:45  13         A.   UH-HUH.
10:19:46  14         Q.   -- WOULD YOU IDENTIFY THE
10:19:49  15   CHARACTERS THAT YOU CONSIDER THE MOST ENDURING
10:19:52  16   THAT YOU CREATED AS A WRITER.
10:19:53  17              MS. COHEN:  OBJECT TO FORM.
10:19:54  18              YOU MAY ANSWER.
10:19:56  19              THE DEPONENT:  SPIDER-MAN, THE
10:19:59  20   X-MEN, THE INCREDIBLE HULK, DAREDEVIL, THE
10:20:09  21   FANTASTIC FOUR, IRON MAN, SERGEANT FURY AND HIS
10:20:17  22   HOWLING COMMANDOS, NICK FURY, AGENT OF SHIELD,
10:20:25  23   DOCTOR STRANGE, THE SILVER SURFER.
10:20:32  24              THOSE ARE THE ONES THAT COME TO
10:20:33  25   MIND RIGHT NOW.
```

19

```
 1  STATE OF CALIFORNIA      )
                             ) SS.
 2  COUNTY OF LOS ANGELES    )

 3

 4          I, KELLI C. NORDEN, CERTIFIED
 5  SHORTHAND REPORTER, CERTIFICATE NUMBER 7200,
 6  FOR THE STATE OF CALIFORNIA, HEREBY CERTIFY:
 7          THE FOREGOING PROCEEDINGS WERE TAKEN
 8  BEFORE ME AT THE TIME AND PLACE THEREIN SET FORTH,
 9  AT WHICH TIME THE DEPONENT WAS PLACED UNDER OATH BY
10  ME;
11          THE TESTIMONY OF THE DEPONENT AND ALL
12  OBJECTIONS MADE AT THE TIME OF THE EXAMINATION WERE
13  RECORDED STENOGRAPHICALLY BY ME AND WERE THEREAFTER
14  TRANSCRIBED;
15          THE FOREGOING TRANSCRIPT IS A TRUE AND
16  CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;
17          I FURTHER CERTIFY THAT I AM NEITHER
18  COUNSEL FOR NOR RELATED TO ANY PARTY TO SAID ACTION,
19  NOR IN ANY WAY INTERESTED IN THE OUTCOME THEREOF.
20          IN WITNESS WHEREOF, I HAVE HEREUNTO
21  SUBSCRIBED MY NAME THIS 1st DAY OF December,
22  2003.
23
24                        [Signature: Kelli C. Norden]
25
```