# EXHIBIT 17

GS:fd
1/2

CIVIL COURT   :   NEW YORK COUNTY
------------------------------------X
                                    :
JAY K. HOFFMAN PRESENTATIONS, INC., :
                                    :
                Plaintiff,          :
                                    :
      -against-                     :
                                    :
MARVEL COMICS GROUP,                :
                                    :
                Defendant.          :
                                    :
------------------------------------X

                            110 East 59th Street
                            New York, N.Y.

                            November 19, 1974
                            2:30 o'clock p.m.

      Examination before trial of Defendant MARVEL COMICS GROUP, by ALBERT E. LANDAU, taken by Plaintiff pursuant to notice.

                      oOo

*Beekman Reporting Service*
Certified Shorthand & Stenotype Reporters
150 Nassau Street
New York, N.Y. 10038

W O R T H   2 - 5 9 5 4

Appearances:

    HOWARD N. BELDOCK, ESQ.,
    Attorney for Plaintiff,
      110 East 59th Street
      New York, N.Y.

    MESSRS. KENYON & KENYON,
    REILLY, CARR & CHAPIN
    Attorneys for Defendant
      59 Maiden Lane
      New York, N.Y.
    BY:   STUART J. SINDER, ESQ.,
        of Counsel.

              oOo

       IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto that:

       All rights provided by the C.P.L.R., including the right to object to any question or to move to strike any testimony at this examination are reserved; and, in addition, the failure to object to any question or to move to strike testimony at this examination, shall not be a bar or waiver to make such motion at, and is reserved for the trial of this action.

       This examination may be sworn to by the witness being examined before a notary public other than the notary public before whom this examination was begun, but the failure to do so, or to return the original of this examination to counsel shall not be deemed a waiver of the rights provided by Rule 3116 C.P.L.R. and

2          shall be controlled thereby.
3                  The filing and certification of the original
4          of this examination are waived.
5                  IT IS FURTHER STIPULATED AND AGREED by and between
6          the attorneys for the respective parties hereto that
7          a copy of this examination shall be furnished to the
8          attorney for said defendant, without charge.
9                              oOo
10                 ALBERT E. LANDAU,
11         being first duly sworn by a notary public of the State of
12         New York, was examined and testified as follows:
13         EXAMINATION BY
14         MR. BELDOCK:
15             Q    Please state your name and address for the record.
16             A    Albert E. Landau, [Redacted - PII]
17         [Redacted - PII] New York.
18             Q    What is your position with Marvel Comics Group?
19             A    I am the president of Marvel Comics.
20             Q    For how long have you been president?
21             A    A couple of months.
22             Q    At the time of the transaction with Mr. Hoffman,
23         which took place back in the period April through July 1974,
24         or August of 1974, what was your post?
25             A    Corporate vice president of the Cadence Industries.

2021MARVEL-0068825

2         Q    Can you tell us the structural relationship between
3    Cadence Industries and Marvel Comics Group?
4              THE WITNESS:  Can you help us on that, because
5    I am never quite sure of the legal structure of anything.
6              MR. SINDER:  I believe that in our answer to the
7    complaint we have indicated the relationship between
8    them, which was that the Marvel Comics Group is a
9    division of Cadence Industries.
10             MR. BELDOCK:  Is it an unincorporated division?
11             MR. SINDER:  That is correct.
12             THE WITNESS:  That's why I didn't answer your
13   question.  It's something I was not sure of.
14        Q    I take it, then, that Cadence Industries Corpora-
15   tion and Marvel Comics Group are officed at the same premises?
16        A    No.
17        Q    Can you tell us where they respectively are?
18        A    Cadence is in West Caldwell, New Jersey.  Marvel
19   Comics is 575 Madison Avenue.
20        Q    Would you know if Cadence Industries Corporation
21   is qualified to do business in New York?
22        A    I would be almost sure it would be.
23        Q    Do you have any official capacity with Cadence
24   Industries?
25        A    As I mentioned to you, I am corporate vice
     president of Cadence.

2021MARVEL-0068826

## CERTIFICATE

STATE OF NEW YORK    )
                     : 
COUNTY OF NEW YORK   )

      I, Garfield Silverstein, a shorthand reporter and notary public within and for the State of New York, do hereby certify:

      That, ALBERT E. LANDAU, the witness whose examination is hereinbefore set forth, was duly sworn by me, and that such examination is a true record of the testimony given by such witness.

      I FURTHER CERTIFY that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

      IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of June, 1975.

      *Garfield Silverstein*