# EXHIBIT 23B

AGREEMENT made this 5TH day of _October_ , 1978, by and between _PAUL LAIKIN_ residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _Paul Laikin_

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

AGREEMENT made this          day of *JUNE 22* , 19*78*, by
and between *PAUL LARKIN*
residing at [Redacted - PII]                    [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York 10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by *Paul Larkin*                  by *[signature]*

CONFIDENTIAL

Confidential

AGREEMENT made this 9th day of Oct., , 1978, by and between JOHN LANGTON residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and, SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _____      by _____

CONFIDENTIAL

Confidential

AGREEMENT made this **6** day of **JuLy** , 19**78**, by and between *Bob Larkin*

residing at [Redacted - PII]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

by ~~Robert J. Lahr~~

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by ~~Sol Brodsky~~

CONFIDENTIAL

Confidential

AGREEMENT made this 13TH day of JUNE , 1978, by and between ROBERT LAYTON residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

CONFIDENTIAL

Confidential

AGREEMENT made this 2b day of ℨ DECEMBER, 19 78, by and between PETER LEDGER residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

by _____


MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____


CONFIDENTIAL

Confidential

AGREEMENT made this SIXTH day of OCTOBER , 1978, by and between STEPHEN LEIALOHA residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _Stephen Leialoha_

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Sol Brodsky_

CONFIDENTIAL

Confidential

AGREEMENT made this 22 day of MAY , 1978 , by and between SHELLY LEFERMAN residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Shelly Leferman_____        by _____

CONFIDENTIAL

Confidential

AGREEMENT made this 14 day of June , 1978, by and between Danila Lichter-Dale residing at _____ [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP- PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex- clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben- fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                         MARVEL COMICS GROUP, a division
                                 of Cadence Industries Corporation



by _Danila Lichter-Dale_         by _____

CONFIDENTIAL

Confidential

AGREEMENT made this *14* day of *JUNE*, 19*78*, by and between *Larry Lieber* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation


by _*Larry Lieber*_____        by _*Sol Brodsky*_____


CONFIDENTIAL                                    MARVEL0008147

Confidential                                     2021MARVEL-0017483

AGREEMENT made this        day of May 16 , 1978 , by
and between Ralph Macchio
residing at ~~575 Madison Avenue~~                    Redacted - PII
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

.MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have  MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

        THEREFORE,  the parties agree as follows:

        In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

        SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that  MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

        This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

        IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                        MARVEL  COMICS  GROUP, a division
                                of Cadence Industries Corporation


by  Ralph Macchio               by  Sol Brodsky

CONFIDENTIAL

MARVEL0008148

Confidential

2021MARVEL-0017484

AGREEMENT made this _fine_ day of / 5            . 197_8_, by
and between
residing at                    **Redacted - PII**
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have  MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that  MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                  of Cadence Industries Corporation

by _Nora Macin_                   by _Al Brodsky_


CONFIDENTIAL

MARVEL0008149

2021MARVEL-0017485

Confidential

AGREEMENT made this    day of   5/4 , 1978, by and between
WILLIAM T. MANTLO    residing at    [Redacted - Pii]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575
Madison Avenue, New York, New York  10022  (herein "Marvel").

WHEREAS    MARVEL    is in the business of publishing comic and other magazines known
as the Marvel Comics Group, and

WHEREAS    SUPPLIER    is desirous of having    MARVEL    order or commission either
written material or art work as a contribution to the collective work known as the Marvel Comics
Group, and

WHEREAS    MARVEL    has informed SUPPLIER    that MARVEL    only orders or com-
missions such written material or art work on an employee-for-hire basis as such is defined pursuant to
the Copyright Act of 1976, as such may be revised, amended, supplemented or superseded

NOW,    THEREFORE,    the parties hereto hereby agree as follows:

In consideration of  MARVEL  commissioning and ordering from  SUPPLIER  written
material or art work and paying therefor at the rate  MARVEL  customarily pays for such work, as
such rate may be changed from time to time,  SUPPLIER  hereby acknowledges, agrees and confirms
that any and all work, writing, art work material or services  (herein the "Work")  which have been
or are in the future created, prepared or performed by  SUPPLIER  for the Marvel Comics Group
have been and will be specially ordered or commissioned for use as a contribution to a collective work
and that as such Work was and is expressly agreed to be considered a work made for hire under the
Copyright Act of 1976 and as the same may be revised, amended, supplemented or superseded.

