# EXHIBIT 23D

SS # _____    ▢ Redacted - PII

AGREEMENT made this *3* day of *MARCH* 1983 by and between *FRANK CIROCCO*

residing at [ Redacted - PII ]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _*Frank Cirocco*_____      by _____

Redacted - PII

AGREEMENT made this _C_ day of _June 6 1983_ by
and between _Glorie Jill Cohen_

residing at [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Glorie Jill Cohen_            by _[signature]_


CONFIDENTIAL

MARVEL0008597

2021MARVEL-0017933

Confidential

SS #   **Redacted - PII**

AGREEMENT made this 10th day of November 1983 by and between Angel Colon

residing at ⸢ **Redacted - PII** ⸣

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Angel Colon_____          by _____

CONFIDENTIAL                              MARVEL0008598

Confidential                                2021MARVEL-0017934

SS #  [Redacted - PII]

AGREEMENT made this 23ʳᵈ day of JUNE 19 83 by
and between RANDALL L. COOPER
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _____   by _____

AGREEMENT made this        day of  Jan 31 19 84  by and between  ARTHUR BYRON COVER

residing at _____ Redacted - PII _____

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                                MARVEL COMICS GROUP, a division
                                        of Cadence Industries Corporation


by _____      by _____

CONFIDENTIAL

Confidential

Redacted - PII

AGREEMENT made this       day of DEC. 7 19 83 by
and between    ANGELO DeCESARE

residing at  Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York 10016  (herein "Marvel").

        MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

        THEREFORE, the parties agree as follows:

        In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

        SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

        This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

        IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                            MARVEL COMICS GROUP, a division
                                    of Cadence Industries Corporation



by Angelo DeCesare           by

CONFIDENTIAL                                    MARVEL0008601

AGREEMENT made this ___ day of *NOV. 2, 1983* by and between *ANGELO DECESARE*

residing at [Redacted - PII]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation

by *Angelo DeCesare*                  by _____

**Redacted - PII**

CONFIDENTIAL                          MARVEL0008602

Confidential                                      2021MARVEL-0017938

3/\

AGREEMENT made this     day of   12/13/  19 8 4  by
and between  JOE Del Beato
residing at   Redacted - PII          **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York 10016  (herein "Marvel").

        MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

        THEREFORE, the parties agree as follows:

        In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

        SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

        This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

        IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER  *Joseph Del Beato*                MARVEL COMICS GROUP, a division
                                            of Cadence Industries Corporation

                DEC 14 1984

by_____              by_____

CONFIDENTIAL                                                      MARVEL0008603

Confidential                                                      2021MARVEL-0017939

~SS #    Redacted - PII

AGREEMENT made this *19th* day of *October* 19*93* by and between *Robert De Natale*

residing at    **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                        MARVEL COMICS GROUP, a division
                                of Cadence Industries Corporation



by X *Robert De Natale*         by _____

CONFIDENTIAL    MARVEL0008604

Confidential    2021MARVEL-0017940

AGREEMENT made this _17_ day of _April_  19_84_ by and between _MICHAEL DOCHERTY_

residing at Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation



by _Michael Docherty_                 by _[signature]_

SS #  ___  **Redacted - PII**  ___

*& George Downing in*

AGREEMENT made this  *9*  day of  *JUN*    19*83*   by
and between  *George Downing*

residing at  ___  **Redacted - PII**  ___

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.   MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.   SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                                    MARVEL COMICS GROUP, a division
                                            of Cadence Industries Corporation


by *George S Downing*              by _____

CONFIDENTIAL                                MARVEL0008606

Confidential                                2021MARVEL-0017942

Redacted - PII

AGREEMENT made this            day of June 28   1984   by
and between   Jan Duursema

residing at   ┌─────────────────────────────────────┐   JUL 05 1984
              │        Redacted - PII               │
              └─────────────────────────────────────┘
(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

        MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

        THEREFORE, the parties agree as follows:

        In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

        SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

        This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

        IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by                                by

Redacted - PII

AGREEMENT made this     day of  11/11     1983     by
and between  Laura Ebarskin

residing at | **Redacted - PII** |

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                                    MARVEL COMICS GROUP, a division
                                            of Cadence Industries Corporation



by _Laura Ebarsten_____          by _____

AGREEMENT made this 15th day of *April* 1984 by and between *ROBERTA EDELMAN*

residing at Y [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by X *Roberta Edelman*            by _____

4X

SS # <del>(PER?)</del>    **Redacted - PII**

AGREEMENT made this 24th day of **January** 19 84 by
and between **The Kilimanjaro Corporation, as purveyor of the literary**
**services of Harlan Ellison**
residing at [ Redacted - PII ]
(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

        MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

        THEREFORE, the parties agree as follows:

        In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

        SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", <del>the right to use</del> ✱
<del>SUPPLIER'S name in connection therewith</del> and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

PLEASE INITIAL

MZ X
✓

        This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

        IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
**The Kilimanjaro Corporation**         of Cadence Industries Corporation


by _____        by _Michael Z. Holston_
        HARLAN ELLISON, President

✱ SUPPLIER grants to MARVEL the right to use SUPPLIER's name in
connection with the "Work" and promotion thereof, but only with
the prior written consent of the SUPPLIER.



