# EXHIBIT 24A

Steve Ditko

# CERTIFICATE OF RENEWAL REGISTRATION



**FORM RE**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTRATION NUMBER

RE 589 610

**REGISTER OF COPYRIGHTS**
United States of America

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 27 1991
(Month)   (Day)   (Year)

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

---

**(1)** Renewal Claimant(s)

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See instructions)

1  Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY   10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2  Name
Address
Claiming as
(Use appropriate statement from instructions)

3  Name
Address
Claiming as
(Use appropriate statement from instructions)

0472/4868

---

**(2)** Work Renewed

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

THE FANTASTIC FOUR ANNUAL

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work THE FANTASTIC FOUR ANNUAL
If a periodical or other serial, give: Vol. 1    No. 1    Issue Date 1963

---

**(3)** Author(s)

AUTHOR(S) OF RENEWABLE MATTER:

Stan Lee, employee for hire of CANAM PUBLISHER SALES CORPORATION

---

**(4)** Facts of Original Registration

ORIGINAL REGISTRATION NUMBER:

A 645698

ORIGINAL COPYRIGHT CLAIMANT:

CANAM PUBLISHER SALES CORPORATION

ORIGINAL DATE OF COPYRIGHT:

* If the original registration for this work was made in published form, give:

DATE OF PUBLICATION: July 2 1963
(Month) (Day) (Year)

OR

* If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION:
(Month) (Day) (Year)

---

MARVEL0001098

☆ Amended by C.O. on authority of telephone call from Carol Platt on 8/13/92.

RE    589 610

EXAMINED BY

CHECKED BY:

CORRESPONDENCE
☑ Yes

DEPOSIT ACCOUNT
FUNDS USED ☑

RENEWAL APPLICATION RECEIVED
AUG 0 6 1992

REMITTANCE NUMBER AND DATE:
DEC 2 7 1992

FOR COPYRIGHT OFFICE USE ONLY

---

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructional), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

Renewal for Group of Works

| | | | | |
|---|---|---|---|---|
| 1 | Title of Contribution | | | |
| | Title of Periodical | Vol | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: | | |
| 2 | Title of Contribution | | | |
| | Title of Periodical | Vol | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: | | |
| 3 | Title of Contribution | | | |
| | Title of Periodical: | Vol | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: | | |
| 4 | Title of Contribution | | | |
| | Title of Periodical: | Vol | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: | | |
| 5 | Title of Contribution: | | | |
| | Title of Periodical: | Vol | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: | | |
| 6 | Title of Contribution | | | |
| | Title of Periodical: | Vol | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: | | |
| 7 | Title of Contribution: | | | |
| | Title of Periodical: | Vol | No. | Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: | | |

---

**DEPOSIT ACCOUNT** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, INC.

Account Number: DA-059633

**CORRESPONDENCE** (Give name and address to which correspondence about this application should be sent.)

Name CAROL PLATT,, Marvel ent. Group

Address 387 Park Avenue South

New York     NY     10016
(City)    (State)    (ZIP)

**6**

Fee and Correspondence

---

**CERTIFICATION** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant

☑ duly authorized agent of Marvel Entertainment Group, INC.

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)

Typed or printed name    Carol G. Platt

Date: Aug. 3, 1992

**7**

Certification
(Application must be signed)

---

MARVEL ENTERTAINMENT GROUP., INC.
(Name)

387 Park Avenue South
(Number Street and Apartment Number)

NEW YORK     NY     10016
(City)    (State)    (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8**

Address for Return of Certificate

---

☆ October 1989—50,000

☆U.S. GOVERNMENT PRINTING OFFICE 1989—252-361/1

MARVEL0001097

2021MARVEL-0005842

Steve Ditko



# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



REGISTRATION NUMBER

RE "    497-761

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 20 1990
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY

---

**1** Renewal Claimant(s)

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See instructions)

1  Name  Marvel Entertainment Group, Inc.
   Address  387 Park Avenue South, New York, NY  10016
   Claiming as  Proprietor of copyright in a composite work made for hire
   (Use appropriate statement from instructions)

2  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

3  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

AMAZING FANTASY

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work.  AMAZING FANTASY

If a periodical or other serial, give  Vol  1  No.  15  Issue Date  September 1962

*[barcode: D3337956 7]*

---

**3** Author(s)

AUTHOR(S) OF RENEWABLE MATTER:

Atlas Magazines, Inc.

---

**4** Facts of Original Registration

ORIGINAL REGISTRATION NUMBER:

B 976775

ORIGINAL COPYRIGHT CLAIMANT:

Atlas Magazines, Inc.

ORIGINAL DATE OF COPYRIGHT:

* If the original registration for this work was made in published form, give:

DATE OF PUBLICATION  June 5, 1962
(Month)    (Day)    (Year)

OR

* If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION
(Month)    (Day)    (Year)

2021MARVEL-0005845

Steve Ditko

RE ⁻   497-761



<table>
EXAMINED BY ...
CHECKED BY ...
CORRESPONDENCE ☐ Yes
DEPOSIT ACCOUNT FUNDS USED ☑
RENEWAL APPLICATION RECEIVED
REMITTANCE NUMBER AND DATE

FOR COPYRIGHT OFFICE USE ONLY
</table>

---

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author ... (See Form RE/CON) 

| | | | | | |
|---|---|---|---|---|---|
| 1 | Title of Contribution / Title of Periodical / Date of Publication | Month Day Year | Vol / No / Registration Number | Issue Date | |
| 2 | Title of Contribution / Title of Periodical / Date of Publication | Month Day Year | Vol / No / Registration Number | Issue Date | |
| 3 | Title of Contribution / Title of Periodical / Date of Publication | Month Day Year | Vol / No / Registration Number | Issue Date | |
| 4 | Title of Contribution / Title of Periodical / Date of Publication | Month Day Year | Vol / No / Registration Number | Issue Date | |
| 5 | Title of Contribution / Title of Periodical / Date of Publication | Month Day Year | Vol / No / Registration Number | Issue Date | |
| 6 | Title of Contribution / Title of Periodical / Date of Publication | Month Day Year | Vol / No / Registration Number | Issue Date | |
| 7 | Title of Contribution / Title of Periodical / Date of Publication | Month Day Year | Vol / No / Registration Number | Issue Date | |

**(5) Renewal for Group of Works**

---

**DEPOSIT ACCOUNT:** ...

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059631

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Charles R. Brainard
Address: One Broadway
New York, NY   10004

**(6) Fee and Correspondence**

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant
☒ duly authorized agent of   Marvel Entertainment Group, Inc.

 Handwritten signature (X) ✒ *Lisa Massaro*
Typed or printed name   Lisa Massaro
Date   11/19/90

**(7) Certification (Application must be signed)**

---

Charles R. Brainard
Kenyon & Kenyon
One Broadway
New York, NY   10004

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**(8) Address for Return of Certificate**

2021MARVEL-0005846

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



CLASS **B** — REGISTRATION NO. — B — 976775 — DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Arthur L. Kaminstein*
Register of Copyrights
United States of America

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ............ ATLAS MAGAZINES, INC. ....................................

Address ............ 655 Madison Ave., N.Y.C. 21 ....................................

Name ....................................................................

Address ....................................................................

**2. Title:** ............ AMAZING FANTASY ............ (Title of periodical) ....................................

Vol. ........ 1 ........ No. ........ 15 ........ Date on copies ........ Sept. ........

**3. Citizenship of Author:**

Citizenship ........ USA ........ (Name of nation) ........ Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

........ 8/1/62 ........

(b) Place of Publication of This Issue:

........ USA ........ (Name of country).

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ....................................

(b) Process Used: ....................................

(c) Country of Manufacture: ....................................

*Complete all applicable spaces on next page*

Steve Ditko

6. Deposit account:

7. Send correspondence to:

Name _____    Address _____

8. Send certificate to:

(Type or print name and address)    Name _____

Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

(City)    (Zone)    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received  JUN 12 1962 | ∘Copies give Sept., 1962 (Front cover gives Aug.). |
| Two copies received  JUN 12 1962 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O—430703    (Feb. 1958—250,000)    *Page 4*

2021MARVEL-0005848

Steve Ditko

# CERTIFICATE OF RENEWAL REGISTRATION

## FORM RE
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



REGISTRATION NUMBER

RE      498-057

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 20 1990
(Month)  (Day)  (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

| (1) Renewal Claimant(s) | | RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions) |
|---|---|---|
| | 1 | Name  Marvel Entertainment Group, Inc.<br>Address  387 Park Avenue South, New York, NY  10016<br>Claiming as  Proprietor of copyright in a composite work made for hire.<br>(Use appropriate statement from instructions) |
| | 2 | Name<br>Address<br>Claiming as    (Use appropriate statement from instructions) |
| | 3 | Name<br>Address<br>Claiming as    (Use appropriate statement from instructions) |

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  AMAZING APIDER MAN

If a periodical or other serial give  Vol. 1  No. 1  Issue Date  March 1963

| (3) Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:**<br><br>Non-Pareil Publishing Corporation |
|---|---|

---

| (4) Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:**<br>B 12112 | **ORIGINAL COPYRIGHT CLAIMANT:**<br>Non-Pareil Publishing Corporation |
|---|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

- If the original registration for this work was made in published form, give    OR    • If the original registration for this work was made in unpublished form, give

DATE OF PUBLICATION  December 10, 1962    DATE OF REGISTRATION

2021MARVEL-0005849

RE '    498-057

| EXAMINED BY | | NEWAL AP    ION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY | | NOV 20 1990 | |
| CORRESPONDENCE ☐ Yes | | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED: | | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**⑤ Renewal for Group of Works**

1
Title of Contribution:
Title of Periodical:
Date of Publication: (Month)  (Day)  (Year)
Vol    No.    Issue Date
Registration Number:

2
Title of Contribution:
Title of Periodical:
Date of Publication: (Month)  (Day)  (Year)
Vol    No    Issue Date
Registration Number

3
Title of Contribution:
Title of Periodical:
Date of Publication: (Month)  (Day)  (Year)
Vol.    No.    Issue Date
Registration Number.

