# EXHIBIT 26



2021MARVEL-0126023





2021MARVEL-0126044









2021MARVEL-0126045



33

2021MARVEL-0126046









2021MARVEL-0126047








35