# EXHIBIT 28



2021MARVEL-0127112



An Amazing Invention—"Magic Art Reproducer"

DRAW THE FIRST DAY

NO LESSONS! NO TALENT!

Anyone can Draw With This Amazing New Invention — Instantly!

# Even if You CAN'T DRAW A STRAIGHT LINE

You Can Draw Your Family, Friends, Anything From REAL LIFE— Like An Artist... Even if You CAN'T DRAW A Straight Line!

De Luxe Model Complete for only $1.98 —With extra high power, extra clear and sharp "reproducer" unit.

**A New Hobby Gives You A Brand New Interest!**

Yes, anyone from 5 to 80 can draw or sketch or paint anything now . . . the very first time you use the "Magic Art Reproducer" like a professional artist—no matter how "hopeless" you think you are! An unlimited variety and amount of drawings can be made! Art is admired and respected by everyone. Most hobbies are expensive, but drawing costs very little, just some inexpensive paper, pencils, crayons, or paint. No costly upkeep, nothing to wear out, no parts to replace. It automatically reproduces anything you want to draw on any sheet of paper. Then easily and quickly follow the lines of the "picture image" with your pencil . . . and you have an accurate original drawing that anyone would think an artist had done. No guesswork, no judging sizes and shapes! Reproduces black and white and actual colors for paintings.

**Also makes drawing larger or smaller as you wish.**

Anyone can use it on any desk, table, board, etc.—indoors or outdoors! Light and compact to be taken wherever you wish. No other lessons or practice or talent needed! You'll be proud to frame your original drawings for a more distinctive touch to your home. Give them to friends as gifts that are "different," appreciated.

**Have fun! Be popular!** Everyone will ask you to draw them. You'll be in demand! After a short time, you may find you can draw well without the "Magic Art Reproducer" because you have developed a "knack" and feeling artists have—which may lead to a good paying art career.

ALSO EXCELLENT FOR EVERY OTHER TYPE OF DRAWING AND HOBBY!

**FREE!**

"How to Easily Draw Artists' Models"

This valuable illustrated guide is yours free with order of "Magic Art Reproducer." Packed with pictures showing all the basic poses of artists' models with simple instruction for beginners of art. Includes guidance on anatomy, techniques and figure action.

**SEND NO MONEY!**

Free 10-Day Trial!

Just send name and address. Pay postman on delivery $1.98 plus postage. Or send only $1.98 with order and we pay postage. You must be convinced that you can draw anything like an artist, or return merchandise after 10-day trial and your money will be refunded.

NORTON PRODUCTS Dept. 709 296 Broadway New York 7, N. Y.

FREE 10-DAY TRIAL COUPON

NORTON PRODUCTS, Dept. 709
296 Broadway, New York 7, N. Y.

Rush my "Magic Art Reproducer" plus FREE illustrated guide "*How to Easily Draw Artists' Models.*" I will pay postman on delivery only $1.98 plus postage. I must be convinced that I can draw anything like an artist, or I can return merchandise after 10-day trial and get my money back.

Name ____________

Address ____________

City & Zone ____________ State ____________

☐ Check here if you wish to save postage by sending only $1.98 with coupon. Same Money Back Guarantee!

AMAZING FANTASY is published by ATLAS MAGAZINES, INC. OFFICE OF PUBLICATION. 655 MADISON AVENUE, NEW YORK, N. Y. SECOND-CLASS MAIL PRIVILEGES AUTHORIZED AT NEW YORK, N.Y. Additional entry at Meriden, Conn. Published bimonthly. Copyright 1962 by ATLAS MAGAZINES, INC., 655 Madison Avenue, New York, N.Y. Vol. 1 No. 15, SEPT., 1962 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.

TM & © 2006 MARVEL

TM & © 2006 MARVEL


















TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127114























CONTINUED AFTER NEXT PAGE...

