# EXHIBIT 55

1/ June 19, 2016

Dear David,

    That's a surprise — Bowie's family home is near Woodstock. I always believed he lived in England.

    The Broadway Spider-man, like a lot of projects, the original idea has to be changed by the truly "creative."

    Some changes are necessary, but there has to be some valid reason.

    Bowie's tie in with Stan/Marvel is news to me or just the result of an aging memory.

    It's probably happening in a lot of cases with the past.

    I wouldn't have gotten involved in the project.

    I might have done it with a provided script depending on the actual content.

    I refused to draw a drunken IRON MAN.

    A new species of spiders!

    They keep finding the new and discovering the old like some very early English documents, centuries old sunken ship with it's cargo intact.

    The same with fossils.

CURRIE-0093

2

I worked with radio music, one reason to drown out traffic noise.

Yes, I've been hearing, seeing articles about the Dr. Strange movie: T. Swinton as the Ancient One, Dr Strange weilding two swords, a side kick and who know what other changes from the Comic book version.

Movies are made for a world auidence, so one has to expect changes of all kind to help attract the widest range of ticket buyers.

Not all changes will make sense.

There will be the usual plusses and the minuses.

It's like "NO SIZE FITS ALL."

No fantastic Four Movie has been a succesful — a loser.

Stan, at one point wanted to drop Dr. Strange. I told him I should be writing the stories versus his Haunted House type of stories.

I don't know why he had other artists ink him. It may be he had inkers he wanted to keep and had to give them some work.

Yes, Stan's "phrasing" writing dialogue could have taxed him, he tried to have

CURRIE-0094

3 another writer.

It's a long time ago and I can't be sure of the sequence of events with common usual happenings in doing comics.

==Yes, Dr. Strange was not played up on the covers.==

==How much the publisher - Goodman - had to say about covers, etc.?== He didn't like rats on the cover - etc.

Yes, taking over plotting Spider-man, I knew in advance the S-m story line like the best (worst) time for Aunt May to have a heart attack - Parker's first day in college, etc.

The universe keeps growing, changing, new discoveries keep being made about the past, now and the future.

It's certainly exciting times for those professions involved.

Will they find actual life on some other planet or are we the only <u>one</u> with life?

The universe is VERY old, planets with life could have existed.

How long did it take for earth to form, beginning primitive forms of life to the first h<u>uman</u> forms, etc.?

4/ Meeting Buzz Aldrin should certainly be a memorable occasion.

His achievement — the "FIRST" will always stand out as untoppable.

Aristotle, 4 BC, defined man as a "rational animal." Too many have chosen to be irrational, unreachable so anti-man, life, existence.

Yes, I was sitting in Jack Harris's DC office, talking when Marv Wolfman called him — a courtesy call — asking Jack if it was alright with him if he spoke to me.

I was a freelancer, Jack had no objection.

I said I'd work with Wolfman/Marvel, but I would not do any Spider-man or Dr. Strange.

Some writers tried to sneak in panels dealing with JJ Jameson's paper, etc. which I left blank for someone else to fill in.

I refused to do a drunken Iron Man splash page — someone else had to draw, ink it.

The anti-hero was becoming well entrenched at Marvel, DC.

Now, I only occasionally see what Marvel or DC is publishing.

A Captain America — "Sleeper agent" for Hydra, or C.A. infiltrating Hydra by posing as a traitor revealed at his trial, etc.

CURRIE-0096

5/ There have been stories, movies about double, triple agents.

Comic books are fictions and fantasies, someone is always trying to manipulate comic book followers for continuing interest and reactions.

And everything keeps changing with every new generation.

Regards,

Steve Ditko
Steve Ditko

CURRIE-0097