# EXHIBIT 61

9/17/17

Dear Robert,

We live in a world with the 3 gods: Saudia Arabia, Israel, Rome continuing at war.

A is A, true is true, right is right, wrong is wrong, etc.

The "is no" causing a breakdown in logic, reason.

Logic, reason never dominated the "human" race.

==No. Mr. A is my copyrighted PROPERTY NO ONE, but me, has any right or is qualified to have anything to do with my property==

Someone always has fictions and fantasies about what they can do with someone else's property.

"by many artists that embrace the philosophy of Mr. A. and also Ayn Rand in general." though not necessary exclusively"

Then they don't understand what they claim to believe.

It's either/or, No middle road in philo- sophy, objectivity, truth, etc.

Regards,
Steve Ditko



EXHIBIT 126
Date: 2/14/23
JOG



New York
Jan 25, 2014

Dear Stephanie,

So you've had a long, productive, rewarding career of your choice.

I don't remember doing any "funny animal" material, unless spot examples.

I've done a variety of different material over the years, did some humor material for CRACKED magazine, a MAD imitation.

Humor magazines were common and the daily newspapers had humorous strips.

It's difficult to say if one learns anything from what one sees, enjoys, etc. The subconscious mind is always active to — were what one is aware of.

I'm not familiar with Carl Barks.

I've seen W. Kelly's POGO in newspapers with the old pages of daily comic strips.

Walt Wood - a standout - in many ways. He realized with zero - where one could copyright his own business creations - I took advantage of it my life too.

Yes, I enjoyed the HOPSTER comics. You have a very unique, very "fluid" style that tends to be overlooked.

Regards,
Steve Ditko



1650 Broadway Ste 715
New York, NY 10019

May 13, 2013

Dear Joe,

Well, the Kickstarters is new for Robin and me, but it seems to have gone over well.

Yes. 25 years. It was a surprise to both of us. One tends to lose track of years.

Comic book publishers, publishing has all kinds of rights and wrong things done, happening with no clear records, understanding one way or the other.

No one, or very few believed it would develop exactly the way it did.

It's grow or decline, succeed or fail for varied reasons.

The future is never really predictable.

A trend — usually short lived.

The likes and dislikes with everything cover the full range of potentials, possibilities, but that's with everything made, produced, sold.

I don't know the inside story of the whats, whys, etc. of the 1st S-m cover — that's inside editorial policies, decisions.

Who can actually recall some usual happening or some yes or no event of a particular year month, day, hour and the reasons, etc.?

Regards,
Steve Ditko
Steve Ditko