# EXHIBIT 68A



## COMPOSITIONS

NAME DONALD L. HECK
ACCOUNT BOOK FOR
EARNINGS

MADE IN U.S.A.

DETTWILER-0014

1952

| DATE | ACCOUNT | TYPE OF WORK | AMOUNT | TOTAL |
|---|---|---|---|---|
| JAN 1 to MAR 21 | HARVEY PUBLICATIONS | STAFF ARTIST | 720.00 | 720.00 |
| MAR 15 | ARMORY CHECK | | 54.03 | 774.03 |
| MAR 17 | LEE ELIAS | 7 PAGES ROUGH LAYOUT | 21.00 | 795.03 |
| APR. 7 | QUALITY COMICS | 6 PAGES PENCILS | 132.00 | 927.03 |
| APR. 10 | ALLEN HARDY | 2 FINISHED LOGOS | 40.00 | 967.03 |
| APR. 14 | ALLEN HARDY | 7 PAGES – HITLERS HEAD PENCIL, INK, LET. | 227.50 | 1194.53 |
| APR. 17 | HILMAN PUB. | 6 PAGES PENCILS | 108.00 | 1302.53 |
| APR. 27 | ALLEN HARDY | 1 FINISHED COVER WEIRD TERROR #1 | 55.00 | 1357.53 |
| MAY 3 | ALLEN HARDY | 1 FINISHED COVER WAR FURY #1 | 50.00 | 1407.53 |
| MAY 9 | ALLEN HARDY | 8 PAGES – UNCONQUERED PEN., INK, LET. | 260.00 | 1667.53 |
| MAY 16 | ALLEN HARDY | CORRECTION WF #1 FICTION PAGES SPOTS | 20.00 | 1687.53 |
| MAY 22 | ALLEN HARDY | 1 FINISHED COVER WAR FURY #2 | 45.00 | 1732.53 |
| MAY 22 | ALLEN HARDY | 6 PGS. DEATH SONG PEN, INK, LET. | 185.00 | 1917.53 |
| JUNE 6 | ALLEN HARDY | 6 PGS EVIL OLES PEN, INK, LET. ETC | 225.00 | 2142.53 |
| JUNE 6 | ARMORY CHECK | | 45.89 | 2188.42 |
| JUNE 16 | ALLEN HARDY | 6 PGS. HARRIGAN'S HAT PEN, INK, LET. | 195.00 | 2383.42 |
| JUNE 21 | ZIFF DAVIS | 1 PG. HERO OF VETS 1 PG. FATE STRIKES TWICE | 70.00 | 2453.42 |
| JUNE 27 | ZIFF DAVIS | 1 PG. SECRET OF THE SUN | 35.00 | 2488.42 |
| JULY 3 | OFFSET PROGRAMS | 3 PGS PENC. INK, "HIGH NOON" | 150.00 | 2638.42 |
| JULY 14 | ALLEN HARDY | 1 FINISH LOGO WEIRD TERROR | 20.00 | 2658.42 |
| JULY 14 | ALLEN HARDY | 6 PGS GRIM TRIO PENC, INK, LET. | 195.00 | 2853.42 |

