# EXHIBIT 68C

# 1960

| Date | Account | Type of work | Amt. rec'd | Total |
|---|---|---|---|---|
| Jan 8 | Magazine Management | 6 Pgs. Strange Tales / T-740 - Chto nevedane | 120 00 | 120 00 |
| Jan 15 | Magazine Manage. | 6 Pgs. Tales to Astonish / T-754 Facts forbidden planet | 120 00 | 240 00 |
| Jan 25 | Magazine Manage. | 5 Pgs. Tales of Suspense / T-779 Back in past | 100 00 | 340 00 |
| Feb 5 | Magazine Mange. | 5 PGS. RAWHIDE KID / T-860 WITH GUN IN HAND | 100 00 | 440 00 |
| Feb 12 | Magazine Manage | 6 Pgs Journey into Mys. / T-804 DEPTHS OF EARTH | 120 00 | 560 00 |
| Feb 26 | Magazine Management | 6 PGS BEAST MAN / Strange Tales T-807 | 120 00 | 680 00 |
| March 8 | National Comics | 8 PGS Greatest Adven. / Criminal creature | 240 00 | 820 00 |
| March 18 | Don. McGovern | Art Work | 15 00 | 835 00 |
| March 18 | Magazine Management | 6 PGS TALES TO ASTON. "ANOTHER DIMENSION" T-837 | 100 00 | 935 00 |
| March 25 | Magazine Management | T-847 Tales of Sup. / 5 PGS. Ape Creature | 100 00 | 1035 00 |
| April 1 | Magazine Management | T-859 Journey into Myst. / 6 PGS - HAUNTED FOREST | 120 00 | 1155 00 |
| April 8 | Magazine Management | T-874 Tales to astonish / 6 PGS. | 120 00 | 1275 00 |
| April 15 | Magazine Management | T-871 Strange tales / 6 PGS. | 120 00 | 1395 00 |
| April 22 | Magazine Management | T-885 Tales to Astonish / 5 PGS "CXOCR" | 100 00 | 1495 00 |
| April 29 | Magazine Management | T-900 Two Gun Kid / 5 PGS - TOMBSTONE KID | 100 00 | 1595 00 |
| May 4 | Magazine Management | Journey into Mystery / T-907 5 PGS - | 100 00 | 1695 00 |
| May 13 | Magazine Management | Strange Tales T-916 / 5 Pg. | 100 00 | 1795 00 |
| May 14 | Don McGovern | Art Work | 10 00 | 1805 00 |
| May 20 | Magazine Management | 6 PGS Journey into Mystery / T-927 | 120 00 | 1925 00 |
| May 27 | Magazine Management | 5 PGS Diamond he Wanted / T-934 | 100 00 | 2025 00 |
| June 4 | Magazine Management | 6 PGS Tales to astonish / T-952 | 120 00 | 2145 00 |

