# EXHIBIT 68D

'964

| Date | Account | Type of Work | Am'nt | TOTAL |
|---|---|---|---|---|
| 1/14/64 | Mag. Managmnt | 5 PGS. IRON MAN - Q+A PP - HA - | 110.00 | 110.00 |
| 1/21/64 | Mag. Managmnt | 18 PG - IRON MAN X-716 VS - UNICORN | 396.00 | 506.00 |
| 2/18/64 | Mag. Managmnt | 15 PG. IRON MAN X-742 VS - HAWKEYE | 396.00 | 902.00 |
| 3/14/64 | Mag. Managmnt | 8 PS. IRON MAN VS CAPT AMERICA. PENCILS | 234.00 | 1136.00 |
| 3/29/64 | Mag. Managmnt | 13 PGS + IRON MAN - BLACK KNIGHT, PENCILS | 231.00 | 1367.00 |
| 4/1/64 | Mag. Managmnt | 13 PGS - IRON MAN - WANTED FOR MURDER PENCILS. X-782 | 195.00 | 1562.00 |
| 4/14/64 | Mike Peppe | INKS - LOVE - STORY - | 70.00 | 1632.00 |
| 4/21/64 | Mag. Managmnt | 8 PGS. PENCIL - AVENGERS ZEMO - ENCH - EXEC. | 120.00 | 1752.00 |
| 5/1/64 | Mag. Managmnt | MILLIE THE MODEL 18 PGS INK x-788  13 PGS PENCIL - AVNGRS - ZEMO. | 393.00 | 2145.00 |
| 5/15/64 | Mag. Managmnt | MILLIE - 9 PGS INK | 70.00 | 2235.00 |
| 5/25/64 | Joe Giella | RELIGIOUS PAGES 6 - | 72.00 | 2307.00 |
| 5/28/64 | Mag. Managmnt | 20 PGS - PENCIL AVENGERS - IMMORTUS - | 300.00 | 2607.00 |
| 6/7/64 | Joe Giella | Religious Pages 2 | 24.00 | 2631.00 |
| 6/12/64 | Mag. Managmnt | 12 PGS - IRON MAN - DEATH OF TONY STARK - | 180.00 | 2811.00 |
| 6/13/64 | Romita | 6 PGS - BREAKDOWN - LOVE STORY - | 54.00 | 2865.00 |
| 6/20/64 | Mike Peppe | Heads | 45.00 | 2910.00 |
| 7/1/64 | Mag. Managmnt | 20 PGS - PENCILS - AVENGERS KANG - SP M. #11 | 300.00 | 3210.00 |
| 7/3/64 | John Romita | 14 PGS - BREAKDOWN BONNIE TAYLOR | 126.00 | 3336.00 |
| 7/27/64 | Mag. Managmnt | 12 PGS - PENCILS - IRON MAN. ORIGIN OF. MAND. + 2 P.I. PIN-UP - | 228.00 | 3564.00 |
| 8/6/64 | John Romita | 14 PGS - BREAKDOWN NURSE - | 126.00 | 3690.00 |
| 8/8/64 | Mag. Managmnt | 20 PGS - AV - #12 - MOLE MAN - | 300.00 | 3990.00 |

DETTWILER-0050

PAID OUT FOR HELP ON JOBS.

5/1/64  $60.00  MIKE PEPPE — MILLIE THE MODEL #788

DETTWILER-0051

| DATE | ACCOUNT | JOB | AMM'T | TOTAL |
|---|---|---|---|---|
| 12/14/64 | Joe Giella | 4 PGS RELIGIOUS | 48 00 | 7080 00 |
| 12/24/64 | Mike Peppe | HEADS & FIGURE CORRECTIONS, SEAVIEW - STORY | 30 00 | 7110 00 |
| 12/28/64 | Mag. Management. | 12 PG - PENCIL - IM AND THE ALIEN SHIP | 240 00 | 7350 00 |
| 12/28/64 | Joe Giella | 2 PG - RELIGIOUS. | 24 00 | 7374 00 |
| 12/31/64 | Joe Giella | 2 PG - RELIGIOUS | 24 00 | 7398 00 |
|  |  | TOTAL |  | 7398 00 |

