# EXHIBIT 68F

# 1975

| DATE | AGENT | JOB | AMT | TOTAL |
|---|---|---|---|---|
| AUG 25 | MILTON CANIFF | 12 PANELS | 160 00 | 7140 00 |
| SEP 3 | MILTON CANIFF | 6 PANELS | 80 00 | 7220 00 |
| 9/8 | MILTON CANIFF | 24 PANELS | 320 00 | 7540 00 |
| 9/9 | MILTON CANIFF | 6 PANELS | 80 00 | 7620 00 |
| 9/10 | MAG. MNGT. | 1 Page | Spiderman Cakes | 40 00 | 7660 00 |
| 9/12 | West Prntng. | 5 PGS | TRIANGLE | 112 50 | 7772 50 |
| 10/1 | West Pub | 14 PGS | SAMSON | 315 00 | 8087 50 |
| 10/8 | MARVEL | 5 PGS | C° CHAMPIONS # 5 | 200 00 | 8287 50 |
| 10/19 | WEST PRNTNG | 9 PANELS 5 INK | TRIANGLE - SAMSON | 352 50 | 8620 00 |
| 10/25 | MARVEL | 5 PGS | C° CHAMPIONS # 5 | 200 00 | 8820 00 |
| 11/7 | MARVEL | 7 PGS | CHAMPIONS # 5 | 280 00 | 9150 00 |
| 11/20 | MARVEL | 7 PGS | MARVEL PREMIERE # 30 | 280 00 | 9430 00 |
| 12/2 | MARVEL | 7 PGS | MARVEL PREMIERE # 30 | 280 00 | 9710 00 |
| 12/2 | WEST PRNTNG | 6 PG. | SERPENT — COVER PENCIL | 135 00 | 9845 00 |
| 12/7 | WEST PRTNG | 6 PG | " " INK | 135 00 | 9980 00 |
| 12/24 | MARVEL | 3 PGS | MARVEL PREMIERE # 30 | 120 00 | 10100 00 |

DETTWILER-0079

## 1976

| DATE | ACCOUNT | JOB | AMM'T | TOTAL |
|------|---------|-----|-------|-------|
| 1/3 | CHARLTON PUB | 7 PGS - MAFFIA - PART PMT | 220 00 | 220 00 |
| 1/15 | CHARLTON PUB | 7 PGS - MAFIA - PART PAYMENT | 200 00 | 420 00 |
| 1/23 | MILTON CANIFF | 6 DAILIES - 1 SUN DAY STEVE CANYON - 5/8 5/14 | 360 00 | 780 00 |
| 2/18 | MILTON CANIFF | 6 PG DLY - 1 SUNDAY STEVE CANYON - 5/15 - 5/21 | 360 00 | 1140 00 |
| 2/23 | WEST. PUB CO. | 18 PGS - PENCIL BORN OF THE SUN | 495 00 | 1635 00 |
| 3/5 | MARVEL | WESTERN PUB PUZZLES (2) - SM - FT | 180 00 | 1815 00 |
| 3/18 | WEST PUB CO | 18 PGS - INK BORN OF THE SUN | 495 00 | 2310 00 |
| 3/23 | MILTON CANIFF | 6 DAILIES - 1 SUNDAY STEVE CANYON 5/23 - 30 | 360 00 | 2670 00 |
| 4/1 | MARVEL | 10 PGS - BLACK GOLIATH #4 PART PENCIL - INK | 450 00 | 3120 00 |
| 4/7 | MARVEL | 7 PGS - BLACK GOLIATH #4 PART PENCIL - INK | 315 00 | 3435 00 |
| 4/15 | MARVEL | 10 PGS - TORA + THING PART PENCIL - INK | 440 00 | 3875 00 |
| 4/22 | MILTON CANIFF | 5 SUNDAYS - 6-6-6-13 - 6-20 | 360 00 | 4235 00 |
| 4/30 | MARVEL | 7 PGS - TORA + THING PART PENCIL - INK | 308 00 | 4543 00 |
| 5/5 | PENCIL | | | |
| 5/21 | MARVEL | 7 PGS AVENGERS - 100 - BLK ANT PENCIL | 280 00 | 4823 00 |
| 6/2 | MARVEL | 10 PGS AVENGERS 145 - BLK ANT - PENCILS | 400 00 | 6223 00 |
| 6/4 | DICK CIARDI | 4 PGS - INK - CVR PIECE PER PGS. | 160 00 | 6383 00 |
| | MARVEL | | 650 00 | 7033 00 |
| 7/21 | MARVEL | 7 PGS GHOST RIDER #22 | 280 00 | 7345 00 |
| 7/28 | MARVEL | 5 PGS GR #23 PENCIL | 200 00 | 7545 00 |
| 5/4 | WEST PUB CO | 13 PGS PENCIL LONE RANGER | 357 50 | 7906 50 |
| 8/5 | MARVEL | 5 PGS GR #22 PENCIL (COVER) | 200 00 | 8100 00 |
| 8/28 | WEST PUB CO | 10 PGS PENCIL LONE RANGER | 275 00 | 8375 00 |
| 9/4 | JOHN BUSCEMA | 1ST WEEK TEACHING | 100 00 | 8475 00 |
| 9/13 | JOHN BUSCEMA | 2ND WEEK TEACHING | 100 00 | 8575 00 |

