# EXHIBIT 75

CERTIFICATE OF CONDUCTING BUSINESS UNDER ASSUMED NAME

The undersigned do hereby certify pursuant to Section 440 of the Penal Law of the State of New York that they carry on, conduct or transact business at 625 Madison Avenue in the City of New York, County of New York, State of New York, under the name or designation of "Marvel"

and that none of the persons conducting or transacting said business are infants; and that the true or real full name of all the persons conducting or transacting said business, and the residence addresses of said persons are as follows:

| Name | Address |
|---|---|
| Martin Goodman | Redacted - PII |
| Jean Goodman | |
| [Seal] Animated Timely Features, Inc. | 625 Madison Avenue<br>New York, New York |
| [Seal] Americas Magman Sales Corp. | 625 Madison Avenue<br>New York, New York |
| [Seal] Atlas Magazines, Inc. | 625 Madison Avenue<br>New York, New York |

1.

|         | Name                            | Address                                  |
|---------|---------------------------------|------------------------------------------|
| [Seal]  | Atlas News Co., Inc.            | 625 Madison Avenue<br>New York, New York |
| [Seal]  | Bard Publishing Corp.           | 625 Madison Avenue<br>New York, New York |
| [Seal]  | Canam Publishers Sales Corp.    | 625 Madison Avenue<br>New York, New York |
| [Seal]  | Chipiden Publishers Sales Corp. | 625 Madison Avenue<br>New York, New York |
| [Seal]  | Cornell Publishing Corp.        | 625 Madison Avenue<br>New York, New York |
| [Seal]  | Emgee Publications, Inc.        | 625 Madison Avenue<br>New York, New York |
| [Seal]  | Gem Publications, Inc.          | 625 Madison Avenue<br>New York, New York |
| [Seal]  | Hercules Publishing Corp.       | 625 Madison Avenue<br>New York, New York |
| [Seal]  | Interstate Publishing Corp.     | 625 Madison Avenue<br>New York, New York |

2021MARVEL-0069150

| Name | Address |
|---|---|
| [Seal] Jaygee Publications, Inc. | 625 Madison Avenue<br>New York, New York |
| [Seal] Leading Magazine Corp. | 625 Madison Avenue<br>New York, New York |
| [Seal] Magman Export Corp. | 625 Madison Avenue<br>New York, New York |
| [Seal] Male Publishing Corp. | 625 Madison Avenue<br>New York, New York |
| [Seal] Manvis Publications, Inc. | 625 Madison Avenue<br>New York, New York |
| [Seal] Margood Publishing Corp. | 625 Madison Avenue<br>New York, New York |
| [Seal] Marvel Comics, Inc. | 625 Madison Avenue<br>New York, New York |
| [Seal] Medalion Publishing Corp. | 625 Madison Avenue<br>New York, New York |
| [Seal] Mutual Magazine Corp. | 625 Madison Avenue<br>New York, New York |

3.

| | Name | Address |
|---|---|---|
| [Seal] | Newsstand Publications, Inc. | 625 Madison Avenue<br>New York, New York |
| [Seal] | Non-Pareil Publishing Corp. | 625 Madison Avenue<br>New York, New York |
| [Seal] | Official Magazine Corp. | 625 Madison Avenue<br>New York, New York |
| [Seal] | Olympia Publications, Inc. | 625 Madison Avenue<br>New York, New York |
| [Seal] | Prime Publications, Inc. | 625 Madison Avenue<br>New York, New York |
| [Seal] | Red Circle Magazines, Inc. | 625 Madison Avenue<br>New York, New York |
| [Seal] | Sphere Publications, Inc. | 625 Madison Avenue<br>New York, New York |
| [Seal] | Timely Comics, Inc. | 625 Madison Avenue<br>New York, New York |
| [Seal] | 20th Century Comic Corp. | 625 Madison Avenue<br>New York, New York |

2021MARVEL-0069152

| | Name | Address |
|---|---|---|
| [Seal] | Vista Publications, Inc. | 625 Madison Avenue<br>New York, New York |
| [Seal] | Walden Publishing Co., Inc. | 625 Madison Avenue<br>New York, New York |
| [Seal] | Warwick Publications, Inc. | 625 Madison Avenue<br>New York, New York |
| [Seal] | Western Fiction Publishing Co., Inc. | 625 Madison Avenue<br>New York, New York |
| [Seal] | Zenith Books, Inc. | 625 Madison Avenue<br>New York, New York |
| [Seal] | Zenith Publishing Corp. | 625 Madison Avenue<br>New York, New York |

Dated: March 8, 1967

_Martin Goodman_
Martin Goodman

Dated: March 8, 1967

_Jean Goodman_
Jean Goodman

Dated: March 8, 1967

_Martin Goodman_
Martin Goodman, President of Each of the Above-Named Corporations

5.

State of New York    )
                     ) ss.:
County of New York   )

On this 8th day of March, 1967, before me personally appeared Martin Goodman to me known to be the individual described in, and who executed, the foregoing instrument, and acknowledged that he executed the same.

Term expires: March 30, 1968

[Notary Seal]

_____
Notary Public, State of New York, Qualified in County of _____

DORIS SIEGLER
Notary Public, State of New York
No. 24-8990900
Qualified in Kings County
Certificate filed in New York County
Commission Expires March 30, 1968

State of New York    )
                     ) ss.:
County of New York   )

On this 8th day of March, 1967, before me personally appeared Jean Goodman to me known to be the individual described in, and who executed, the foregoing instrument, and acknowledged that she executed the same.

Term expires: March 30, 1968

[Notary Seal]

_____
Notary Public, State of New York, Qualified in County of

DORIS SIEGLER
Notary Public, State of New York
No. 24-8990900
Qualified in Kings County
Certificate filed in New York County
Commission Expires March 30, 1968

6.

State of New York    )
                     ) ss.:
County of New York   )

On this _8th_ day of March, 1967, before me personally appeared Martin Goodman to me known, who being by me duly sworn, did depose and say, that he resides in 849 Smith Lane, Woodmere, New York, that he is the president of each of the corporations described in and which executed the foregoing certificate; that he knows the seals of said corporations; that the seals affixed to said certificate are such corporate seals; that they were so affixed by orders of the respective Boards of Directors of said corporations and that he signed his name thereto by like orders.

Term expires: _March 30, 1968_

[Notary Seal]

_Doris Siegler_
Notary Public, State of New York, Qualified in County of

DORIS SIEGLER
Notary Public, State of New York
No. 24-8990900
Qualified in Kings County
Certificate filed in New York County
Commission Expires March 30, 1969

7.

2021MARVEL-0069155