# EXHIBIT 80

Steve Ditko, Larry Lieber





2021MARVEL-0003404

Steve Ditko, Larry Lieber



SOMETIME IN THE FUTURE, THE COLD WAR IS STILL WITH US, AND MEN WORK NIGHT AND DAY TO MAN THE FREE WORLD'S MASSIVE DEFENSE SYSTEM!

ALL RIGHT, MEN, YOUR SHIFT IS OVER! IT'S TIME TO REPLACE YOU WITH A FRESH CREW!



THEN, AS NOW, THERE IS ONE HAUNTING PROBLEM WHICH PLAGUES MANKIND...

GENERAL, YOU ARE ONLY HUMAN! WE CANNOT TAKE THE CHANCE THAT YOU MIGHT ACCIDENTALLY PRESS THE WRONG BUTTON AND CAUSE A WAR WITHOUT MEANING TO!

WHAT DO YOU PROPOSE, SIR?



THIS! WE HAVE CREATED THE MOST ADVANCED, SOPHISTICATED ROBOT OF ALL TIME! FROM NOW ON HE WILL BE IN CHARGE OF OUR DEFENSE SYSTEM! FOR ROBOT R-63 CANNOT MAKE A MISTAKE!



BUT, MR. SECRETARY, THERE ARE SOME DECISIONS A MAN CAN MAKE BETTER THAN A ROBOT!

OUR DECISION IS FINAL, GENERAL! YOU ARE HEREBY RELIEVED OF COMMAND! HENCEFORTH, YOU WILL ASSIST R-63! THAT IS ALL!



AND SO, COLDLY, UNEMOTIONALLY, THE COMPLETE THINKING MACHINE WHICH IS ROBOT R-63, ASSUMES COMMAND OF THE FREE WORLD'S DEFENSE ESTABLISHMENT!

I HOPE THEY HAVE MADE THE RIGHT DECISION! FOR THE SAKE OF ALL OF US, I HOPE THE ROBOT IS AS PERFECT AS THEY CLAIM!



AND THEN, ONE DAY--A CRISIS!

CONDITION RED! UNIDENTIFIED OBJECT ON SCREEN!

467

2021MARVEL-0003405











IT IS TRAVELLING AT I.C.B.M. SPEED! IT DOES NOT ACKNOWLEDGE OUR RADIO SIGNALS!
THIS IS THE MOMENT WE HAVE ALL DREADED! THE TIME FOR GRAVE DECISION!
THE ROBOT MUST DECIDE WHAT TO DO! SHALL HE PRESS THE BUTTON, LAUNCHING AN ALL-OUT COUNTER-ATTACK ON THE ENEMY? OR SHALL HE WAIT, AND SEE IF THIS IS JUST A FALSE ALARM?
AND, IN HIS LONELY CHAMBER, THE MIGHTY ROBOT BEGINS TO MAKE HIS DECISION, AS HIS ELECTRONIC BRAIN GATHERS AND ANALYZES THOUSANDS OF FACTS FASTER THAN ANY HUMAN BRAIN!
APPROACHING OBJECT MUST BE HOSTILE! IT DOES NOT REPLY TO OUR RADIO SIGNALS! IT APPROACHES AT DESTRUCTIVE SPEED! IT IS AIMED AT THE HEART OF THE FREE WORLD!
PREPARE TO LAUNCH NUCLEAR COUNTER-ATTACK!
WITHIN SECONDS, AT THE PRELIMINARY SIGNAL FROM R-63, THE FREE WORLD'S ARSENAL IS FULLY ALERTED!
3



BUT, IN THE MIDST OF THE PANIC, ONE MAN RE- MAINS CALM--

THERE'S SOMETHING ABOUT THIS THAT DOESN'T ADD UP! EVEN THOUGH THE ROBOT IS CERTAIN WE ARE BEING ATTACKED!



WHY SHOULD THE ENEMY SEND ONLY ONE MISSILE AT US ?? THEY KNOW OF OUR POWER! THEY KNOW WE WILL STRIKE BACK INSTANTLY AND DESTROY THEM! IF THEY WANT TO GAMBLE, THEY'D GAMBLE ON AN ALL- OUT ATTACK!



ANTI-MISSILE MISSILES READY!

ALL NUCLEAR WEAPONS CONDITION GO!

AT THE NEXT SIGNAL FROM R-63, WE WILL BEGIN OUR COUNTER- ATTACK UPON THE ENEMY!



