# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>               Plaintiff,<br><br>v.<br><br>LAWRENCE D. LIEBER,<br><br>               Defendant. | Case No.: 1:21-cv-7955-LAK<br>and consolidated cases<br>21-cv-7957-LAK and 21-cv-7959-LAK  |



LAWRENCE D. LIEBER,

               Counterclaimant,

v.

MARVEL CHARACTERS, INC., and DOES
1-10, inclusive,

               Counterclaim-Defendants.

---

MARVEL CHARACTERS, INC.,

               Plaintiff,

v.

PATRICK S. DITKO, in his capacity as
Administrator of the Estate of Stephen J.
Ditko,

               Defendant.

---

PATRICK S. DITKO, in his capacity as
Administrator of the Estate of Stephen J.
Ditko,

               Counterclaimant,

v.

MARVEL CHARACTERS, INC. and DOES
1-10, inclusive,

               Counterclaim-Defendants.

**JOINT STIPULATION AND
[PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR MOTION
TO EXCLUDE EXPERT TESTIMONY**

MARVEL CHARACTERS, INC.,

          Plaintiff,

v.

KEITH A. DETTWILER, in his capacity as
Executor of the Estate of Donald L. Heck,

          Defendant.

KEITH A. DETTWILER, in his capacity as
Executor of the Estate of Donald L. Heck

          Counterclaimant,

v.

MARVEL CHARACTERS, INC. and DOES
1-10, inclusive,

          Counterclaim-Defendants.

## STIPULATION

Plaintiff and Counterclaim-Defendant Marvel Characters, Inc. ("MCI") and Defendant and Counterclaimant Patrick S. Ditko (collectively, the "Parties") hereby stipulate as follows:

**WHEREAS**, on May 19, 2023, MCI filed its Motion to Exclude the Expert Reports and Testimony of Mark Evanier (the "Motion");

**WHEREAS**, Patrick Ditko intends to oppose the Motion;

**WHEREAS**, the Parties previously stipulated, and this Court so ordered, a briefing schedule with respect to the Parties' pending cross-motions for summary judgment, but had not yet set a briefing schedule with respect to any motion(s) to exclude expert testimony;

**WHEREAS**, the Parties have conferred and reached agreement on a mutual briefing schedule with respect to such motion(s).

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, subject to the Court's approval, that:

1. The deadline for Patrick Ditko to file an opposition to the Motion shall be Sunday, June 11, 2023;

- 2 -

2.  The deadline for MCI to file a reply in support of the Motion shall be Friday, June 30, 2023;

3.  If Patrick Ditko files a motion to exclude expert testimony, MCI shall commensurately have three weeks to file an opposition thereto.

Dated:  May 30, 2023                          **O'MELVENY & MYERS LLP**

By:       */s/ Daniel M. Petrocelli*
                Daniel M. Petrocelli

Daniel M. Petrocelli*
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Matthew Kaiser*
mkaiser@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779


* Admitted pro hac vice

*Attorneys for Marvel Characters, Inc.*

Dated:  May 30, 2023                          **TOBEROFF & ASSOCIATES, P.C.**

By:       */s/ Marc Toberoff*
                Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Patrick S. Ditko*

SO ORDERED

LEWIS A. KAPLAN, USDJ

- 3 -