SUPPLIER    expressly grants to  MARVEL  in perpetuity all rights of any kind and nature
in and to the Work and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof
having all rights of ownership therein and thereto as if  MARVEL  were the sole author thereof.
SUPPLIER    agrees not to contest  MARVEL's  exclusive, complete and unrestricted ownership in and
to the Work.

In addition, SUPPLIER   grants to  MARVEL  the right to use  SUPPLIER's  name and
likeness in connection with the Work, and the advertising thereof, but in no event shall  SUPPLIER
be deemed to be endorsing a commercial product without first having obtained  SUPPLIER's  express
written consent.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and
their respective heirs, successors, administrators and assigns.

IN    WITNESS    WHEREOF,    the parties hereto have executed this Agreement as of the
date first above written.


Supplier                                     Marvel Comics Group, a division

                                             of Cadence Industries Corporation


by _____      by _____

AGREEMENT made this 3 day of OCTOBER , 1978, by and between PABLO MARCOS residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by ___Pablo Marcos___

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by ___Al Brodsky___

CONFIDENTIAL

MARVEL0008151

Confidential

2021MARVEL-0017487

AGREEMENT made this 10th day of *May*, 19 78, by and between RICHARD MARSCHALL residing at ⟨Redacted - PII⟩ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by ⟨signature: Richard Marschall⟩

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by ⟨signature: Sol Brodsky⟩

CONFIDENTIAL

Confidential

AGREEMENT made this *15* day of *OCT* , 19*78*, by and between *FRAN MATERA* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by *FRAN MATERA*

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

MARVEL0008153

2021MARVEL-0017489

AGREEMENT made this 11th day of September, 1978, by and between FRAN MATERA, residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                         MARVEL COMICS GROUP, a division
                                 of Cadence Industries Corporation


by _Fran Matera_                 by _____

CONFIDENTIAL

MARVEL0008154

2021MARVEL-0017490

AGREEMENT made this _12TH_ day of _JUNE_ , 197_8_ ,
by and between Marvel Comics Group, a division of Cadence Industries Corporation
(herein "EMPLOYER") and _FRAN MATERA_ (herein "EMPLOYEE").

In consideration of EMPLOYEE's employment by EMPLOYER, and other
good and valuable consideration, receipt of which is hereby acknowledged by
EMPLOYEE, EMPLOYEE represents, warrants and agrees as follows:

Any and all material written, drawn or created by EMPLOYEE, now or
in the future, and all material previously written, drawn or created by EMPLOYEE
in the past, for the comic books or other printed matter for TARZAN or JOHN
CARTER OF MARS was and will be written, drawn or created by EMPLOYEE as an
employee of EMPLOYER, in the performance of EMPLOYEE's duties and in the reg-
ular course of employment and that EMPLOYER is the Author thereof and entitled
to the copyright therein and thereto (including any renewal, extension or rever-
sion of copyright now or hereafter provided), and all other rights therein and
thereto of any nature whatsoever whether now known or hereafter devised, includ-
ing, but not limited to, the right to make such changes therein, and such uses
hereof, as it may determine, and that such material is a "work-for-hire" under
the copyright laws of the United States in effect on or after the date of creation
of such material.

IN WITNESS WHEREOF, we have hereunto set our hands and seals
as of the date first above written.

_Fran Matera_
EMPLOYEE

MARVEL COMICS GROUP, a division of
Cadence Industries Corporation
by _Sol Brodsky_

CONFIDENTIAL

Confidential

AGREEMENT made this _10_ day of _OCTOBER_, 19_78_, by and between _VIC MARTIN_ residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _Vic Martin_                   by _Sol Brodsky_

AGREEMENT made this 2ⁿᵈ day of _October_ , 19 78, by and between _RODOLFO F. MESINA_

residing at [ Redacted - PII ]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by X _Rodolf F. Mesina_           by _[signature]_


CONFIDENTIAL

Confidential

ROGER McKENZIE

Redacted - PII

AGREEMENT made this 3RD day of MAY , 19 78 by and between
ROGER McKENZIE residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575
Madison Avenue, New York, New York 10022 (herein "Marvel").