PLEASE INITIAL

CONFIDENTIAL                                                      MARVEL0008610

AGREEMENT made this        day of  April 18, 1985  by
and between  RANDALL D. EMBERLIN

residing at              **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016   (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Randy Emberlin_               by _____

CONFIDENTIAL                                      MARVEL0008611

Confidential                                    2021MARVEL-0017947

SS #    Redacted - PII

AGREEMENT made this 13 day of FEBRUARY 19 84 by and between JIM FERN

residing at X   **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _jim fern_____        by _____

CONFIDENTIAL                                          MARVEL0008612

SS #    Redacted - PII

3γ

AGREEMENT made this    day of Sept 17th    19 83    by
and between    John Figueroa

residing at    [Redacted - PII]

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                        MARVEL COMICS GROUP, a division
                                of Cadence Industries Corporation



by                              by

SS # _____  **Redacted - PII**

AGREEMENT made this ⎯5 day of _February_ 19⎯63 by
and between _Mark Fiorावante_ (

residing at [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to ___ ___ ork known as the Marvel
Comics Group.       _Mark Fioravante ?_   : that MARVEL only orders
or commission                              work on an employee-for-
hire basis.

THE[               ]                        llows:

In c                    ssioning and ordering
from SUPPLIER           _ work and paying therefore,
SUPPLIER acknow___ ___ and confirms that any and all work,
writing, art wo___ material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                                   MARVEL COMICS GROUP, a division
                                           of Cadence Industries Corporation

by _Mark Fioravante_____               by _____

34

SS #  **Redacted - PII**

AGREEMENT made this *31* day of *Oct.* 19*84* by
and between *Steven Fisch*

residing at [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _____*Steven Fisch*_____     by _____*[signature]*_____

SS # _____ **Redacted - PII** _____

AGREEMENT made this 28 day of June 19 83 by and between MICHAEL FONTANELLI

residing at | **Redacted - PII** |

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Michael Fontanelli_
6/28/83

by _[signature]_

Redacted - PII

AGREEMENT made this _18TH_ day of _APRIL_ 19_84_ by and between _FRANK FOSCO_

residing at _Redacted - PII_

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation

by _Frank D. Fosco_                   by _[signature]_

CONFIDENTIAL

MARVEL0008617

2021MARVEL-0017953

Confidential

AGREEMENT made this *19* day of *October*   19*54*   by and between *Anthony S. Franco*

residing at [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation



by _____         by _____

CONFIDENTIAL                                    MARVEL0008618

Confidential                                    2021MARVEL-0017954

AGREEMENT made this 6ᵗʰ day of NOVEMBER  1984  by and between JAMES W. FRY

residing at ┌──────────── Redacted - PII ────────────┐

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

NOV 8 1984

by _____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

MARVEL0008619

2021MARVEL-0017955

SS # | **Redacted - PII**

AGREEMENT made this 11 day of November 19 83 by and between Alan Max Fuchs

residing at | **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _Alan Fuchs_____   by_____

CONFIDENTIAL

MARVEL0008620

Confidential

2021MARVEL-0017956

SS #   **Redacted - Pii**

AGREEMENT made this *9th* day of *November* 19 *84* by
and between X *pey C. Garcia*

residing at XX   **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER

NOV 12 1984

MARVEL COMICS GROUP, a division
of Cadence Industries Corporation

by X _____

by _____

CONFIDENTIAL

Confidential

AGREEMENT made this 30 day of MARCH 19 84 by
and between MORT GERBERG
residing at

Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by _____            by _____

SS # **Redacted - PII**

AGREEMENT made this 30ᵗʰ day of *April* 19 85 by and between *Alan Gersch*

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownershp therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _*Alan Gersch*_                by _____

Birthday _**Redacted - PII**_
         (optional)