4
Title of Contribution:
Title of Periodical:
Date of Publication (Month)  (Day)  (Year)
Vol    No.    Issue Date
Registration Number

5
Title of Contribution:
Title of Periodical:
Date of Publication: (Month)  (Day)  (Year)
Vol.    No.    Issue Date
Registration Number

6
Title of Contribution:
Title of Periodical:
Date of Publication (Month)  (Day)  (Year)
Vol    No.    Issue Date
Registration Number

7
Title of Contribution:
Title of Periodical:
Date of Publication: (Month)  (Day)  (Year)
Vol    No.    Issue Date
Registration Number:

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:    Marvel Entertainment Group, Inc.
Account Number    DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name:    Charles R. Brainard
Address:    One Broadway    (Apt )
New York, NY    10004
(City)    (State)    (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant    ☒ duly authorized agent of:    Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X)    *Lisa Massaro*
Typed or printed name:    Lisa Massaro
Date:    11/19/90

**⑦ Certification (Application must be signed)**

MAIL CERTIFICATE TO

Charles R. Brainard
Kenyon & Kenyon    (Name)
One Broadway
(Number, Street and Apartment Number)
New York, NY    10004
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

2021MARVEL-0005850

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | 12112 |
| | DO NOT WRITE HERE |

FORM B

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name __NON-PAREIL PUBLISHING CORP.__

Address __655 Madison Ave., N.Y.C. 21__

Name ____

Address ____

**2. Title:** __AMAZING SPIDER-MAN__

*(Title of periodical)*

Vol. __No 1__   No. __1__   Date on copies __Mar. 1963__

**3. Citizenship of Author:**

Citizenship __USA__

*(Name of country)*

Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

(a) Date of Publication of This issue:

__12/10/62__

(b) Place of Publication of This issue:

__USA__

*(Name of country)*

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ____

(b) Process Used: ____

(c) Country of Manufacture: ____

*Complete all applicable spaces on next page*

2021MARVEL-0005851



**6. Deposit account:**

**7. Send correspondence to:**

Name _____ Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address _____ (Number and street)

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received DEC 19 1952 | |
| Two copies received DEC 19 1952 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O—430703          (Feb. 1958—250,000)          *Page 4*

2021MARVEL-0005852

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

## FORM RE
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

RE  559 324

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 27 1991
(Month)   (Day)   (Year)

---

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1**
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

AMAZING SPIDER-MAN

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work  AMAZING SPIDER-MAN

If a periodical or other serial, give: Vol.  1   No  10   Issue Date  March 1964

047215485

**(3) Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

NON-PAREIL PUBLISHING CORPORATION

**(4) Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:
B79629

ORIGINAL COPYRIGHT CLAIMANT:
NON-PAREIL PUBLISHING CORPORATION

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give
DATE OF PUBLICATION  Dec  9 1963
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month)   (Day)   (Year)

2021MARVEL-0005853

| RE 559 324 | EXAMINED BY: _____ CHECKED BY: _____ DEPOSIT ACCOUNT FUNDS USED ☐ | RENEWAL APPLICATION RECEIVED DEC. 27. 1991 REMITTANCE NUMBER AND DATE | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|

### DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ...........................................................
Title of Periodical: ................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ................... (Month) (Day) (Year) Registration Number ......

**2**
Title of Contribution: ...........................................................
Title of Periodical: ................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ................... (Month) (Day) (Year) Registration Number ......

**3**
Title of Contribution: ...........................................................
Title of Periodical: ................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ................... (Month) (Day) (Year) Registration Number ......

**4**
Title of Contribution: ...........................................................
Title of Periodical: ................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ................... (Month) (Day) (Year) Registration Number ......

**5**
Title of Contribution: ...........................................................
Title of Periodical: ................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ................... (Month) (Day) (Year) Registration Number ......

**6**
Title of Contribution: ...........................................................
Title of Periodical: ................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ................... (Month) (Day) (Year) Registration Number ......

**7**
Title of Contribution: ...........................................................
Title of Periodical: ................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ................... (Month) (Day) (Year) Registration Number ......

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number... **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York** (City) **NY** (State) **10016** (ZIP) (Apt.)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Carol G. Platt*

Typed or printed name **Carol G. Platt**

Date **12/23/91**

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

..... **Marvel Entertainment Group, Inc.**
(Name)
..... **387 Park Avenue South**
(Number Street and Apartment Number)
..... **New York, NY 10016**
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE 1978–261-022 10

2021MARVEL-0005854

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B    79629 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN.

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ---- **NON-PAREIL PUBLISHING CORP.**

Address ---- **655 Madison Ave., N.Y.C., 21**

Name ----

Address ----

**2. Title:** **AMAZING SPIDER-MAN**

(Title of periodical)

Vol. ---- **1** ---- No. ---- **10** ---- Date on copies ---- **Mar. 1964**

**3. Citizenship of Author:**

Citizenship ---- **USA**

(Name of country)              Domiciled in U. S. A.    Yes ☐ No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

**12/9/83**

(b) Place of Publication of This Issue:

**USA**

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ----

(b) Process Used: ----

(c) Country of Manufacture: ----

*Complete all applicable spaces on next page*

6. Deposit account:

7. Send correspondence to:

Name _____    Address _____ MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

8. Send certificate to:

(Type or print       Name
name and address)          MAGAZINE MANAGEMENT CO.
Address      655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.

(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received DEC 23 1963 | |
| Two copies received DEC 23 1963 | |
| Fee received | |

114824

2021MARVEL-0005856

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

## FORM RE
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE    559 332

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 2 7 1991
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See instructions)

1
Name    Marvel Entertainment Group, Inc.
Address    387 Park Avenue South, New York, NY  10016
Claiming as    Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work    AMAZING SPIDER-MAN
If a periodical or other serial give  Vol    1    No    11    Issue Date    April 1964

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 86108

**ORIGINAL COPYRIGHT CLAIMANT:**

NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form.
give    January 10, 1964
DATE OF PUBLICATION (in notice: 1963)

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION

2021MARVEL-0005857

RE     559 332

| EXAMINED BY | RENEWAL APPLICATION RECEIVED |
|---|---|
| CHECKED BY | DEC 27 1991 |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE |

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ..................................................
Title of Periodical: .............................. Vol. ....... No. ....... Issue Date .............
Date of Publication: ...................................... Registration Number: ..................
(Month)        (Day)        (Year)

**2**
Title of Contribution: ..................................................
Title of Periodical: .............................. Vol. ....... No. ....... Issue Date .............
Date of Publication: ...................................... Registration Number: ..................
(Month)        (Day)        (Year)

**3**
Title of Contribution: ..................................................
Title of Periodical: .............................. Vol. ....... No. ....... Issue Date .............
Date of Publication: ...................................... Registration Number: ..................
(Month)        (Day)        (Year)

**4**
Title of Contribution: ..................................................
Title of Periodical: .............................. Vol. ....... No. ....... Issue Date .............
Date of Publication: ...................................... Registration Number ..................
(Month)        (Day)        (Year)

**5**
Title of Contribution: ..................................................
Title of Periodical: .............................. Vol. ....... No. ....... Issue Date .............
Date of Publication: ...................................... Registration Number ..................
(Month)        (Day)        (Year)

**6**
Title of Contribution: ..................................................
Title of Periodical: .............................. Vol. ....... No. ....... Issue Date .............
Date of Publication: ...................................... Registration Number: ..................
(Month)        (Day)        (Year)

**7**
Title of Contribution: ..................................................
Title of Periodical: .............................. Vol. ....... No. ....... Issue Date .............
Date of Publication: ...................................... Registration Number: ..................
(Month)        (Day)        (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York**        **NY**        **10016**
(City)        (State)        (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant
☒ duly authorized agent of: **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Carol G. Platt*

Typed or printed name        **Carol G. Platt**

Date        **12/23/91**

**7** Certification (Application must be signed)

**Marvel Entertainment Group, Inc.**
(Name)

**387 Park Avenue South**
(Number Street and Apartment Number)

**New York, NY 10016**
(City)        (State)        (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate



U S GOVERNMENT PRINTING OFFICE 1978—261-022 10

2021MARVEL-0005858

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | 86108 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN     *Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**  IS

Name ____ **NON-PAREIL PUBLISHING CORP.** ____

Address ____ **655 Madison Ave., N.Y.C. 10021** ____

Name ____

Address ____

**2. Title:** ____ **AMAZING-SPIDER-MAN** ____
(Title of periodical)

Vol. ____ **1** ____ No. ____ **11** ____ Date on copies ____ **Apr. 1964** ____

**3. Citizenship of Author:**

Citizenship ____ **USA** ____ (Name of country) ____ Domiciled in U. S. A.   Yes ☐  No ☐

**4. Publication:**

(a) **Date of Publication of This Issue:**

____ **1/10/64** * ____

(b) **Place of Publication of This Issue:**

____ **USA** ____
(Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:** ____

(b) **Process Used:** ____

(c) **Country of Manufacture:** ____

*Complete all applicable spaces on next page*

2021MARVEL-0005859

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name ................................................    Address ........    MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print    Name
name and address)

MAGAZINE MANAGEMENT CO.
Address    655 MADISON AVENUE
NEW YORK 21, N. Y.

(City)    (Zone)    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br><br>JAN 20 1964<br><br>Two copies received<br><br>JAN 20 1964<br>Fee received | * in notice;  1963 |

114825

2021MARVEL-0005860

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

RE    599 631

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 1 5 1992
(Month)    (Day)    (Year)

**DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY**

| | | |
|---|---|---|
| **(1)** Renewal Claimant(s) | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See instructions) | |
| | 1 | Name **Marvel Entertainment Group, Inc.** Address **387 Park Avenue South, New York, NY 10016** Claiming as **Proprietor of copyright in a composite work made for hire** (Use appropriate statement from instructions) |
| | 2 | Name ........ Address ........ Claiming as ........ (Use appropriate statement from instructions) |
| | 3 | Name ........ Address ........ Claiming as ........ (Use appropriate statement from instructions) |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

054582191

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: AMAZING SPIDER-MAN

If a periodical or other serial give: Vol ... 1 ....  No. ... 12 .....  Issue Date ......... MAY 1964

| | |
|---|---|
| **(3)** Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** NON-PAREIL PUBLISHING CORPORATION |

| | | |
|---|---|---|
| **(4)** Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** B 93262 | **ORIGINAL COPYRIGHT CLAIMANT:** NON-PAREIL PUBLISHING CORPORATION |
| | **ORIGINAL DATE OF COPYRIGHT:** | |

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION  FEBRUARY 11 1964
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION
(Month)    (Day)    (Year)

2021MARVEL-0005861

| | |
|---|---|
| RE 599 631 | EXAMINED BY |
| | CHECKED BY |
| | DEPOSIT ACCOUNT FUNDS USED ☐ |

RENEWAL APPLICATION RECEIVED
DEC. 15, 1992
REMITTANCE NUMBER AND DATE

FOR COPYRIGHT OFFICE USE ONLY

---

### DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: .........................................................
Title of Periodical: ................................. Vol. ...... No. ...... Issue Date ......
Date of Publication: ......(Month)...... (Day)...... (Year)...... Registration Number: ......

**2**
Title of Contribution: .........................................................
Title of Periodical: ................................. Vol. ...... No. ...... Issue Date ......
Date of Publication: ......(Month)...... (Day)...... (Year)...... Registration Number: ......

**3**
Title of Contribution: .........................................................
Title of Periodical: ................................. Vol. ...... No. ...... Issue Date ......
Date of Publication: ......(Month)...... (Day)...... (Year)...... Registration Number: ......

**4**
Title of Contribution: .........................................................
Title of Periodical: ................................. Vol. ...... No. ...... Issue Date ......
Date of Publication: ......(Month)...... (Day)...... (Year)...... Registration Number: ......