TM & © 2006 MARVEL

***Important news for the inexperienced man who needs a short cut to a better job, more money and greater security.***

# AMAZING NEW HOME TRAINING PLAN

## IN AIR CONDITIONING AND REFRIGERATION

You build an operating condensing unit

**...the exclusive CTI Learn-and-Practice method which enables many students to earn money in spare time — as they train for a top-pay job or their own business**

*This Is Your "Home Training Shop"*

*25 Kits*
*20 Shop Projects*

"A demand for many thousands of additional mechanics who can install, maintain, and repair air-conditioning and refrigeration equipment is expected in the 1960s," the U.S. Dept. of Labor reports. "The use of air-conditioning in offices, stores, and theatres is increasing tremendously. In homes, the number of centrally installed air conditioning units doubled between 1957 and 1960." The growth of refrigeration in food preservation and in the manufacture of synthetic rubber, oil, high-test gasoline, medicine and drugs is also stressed by the Labor Dept. Want to be a mechanic in this great-growth field? *Find out how—by mailing coupon below for complete information!* No obligation.

### Easy and Interesting Course

CTI's exclusive home study course is expertly written, clearly illustrated, easy to understand. It offers up-to-date knowledge and includes kits of tools and parts that you assemble into a working unit. It provides job experience projects which help you put knowledge to practical use. It's prepared especially for men who've had no previous experience. You'll enjoy CTI lessons.

### Make Money as You Train

Many CTI students earn money in spare time. Some handle servicing for food stores, restaurants, taverns, etc., on a monthly fee basis. Others work part time with local dealers. Many make service calls to homes on their own.

### Learn by Practicing—Get Experience

The new CTI semi-sealed condensing unit. You build this heavy-duty commercial-type unit from 25 kits that CTI sends without extra cost. You complete 20 Shop Projects. After assembling unit, you may then build an air conditioner, freezer, refrigerator or milk cooler.

### Mechanic's Tools

You get wrenches, tube flaring tools, hammer, tubing, fittings, gauges and other items used by the experienced mechanic. Everything is of professional quality. Best of all, CTI trains you to use tools with speed and skill.

### Go in Business—Be the Boss

Opportunities to go in business are available because air conditioning is one of America's two fastest-growing industries. Start in a small way working from your home, and gradually expand. In time, you may want to add a sales division. Manufacturers offer attractive franchises and aids to ambitious and qualified men. Many CTI graduates report they are starting repair shops.

### Graduates Praise Training

"I started my own business. Earn from $800 to $900 a month."—*Dale Landsberger, Okla.* "Have gone into trucking refrigeration. My wages have tripled."—*James Wiest, Minn.* "I quit my $75 a week job and am now making $120 a week in a refrigeration shop."—*Roy Goldsworth, Wyo.* "Am a repair man and earn $200 a month over what I used to."—*Albert Baum, Ill.*

### Over 50,000 Graduates

CTI is one of the nation's largest home study institutes and has graduated over 50,000 men. CTI is the only school in this field that sends parts-kits to build real equipment.

C T I

### FREE! THREE VALUABLE OPPORTUNITY BOOKLETS

Investigate your opportunities for a better-pay job or your own business in an industry that has grown by 400% the past 12 years. Just fill out and mail coupon and we'll send our school catalog, lesson samples and a booklet of testimonials from grateful graduates. Act today.

**CLIP COUPON BEFORE YOU TURN THIS PAGE—MAIL TO CTI TODAY**

COMMERCIAL TRADES INSTITUTE CHICAGO 26, ILLINOIS
*A Non-Profit Organization • Accredited by National Home Study Council*

**COMMERCIAL TRADES INSTITUTE**
1400 GREENLEAF AVENUE DEPT. R-79
CHICAGO 26, ILLINOIS
*Send me your 3 free booklets, Success in Air Conditioning and Refrigeration, Lesson Samples, and Proof from Graduates. No obligation.*