CARRY OVER FROM PREVIOUS PAGE
2,853.42

1952

| DATE | ACCOUNT | TYPE OF WORK | AMOUNT | TOTAL |
|---|---|---|---|---|
| July 19 | WEEKEND FIRING ARMORY | ARMORY NYNG | 8 66 | 2862.08 |
| July 21 | ALLEN HARDY | DANGER COVER LOGO, COLOR - ETC. | 66 00 | 2928 08 |
| Aug 4 | ALLEN HARDY | 7 PGS. "STEEL GIRDER" PENC, INK | 210 00 | 3138 08 |
| Aug 4 | ALLEN HARDY | 6 PGS. "BLACK GOLD" PENCIL, INK | 180 00 | 3318 08 |
| Aug. 27 | ALLEN HARDY | WEIRD TERROR #3 COVER | 45 00 | 3363 08 |
| Sept 5 | ALLEN HARDY | 6 PG. P+I "DEATH TRAP" 7 PG. P+I "WISE GUY" W.F. #3 COVER | 455 00 | 3818 08 |
| Aug 23 | 2 weeks Camp tour | ARMORY N.Y.N.G. | 68 79 | 3886 87 |
| Sept. 11 | ARMORY CHECK | | 48 92 | 3935 79 |
| Sept 24 | Don Garrett | Spot Drawing | 10 00 | 3945 79 |
| Sept 21 | ALLEN HARDY | 6 PGS. "JET TEST" PENCIL & INK | 200 00 | 4145 79 |
| Oct 8 | Splendid Publications | 14 Spots (Puzzles) | 98 00 | 4243 79 |
| Oct 15 | ALLEN HARDY | 1 PG. P+I "SPEED" 7 PGS P+I "SHORT CUT" | 420 00 | 4663 79 |
| Oct 28 | HARWELL Publications | 2 LOGOS, "ALL TRUE ROMANCE" "HORRIFIC" | 40 00 | 4703 79 |
| Nov 1 | ALLEN HARDY | WF #4 COVER WT #4 " | 90 00 | 4793 79 |
| Nov. 14 | ALLEN HARDY | 6 PGS P+I "RIGHT ROAD" 7 PGS P+I "FATAL FERRY" | 415 00 | 5208 79 |
| Nov 14 | SPLENDID PUB. | 4 SPOT DRAWINGS | 20 00 | 5228 79 |
| Nov 23 | Harvey Chandler | Spot Drawings | 20 00 | 5248 79 |
| Nov 23 | Harwell Pub | HORRIFIC #4 COVER 5 PGS P+I "I LIED FOR LOVE" | 215 00 | 5463 79 |
| Dec. 3 | ARMORY CHECK | | 50 45 | 5514 24 |
| Dec 11 | ALLEN HARDY | 7 PGS P+I "ARSON" CORRECTIONS | 220 00 | 5734 24 |
| Dec 22 | ALLEN HARDY | 1 PGS P+I "FULL MOON" WT #5 COVER CORRECTIONS | 270 00 | 6004 24 |

DETTWILER-0016

|  |  |  |  |  | CARRY OVER FROM PREVIOUS PAGE |
|---|---|---|---|---|---|
|  |  |  |  |  | $6,004.24 |

1952

| DATE | ACCOUNT | TYPE OF WORK | AMOUNT | TOTAL |
|---|---|---|---|---|
| 12/31/52 | TOTAL EARNINGS FOR YEAR | | | 6,004.24 |
| X | X | X | X | X |