DETTWILER-0039

1961

| Date | Account | Type of Work | Amt Pd | Total |
|---|---|---|---|---|
| 1/7/61 | Mag. Management | 6 pgs. V-214 Love Romance Summer Romance | 120 00 | 120 00 |
| 1/14/61 | Mag Management | 5 pgs - V-217 Tales of Suspense | 100 00 | 220 00 |
| 1/21/61 | Mag Management | 6 pgs V-230 Teen-Age Romance Sally's Sweetheart | 120 00 | 340 00 |
| 1/4/61 | Mag Management | 5 pgs Gunsmoke Western Hawkers - V-241 | 100 00 | 440 00 |
| 2/4/61 | Don McGovern | Art Work | 15 00 | 455 00 |
| 2/12/61 | Mag Management | 5 pgs Strange Tales V-238 | 100 00 | 555 00 |
| 2/20/61 | Mag Management | 5 pgs Kid Colt V-248 Gunslinger | 100 00 | 655 00 |
| 2/27/61 | Mag Management | 5 pgs Tales to Ast. V-258 | 100 00 | 755 00 |
| 3/6/61 | Mag Management | 6 pgs Love Romance V-286 - June - | 120 00 | 875 00 |
| 3/7/61 | Mag Management | 5 pgs Tales to Ast V-284 Sept. | 100 00 | 975 00 |
| 3/24/61 | Mag Management | 7 pgs Teen Age Romance V-303 | 140 00 | 1115 00 |
| 3/31/61 | Mag Management | Strange Tales V-300 + 5 pgs + prod | 115 00 | 1230 00 |
| 4/7/61 | Mag Management | Amazing Adventure V-325 5 pgs | 100 00 | 1330 00 |
| 4/14/61 | Mag Management | Tales of Suspense V-334 5 pgs | 100 00 | 1430 00 |
| 4/21/61 | Mag Management | Tales to Astonish V-330 5 pgs - Something Missing | 100 00 | 1530 00 |
| 4/28/61 | Mag Management | Journey into Mystery - V-346 5 pgs - Menace from Mars | 100 00 | 1630 00 |
| 5/5/61 | Mag. Management | Tales to Astonish V-353 5 pgs | 100 00 | 1730 00 |
| 5/13/61 | Mag. Management | Strange Tales V-36C 5 pgs | 100 00 | 1830 00 |
| 5/20/61 | Mag. Management | Journey into Mys. V-379 5 pgs Forever-Long Time | 100 00 | 1930 00 |
| 5/28/61 | Mag Management | Strange Tales V-383 5 pgs | 100 00 | 2030 00 |
| 6/6/61 | Mag. Management | Love Romance V-422 Aug - 6 pgs: Older Man | 120 00 | 2150 00 |

DETTWILER-0040

1960

| Date | Account | Type of Work | Amm't pd | Total |
|---|---|---|---|---|
| 8/21/60 | Mag. Mgmt. | Tales of Suspense V-155 5 pg | 100 00 | 4495 00 |
| 8/28/60 | Mag. Mgmt | Journey into Mystery V-161 5 pgs | 100 00 | 4595 00 |
| 9/2/60 | Mag. Mgmt | Rawhide Kid V-175 4 pgs | 80 00 | 4675 00 |
| 9/13/60 | Mag. Management | Tales of Suspense V-180 | 100 00 | 4775 00 |
| 9/19/60 | Mag. Managmt | Tales to Astonish V-194 | 100 00 | 4875 00 |
| 9/26/60 | Mag. Managmt | Kid Colt – V-197 WHEN A MAN'S AFRAID | 100 00 | 4975 00 |
| | | Total | | 4975 00 |

DETTWILER-0041

'961

| DATE | ACCOUNT | TYPE OF WORK | AMMOUNT | TOTAL |
|---|---|---|---|---|
| 2/11/61 | MAGAZINE MANAGEMENT | STRANGE TALES V-729 MAR TV FAN | 100 00 | 4130 00 |
| 4/18/61 | Mag. Management | STRANGE TALES V-739 APRL | 100 00 | 4530 00 |
| 4/26/61 | Mag. Management | Journey into mys — V-743 APRL | 100 00 | 4630 00 |
| 4/29/61 | Mag. Management | H.O. COLT — V-764 MAN CALLED KLAW MAR | 100 00 | 4730 00 |