DETTWILER-0052

# 1964

| Date | Payee | Description | Amount | Balance |
|---|---|---|---|---|
| 7/64 | Mag. Management | 12 pgs - Iron Man - Phantom | 180 00 | 4170 00 |
| 7/26/64 | Joe Giella | 2 pgs - Nicodemous - Religious | 24 00 | 4194 00 |
| 8/2/64 | Joe Giella | 2 pgs - Apostles - Religious | 24 00 | 4218 00 |
| 8/9/64 | Mag. Management | 20 pgs. Avengers - Castle, Baron of | 300 00 | 4518 00 |
| 8/6/64 | John Romita | 11 pgs - Breakdown Boxing Masquerade Ball | 126 00 | 4644 00 |
| 8/23/64 | Mag. Management | 12 pgs - I.M., Sub-Mariner Hawkeye | 204 00 | 4848 00 |
| 8/28/64 | Joe Giella | 4 pgs - Religious - Apollos Sea - Roman Capt. | 48 00 | 4896 00 |
| 9/4/64 | Mag. Management | 12 pgs. 9 GM, Ink - | 156 00 | 5052 00 |
| 9/13/64 | Joe Giella | 2 pgs - Religious - Dec-6 | 26 00 | 5078 00 |
| 9/16/64 | Mag. Management | 20 pgs - Avengers - Wasp Mrt. | 280 00 | 5358 00 |
| 9/19/64 | Joe Giella | 2 pgs - Religious - Dec-13 Ship - Shepc - Wildman | 22 00 | 5380 00 |
| 9/23/64 | Joe Giella | 2 pgs - Religious - Wildman - Cro. Dec-20 | 24 00 | 5404 00 |
| 9/29/64 | Mag. Management | 12 pgs - IM vs old IM Pencil | 216 00 | 5620 00 |
| 9/29/64 | Joe Giella | 2 pgs - Religious Feeding 5000 | 24 00 | 5644 00 |
| 10/11/64 | Western Printing | 32 pgs The Man From Uncle | 560 00 | 6204 00 |
| 10/13/64 | Joe Giella | 2 pgs - Religious - Ships - Walking Water | 24 00 | 6228 00 |
| 10/19/64 | Joe Giella | 2 pgs - Mountain Top - Religious | 24 00 | 6252 00 |
| 10/23/64 | Mag. Management | 20 pgs. Avengers - Death - Zemo | 300 00 | 6552 00 |
| 10/28/64 | Mag. Management | 12 pgs - IM - vs Pencil | 216 00 | 6768 00 |
| 10/28/64 | Joe Giella | 2 pgs - Religious - Fig. on Mont. Top | 24 00 | 6792 00 |
| 11/4/64 | Mag. Management | 12 pgs IM vs Gour. Pencil Marks | 240 00 | 7032 00 |

DETTWILER-0053

| DATE | ACCOUNT | JOB | AM'T | TOTAL |
|---|---|---|---|---|
| 7/13/65 | MAGAZINE MANAGEMENT | 20 PAGES - AVENGERS #23 VS - KANG - | 400 00 | 5460 00 |
| 7/21/65 | Magazine Management | PART PAYMENT - 20 PAGES AVENGERS #24 | 160 00 | 5620 00 |
| 8/1/65 | Mag. Management | REST - AVENGERS - KANG - PART II | 240 00 | 5860 00 |
| 8/8/65 | Mike Peppe | 3 PGS - ADVERTISING JOB | 54 00 | 5914 00 |
| 8/16/65 | Mag. Management | AVENGERS - DR. DOOM #25 | 400 00 | 6314 00 |
| 9/10/65 | Mag. Management | AVENGERS #26 DEC. - VS ATTUMA PART I | 400 00 | 6714 00 |
| 10/1/65 | WESTERN PRINTING | MAN FROM UNCLE - #5 JAN - 32 PGS - | 560 00 | 7274 00 |
| 10/4/65 | Mag. Management | Avengers #27 - JAN - Attuma Part II | 400 00 | 7674 00 |
| 10/7/65 | Mag. Management | COVER - AVENGERS #26 DEC - | 20 00 | 7694 00 |
| 10/27/65 | Mag. Management | Avengers #28 - Feb. THE COLLECTOR - | 400 00 | 8094 00 |
| 11/13/65 | Mag. Management | Avengers #29 - Mar. SWORDMAN POW MAN - 20 PGS - | 450 00 | 8544 00 |
| 11/20/65 | Mag. Management | COVER - INK - AVENGERS - #27 | 15 00 | 8559 00 |
| 11/27/65 | WESTERN PRINTING | PERCENTAGE CHECK | 11 66 | 8570 66 |
| 12/6/65 | Mag. Management | Avengers #30 - APRIL | 450 00 | 9020 66 |
| 12/10/65 | Mag. Management | 5 PGS - WESTERN - FINK - | 112 50 | 9133 16 |
| 12/13/65 | Mag. Management | PRODUCTION AV+ T+FSWP | 75 00 | 9218 16 |
| 12/27/65 | Mag. Management | 12 PGS PENCIL SHIELD - "DRUID" | 240 00 | 9458 16 |