DETTWILER-0080

1976

| DATE | ACCOUNT | JOB | AMOUNT | | TOTAL | |
|------|---------|-----|--------|---|-------|---|
| 9/17 | WESTERN | 23 PGS - INK - COWARD ETC LONE RANGER | 632 | 50 | 9207 | 50 |
| 9/30 | MARVEL | 5 PGS - GHOST RIDER - #23 | 200 | 00 | 9407 | 50 |
| 10/4 | JOHN BUSCEMA | 3 & 4 TH WEEK TEACHING | 200 | 00 | 9607 | 50 |
| 10/6 | MARVEL | 5 PGS- GHOST RIDER #23 | 200 | 00 | 9807 | 50 |
| 10/13 | JOHN BUSCEMA | 5TH WEEK TEACHING | 100 | 00 | 9907 | 50 |
| 10/16 | MARVEL | 7 PGS GHOST RIDER #23 PENCIL | 280 | 00 | 10187 | 50 |
| 10/19 | JOHN BUSCEMA | 6TH WEEK TEACHING | 100 | 00 | 10287 | 50 |
| 10/27 | JOHN BUSCEMA | 7TH WEEK TEACHING | 100 | 00 | 10387 | 50 |
| 10/27 | MARVEL | 5 PGS. GR #24 #25 PENCIL INVENTORY | 200 | 00 | 10587 | 50 |
| 10/29 | JOHN B. | 8TH WEEK TEACHING | 100 | 00 | 10687 | 50 |
| 11/1 | MARVEL | 4 PGS- GR- INVENTORY PENCIL #25 | 160 | 00 | 10847 | 50 |
| 11/6 | JOHN B- | 9TH WEEK TEACHING | 100 | 00 | 10947 | 50 |
| 11/10 | MARVEL | 5 PGS - GR # 24 PENCIL | 200 | 00 | 11147 | 50 |
| 11/13 | JOHN B | 10 TH WEEK TEACHING | 100 | 00 | 11207 | 50 |
| 11/17 | MARVEL | 4 PGS - GR # 24 PENCIL | 160 | 00 | 11367 | 50 |
| 11/20 | JOHN B | 11TH WEEK TEACHING | 100 | 00 | 11467 | 50 |
| 11/24 | JOHN B | AD JOB - GIRL & BOY. STARS - FLASH BKG- SLIPPERS | 250 | 00 | 11717 | 50 |
| 12/1 | MARVEL | 4 PGS- GR # 24 PENCIL | 160 | 00 | 11877 | 50 |
| 11/24 | MARVEL | 5 PGS - GR # 24 PENCIL | 200 | 00 | 12077 | 50 |
| 12/4 | JOHN B. | 12 WEEK — 1ST WEEK TEACHING - | 200 | 00 | 12277 | 50 |
| 12/11 | JOHN B | 2 ND WEEK TEACHING | 100 | 00 | 12377 | 50 |
| 12/18 | JOHN B | 3 rd WEEK TEACHING | 100 | 00 | 12477 | 50 |
| 12/28 | D.C. | 17 PGS - WONDER WOMAN 1st Part- STRONE + CO | 680 | 00 | 13157 | 50 |
| | D.C. | ROYALTIES — PAGES PREVIOUSLY DONE | 152 | 00 | 13309 | 50 |

1977

| DATE | ACCOUNT | JOB | AMMOUNT | | TOTAL | |
|------|---------|-----|---------|---|-------|---|
| 1/8 | JOHN B. | 4TH WEEK TEACHING | 100 | 00 | 100 | 00 |
| 1/15 | JOHN B. | 5TH WEEK TEACHING | 100 | 00 | 200 | 00 |
| 1/17 | MARVEL | 5 PG. GR #25 PENCIL 10-14 | 200 | 00 | 400 | 00 |
| 1/28 | JOHN B | 6 & 7 TH WEEK TEACHING | 200 | 00 | 600 | 00 |
| 2/5 | JOHN B | 8TH WEEK TEACHING | 100 | 00 | 700 | 00 |
| 2/8 | D.C. | 15 PGS WONDER WOMAN | 600 | 00 | 1300 | 00 |
| 2/19 | JOHN B | 9TH WEEK TEACHING. | 100 | 00 | 1400 | 00 |
| 2/26 | JOHN B | 10TH WEEK TEACHING | 100 | 00 | 1500 | 00 |
| 3/3 | MARVEL | 3 PGS - GR# 25 15-17 | 126 | 00 | 1626 | 00 |
| 3/5 | JOHN B | 1 WEEK TEACHING | 100 | 00 | 1726 | 00 |
| 3/8 | D.C. | WONDER WOMAN PENCIL 17 PGS - #234 | 680 | 00 | 2406 | 00 |
| 3/12 | JOHN B | 1L WEEK 1ST WEEK NEW COURSE - | 200 | 00 | 2606 | 00 |
| 3/19 | JOHN B | 2ND WEEK 3rd COURSE | 100 | 00 | 2706 | 00 |
| 3/26 | JOHN B | 3rd WEEK 3rd Course | 100 | 00 | 2806 | 00 |
| 3/28 | JOHN B | 4-5-6 WEEK FOR APRIL COURSE | 300 | 00 | 3106 | 00 |
| 4/1 | D.C. | 17 PGS - TEEN TITANS | 680 | 00 | 3786 | 00 |
| 4/17 | D.C. | 10 PGS - BG + R. | 400 | 00 | 4186 | 00 |
| 4/28 | D.C. | 14 PGS - BG + R | 560 | 00 | 4746 | 00 |
| 5/8 | JOHN B. | 7TH WEEK 3rd Course | 100 | 00 | 4846 | 00 |
| 5/6 | JOHN B | 8TH WEEK 3rd Course | 100 | 00 | 4946 | 00 |
| 5/15 | D.C. | 8 PG. TEEN TITANS # 51 | 320 | 00 | 5266 | 00 |
| 5/24 | JOHN B | 9TH WEEK 3rd Course | 100 | 00 | 5366 | 00 |
| 6/1 | Reprint Marvel - | | 81 | 00 | 5447 | 00 |
| 5/26 | D.C. | 9 PGS - TEEN TITANS # 51 | 360 | 00 | 5807 | 00 |
| 6/3 | JOHN B | 10 TH WEEK - 3rd COURSE | 100 | 00 | 5907 | 00 |