AND THEN--SUDDENLY--

GREAT SCOTT! I HAVE IT! THE ANSWER!



OUT OF THE WAY! I MUST REACH THE ROBOT BEFORE HE PRESSES THE FINAL BUTTON!

GENERAL CRAIG! WAIT!

STOP HIM! NO ONE MAY DISTURB THE ROBOT!



BUT THE GUARD'S SLIGHT HESITATION-- THE GUARD'S NATURAL RELUCTANCE TO DEFY A FOUR-STAR GENERAL, GIVE THE FRANTIC OFFICER THE TIME HE NEEDS TO RACE INTO THE CHAMBER WHERE R-63 IS ABOUT TO SIGNAL THE START OF THE MOST DEVESTATING ATTACK IN HUMAN HISTORY!

STOP! DON'T PRESS THAT BUTTON!

4

2021MARVEL-0003407

THERE! I DISCONNECTED HIS ATOMIC ACTIVATOR UNIT! NOW HE CANNOT MOVE!
AND, AS A RESULT OF GENERAL CRAIG'S DESPERATE ACTION...
STOP THE COUNTDOWN!
ALL UNITS HOLDING!
STOP ALL SYSTEMS!
MEANWHILE, MILES ABOVE THE EARTH...
THE UNIDENTIFIED MISSILE SUDDENLY BURSTS INTO FLAME...
AND VANISHES FROM THE SIGHT OF MEN--FOREVER!
GENERAL, YOUR QUICK THINKING SAVED US FROM BEING PLUNGED INTO AN UN-PROVOKED WAR BY A MISCALCULA-TION OF THE ROBOT!
BUT HOW DID YOU KNOW THAT THE MISSILE WAS HARM-LESS?
I SUDDENLY RE-MEMBERED THAT ONE OF THE EARLIER SATELLITES, PUT INTO ORBIT IN THE 1960'S, WAS DUE TO FALL AT ABOUT THIS TIME! I KNEW IT HAD TO BE THE ANSWER!
WE HAVE BEEN PROVEN WRONG, GENERAL! NO MACHINE, NO MATTER HOW PERFECT, CAN THINK AS CLEARLY--CAN MAKE IMPORTANT DECISIONS--AS WELL AS THE MIRACULOUS MACHINE WHICH IS THE HUMAN BRAIN!
YOU ARE HEREBY RESTORED TO FULL COMMAND, GENERAL!
AND I PRAY THAT I TOO SHALL NEVER HAVE TO PUSH THAT FINAL BUTTON!
5
The END
THE BIG "STRANGE TALES ANNUAL" NOW ON SALE! ONLY 25¢! GET IT!



2021MARVEL-0003409



2021MARVEL-0003423

NO, DEAR READER, DO NOT LET THIS PICTURE FOOL YOU! THIS IS NOT A STORY WHICH TAKES PLACE YEARS AGO! DESPITE THE AGE OF THE JALOPY IN OUR PICTURE, THIS LITTLE TALE TAKES PLACE RIGHT NOW, IN 1962!
MMMM, THE OLD JALOPY'S RUNNIN' AS SMOOTH AS EVER!
ALTHOUGH MAYBE I COULD USE A MITE OF OIL!
COME TO THINK OF IT, I HAVEN'T CHANGED HER OIL IN OVER TWO YEARS! BUT SHE STILL RUNS SWEET AS CAN BE!
LOOK! THERE'S OLD JASPER JENKS IN HIS BEAT-UP JALOPY!
LET'S BEAT THE OLD RATTLETRAP TO THE BRIDGE!
HAH! WE DID IT! THAT OLD HEAP OUGHTTA BE TAKEN OFF THE ROAD AND PUT IN A MUSEUM!
BUT WISE-CRACKS ABOUT HIS CAR DIDN'T BOTHER JASPER! HE HAD HEARD THEM ALL-- OVER AND OVER AGAIN!
HEY, JASPER, WHERE'S THE RUBBER-BAND THAT SPINS YOUR MOTOR? HA HA!
WHEN YOU GONNA BUY A NEW MODEL, JASPER? A 1920 CAR, FOR INSTANCE??
LET THEM JOKE ALL THEY WANT TO! I'LL NEVER GET RID OF MY OLD JALOPY! IT'S BEEN FAITHFUL TO ME FOR YEARS! IT'S LIKE AN OLD FRIEND!
AND I DON'T BELIEVE IN DESERTING OLD FRIENDS!
2