WHEREAS MARVEL is in the business of publishing comic and other magazines known
as the Marvel Comics Group, and

WHEREAS SUPPLIER is desirous of having MARVEL order or commission either
written material or art work as a contribution to the collective work known as the Marvel Comics
Group, and

WHEREAS MARVEL has informed SUPPLIER that MARVEL only orders or com-
missions such written material or art work on an employee-for-hire basis as such is defined pursuant to
the Copyright Act of 1976, as such may be revised, amended, supplemented or superseded

NOW, THEREFORE, the parties hereto hereby agree as follows:

In consideration of MARVEL commissioning and ordering from SUPPLIER written
material or art work and paying therefor at the rate MARVEL customarily pays for such work, as
such rate may be changed from time to time, SUPPLIER hereby acknowledges, agrees and confirms
that any and all work, writing, art work material or services (herein the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group
have been and will be specially ordered or commissioned for use as a contribution to a collective work
and that as such Work was and is expressly agreed to be considered a work made for hire under the
Copyright Act of 1976 and as the same may be revised, amended, supplemented or superseded.

SUPPLIER expressly grants to MARVEL in perpetuity all rights of any kind and nature
in and to the Work and agrees that MARVEL is the sole and exclusive copyright proprietor thereof
having all rights of ownership therein and thereto as if MARVEL were the sole author thereof.
SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and
to the Work.

In addition, SUPPLIER grants to MARVEL the right to use SUPPLIER's name and
likeness in connection with the Work, and the advertising thereof, but in no event shall SUPPLIER
be deemed to be endorsing a commercial product without first having obtained SUPPLIER's express
written consent.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and
their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the
date first above written.

Supplier

Marvel Comics Group, a division
of Cadence Industries Corporation

Roger McKenzie                    by Sol Brodsky

CONFIDENTIAL

MARVEL0008158

2021MARVEL-0017494

Confidential

AGREEMENT made this _26th_ day of _JUNE_ , 1978 , by and between _BOB MCLEOD_ residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Robert S. McLeod_

by _Al Brodsky_

AGREEMENT  made this *6th* day of *June*  , 19*78*, by
and between *DAVID MICHELINIE*
residing at [ Redacted - PII ]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have  MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that  MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                  of Cadence Industries Corporation


by _David Michelinie_             by _Sol Brodsky_


CONFIDENTIAL                                       MARVEL0008160

Confidential                                        2021MARVEL-0017496

AGREEMENT made this *2nd* day of *November*, 19 *78*, by and between *ALIEN MILGROM* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by *Allen L. Milgrom*     by *[signature]*

CONFIDENTIAL

Confidential

AGREEMENT made this 25ᵀᴴ day of May , 1978, by and between _Mary A. Mintzer_ residing at [ Redacted - PII ] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Mary A. Mintzer_              by _Sol Brodsky_

CONFIDENTIAL

Confidential

AGREEMENT made this 31st day of *May* , 19 78 , by and between ~~Jim Mooney~~ residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation


by _Jim Mooney_

by _Sol Brodsky_

AGREEMENT made this 5 day of *July* , 19 78, by and between *FRANK MILLER* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation


by *Frank Miller*

by *Al R. Brodsky*

CONFIDENTIAL

MARVEL0008164

Confidential

2021MARVEL-0017500

AGREEMENT made this ____ day of Oct 12, 19 7 8, by and between BRIAN MOORE residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Brian Moore_____

by _Sol Brodsky_____

CONFIDENTIAL

Confidential

AGREEMENT made this 2 day of ▽ , 19 78 by and between BRIAN MOORE residing at [Redacted - PII] 11024 (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _Brian Moore_                  by _Sol Brodsky_

CONFIDENTIAL

MARVEL0008166

Confidential

2021MARVEL-0017502

AGREEMENT made this *12* day of *JUNE*, 197*8*, by and between *WINSLOW MORTIMER* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Winslow Mortimer_

by _Sol Brodsky_

CONFIDENTIAL

MARVEL0008167

Confidential

2021MARVEL-0017503

AGREEMENT  made this *31,* day of *JULY* , 19*78* by
and between *ROYD O. NEBRES*
residing at [ Redacted - PII ]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have  MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that  MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                  of Cadence Industries Corporation


by _____         by _____

AGREEMENT made this 15 day of JULY , 1978 , by and between *Don Newton* residing at ___Redacted - PII___ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by ___[signature]___

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by ___[signature]___

MARVEL0008169

2021MARVEL-0017505

AGREEMENT made this 17 day of October, 1978, by
and between Don Newton                                              850.
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _____        by _____