CONFIDENTIAL

Confidential

2021MARVEL-0017959

**Redacted - PII**

AGREEMENT made this 23 day of January 1984 by and between Diane L. BiER

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation


by _____        by _____

AGREEMENT made this 11 day of JULY 19 83 by
and between SAM GRAINGER

residing at [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
er are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _____          by _____

AGREEMENT made this 7th day of JUNE 19 84 by and between WALLACE I. GREEN

residing at [ Redacted - PII ]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                                MARVEL COMICS GROUP, a division
                                        of Cadence Industries Corporation


by _Wallace I. Green_                   by _Michael Z. Hobson_

CONFIDENTIAL

MARVEL0008626

Confidential

2021MARVEL-0017962

Danielle
Sotet

AGREEMENT made this 29 day of August 19 83 by Marvel
and between   Joe Haidar

residing at [ Redacted - PII ]

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                     of Cadence Industries Corporation



by _____   by _____

SS #    | Redacted - PII |

AGREEMENT made this 2nd day of February 1983 by and between *Michael Harris*

residing at | **Redacted - PII** |

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Michael Harris_

by _[signature]_

Redacted - PII

AGREEMENT made this *19* day of *October* 1984 by and between *Ken Hart*

residing at Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by *Kenneth Hart*                     by _____


CONFIDENTIAL

Confidential

SS #    Redacted - PII

AGREEMENT made this *7* day of *June* 19 *83* by and between *Sandy Hausler*

residing at    Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by *Sanford Hausler*              by _____

SS #     Redacted - PII

AGREEMENT made this 20ᵗʰ day of October      19 83   by
and between RUSS HEATH

residing at _____ Redacted - PII _____

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                                    MARVEL COMICS GROUP, a division
                                            of Cadence Industries Corporation



by _____        by _____


CONFIDENTIAL                                                    MARVEL0008631

SS # | **Redacted - PII**

AGREEMENT made this       day of *MARCH 30* 19 *83*   by and between *REGINALD HENDRIX*

residing at | **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016   (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation



by *Reginald Hendrix*              by *[signature]*

CONFIDENTIAL

MARVEL0008632

Confidential

2021MARVEL-0017968

SS #  **Redacted - PII**

AGREEMENT made this _30th_ day of _MARCH_  1983   by and between  _LENARD HERMAN_

residing at          **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                                MARVEL COMICS GROUP, a division
                                        of Cadence Industries Corporation


by _____        by _____

SS # _____ Redacted - PII

AGREEMENT made this 28 day of Sept      1983   by
and between _Donald C Hudson_____
residing at [ Redacted - PII ]

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                            MARVEL COMICS GROUP, a division
                                    of Cadence Industries Corporation



by _Donald Craig Hudson_            by _____

CONFIDENTIAL
MARVEL0008634

Confidential                                        2021MARVEL-0017970

SS #  | Redacted - PII

AGREEMENT made this          day of *November 16* 19*83*    by
and between *Donald Hudson*

residing at | **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation


by *Donald C. Hudson*              by _____

CONFIDENTIAL

MARVEL0008635

2021MARVEL-0017971

Confidential

AGREEMENT made this *18* day of *MAY*    19*88*   by
and between *GEOFFREY T. ISHERWOOD*

residing at       **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work" and the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by _____         by _____


CONFIDENTIAL

MARVEL0008636

2021MARVEL-0017972

SS #   **Redacted - PII**

AGREEMENT made this *30* day of *MARCH* 19*53* by and between *SIDNEY JACOBSON*

residing at      **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation



by _(signature)_                 by _(signature)_

CONFIDENTIAL                      MARVEL0008637

Confidential                                    2021MARVEL-0017973

AGREEMENT made this        day of 20 MAY     19 83   by
and between  Benton Jew

residing at    **Redacted - PII**          **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                        MARVEL COMICS GROUP, a division
                                of Cadence Industries Corporation


by _____  by _____

CONFIDENTIAL

THIEKRY JIKA

AGREEMENT made this 5 day of MAY 19 83 by
and between THIERRY JIKA

residing at [ Redacted - PII ]

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

        MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

        THEREFORE, the parties agree as follows:

        In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

        SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

        This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

        IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by _____           by _____

CONFIDENTIAL

MARVEL0008639

2021MARVEL-0017975

Redacted - PII

AGREEMENT made this          day of          22  1983    by
and between *Malcolm Jones,*

residing at *Malcolm Jones*

Redacted - PII

Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by _____           by _____

AGREEMENT made this 15th day of APRIL , 1983, by and between WILLIAM JUNGKUNTZ residing at [Redacted - PII]    [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services ('the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _____        by _____