**5**
Title of Contribution: .........................................................
Title of Periodical: ................................. Vol. ...... No. ...... Issue Date ......
Date of Publication: ......(Month)...... (Day)...... (Year)...... Registration Number: ......

**6**
Title of Contribution: .........................................................
Title of Periodical: ................................. Vol. ...... No. ...... Issue Date ......
Date of Publication: ......(Month)...... (Day)...... (Year)...... Registration Number: ......

**7**
Title of Contribution: .........................................................
Title of Periodical: ................................. Vol. ...... No. ...... Issue Date ......
Date of Publication: ......(Month)...... (Day)...... (Year)...... Registration Number: ......

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York        NY        10016
        (City)        (State)        (ZIP)

⑥ Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant     ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
                                    (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ___Carol Platt___

Typed or printed name ...... Carol G. Platt
                          Date    DEC 1 4 1992

⑦ Certification (Application must be signed)

---

| MAIL CERTIFICATE TO | |
|---|---|
| Marvel Entertainment Group, Inc. (Name) | |
| 387 Park Avenue South (Number, Street and Apartment Number) | |
| New York, NY 10016 (City) (State) (ZIP code) | |

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate



U S GOVERNMENT PRINTING OFFICE 1978—261-022-10                              APR 1978—500,000

2021MARVEL-0005862

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B   93262 |
|       | DO NOT WRITE HERE |

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___ NON-PAREIL PUBLISHING CORP. ___

Address ___ 655 Madison Ave., N.Y.C. 10021 ___

Name ___

Address ___

**2. Title:** AMAZING SPIDER-MAN

(Title of periodical)

Vol. ___ 1 ___ No. ___ 12 ___ Date on copies ___ May 1964 ___

**3. Citizenship of Author:**

Citizenship ___ USA ___          Domiciled in U. S. A.   Yes ☐   No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

___ 2/11/64 ___

(b) Place of Publication of This Issue:

___ USA ___

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ___

(b) Process Used: ___

(c) Country of Manufacture: ___

*Complete all applicable spaces on next page*



Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or
print       Name
name and
address)    Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.
(Number and street)

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received  FEB 13 1964

Two copies received  FEB 13 1964

Fee received

U.S. GOVERNMENT PRINTING OFFICE : 1962 O—636850

(July 1962—40,000)

Page 4

114876

2021MARVEL-0005864

# FORM RE

## CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*



**REGISTRATION NUMBER**

RE  599 644

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 1 5 1992
(Month)   (Day)   (Year)

**OFFICIAL SEAL**

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

---

**(1)**
**Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1**
Name . Marvel Entertainment Group, Inc.
Address . 387 Park Avenue South, New York, NY  10016
Claiming as . Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Address . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Claiming as . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Use appropriate statement from instructions)

**3**
Name . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Address . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Claiming as . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

AMAZING SPIDER-MAN

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: AMAZING SPIDER-MAN
If a periodical or other serial, give: Vol. 1   No. 13   Issue Date  JUNE 1964

---

**(3)**
**Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

NON-PAREIL PUBLISHING CORPORATION

---

**(4)**
**Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:

B 96821

ORIGINAL COPYRIGHT CLAIMANT:

NON-PAREIL PUBLISHING CORPORATION

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION  MARCH  10  1964
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION
(Month)  (Day)  (Year)

054582205

| | | | FOR |
|---|---|---|---|
| | EXAMINED BY | RENEWAL APPLICATION RECEIVED | COPYRIGHT |
| RE 599 644 | CHECKED BY | DEC 15 1992 | OFFICE |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | USE ONLY |

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: .........................................................
Title of Periodical: ........................... Vol..... No..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**2**
Title of Contribution: .........................................................
Title of Periodical: ........................... Vol..... No..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**3**
Title of Contribution: .........................................................
Title of Periodical: ........................... Vol..... No..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**4**
Title of Contribution: .........................................................
Title of Periodical: ........................... Vol..... No..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**5**
Title of Contribution: .........................................................
Title of Periodical: ........................... Vol..... No..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**6**
Title of Contribution: .........................................................
Title of Periodical: ........................... Vol..... No..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**7**
Title of Contribution: .........................................................
Title of Periodical: ........................... Vol..... No..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: ..... DA-059633 .....

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York    (City)    NY (State)    10016 (ZIP)

**⑥ Fee and Correspondence**

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of Marvel Entertainment Group, Inc. (Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.



Handwritten signature: (X) .....
Typed or printed name ..... Carol G. Platt

Date ..... 

**⑦ Certification (Application must be signed)**

---

Marvel Entertainment Group, Inc.
.......... (Name) ..........
387 Park Avenue South
.......... (Number, Street and Apartment Number) ..........
New York, NY 10016
(City)    (State)    (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

---

U S GOVERNMENT PRINTING OFFICE 1978-261-022-10

Apr 1978 — 500,000

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | **B    96821** |
|       | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Graham L. Kaminstein*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ___ NON-PAREIL PUBLISHING CORP. ___

Address ___ 655 Madison Ave., N.Y.C. 10021 ___

Name ___

Address ___

**2. Title:** ___ AMAZING SPIDER-MAN ___

(Title of periodical)

Vol. ___ 1 ___ No. ___ 13 ___ Date on copies ___ June 1964 ___

**3. Citizenship of Author:**

Citizenship ___ USA ___     Domiciled in U. S. A.   Yes ☐ No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

___ 3/10/64 ___

(b) Place of Publication of This Issue:

___ USA ___
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ___

(b) Process Used: ___

(c) Country of Manufacture: ___

*Complete all applicable spaces on next page*

2021MARVEL-0005867

Steve Ditko

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____    Address    MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name    MAGAZINE MANAGEMENT CO.

Address    655 MADISON AVENUE

NEW YORK 21, N. Y.

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br><br>MAR 16 1964 | |
| Two copies received<br><br>MAR 16 1964 | |
| Fee received | |

U.S. GOVERNMENT PRINTING OFFICE : 1962 O—636850

(July 1962—40,000)

*Page 4*

1/4827

2021MARVEL-0005868

Steve Ditko

# FORM RE
UNITED STATES COPYRIGHT OFFICE

## CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*REGISTER OF COPYRIGHTS*
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE    599 651 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 1 5 1992 |
| (Month)   (Day)   (Year) |

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**(1)**
**Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1**
Name ... Marvel Entertainment Group, Inc.
Address ... 387 Park Avenue South, New York, NY  10016
Claiming as ... Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name ...
Address ...
Claiming as ...
(Use appropriate statement from instructions)

**3**
Name ...
Address ...
Claiming as ...
(Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

AMAZING SPIDER-MAN

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:
Title of periodical or composite work. AMAZING SPIDER-MAN       *July 1964
If a periodical or other serial, give: Vol. ... 1 ... No. ... 14 ... Issue Date JULLY 1964

054582216

---

**(3)**
**Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

NON-PAREIL PUBLISHING CORPORATION

---

**(4)**
**Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 102930 | NON-PAREIL PUBLISHING CORPORATION |

ORIGINAL DATE OF COPYRIGHT:

* If the original registration for this work was made in published form, give.
DATE OF PUBLICATION APRIL 9 1964
(Month)   (Day)   (Year)

OR

* If the original registration for this work was made in unpublished form, give.
DATE OF REGISTRATION
(Month)   (Day)   (Year)

2021MARVEL-0005869

• Amended By Copyright Office

RE    599 651

| | |
|---|---|
| EXAMINED BY | |
| CHECKED BY | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | |

RENEWAL APPLICATION RECEIVED
DEC 15.1992

REMITTANCE NUMBER AND DATE

FOR COPYRIGHT OFFICE USE ONLY

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**(5)** Renewal for Group of Works

**1**
Title of Contribution: .........................
Title of Periodical: ......................... Vol ....... No ....... Issue Date .......
Date of Publication: ......................... Registration Number: .......
(Month)    (Day)    (Year)

**2**
Title of Contribution: .........................
Title of Periodical: ......................... Vol ....... No ....... Issue Date .......
Date of Publication: ......................... Registration Number: .......
(Month)    (Day)    (Year)

**3**
Title of Contribution: .........................
Title of Periodical: ......................... Vol ....... No ....... Issue Date .......
Date of Publication: ......................... Registration Number: .......
(Month)    (Day)    (Year)

**4**
Title of Contribution: .........................
Title of Periodical: ......................... Vol ....... No ....... Issue Date .......
Date of Publication: ......................... Registration Number: .......
(Month)    (Day)    (Year)

**5**
Title of Contribution: .........................
Title of Periodical: ......................... Vol ....... No ....... Issue Date .......
Date of Publication: ......................... Registration Number: .......
(Month)    (Day)    (Year)

**6**
Title of Contribution: .........................
Title of Periodical: ......................... Vol ....... No ....... Issue Date .......
Date of Publication: ......................... Registration Number: .......
(Month)    (Day)    (Year)

**7**
Title of Contribution: .........................
Title of Periodical: ......................... Vol ....... No ....... Issue Date .......
Date of Publication: ......................... Registration Number: .......
(Month)    (Day)    (Year)

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York**    **NY**    **10016**
(City)    (State)    (ZIP)

**(6)** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Carol Platt*

Typed or printed name: **Carol G. Platt**

Date: **DEC 14 1992**

**(7)** Certification (Application must be signed)

---

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number Street and Apartment Number)
**New York, NY  10016**
(City)    (State)    (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**(8)** Address for Return of Certificate

---

2021MARVEL-0005870

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B  **102930** |
| | DO NOT WRITE HERE |

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*a Register of Copyrights*
*United States of America*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name _____ NON-PAREIL PUBLISHING CORP._____

Address _____ 655 Madison Ave., N.Y.C. 10021 _____

Name _____

Address _____

**2. Title:** _____ AMAZING SPIDER-MAN _____

(Title of periodical)

Vol. ___1___ No. ___14___ Date on copies _____ July 1964 _____

**3. Citizenship of Author:**

Citizenship ___USA___
(Name of country)

Domiciled in U. S. A.   Yes ☐  No ☐

**4. Publication:**

**(a) Date of Publication of This Issue:**

___ 4/3/64 ___

**(b) Place of Publication of This Issue:**

___ USA ___
(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** _____

**(b) Process Used:** _____

**(c) Country of Manufacture:** _____

*Complete all applicable spaces on next page*

2021MARVEL-0005871

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address  MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name  MAGAZINE MANAGEMENT CO.
Address  655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.
(City)    (Zone)    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received  APR **13** 1964 | |
| Two copies received  APR **13** 1964 | |
| Fee received | |

# FORM RE

## CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE    599 668 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| ....DEC 1 5 1992........ |
| (Month)      (Day)      (Year) |

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name..**Marvel Entertainment Group, Inc.**..
Address..**387 Park Avenue South, New York, NY  10016**..
Claiming as ..**Proprietor of copyright in a composite work made for hire**..
(Use appropriate statement from instructions)

2
Name......
Address......
Claiming as......
(Use appropriate statement from instructions)

3
Name......
Address......
Claiming as......
(Use appropriate statement from instructions)

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**AMAZING SPIDER-MAN**

RENEWABLE MATTER:

**Entire work as originally copyrighted, including all portions thereof.**

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: **AMAZING SPIDER-MAN**

If a periodical or other serial, give: Vol......**1**...... No.......**15**........ Issue Date ....**AUGUST 1964**

**(3) Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

**NON-PAREIL PUBLISHING CORPORATION**

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
| --- | --- |
| B 112138 | **NON-PAREIL PUBLISHING CORPORATION** |

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give.