NAME ________ AGE ____
ADDRESS ________
CITY ________ ZONE ____ STATE ____











TM & © 2006 MARVEL      TM & © 2006 MARVEL

2021MARVEL-0127117



TM & © 2006 MARVEL

2021MARVEL-0127118












TM & © 2006 MARVEL

2021MARVEL-0127119



























THE BELL-RINGER!
THIS IS THE WAY THIS LITTLE TALE WAS TOLD TO US... YOU MAY BELIEVE, OR YOU MAY NOT! BUT OF ONE THING WE ARE CERTAIN... YOU WILL NEVER FORGET IT!
Stan Lee + S. DITKO
V-792
NESTLED IN THE BLUE MEDITERRANEAN LIES A SMALL VOLCANIC ISLE, INHABITED ONLY BY A SMALL COMMUNITY OF STALWART FISHERMEN...
BUT THERE IS ONE ISLANDER WHO IS NOT A FISHERMAN! HE IS OLD PEDROS, THE VILLAGE BELL-RINGER!
I MUST NOT BE LATE! IT IS TIME FOR MY BELLS!
EVERY MORNING FOR MORE YEARS THAN ONE CAN COUNT, OLD PEDROS HAS WALKED TO THE ANCIENT CHURCH AND RUNG THE MELLOW BELLS...
1

OLD PEDROS HAS RUNG THE BELL FOR ALL OF HIS ADULT LIFE, EVERY MORNING OF EVERY WEEK, OF EVERY MONTH, OF EVERY YEAR...
JUST AS HIS FATHER DID BEFORE HIM, AND HIS FATHER'S FATHER, FOR AS LONG AS THE CHURCH HAS ENDURED!
BONG!
BONG!
THE BELLS HAVE GUIDED FISHERMEN, SOUNDED ALARMS, TOLLED THE DAYS! THEY ARE AS MUCH A PART OF THE LITTLE VILLAGE AS THE VERY SOIL UPON WHICH MEN TROD!
I HEAR THE BELL THRU THE FOG! THE SHORE IS JUST AHEAD!
AND OLD PEDROS, TOO, IS PART OF THE VILLAGE... JUST AS THE VILLAGE IS PART OF HIM!
GOOD DAY TO YOU, MADAM!
AND TO YOU, PEDROS!
BUT THEN ONE DAY, ONE FATEFUL DAY, A CHANGE OCCURS! A TERRIFYING CHANGE--AS A THIN CLOUD OF SMOKE BEGINS TO TRICKLE UPWARD FROM THE LONG DEAD VOLCANO!
THE VOLCANO! IT--IT IS COMING TO LIFE!
PRAY THAT IT IS JUST AN ILLUSION! FOR IF THE ANGRY MOUNTAIN SHOULD ERUPT, IT MEANS THE END OF OUR LAND, OUR HOMES...
BUT IT IS NO ILLUSION!
THERE IS NO OTHER CHOICE! WE MUST ALL FLEE THE ISLAND--WHILE WE STILL CAN!
WITH HEAVY HEARTS, THE VILLAGERS GATHER THEIR MEAGER POSSESSIONS...
THIS IS INDEED A SAD DAY FOR US!
BE GRATEFUL, WOMAN! AT LEAST WE SHALL ESCAPE WITH OUR LIVES!
WE ARE FORTUNATE THAT WE HAD ENOUGH TIME TO FLEE!
WE SHALL FIND NEW HOMES ON THE MAINLAND!
2

TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127121








2021MARVEL-0127122














TM & © 2006 MARVEL

2021MARVEL-0127123









ALSO, I VOWED TO OPEN THE MUMMY CASE AS SOON AS IT WAS SAFE, AND THIS I DO NOW!
INDEED, MORTAL, YOU WILL BE SAFE FROM YOUR PURSUERS... FOREVER!
BUT SOMEHOW, ROCKO RANK DOES NOT SEEMED PLEASED AT HIS NARROW ESCAPE!
CAN IT BE BECAUSE HE REALIZES THAT THERE IS NO TURNING BACK??
FOR HE NOW REALIZES WHAT HIS ESCAPE REALLY MEANS!
HE'LL NEVER REALLY UNDERSTAND HOW IT HAPPENED, BUT AT LAST HE KNOWS WHERE THE CREAKY MUMMY CASE LED TO... AND WHY THE LIVING MUMMY WAS SO ANXIOUS TO HELP A FRIGHTENED STRANGER!
5
the END