DETTWILER-0017

1953

CARRY OVER FROM PREVIOUS PAGE

2753 | 69

| DATE | ACCOUNT | TYPE OF WORK | AMMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|
| May 29 | NATIONAL GUARD | AMORY CHECK | 59 | 62 | 2813 | 31 |
| June 1 | "BLOODY SHERIFF" 7 PGS P+I → ALLEN HARDY | | 175 | 00 | 2988 | 31 |
| June 16 | 6 PGS. HIRSCHELL'S HAIR HORRIFIC #8 COVER → HARWELL PUB | | 202 | 00 | 3190 | 31 |
| JULY 8 | NATIONAL GUARD | AMORY CHECK | 36 | 69 | 3227 | 00 |
| JULY 8 | NATIONAL GUARD | WEEK-END FIRING | 9 | 17 | 3236 | 11 |
| JULY 16 | ALLEN HARDY | 6 PGS - SILVER CITY MASCRE DV #2 COVER | 185 | 00 | 3421 | 17 |
| AUG. 6 | ALLEN HARDY | 13 PGS "FOOLS GOLD" 7 PGS - SHADOWS BEFORE | 500 | 00 | 3921 | 17 |
| Sept 1 | ALLEN HARDY | 8 PGS - KHYBER INCIDENT 6 PGS - MY BOY MY BOY | 350 | 00 | 4271 | 17 |
| AUG 24 | ALLEN HARDY | WT #9 COVER - 6 PGS FICTION 7 PGS BARREN DEATH | 228 | 00 | 4499 | 17 |
| AUG 24 | HARWELL PUB | 6 PGS FICTION, COVER, HORRIFIC #9 COVER | 94 | 00 | 4593 | 17 |
| Sept. 3 | NATIONAL GUARD TWO WEEKS CAMP | | 114 | 00 | 4707 | 17 |
| Sept. 30 | ALLEN HARDY | 7 PGS "CRASH IN ALPS" D #8 COVER 7 PGS "LAST HACK" | 385 | 00 | 5092 | 17 |
| Oct 14 | NATIONAL GUARD | AMORY CHECK | 61 | 92 | 5154 | 09 |
| Oct 23 | ALLEN HARDY | #3 DEATH VALLEY COVER | 35 | 00 | 5189 | 09 |
| Oct 23 | ALLEN HARDY | WT #10 COVER DANGER #7 COVER "WITCH GIRL" - 6 PGS "MAN APE" 5 PGS | 345 | 00 | 5534 | 09 |
| Nov 20 | ALLEN HARDY | 7 PGS "BLAMELESS KILLER" | 175 | 00 | 5709 | 09 |
| Nov 24 | ALLEN HARDY | 6 PGS "HEMP NECTIE" DV #4 COVER | 185 | 00 | 5894 | 09 |
| Dec 2 | ALLEN HARDY | 6 PGS INKS ONLY RANSOM IN OIL DANGER #9 COVER | 110 | 00 | 6004 | 09 |
| Dec 10 | ALLEN HARDY | 7 PG "INTRIGUE" | 175 | 00 | 6179 | 09 |

1953

| DATE | ACCOUNT | TYPE OF WORK | AMOUNT | TOTAL |
|---|---|---|---|---|
| JAN 2 | ALLEN HARDY | 7 PGS P+I BLACKOUT DYNAMITE #1 COVER | $255.00 | $255.00 |
| JAN 7 | HARWELL PUBLICATIONS | HORRIFIC #5 COVER | 45.00 | 300.00 |
| JAN 23 | ALLEN HARDY | 6 PGS P+I "BLAST" | 180.00 | 480.00 |
| JAN 23 | HARWELL PUB | 5 PGS P+I "KOREAN WAR BRIDE" | 150.00 | 630.00 |
| Feb 5 | ALLEN HARDY | 7 PGS P+I "STEEL" | 210.00 | 840.00 |
| Feb. 13 | ALLEN HARDY | WEIRD TERROR #6 COVER DANGER #4 " CORRECTIONS | 90.00 | 930.00 |
| Feb. 13 | ARMORY CHECK | NATL. GUARD | 36.69 | 966.69 |
| Feb. 25 | Harwell Pub. | HORRIFIC COVER #6 CORRECTIONS | 70.00 | 1036.69 |
| March 2 | ALLEN HARDY | 7 PGS P+I "NEWSREELS" 6 PGS P+I "COLD HATE" | 390.00 | 1426.69 |
| March 21 | ALLEN HARDY | DYN #2 CORRECTIONS | 15.00 | 1441.69 |
| April 3 | ALLEN HARDY | 7 PGS-P+I HUNGRY KILLER DANGER #5 D #5 CORRECTIONS | 230.00 | 1671.69 |
| April 3 | Harwell Pub. | 7 PGS P+I SUBSTITUTE BRIDE ATR #12 CORRECTIONS | 250.00 | 1921.69 |
| April 16 | Harwell Pub. | 7 PGS P+I CONCRETE COFFIN HORRIFIC #7 COVER | 215.00 | 2136.69 |
| April 16 | ALLEN HARDY | WT #7 COVER | 40.00 | 2176.69 |
| April 21 | Harwell Pub. | DLH #1 CORRECTIONS, LETTERING | 45.00 | 2221.69 |
| May 5 | Harwell Pub. | ATR #13 COVER 7 PGS "THE TELLER" 3 FICTION PGS. 4 FICTION PGS | 236.00 | 2457.69 |
| May 15 | Makegood Mfg. Co. | 1 B&W OF WESTERN SUSPENDERS | 35.00 | 2492.69 |
| May 19 | ALLEN HARDY | WT #8 COVER, FICTION D #6 COVER | 81.00 | 2573.69 |
| May 20 | V.C. PENNY | 1 COM F. WESTERN SUSPENDERS | 30.00 | 2603.69 |
| May 22 | HARWELL PUB | HORRIFIC #7 ART WORK | 150.00 | 2753.69 |