total for year                                              4730 00

DETTWILER-0042

# 19 61

| Date | Account | Type of Work | Amt pd | Total |
|---|---|---|---|---|
| 6/10/61 | Magazine Management | Tales of Suspense V-399 5pgs | 100 00 | 2250 00 |
| 6/24/61 | Mag. Management | Tales to Astonish V-431 6pgs Mirror on Wall | 120 00 | 2370 00 |
| 7/1/61 | Mag. Management | Strange Tales V-455 5pgs | 100 00 | 2470 00 |
| 7/8/61 | Mag. Management | Journey into Mys. V-460 5pgs, Mind Over Matter Oct | 100 00 | 2570 00 |
| 7/15/61 | Mag. Management | Tales of Suspense V-477 Never Trust a Martian Pot | 120 00 | 2690 00 |
| 7/31/61 | Mag. Management | Gunsmoke Western V-513 Barker Bros. 6pgs OCT | 120 00 | 2810 00 |
| 8/5/61 | Mag. Management | Journey into Mys. 5 pgs V-495 | 100 00 | 2910 00 |
| 8/14/61 | Mag. Management | Western 5 pgs Dec - Wild Stallion | 100 00 | 3010 00 |
| 8/21/61 | Mag. Management | DEC Gunsmoke Western 5pgs - V-551 | 100 00 | 3110 00 |
| 9/7/61 | Mag. Management | DEC. Strange Tales V-556 - Cave of Shaggdorr | 100 00 | 3210 00 |
| 9/18/61 | Mag. Management | DEC. Tales to Astonish V-588  13th Floor | 100 00 | 3310 00 |
| 10/2/61 | Mag. Management | Jan Journey Into Mys. V-596 Men who played dead | 120 00 | 3430 00 |
| 10/9/61 | Mag. Management | Jan Tales of Suspense V-616 Thing in the Other Room | 100 00 | 3530 00 |
| 10/16/61 | Mag. Management | Jan Strange Tales 5pgs V-630 | 100 00 | 3630 00 |
| 10/23/61 | Mag. Management | Feb - Journey into Mys Haunted 5pgs - V-634 House | 100 00 | 3730 00 |
| 10/30/61 | Mag. Management | Jan - Kid Colt  5pgs V-652 War - Chickamau Cnty. | 100 00 | 3830 00 |
| 11/7/61 | Mag. Management | Feb - Gunsmoke Wester 5pgs V-679 - Montana Kid | 100 00 | 3930 00 |
| 11/14/61 | Mag. Management | Feb Tales of Suspense 5pgs V-661 | 100 00 | 4030 00 |
| 11/21/61 | Mag. Management | Feb Tales to Astonish 5pgs V-671 Girl in Black Hood | 100 00 | 4130 00 |
| 11/28/61 | Mag. Management | Mar Tales to Astonish 5pgs V-707 Fate | 100 00 | 4230 00 |
| 12/3/61 | Mag. Management | Mar Tales of Suspense V-711 Crackpot | 100 00 | 4330 00 |

DETTWILER-0043

| DATE | ACCOUNT | TYPE OF WORK | AMMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|
| 5/4/62 | Magazine Management | 5 PGS V-824 STRANGE TALES LITTLE PEOPLE | 100 | 00 | 2472 | 00 |
| 5/14/62 | Magazine Management | 5 PGS - V-905 LOVE ROMANCES | 100 | 00 | 2272 | 00 |
| 5/23/62 | Magazine Management | 5 PGS V-976 GUNSMOKE WESTERN WHO MURDERED MATT MORGAN | 100 | 00 | 2372 | 00 |
| 5/19/62 | Mag. Management | 8 PGS V-943 Tales to Astonish | 160 | 00 | 2532 | 00 |
| 6/5/62 | Mike Peppe | 3 Spot Drawings Newspaper - Castro - | 22 | 00 | 2554 | 00 |
| 6/5/62 | Mag. Management | 5 PGS IX-4 RAWHIDE RETURN OF THE OUTLAW | 100 | 00 | 2654 | 00 |
| 6/21/62 | Mike Peppe | 8 PGS - BREAKDOWN - LOVE - FARMER'S DAUTER | 64 | 00 | 2718 | 00 |
| 6/25/62 | Mag. Management | 13 PGS - TALES OF SUSPENSE V-933 | 260 | 00 | 2978 | 00 |
| 7/7/62 | Mag. Management | 8 PGS - Tales to Astonish V-9-59 | 160 | 00 | 3138 | 00 |
| /62 | Mike Peppe | 8 PGS - BREAKDOWN - LOVE - MOVIE STAR | 64 | 00 | 3202 | 00 |
| 7/28/62 | Mag. Management | 6 PGS LOVE ROMANCES V-981 9 PGS | 120 | 00 | 3322 | 00 |
| 8/15/62 | " | 5 PGS - JOURNEY INTO MYST. V-999 | 100 | 00 | 3422 | 00 |
| 8/15/62 | Mag. Management | 5 PGS STRANGE TALES X-9 - MAN ALONE | 100 | 00 | 3522 | 00 |
| 8/16/62 | Mike Peppe | 4 PS BREAKDOWN - FLIRTING WITH HEARTBREAK | 32 | 00 | 3554 | 00 |
| 8/21/62 | Mag. Management | 7 PGS Tales of Suspense X-13 "CAN'T ALL BE HUMAN" | 140 | 00 | 3694 | 00 |
| 8/28/62 | Mike Peppe | 4 PS BREAKDOWN FLIRTING WITH HEARTBREAK | 32 | 00 | 3726 | 00 |
| /6/62 | Mag. Management | 7 PGS. Tales to Astonish X-24 | 140 | 00 | 3866 | 00 |
| /6/62 | Mag. Management | 10 PGS Tales to Astonish X41 Ant Man | 200 | 00 | 4066 | 00 |
| /9/62 | Mike Peppe | 5 PGS FOR ELIAS - PENCILS | 75 | 00 | 4141 | 00 |
| /28/62 | Mag. Management | 13 PGS TALES of SUSP. V-51 - IRON MAN | 260 | 00 | 4401 | 00 |
| /6/62 | Mag. Management | 13 PGS - TALES TO AST- X-105 ANT-MAN + PRODUCTION TALES of SUSP. X-51 | 305 | 00 | 4706 | 00 |