/65

| DATE | ACCOUNT | JOB | AM'M'T | TOTAL |
|---|---|---|---|---|
| 1/5/65 | Joe Giella | 2 PGS - RELIGIOUS - 5/7/65 | 24.00 | 24.00 |
| 1/8/65 | John Romita | 12 PGS - BREAKDOWN - BONNIE TAYLOR - SCOTCH | 108.00 | 132.00 |
| 1/ /65 | Mag. Management | 20 PP - Nick, Manny Avengers March - new Avengers | 400.00 | 532.00 |
| 1/8/65 | Joe Giella | 4 PGS - RELIGIOUS - 3/14 - SKI - | 48.00 | 580.00 |
| 1/29/65 | Joe Giella | 2 PGS - RELIGIOUS - 3-28 - | 24.00 | 604.00 |
| 2/5/65 | Mag. Management | 20 PG - CHALLENGE OF COMMISSAR AVENGERS, APRIL | 400.00 | 1004.00 |
| 2/10/65 | Mike Peppe | 9 PG - WITCHES - TALE - PER TWILIGHT ZONE | 157.50 | 1161.50 |
| 2/17/65 | Joe Giella | 6 PGS - RELIGIOUS - CRUSIFIXTION - | 72.00 | 1233.50 |
| 2/ /65 | Mag. Management | 12 PGS - IRONMAN - VS TITANIUM MAN - | 240.00 | 1473.50 |
| 3/3/65 | Joe Giella | 2 PGS END OF CHRIST'S STORY | 24.00 | 1497.50 |
| 3/11/65 | Mag. Management | 20 PGS AVENGERS - #19 SWORDSMAN - MAY - | 400.00 | 1897.50 |
| 4/1/65 | Western Printing Co | 32 PG - PENCIL - JONAH VOYAGE OF THE SEAVIEW | 560.00 | 2457.50 |
| 4/4/65 | Mag. Management | 12 PGS - IRON MAN - VS TITAN MAN + IM LOVER PART 2 | 300.00 | 2757.50 |
| 4/11/65 | Mag. Management | 20 PGS - SWIMI + MANDRIN - AVENGERS - JUNE | 400.00 | 3157.50 |
| 5/1/65 | Mag. Management | 12 PGS - IRON MAN - TITAN MAN PART III | 240.00 | 3397.50 |
| 5/3/65 | Western Printing | 9 PGS - LOST BATTALION PENCIL | 157.50 | 3555.00 |
| 5/14/65 | Mag. Management | 20 PGS - DEFENDER VS - AV. AVENGERS - JULY | 400.00 | 3955.00 |
| 5/28/65 | Mag. Management | 12 PGS IRON MAN - THINKER | 240.00 | 4195.00 |
| 5/13/65 | Mag. Management | 20 PGS. AV - VS. POWER MAN + | 400.00 | 4595.00 |
| / /  | Mike Peppe | 5¼ Pages. Man from "Uncle" | 200.00 | 4795.00 |
| 6/26/65 | Mag. Management | 12 - MAN FROM SHIELD + PRO END OF HYDRA | 265.00 | 5060.00 |

DETTWILER-0055

Paid out for help on Jobs

| Date | Name | Description | Amount |
|---|---|---|---|
| 4/14/66 | Werner Roth | Menace of City Jungle / Midnight and Mandrake - Mandrake - pencils 12 pp. | 228.00 |
| 4/15/66 | Mike Peppe | Ink. cover - Mandrake #1 | 23.00 |

DETTWILER-0056

1966

| DATE | ACCOUNT | JOB | AMOUNT | TOTAL |
|---|---|---|---|---|
| 1/7/66 | Mag. Mangmnt | SHIELD - 12 pgs | 240 00 | 240 00 |
| 1/15/66 | Mag. Management | Avengers #29 cover | 22 50 | 262 50 |
| 1/21/66 | Mag. Mangmnt | Avengers #3, May | 450 00 | 712 50 |
| 2/11/66 | Mag. Management | St. Tales #147 | 240 00 | 952 50 |
| 2/25/66 | Mag. Mangmnt | Ssp #80 - Apr. Ink - Cover | 165 00 | 1117 50 |
| 3/4/66 | Mag. Mangmnt | Avengers #32 | 450 00 | 1567 50 |
| 3/4/66 | Mike Peppe | | 40 00 | 1607 50 |
| 3/18/66 | Mag. Mangmnt | St. Tales #148 May Pencils | 240 00 | 1847 50 |
| | | Avengers #31 May P.U. | 37 50 | |
| 3/25/66 | Mag. Mangmnt | St. Tales 148 May Ink | 180 00 | 2065 00 |
| 4/13/66 | King Features | Mandrake the Magician so Mirror of City Jungle Midnight 58¢ @ Mandrake | 639 00 | 2704 00 |
| 4/15/66 | Mag. Mangmnt | Avengers #32 Ink | 300 00 | 3004 00 |
| 4/22/66 | Mag. Mangmnt | Avengers #32 Cover Ink Pencil | 37 50 | 3041 50 |
| 4/29/66 | Mag. Mangmnt | Avengers #33 PENCILS | 450 — | 3491 50 |
| 5/13/66 | Mag. Management | Avengers #33 PRODUCTION FINISH PENCILS | 50 00 | 3541 50 |
| 5/23/66 | Mag. Manage. | Spiderman Annual 11 pgs | 315 00 | 3856 50 |
| 6/10/66 | Mag. Manage | Avengers #33 July Ink Cover Avengers #34 July Pencil | 540 — | 4396 50 |
| 6/23/66 | Mike Peppe | | 76 — | 4472 50 |
| 6/24/66 | Mag. Manage. | Avengers #34 Ink | 300 — | 4772 50 |
| 7/1/66 | Mag. Manage. | Avengers #34 - Cover | 40 — | 4812 50 |
| 7/15/66 | Mag. Manage | Avengers #35 Pencil | 500 — | 5312 50 |
| 7/25/66 | Mag. Manage. | Avengers #35 | 300 | 5612 50 |