DETTWILER-0082

1977

| DATE | ACCNT | JOB | AMM'T | | TOTAL | |
|------|-------|-----|-------|---|-------|---|
| 6/8 | D.C. | 8 PGS – TT #52 DEC- TITANS CLASH PENCIL | 320 | 00 | 6227 | 00 |
| 6/11 | JOHN B | 11TH WEEK- TEACHING – 3RD COURSE | 100 | 00 | 6327 | 00 |
| 6/18 | JOAN B. | 12TH WEEK- TEACHING 3rd. COURSE | 100 | 00 | 6427 | 00 |
| 6/26 | D.C. | 9PGS– TT #52 DEC TITANS CLASH PENCIL | 360 | 00 | 6787 | 00 |
| 7/15 | D.C. | 6 PGS– SUPERGIRL – 187 | 240 | 00 | 7027 | 00 |
| 7/26 | BOB BURRAN | STUDIO WORK | 50 | 00 | 7077 | 00 |
| 7/29 | D.C. | 5 PGS– SUPERGIRL – 187 | 520 | 00 | 7599 | 00 |
| | | 8 PGS –BATGIRL– ROBIN #16 | | | | |
| 8/8 | BOB BURRAN | STUDIO WORK | 200 | 00 | 7799 | 00 |
| 8/19 | D.C | 14 PGS BATGIRL + ROBIN | 560 | 00 | 8359 | 00 |
| 8/25 | D.C. | REST OF PYM- 10 PGS- SG + ROBIN | 120 | 00 | 8479 | 00 |
| 9/9 | D.C. | 8 PGS STEEL # 1 | 320 | 00 | 8799 | 00 |
| 9/9 | BOB BURRAN | STUDIO WORK | 200 | 00 | 8999 | 00 |
| 9/23 | D.C | 9 PGS STEEL # 1 | 360 | 00 | 9359 | 00 |
| 9/30 | D.C. | 1 PG STEEL # 1 PENCIL 2 PGS P+I MODEL SHEET STEEL | 174 | 00 | 9533 | 00 |
| 10/5 | MARVEL | REPRINT- WOMAN VILLIANS | 28 | 00 | 9561 | 00 |
| 10/5 | JOAN BURAN | CLASSES 1 + 2    9/21- 9/30 | 200 | 00 | 9761 | 00 |
| 10/12 | JOAN B | CLASSES 3 + 4    10/4- 10/7 | 200 | 00 | 9961 | 00 |
| 10/12 | D.C. | STEEL COVER + REPRO | 131 | 00 | 10092 | 00 |
| 10/17 | JOAN B | CLASSES 5 + 6   10/11 - 10/14 | 200 | 00 | 10292 | 00 |
| 10/20 | DC | BATGIRL # 17  8 PGS- BM+F | 336 | 00 | 10628 | 00 |
| 10/25 | JOAN B | CLASSES 7 - 8 -  10/18 + 10/21 | 200 | 00 | 10828 | 00 |
| 10/27 | D.C | BATGIRL # 17    8PGS- BM F | 336 | 00 | 11164 | 00 |
| 10/30 | D.C. | BATGIRL # 17   5 PGS BM F | 210 | 00 | 11374 | 00 |
| 11/1 | JOAN B | CLASSES 9-10   10/25 - 10/28 | 200 | 00 | 11574 | 00 |
| 11/9 | JOHN B | CLASSES 11 - 12 11/1 - 11/4 | 200 | 00 | 11774 | 00 |

DETTWILER-0083

'977

| DATE | ACCOUNT | JOB | AMM'T | TOTAL |
|------|---------|-----|-------|-------|
| 11-10 | D.C. | COVER - STEEL # 2 | 78.00 | 11852.00 |
| 11-19 | D.C | SPEC PENCIL - STEEL # 2 | 336.00 | 12188.00 |
| 11-14 | JOHN B | CLASSES - 13-14  11/8 - 11-11 | 200.00 | 12388.00 |
| 11-21 | JOHN B | CLASSES - 15-16  11/15 - 11/18 | 200.00 | 12588.00 |
| 11-28 | JOHN B | CLASS - 17 - 11/22 | 100.00 | 12688.00 |
| 12-2 | D.C | SPEC PENCIL STEEL # 2 | 373.00 | 13061.00 |
| 12-5 | JOHN B | CLASS 18-19  11/26 - 11/29 | 200.00 | 13266.00 |
| 12-12 | WARREN | SAMPSON SORES INK | 600.00 | 13866.00 |
| 12-12 | JOHN B | CLASS 20-21  12/6 - 12-9 | 200.00 | 14066.00 |
| 12-17 | D.C | SPEC PENCIL STEEL # 3 | 870.00 | 14936.00 |
| 12-18 | JOHN B | CLASS 22-23  12-13  2-16 | 200.00 | 14686.00 |
| 12/24 | D.C | COVER - STEEL # 3 | 78.00 | 14764.00 |
| 12/27 | BOB KERRY | STUDIO WORK | 200.00 | 14964.00 |
| 12/30 | JOHN B | CLASS # 24 - 12/20 | 100.00 | 15064.00 |
| | Westtom | Born of Steel | 70.00 | 15134.00 |

1978

| DATE | ACCOUNT | JOB | AMOUNT | TOTAL |
|---|---|---|---|---|
| 1/6 | JOHN B | CLASS # 25 1/6 | 100 00 | 100 00 |
| 1/13 | D.C. | 10 PGS PENCIL SKELD # 4 | 420 00 | 520 00 |
| 1/15 | JOHN B | CLASSES #26 26 - 27 1/6 - 1/13 | 200 00 | 720 00 |
| 1/9 | JOHN B. | CLASS 28 - 1/17 | 100 00 | 820 00 |
| 1/29 | John B - | CLASSES 29-30 1/24 -1/27 | 200 00 | 1020 00 |
| 2/12 | D.C. | 10 PGS BATMAN FAM #20 BATGIRL + ROBIN 1-10 | 420 00 | 1440 00 |
| 2/19 | D.C | 10 PGS  BAT FAM #20 BATGIRL + ROBIN 11 - 20 | 920 00 | 1860 00 |
| 2/24 | D.C | COVER STEEL # 4 | 78 00 | 1938 00 |
| 2/24 | D.C. | REPRINTS SRA B2 B3 | 37 50 | 1975 50 |
| 3/3 | D.C. | REPRINT SRA - REPRINT (SUPER A) | 20 00 | 1995 50 |
| 3/3 | D.C | STEEL #5   10 PG PENCIL | 420 00 | 2415 50 |
| 3/10 | D.C | STEEL # 6 COVER PENCIL + SKETCH | 78 00 | 2493 50 |
| 3/14 | D.C | STEEL # 6, 10 PGS PENCIL | 630 00 | 3123 50 |
| 4/6 | D.C. | 10 PGS BF BATGIRL # 21 PENCIL - SHE SUPERMEN - CHINAM | 420 00 | 3543 50 |
| 4/20 | D.C. | 8 PGS - STEEL # 6 | 378 00 | 3921 50 |
| 4/24 | J. PERONS (Armco | DESIGNS SHIRTS - CIGARRY @ @ 20 | 60 00 | 3981 50 |
| 5/1 | Armco | 1 - HAIR | 20 00 | 4001 50 |
| 5/5 | ARMCO | 3 PEANUTS - BOAT - GIRL (MM) | 60 00 | 4061 50 |
| 5/15 | ARM CO | 2 - DRAWINGS - | 31 00 | 4092 50 |
| 5/19 | D.C. | 16 PGS - STEEL # 6 DUCK | 672 00 | 4734 50 |
| 5/19 | ARMCO. | 2 DRAWINGS - LIQUOR RED GLIDER | 30 50 | 4765 00 |
| 5/24 | ARMCO | 5 DRAWINGS - RIVG - TUNNEL - HEAD NOS, FANNY RAMBO - MR CUB - SOUND CITY | 76 05 | 4841 05 |
| 5/26 | D_C. | STEEL # 6 COVER | 78 00 | 4939 05 |
| 6/1 | D.C | BF BATGIRL # 22 1/06 | 462 00 | 5401 05 |
| 6/4 | B. GEFRAN | 50 STUDIO WORK | 50 00 | 5451 05 |