488

2021MARVEL-0003425













FINALLY, THE ANGRY DRIVERS BEHIND JASPER COME OVER TO SEE WHAT'S WRONG...
I CAN'T UNDERSTAND IT! SHE NEVER STALLED BEFORE!
I CAN'T UNDERSTAND HOW THIS HEAP DIDN'T STALL TILL NOW!
WELL, NO SENSE STANDIN' AROUND! WE'LL BE HERE FOREVER IF WE DON'T DO SOMETHING!
YEAH! LET'S PUSH THE WRECK OFF THE ROAD!
COME ON-- PUSH!
UGH--WHAT DO YOU THINK WE'RE DOIN'??!
WE CAN'T-- OOF --BUDGE HER!
GRUNT!
UGH!
OOOF!
WUMPHH!
YOU'RE WASTIN' YOUR TIME, FELLAS! MY OLD JALOPY WON'T MOVE IF SHE HAS A MIND NOT TO!
WELL, YOU OLD FOOL, DO YOU EXPECT US TO STAY HERE ALL DAY! WE'VE GOT TO GET PAST YOU AND OVER THAT BRIDGE!
AT THAT MOMENT, SUDDENLY--INCREDIBLY--JASPER'S JALOPY BEGINS TO SLOWLY MOVE FORWARD--BY ITSELF!
L-LOOK! IT'S MOVING!
BUT--HOW??!
4













490

Steve Ditko, Larry Lieber



2021MARVEL-0003428



2021MARVEL-0003442













520

2021MARVEL-0003443

Steve Ditko, Larry Lieber















521

2021MARVEL-0003444















MY SUBJECTS HAVE BEEN SET FREE! THEY WILL SEEK REVENGE! THEY WILL HUNT ME DOWN! I MUST ESCAPE!
HERE, HIDDEN IN THE UNDER-BRUSH, I SHALL BE SAFE-- UNTIL I CAN FIND A WAY TO REGAIN MY NATURAL FORM!
THEN, AFTER DAYS OF DEEP THINKING...
THERE IS ONLY ONE WAY OUT! I MUST SLEEP-- SLEEP FOR A THOUSAND YEARS!
THEN, WHEN I AWAKE, A THOUSAND YEARS HENCE, MEN WILL HAVE LEARNED SO MUCH SCIENCE THAT THEY WILL KNOW HOW TO BREAK THE SPELL I AM UNDER! THEY WILL BE ABLE TO HELP ME!
I HAVE LEARNED THE MYSTIC SECRET OF PUT-TING MYSELF INTO A TRANCE! IT IS ESPECIALLY EASY FOR A FROG! I WILL DEFEAT THE MAGICIAN YET!
AND SO, THE FROG-MAN, USING ALL HIS ILL-GOTTEN KNOWLEDGE OF BLACK MAGIC, CAUSED HIMSELF TO FALL INTO A TRANCE, AND TO HIBERNATE FOR A FULL THOUSAND YEARS!
THE TIME HAS PASSED! I AM AWAKE AGAIN --ONE THOUSAND YEARS LATER!
ALL I NEED DO NOW IS FIND A WAY TO COMMUNICATE WITH SOMEONE! PERHAPS I CAN WRITE A MESSAGE BY SCRATCHING WORDS IN THE SAND...
SURELY, MANKIND WILL HAVE LEARNED HOW TO BREAK ANY MAGIC SPELL BY NOW, AND I WILL BE KING ZAKKIM AGAIN!
4















2021MARVEL-0003446







2021MARVEL-0003461



THIS MAY LOOK LIKE AN ORDINARY, AVERAGE AMERICAN HOME! AND YET, SLOWLY A LIGHT WISP OF SMOKE FLOATS TOWARDS THE SILENT HOUSE...



AND, MOMENTS LATER, WITH NO WARNING, THE **ROOF** BEGINS TO RISE GENTLY INTO THE AIR!