AGREEMENT made this 9 day of October , 1978, by and between CHARLES NICHOLAS residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                    MARVEL COMICS GROUP, a division
                            of Cadence Industries Corporation

by _Charles Nicholas_       by _JM Brodsky_

CONFIDENTIAL

MARVEL0008171

Confidential

2021MARVEL-0017507

AGREEMENT made this 14 day of JULY , 1978 , by and between EARL H. NORFM residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                        MARVEL COMICS GROUP, a division
                                of Cadence Industries Corporation


by Earl H. Norem                by Stan Brodsky

CONFIDENTIAL

Confidential

AGREEMENT made this _____ day of MAY 25, 19 78, by and between JAMES R. NOVAK _____ residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _JAMES R. NOVAK_____        by _____

CONFIDENTIAL

Confidential

AGREEMENT made this 13 day of JULY , 1978, by and between JUAN ORTIZ residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by _____           by _____


CONFIDENTIAL

MARVEL0008174

Confidential

2021MARVEL-0017510

AGREEMENT made this 15 day of MAY , 19 73 , by
and between TOM PALMER
residing at ☐ Redacted - PII
(herein "Supplier") and MARVEL Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have  MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that  MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                  of Cadence Industries Corporation

by _Tom Palmer_____            by _Sol Brodsky_____


CONFIDENTIAL                    MARVEL0008175

Confidential                      2021MARVEL-0017511

AGREEMENT **made this**    **day of** OctobeR 16 , 19 78 , **by and between** MICHAEL PARDO

**residing at** | Redacted - PII |

**(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").**

MARVEL **is in the business of publishing comic and other magazines known as the Marvel Comics Group, and** SUPPLIER **wishes to have** MARVEL **order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.** MARVEL **has informed** SUPPLIER **that** MARVEL **only orders or commissions such written material or art work on an employee-for-hire basis.**

THEREFORE, **the parties agree as follows:**

In consideration of MARVEL's **commissioning and ordering** from SUPPLIER **written material or art work and paying therefor,** SUPPLIER **acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by** SUPPLIER **for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.**

SUPPLIER **expressly grants to** MARVEL **forever all rights of any kind and nature in and to the Work, the right to use** SUPPLIER's **name in connection therewith and agrees that** MARVEL **is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.** SUPPLIER **agrees not to contest** MARVEL's **exclusive, complete and unrestricted ownership in and to the Work.**

This Agreement **shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.**

IN WITNESS WHEREOF, **the parties hereto have executed this Agreement as of the date first above written.**

SUPPLIER                           MARVEL COMICS GROUP, **a division**
                                   **of Cadence Industries Corporation**

by _Michael Pardo_                 by _Al Brodsky_

CONFIDENTIAL

MARVEL0008176

Confidential

AGREEMENT  made this _22nd_ day of _May_ , 19_78_, by
and between ┌──────────────────┐ _RICHARD PARKER_
residing at │ **Redacted - PII** │
            └──────────────────┘
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have  MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that  MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                  of Cadence Industries Corporation

by_____         by_____

CONFIDENTIAL
MARVEL0008177

AGREEMENT made this 19ᵀᴴ day of — JUNE —, 1978, by and between BRUCE D. PATTERSON residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _Bruce D. Patterson_           by _Ad Brodsky_

CONFIDENTIAL

Confidential

EMENT made this 7TH day of OCTOBER , 1978 , by
MICHAEL J. PELLOWSKI,

Redacted - PII

lier") and the Marvel Comics Group, a division of Cadence
rporation, 575 Madison Avenue, New York, New York  10022
el").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _Michael J. Pellowski_         by _____

AGREEMENT made this 23 day of OCTOBER , 19 78 , by and between GEORGE PEREZ , residing at ~~Redacted - PII~~ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _George Perez_

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Sol Brodsky_

CONFIDENTIAL

Confidential

AGREEMENT made this 12 day of JUNE , 1978, by and between DON PERLIN
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation

by _____           by _____

AGREEMENT made this **20** day of **OCTOBER**, 19**78**, by and between **KEITH POLLARD**
residing at [Redacted - PII]          [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by *Keith Pollard*                by *S M Brodsky*

CONFIDENTIAL

Confidential

*CRAZY MAGAZINE*

AGREEMENT made this 26 day of OCTOBER , 1978, by and between JOHN REINER residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP- PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex- clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben- fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _JOHN REINER_____           by _Stan Brodsky_____