CONFIDENTIAL

MARVEL0008641

2021MARVEL-0017977

AGREEMENT made this 27 day of APRIL 1984 by and between LEN KAMINSKI

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016   (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                                    MARVEL COMICS GROUP, a division
                                            of Cadence Industries Corporation

by _Leonard W. Kaminski_                    by _____

SS #  **Redacted - PII**

AGREEMENT made this *31* day of *AUGUST*    19*83*   by
and between       *STAN KAY*

residing at    | Redacted - PII |

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
er are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation



by_____            by_____

ss #    Redacted - PII

AGREEMENT made this        day of 9/12        19 83 by
and between Roy KELIN

residing at

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

        MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

        THEREFORE, the parties agree as follows:

        In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

        SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

        This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

        IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                        MARVEL COMICS GROUP, a division
                                of Cadence Industries Corporation


by _____      by _____

        address →

Redacted - PII

CONFIDENTIAL                                                MARVEL0008644

Confidential                                                2021MARVEL-0017980

SS # ___ **Redacted - PII**

AGREEMENT made this  25 day of  June     1983     by and between STILLMAN L. KELLY JR.

residing at ┌─────────── **Redacted - PII** ───────────┐

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _____    by _____

AGREEMENT made this      day of  Jan 4 ~  1984   by B. Kinney
and between

residing at _____ **Redacted - PII** _____

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

        MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

        THEREFORE, the parties agree as follows:

        In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

        SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

        This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

        IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                    .          MARVEL COMICS GROUP, a division
                                       of Cadence Industries Corporation



by _Bonnie Kinney_____             by _Michael Z. Hobson_____

AGREEMENT made this 7 day of December 1984 by
and between FAIRFIELD MANAGEMENT CONSULTANTS L.T.D.
residing at % RACHEL KORMAN

Redacted - PII

Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation



by _____           by _____
   ( HENRY BISKUTH )

3 X

SS# [ **Redacted - PII** ]

AGREEMENT made this    day of    , 19  , by
and between *(temporary address)*
residing at X c/o *Wence Torres,* [ **Redacted - PII** ]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York 10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by_____     by_____

SS # Redacted - PII

AGREEMENT made this 1 day of July 19 83 by and between Grace Kremer

Redacted - PII

residing at

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

X by _Grace Kremer_____

by _____

SS #  **Redacted - PII**

AGREEMENT made this WED day of 3-30-83 19        by
and between  WARREN KREMER

residing at        **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016   (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by _Warren Kreme)._          by _____

Redacted - PII

AGREEMENT made this 2 day of November 19 84 by and between ANDY KUBERT

residing at [Redacted - PII]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation

NOV 6 1984

by _Andrew J. Kubert_                 by _____

24

AGREEMENT made this **20ᵀᴴ** day of **JULY**        19**83**    by and between **GAETANO LIBERATORE** .

residing at ⎡           **Redacted - PII**           ⎤

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                                MARVEL COMICS GROUP, a division
                                        of Cadence Industries Corporation

by X _____        by _M.Z.Holison_____

CONFIDENTIAL

MARVEL0008652

2021MARVEL-0017988

Confidential

Redacted - PII

AGREEMENT made this 24- day of August 198 5 by and between RUTH HARRIS LEON

residing at 
Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation



by _Ruth Harris Lion_                 by _Shot_

SS #

AGREEMENT made this        day of  2/24    1954   by
and between  *Andrew Coe*

residing at  | Redacted - PII |

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _____        by _____

SS#

**Redacted - PII**

AGREEMENT made this _____ day of _JANUARY 7_, 19_83_ by
and between _KENNETH LOPEZ_
residing at | Redacted - PII |
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, ~~575 Madison Avenue, New York, New York 10022~~
(herein "Marvel"). _387 PARK AVENUE SOUTH, NEW YORK, NEW YORK 10016_

          MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

          THEREFORE, the parties agree as follows:

          In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

          SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

          This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

          IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _____        by _____


CONFIDENTIAL

MARVEL0008655

Confidential

2021MARVEL-0017991

Redacted - PII

AGREEMENT made this *8* day of *OCt 8* 19*84* by and between *John Magin*

residing at Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation



by X_____       by _____

AGREEMENT made this _6_ day of _MAY_ 19_87_ by and between _ESPHID M.MAHILUM_

residing at [Redacted - PII]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation

by _[signature]_                   by _Michael Z. Hobson_

CONFIDENTIAL

SS #  **Redacted - PII**

AGREEMENT made this 25 day of APRIL 19 85 by and between MICHAEL C. MANLEY

residing at [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER *Michael C. Manley*          MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____          by _____