DATE OF PUBLICATION **MAY 12 1964**
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION
(Month)  (Day)  (Year)

054582227

2021MARVEL-0005873

| RE 599 668 | EXAMINED BY: | RENEWAL APPLICATION RECEIVED DEC. 15. 1992 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY: | | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**(5)** Renewal for Group of Works

**1**
Title of Contribution: ..........
Title of Periodical: .......... Vol. ... No. ... Issue Date ...
Date of Publication: (Month) (Day) (Year) Registration Number: ..........

**2**
Title of Contribution: ..........
Title of Periodical: .......... Vol. ... No. ... Issue Date ...
Date of Publication: (Month) (Day) (Year) Registration Number: ..........

**3**
Title of Contribution: ..........
Title of Periodical: .......... Vol. ... No. ... Issue Date ...
Date of Publication: (Month) (Day) (Year) Registration Number: ..........

**4**
Title of Contribution: ..........
Title of Periodical: .......... Vol. ... No. ... Issue Date ...
Date of Publication: (Month) (Day) (Year) Registration Number: ..........

**5**
Title of Contribution: ..........
Title of Periodical: .......... Vol. ... No. ... Issue Date ...
Date of Publication: (Month) (Day) (Year) Registration Number: ..........

**6**
Title of Contribution: ..........
Title of Periodical: .......... Vol. ... No. ... Issue Date ...
Date of Publication: (Month) (Day) (Year) Registration Number: ..........

**7**
Title of Contribution: ..........
Title of Periodical: .......... Vol. ... No. ... Issue Date ...
Date of Publication: (Month) (Day) (Year) Registration Number: ..........

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York (City) NY (State) 10016 (ZIP)

**(6)** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of Marvel Entertainment Group, Inc.,
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) ..........
Typed or printed name: Carol G. Platt
Date: DEC 1 4 1992

**(7)** Certification (Application must be signed)

MAIL CERTIFICATE TO

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**(8)** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978-261-022/10    Apr. 1978—500,000

2021MARVEL-0005874

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B   112138 |
|       | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___ Non-Pareil Publishing Corp.

Address ___ 655 Madison Avenue, N.Y.C. 10021

Name _____

Address _____

**2. Title:** AMAZING SPIDER-MAN

(Title of periodical)

Vol. ___1___ No. 15 ___ Date on copies ___ August 1964

**3. Citizenship of Author:**

Citizenship U.S.A. _____ (Name of country)     Domiciled in U. S. A.   Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

___ 5/12/64

(b) Place of Publication of This Issue:

___ U.S.A.
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: _____

(b) Process Used: _____

(c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name ................................................  Address ................ MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or
print            Name ........ MAGAZINE MANAGEMENT CO.
name and
address)        Address ........ 655 MADISON AVENUE
NEW YORK 21, N. Y.
(Number and street)

(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received MAY 19 1964 | |
| Two copies received MAY 19 1964 | |
| Fee received | |

114829

2021MARVEL-0005876



# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL



REGISTRATION NUMBER

RE  599 699

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 15 1992
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

| **(1)** Renewal Claimant(s) | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions) |
|---|---|
| 1 | Name.. Marvel Entertainment Group, Inc.<br>Address.. 387 Park Avenue South, New York, NY  10016<br>Claiming as .. Proprietor of copyright in a composite work made for hire<br>(Use appropriate statement from instructions) |
| 2 | Name.....<br>Address.....<br>Claiming as.....<br>(Use appropriate statement from instructions) |
| 3 | Name.....<br>Address.....<br>Claiming as.....<br>(Use appropriate statement from instructions) |

**(2)** **TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: AMAZING SPIDER-MAN

If a periodical or other serial, give: Vol. 1    No. 16    Issue Date    SEPTEMBER 1964

**AUTHOR(S) OF RENEWABLE MATTER:**

**Author(s)**

NON-PAREIL PUBLISHING CORPORATION

| **(4)** Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:**<br>B 127533 | **ORIGINAL COPYRIGHT CLAIMANT:**<br>NON-PAREIL PUBLISHING CORPORATION |
|---|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

* If the original registration for this work was made in published form, give:

DATE OF PUBLICATION JUNE    9    1964
(Month)    (Day)    (Year)

OR

* If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION
(Month)    (Day)    (Year)

05458223B

| | |
|---|---|
| EXAMINED BY | |
| CHECKED BY: | |
| | RENEWAL APPLICATION RECEIVED DEC. 15. 1992 |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE |
| | FOR COPYRIGHT OFFICE USE ONLY |

RE 599 699

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: ......................
Title of Periodical: .................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ........ (Month) ........ (Day) ........ (Year) ........ Registration Number: ........

**2**
Title of Contribution: ......................
Title of Periodical: .................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ........ (Month) ........ (Day) ........ (Year) ........ Registration Number: ........

**3**
Title of Contribution: ......................
Title of Periodical: .................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ........ (Month) ........ (Day) ........ (Year) ........ Registration Number: ........

**4**
Title of Contribution: ......................
Title of Periodical: .................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ........ (Month) ........ (Day) ........ (Year) ........ Registration Number: ........

**5**
Title of Contribution: ......................
Title of Periodical: .................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ........ (Month) ........ (Day) ........ (Year) ........ Registration Number: ........

**6**
Title of Contribution: ......................
Title of Periodical: .................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ........ (Month) ........ (Day) ........ (Year) ........ Registration Number: ........

**7**
Title of Contribution: ......................
Title of Periodical: .................... Vol. ........ No. ........ Issue Date ........
Date of Publication: ........ (Month) ........ (Day) ........ (Year) ........ Registration Number: ........

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York (City) NY (State) 10016 (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) ........ Carol Platt
Typed or printed name ........ Carol G. Platt
Date DEC 1 4 1992

⑦ Certification (Application must be signed)

| | |
|---|---|
| Marvel Entertainment Group, Inc. (Name) 387 Park Avenue South (Number, Street and Apartment Number) New York, NY 10016 (City) (State) (ZIP code) | **MAIL CERTIFICATE TO** (Certificate will be mailed in window envelope) |
| | ⑧ Address for Return of Certificate |

U S GOVERNMENT PRINTING OFFICE 1978—261-022-10

2021MARVEL-0005878

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B **127533** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America

**1. Copyright Claimant(s) and Address(es):**

Name ___ Non-Pareil Publishing Corp.

Address ___ 655 Madison Ave., N.Y. 10021

Name ___

Address ___

**2. Title:** XXXXXXXX    AMAZING SPIDER-MAN

(Title of periodical)

Vol. ___ 1 ___ No. ___ 16 ___ Date on copies ___ Sept., 1964

**3. Citizenship of Author:**

Citizenship ___ U.S.A. ___ Domiciled in U. S. A.   Yes ☐   No ☐

(Name of country)

**4. Publication:**

**(a) Date of Publication of This Issue:**

XXXXXXXX    6/9/64

**(b) Place of Publication of This Issue:**

U.S.A.

(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** ___

**(b) Process Used:** ___

**(c) Country of Manufacture:** ___

*Complete all applicable spaces on next page*

2021MARVEL-0005879

Steve Ditko

**6. Deposit account:**

--------------------------------------------------------------------------

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)

Name _____ MAGAZINE MANAGEMENT CO.

Address _____ 655 MADISON AVENUE

_____ NEW YORK 21, N.Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br><br>JUN 15 1964  JUL − 9 1964 | |
| Two copies received<br><br>JUN 15 1964 | |
| Fee received | |

114831

2021MARVEL-0005880

**FORM RE**

# CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

~~signature~~

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL



| REGISTRATION NUMBER |
| --- |
| RE    599 685 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 1 5 1992 |
| (Month)        (Day)        (Year) |

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1**
Name .... Marvel Entertainment Group, Inc.
Address ... 387 Park Avenue South, New York, NY  10016
Claiming as ... Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name .........
Address .........
Claiming as ......... (Use appropriate statement from instructions)

**3**
Name .........
Address .........
Claiming as ......... (Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

054582249

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: AMAZING SPIDER-MAN

If a periodical or other serial, give: Vol .... 1 .... No. .... 17 .... Issue Date ......... OCTOBER 1964

---

**(3) Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

NON-PAREIL PUBLISHING CORPORATION

---

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
| --- | --- |
| B 121808 | NON-PAREIL PUBLISHING CORPORATION |

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION    JULLY 9 1964
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION.
(Month)  (Day)  (Year)

2021MARVEL-0005881

| RE | 599 685 | EXAMINED BY: | [signature] | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|---|
| | | CHECKED BY | | DEC. 15, 1992 | |
| | | DEPOSIT ACCOUNT FUNDS USED: ☐ | | REMITTANCE NUMBER AND DATE | |

---

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: .................................
Title of Periodical: ................................. Vol ....... No ....... Issue Date .......
Date of Publication: ....... (Month) ....... (Day) ....... (Year) ....... Registration Number: .......

**2**
Title of Contribution: .................................
Title of Periodical: ................................. Vol ....... No ....... Issue Date .......
Date of Publication: ....... (Month) ....... (Day) ....... (Year) ....... Registration Number: .......

**3**
Title of Contribution: .................................
Title of Periodical: ................................. Vol ....... No ....... Issue Date .......
Date of Publication: ....... (Month) ....... (Day) ....... (Year) ....... Registration Number: .......

**4**
Title of Contribution: .................................
Title of Periodical: ................................. Vol ....... No ....... Issue Date .......
Date of Publication: ....... (Month) ....... (Day) ....... (Year) ....... Registration Number: .......

**5**
Title of Contribution: .................................
Title of Periodical: ................................. Vol ....... No ....... Issue Date .......
Date of Publication: ....... (Month) ....... (Day) ....... (Year) ....... Registration Number: .......

**6**
Title of Contribution: .................................
Title of Periodical: ................................. Vol ....... No ....... Issue Date .......
Date of Publication: ....... (Month) ....... (Day) ....... (Year) ....... Registration Number: .......

**7**
Title of Contribution: .................................
Title of Periodical: ................................. Vol ....... No ....... Issue Date .......
Date of Publication: ....... (Month) ....... (Day) ....... (Year) ....... Registration Number: .......