IN JUST 30 days
BE A POWERHOUSE OF MUSCLES!
FEAR NO ONE
FAMOUS HIP POCKET GYM
build a BODY of STEEL
THIS SYSTEM IS SO EFFECTIVE IT IS USED BY U.S. VETERANS HOSPITALS TO HELP REBUILD HEALTH AND VIGOR IN WOUNDED!
Even if you don't want to be a professional STRONG MAN – You owe it to yourself to keep FIT, HEALTHY and to FEAR NO ONE! Right Now – in the privacy of your own home you can EASILY develop your muscles and have a much better-looking body that everyone will admire. No expensive Systems – No drawn-out correspondence courses – Everything you need comes to you in one compact package. HIP POCKET GYM will develop your chest, biceps, triceps, neck, back, shoulders, stomach and legs.
FREE Illustrated Book with Hip Pocket Gym SHOWS YOU HOW! Start Now – in just a few days you actually feel your muscles getting stronger and stronger ... and as you toughen-up you can increase the tension of Hip Pocket Gym to keep building muscles. IT'S EASY – IT'S FUN! Fat Men LOSE FAT! Skinny Men ADD MUSCLES!
REGULARLY $5.95
NOW ONLY 2.95
For Your HEALTH'S SAKE
GET IN SHAPE – STAY IN SHAPE!
ORDER NOW
Major League Suppliers, Dept. MB2
32 W. 22 St., New York, N.Y.
NAME
ADDRESS
CITY
STATE
MR. AMERICA SAYS ... "ORDER A HIP POCKET GYM TO DEVELOP A MUSCULAR PHYSIQUE"

LOOK! Boys Wanted TO SELL GRIT
SPENDING MONEY! PRIZES!
5 CENTS PROFIT YOURS ON EVERY COPY SOLD.
30,000 Boys Selling Each Week Know
It's Fun
It's Easy
You Can Make $1 to $5 Every Week in a Few Hours
Fellows!
START NOW EARNING BIG CASH PROFITS AND FREE PRIZES
Earn all the spending money you want. GRIT is popular in 900,000 homes. It is easy to sell. You get FREE PRIZES in addition to the money you make. You also gain valuable business experience to help you become a successful man. I'll be glad to help you get started in this business of your own.
Pay only for copies sold until you know how many to order. Papers will be sent immediately.
Print Name and Address Below
If You Are a Boy 12 Years Old or Older
MAIL THIS TODAY
In an Envelope or Pasted on a Post Card
GRIT PUBLISHING CO., Williamsport, Pa.
Send my first bundle of papers, selling helps and prize offers. MC8-2
Name
Are You a Boy? .... Age .... Date Born .......... Year ....
In Care of
Street and No. .......... R. F. D. ..........
Post Office .......... State ..........
Print Your Last Name Plainly Here

# FAN PAGE

## IMPORTANT ANNOUNCEMENT FROM THE EDITOR!

You will notice that the format of AMAZING has been changed. There are a number of reasons for this, and we want to take you, our valued readers, into our confidence.

We hate to throw in the towel, but we find that it is simply impossible to produce a magazine like AMAZING each and every month, containing five highly original and carefully plotted stories, without the quality eventually beginning to suffer. Rather than risk losing your confidence, we have decided to change AMAZING in such a way that it will STILL present the finest in fantasy — but in a different way!

As you can see, we are introducing one of the most unusual new fantasy characters of all time — The SPIDERMAN, who will appear every month in AMAZING. Perhaps, if your letters request it, we will make his stories even longer, or have TWO Spiderman stories per issue.

Also, we are discontinuing our contents page, as many of you have requested. We feel your point is well taken — you would prefer us to make one of the stories a page longer instead.

Finally, we are omitting the word ADULT from our masthead. A number of our teen-age readers have written to say that it makes them feel a bit awkward to buy a magazine which seems to be written exclusively for older readers. We never expected such a reaction, but we certainly don't want to embarrass ANY of our loyal readers.