DETTWILER-0019

1954

| DATE | ACCOUNT | TYPE OF WORK | AMMOUNT | TOTAL |
|---|---|---|---|---|
| JAN 7 | ARMORY | NATIONAL GUARD | 53 51 | 53 51 |
| JAN 31 | ALLEN HARDY | DV #5 COVER<br>1 PGS BLOOD RED TRAIL | 210 00 | 263 51 |
| Feb 3 | BILTMORE MAG. | HORRIFIC # 11 COVER | 35 00 | 298 51 |
| Feb 25 | ALLEN HARDY | COVER WT # 11   35 00<br>COVER WT # 12   35 00<br>COVER O # 10   35 00<br>6 PGS BLACK HEART   150 00<br>7 PGS TROUBLE MOROCO  175 00<br>6 PGS BILL DONOVAN  150 00<br>1 PG PROMOTION   25 00 | 605 00 | 903 51 |
| Feb 25 | BILTMORE MAG | H # 12 COVER | 35 00 | 938 51 |
| March 31 | BILTMORE MAG | # 13 HORRIFIC COVER | 35 00 | 973 51 |
| March 31 | ALLEN HARDY | COVER WT # 13   35<br>COVER O # 11   35<br>COVER DV # 6   35<br>6 PGS NORTONS LUCKY STAR  150<br>7 PGS ACCOMPICE MURDER  175 | 430 00 | 1403 51 |
| May 7 | ALLEN HARDY | 6 PGS REDSKIN RAID  150<br>6 PGS THREE PILLS  150<br>6 PGS MONSTER MASTERS  150<br>1 PG. INTRO - PR BLOOD  25<br>COVER L+K #1  35<br>ART + FICTION  21 | 531 00 | 1934 51 |
| APR 16 | ARMORY | NATIONAL GUARD | 53 51 | 1988 02 |
| MAY 12 | ARMORY | NATIONAL GUARD WEEKEND | 22 80 | 2010 82 |
| JUNE 17 | BILTMORE MAG. | H # 14 COVER | 35 00 | 2045 82 |
| JULY 10 | 2 WEEKS TRAINING CAMP DRUM | NATIONAL GUARD | 117 84 | 2163 66 |
| JULY 19 | ARMORY | NATIONAL GD. | 59 37 | 2223 03 |
| July 21 | Biltmore Mag. | 6 PG. HUMAN CROSS<br>6 PGS. GIRLS WHO WEAR GLASSES<br>DLH # 4 COVER | 255 00 | 2478 03 |

DETTWILER-0020

1953      CARRY OVER FROM PREVIOUS PAGE $6,179.09

| DATE | ACCOUNT | TYPE OF WORK | AMOUNT | TOTAL |
|---|---|---|---|---|
| DEC 29 | ALLEN HARDY | 6 PGS. MARK OF THE BEAST / 6 PGS. SATAN'S LOVE CALL | 300.00 | 6,479.09 |