DETTWILER-0044

# 1962

| DATE | ACCOUNT | TYPE OF WORK | AMOUNT | TOTAL |
|---|---|---|---|---|
| 1/7/62 | Magazine Management | 5 PGS - V-767 TALES OF SUSP. ONE WENT AWAY - APRIL | 100 00 | 100 00 |
| 1/14/62 | Magazine Management | 5 PGS - V-774 GUNSMOKE WESTERN APRIL | 100 00 | 200 00 |
| 1/21/62 | Magazine Management | 5 PGS - V-779 TALES TO ASTONISH DANCE YOU FOOL APRIL | 100 00 | 300 00 |
| 1/28/62 | Magazine Management | 5 PGS V-789 JOURNEY INTO MYSTERY PERFECT CRIME MAY | 100 00 | 400 00 |
| 2/7/62 | Magazine Management | 5 PGS V-797 TALES TO ASTONISH THING FROM OUTER SPACE MAY | 100 00 | 500 00 |
| 2/9/62 | Magazine Management | 5 PGS V-803 TALES OF SUSPENSE MAY | 100 00 | 600 00 |
| 2/18/62 | Magazine Management | 5 PGS V-813 STRANGE TALES BEWARE THE UNKNOWN MAY | 100 00 | 700 00 |
| 2/21/62 | Mike Pepe | 5 PGS - LOVE STORY BREAKDOWN | 56 00 | 756 00 |
| 2/26/62 | Mag Management | 5 PGS V-832 JOURNEY INTO MYS. JUNE | 100 00 | 856 00 |
| 3/62 | Mag Management | 5 PGS V-847 STRANGE TALES JUNE | 100 00 | 956 00 |
| March 1/62 | Mag Management | 5 PGS V-852 TALES OF SUSPENSE GIANTS JULY | 100 00 | 1056 00 |
| March 11/62 | Mag Management | 5 PGS - V-866 JOURNEY INTO MYST PHELPS-FILBERT JULY | 100 00 | 1156 00 |
| March 19 | Mike Pepe | 7 PGS LOVE STORY BREAKDOWN | 56 00 | 1212 00 |
| March 26 | Mag Management | 6 PGS - GUNSMOKE WESTERN JUNE V-873 - JAILBIRDS | 120 00 | 1332 00 |
| April 1 | Mag Management | 5 PGS - V-874 TALES TO ASTONISH AFRAID TO DREAM JULY | 100 00 | 1432 00 |
| April 7 | Mag Management | 6 PGS - V-880 TALES OF SUSP. JULY | 120 00 | 1552 00 |
| April 14 | Mag Management | 5 PGS - V-910 RAWHIDE KID GUN — JUNE | 100 00 | 1652 00 |
| April 21 | Mag Management | 5 PGS V-910 JOURNEY INTO MYSTERY HUMANS KEEP OUT JULY | 100 00 | 1752 00 |
| April 28 | Mag Management | 5 PGS - V-9-28 RAWHIDE KID NAVAHOS JULY | 100 00 | 1852 00 |
| May 7 | Mike Pepe | 5 PGS PATSY MY LOVE FRAME WITH CARD | 120 00 | 1972 00 |
| May 7 | Mag Management | 5 PGS V-900 LOVE ROMANCE | 100 00 | 2072 00 |