DETTWILER-0057

1966

| Date | Account | Job | #37 supt p.o.conv | Amount | Total |
|---|---|---|---|---|---|
| 8-5-66 | Mag. Mange. | Avengers #36 Oct Pencil | 40 | 500 | 6152 50 |
| 8-19-66 | Mag. Mange | Vacation 2 Wks | | 290 — | 6442 50 |
| 8-26-66 | Mag. Mange | Avengers #36 Ink | | 300 — | 6742 50 |
| | | #36 Oct p.o.conv | 40 — | | |
| 9-1-66 | Mag. Mange | Avengers #37 Nov. Penc. | | 500 — | 7242 50 |
| 9-23-66 | Mag. Mange | Avengers #37 Ink | | 300 — | 7582 50 |
| 9-30-66 | Mag. Mange | Avengers #37 p.o. cover | | 40 — | 7622 50 |
| 10-7-66 | Mag. Mange | Avengers #38 Dec Pencil | | 500 — | 8122 50 |
| 10-21-66 | Mag. Mange | Avengers #39 Partial paymt Pencil | | 300 — | 8422 50 |
| 11-11-66 | Mag. Mange | Avengers #39 paymt Pencil | | 200 — | 8622 50 |
| 11-25-66 | Mag. Mange | Avengers #40 Pencil | | 500 — | 9122 50 |
| 12-2-66 | Mag. Mange | Avengers Cover #39 Pencil | | 25 — | 9147 50 |
| 12-16-66 | Mag. Mange | Avenger Annual #1 Pencil | | 500 — | 9647 50 |
| 12-20-66 | " " | Bonus | | 150 — | 9797 50 |
| 12-23-66 | " " | Avenger #41 42 #1 Pencil pg. cov. Avenger Ann. Battle Pencil Cover — Tales to Astonish #92 Feb. Pencil Cover — | | 160 — | 9957 50 |

NAME DONALD LOUIS HECK

ADDRESS 135-18-244 STREET ROSEDALE 10, N.Y.

SCHOOL _____ TELEPHONE LAURELTON 5-0100

# SCHEDULE

| PERIOD OR TIME | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| COURSE<br>MON.<br>INSTRUCTOR | | | | | | | | |
| COURSE<br>TUES.<br>INSTRUCTOR | | | | | | | | |
| COURSE<br>WED.<br>INSTRUCTOR | | | | | | | | |
| COURSE<br>THUR.<br>INSTRUCTOR | | | | | | | | |
| COURSE<br>FRI.<br>INSTRUCTOR | | | | | | | | |
| COURSE<br>SAT.<br>INSTRUCTOR | | | | | | | | |