DETTWILER-0085

1978

| DATE | ACCOUNT | JOB | AMOUNT | TOTAL |
|---|---|---|---|---|
| 6/18 | D.C. | 10 PGS STEEL # 7 | 420 00 | 5871 05 |
| 6/21 | BOB BERRAN | STUDIO WORK | 50 00 | 5921 05 |
| 6/30 | D.C. | 2 PGS STEEL # 7 | 84 00 | 6005 05 |
| 7/3 | DON. | 15 PG — SCHERGER SF DEP-MARE IN NEW ATHENS | 630 00 | 6635 05 |
| 7/20 | D.C. | 8 PGS — ADV 462 — FLASH | 336 00 | 6971 05 |
| 7/27 | D.C. | 4 PGS ADV 462 — FLASH | 168 00 | 7139 05 |
| 8/5 | DC | 5 PGS WEIRD WAR — PLOT THE GREAT PENCILS ROY MORGAN | 210 00 | 7349 05 |
| 8/17 | ANDRE LA BLANC — P | DAILY — 7/25 - 9/30 10% SUNDAY PENCILS R.M — SCRATCH | 250 00 | 7599 05 |
| 8/24 | A. ABLANC | 10/1 | 100 00 | 7699 05 |
| 8/00 | P LA BLANC | PENCILS — R.M DAILY 10/2 — 10/7 | 150 00 | 7849 05 |
| 8/28 | A CA BLANC | ROUGH TRACE — SUN 10/8 FINISH | 60 00 | 7809 05 |
| 9/29 | D.J | 462 — ADVENTURE — AQUAMAN SCRATCH SECTION | 509 00 | 8318 05 |
| 9/8 | A M BLANC | CLOSE TRACINGS — DAILIES | 90 00 | 8408 05 |
| 9/14 | ANDRE CA BLANC | TRACINGS — 2 WEEKS DAILIES 1 SUNDAY — 10/23 — 11/4 | 240 00 | 8643 05 |
| 9/15 | BOB BERRAN | STUDIO WORK | 25 00 | 8668 05 |
| 9/18 | D.C. | 12 PGS — BF — SUPERGIRL MAY - JUNE | 504 00 | 9172 05 |
| 10/2 | D.C. | 12 PGS — AQUAMAN — ADVENTURE 463 | 504 00 | 9626 05 |
| 10/11 | D.C. | 6 PGS — FLASH — ADVENTURE 463 | 252 00 | 9928 05 |
| 10/20 | D.C. | 6 PGS FLASH AD 463 | 252 00 | 10180 05 |
| 10/26 | D.C. | 6 PGS FLASH AD 464 | 252 — | 10432 05 |
| 11/6 | D.C. | 5 PG FLASH AD 464 | 280 — | 10642 05 |
| 11/22 | D.C. | 12 PG SUPERGIRL DOUBLE ID. SMF 396 | 504 — | 11146 05 |
| 11/26 | BOB BERRAN | STUDIO WORK | 90 — | 11236 05 |
| 12/4 | D.C. | 11 PGS BATGIRL — | 462 — | 11698 05 |
| 12/20 | D.C. | 12 PGS SUPERGIRL — SMF IN THE PAST 1979 ISM | 504 — | 12202 05 |
| 12/20 | CARTOONORAMA | 1 PAGE SAID WONDER WOMAN COLOR | 25 — | 12227 05 |

1979

| Date | Account | Job | Ammount | Total |
|---|---|---|---|---|
| 5 | a - D.C. Comics | Adventure 465 - Flash 6 Pgs | 252 - | 252 - |
| 2/9 | D.C. | ADVENTURE 465 FLASH 6 PGS | 252 - | 504 - |
| 2/23 | D.C. | JIMMY OLGEN - 11 PGS - | 462 - | 966 - |
| 3/6 | D.C. | 4 PGS - BATGIRL - DET COM. 486 | 180 - | 1146 - |
| 4/3 ? | D.C. | 4 PGS BATGIRL - DET. COMICS KILLER MOTH - 486 | 180 - | 1326 - |
| 2/5 | D.C. | 3 PGS - WEIRD WAR - FIGURE | 405 - | 1731 - |
| 2/25 | D.C. | 6 PGS - GHOSTS - OARONEL (PENCIL) | | |
| | | 8 PGS - GREEN LANTERN 120 | 360 - | 2091 - |
| 3/2 | D.C. | 9 PGS GL 120 - CONQUISTADOR | 405 - | 2496 - |
| 3/0 | SI BARRY | 6 DAILIES # 97 - 102 BREAK-DOWN PENCILS | 200 - | 2696 - |
| 3/10 | SI BARRY | 6 DAILIES #9 103 - 108 BD - PENCILS | 200 - | 2896 - |
| 3/18 | D.C. | 11 PGS - SG SMF 198 - | 495 - | 3391 - |
| 3/25 | D.C. | 8 PGS - GL - GA 121 | 360 - | 3751 - |
| 4/5 | MARVEL | REPRINTS # 45 | 67 50 | 3818 50 |
| 4/3 | D.C | W WAR - 3 PGS INK - 102 G - 121 9 PGS PENCIL - 405 | 507 - | 4325 50 |
| 4/3 | D.C | HOUSE MYS ART - # 17 | 115 - | 4440 50 |
| 4/20 | D.C. | GL - GA - 122 - 8 PGS - | 360 - | 4800 50 |
| 4/27 | D.C. | GL - GA - 122 9 PGS PENCIL WITH TREE RINGS | 405 - | 5205 50 |
| 5/7 | D.C. | FLASH 280 - 8 PGS PNL WRONG MAN | 360 - | 5565 50 |
| 5/17 | D.C. | FLASH 280 - 9 PGS - PENCIL WRONG MAN | 405 - | 5970 50 |
| 5/20 | D.C. | FLASH 281 - 8 PGS - PENCIL | 360 - | 6330 50 |
| 6/0 | D.C. | FLASH 281 - 9 PGS PENCIL - | 405 - | 6737 50 |
| 6/5 | D.C. | FLASH 282 - 8 PGS - PENCIL "MISH MASH" | 360 - | 7097 50 |
| 6/27 | D.C. | FLASH 282 - 9 PG - PENCIL | 405 - | 7502 5. |
| 7/12 | D.C. | FLASH 283 - 8 PGS PENCIL | 36 c | 786 c 5c |
| 7/20 | D.C. | FLASH 283 - 9 PGS - PENCIL | 405 | 8267 5c |