UNTIL, BEFORE OUR VERY EYES -- IT HAS **VANISHED!**

2021MARVEL-0003462

Don Heck, Steve Ditko, Larry Lieber











2021MARVEL-0003463

Don Heck, Steve Ditko, Larry Lieber











2021MARVEL-0003464











FINALLY, THE SILENCE IS BROKEN BY THE SOUND OF THE CRASH!
THUD!
AND THEN ALL IS QUIET AGAIN!
BUT NOW, THE LIMP FIGURE ITSELF IS SUDDENLY YANKED INTO THE AIR...
AND WE ARE LEFT WITH THE SIGHT OF A COMPLETELY EMPTY ROOM--AS YOU ARE FACED WITH A QUESTION --HAVE YOU BEEN WITNESSING THE SUPER-NATURAL? OR, MIGHT THERE BE A PERFECTLY LOGICAL EXPLANATION FOR THE STRANGE EVENTS WE HAVE WITNESSED? LET US NOW LEARN THE TRUTH...
THERE, DADDY! I TOOK EVERYTHING OUT OF MY OLD DOLL HOUSE AND PUT IT ALL INTO MY NEW ONE! I'M SURE MY DOLLS WILL BE MUCH MORE COMFORTABLE IN HERE!
I'M SURE THEY WILL, DEAR! IF THE SMOKE FROM MY PIPE IS BOTHERING YOU, LET ME KNOW, HONEY!
5
THE END

Steve Ditko, Larry Lieber





2021MARVEL-0003480













2021MARVEL-0003481

Steve Ditko, Larry Lieber











561

2021MARVEL-0003482

Steve Ditko, Larry Lieber













2021MARVEL-0003483











563

Steve Ditko, Larry Lieber



2021MARVEL-0003485



2021MARVEL-0003499











THE YEAR IS 2,100 A.D.! THE NAME OF OUR "HERO" IS CHARLIE NAST! AND, NO MATTER WHAT JOB HE GETS, THE STORY IS ALWAYS THE SAME...
LOAFING AGAIN, EH, CHARLIE? YOU'RE FIRED!
SO! TRYIN' TO ROB ME WHILE YOU WORK FOR ME, HUH? YOU'RE FIRED!
WHEN I TELL YOUR NEW BOSS ABOUT THAT BARROOM BRAWL YOU STARTED, YOU'LL BE OUT OF WORK AGAIN, CHARLIE! WHEN ARE YOU GONNA STRAIGHTEN UP AND REFORM?
BAH! EVERYBODY'S AGAINST ME! I HAVEN'T GOT A CHANCE! I'M JUST UNLUCKY, THAT'S ALL! I NEVER GET A BREAK!
GUYS LIKE CHARLIE NAST NEVER ADMIT THAT THEY'RE TO BLAME FOR THEIR MISFORTUNES! WELL, LET'S GET ON WITH OUR LITTLE TALE...
HMM, THERE'S A JANITOR'S JOB OPEN AT THE BROADCASTING COMPANY! AND LOOK AT THE SIZE OF THE PAYROLL THEY GET EVERY WEEK!
WORLD BROADCAST NETWOR
JANITOR WANTED
THIS IS THE CHANCE I'VE BEEN WAITIN' FOR! I'LL GRAB ME THE JANITOR'S JOB, AND THEN, ONCE I'M INSIDE, I'LL FIGURE OUT SOME WAY TO STEAL THAT PAYROLL! SHOULDN'T BE HARD FOR A BIG BRAIN LIKE ME!
AND SO, A FEW WEEKS LATER...
THERE'S THE PAYROLL BEING DELIVERED AGAIN, RIGHT ON SCHEDULE! NOW THAT I'VE GOT THE TIMING DOWN PAT, I'LL MAKE MY MOVE NEXT WEEK!
BUT, A SHORT TIME LATER, CHARLIE GETS A SUDDEN CHANGE OF PLAN...
YOU'RE ON THE AIR IN TEN MINUTES, SAM!
RIGHT! SAY-- THIS FIRST ITEM IS INTERESTING! A NEW PLANETOID HAS BEEN SIGHTED IN SECTOR B, AREA 7YG!
A NEW PLANETOID! THE FIRST IN YEARS!
2















571

2021MARVEL-0003501

Steve Ditko, Larry Lieber













572

2021MARVEL-0003502











2021MARVEL-0003503



2021MARVEL-0130206

Steve Ditko, Larry Lieber



2021MARVEL-0003504

Steve Ditko, Larry Lieber











2021MARVEL-0003505











586











587

2021MARVEL-0003507



AND NOW, SIR MOGARD-- YIELD-- YIELD, OR *PERISH!*

STAY YOUR BLADE, SIR BLACK KNIGHT! I YIELD!



BUT, ALTHOUGH HE HAS BEEN BESTED IN BATTLE, SIR MOGARD *STILL* REFUSES TO ADMIT HE WAS WRONG!