MARVEL0008183

2021MARVEL-0017519

AGREEMENT made this *12th* day of *OCTOBER* , 19 *78* , by and between *MIKE RICIGLIANO +* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by *Michael Ricigliano*

by _____

CONFIDENTIAL

AGREEMENT made this *12th* day of *July*         , 197*8* , by and between *Clem Robins* residing at [Redacted - Pii] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York   10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by *Clem Robins*                      by _____

CONFIDENTIAL

Confidential

CRAZY MAGAZINE

**AGREEMENT** made this _12_ day of _OCTOBER_, 19 _78_, by and between VANCE RODEWALT residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _[signature]_

by _[signature]_

CONFIDENTIAL

Confidential

AGREEMENT made this *19* day of *MAY*, 1978, by and between *JOHN ROMITA* ~~residing at~~ Redacted - PII (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

by _____

CONFIDENTIAL

Confidential

2021MARVEL-0017523

AGREEMENT made this 3 day of *MAY* 1978 by and between *John S Romita* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

WHEREAS MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and

WHEREAS SUPPLIER is desirous of having MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group, and

WHEREAS MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis as such is defined pursuant to the Copyright Act of 1976, as such may be revised, amended, supplemented or superseded

NOW, THEREFORE, the parties hereto hereby agree as follows:

In consideration of MARVEL commissioning and ordering from SUPPLIER written material or art work and paying therefor at the rate MARVEL customarily pays for such work, as such rate may be changed from time to time, SUPPLIER hereby acknowledges, agrees and confirms that any and all work, writing, art work material or services (herein the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire under the Copyright Act of 1976 and as the same may be revised, amended, supplemented or superseded.

SUPPLIER expressly grants to MARVEL in perpetuity all rights of any kind and nature in and to the Work and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein and thereto as if MARVEL were the sole author thereof. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

In addition, SUPPLIER grants to MARVEL the right to use SUPPLIER's name and likeness in connection with the Work, and the advertising thereof, but in no event shall SUPPLIER be deemed to be endorsing a commercial product without first having obtained SUPPLIER's express written consent.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

Supplier

Marvel Comics Group, a division of Cadence Industries Corporation

by *John S Romita*

by *Sol Brodsky*

AGREEMENT made this 23 day of MAY , 1978, by and between JOE ROSEN residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

by _Joe Rosen_____


MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Sol Brodsky_____


CONFIDENTIAL

Confidential

AGREEMENT made this    day of    MAY 3 1978 by and between GEORGE ROUSSOS    residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

WHEREAS MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and

WHEREAS SUPPLIER is desirous of having MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group, and

WHEREAS MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis as such is defined pursuant to the Copyright Act of 1976, as such may be revised, amended, supplemented or superseded

NOW, THEREFORE, the parties hereto hereby agree as follows:

In consideration of MARVEL commissioning and ordering from SUPPLIER written material or art work and paying therefor at the rate MARVEL customarily pays for such work, as such rate may be changed from time to time, SUPPLIER hereby acknowledges, agrees and confirms that any and all work, writing, art work material or services (herein the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire under the Copyright Act of 1976 and as the same may be revised, amended, supplemented or superseded.

SUPPLIER expressly grants to MARVEL in perpetuity all rights of any kind and nature in and to the Work and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein and thereto as if MARVEL were the sole author thereof. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

In addition, SUPPLIER grants to MARVEL the right to use SUPPLIER's name and likeness in connection with the Work, and the advertising thereof, but in no event shall SUPPLIER be deemed to be endorsing a commercial product without first having obtained SUPPLIER's express written consent.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

Supplier

Marvel Comics Group, a division of Cadence Industries Corporation

by _George Russos_

by _Al Brodsky_

CONFIDENTIAL

Confidential

AGREEMENT made this 1st day of November, 1978, by and between Craig Russell

residing at [Redacted - PII]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation


by _P. Craig Russell_              by _Sol Brodsky_

CONFIDENTIAL

MARVEL0008191

Confidential

2021MARVEL-0017527

AGREEMENT made this *12TH* day of *JUNE*          , 19*78*, by and between *JOSEF RUBINSTEIN*
residing at ~~[Redacted - PII]~~
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by *Josef Rubinstein*             by *[signature]*


CONFIDENTIAL

Confidential

MARVEL0008192

2021MARVEL-0017528

**AGREEMENT** made this     day of Oct 8 , 19 78, by and between     KEVIN SACCO
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                    MARVEL COMICS GROUP, a division
                            of Cadence Industries Corporation


by _Kevin Sacco_            by _Al Brodsky_

CONFIDENTIAL

Confidential

**AGREEMENT** made this 27 day of *NOV.* , 19 78 , by and between *GASPAR SALADINO* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _Gaspar Saladino_

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _[signature]_

AGREEMENT made this **3** day of **MAY**          , 19**78**, by and between **JAMES A. SALICRUP** residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022  (herein "Marvel").