CONFIDENTIAL

MARVEL0008658

Confidential

2021MARVEL-0017994

SS # _Santo Marotta_

Redacted - PII

AGREEMENT made this 25 day of JANUARY 19 83 by and between SANTO MAROTTA

residing at

Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

     MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

     THEREFORE, the parties agree as follows:

     In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

     SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

     This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

     IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation


by X. _Santo Marotta_

by _[signature]_

SS # _____

**Redacted - PII**

AGREEMENT made this 3ʳᵈ day of FEBUARY 1983 by and between JOSE MARZAN JR

residing at

**Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation



by _____          by _____

*MARCOS MATOS*

AGREEMENT made this **24** day of **APRIL** 19**84** by
and between **M. MATOS**

residing at [Redacted - PII]

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _____    by _____



Redacted - PII

SS # Redacted - PII 1984

AGREEMENT made this _day of May 3_
and between _Michael P. McHugh_ (herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially or
commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that M
the sole and exclusive copyright proprietor thereof having
of ownership therein. SUPPLIER agrees not to contest MA
exclusive, complete and unrestricted ownership in and t

This Agreement shall be binding upon and in
benefit of the parties hereto and their respective he
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto
this Agreement as of the date first above writte

MARV
of

SUPPLIER

by _Michael P McHugh_

- division
-es Corporation

by _____

Redacted - PII

AGREEMENT made this 6 day of November 1984 by and between LUIS MEDERO

residing at Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                                MARVEL COMICS GROUP, a division
                                        of Cadence Industries Corporation

NOV  8 1984

by _Luis Medero_____               by _____

SS # **Redacted - PII**

AGREEMENT made this _6th_ day of _JUNE_ 19 _83_ by and between _TOM MOLINELLI_

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                                  MARVEL COMICS GROUP, a division
                                          of Cadence Industries Corporation


by _Thomas Molinelli_                     by _[signature]_

AGREEMENT made this 5TH day of AUGUST 1983 by
and between Gabriel. Morissette

residing at | **Redacted - PII** |

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
er are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _Gabriel Morissette_           by _____

CONFIDENTIAL

Confidential

AGREEMENT made this _15th_ day of _MARCH_ 19_84_ by and between _DON MUNS_

residing at [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation



by _R Mius_                           by _[signature]_

CONFIDENTIAL

Confidential

Redacted - PII

AGREEMENT made this *25* day of *September* 1984 by and between *Doug Murray*

residing at _____ Redacted - PII _____

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation

by _____               by _____

SS #    **Redacted - PII**

AGREEMENT made this 23rd day of March,    19 83    by and between Jim Neal,

residing at      **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _____    by _____

✱ SS # _____

AGREEMENT made this 4ᵗᵗ day of JUNE 1983 by
and between   PAUL NEARY

| Redacted - PII |

residing at

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _Paul Neary_____            by _____

✱ -no SS# British subject

CONFIDENTIAL                   MARVEL0008669

Confidential                     2021MARVEL-0018005

Redacted - PII

AGREEMENT made this 6th day of FEBRUARY 1984 by and between RALPH NEWMAN

residing at      Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Ralph A. Newman_____

by _____

CONFIDENTIAL

MARVEL0008670

2021MARVEL-0018006

AGREEMENT made this 7th day of MAY 19 84 by and between JAMES ARTHUR NICHOLS

residing at Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                                MARVEL COMICS GROUP, a division
                                        of Cadence Industries Corporation


by _____      by _____

MARVEL0008671

Confidential

2021MARVEL-0018007

SS #  Redacted - PII

AGREEMENT made this *10th* day of *November* 19 *83* by and between GEORGE OLSHEVSKY

residing at Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _George Olshevsky_____       by _____

CONFIDENTIAL                                    MARVEL0008672

Confidential                                      2021MARVEL-0018008

SS # | Redacted - PII

AGREEMENT made this ~~21~~ day of OCTOBER 19 83 by
and between JEREMIAH J. ORDWAY

*name*

*address*    residing at | Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

X by _____      by _____

**Redacted - PII**

AGREEMENT made this 29 day of JUNE 19 83 by and between JERRY ORDWAY

residing at [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation

by _____          by _____

CONFIDENTIAL

Confidential

3rd Gold

*Cathy Orlando*

SS #  **Redacted - PII**

AGREEMENT made this *1* day of *September* 19 *8 3*  by
and between *CATHERINE ORLANDO*

residing at    **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

    MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

    THEREFORE, the parties agree as follows:

    In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

    SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

    This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

    IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation




by *Catherine Orlando*            by _____

CONFIDENTIAL                                          MARVEL0008675

Confidential                                          2021MARVEL-0018011