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York** (City) **NY** (State) **10016** (Zip)

**6** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of: **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_
Typed or printed name: **Carol G. Platt**
Date: DEC 1 5 1992

**7** Certification (Application must be signed)

---

| | MAIL CERTIFICATE TO | **8** Address for Return of Certificate |
|---|---|---|
| **Marvel Entertainment Group, Inc.** (Name)<br>**387 Park Avenue South** (Number, Street and Apartment Number)<br>**New York, NY  10016** (City) (State) (ZIP code) | (Certificate will be mailed in window envelope) | |

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022-10

Apr 1978—500,000

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B  121808 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Thurham L. Remington*



*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name     Non-Pareil Publishing Corp.

Address     655 Madison Ave., N.Y. 10021

Name

Address

**2. Title:**     AMAZING SPIDER-MAN

*(Title of periodical)*

Vol. 1    No. 17    Date on copies    Oct., 1964

**3. Citizenship of Author:**

Citizenship    USA

*(Name of country)*      Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

    **(a) Date of Publication of This Issue:**

      7/9/64

    **(b) Place of Publication of This Issue:**

      USA

*(Name of country)*

**5. Manufacture Outside United States:**

    **(a) Portion of the Manufacturing Done Abroad:**

    **(b) Process Used:**

    **(c) Country of Manufacture:**

*Complete all applicable spaces on next page*

2021MARVEL-0005883

Steve Ditko

**6. Deposit account:**

-------------------------------------------------------------------

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)

| | |
|---|---|
| Name | MAGAZINE MANAGEMENT CO. |
| Address | 655 MADISON AV~ (Number and street) |
| | NEW YORK |
| (City) | (Zone)    (State) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the issue is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>JUL 10 1964 | |
| Two copies received<br>JUL 10 1964 | |
| Fee received | |

2021MARVEL-0005884

# FORM RE



## CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*REGISTER OF COPYRIGHTS*
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE 599 708 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 15 1992 |
| (Month)   (Day)   (Year) |

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name    Marvel Entertainment Group, Inc.
Address    387 Park Avenue South, New York, NY 10016
Claiming as    Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

**(2)**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.



**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: AMAZING SPIDER-MAN

If a periodical or other serial, give: Vol. 1 ... No. ... 18 ... Issue Date ... NOVENBER 1964

**AUTHOR(S) OF RENEWABLE MATTER:**

**Author(s)**

NON-PAREIL PUBLISHING CORPORATION

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 129017 | NON-PAREIL PUBLISHING CORPORATION |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION    AUGUST 11 1964
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION
(Month)   (Day)   (Year)

2021MARVEL-0005885

| | |
|---|---|
| RE **599 708** | EXAMINED BY _____ <br> CHECKED BY _____ <br> DEPOSIT ACCOUNT FUNDS USED ☐ | RENEWAL APPLICATION RECEIVED <br> **DEC 15 1992** <br> REMITTANCE NUMBER AND DATE | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

⑤ Renewal for Group of Works

**1**
Title of Contribution: ...........
Title of Periodical: ...........
Date of Publication: ...... (Month) ...... (Day) ...... (Year) ...... Vol ...... No ...... Issue Date ......
Registration Number: ...........

**2**
Title of Contribution: ...........
Title of Periodical: ...........
Date of Publication: ...... (Month) ...... (Day) ...... (Year) ...... Vol ...... No ...... Issue Date ......
Registration Number: ...........

**3**
Title of Contribution: ...........
Title of Periodical: ...........
Date of Publication: ...... (Month) ...... (Day) ...... (Year) ...... Vol ...... No ...... Issue Date ......
Registration Number: ...........

**4**
Title of Contribution: ...........
Title of Periodical: ...........
Date of Publication: ...... (Month) ...... (Day) ...... (Year) ...... Vol ...... No ...... Issue Date ......
Registration Number: ...........

**5**
Title of Contribution: ...........
Title of Periodical: ...........
Date of Publication: ...... (Month) ...... (Day) ...... (Year) ...... Vol ...... No ...... Issue Date ......
Registration Number: ...........

**6**
Title of Contribution: ...........
Title of Periodical: ...........
Date of Publication: ...... (Month) ...... (Day) ...... (Year) ...... Vol ...... No ...... Issue Date ......
Registration Number: ...........

**7**
Title of Contribution: ...........
Title of Periodical: ...........
Date of Publication: ...... (Month) ...... (Day) ...... (Year) ...... Vol ...... No ...... Issue Date ......
Registration Number: ...........

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York          NY          10016
(City)          (State)          (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant
☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) _Carol G Platt_
Typed or printed name: Carol G. Platt
Date: DEC 1 1992

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)

387 Park Avenue South
(Number Street and Apartment Number)

New York, NY 10016
(City)          (State)          (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022/10          Apr 1978—500,000

2021MARVEL-0005886

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B  **129017** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ____ **Non-Pareil Publishing Corp.**

Address ____ **655 Madison Ave., New York, N.Y. 10021**

Name ____

Address ____

**2. Title:** **AMAZING SPIDER-MAN**

(Title of periodical)

Vol. ____ **1** ____ No. ____ **18** ____ Date on copies ____ **November 1964**

**3. Citizenship of Author:**

Citizenship **USA**

(Name of country)          Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

 **(a) Date of Publication of This Issue:**

  **8/11/64**

 **(b) Place of Publication of This Issue:**

  **USA**

(Name of country)

**5. Manufacture Outside United States:**

 **(a) Portion of the Manufacturing Done Abroad:** ____

 **(b) Process Used:** ____

 **(c) Country of Manufacture:** ____

*Complete all applicable spaces on next page*

2021MARVEL-0005887

**6. Deposit account:**

--------------------------------------------------------------------------------

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or
print
name and
address)

Name _____

Address _____

MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE
(Number and street)

NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>AUG 11 1964 | |
| Two copies received<br>AUG 11 1964 | |
| Fee received | |

Steve Ditko

# FORM RE

## CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
United States of America

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE   599 719 |

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC. 15 1992
(Month)   (Day)   (Year)

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

### (1) Renewal Claimant(s)

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See instructions)

1
Name .. Marvel Entertainment Group, Inc.
Address .. 387 Park Avenue South, New York, NY  10016
Claiming as .. Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name ...........
Address ...........
Claiming as ...........
(Use appropriate statement from instructions)

3
Name ...........
Address ...........
Claiming as ...........
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

054582260

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: AMAZING SPIDER-MAN
If a periodical or other serial give: Vol. 1   No. 19   Issue Date   DECEMBER 1964

### (3) Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

### (4) Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**

B 136435

**ORIGINAL COPYRIGHT CLAIMANT:**

NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give.

DATE OF PUBLICATION SEPTEMBER 8 1964
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION:
(Month)   (Day)   (Year)

2021MARVEL-0005889

Steve Ditko

| | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR |
|---|---|---|---|
| | CHECKED BY | DEC. 15. 1992 | COPYRIGHT OFFICE |
| RE 599 719 | DEPOSIT ACCOUNT FUNDS USED. ☐ | REMITTANCE NUMBER AND DATE. | USE ONLY |

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

1
Title of Contribution: ...........................................
Title of Periodical: ................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year)   Registration Number: ..................

2
Title of Contribution: ...........................................
Title of Periodical: ................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year)   Registration Number: ..................

3
Title of Contribution: ...........................................
Title of Periodical: ................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year)   Registration Number: ..................

4
Title of Contribution: ...........................................
Title of Periodical: ................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year)   Registration Number: ..................

5
Title of Contribution: ...........................................
Title of Periodical: ................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year)   Registration Number: ..................

6
Title of Contribution: ...........................................
Title of Periodical: ................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year)   Registration Number: ..................

7
Title of Contribution: ...........................................
Title of Periodical: ................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year)   Registration Number: ..................

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York       NY       10016
(City)       (State)       (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) ....Carol Platt....
Typed or printed name ...... Carol G. Platt       Date ... DEC 1 4 1992

⑦ Certification (Application must be signed)

| | MAIL CERTIFICATE TO | ⑧ |
|---|---|---|
| Marvel Entertainment Group, Inc. (Name) | | Address for Return of Certificate |
| 387 Park Avenue South (Number Street and Apartment Number) | (Certificate will be mailed in window envelope) | |
| New York, NY 10016 (City) (State) (ZIP code) | | |

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022-10

Apr 197x—500,000

2021MARVEL-0005890

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



FORM B

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B   136435 |

DO NOT WRITE HERE

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*

Register of Copyrights
United States of America

**1. Copyright Claimant(s) and Address(es):**

Name    **Non-Pareil Publishing Corp.**

Address    **655 Madison Ave., New York, N.Y. 10021**

Name

Address

**2. Title:** AMAZING SPIDER-MAN

(Title of periodical)

Vol. **1**    No. **19**    Date on copies    **Dec., 1964**

**3. Citizenship of Author:**

Citizenship **XX**    **USA**

(Name of country)    Domiciled in U. S. A.    Yes ☐   No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

**9/8/64**

(b) Place of Publication of This Issue:

**USA**

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad:

(b) Process Used:

(c) Country of Manufacture:

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)

Name

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
(Number and Street)
NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>SEP 17 1964 | |
| Two copies received<br>SEP 17 1964 | |
| Fee received | |

14833

2021MARVEL-0005892

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

## FORM RE

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE . 559 164

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 2 7 1991
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

| (1) Renewal Claimant(s) | | |
|---|---|---|
| | 1 | Name **Marvel Entertainment Group, Inc.** <br> Address **387 Park Avenue South, New York, NY 10016** <br> Claiming as **Proprietor of copyright in a composite work made for hire** <br> (Use appropriate statement from instructions) |
| | 2 | Name <br> Address <br> Claiming as (Use appropriate statement from instructions) |
| | 3 | Name <br> Address <br> Claiming as (Use appropriate statement from instructions) |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work. AMAZING SPIDER-MAN

If a periodical or other serial, give: Vol. **1**   No. **2**   Issue Date   **May 1963**

| (3) Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** <br><br> NON-PAREIL PUBLISHING CORPORATION |
|---|---|

| (4) Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** <br> B 22020 | **ORIGINAL COPYRIGHT CLAIMANT:** <br> NON-PAREIL PUBLISHING CORPORATION |
|---|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give
DATE OF PUBLICATION   **Feb. 12, 1963**   (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION   (Month) (Day) (Year)

2021MARVEL-0005893

Steve Ditko

| | EXAMINED BY | | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| RE  559 164 | CHECKED BY | | DEC. 27, 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

| | | |
|---|---|---|
| 1 | Title of Contribution:<br>Title of Periodical:<br>Date of Publication: (Month) (Day) (Year) | Vol.   No.   Issue Date<br>Registration Number |
| 2 | Title of Contribution:<br>Title of Periodical:<br>Date of Publication: (Month) (Day) (Year) | Vol.   No.   Issue Date<br>Registration Number |
| 3 | Title of Contribution:<br>Title of Periodical:<br>Date of Publication: (Month) (Day) (Year) | Vol.   No.   Issue Date<br>Registration Number |
| 4 | Title of Contribution:<br>Title of Periodical:<br>Date of Publication: (Month) (Day) (Year) | Vol.   No.   Issue Date<br>Registration Number |
| 5 | Title of Contribution:<br>Title of Periodical:<br>Date of Publication: (Month) (Day) (Year) | Vol.   No.   Issue Date<br>Registration Number |
| 6 | Title of Contribution:<br>Title of Periodical:<br>Date of Publication: (Month) (Day) (Year) | Vol.   No.   Issue Date<br>Registration Number |
| 7 | Title of Contribution:<br>Title of Periodical:<br>Date of Publication: (Month) (Day) (Year) | Vol.   No.   Issue Date<br>Registration Number |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number   DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York                    NY              10016

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant   ☒ duly authorized agent of Marvel Entertainment Group, Inc.

of the work identified in this application  and that the statements made by me in this application are correct to the best of my knowledge.