And there you have it — our new editorial policy, and the reason we have undertaken it. Naturally, we are most anxious to have your opinions, and will be waiting eagerly for your letters. Rest assured that, although it is impossible for us to answer your letters personally, we carefully read each and every one, and are guided by your desires when we edit our magazine!

*Unfortunately, we have no room in this issue for many of your interesting letters, but we want to specially thank the following fans for their helpful suggestions and comments: Michael Snell, Milford, Mass.; Jeff Allen, S. Miami, Fla.; Patrick Geary, APO 12, N.Y.; C. W. Parsons, Detroit, Mich.; Michael Geller, Paterson, N.J.; Daniel Cole, Alberta, Canada; Margaret Ingalls, Arlington, Va.; Gregory Christiano, Bronx, N.Y.; Peter Panagiotis, Cranston, R.I.; Chris Ussler, Milwaukee, Wisc.; Paul Walker, McConnelsville, Ohio; Robert Zeck, Minneapolis, Minn.; Michael Siegel, Bronx, N.Y.; Dmytro Zupnyk, Chisholm, Minn.; Eugene Chan, San Francisco, Cal.; G. B. Love, Miami, Fla.; Tom Joyce, Bklyn., N.Y.; Mark Lamberti, Wichita, Kan.; Dullum and Walter, Portland, Ore.; Britt W. Barrett, Norfolk, Va. — and the many, many other loyal fans whose names we shall try to print in future issues.*

---

And now, here is our AMAZING SCOREBOARD, which will give you a chance to compare your favorite stories with those of our other readers:

**FAVORITE STORY:** (By more than 300 votes) "SOMETHING FANTASTIC" (The first time a 3-pager has ever scored so heavily)

**RUNNER UP:** "THE LIVING STATUES"

**OTHERS, IN ORDER OF VOTES CAST:** "Melvin and the Martian"; "The Plague"; "I, the Gargoyle".

More fantasy and surprises next issue — don't miss it! And, until then, send YOUR letter to:

THE EDITOR
AMAZING FANTASY
THIRD FLOOR
655 MADISON AVE.
NEW YORK 21, N.Y.
## STAMPS — SHOP BY MAIL

**STAMP COLLECTING OUTFIT** — A packet of stamps from all parts of world. A package of stamp hinges; perforation gauge and millimeter scale; watermark detector. Everything ONLY 10c to approval buyers. LORRAINE W. BROWN, Dept. 10, Marion, Mich.

**1c** — Thousands of beautiful stamps at only 1c each — why pay more when you can get the best for less. Write today for approvals. PENNY STAMP SERVICE, Orange, California

**BETTER U.S. APPROVALS** — To introduce our BETTER U.S. APPROVALS we offer 15 of the most wanted U.S. stamps, including a Columbian, 8¢-Cents, Army-Navy, Famous American, Airs and other Commems. for only 10c. OCEAN STAMPS, BOX 64-D, BROOKLYN 29, N.Y.

**1/2 OFF** — OUR APPROVALS are sold at 50% of Scott Catalogue prices. MAKE US PROVE IT! CATALINA STAMPS, Dept. C, Orange, California

**25 DIFF. CHINA 10¢** — BIG Value ONLY 10c to Approval Buyers. EXTRA! We give our regular customers a $6,000 Space Album after certain purchases. WEST COAST STAMPS, Box 2107-X, Santa Ana, Calif.

**WEIRD DIAMOND SHAPE COFFEE STAMPS** — Lovely Flower Triangle! First American big commemorative, Greenland, Idol Dancer, etc. 10c with approvals. Capital Stamp Co., Ferrysburg 19 Mich.

**BIG STAMP JUNGLE 10¢** — With Approvals. Zebu, kookaburra, lion, koalabear, rhinoceros and many others. Watermark Detector FREE. CROWN STAMP CO., VIRGIL 318, ONT.