DETTWILER-0021

# 1955

| DATE | ACCOUNT | TYPE OF WORK | AMMOUNT | TOTAL |
|---|---|---|---|---|
| JAN 14 | MAG. MANAGEMENT | MYSTERY TALES MAR 6-69 5PGS THE WARNING | 135 00 | 135 00 |
| Feb 2 | MAG. MANAGEMENT | JUNGLE TALES—LAST TRAIL G-94 | 162 00 | 297 00 |
| Feb 3 | NATIONAL GUARD | ARMORY 1/4ly ck. | 50 45 | 347 45 |
| Feb 18 | NATIONAL COMICS | 6 PGS CLAY PIGEON PARATROOPER | 180 00 | 527 45 |
| Feb 18 | MAGA. MANAGEMENT | 6 PGS G-245 NAVY COMBAT TOR. TAYLOR | 162 00 | 689 45 |
| MAR 11 | MAGA. MANAGEMENT | 6 PGS G-326 JUNE JUNGLE TALES CLIFF MASON | 162 00 | 851 45 |
| MAR 18 | MAGA. MANAGEMENT | 6 PGS BATTLE DEFEAT OF COL. YENG. | 162 00 | 1013 45 |
| MAR 26 | MAGA. MANAGEMENT | 6 PGS G-432 NAVY COMBT. TORPEDO TAYLOR | 162 00 | 1175 45 |
| April 7 | NATIONAL GUARD | ARMORY CK. | 50 45 | 1225 90 |
| April 9 | MAGA. MANAGEMENT | 6 PGS G-578 TANK CORPS BG. | 162 00 | 1387 90 |
| April 23 | MAGA MANAGEMENT | 6 PGS — G-659 POLICE BADGE 6PGS — G-654 479 | 324 00 | 1711 90 |
| APRIL 27 | NATIONAL COMICS | 6 PGS CHAMPION DUD | 180 00 | 1891 90 |
| May 14 | Maga. Management | 6 PGS ENEMY PRISONER BATTLEGROUND | 162 00 | 2053 90 |
| May 19 | NATIONAL GUARD | WEEKEND | 25 86 | 2089 76 |
| June 2 | Maga. Management | 6 PGS G-856 AUG JUNGLE TALES CLIFF MASON | 156 00 | 2245 76 |
| June 17 | Maga. Management | 6 PGS G-954 FIREBUG 6 PGS G-903 GREEN PLAGUE 6 PGS G-854 STRIKE BY NIGHT | 468 00 | 2713 76 |
| JUNE 25 | Maga. Management | 6 PGS G-839 TORPEDO TAYLOR - AUG | 156 00 | 2869 76 |
| July 23 | 742 SIG CO. | 2 WEEK TOUR | 122 20 | 2991 96 |
| July 23 | Maga. Manag. | 5 PGS THE MYSTERY H-167 | 130 00 | 3121 96 |
| July 23 | National Guard | Armory check | 76 44 | 3198 40 |