DETTWILER-0045

1963

| DATE | ACCOUNT | TYPE OF WORK | | AMM'T | | TOTAL | |
|---|---|---|---|---|---|---|---|
| 1/7/63 | MAG. MANGMT | INK | 13 PGS. T OF SUSPENSE MAR IRON MAN – NETHERWORD | 130 | 00 | 130 | 00 |
| 1/17/63 | " " | PENCIL + INK | 13 PG- T OF SUS – MAR- X-229 IRON MAN – VS MAD PHAROAH | 260 | 00 | 390 | 00 |
| 1/21/63 | MIKE PEPPE | PENCIL + INK | LOVE STORY – | 57 | 00 | 447 | 00 |
| 2/7/63 | Mag. Mangmt | PENCIL + INK | 13 PGS TALES T ASTNSH X-326 ANT MAN – CYCLOPS – | 260 | 00 | 707 | 00 |
| 2/21/63 | Mike Peppe | PENCIL + INK | STONEY BURKE – THRILLER | 110 | 00 | 817 | 00 |
| 2/28/63 | Mag Management | + INK | 18 PS T OF S – X-347 IRON MAN VS JACK FROST | 360 | 00 | 1177 | 00 |
| 3/18/63 | Mike Peppe | INK | 55 DAY PEKING – | 36 | 00 | 1213 | 00 |
| 3/26/63 | Mag. Management | Pencil + Ink | 13 PGS – ANT MAN – MUSIC TO TALES TO ASTONISH SCREAM BY | 286 | 00 | 1499 | 00 |
| 4/08/63 | Mag. Management | Pencil + INK | 13 PGS – ANTMAN VS PORCUPINE TALES TO ASTONISH | 286 | 00 | 1785 | 00 |
| 4/15/63 | Mag. Management | Pencil + INK | 13 PGS IRON MAN VS RED DYNAMO TALES OF SUSPENSE X-441 | 286 | 00 | 2071 | 00 |
| 4/24/63 | Mike Peppe | INK | 6 PGS – FROGMAN | 84 | 00 | 2155 | 00 |
| 4/27/63 | Mag. Management | Ink | Cover + 13 pgs Thor – | 140 | 00 | 2295 | 00 |
| 5/3/63 | Mag Management | Ink – | Tales to Astonish GIANT-MAN KID COLT Production THE GUN KID Johnny PIG Mystery | 266 | 00 | 2561 | 00 |
| 5/18/63 | Mag Management | Tight pencil + Ink | 18 PGS – TALES OF SUSPENSE – JULY IRON MAN VS – MELTER | 306 | 00 | 2867 | 00 |
| 5/31/63 | Mag Management | PENCIL + INK | THOR JULY – JOURNEY INTO MYST. X-451 | 286 | 00 | 3153 | 00 |
| 6/?/63 | Mag. Management | INK | POLAR – ICE MEN – 5 PGS | 50 | 00 | 3203 | 00 |
| 6/14/63 | Mag Management | PENCIL | THOR – MR HYDE 13 PGS PART PAYMENT ALG – | 130 | 00 | 3333 | 00 |
| 6/14/63 | Don Sherwood | Pencil | DAN FLAG SUNDAY – JULY – | 80 | 00 | 3413 | 00 |
| 6/30/63 | Mag Management | PENCIL INK | THOR – MR. HYDE – 13 PGS FINISH PAYMENT + PROD. | 204 | 00 | 3617 | 00 |
| 7/13/63 | Mag Managmt | PENCIL INK | THOR MR. HYDE 13 PGS X-513 – OCT | 286 | 00 | 3903 | 00 |
| 7/21/63 | Mag Management | INK | LOVE STORY – FINISHING | 50 | 00 | 3953 | 00 |