1967

| Date | Account | Job | Amount | Total |
|---|---|---|---|---|
|  | Mag. Management | Avengers #46 Cover INK | 15.— | 15.— |
| 1-3-67 | Mag. Management | Avengers Annual #1 Pencil | 500.— | 515.— |
| 2-3-67 | Mag. Management | Avengers Annual #1 Pg. One Pencil Inc | 350.— | 865.— |
| 3-3-67 | Mag. Management | Avengers Annual #1 Annual #1 Production Inc | 225.— | 1090.— |
| 3-10-67 | Mag. Management | Avengers #44 June Pencil 20 pg. 500.— | 515.— | 1605.— |
| 3-10-67 | Mag. Management | Brand Echh #2 Pencil | 175.— | 1780.— |
| 3-24-67 | Mag. Management | Brand Echh #2 hm Pencil pgs 65 Avengers Annual #1 Pencil 170 | 65.— | 1845.— |
| 4-7-67 | Mag. Management | Avengers #45 July Pencil 20 pgs. 400 Avengers Annual #1 Production Inc XMen #2 Pencil 1st pg 80.— Fury Tours Trip touch | 480.— | 2325.— |
| 5-5-67 | Mag. Management | Shield #165 12 pgs. Pencil | 300.— | 2625.— |
| 5-26-67 | Mag. Management | Xmen #35 Production | 75.— | 2700.— |
| 5-Feb-67 | Mag. Management | Xmen #37 July INK Pencil | 400.— | 3100.— |
| 5-Feb-67 | Mag. Management | Shield Production | 60.— | 3160.— |
| 6-26-67 | Mag. Management | Xmen #38 Aug Pencil | 375.— | 3535.— |
| 6-2-67 | Mag. Management | Xmen #37 Cover Pencil | 30.— | 3565.— |
| 6-9-67 | Mag. Management | X-Men #39 Sept. Pencil | 375.— | 3940.— |
| 6-23-67 | Mag. Management | Xmen #38 Aug Production | 75.— | 4015.— |
| 7-7-67 | Mag. Management | Xmen #41 Nov Pencil 375.— Xmen #38 Aug Pencil Sched 30.— | 405.— | 4420.— |
| 8-4-67 | Mag. Management | Xmen #39 Sept. Pencil Final Xmen #39 Sept | 75.— | 4495.— |
| -67 | Mag. Management | Spiderman #57 Oct. Pencil Fee | 485.— | 4980.— |
| 7-28-67 | Mag. Management | X-Men #39 Sept. | 30.— | 5010.— |
| 8-4-67 | Mag. Management | X-Men #39 Pen + Gun Avengers #47 Sept Pencil Xmen #39 Sept Pencil | 135.— | 5145.— |
| 8-20-67 | Mag. Management | Spiderman #55 | 440.— | 5585.— |
|  |  |  | 366.— | 5951.— |
|  | Mag. Management | Kid Colt #139 Pencil | 150.— | 6101.— |

DETTWILER-0060

| Date | Account | Job | Amount | Total |
|---|---|---|---|---|
| 9-8-67 | Mag. Management | X-Men #43 Pencil | 375.- | 6476.- |
| 9-22-67 | Mag. Management | Spiderman #59 Pencil | 440.- | 6916.- |
| 9-29-67 | Mag. Management | X-Men #43 Pencil | 75.- | 6991.- |
| 10-13-67 | Mag. Management | Spiderman #60 Pencil | 440.- | 7431.- |
| 10-20-67 | Mag. Management | X-Men #44 Pencil BRKDN | 15.- | 7446.- |
| 10-27-67 | Mag. Management | X-Men #45 Pencil BRKDN | 165.- | 7711.- |
| 11-3-67 | Mag. Management | Spiderman #61 Pencil | 440.- | 8251.- |
| 11-24-67 | Mag. Management | X-Men #46 Pencil BRKDN | 180.- | 8411.- |
| 12-1-67 | Mag. Management | Mighty Solo Heroes #1 | 500.- | 8911.- |
| 12-8-67 | Mag. Management | Spiderman #61 Cover / X-Men #47 Cover | 40.- | 8951.- |
| 12-15-67 | Mag. Management | Spiderman #62 Pencil | 470.- | 9421.- |
| 12-19-67 | Mag. Management | Bonus | 200.- | 9621.- |
| 12-19-67 | Mag. Management | Bonus | 400.- | 10,021.- |