DETTWILER-0087

1979

| Date | Name | Description | | Amount | Total |
|---|---|---|---|---|---|
| 8/2 | D.C. | 8 PGS - FLASH 284 RUN FLASH RUN - | 360 | - | 8627 5 |
| 8/2 | D.C. | 9 PGS - FLASH 284 | 405 | - | 9032 50 |
| 8/27 | D.C. | 8 PG - DET 481 - BG+R | 360 | - | 9392 50 |
| 9/5 | D.C. | 7 PGS - DET 489 BG+R | 315 | - | 9707 50 |
| 9/5 | D.C. | 8 PGS FLASH 285 SKETCHED PENCIL - IF AT FIRST YOU DON'T | 360 | - | 10067 50 |
| 9/27 | D.C. | 9 PGS FLASH 285 - | 405 | - | 10472 50 |
| 9-2 | MARVEL | REPRINT | 10 | - | 10482 50 |
| 10/3 | MARVEL | REPRINT - MARVEL SUPER ACTION # 16 | 40 50 | 10523 - |
| 10/5 | D.C. | 8 PGS FLASH 286 - RAINBOW RAIDER PENCIL | 360 | - | 10883 - |
| 10/5 | D.C. | COVER FLASH 285 - SKETCHED PENCIL | 81 | - | 10964 - |
| 10/25 | D.C. | 9 PGS FLASH 286 - RAINBOW PENCIL RAIDER - | 405 | - | 11369 - |
| 10/30 | D.C. | FL - 286 - SKETCHY PENCIL COVER | 441 | - | 11810 - |
| 10/3 | CARTOONERVILLE | FL - 287 - 8 PGS - PENCIL DR. A CANEY LECTURE - | 50 | - | 11860 - |
| 11/12 | D.C. | 9 PG - FL - 287 - US 290 COVER | 485 | - | 12345 - |
| 11/24 | D.C. | 8 PG - FL 288 + 287 COVER | 360 85 | - | 12790 - |
| 12/3 | MARVEL | REPRINT - | 40 50 | 12830 50 |
| 12/7 | D.C. | 9 PGS - F 289 - DR. ALCHEMY - MR ELEMENT | 405 | - | 13235 50 |
| 12/13 | D.C. | F # 288 COVER | 85 | - | 13320 50 |
| 12/13 | D.C. | CHRISTMAS - BONNO. | 300 | - | 13620 50 |
| 12/24 | D.C. | 8 PG - F - 289 - 50HH MYSTERY COVER | 360 85 | - | 14065 50 |
| 12/31 | D.C. | 9 PGS - F - 289 - | 405 | - | 14470 50 |
| 12/31 | D.C. | 90 HH - COVER INK - | 35 | - | 14505 50 |

DETTWILER-0088

## – 1980 –

| DATE | ACCOUNT | JOB | AMM'T | TOTAL |
|---|---|---|---|---|
| 1/4/80 | D.C. | SUB - AD - ART - REPRINT | 22 50 | 22 50 |
| 1/4 | D.C. | FLASH 290 - 8 PGS - WILL YOU BELIEVE F-289 COVER + S ME WHEN I'M DEAD | 445 - | 467 50 |
| 1/25 | D.C. | FLASH 290 9 PGS - | 405 | 872 50 |
| 1/30 | D.C. | GHOSTS 92 - COVER 50TH - 18 COVER | 240 | 1112 50 |
| 3/4 | D.C. | FLASH 291 - 9 PGS PENCIL | 405 - | 1517 50 |
| 3/4 | D.C. | FLASH 291 - 8 PGS PENCIL - | 360 - | 1877 50 |
| 3/5 | D.C. | F-290 - COVER F-291 - 9 PGS - INK - | 391 - | 2268 50 |
| 3/5 | D.C. | F-291 - 8 PGS - INK - | 272 - | 2540 50 |
| 3/12 | D.C. | CONTRACT PERFORMANCE . | 450 - | 2990 50 |
| 3/17 | D.C. | F-292 - 9 PGS - PENCIL | 405 - | 3395 50 |
| 3/26 | D.C. | F-292 8 PGS - MIRROR MIRROR | 360 - | 3755 50 |
| 3/26 | D.C. | F-292 - RAISE ADJ. | 85 - | 3840 50 |
| 4/16 | D.C. | F-292 8 PGS - INK - MIRROR - MIRROR | 272 - | 4112 50 |
| 4/16 | D.C. | F-292 9 PGS - INK - M-M | 306 - | 4418 50 |
| 5/1 | D.C. | F-293 6 PGS - PENCIL | 300 - | 4718 50 |
| 5/1 | D.C. | F-293 6 PGS - PENCIL | 300 - | 5018 50 |
| 5/1 | D.C. | F-292 COVER - SKETCH | 85 - | 5103 50 |
| 5/13 | D.C. | F-294 - 9 PGS - PENCIL - APGS | 450 | 5553 50 |
| 5/30 | D.C. | F-293 12 PGS INK - FINGR - HEROS | 408 - | 5961 50 |
| 6/9 | D.C. | F-294 - 8 PGS - PENCIL APGS | 400 - | 6361 50 |
| 6/17 | D.C. | GHOSTS 96 COVER PENCIL + INK | 120 - | 6481 50 |
| 6/17 | D.C. | F-294 - 8 PGS - INK - | 272 00 | 6753 50 |
| 6/27 | D.C. | F-294 - 9 PGS - INK - | 306 - | 7059 50 |
| 6/27 | D.C. | F-294 - COVER - SKETCH - PENCIL | 85 | 7144 50 |
| 7/18 | D.C. | VLA - 187 - 13 PGS - PENCIL - | 650 | 7794 50 |