THE BLACK KNIGHT DEFEATED ME, BUT *YOU* HAD NOTHING TO DO WITH IT, MERLIN! I WAS SIMPLY *CARELESS,* THAT IS ALL! YOU USED NO MAGIC-- BECAUSE YOU HAVE NO TRUE MAGIC TO USE!

YOU STILL DOUBT MY POWER!



*POWER?* WHAT POWER? I SAY YOU HAVE *NO* POWER! THE BLACK KNIGHT BEAT ME WITH HIS FORCE OF ARMS, *NOT* WITH ANY MAGIC DUE TO YOU! I *STILL* SAY YOU ARE A DODDERING OLD MAN! A FAKE! DO YOU HEAR? *A FAKE!*

FOR THE LAST TIME, SIR MOGARD, YOU HAVE PUSHED ME TOO FAR...



YOU SAY I HAVE NO MAGIC POWER? NOW WE SHALL SEE! IN FRONT OF THE EYES OF ALL ASSEMBLED HERE, I SHALL *SHOW* YOU MY POWER-- *BEHOLD!*



BEHOLD THE ONE WHO DEFEATED YOU-- MY MIGHTY BLACK KNIGHT! HAVE I NO POWER, MOGARD? FOR IF I HAVE NOT, THEN YOU WERE INDEED BESTED MERELY BY *AN EMPTY SUIT OF ARMOR!*

**5** LEGEND HAS IT THAT MOGARD NEVER AGAIN UTTERED ANOTHER WORD FOR THE REST OF HIS DAYS! FOR THE JEALOUS KNIGHT WAS STRUCK DUMB BY THE WONDER HE BEHELD-- THE WONDER OF MERLIN'S MAGIC!

*The End*

2021MARVEL-0003508



2021MARVEL-0130201



2021MARVEL-0003509

Steve Ditko, Larry Lieber



THIS IS ONE OF THE GREATEST MOMENTS IN THE HISTORY OF MANKIND! THE FINAL BRIEFING FOR MAN'S FIRST FLIGHT TO -- THE STARS!!

WE ALL *KNOW* THAT THE UNIVERSE CONTAINS NO LIFE! BUT IT WILL BE YOUR JOB TO DISCOVER WHAT TYPE MINERALS AND GASSES ARE TO BE FOUND OUT IN SPACE!



AND SO, THE FATEFUL TRIP BEGINS! A JOURNEY WHICH IS TO HAVE AN ENDING THE LIKES OF WHICH NO HUMAN HAS EVER DREAMED!



WE'VE BEEN FLYING AT MANY TIMES THE SPEED OF LIGHT FOR WEEKS -- AND NOW, THERE IS OUR FIRST PLANET FROM OUTSIDE THE SOLAR SYSTEM!

PREPARE TO LAND AND TAKE FINDINGS!



MINUTES LATER...

WHAT HAVE YOU FOUND ??

LOOK! OVER THERE-- IT-IT'S *INCREDIBLE!*



THEN, BACK ON THE HOME PLANET EARTH...

SPACE EXPLORATION GROUP ONE IS CONTACTING US! IT'S THEIR FIRST REPORT FROM AN ALIEN PLANET!

CALLING EARTH! CALLING EARTH!



PREPARE YOURSELVES FOR A *SHOCK...* WE HAVE DISCOVERED A FORM OF -- *LIFE!!*

LIFE ?? OUT IN SPACE!!

OH *NO!* IT CAN'T BE! IT *MUSTN'T* BE!

THIS IS *TERRIBLE!*

2

605

2021MARVEL-0003510

WE EXPECT TO RETURN TO EARTH IMMEDIATELY, WITH EVIDENCE OF OUR FINDINGS! THAT IS ALL!
NO! NO! WAIT--DO NOT DISCONNECT! WAIT! NO USE--THEY HAVE BROKEN CONTACT!!
WE NEVER EXPECTED ANYTHING LIKE THIS!!
DON'T THEY REALIZE WHAT THEY HAVE DONE??
THEY MUST BE STOPPED!
JUST THINK OF THE TERRIBLE CONSEQUENCES IF THAT SHIP RETURNS TO EARTH!! IT IS TOO HORRIBLE TO CONTEMPLATE!
"IF THERE IS LIFE ON THAT PLANET, THEN THERE MUST BE GERMS OUT THERE! GERMS WHICH WE OF EARTH WILL BE VULNERABLE TO! GERMS WHICH MANKIND HAS NEVER HAD TIME TO BUILD UP DEFENSES AGAINST!"
I CANNOT FIND AN ANTIDOTE FOR THESE GERMS FROM SPACE! THEY KEEP MUL-TIPLYING WITHOUT LET-UP!
"IF ONE SINGLE HUMAN FALLS ILL, DUE TO THE SPACE GERMS--
"--IT COULD START AN EPIDEMIC, A PLAGUE, WHICH WOULD SPREAD THRUOUT OUR PLANET--
"--UNTIL ALL OF EARTH IS DEVASTATED!! FOR WE WOULD HAVE NO DEFENSES AGAINST STRANGE GERMS FROM OUTER SPACE--THEY COULD DO MORE HARM THAN THE MOST DANGER-OUS NUCLEAR BOMBS! THEY COULD WIPE OUT MANKIND!!!"
3