WHEREAS  MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and

WHEREAS  SUPPLIER  is desirous of having  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group, and

WHEREAS  MARVEL  has informed SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis as such is defined pursuant to the Copyright Act of 1976, as such may be revised, amended, supplemented or superseded

NOW,    THEREFORE,   the parties hereto hereby agree as follows:

In consideration of  MARVEL  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor at the rate  MARVEL  customarily pays for such work, as such rate may be changed from time to time,  SUPPLIER  hereby acknowledges, agrees and confirms that any and all work, writing, art work material or services  (herein the "Work")  which have been or are in the future created, prepared or performed by  SUPPLIER  for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire under the Copyright Act of 1976 and as the same may be revised, amended, supplemented or superseded.

SUPPLIER  expressly grants to  MARVEL  in perpetuity all rights of any kind and nature in and to the Work and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein and thereto as if  MARVEL  were the sole author thereof. SUPPLIER  agrees not to contest  MARVEL's  exclusive, complete and unrestricted ownership in and to the Work.

In addition, SUPPLIER  grants to  MARVEL  the right to use  SUPPLIER's  name and likeness in connection with the Work, and the advertising thereof, but in no event shall  SUPPLIER be deemed to be endorsing a commercial product without first having obtained  SUPPLIER's  express written consent.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN   WITNESS  WHEREOF,   the parties hereto have executed this Agreement as of the date first above written.

Supplier

Marvel Comics Group, a division

of Cadence Industries Corporation

by _James A. Salicrup_

by _Sol Brodsky_

CONFIDENTIAL

MARVEL0008195

2021MARVEL-0017531

Confidential

AGREEMENT made this 2nd day of October , 1978, by and between RODOLFO A. SANTIAGO residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _____            by _____

AGREEMENT made this *12* day of *JULY*, 19 *78*, by and between *ANTHONY SANTO*, residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _____        by _____
   ANTHONY SANTO

CONFIDENTIAL

Confidential

AGREEMENT made this 5TH day of OCTOBER 19 78, by and between STUART SCHWARTZBERG residing at ⟦Redacted - PII⟧ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                    MARVEL COMICS GROUP, a division
                            of Cadence Industries Corporation

by _Stuart Schwartzberg_     by _Al Brodsky_

CONFIDENTIAL

MARVEL0008198

Confidential

2021MARVEL-0017534

AGREEMENT made this 26th day of MAY , 1978 , by
and between ROBERT SHAREN
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York 10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _Robert L. Shaw_              by _[signature]_

CONFIDENTIAL

Confidential

AGREEMENT made this IOTH day of MAY , 1978, by and between JAMES SHOOTER residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _James Shooter_

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Sol Brodsky_

CONFIDENTIAL

Confidential

AGREEMENT made this *11* day of *May*, 197*8*, by and between **Redacted - PII** residing at *Marie Severin* (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by *Marie Severin*

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by *Al Brodsky*

CONFIDENTIAL

Confidential

*MAGAZINE*

AGREEMENT made this 11TH day of DECEMBER , 1978 , by
tween GEORGE SIEFRINGER
ng at [Redacted - PII]
ein "Supplier") and the Marvel Comics Group, a division of Cadence
ustries Corporation, 575 Madison Avenue, New York, New York  10022
erein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by X *George Siefringer*          by *[signature]*

S.S. # [Redacted - PII]

CONFIDENTIAL

Confidential

AGREEMENT made this 11 day of JULY , 19 78, by and between BILL SIENKIEWICZ [Redacted - PII] residing at [Redacted - PII] [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by _____           by _____

AGREEMENT made this 16 day of NOVEMBER, 1978, by and between WALTER M. SIMONSON _____ residing at [ Redacted - PII ] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation


by _Walt Simonson_____

by _____


CONFIDENTIAL

AGREEMENT made this *10* day of *October*, 1978, by and between *Joe Sinnott* residing at _____ Redacted - PII _____ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

by *Joe Sinnott* _____


MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by *Sol Brodsky* _____

CONFIDENTIAL

MARVEL0008205

2021MARVEL-0017541

Confidential

AGREEMENT made this 24 day of May , 1978 , by and between MICHAEL S. SIPORIN residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