Handwritten signature (X)   *Carol G. Platt*
Typed or printed name   Carol G. Platt
Date   12/23/91

**7** Certification (Application must be signed)

| MAIL CERTIFICATE TO | Marvel Entertainment Group, Inc.<br>(Name)<br>387 Park Avenue South<br>(Number Street and Apartment Number)<br>New York, NY  10016<br>(City) (State) (Zip code) | (Certificate will be mailed in window envelope) | **8** Address for Return of Certificate |
|---|---|---|---|

U.S. GOVERNMENT PRINTING OFFICE: 1978: 261-032  13

2021MARVEL-0005894

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

FORM B

| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | 22020 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein* Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___NON-PAREIL PUBLISHING CORP.___

Address ___655 Madison Ave., N.Y.C. 21___

Name _____

Address _____

**2. Title:** ___AMAZING SPIDER-MAN___

(Title of periodical)

Vol. ___E 1___ No. ___2___ Date on copies ___May 1963___

**3. Citizenship of Author:**

Citizenship ___USA___

(Name of country)

Domiciled in U. S. A.   Yes ☑   No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

___2/12/63___

(b) Place of Publication of This Issue:

___USA___

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: _____

(b) Process Used: _____

(c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

2021MARVEL-0005895



6. **Deposit account:**

7. **Send correspondence to:**

Name _____ Address _____

8. **Send certificate to:**

(Type or print
name and address)

Name _____

Address _____

(Number and Street)

(City)            (Zone)            (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>FEB 19 1963 | |
| Two copies received<br>FEB 19 1963 | |
| Fee received | |

2021MARVEL-0005896

# FORM RE

UNITED STATES COPYRIGHT OFFICE

## CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

| REGISTRATION NUMBER |
| --- |
| RE 599 731 |

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 1 5 1992
(Month)   (Day)   (Year)

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name .... Marvel Entertainment Group, Inc.
Address .... 387 Park Avenue South, New York, NY  10016
Claiming as .... Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name ..........
Address ..........
Claiming as ..........
(Use appropriate statement from instructions)

**3**
Name ..........
Address ..........
Claiming as ..........
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

05458227L

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work: AMAZING SPIDER-MAN
If a periodical or other serial, give: Vol. .... 1 .... No. .... 20 .... Issue Date .... JANUARY 1965

---

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 140632

**ORIGINAL COPYRIGHT CLAIMANT:**
NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION   OCTOBER 8 1964
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION
(Month)   (Day)   (Year)

2021MARVEL-0005897

| | |
|---|---|
| RE **599 731** | EXAMINED BY / / / |
| | CHECKED BY: |
| | **RENEWAL APPLICATION RECEIVED** DEC 15 1992 |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ |
| | REMITTANCE NUMBER AND DATE |
| | FOR COPYRIGHT OFFICE USE ONLY |

---

### DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ...................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year) Registration Number: ......

**2**
Title of Contribution: ...................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year) Registration Number: ......

**3**
Title of Contribution: ...................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year) Registration Number: ......

**4**
Title of Contribution: ...................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year) Registration Number: ......

**5**
Title of Contribution: ...................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year) Registration Number: ......

**6**
Title of Contribution: ...................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year) Registration Number: ......

**7**
Title of Contribution: ...................
Title of Periodical: .................... Vol. ...... No. ...... Issue Date ......
Date of Publication: (Month) (Day) (Year) Registration Number: ......

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**

Account Number: .... **DA-059633** ...................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York** (City) **NY** (State) **10016** (ZIP)

**6** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) ...................
Typed or printed name .... **Carol G. Platt**
Date **DEC 1 4 1992**

**7** Certification (Application must be signed)

---

**MAIL CERTIFICATE TO**

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number, Street and Apartment Number)
**New York, NY 10016**
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

---

U S GOVERNMENT PRINTING OFFICE 1978—261-022/10

Apr 1978—500,000

2021MARVEL-0005898

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B  140632 |
| | DO NOT WRITE HERE |

**FORM B**

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ...... **Non-Pareil Publishing Corp.**

Address ...... **625 Madison Ave.**

Name ...... **New York, N.Y. 10022**

Address ......

**2. Title:** ...... **AMAZING SPIDER-MAN**

(Title of periodical)

Vol. ...... **1**  No. ...... **20**  Date on copies ...... **Jan. XXXX 1965**

**3. Citizenship of Author:**

Citizenship ...... **USA**

(Name of country)

Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

   **(a) Date of Publication of This Issue:**

     **10/8/64**

   **(b) Place of Publication of This Issue:**

     **USA**

(Name of country)

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** ......

   **(b) Process Used:** ......

   **(c) Country of Manufacture:** ......

*Complete all applicable spaces on next page*

2021MARVEL-0005899

**6. Deposit account:**

---

**7. Send correspondence to:**

Name ........................................................    Address ........................................................

**8. Send certificate to:**

(Type or
print
name and
address)

Name

Address

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE
(Number and street)

NEW YORK, N. Y. 10022

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the issue is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>OCT 12 1964 | |
| Two copies received<br>OCT 12 1964 | |
| Fee received | |

2021MARVEL-0005900

Steve Ditko

# FORM RE

## CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*(signature)*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE   599 750 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 1 5 1992 |
| (Month)      (Day)      (Year) |

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name: Marvel Entertainment Group, Inc.
Address: 387 Park Avenue South, New York, NY  10016
Claiming as: Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name:
Address:
Claiming as:
(Use appropriate statement from instructions)

3
Name:
Address:
Claiming as:
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: AMAZING SPIDER-MAN

If a periodical or other serial, give: Vol. 1   No. 21   Issue Date FEBRUARY 1965

---

**(3) Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

NON-PAREIL PUBLISHING CORPORATION

---

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 147192 | NON-PAREIL PUBLISHING CORPORATION |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give: DATE OF PUBLICATION NOVEMBER 10 1964 (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give: DATE OF REGISTRATION (Month) (Day) (Year)

D5458228Z    Z8ZZ8545D    2021MARVEL-0005901

| | | |
|---|---|---|
| RE   599 750 | EXAMINED BY: | RENEWAL APPLICATION RECEIVED |
| | CHECKED BY: | DEC 1 5 1992 |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE |
| | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ...........................................................................
Title of Periodical: ........................................ Vol. ...... No. ...... Issue Date ......
Date of Publication: ...... (Month) ...... (Day) ...... (Year) ...... Registration Number: ......

**2**
Title of Contribution: ...........................................................................
Title of Periodical: ........................................ Vol. ...... No. ...... Issue Date ......
Date of Publication: ...... (Month) ...... (Day) ...... (Year) ...... Registration Number: ......

**3**
Title of Contribution: ...........................................................................
Title of Periodical: ........................................ Vol. ...... No. ...... Issue Date ......
Date of Publication: ...... (Month) ...... (Day) ...... (Year) ...... Registration Number: ......

**4**
Title of Contribution: ...........................................................................
Title of Periodical: ........................................ Vol. ...... No. ...... Issue Date ......
Date of Publication: ...... (Month) ...... (Day) ...... (Year) ...... Registration Number: ......

**5**
Title of Contribution: ...........................................................................
Title of Periodical: ........................................ Vol. ...... No. ...... Issue Date ......
Date of Publication: ...... (Month) ...... (Day) ...... (Year) ...... Registration Number: ......

**6**
Title of Contribution: ...........................................................................
Title of Periodical: ........................................ Vol. ...... No. ...... Issue Date ......
Date of Publication: ...... (Month) ...... (Day) ...... (Year) ...... Registration Number: ......

**7**
Title of Contribution: ...........................................................................
Title of Periodical: ........................................ Vol. ...... No. ...... Issue Date ......
Date of Publication: ...... (Month) ...... (Day) ...... (Year) ...... Registration Number: ......

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York    NY    10016
(City)    (State)    (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Carol G. Platt
Typed or printed name    Carol G. Platt
Date ......

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

2021MARVEL-0005902

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B  **147192** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



**1. Copyright Claimant(s) and Address(es):**

Name ..... **Non-Pareil Publishing Corp.**

Address ..... **625 Madison Ave., New York, N.Y. 10022**

Name .....

Address .....

**2. Title:** **AMAZING SPIDER-MAN**

(Title of periodical)

Vol. ..... **1** ..... No. **21** ..... Date on copies **Feb., 1965**

**3. Citizenship of Author:**

Citizenship ..... **USA** .....

(Name of country)

Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

    **(a) Date of Publication of This Issue:**

    **11/10/64**

    **(b) Place of Publication of This Issue:**

    **USA**

(Name of country)

**5. Manufacture Outside United States:**

    **(a) Portion of the Manufacturing Done Abroad:** .....

    **(b) Process Used:** .....

    **(c) Country of Manufacture:** .....

*Complete all applicable spaces on next page*

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)  Name

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE
(Number and street)

NEW YORK, N. Y. 10022

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees may be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received NOV 16 1964 | |
| Two copies received NOV 16 1964 | |
| Fee received | |

U.S. GOVERNMENT PRINTING OFFICE : 1962 O—636890        (July 1962—40,000)        *Page 4*

114835

2021MARVEL-0005904

Steve Ditko



# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE   599 759 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 1 5 1992 (Month) (Day) (Year) |

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name .... Marvel Entertainment Group, Inc.
Address .... 387 Park Avenue South, New York, NY  10016
Claiming as .... Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name ....
Address ....
Claiming as .... (Use appropriate statement from instructions)

**3**
Name ....
Address ....
Claiming as .... (Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: AMAZING SPIDER-MAN
If a periodical or other serial, give: Vol .... 1 .... No .... 22 .... Issue Date .... MARCH 1965

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
| --- | --- |
| B 157768 | NON-PAREIL PUBLISHING CORPORATION |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION DECEMBER 10 1964
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION
(Month) (Day) (Year)

2021MARVEL-0005905

| | |
|---|---|
| RE 599 759 | EXAMINED BY |
| | CHECKED BY |
| | RENEWAL APPLICATION RECEIVED |
| | DEC. 15.1992 |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ |
| | REMITTANCE NUMBER AND DATE |
| | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: .....................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**2**
Title of Contribution: .....................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**3**
Title of Contribution: .....................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**4**
Title of Contribution: .....................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**5**
Title of Contribution: .....................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**6**
Title of Contribution: .....................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**7**
Title of Contribution: .....................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York    NY    10016
(City)    (State)    (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Carol Platt
Typed or printed name: Carol G. Platt
Date ..... 