**WORLD - WIDE STAMPS!!** 100 diff. World FREE to approval service applicants 5¢. 8 diff. Mint Space Stamps for 25¢. SPRUCELAND C2, 115 State St., Spgfld 3, Mass.

**$5 SPECIAL STAMP OFFER!** Amazing offer to introduce our better U.S. approvals. Get 2 different $5.00 U.S. stamps PLUS 20 more hi-values, air mails, commemoratives, etc. Send only 10¢ for this splendid value. Send your dime TODAY to: IRWIN STAMP CO. Box 11 — BROOKLYN 30, N.Y.

**GIGANTIC COLLECTION FREE!** Includes Triangles, Early - United States — Animals — Commemoratives — British Colonies — High Value Pictorials, etc. Complete Collection plus Big Illustrated Magazine all free. Send 5c for postage. GRAY STAMP CO., Dept. MC - Toronto, Canada

**American Historical Collection!!** Enormous George Washington beauty, F. D. Roosevelt DIAMOND, Giant Abe Lincoln USA Flag commemorative, plus Midget soldier, Latin Orchid issue, Old IFNI overprint, etc. 10¢ with approvals. Roseland Stamps, Spring Lake 19A, Mich.

**FDR & POPE TRIANGLE!!** Lot 55 DIFFERENT Set FOR Diemond, "Pope" Triangle, Greenland, Angola Map, Rhodesia etc. Catalogs $1.35 — ALL only 5c with approvals. LONGHORN STAMP CO., Box 3068, Ellwood Sta., Lubbock, Tex.

**FABULOUS AMERICAN SET** — Flag Set, National Park Set, and Presidential Set value up to $5. Send 10c for 15 of the above Stamps plus full particulars and Approvals. MAXIM STAMP CO., Dept. MC, 145 Nassau St., New York 38, N.Y.

---

**DRESSES 24¢** — Shoes 39c • Men's Suits $4.95 • Trousers $1.20. Better used clothing. Write for FREE Catalog. TRANSWORLD, Dept. 143-A, 162 Christopher Ave., Brooklyn 12, N.Y.

**POEMS WANTED** for musical setting and recording. Send poems. Free Examination. AMERICA'S LARGEST SONG STUDIO. FIVE STAR MUSIC MASTERS, 92 BEACON BLDG., BOSTON, MASS.

**250 WAYS to MAKE LOTS of MONEY AT HOME** 50¢ SEND FOR LIST "SPARE CASH" • P.O. BOX 1225 • NEWARK 1, N.J.

**103 DIFF. BRITISH EMPIRE 10¢** — From Britain's farflung Colonies. Genuine Catalog value over $2.00. 100% Satisfaction Guaranteed — approvals. LINCOLN STAMP CO., St. Catharines 416, Ont.



**LOOK — GIANT PHILIPPINE** stamp, plus New Zealand, Cuba and others. Only 5c with U.S. or foreign approvals. Earl Thompson, 5448 Odell St. St. Louis 9, Mo.

**GHANA** — 7 Different beautiful Ghana Commemoratives valued at more than 60¢ — just 10c to all those requesting our famous approvals. VIKING, GREAT NECK 13, N.Y.

**WILL ROGERS AIR! HELICOPTER TRIANGLE!!** Plus Monte Carlo Dove Triangle! Stamp printed in Solid Gold! New York Empire State Bldg. airmail, lovely Congo Orchids in full colors, etc., 10c with approvals. Sunny Stamps Service, Apopka 19A, Florida.

**TERRIFIC TRIANGLES!** Tropical Fish, Sports, Volcanoes TRIANGLES, also African Flowers, native Angola Map, tri-colored Flag, etc. 10¢ approved buyers for 20 pictures. POTOMAC STAMP COMPANY, Dept. 7, Washington 15, D.C.

**MAYFLOWER STAMP ALBUM 10¢** — 487 illustrations, 64 pages. To Introduce our approvals. NIAGARA STAMP CO., St. Catharines 71B, Ont.