DETTWILER-0022

1954

| DATE | ACCOUNT | TYPE OF WORK | AMMOUNT | TOTAL |
|---|---|---|---|---|
| | AMMOUNT BROUGHT FROM PREVIOUS PAGE | | | 2478 03 |
| Aug 6 | TOBY PRESS | 9 PGS. CAPTAIN GALLANT - SADDLE - BABA | 180 00 | 2658 03 |
| Aug 11 | BILTMORE | COVER - MOVIE HOUSE SCENE | 35 00 | 2693 03 |
| Aug 30 | ALLEN HARDY | L+F #2 COVER 35 00<br>DV #7 COVER 35 00<br>D #12 COVER 35 00<br>RESCUE MISSION 6 PGS. 150 00<br>HH #1 COVER HEADS @ 10 00 | 265 00 | 2958 03 |
| SEPT 1 | MAGAZINE MANAGEMENT | 5 PGS. WEREWOLF<br>F 414  BEWARE | 135 00 | 3093 03 |
| SEPT 14 | TOBY PRESS | 6 PGS INTRO CAPT GALLANT 120<br>5 PGS GERTIE GETS GOING 100<br>CAPT GALLANT COVER 25<br>5 PGS LETTERING 10 | 255 00 | 3348 03 |
| SEPT 18 | MAGAZINE MANAG. | 6 PGS - THE RED PIRATE | 162 00 | 3510 03 |
| SEPT 22 | NATIONAL GUARD | ARMORY DRILLS | 16 82 | 3526 85 |
| Oct 8 | TOBY PRESS | PGS - 7 MAN - MISSING | 140 00 | 3666 85 |
| Oct 8 | MAG. MANAGEMENT | 6 PGS. BTLFT - DEC. RIPPLE + RUN | 162 00 | 3828 85 |
| NOV 1 | MAG MANAGEMENT | 5 PGS WESTN. KID MAN + HORSE | 135 00 | 3963 85 |
| NOV 1 | NATIONAL GUARD | ARMORY DRILLS | 50 45 | 4014 30 |
| NOV 11 | MAG. MANAGEMENT | 6 PGS BTLFT. SHELLBURST | 162 00 | 4176 30 |
| NOV 17 | TOBY PRESS | 6 PGS "TOWN THAT FORGOT" 120<br>7 PGS "NO GUN SHERIFF" 140 | 260 00 | 4436 30 |
| DEC 2 | MAG. MANAGEMENT | 6 PGS - FIRE F 805 | 162 00 | 4598 30 |
| DEC 9 | MAG MANAGEMENT | 6 PGS - FANNY FALLS IN LOVE | 162 00 | 4760 30 |
| Dec. 22 | MAG. MANAGEMENT | 6 PGS SHERIFF OF MESQUITE JUNCTION 4<br>OUTLAW FGTRS 4 | 162 00 | 4922 30 |
| DEC. 31 | MAG. MANAGEMENT | 6 PGS. G-3 NAVY COMBAT | 162 00 | 5084 30 |

DETTWILER-0023

# 1956

| Date | Account | Type of Work | Amount | Total |
|---|---|---|---|---|
| Jan 18 | Magazine Manag. | WESTERN - 6 PGS - J 515 "THE LIFE & DTH OF SPADE NEWMAN" | 150 00 | 150 00 |
| Jan 26 | Magazine Manag | TORPEDO TAYLOR 5 PGS. LAST TORPEDO J. 576 | 125 00 | 275 00 |
| Feb 8 | Magazine Manag | Torpedo Taylor 5 PGS, TRAIL OF KILLER J-577 | 125 00 | 400 00 |
| Feb 8 | Armory Check | National Guard | 19 11 | 419 11 |
| Feb 17 | Mag. Manage - | Torpedo Taylor 5 PGS ACE - MIG ALLEY J-569 | 125 00 | 544 11 |
| Feb 24 | Mag. Management | THE DEEP FREEZE 4 PGS, WEIRD - | 100 00 | 644 11 |
| March 3 | Mag Management | THE STALKERS, 5 PGS BATTLE ACTION - MAY - J-670 | 125 00 | 769 11 |
| March 12 | Mag. Management | SUB STORY - 4 PGS. SAILOR SWEENY J-624 | 100 00 | 869 11 |
| March 24 | Mag. Management | CLIFF MASON 4 PGS VANN - MAY K. 67 | 100 00 | 969 11 |
| March 31 | Mag. Management | TORPEDO TAYLOR 5 PGS JUNE "TIGER" K-51 | 125 00 | 1094 11 |
| April 14 | Mag Management | TORPEDO TAYLOR 5 PGS JUNE K-187 | 125 00 | 1219 11 |
| April 21 | Mag. Management | "CROSSFIRE" 5 PGS JULY K-278 | 120 00 | 1339 11 |
| April 28 | Mag. Management | THE HEX 4 PGS JULY MYSTERY K-399 | 96 00 | 1435 11 |
| May 4 | Mag. Management | CRISIS 4 PGS JULY MYSTERY K-462 | 96 00 | 1531 11 |
| May 11 | Mag Management | NIGHT RAIDERS 4 PGS JULY BATTLE K-438 | 96 00 | 1627 11 |
| May 17 | Mag Management | CLIFF MASON VANN - JULY K-541 | 96 00 | 1723 11 |
| June 1 | Mag Management | TORP TAYLR - 5 PGS AUG. 6-624 | 120 00 | 1843 11 |
| June 9 | Mag Management | TORP TAYLOR 5 PGS AUG. K-595 | 120 00 | 1963 11 |
| June 21 | Mag. Management | MEN IN GLASS 4 PGS MYSTERY - K-760 | 96 00 | 2059 11 |
| June 28 | Mag Management | OUT OF THE FOG - 4 PGS K808 REDS ALL AROUND US - 5 PGS K 819 | 216 00 | 2275 11 |
| July 13 | Mag. Management | SHAKEDOWN CRUISE - 4 PGS NAVY ACTION K-933 | 96 00 | 2371 11 |