| Date | Account | | Type of Work | | |
|---|---|---|---|---|---|
| Oct 25 | Mag. Management | Pencil Ink | 13 pgs - Tales to Astonish X-128 Man who conquered Time | 260 00 | 4966 00 |
| " | " | Ink & Production | Fantastic Four - Tales to Astonish | 20 00 | 4986 00 |
| Oct 31 | Frank Giacoia | Pencil Ink | 7 pgs - Frogman #4 Roughs - King Diamonds | 240 00 | 5226 00 |
| Nov 2 | Mag. Management | Ink | 13 pgs - Tales of Suspense X-81 Iron Man Scarecrow Pro cover | 140 00 | 5366 00 |
| Nov 15 | Mag. Management | P+I | 5 pgs - Western | 100 00 | 5466 00 |
| November 30 | Mag. Management | P+I | 13 pgs - Tales of Suspense X-187 Iron Man - Bakarian Red | 260 00 | 5726 00 |
| Dec 12 | Mike Peppe | Pencil | 7 pgs - Lovestory | 100 00 | 5826 00 |
| Dec 17 | Mag. Management | P+I | 13 pgs - Tales to Astonish X-217 Return of Eggheap | 260 00 | 6086 00 |
| Dec 24 | Mag. Management | Ink | 18 pgs - Tales to Astonish Covers X-197 T/A + T/S | 200 00 | 6286 00 |
| | TOTAL FOR YEAR | | | | 6286 00 |

DETTWILER-0047

| DATE | ACCOUNT | | TYPE OF WORK | AM'N'T | TOTAL |
|---|---|---|---|---|---|
| 8/1/63 | MAGAZINE MANAGEMENT | P, I | IRON MAN - OUT - X-556 MANDARIN - TOYS | 254 00 | 4239 00 |
| 8/20/63 | Mike Peppe | INK | 16 PGS - TWILIGHT ZONE - OAKIE - ODNASIS -14/PAGE | 224 00 | 4463 00 |
| 8/31/63 | MAGAZINE MANAG. | P+I | 13 PGS - IRON MAN - SCARECROW X-581 - | 286 00 | 4749 00 |
| 9/5/63 | Don Sherwood | PENCIL | ART WORK - DAN FLAGG - MAY - 14, 16, 19, 21, | 125 00 | 4874 00 |
| 9/9/63 | Magazine Management | INK | 5 PG - WASP - TALES - | 50 00 | 4924 00 |
| 9/31/63 | Mag. Management | P+INK | 13 PGS - GIANT MAN - TALES TO AST - X-610 | 286 00 | 5210 00 |
| 10/21/63 | Mike Peppe | INK- | 15 PG - FROGMAN - MC. LINTOCK | 230 00 | 5440 00 |
| 10/21/63 | Mag. Management | P+I | 13 PGS - IRON MAN - BORIS + BLACK WIDOW - | 284 00 | 5724 00 |
| 11/6/63 | Geo. Tuska | PEN. | 6 DAILYS - BUCK ROGERS | 60 00 | 5784 00 |
| 11/9/63 | Mag. Management | P+I | 13 PGS VINTOM - IRONMAN BLACK WIDOW STRIKES AGAIN | 288 00 | 6072 00 |
| 11/20/63 | Mag. Management | I | 5 PG. - | 50 00 | 6122 00 |
| 12/7/63 | Mag. Management | P+I | 15 PGS - MADERIN'S REVENGE IRON MAN PART I | 286 00 | 6408 00 |
| 12/23/63 | Mag. Management | P+I | 13 PGS - MADERIN'S REVENGE IRON MAN PART II | 286 00 | 6694 00 |

DETTWILER-0048

1955

| | ALLEN B. HARDY, $1000.00 | PAID | BAL DUE |
|---|---|---|---|
| Oct 7 | | $50.00 | $950.00 |
| Nov. 19 | | $50.00 | $900.00 |
| Jan 27/56 | | 25.00 | $875.00 |

DETTWILER-0049