DETTWILER-0061

1968

| Date | Account | Job | Amount | Total |
|---|---|---|---|---|
| 1-12-68 | Magazine Management | X-MEN #47 PENCIL BRKDN | 180 — | 180 — |
| 1-24-68 | Magazine Management | 15 PGS PENCIL AVENGERS ANNUAL #2 | 375 00 | 555 — |
| 2-5-68 | Magazine Management | 15 PGS PENCIL AVENGERS ANNUAL #2 | 375 00 | 930 — |
| 2-?-68 | Magazine Management | SPIDERMAN #63 TIGHT PENCIL X-MEN COVER PENCIL | 440 00 | 1370 — |
| 3-7-68 | Magazine Management | X-MEN #48 PENCIL BRKDN | 255 00 | 1625 — |
| 3-12-68 | Magazine Management | CM #5  20 PGS DR. STRANGE - PENCIL | 600 00 | 2225 — |
| 3-24-68 | Magazine Management | CM #5 COVER PENCIL | 30 00 | 2255 00 |
| 4-1-68 | Magazine Management | SPIDERMAN #64 TIGHT PENCIL | 440 00 | 2695 00 |
| 4-?-68 | Magazine Management | X-MEN #47 COVER PENCIL | 30 00 | 2725 00 |
| 4-?-68 | Magazine Management | DR STRANGE - 175 AUG - CAPT MARVEL #8 - AUG - | 600 00 | 3325 00 |
| ?-?-68 | Magazine Management | X-MEN #48 COVER PENCIL | 30 00 | 3355 00 |
| 5-?-68 | Magazine Management | X-MEN #1 COVER SPIDERMAN PENCIL 20 PGS #66 | 480 00 | 3835 00 |
| 5-29-68 | Magazine Management | X-MEN BREAKDOWN #9 | 225 00 | 4060 00 |
| 6-?-68 | Magazine Management | CAPT MARVEL #9 PENCILS  20 PGS | 600 00 | 4660 00 |
| 6-24-68 | Magazine Management | CAPT MARVEL #10 PENCILS  20 PGS | 600 00 | 5260 00 |
| 7-?-68 | Magazine Management | CAPT MARVEL #11 PENCILS  20 PGS | 600 00 | 5860 00 |
| 8-5-68 | Magazine Management | X-MEN #52 PENCIL BREAKDOWN | 225 00 | 6085 00 |
| 8-?-68 | Magazine Management | CAPT MARVEL #12 PENCILS  20 PGS | 600 00 | 6685 00 |
| 8-13-68 | Mag. Management | X-MEN #53 PENCIL BREAKDOWN | 225 00 | 6910 00 |
| ?-?-68 | Magazine Management | CAPT SAVAGE OCTOBER PENCILS | 600 00 | 7510 00 |
| 10-1-68 | Magazine Management | 2 WEEKS VACATION | 366 00 | 7876 00 |
| ?-?-68 | Magazine Management | 15 PGS BREAKDOWN X-MEN #55 | 225 00 | 8001 00 |
| ?-?-68 | Magazine Management | COVER - CAPTAIN SAVAGE | 50 00 | 8051 00 |
| ?-?-68 | Magazine Management | JAN - 20 PGS - PENCIL CAPTAIN SAVAGE (FEB)? | 600 00 | 8651 00 |
| ?-?-68 | Magazine Management | SAV - FIRST MISSION + INK COVER CAPTAIN SAVAGE #15 MARCH | 620 00 | 9271 00 |

968

| DATE | ACCOUNT | JOB | AMMOUNT | TOTAL |
|---|---|---|---|---|
| 12-2-68 | MAGAZINE MANAGEMENT | CAPTAIN SAVAGE # 14 COVER PENCIL + INK | 50 00 | 9521 00 |
| 10-10-68 | MAGAZINE MANAGEMENT | BONUS | 200 00 | 9521 00 |
| 12-20 | MAGAZINE MANAGEMENT | BONUS | 200 00 | 9721 00 |
|  |  | MISTAKE ADDING – | 100 00 | 9821 00 |
|  |  | AVENGER # 2 ANNUAL + PRODUCTION – | 205 00 | 10026 00 |
|  |  | TOTAL | | 10026 00 |

DETTWILER-0063

1969

| | ACCOUNT | JOB | AMOUNT | TOTAL |
|---|---|---|---|---|
| | | PENCIL 20 PGS | | |
| 4-29 | MAGAZINE MANAGEMENT | CAPTAIN SAVAGE #15 | 600.00 | 600.00 |
| | MAGAZINE MANAGEMENT | PENCIL 20 PGS CAPTAIN SAVAGE #17 | 600.00 | 1200.00 |
| 2-19 | MAGAZINE MANAGEMENT | 5 PGS - CAPTAIN SAVAGE #18 | 150.00 | 1350.00 |
| 3-4 | MAGAZINE MANAGEMENT | 20 PGS - CAP. MARVEL #16 - JUDGEMENT DAY | 600.00 | 1950.00 |
| 4-4 | MAGAZINE MANAGEMENT | 7 PGS - CHAMBER OF DARKNESS CAPTAIN MARVEL COVER #16 | 240.00 | 2190.00 |
| 4-1 | MAGAZINE MANAGEMENT | PRODUCTION - CAPTAIN MARVEL ROUGHS | 60.00 | 2250.00 |
| 4-9 | MAGAZINE MANAGEMENT | ROMANCE "WHY DIDN'T HE ASK ME?" | 210.00 | 2460.00 |
| 4-9 | MAGAZINE MANAGEMENT | TOWER OF SHADOWS - MAY A TIME TO DIE | 140.00 | 2600.00 |
| 5-21 | MAGAZINE MANAGEMENT | WITCH HUNT - INVENTORY MYSTERY | 210.00 | 2810.00 |
| 6-21 | MIKE PEPPE | 6 PGS MYSTERY BREAKDOWN | 72.00 | 2882.00 |
| 5-5 | MAGAZINE MANAGEMENT | 7 PGS - ROMANCE BREAK-UP - INV | 210.00 | 3092.00 |
| 5-5 | MAGAZINE MANAGEMENT | 7 PGS - MYSTERY RED DEATH - INV. | 210.00 | 3302.00 |
| 5-21 | MAGAZINE MANAGEMENT | 7 PGS - MYSTERY - MONKEY'S PAW | 210.00 | 3312.00 |
| | MAGAZINE MANAGEMENT | 20 PGS - X-MEN - SUNSTROKE | 600.00 | 3912.00 |
| 6-26 | (D.C.) NATIONAL COMICS | 7 PGS PENCIL PEOPLE IN GLASS HOUSES | 210.00 | 4122.00 |
| 7-7 | MAGAZINE MANAGEMENT | 7 PGS - MASQUE OF RED INKS - DEATH | 140.00 | 4262.00 |
| 7-15 | MAGAZINE MANAGEMENT | VACATION | 175.00 | 4437.00 |
| 7-21 | MIKE PEPPE | LOVE STORY - ROTH INK 8 PGS - | 160.00 | 4597.00 |
| 7-24 | DC) NATIONAL | 7 PGS - INK - PEOPLE IN GLASS HOUSES | 175.00 | 4672.00 |
| 7-29 | MAGAZINE MANAGEMENT | EVIL IS A BAD SCENE - 7 PGS - PENCIL | 210.00 | 4882.00 |
| 8-5 | MAGAZINE MANAGEMENT | KURT + HARTBREAK 7 PG - OUR LOVE 007 - ONLY ONE CAN WIN | 210.00 | 5092.00 |
| 8-29 | MAGAZINE MANAGEMENT | 7 PGS - INK - | 140.00 | 5232.00 |
| 9-15 | MAGAZINE MANAGEMENT | MY LOVE #4 NOV - 7 PGS - IN SISTERS SHADOW | 210.00 | 5442.00 |
| 9-19 | DC. NATIONAL | 6 PGS - PENCIL HOUSE OF SECRETS - THE INVASION | 180.00 | 5622.00 |