DETTWILER-0089

- 1980 -

| DATE | ACCOUNT | JOB | PRICE | TOTAL |
|---|---|---|---|---|
| 7/30 | D.C. | 12 PAGES - JLA - 187 - PENCIL | 600 00 | 8394 50 |
| 8/14 | D.C. | 9 PGS - FL - 295 - COVER - FL 295 | 535 - | 8929 50 |
| 8/21 | D.C. | 11 PAGES - JLA - 188 | 550 - | 9479 50 |
| 8/25 | D.C. | 8 PAGES - F - 295 PENCIL | 400 00 | 9879 50 |
| 9/8 | D.C. | 17 PGS - F - 295 INK | 578 00 | 10457 50 |
| 9/16 | D.O. | 8 PGS - AQM - 517 ACTION | 400 - | 10857 50 |
| 1/24 | D.C. | 8 PGS - AQM - ACTION - 518 | 400 - | 11257 50 |
| 9/6 | D.C. | 8 PGS - ACTION - 517 INK AQUAMAN | 272 - | 11529 50 |
| 10/15 | D.C | 5 PGS - ACTION - AQM INK 518 | 272 - | 11801 50 |
| 1/27 | D.C | 8 PGS - ACTION AQM - FAMILY PLOT 517 | 400 - | 12201 50 |
| 11/4 | D.C. | 8 PGS ACTION AQM THE END 520 | 400 - | 12601 50 |
| 1/20 | D.C. | 8 PGS - ACTION 517 AQM FAMILY PLOT - INK - | 272 - | 12873 50 |
| 1/27 | D.C. | AQUAMAN - MINI - COMIC - 15 PGS LEAK CONFECTIONARY | 375 - | 13248 50 |
| 12/6 | D.C | LEAF CONFECTIONARY - 5 PGS P + 1 FLASH ORIGIN | 630 - | 13878 50 |
| 12/11 | D.C. | DIAL H FOR HERO 482 AC PENCIL | 350 | 14228 50 |
| 12/11 | D.C. | AQUAMAN - ACTION 520 - THE END INK | 272 | 14500 50 |
| 12/16 | D.C. | BONUS - CHRISTMAS | 300 - | 14800 50 |
| 12/22 | P.C. | DIAL H - INK 482 C | 238 - | 15038 50 |
| 12/29 | D.C. | DIAL H - PENCIL 483 A - 12 PGS - | 600 - | 15638 50 |

## 1981

| DATE | ACCOUNT | JOB | PRICE | TOTAL |
|---|---|---|---|---|
| 1/17 | D.C. | ADVENTURE 484 - DIAL H 9 PGS PENCIL | 750 - | 450 - |
| 2/5 | D.C. | ADVENTURE 483A - DIM H - INKS 12 PGS | 405 - | 855 - |
| 2-14 | D.C. | ADVENTURE 484A - 8 PGS - BOUNTY HUNTER | 400 - | 1255 - |
| 2/26 | D.C. | DCCP- S-3550 9 PGS - PENCIL | 450 - | 1708 - |
| 3/10 | D.C. | DCP- S-3550 SUP+FC 8 PGS PENCIL | 400 - | 2108 - |
| 3/25 | D.C. | DCP- S-3550 - SUMAN+F 17 PGS INK | 680 - | 2788 - |
| 3/10 | D.C. | INCENTIVE BONUS CONTRACT PERFORMANCE - | 500 - | 3288 - |
| 4/3 | D.C. | DIAL H ADV 486- 9 PGS - PENCIL | 495 - | 3783 - |
| 4/10 | D.C. | DIAL H ADV-486 - 8 PGS - HELL ON EARTH | 440 - | 4223 - |
| 4/27 | D.C. | DIAL H-ADV. 2187- 9 PGS, CHARM A SERPENT PENCIL | 495 - | 4718 - |
| 5/5 | D.C. | DIAL H - ADV-486 - 17 PGS INK - HELL ON EARTH | 680 - | 5398 - |
| 5/15 | D.C. | DIAL H. AV. 487 9 PGS CHARM A SERPENT INK | 360 - | 5758 - |
| 6/5 | D.C. | WW- 287- WW+FT - 16 PGS PENCIL | 880 - | 6638 - |
| 6/17 | D.C. | VCA 198 - WILD WILD WEST - 14 PGS - PENCIL | 770 - | 7408 - |
| 7-1 | D.C. | VCA-199 WILD WILD WEST- 13 PGS PENCIL | 715 - | 8123 - |
| 7-14 | D.C. | VCA-199 - GRAND CANYON SHOWDOWN 10 PGS - PENCIL | 550 - | 8673 - |
| 7-28 | D.C. | VCA-199 - GRAND CANYON SHOWDOWN 10 PGS - PENCIL | 550 - | 9223 - |
| 8-5 | D.C. | VCA-199-GRAND CANYON SWDN 7 PGS - PENCIL | 385 - | 9608 - |
| 5-14 | D.C. | WC 277 - 7 PGS PENCIL - ROME OF PLAGUE | 385 - | 9993 - |
| 8-26 | D.C. | PUZZLES WW+ BTMN - | 330 - | 10323 - |
| 8-28 | D.C. | WC 277 - 7 PGS - PENCIL SCRGT OF PLAGUE | 385 - | 10708 - |
| 9-17 | D.C. | VCA-201- 12 PGS - PENCIL HERO - WILMA - | 660 - | 11368 - |
| 9-30 | D.C. | NCA-201 13 PGS PENCIL HERO - ULTRAA - | 715 - | 12083 - |
| 10-16 | D.C. | VCA-202 - 12 PGS PENCIL SPACE JOB - | 660 - | 12733 - |
| 10-16 | NEW MEDIA | TV Virginian - 3 spots | 152 - | 12885 - |

DETTWILER-0091

1 SHARE - 67.94.

DETTWILER-0092

'981

| DATE | ACCOUNT | JOB | | PRICE | TOTAL |
|------|---------|-----|---|-------|-------|
| | VCA-DC | VCA-202 | 13 PGS PENCIL & SPACE JOBS | 715 — | 13,558 — |
| -18 | VCA-DC | VCA-203 | 12 PGS PENCIL PART ONE TOTAL PROGRAM | 660 — | 14,268 — |
| 12-8 | VCA-DC | VCA-205 | 13PGS PENCIL PART ONE RFG — | 715 — | 14,973 — |
| 1-23 | VCA-DC | VCA-204 | 8 PGS PENCIL PART 2 RFG. | 440 — | 15,413 — |
| 12-30 | DC. | VCA-204 | 17 PGS — RFG PENCIL PART II | 935 — | 16,348 |

DETTWILER-0093

ROYALTY CHECKS -

| | | | | |
|---|---|---|---|---|
| ✳ | 3-20 | 200.00 | — DC REGNNG 4H | 200.00 |
| | 6-3 | 125.87 | — VCA 198 - WW | 387.87 |
| | 6-28 | 106.83 | — VCA-199 | 488.46 |
| | 9-3 | 130.44 | — VCA-201 | 618.90 |
| | 10-4 | 129.50 | — VCA-202 | 748.40 |
| | 11-9 | 72.00 | VCA-203 | 820.40 |
| | 11-30 | 24.55 | VCA-204 | 844.95 |
| | 12-29 | 123.68 | VCA-205 | 968.63 |