Steve Ditko, Larry Lieber



"THE SPACE SHIP MUST NEVER BE ALLOWED TO RETURN! THE RISK TO THE HUMAN RACE IS TOO GREAT!!"



THEY ARE ALL GOOD MEN, BRAVE MEN! IT IS A TERRIBLE FATE TO IMPOSE UPON THEM--BUT WE HAVE NO OTHER CHOICE! WE *MUST* DO IT!



CALLING SPACE EXPLORATION SHIP ONE! NOW HEAR THIS--YOU ARE FORBIDDEN TO RETURN TO EARTH--! YOU HAVE BECOME A THREAT TO MANKIND! YOU MUST REMAIN IN SPACE--FOREVER!

*NO!* YOU CANNOT MEAN IT! WAIT--



NOTHING YOU CAN SAY WILL CHANGE OUR MINDS! IF YOU ATTEMPT TO REACH EARTH, OUR MISSILES WILL DESTROY YOU! YOUR SHIP IS TOO GREAT A MENACE TO US! THERE IS NO TELLING *WHAT* GERMS YOU MAY BE CARRYING!

*WAIT!* HEAR US! YOU CAN'T *DO* THIS!



I-I MUST BREAK CONTACT!! I CANNOT BEAR TO HEAR THEIR VOICES! WHAT WE ARE DOING IS A DREADFUL THING-- IT SHALL HAUNT US THE REST OF OUR LIVES!

BUT WE *HAD* TO SACRIFICE THE FEW-- FOR THE BILLIONS WHO REMAIN ON EARTH!

CLICK!



IT IS DONE! IT CANNOT BE UNDONE! IT IS BEST TO FORGET--IF EVER WE CAN!

THEY ARE HEROES --ALL OF THEM! THEIR NAMES SHALL BE ENSHRINED FOR AS LONG AS MAN WALKS THE EARTH!

4

607

2021MARVEL-0003512

AND, COUNTLESS LIGHT YEARS OUT IN SPACE, ON THAT FAR DISTANT WORLD...
THEY HAVE BROKEN RADIO CONTACT! IT IS OVER!
IF ONLY THEY'D HAVE LISTENED--GIVEN US A CHANCE TO EXPLAIN!
BUT NOW IT'S TOO LATE! NOW WE CAN NEVER CONTACT THEM AGAIN --WE CAN NEVER TELL THEM! NOW, FOR THE REST OF ETERNITY, THEY WILL NEVER KNOW!!!
THEY WILL NEVER KNOW THAT THE GERMS ON THIS WORLD ARE A DIFFERENT TYPE--
THEY ARE GERMS WHICH FIGHT AND DESTROY DISEASE GERMS!!
THAT IS WHY THE NATIVES OF THIS PLANET LIVE FOR CENTURIES, AS EARTHMEN MIGHT HAVE DONE, TOO...
FOR THIS WORLD IS THE NEAREST THING TO PARADISE THAT MAN HAS EVER DIS-COVERED--BUT THE HUMAN RACE, IN ITS FEAR AND IGNORANCE, HAS TURNED ITS BACK UPON IT!
HUMANITY COULD HAVE HAD LIFE WITHOUT DISEASE--BUT NOW IT WILL NEVER BE! PERHAPS IT IS BEST THAT THEY NEVER KNOW --FOR THEY WOULD NEVER FORGIVE THEMSELVES!!
THIS IS A TALE WHICH HAS NOT YET HAPPENED! AND, IF WE ARE BRAVE--IF WE REFUSE TO PANIC BEFORE THE THREAT OF THE UNKNOWN--THEN, PERHAPS IT NEVER SHALL HAPPEN!
5

THE END