CONFIDENTIAL

Confidential

AGREEMENT made this *14* day of *DECEMBER*, 19*78*, by and between **Redacted - PII** *ROGER SLIFER* residing at _____ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL  COMICS  GROUP,  a division of Cadence Industries Corporation


by *Roger Slifer*

by *Al Brodsky*

MARVEL0008207

Confidential

2021MARVEL-0017543

AGREEMENT made this 4TH day of OCTOBER , 19 78, by and between JACK SPARLING residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Jack Sparling_

by _Jim Brodsky_

JACK SPARLING

CONFIDENTIAL

Confidential

AGREEMENT made this      day of June 23rd, 1978, by and between FRANÇOISE MOULY-SPIEGELMAN residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

by _____

CONFIDENTIAL

Confidential

AGREEMENT made this *10* day of *May* , 19*78*, by and between

residing at

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

by _____

CONFIDENTIAL

Confidential

AGREEMENT made this      day of    May 3    , 19 78, by and between
Roger L Stern      residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575
Madison Avenue, New York, New York  10022  (herein "Marvel").

WHEREAS    MARVEL   is in the business of publishing comic and other magazines known
as the Marvel Comics Group, and

WHEREAS   SUPPLIER   is desirous of having   MARVEL   order or commission either
written material or art work as a contribution to the collective work known as the Marvel Comics
Group, and

WHEREAS    MARVEL   has informed  SUPPLIER  that  MARVEL  only orders or com-
missions such written material or art work on an employee-for-hire basis as such is defined pursuant to
the Copyright Act of 1976, as such may be revised, amended, supplemented or superseded

NOW,    THEREFORE,    the parties hereto hereby agree as follows:

In consideration of  MARVEL  commissioning and ordering from  SUPPLIER  written
material or art work and paying therefor at the rate   MARVEL   customarily pays for such work, as
such rate may be changed from time to time,  SUPPLIER  hereby acknowledges, agrees and confirms
that any and all work, writing, art work material or services  (herein the "Work")  which have been
or are in the future created, prepared or performed by  SUPPLIER  for the Marvel Comics Group
have been and will be specially ordered or commissioned for use as a contribution to a collective work
and that as such Work was and is expressly agreed to be considered a work made for hire under the
Copyright Act of 1976 and as the same may be revised, amended, supplemented or superseded.

SUPPLIER  expressly grants to  MARVEL  in perpetuity all rights of any kind and nature
in and to the Work and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof
having all rights of ownership therein and thereto as if  MARVEL  were the sole author thereof.
SUPPLIER  agrees not to contest  MARVEL's  exclusive, complete and unrestricted ownership in and
to the Work.

In addition, SUPPLIER  grants to  MARVEL  the right to use  SUPPLIER's  name and
likeness in connection with the Work, and the advertising thereof, but in no event shall  SUPPLIER
be deemed to be endorsing a commercial product without first having obtained  SUPPLIER's  express
written consent.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and
their respective heirs, successors, administrators and assigns.

IN    WITNESS  WHEREOF,    the parties hereto have executed this Agreement as of the
date first above written.

Supplier                              Marvel Comics Group, a division

                                      of Cadence Industries Corporation

by _____        by _____

CONFIDENTIAL

MARVEL0008211

2021MARVEL-0017547

AGREEMENT  made this     day of  *AUGUST 9*  , 1978 , by and between   STEVE   STILES
residing at   [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                              MARVEL  COMICS  GROUP,  a division
                                      of Cadence Industries Corporation

by  *Steve Stiles*                    by  *[signature]*

CONFIDENTIAL

MARVEL0008212

2021MARVEL-0017548

Confidential

AGREEMENT made this *19* day of *MAY*, 19*78*, by and between *CHIC STONE* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by *Chic Stone*

by *J. A. Brodsky*

Redacted - PII

AGREEMENT made this 23 day of OCT. , 1978, by and between THOMAS SUTTON residing at (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _Thomas F. Sutton_             by _Sol Brodsky_


CONFIDENTIAL

Confidential

AGREEMENT made this 30th day of August , 1978, by and between STEVE SWIRES

residing at [Redacted - PII]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Steve Swires_                 by _Sol Brodsky_