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY  10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022/10

Apr. 1978—500,000

2021MARVEL-0005906

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B  157768 |
|  | DO NOT WRITE HERE |

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name    Non-Pareil Publishing Corp.

Address    625 Madison Ave., New York, N.Y. 10022

Name _____

Address _____

**2. Title:** Amazing Spider-Man

(Title of periodical)

Vol. 1    No. 22    Date on copies March 1965

**3. Citizenship of Author:**

Citizenship USA

(Name of country)

Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

12/10/64

(b) Place of Publication of This Issue:

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: _____

(b) Process Used: _____

(c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

**6. Deposit account:**

--------------------------------------------------------------------------------

**7. Send correspondence to:**

Name _____     Address _____

**8. Send certificate to:**

(Type or
print         **Name**
name and
address)     **Address**

> MAGAZINE MANAGEMENT CO.
>
> 625 MADISON AVENUE
>
> NEW YORK, N. Y. 10022

         (City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>DEC 14 1964 | |
| Two copies received<br>DEC 14 1964 | |
| Fee received | |

2021MARVEL-0005908

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



ACTING REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



RE 645-190

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 1 7 1993
(Month)          (Day)          (Year)

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**(1)** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from Instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from Instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from Instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:
If a periodical or other serial, give: Vol. 1    No. 23    Issue Date APRIL 1965

---

**(2)** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**(3)** Facts of original registration

**ORIGINAL REGISTRATION NUMBER:**
B 162019

**ORIGINAL COPYRIGHT CLAIMANT:**
NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give: JANUARY 12    1965
DATE OF PUBLICATION
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month)    (Day)    (Year)

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| CHECKED BY. | | NOV 17. 1993 | |
| CORRESPONDENCE ☐ Yes | | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

⑤ Renewal for Group of Works

**1**
Title of Contribution
Title of Periodical · · · · · · Vol · · · No · · · Issue Date
Date of Publication (Month) (Day) (Year) Registration Number

**2**
Title of Contribution
Title of Periodical Vol No Issue Date
Date of Publication (Month) (Day) (Year) Registration Number

**3**
Title of Contribution
Title of Periodical Vol No Issue Date
Date of Publication (Month) (Day) (Year) Registration Number

**4**
Title of Contribution
Title of Periodical Vol No Issue Date
Date of Publication (Month) (Day) (Year) Registration Number

**5**
Title of Contribution
Title of Periodical Vol No Issue Date
Date of Publication (Month) (Day) (Year) Registration Number

**6**
Title of Contribution
Title of Periodical Vol No Issue Date
Date of Publication (Month) (Day) (Year) Registration Number

**7**
Title of Contribution
Title of Periodical Vol No Issue Date
Date of Publication (Month) (Day) (Year) Registration Number

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name Marvel Entertainment Group, INC
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group
Address: 387 Park Avenue South
New York NY 10016
(City) (State) (ZIP)

⑥ Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ■ duly authorized agent of: Marvel Entertainment Group, INC.
(Name of renewal claimant)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) Carol Platt
Typed or printed name Carol G. Platt
Date

⑦ Certification (Application must be signed)

---

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK NY 10016
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

---

October 1989—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308.8

2021MARVEL-0005910

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN
*Register of Copyrights*
*United States of America*

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 162019 |
| | DO NOT WRITE HERE |



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ...... Non-Pareil Publishing Corp.

Address ...... 625 Madison Avenue, New York, N.Y. 10022

Name ......

Address ......

**2. Title:** ...... AMAZING SPIDER-MAN

*(Title of periodical)*

Vol. ...... 1 ...... No. ...... 23 ...... Date on copies ...... April 1965

**3. Citizenship of Author:**

Citizenship ...... USA ...... *(Name of country)* ...... Domiciled in U. S. A. Yes ☐ No ☐

**4. Publication:**

*(a)* **Date of Publication of This Issue:**

1/12/65

*(b)* **Place of Publication of This Issue:**

USA

*(Name of country)*

**5. Manufacture Outside United States:**

*(a)* **Portion of the Manufacturing Done Abroad:** ......

*(b)* **Process Used:** ......

*(c)* **Country of Manufacture:** ......

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**7. Send correspondence to:**

Name - - - - - - - - - - - - - - - - - - - - - - - - - - - Address - - - - - - - - - - - - - - - - -

**8. Send certificate to:**

(Type or print name and address)    Name

MAGAZINE MANAGEMENT CO.

Address

625 MADISON AVENUE

NEW YORK, N. Y. 10022

(City)            (Zone)            (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| JAN 13 1965 | |
| Two copies received | |
| JAN 13 1965 | |
| Fee received | |

14857

2021MARVEL-0005912

Steve Ditko

# CERTIFICATE OF REGISTRATION



**FORM RE**

UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



RE 645-210

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 17 1993
(Month)    (Day)    (Year)

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

| ① Renewal Claimant(s) | RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions) |
|---|---|
| 1 | Name MARVEL ENTERTAINMENT GROUP, INC. <br> Address 387 Park Avenue South, New York, NY 10016 <br> Claiming as Proprietor of copyright in a composite work made for hire <br> (Use appropriate statement from Instructions) |
| 2 | Name............ <br> Address........... <br> Claiming as ........... (Use appropriate statement from Instructions) |
| 3 | Name............ <br> Address........... <br> Claiming as ........... (Use appropriate statement from Instructions) |

0620147510

② **TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: ........... 1 ........... No. ........... 24 ........... Issue Date ........... MAY 1965

| ③ Author(s) | AUTHOR(S) OF RENEWABLE MATTER: |
|---|---|
|  | NON-PAREIL PUBLISHING CORPORATION |

| ④ Facts of Original Registration | ORIGINAL REGISTRATION NUMBER: <br> B 167575 | ORIGINAL COPYRIGHT CLAIMANT: <br> NON-PAREIL PUBLISHING CORPORATION |
|---|---|---|
|  | **ORIGINAL DATE OF COPYRIGHT:** <br> • If the original registration for this work was made in published form, give: FEBRUARY 11, 1965 <br> DATE OF PUBLICATION: (Month) (Day) (Year) | OR • If the original registration for this work was made in unpublished form, give: <br> DATE OF REGISTRATION: (Month) (Day) (Year) |

2021MARVEL-0005913

| ¹Amended by Copyright Office | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | NOV 17 1993 | |
| | | REMITTANCE NUMBER AND DATE | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions) give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5** Renewal for Group of Works

**1**
Title of Contribution
Title of Periodical                                    Vol      No      Issue Date
Date of Publication    (Month)    (Day)    (Year)      Registration Number

**2**
Title of Contribution
Title of Periodical                                    Vol      No      Issue Date
Date of Publication    (Month)    (Day)    (Year)      Registration Number

**3**
Title of Contribution
Title of Periodical                                    Vol      No      Issue Date
Date of Publication    (Month)    (Day)    (Year)      Registration Number

**4**
Title of Contribution
Title of Periodical                                    Vol      No      Issue Date
Date of Publication    (Month)    (Day)    (Year)      Registration Number

**5**
Title of Contribution:
Title of Periodical                                    Vol      No      Issue Date
Date of Publication    (Month)    (Day)    (Year)      Registration Number

**6**
Title of Contribution:
Title of Periodical:                                   Vol      No      Issue Date
Date of Publication    (Month)    (Day)    (Year)      Registration Number

**7**
Title of Contribution:
Title of Periodical:                                   Vol      No      Issue Date
Date of Publication    (Month)    (Day)    (Year)      Registration Number

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name  Marvel Entertainment Group, INC
Account Number:  DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group
Address: 387 Park Avenue South
(Apt)
New York        NY        10016
(City)        (State)        (ZIP)

**6** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ■ duly authorized agent of: Marvel Entertainment Group, INC.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)  Carol Platt

Typed or printed name:  Carol G. Platt

Date:

**7** Certification (Application must be signed)

---

| MARVEL ENTERTAINMENT GROUP, INC, (Name) 387 Park Avenue South (Number, Street and Apartment Number) NEW YORK        NY        10016 (City)        (State)        (ZIP code) | MAIL CERTIFICATE TO (Certificate will be mailed in window envelope) | **8** Address for Return of Certificate |
|---|---|---|

☆ October 1988—50,000    ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306.8

2021MARVEL-0005914

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 167575 |
| | DO NOT WRITE HERE |



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name _____ Non-Pareil Publishing Corp.

Address _____ 625 Madison Ave., New York, N.Y. 10022

Name _____

Address _____

**2. Title:** AMAZING SPIDER-MAN

(Title of periodical)

Vol. _____ 1 _____ No. _____ 24 _____ Date on copies _____ May 1965

**3. Citizenship of Author:**

Citizenship _____ USA
(Name of country)                                    Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

**(a) Date of Publication of This Issue:**

2/11/65

**(b) Place of Publication of This Issue:**

USA
(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** _____

**(b) Process Used:** _____

**(c) Country of Manufacture:** _____

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

----------------------------------------------------------------

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or
print      Name _____
name and
address)   Address

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

(City)            (Zone)            (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received<br><br>FEB 18 1965 | |
| Two copies received<br><br>FEB 18 1965 | |
| Fee received | |

2021MARVEL-0005916

# CERTIFICATE OF REGISTRATION

## FORM RE
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



ACTING REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



RE 645-221

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 17 1993
(Month) (Day) (Year)

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

1 Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from Instructions)

2 Name
Address
Claiming as
(Use appropriate statement from Instructions)

3 Name
Address
Claiming as
(Use appropriate statement from Instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work: 1    25    JUNE 1965
If a periodical or other serial, give: Vol. ___ No. ___ Issue Date

---

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 173323

**ORIGINAL COPYRIGHT CLAIMANT:**
NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: MARCH 11 1965
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month) (Day) (Year)

2021MARVEL-0005917

| | | |
|---|---|---|
| | EXAMINED BY | RENEWAL APPLICATION RECEIVED |
| | CHECKED BY | NOV 17 1993 |
| | CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5** Renewal for Group of Works

**1**
Title of Contribution
Title of Periodical
Date of Publication    (Month) (Day) (Year)
Vol   No   Issue Date
Registration Number

**2**
Title of Contribution
Title of Periodical
Date of Publication    (Month) (Day) (Year)
Vol   No   Issue Date
Registration Number

**3**
Title of Contribution
Title of Periodical
Date of Publication    (Month) (Day) (Year)
Vol   No   Issue Date
Registration Number

**4**
Title of Contribution
Title of Periodical
Date of Publication    (Month) (Day) (Year)
Vol   No   Issue Date
Registration Number

**5**
Title of Contribution
Title of Periodical
Date of Publication    (Month) (Day) (Year)
Vol   No   Issue Date
Registration Number

**6**
Title of Contribution
Title of Periodical
Date of Publication    (Month) (Day) (Year)
Vol   No   Issue Date
Registration Number

**7**
Title of Contribution
Title of Periodical
Date of Publication    (Month) (Day) (Year)
Vol   No   Issue Date
Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, INC**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **CAROL PLATT, Marvel ent. Group**
Address: **387 Park Avenue South**
**New York**   **NY**   **10016**
(City) (State) (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☑ duly authorized agent of: **Marvel Entertainment Group, INC.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)   *Carol Platt*
Typed or printed name: **Carol G. Platt**
Date:

**7** Certification (Application must be signed)

| | |
|---|---|
| **MARVEL ENTERTAINMENT GROUP, INC.** (Name)<br>**387 Park Avenue South** (Number, Street and Apartment Number)<br>**NEW YORK** (City)   **NY** (State)   **10016** (ZIP code) | **MAIL CERTIFICATE TO**<br>(Certificate will be mailed in window envelope) |

**8** Address for Return of Certificate

8 October 1988—50,000       ☆U.S. GOVERNMENT PRINTING OFFICE: 1988—262-306 8

2021MARVEL-0005918

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B **173323** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___ Non-Pareil Publishing Corp.