**POEMS WANTED** For musical setting. Send Poems today for Free Examination. Any subject. Immediate consideration. CROWN MUSIC CO., 49-MC W. 32 St., New York 1

**1000 TRICKS 25¢** BIG EXCITING MAGIC & FUN CATALOG! (60 PAGES) Tricks, Jokes, Magic, Illusions, Puzzles, Stunts, etc. World famous! Rush name, address & only 25c. FREE CARD TRICK GIVEN WITH EACH CATALOG! HOUSE OF 1000 MYSTERIES, Dept. MCB-82 Trumbull Conn.

**225 STAMPS FOR ONLY 10¢** THIS MAMMOTH VALUE INCLUDES STAMPS WORTH UP TO 25c! ALSO APPROVALS. WRITE TODAY! MYSTIC STAMP CO. Camden 3, New York

---

## SHOP BY MAIL

**PHOTO BARGAINS** 

ONLY $1.00 YOUR CHOICE 2 8x10 ENLARGEMENTS (1 Colored in Oil) or 4 5x7 ENLARGEMENTS (1 Colored in Oil) or 25 WALLET PHOTOS (plus FREE 5x7 Enl.) Lovely reproductions of your favorite photo on finest quality double weight portrait paper. Send any size photo, snapshot, or negative (returned unharmed). Add 25¢ for postage and handling. QUALITY VALUES, 2 East Avenue, Studio 669A, Larchmont, N.Y.

**SONG IDEAS WANTED** Songwriters, with publisher contacts, want song ideas. SHARE ROYALTIES. NO FEES. Send poems: SONGWRITERS' ASSOCIATES, Studio 19, 1650 Broadway, New York 19, N.Y.

**1001 THINGS YOU CAN GET FREE 50¢** Gifts • Samples • Books • Stamps Etc. 1001 THINGS FREE • P.O. BOX 1225 • NEWARK 1, N.J.

**INSIGNIA ARMY • NAVY • MARINE 40-$1.00** Includes 40 Different Shoulder Emblems, Ratings, Chevrons, Q-Bars, Medals, Ribbons, Collar Insignia, etc. ORDER NOW! Send $1.00 for 40 or $5.00 for 250. NO DUPLICATES — ALL DIFFERENT. EMBLEM SALES CO., Dept. 1000, P.O. Box 187, Madison Sq. Sta., N.Y. 10

**AUTOMATIC REPEATING MAGIC WATER PISTOL** Aim at One Person — Shoot Water at Someone Else! ONLY 95¢ POST PAID (NO COD's) TURN KNOB TO SHOOT WATER RIGHT OR LEFT. MONEY BACK GUARANTEE. Narango & Company, P.O. Box 134, Kew Gardens, N.Y.

**NEW — POCKET SIZE INVENTION HELPS HYPNOTIZE YOURSELF or OTHERS IN MINUTES! MUST WORK or MONEY BACK!** Hold the HYPNO-CON in front of the person you want to hypnotize. Gently vibrate the plastic lens. It acts a whirling hypnotic pattern into motion that is so fascinating, it captures and holds your subject's gaze. Now give your hypnotic suggestions! Get this amazing hypnotic aid complete with a FREE revealing booklet of secrets and instructions that tell you what to say, how to do, how to command and re-hypnotize at the snap of a finger, how to thrill and amuse them with hypnotic stunts, etc. Get the COIN, Booklet and Stand for Self Hypnosis — only $1.00 ppd. Sent in a plain wrapper. Money back if not delighted! HYPNOTIC-AIDS, Dept. A83, 1123 Broadway, N.Y.C. 10 $1.00



TM & © 2006 MARVEL

2021MARVEL-0127125












TM & © 2006 MARVEL

2021MARVEL-0127127










# NOW! EVERYTHING YOU NEED TO START YOUR VALUABLE STAMP COLLECTION!

## FREE U.S. STAMP IF YOU ACT NOW!

Imagine getting this terrific kit complete—and at a price so low it's amazing. You get the U.S. Album pictured here. You get 10 U.S. Stamps...all different... that go into the Album. You get the magnifying glass, perforation gauge, stamp tongs, and a packet of hinges.