1955

| Date | Account | Type of work | Amount | Total |
|---|---|---|---|---|
| Aug 3 | Mag. Management | H-178 6 PGS JUNK / H-304 4PGS CLIFF MASON | 234 00 | 3432 40 |
| Aug 24 | Mag. Management | H-359 - NAVY COMBAT / H-286 TORP. TAYLOR | 260 00 | 3692 40 |
| Sept 8 | Mag. Management | H-488 - AFRAID WAR | 130 00 | 3822 40 |
| Sept 16 | Mag. Management | H-526 A HUNK OF STEEL BATTLEFRONT NOV. | 130 00 | 3952 40 |
| Oct 2 | Mag. Management | H-523 DECISION CARTRIDGE BATTLE NOV. | 130 00 | 4082 40 |
| Oct 7 | Mag. Management | H-695 CLIFF MASON DEC "MAVRICK" | 104 00 | 4186 40 |
| Oct 13 | Mag. Management | H-709 TOR. TAYLOR NAVY CMBT DEC | 130 00 | 4316 40 |
| Oct 19 | Mag. Management | H-735 TOR. TAYLOR NAVY CMBT DEC | 130 00 | 4446 40 |
| Oct 28 | Mag. Management | H-943 A COWARD IN TOWN | 130 00 | 4576 40 |
| Nov 3 | National Guard | Drill night Check | 70 07 | 4646 47 |
| Nov 11 | Mag. Management | H-964 - FLYING SAVERS | 104 00 | 4750 47 |
| Nov 18 | Mag. Management | V-95 Western - When Outlaws Ride | 125 00 | 4875 47 |
| Dec 1 | Mag. Management | V-130 Cliff Mason | 100 00 | 4975 47 |
| Dec 12 | Mag. Management | V-96 TORPEDO TAYLOR FEB | 125 00 | 5100 47 |
| Dec 20 | Mag. Management | V-112 TORPEDO TAYLOR FEB | 125 00 | 5225 47 |
| Dec 28 | Mag. Management | V-360 - BURIED FOREVER / V-341 - LAUGHAN FEB - | 250 00 | 5475 47 |

x x x x x x x x   x x x x x x x x x x x

TOTALS FOR 1955 —

ART — 5070.00

ARMORY — (395.47)

362.07

| Date | | Description | | | Amount | Total |
|---|---|---|---|---|---|---|
| Dec 31 | Mag. Mangt. | KID-DODGE CITY | GPES | MAR M-189 | 144 00 | 4845 11 |
| ~~Mag. Mangt.~~ | | KID-DODGE CITY ~~"RENO GANG RIDES"~~ | ~~GPES~~ | MAR ~~M-173~~ | | |
| | | TOTAL EARNINGS FOR 1956 | | | | 4845 11 |

DETTWILER-0026