1969

| DATE | ACCOUNT | JOB | AMM'T | TOTAL |
|---|---|---|---|---|
| 10/10 | MAG. MANAGEMENT | EVIL IS A BAD SCENE 7PGS INK | 140 00 | 5662 00 |
| 10/20 | " " | OUR LOVE #4 DEC. 7PGS | 210 00 | 5872 00 |
| 10/28 | R P I | R-168 - SHIELD PRESENTATION DRAWING | 100 00 | 5972 00 |
| 11/11 | MAG. MANAGEMENT | COULD I LOVE A MEMBER OF ESTABLISHMENT MY LOVE #5 | 210 00 | 6182 00 |
| (9/25) | D.C. | 6 PGS - INKS - THE INVASION H OF S | 150 00 | 6332 00 |
| 11/16 | D.C. | 8 PGS - ROMANCE - PENCIL J-592 | 240 00 | 6572 00 |
| 12/1 | MAG. MANAGEMENT | 8 PGS - IRON MAN FEB 26 DARK DIMENSION- | 240 00 | 6812 00 |
| 12/5 | D C | 8 PGS - MYS. G 615 WHO AM I WHOM SHALL I BE. | 240 00 | 7052 00 |
| 12/20 | D.C | 8 PG - ROMANCE - HATE B-535   LETTERS | 240 00 | 7292 00 |
| 12/20 | MAG. MANAGEMENT | 11 PGS IM FEB #26 10 PGS - ROUGH - DR. STRANGE 2283 | 460 00 | 7752 00 |
| 12/27 | " " | COVER I M #26 | 30 00 | 7782 00 |
| 12/27 | D.C. | 8 PGS - ROMANCE - LOVE ME INK - J-592   LOVE ME NOT | 200 00 | 7982 00 |
| # | ERRORS | | 400 00 | 8382 00 |
| | | TOTAL FOR YEAR | | 8382 00 |