1982

| DATE | ACCOUNT | JOB | PAYMENT | | TOTAL | |
|---|---|---|---|---|---|---|
| 1-22-82 | D.C | VLA-205 9 PGS RFG. PENCIL PART III | 495 | — | 495 | — |
| 2-9 | D.C | VLA-205 8 PGS RFG PENCIL PART III | 440 | — | 935 | — |
| 2-18 | D.C | VLA-205 8 PGS RFG PENCIL PART III | 440 | — | 1375 | — |
| 2-22 | D.C | CONTRACT BONUS — | 550 | — | 1925 | — |
| 2-26 * | D.C | ROYALTIES D.C COMICS PRESENTS # 50 P-1 LEAD — | 206 | 06 | 2131 | 06 |
| 3-9 | D.C. | VLA-207 — 10 PGS — VSA-JLA — | 600 | 00 | 2731 | 06 |
| 3-26 | D.C. | VLA-207 · 13 pgs VLA-USA-ETC | 780 | 00 | 3511 | 06 |
| 4-13 | D.C | VLA-208 7 PGS — VLA-USA 2ND PART | 420 | — | 3931 | 06 |
| 4-26 | D.C | VLA-208 · 8 PGS — VLA 2ND PART | 480 | — | 4411 | 06 |
| 5-10 | D.C | VLA-208 · 8 PGS — 2ND PART OF STORY — | 480 | — | 4891 | 06 |
| 5-21 | D.C. | VLA-209 — 8 PGS VLA-USA 3rd part. | 480 | — | 5371 | 06 |
| 6-3 * | D.C | ROYALTY CHECK — WW-TT- JAN | 175 | 57 | 5546 | 93 |
| 6-9 | D.C. | VLA 209 8 PGS 480 / 7 PGS 420 | 700 | — | 6446 | 93 |
| 6-26 | D.C. | VLA-209 7 PGS — 4 PGS — PENCIL PENCIL FOR PART | 440 | — | 6886 | 93 |
| 7-10 | D.C. | VLA-209-8 PGS 12 PGS-UP THERE | 480 | — | 7366 | 93 |
| 7-10 | P.E | VLA 209 7 PGS ADVERTISING — | 115 | — | 7481 | 93 |
| 8-6 | D.C. | VLA-213 · 16 PGS-PENCIL· MICROVERSE — | 960 | — | 8441 | 93 |
| 8-23 | D.C. | VLA-213 7 PGS-PENCIL MICROVERSE — | 420 | — | 8861 | 93 |
| 9-9 | D.C | VLA-214 7 PGS — PENCIL MICRO-COSMOS PART II | 420 | — | 9281 | 93 |
| 9-9 | D.C. | HUNTRESS-301 7 PGS-PENCIL | 420 | — | 9701 | 93 |
| 10-3 | D.C. | VLA 214 8 PGS PENCIL | 480 | — | 10181 | 93 |
| 10-21 | D.C. | VLA 214 8 PGS PENCIL | 480 | — | 10661 | 93 |
| 11-24 | D.C. | PROJECT-ARMY-PROJECT 3 PGS PENCIL | 180 | — | 10891 | 93 |
| 11-8 | D.C. | PROJECT-ARMY-PROJECT 3 PGS INCREASE PENCIL RATE | 40 | — | 10931 | 93 |
| 11-8 | D.C. | PROJECT-ARMY PROJECT 3 PGS INK | 202 | 80 | 11134 | 93 |

DETTWILER-0095

1982

| DATE | ACCOUNT | JOB | PAYMENT | TOTAL |
|------|---------|-----|---------|-------|
| 11-8 | VLA-215-DC | VLA-215- 7 PGS - PENCIL | 420 - | 11554 43 |
| 12-13 | VLA-215-DC | 8 PGS PENCIL | 480 - | 12034 93 |
| 12-13 | DC | GREEN LANTERN CORPS - 6 PGS PENCIL | 360 - | 12394 43 |
| 12-23 | DC | VLA-215- 8 PGS - PENCIL | 480 - | 12874 43 |

DETTWILER-0096

ROYALTY CHECKS - 1983

| | | | | TOTAL |
|---|---|---|---|---|
| 3-18 | JCA-207 - | 337.78 | | |
| 4-20 | JCA-208 | 184.45 + 73.77 | | |
| 5-28 | JCA-309 | 169.59 | | |
| 10-24 | JCA-314 | 45.14 | — | 809.03 |
| 11-30 | JCA-215 - | 38.44 | — | 847.47 |
| 12-27 | JCA-316 | 56.63 | — | 904.10 |

1983

| DATE | ACCOUNT | JOB | PAYMENT | TOTAL |
|------|---------|-----|---------|-------|
| 1-21 | D.C. | WW 306 - 8 PG. PENCIL | 480 - | 480 - |
| 2-7 | D.C. | VLA 216 - 8 PG. PENCIL (WW 306 CHECK) | 480 | 960 - |
| 2-7 | D.C. | GI CORPS. 6 PGS - PENCIL | 360 - | 1320 - |
| 2-17 | D.C. | VLA-216 8 PGS. PENCIL | 480 - | 1800 - |
| 2-22 | D.C. | VLA-216 7 PGS - PENCIL (VLA 216 check) | 420 - | 2220 - |
| 3-4 | D.C. | WW 306 - 8 PGS PENCIL | 480 - | 2700 - |
| 3-4 | D.C. | CONTRACT PERFORMANCE CHECK | 600 - | 3300 - |
| 4-4 | D.C. | WW-307 - 8 PGS PENCIL | 560 - | 3860 - |
| 4-4 | D.C. | WW-307 - 8 PGS - PENCIL | 560 - | 4420 - |
| 4-11 | D.C. | WW-308 - 8 PGS PENCIL | 560 - | 4980 - |
| 4-22 | D.C. | WW-308 - 8 PGS PENCIL | 560 - | 5540 - |
| 5-3 | D.C. | WW 308 - 8PGS INKS | 376 - | 5916 - |
| 5-3 | D.C. | WW 308 - 8PGS INKS | 376 - | 6292 - |
| 5-13 | D.C. | WW 309 - 8PGS PENCIL | 560 - | 6853 x 4 |
| 5-13 | D.C. | WW SAMPLER 2 PGS PT 1 | 234 - | 7086 |
| 6-6 | D.C. | WW 309 - 8 pgs PENCIL | 560 - | 7646 |
| 6-6 | D.C. | WW 309 - 8 PGS - INK | 376 - | 8022 |
| 6-6 | D.C. | WW 309 - 8 PGS - INK | 376 - | 8398 |
| 6-17 | D.C. | WW 311 - 8 PGS - PENCIL | 560 - | 8958 |
| 6-28 | D.C. | WW 311 - 8 PGS - PENCIL GREMLIN PART 1 | 560 - | 9518 |
| 7-20 | D.C. | WW 311 - 8 PGS - INK | 376 - | 9894 |
| 7-20 | D.C. | WW 311 - 8 PG - INK - | 376 - | 10270 |
| 8-5 | D.C. | WW 312 8 PGS PENCIL GREMLINS PART 1 | 560 - | 10830 |
| 8-5 | D.C. | WW 312 8 PGS PENCIL | 560 - | 11390 |
| 8-20 | D.C. | WW 312 8 PGS INK | 376 - | 11766 |