AGREEMENT made this 9 day of OCTOBER, 1978, by and between ANTHONY TALLARICO residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _____        by _____

AGREEMENT made this           day of *MAY 5*       , 197*8*, by and between *JOHN TARTAGLIONE*                        residing at [Redacted - PII]                        , (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

WHEREAS   MARVEL   is in the business of publishing comic and other magazines known as the Marvel Comics Group, and

WHEREAS   SUPPLIER   is desirous of having   MARVEL   order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group, and

WHEREAS   MARVEL   has informed SUPPLIER   that   MARVEL   only orders or commissions such written material or art work on an employee-for-hire basis as such is defined pursuant to the Copyright Act of 1976, as such may be revised, amended, supplemented or superseded

NOW,   THEREFORE,   the parties hereto hereby agree as follows:

In consideration of  MARVEL  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor at the rate  MARVEL  customarily pays for such work, as such rate may be changed from time to time,  SUPPLIER  hereby acknowledges, agrees and confirms that any and all work, writing, art work material or services  (herein the "Work")  which have been or are in the future created, prepared or performed by  SUPPLIER  for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire under the Copyright Act of 1976 and as the same may be revised, amended, supplemented or superseded.

SUPPLIER  expressly grants to  MARVEL  in perpetuity all rights of any kind and nature in and to the Work and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein and thereto as if  MARVEL  were the sole author thereof. SUPPLIER  agrees not to contest  MARVEL's  exclusive, complete and unrestricted ownership in and to the Work.

In addition, SUPPLIER  grants to  MARVEL  the right to use  SUPPLIER's  name and likeness in connection with the Work, and the advertising thereof, but in no event shall  SUPPLIER  be deemed to be endorsing a commercial product without first having obtained  SUPPLIER's  express written consent.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN   WITNESS  WHEREOF,   the parties hereto have executed this Agreement as of the date first above written.

Supplier                                        Marvel Comics Group, a division

                                                of Cadence Industries Corporation

by _____       by _____

CONFIDENTIAL

AGREEMENT made this       day of  *10-15* , 19*78*, by and between *HOWARD TAYLOR.*    Redacted - PII
residing at                                          Redacted - PII
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by *Howard Taylor*                by _____

CONFIDENTIAL                                      MARVEL0008218

Confidential                                        2021MARVEL-0017554

AGREEMENT  made this 25ᵗʰ day of July       , 1978 , by
and between
residing at GREG THEAKSTON ‑ [ Redacted - PII ]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER  wishes to
have MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL  has informed SUPPLIER  that MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of MARVEL's  commissioning and ordering
from SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's  name in connection therewith and agrees that MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER  agrees not to contest MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                           MARVEL  COMICS  GROUP,  a division
                                   of Cadence Industries Corporation

by _Greg Theakston_____        by _Sol Brodsky_____


CONFIDENTIAL                                    MARVEL0008219

Confidential                                       2021MARVEL-0017555

AGREEMENT made this 1st day of June , 197F , by and between Roy Thomas residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by *Roy Thomas*

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by *Sol Brodsky*

CONFIDENTIAL

MARVEL0008220

2021MARVEL-0017556

AGREEMENT made this 30th day of July , 19 78 , by and between  Don and Maggie Thompson residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP- PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex- clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben- fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _Don Thompson_
by _Margaret Curtis Thompson_

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Sol Brodsky_

CONFIDENTIAL

Confidential

AGREEMENT made this 31 day of JULY , 19 78 , by and between *Herb Trimpe* residing at [Redacted - PII] *N.Y. ...* (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _Herbt W. Trimpe_

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Sol Brodsky_

CONFIDENTIAL

Confidential

AGREEMENT made this *2nd* day of *November* , 1978 , by and between *Michael Vosburg* residing at _____ Redacted - PII _____ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _*Michael S. Vosburg*_____     by _*Jd Brodık*_____

CONFIDENTIAL                                    MARVEL0008223

Confidential                                   2021MARVEL-0017559

AGREEMENT made this *13* day of *July*, 19*78*, by and between *Dutter Vohland* residing at *Redacted - PII* (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                         MARVEL COMICS GROUP, a division
                                 of Cadence Industries Corporation

by _____   by _____

                                                    VOHLAND

CONFIDENTIAL

Confidential

AGREEMENT made this 22nd day of August , 1978 , by and between Sharon L. Webber residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Sharon L. Webber_             by _Jd. Brodsky_____


CONFIDENTIAL

Confidential