Address ___ 625 Madison Ave., New York, N.Y. 10022

Name ___

Address ___

**2. Title:** AMAZING SPIDER-MAN

(Title of periodical)

Vol. ___ 1 ___ No. ___ 25 ___ Date on copies ___ June 1965

**3. Citizenship of Author:**

Citizenship ___ USA

(Name of country)

Domiciled in U. S. A. Yes ☐ No ☐

**4. Publication:**

  **(a) Date of Publication of This Issue:**

  3/11/65

  **(b) Place of Publication of This Issue:**

  USA

(Name of country)

**5. Manufacture Outside United States:**

  **(a) Portion of the Manufacturing Done Abroad:** ___

  **(b) Process Used:** ___

  **(c) Country of Manufacture:** ___

*Complete all applicable spaces on next page*

6. **Deposit account:**

7. **Send correspondence to:**

Name ................................................................................ Address ................................................................................

8. **Send certificate to:**

(Type or print name and address)

Name

Address

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE
(Number and street)

NEW YORK, N. Y. 10022

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>MAR 17 1965 | |
| Two copies received<br>MAR 17 1965 | |
| Fee received | |

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

RE 645-227

**EFFECTIVE DATE OF RENEWAL REGISTRATION**
NOV 1 7 1993
(Month) (Day) (Year)



ACTING REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from Instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from Instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from Instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work: 1    26    JULY 1965
If a periodical or other serial, give: Vol.    No.    Issue Date

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 179808

**ORIGINAL COPYRIGHT CLAIMANT:**
NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: APRIL 8 1965
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month) (Day) (Year)

2021MARVEL-0005921

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| CHECKED BY | | NOV 17 1993 | | |
| CORRESPONDENCE ☐ Yes | | REMITTANCE NUMBER AND DATE | | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | | | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

⑤ Renewal for Group of Works

| 1 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | Vol. No. Issue Date Registration Number |
|---|---|---|
| 2 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | Vol. No. Issue Date Registration Number |
| 3 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | Vol. No. Issue Date Registration Number |
| 4 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | Vol. No. Issue Date Registration Number |
| 5 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | Vol. No. Issue Date Registration Number |
| 6 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | Vol. No. Issue Date Registration Number |
| 7 | Title of Contribution: Title of Periodical: Date of Publication: (Month) (Day) (Year) | Vol. No. Issue Date Registration Number |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, INC.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **CAROL PLATT, Marvel ent.Group**
Address **387 Park Avenue South** (Apt)
**New York** (City) **NY** (State) **10016** (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of: **Marvel Entertainment Group, INC.** (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Carol Platt*
Typed or printed name **Carol G. Platt**
Date:

⑦ Certification (Application must be signed)

| MARVEL ENTERTAINMENT GROUP, INC. (Name) 387 Park Avenue South (Number, Street and Apartment Number) NEW YORK (City) NY (State) 10016 (ZIP code) | MAIL CERTIFICATE TO (Certificate will be mailed in window envelope) | ⑧ Address for Return of Certificate |
|---|---|---|

■ October 1988—50,000    ☆U.S. GOVERNMENT PRINTING OFFICE: 1988—262-308.6

2021MARVEL-0005922

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



FORM B

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | **B** 179808 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN
*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___ Non-Pareil Publishing Corp.

Address ___ 625 Madison Ave., New York, N.Y. 10022

Name ___

Address ___

**2. Title:** AMAZING SPIDER-MAN

(Title of periodical)

Vol. ___1___  No. __26__  Date on copies ___July 1965___

**3. Citizenship of Author:**

Citizenship ___USA___

(Name of country)

Domiciled in U. S. A.  Yes ☐  No ☐

**4. Publication:**

**(a) Date of Publication of This Issue:**

4/8/65

**(b) Place of Publication of This Issue:**

USA

(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** ___

**(b) Process Used:** ___

**(c) Country of Manufacture:** ___

*Complete all applicable spaces on next page*

2021MARVEL-0005923

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)

Name

**MAGAZINE MANAGEMENT CO.**

**625 MADISON AVENUE**

Address

**NEW YORK, N. Y. 10022**

| (City) | (Zone) | (State) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br><br>APR 13 1965<br><br>Two copies received<br>APR 13 1965<br><br>Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1962 O—636850

(July 1962—40,000)

114840

2021MARVEL-0005924

UNITED STATES COPYRIGHT OFFICE

RE 645-242

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**1 Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM (See Instructions)

| | |
|---|---|
| 1 | Name MARVEL ENTERTAINMENT GROUP, INC.<br>Address 387 Park Avenue South, New York, NY 10016<br>Claiming as Proprietor of copyright in a composite work made for hire |
| 2 | Name<br>Address<br>Claiming as |
| 3 | Name<br>Address<br>Claiming as |

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

AMAZING SPIDER-MAN

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work:

If a periodical or other serial, give: Vol. 1 No. 27 Issue Date AUGUST 1965

**2 Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

NON-PAREIL PUBLISHING CORPORATION

**3 Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER: B 190436

ORIGINAL COPYRIGHT CLAIMANT: NON-PAREIL PUBLISHING CORPORATION

ORIGINAL DATE OF COPYRIGHT:

If the original registration for this work was made in published form, give: DATE OF PUBLICATION MAY 11 1965 (Month) (Day) (Year)

OR

If the original registration for this work was made in unpublished form, give: DATE OF REGISTRATION (Month) (Day) (Year)

FOR
COPYRIGHT
OFFICE
USE
ONLY

CHECKED BY

CORRESPONDENCE
☐ Yes

DEPOSIT ACCOUNT
FUNDS USED

NOV 17 1999

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR: To make a single registration for a group of works by the same individual author, published as contributions to periodicals give full information about each contribution. If more space is needed, request continuation sheet (Form RE / CON)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Title of Contribution | | Vol | No | Issue Date |
| | Title of Periodical | | | | |
| | Date of Publication | | Registration Number | | |
| 2 | Title of Contribution | | Vol | No | Issue Date |
| | Title of Periodical | | | | |
| | Date of Publication | | Registration Number | | |
| 3 | Title of Contribution | | Vol | No | Issue Date |
| | Title of Periodical | | | | |
| | Date of Publication | | Registration Number | | |
| 4 | Title of Contribution | | Vol | No | Issue Date |
| | Title of Periodical | | | | |
| | Date of Publication | | Registration Number | | |
| 5 | Title of Contribution | | Vol | No | Issue Date |
| | Title of Periodical | | | | |
| | Date of Publication | | Registration Number | | |
| 6 | Title of Contribution | | Vol | No | Issue Date |
| | Title of Periodical | | | | |
| | Date of Publication | | Registration Number | | |
| 7 | Title of Contribution | | Vol | No | Issue Date |
| | Title of Periodical | | | | |
| | Date of Publication | | Registration Number | | |

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name **Marvel Entertainment Group, INC**
Account Number **DA-059633**

**CORRESPONDENCE** (Give name and address to which correspondence about this application should be sent.)

Name **CAROL PLATT, Marvel ent.Group**
Address **387 Park Avenue South**
**New York          NY          10016**

**CERTIFICATION** I the undersigned hereby certify that I am the (Check one)
☐ renewal claimant    ☑ duly authorized agent of **Marvel Entertainment Group, INC.**

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Carol Platt*
Typed or printed name **Carol G. Platt**          Date

**MARVEL ENTERTAINMENT GROUP, INC.**
**387 Park Avenue South**
**NEW YORK          NY          10016**

MAIL
CERTIFICATE
TO

☆U.S. GOVERNMENT PRINTING OFFICE 1989—267-308 6

2021MARVEL-0005926

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B 190434 |
| | DO NOT WRITE HERE |

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name _____ eil Publishing Corp.

Address _____ ison Ave., New York, N.Y. 10022

Name _____

Address _____

**2. Title:** AMAZING SPIDER-MAN

_____ (Title of periodical)

Vol. ___ 1 ___ No. ___ 27 ___ Date on copies ___ Aug. 1965

**3. Citizenship of Author:**

Citizenship ___ USA

(Name of country)

Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

**(a) Date of Publication of This Issue:**

5/11/65

**(b) Place of Publication of This Issue:**

USA

(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** _____

**(b) Process Used:** _____

**(c) Country of Manufacture:** _____

*Complete all applicable spaces on next page*

2021MARVEL-0005927

**6. Deposit account:**

................................................................................................

**7. Send correspondence to:**

Name ................................    Address ................................

**8. Send certificate to:**

(Type or
print        Name
name and
address)    Address

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

(Number and street)

NEW YORK, N. Y. 10022

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
| --- | --- |
| Application received | |
| MAY 28 1965 | |
| Two copies received | |
| MAY 28 1965 | |
| Fee received | |

U.S. GOVERNMENT PRINTING OFFICE : 1962 O—638850        (July 1962—40,000)        *Page 4*

114841

2021MARVEL-0005928

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



ACTING REGISTER OF COPYRIGHTS

OFFICIAL SEAL



RE 644-312

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV. 1 7. 1993

(Month)    (Day)    (Year)

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name MARVEL ENTERTAINMENT GROUP, INC.
   Address 387 Park Avenue South, New York, NY        10016
   Claiming as Proprietor of copyright in a composite work made for hire
   (Use appropriate statement from Instructions)

2  Name
   Address
   Claiming as
   (Use appropriate statement from Instructions)

3  Name
   Address
   Claiming as
   (Use appropriate statement from Instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:
If a periodical or other serial, give: Vol.        No.        28        Issue Date        SEPTEMBER 1965

---

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 196230

**ORIGINAL COPYRIGHT CLAIMANT:**

NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION: JUNE 8 1965
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION:
(Month) (Day) (Year)

2021MARVEL-0005929