This offer is made for one reason only—to quickly introduce you to the excitement, fun, and profit of saving postage stamps.

Stamp collecting is perfect for boys and girls because—before you know it—the stamps that cost you pennies may be worth dollars! And what a thrill it can be when you fill up a page—why, you've never known anything like it!

So send in today! Here's all you do. Just mail in the coupon below. SEND NO MONEY— just your name and address. Kit will be sent complete for only $2 plus C.O.D. postage. Or send $2, and we pay postage—a worthwhile saving to you.

When your Scott Stamp Kit arrives, look it over. If you're not more than satisfied, return for your $2 back. But act today! Quick action will get you ABSOLUTELY FREE a U.S. Stamp suitable for mounting in their special album.

Even if you should return the kit, the Stamp is yours to keep! Don't miss out! Order your kit right away. This amazing offer may be withdrawn without notice, so don't delay!

### MAIL COUPON TODAY

Scott Publications, Inc.
488 Madison Avenue
New York 22, New York

☐ Please send me my Scott Stamp Kit for $2 plus C.O.D. postage and my FREE U.S. Stamp.

☐ Please send me my Scott Stamp Kit and my FREE U.S. Stamp. I enclose $2 cash, check, or Money Order.

I understand that if I am not completely delighted, my $2 will be refunded and I can keep my FREE U.S. Stamp.

NAME_____
STREET_____
CITY_____ZONE___STATE___



# LEARN ANY DANCE FAST!
## IN ONE HOUR — GIANT FOOT CHARTS!

Now it's easy to learn any dance AT HOME in 1 HOUR with GIANT FOOT CHARTS. Surprise your friends with NEW steps in CHA-CHA, JITTERBUG, FOX TROT, TWIST! Place the Giant Foot Charts on floor. Left foot red, right foot black. Turn on radio — and START TO DANCE. You step from one to the other, following easy-to-understand directions. Simple as A-B-C. Anybody "catches on" in minutes — teenagers, husband and wife, or old folks. This NEW MODERN WAY will make a good dancer out of YOU! Gain new self-confidence and friends . . . look professional on the dance floor. Be popular with dates. Avoid the embarrassment of not knowing the "latest steps." Learn over 30 new steps . . . includes 100 pictures. Send $1 plus 50¢ handling—get 1 complete American-Style Dance Course including Fox Trot, Jitterbug, TWIST and Waltz. SPECIAL: Send $2, plus 50¢ handling ($2.50 total) and get BOTH American-Style and Latin-American Courses including Cha-Cha-Cha, Rhumba, Tango, Mambo and Meringue. (Necessary Giant Foot Charts included.) Satisfaction Guaranteed — or return Courses and Money Refunded. Send cash or check (save c.o.d. fee). ORDER TODAY.
FAMOUS DANCE COURSE, Dept. A, Box 1042, Miami Beach 39, Florida.   ONLY $1



# LIVE SEA HORSES!

Order one mated pair of Dwarf species Living Sea Horses, sent air mail from Florida for $3.50 postage paid. We include food and instructions free. The Sea Horse often swims in an upright position and "bucks" like a stallion. It is not unusual for Mr. and Mrs. Sea Horse to swim along with tails entwined. The Father actually bears the young alive! At times 3 or 4 babies take a ride on the Father's head! Easy for you to keep in a goldfish bowl. Hardy, educational, fun for the entire family. We guarantee Live Delivery. An ideal gift for young or old. Special Offer: Order 2 mated Pair for $6.98 and get 1 PAIR FREE! (Extra food included.) Also available: Send $1 for pair of beautiful artificial Sea Horse Trees—will decorate and beautify any fish bowl. Order today!

**FLORIDA SEA HORSE CO.**, DEPT. M   BOX 5095, MIAMI 1, FLORIDA

TM & © 2006 MARVEL

2021MARVEL-0127128



















TM & © 2006 MARVEL

2021MARVEL-0127129