1970

| DATE | ACCOUNT | JOB | AMNT | | TOTAL | |
|---|---|---|---|---|---|---|
| 1/7 | MAG. MANAGEMENT | DR. STRANGE NV-10 PGS FINISH PENCIL- WHO ARE YOU | 170 | 00 | 170 | 00 |
| 1/18 | D.C. | FLASH - 10 PGS - PENCIL S-329 | 330 | 00 | 500 | 00 |
| 1/20 | MAG MANAGEMENT | IM-#27 MAR. FIREBRAND 8 PGS - PENCIL | 240 | 00 | 740 | 00 |
| 1/23 | " " | " " 11 PGS | 330 | 00 | 1070 | 00 |
| 2/20 | " " | 19 PGS IM # 28 APRIL PENCIL CONTROLLER LIVES | 570 | 00 | 1640 | 00 |
| 2/25 | D.C. | G-615-WHOM SHALL I BE INK B-535 HATE LETTERS | 400 | 00 | 2040 | 00 |
| 3/14 | D.C | 6 PG - ROMANCE ENGAGE RING J-794 -J-795 MADE EACH OTHER | 180 | 00 | 2220 | 00 |
| 3/14 | MAG. MANAGEMENT | 13 PGS - IM # 29 MAX COMPUTO - | 390 | 00 | 2610 | 00 |
| 3/27 | " " | 6 PG - IM #29 MAX COMPUTO | 180 | 00 | 2790 | 00 |
| 3/28 | D.C. | 6 PG ROMANCE INK J-794 - J 795 - | 150 | 00 | 2940 | 00 |
| 4/1 | MAG. MANAGEMENT | 3 PGS - IM #29 REDO. | 90 | 00 | 3030 | 00 |
| 4/4 | DC. | COVERS SECRET HEARTS YOUNG LOVE GIRL ROMANCES | 99 | 00 | 3129 | 00 |
| 4/8 | MAG-M | 10 PGS - IRON MAN #30 JUNE - ZOGA | 30 | 00 | 3429 | 00 |
| 4/21 | MAG-MAN- | 9 PGS - IRON MAN # 30 JUNE - ZOGA | 270 | 00 | 3699 | 00 |
| 5/10 | MAG MANAGEMENT | 10 PGS - IRON MAN # 31 PROTESTERS - | 300 | 00 | 3999 | 00 |
| 5/21 | MAG - MANAGEM | 9 PGS - IRON MAN #31 PROTESTORS - | 270 | 00 | 4269 | 00 |
| 6/7 | DC. | HOUSE OF SECRETS- G911 DARK-FIRE | 330 | 00 | 4599 | 00 |
| 6/18 | MAG- MANAGEMAN | 10 PGS - IRON MAN - 33 SEPT - E - ELITE | 300 | 00 | 4899 | 00 |
| 6/19 | " " | 9 PGS - IRON MAN 33 SEPT- E ELITE | 270 | 00 | 5169 | 00 |
| 7/4 | DC. | HOUSE OF SECRETS G 911 INK + FINISH - DARK-FIRE | 224 | 00 | 5383 | 00 |
| 7/15 | MAG. MANAGEMENT | 10 PGS - IRON MAN 34 OCT. E. ELITE PART 2 | 300 | 00 | 5683 | 00 |
| 7/25 | MAG. M. | 9 PG - IRON MAN #34 OCT E. ELITE PART 2 | 270 | 00 | 5953 | 00 |
| 7/27 | D.C. | NOBODY LOVES A WIZARD G1039 PENCIL | 132 | 00 | 6085 | 00 |
| 8/15 | MAG. MANAGEMENT | 9 PGS - IRON MAN - 35 NOV | 270 | 00 | 6355 | 00 |
| 8/15 | SKYWALD - | 10 PGS - POLLUTION MONSTERS 1 ROMANCE COVER | 253 | | 6608 | 00 |

DETTWILER-0066

1970

| Date | Client | Job | Am'nt | Total |
|---|---|---|---|---|
| 8/25 | MAG-MAN- | 10 PGS - IRON MAN #35 NOV. PENCIL | 300.00 | 6928.00 |
| 8/29 | D.C. | FINISH G 1039 NOBODY LOVES A LIZARD | 88.00 | 6996.00 |
| 9/21 | D.C. | DC INTO OTHERS G 1038 | 330.00 | 7326.00 |
| 9/21 | D.C. | 10 PGS - PENCIL BATGIRL S-643 7PGS - PHANTOM BULLFIGHTER | 231.00 | 7557.00 |
| 10/13 | D.C. | BATGIRL-S 644 7PGS - NIGHT OF THE SHARP HORNS | 231.00 | 7788.00 |
| 10/13 | MAG-MAN- | 8 PGS - IRON MAN #36 - | 240.00 | 8028.00 |
| 10/13 | SKYWALD | 1 PG. COVER ROMANCE | 23.00 | 8051.00 |
| 11/11 | D.C. | COVER GIRLS LOVE D-116 | 33.00 | 8084.00 |
| 11/12 | D.C. | BATGIRL - MINI-MIDI-MAXI S-708 - COVERS ROMANCE 2 - | 297.00 | 8381.00 |
| 11/15 | Mag. Man. | 19 PGS - IM #37 JAN - 10 PGS - BW-6 - AMAZ. ADV. | 870.00 | 9251.00 |
| 12/1 | D.C. | COVER ROMANCE D-129 | 33.00 | 9284.00 |
| 12/2 | MAG. MAN. | 6 PGS - MY LOVE JAN - WIFE OF A MODEL | 180.00 | 9464.00 |
| 12/3 | D.C. | 7 PGS - BATGIRL - CUT N RUN S-709 | 231.00 | 9695.00 |
| 12/15 | Mag. Management | BONUS | 50.00 | 9745.00 |
| 12/26 | D.C. | ROMANCE COVERS (2) | 66.00 | 9811.00 |
| 12/29 | D.C. | MYSTERY - B 939 - THIS LITTLE WITCH WENT TO COLLEGE | 297.00 | 10108.00 |
| | | TOTAL | | 10108.00 |

DETTWILER-0067