DETTWILER-0098

1983

| DATE | ACCOUNT | JOB | PAYMENT | TOTAL |
|------|---------|-----|---------|-------|
| 8-29 | D.C. | WW 312 - 8 PGS - INK - 2ND PART OF GREMLIN STORY - | 376 - | 12142 - |
| 9-13 | D.C. | WW 313 8 PGS PENCIL - BURST | 560 - | 12702 - |
| 9-13 | D.C. | WW 313 8 PGS PENCIL - BURST | 560 | 13262 - |
| 9-26 | D.C. | WW 313 8 PGS - INK - | 376 - | 13638 - |
| 10-3 | D.C. | WW 313 8 PGS INK | 376 - | 14014 - |
| 10-24 | D.C. | WW 314 8 PGS PENCIL - BURST - MARIAN | 560 - | 14574 - |
| 10-25 | D.C. | WW 314 8 PGS PENCIL - | 560 - | 15134 - |
| 11-7 | D.C. | WW 314 8 PGS PENCIL G-1001 INK | 376 - | 15510 - |
| 11-7 | D.C. | WW 314 8 PGS PENCIL INK | 376 - | 15886 - |
| 11-23 | D.P. | WW 315 8 PGS PENCIL | 560 - | 16446 - |
| 12-6 | D.C. | WW 315 8 PGS - PENCIL | 560 - | 17006 - |
| 12-19 | D.C. | WW 315 8 PGS - INK - | 376 - | 17382 - |
| 12-19 | D.C. | WW 315 8 PGS - INK | 376 - | 17758 - |
| 12-29 | D.C. | WW 316 8 PGS - PENCIL | 560 - | 18318 - |
| 12-29 | D.C. | WW 316 8 PGS - PENCIL | 560 - | 18878 - |
| 2-7 | D.C. | GL CORPS 6 PGS PENCIL | - 360 | 18518 00 |
| | | TOTAL | | 18518 00 |

DETTWILER-0099

MARVEL - 135 - FREELANCE REINBURSEMENT -

DETTWILER-0100

*1984*

| | ACCOUNT | JOB | PAYMENT | TOTAL |
|---|---|---|---|---|
| 1-19 | D.C. | WW 316 - 8 PGS - INKS - | 400 | 400 |
| 1-19 | D.C. | WW 316 - 8 PGS INKS - | 400 | 800 |
| 1-24 | D.C. | WW 317 - 8 PG - PENCIL | 584 | 1384 |
| 2-3 | D.C. | WW 317 - 8 PGS - PENCIL | 584 | 1968 |
| 2-16 | D.C. | WW 319 - 8 PGS - PENCIL - | 584 | 2552 |
| 3-3 | D.C. | WW 319 - 8 PGS - PENCIL | 584 | 3136 |
| 3-23 | D.C. | WW 320 - 8 PGS PENCIL | 584 | 3720 |
| 3-23 | D.C. | CONTRACT PERFORMANCE | 702 | 4422 |
| 4-5 | D.C. | WW 320 8 PGS PENCIL | 584 | 5006 |
| 4-22 | TRIAD STUDIOS | AD FOR FABRICS 1 PG. | 900 | 5906 |
| 4-27 | D.C. | WW 321 8 PGS PENCIL | 584 | 6490 |
| 5-5 | D.C. | WW 321 8 PGS PENCIL | 584 | 7074 |
| 5-24 | D.C. | WW 322 8 PGS PENCIL | 584 | 7658 |
| 6-6 | D.C. | WW 322 8 PGS PENCIL | 584 | 8242 |
| 6-20 | D.C. | WW 322 7 PGS PENCIL | 511 | 8753 |
| 7-10 | D.C. | WW 323 8 PGS PENCIL | 584 | 9337 |
| 7-19 | D.C. | WW 323 8 PGS PENCIL | 584 | 9921 |
| 7-20 | D.C. | WW 323 7 PGS PENCIL | 511 | 10432 |
| 8-8 | D.C. | WW 323 7 PGS P - INK | 350 | 10782 |
| 8-18 | D.C. | WW 323 8 PGS - INK | 400 | 11182 |
| 8-18 | D.C. | WW 323 8 PGS - INK | 400 | 11582 |
| 9-1 | D.C. | CL BORD - BORDENS - 6 PGS PENCIL WHOS WHO PGS - 1 PG - N-1 | 561 | 12143 |
| 9-12 | D.C. | CL BORD - INK - BORDENS, 6 PGS | 350 | 12493 |
| 9-20 | D.C. | WW 324 8 PGS - PENCIL | 584 | 13077 |
| 9-27 | D.C. | WW 324 7 PGS PENCIL | 511 | 13588 |

DETTWILER-0101

1984

| | ACCOUNT | JOB | PAYMENT | TOTAL |
|---|---|---|---|---|
| 10-3 | D.C. | WW 324 - 8 PGS PENCIL | 584 - | 14172 - |
| 10-19 | D.C. | WW 324 - 12 PGS INK | 600 - | 14772 - |
| 11-26 | D.C. | WW 324 - 11 PGS - INK - | 550 - | 15322 - |
| 11-7 | D.C. | WW 325 - 7 PGS - PENCIL GREMLIN PENCIL KREMLIN | 511 - | 15833 - |
| 12-4 | D.C. | WW 325 - 8 PGS - PENCIL GREMLIN | 584 - | 16417 - |
| 12-11 | D.C. | WW 325 8 PGS - PENCIL GREMLIN | 584 - | 17001 - |
| 12-12 | D.C. | WW 325 11 pages Ink - Gremlin - Kremlin | 550 - | 17551 - |
| 12-30 | D.C. | WW 325 12 PGS INK - GREMLIN | 600 - | 18151 - |
| 9/ | | MISTAKE - ADDITON | - 50 | 18101 - |