# EXHIBIT 80

Steve Ditko, Larry Lieber





2021MARVEL-0003404



SOMETIME IN THE FUTURE, THE COLD WAR IS STILL WITH US, AND MEN WORK NIGHT AND DAY TO MAN THE FREE WORLD'S MASSIVE DEFENSE SYSTEM!

ALL RIGHT, MEN, YOUR SHIFT IS OVER! IT'S TIME TO REPLACE YOU WITH A FRESH CREW!



THEN, AS NOW, THERE IS ONE HAUNTING PROBLEM WHICH PLAGUES MANKIND...

GENERAL, YOU ARE ONLY HUMAN! WE CANNOT TAKE THE CHANCE THAT YOU MIGHT ACCIDENTALLY PRESS THE WRONG BUTTON AND CAUSE A WAR WITHOUT MEANING TO!

WHAT DO YOU PROPOSE, SIR?



THIS! WE HAVE CREATED THE MOST ADVANCED, SOPHISTICATED ROBOT OF ALL TIME! FROM NOW ON HE WILL BE IN CHARGE OF OUR DEFENSE SYSTEM! FOR ROBOT R-63 CANNOT MAKE A MISTAKE!



BUT, MR. SECRETARY, THERE ARE SOME DECISIONS A MAN CAN MAKE BETTER THAN A ROBOT!

OUR DECISION IS FINAL, GENERAL! YOU ARE HEREBY RELIEVED OF COMMAND! HENCEFORTH, YOU WILL ASSIST R-63! THAT IS ALL!



AND SO, COLDLY, UNEMOTIONALLY, THE COMPLETE THINKING MACHINE WHICH IS ROBOT R-63, ASSUMES COMMAND OF THE FREE WORLD'S DEFENSE ESTABLISHMENT!

I HOPE THEY HAVE MADE THE RIGHT DECISION! FOR THE SAKE OF ALL OF US, I HOPE THE ROBOT IS AS PERFECT AS THEY CLAIM!



AND THEN, ONE DAY--A CRISIS!

CONDITION RED! UNIDENTIFIED OBJECT ON SCREEN!

467

2021MARVEL-0003405











2021MARVEL-0003406

Steve Ditko, Larry Lieber



BUT, IN THE MIDST OF THE PANIC, ONE MAN RE-MAINS CALM--

THERE'S SOMETHING ABOUT THIS THAT DOESN'T ADD UP! EVEN THOUGH THE ROBOT IS CERTAIN WE ARE BEING ATTACKED!



WHY SHOULD THE ENEMY SEND ONLY *ONE* MISSILE AT US ?? THEY *KNOW* OF OUR POWER! THEY KNOW WE WILL STRIKE BACK INSTANTLY AND DESTROY THEM! IF THEY *WANT* TO GAMBLE, THEY'D GAMBLE ON AN *ALL-OUT ATTACK!*



ANTI-MISSILE MISSILES READY!

ALL NUCLEAR WEAPONS CONDITION GO!

AT THE NEXT SIGNAL FROM R-63, WE WILL BEGIN OUR COUNTER-ATTACK UPON THE ENEMY!



AND THEN--SUDDENLY--

GREAT SCOTT! I *HAVE* IT! THE *ANSWER!*



OUT OF THE WAY! I *MUST* REACH THE ROBOT BEFORE HE PRESSES THE FINAL BUTTON!

GENERAL CRAIG! *WAIT!*

*STOP HIM! NO ONE* MAY DISTURB THE ROBOT!



BUT THE GUARD'S SLIGHT HESITATION -- THE GUARD'S NATURAL RELUCTANCE TO DEFY A FOUR-STAR GENERAL, GIVE THE FRANTIC OFFICER THE TIME HE NEEDS TO RACE INTO THE CHAMBER WHERE R-63 IS ABOUT TO SIGNAL THE START OF THE MOST DEVESTATING ATTACK IN HUMAN HISTORY!

STOP! DON'T PRESS THAT BUTTON!

4

469

2021MARVEL-0003407















THE BIG "STRANGE TALES ANNUAL" NOW ON SALE! ONLY 25¢! GET IT!

2021MARVEL-0003408



2021MARVEL-0003409



2021MARVEL-0003423

Don Heck, Steve Ditko, Larry Lieber



NO, DEAR READER, DO NOT LET THIS PICTURE FOOL YOU! THIS IS **NOT** A STORY WHICH TAKES PLACE YEARS AGO! DESPITE THE AGE OF THE JALOPY IN OUR PICTURE, THIS LITTLE TALE TAKES PLACE RIGHT **NOW**, IN 1962!

MMMM, THE OLD JALOPY'S RUNNIN' AS SMOOTH AS EVER!



ALTHOUGH MAYBE I **COULD** USE A MITE OF OIL!

COME TO THINK OF IT, I HAVEN'T CHANGED HER OIL IN OVER TWO YEARS! BUT SHE STILL RUNS SWEET AS CAN BE!



LOOK! THERE'S OLD JASPER JENKS IN HIS BEAT-UP JALOPY!

LET'S BEAT THE OLD RATTLETRAP TO THE BRIDGE!



HAH! WE **DID** IT! THAT OLD HEAP OUGHTTA BE TAKEN OFF THE ROAD AND PUT IN A **MUSEUM!**



BUT WISE-CRACKS ABOUT HIS CAR DIDN'T BOTHER JASPER! HE HAD HEARD THEM **ALL--** OVER AND OVER AGAIN!

HEY, JASPER, WHERE'S THE RUBBER-BAND THAT SPINS YOUR MOTOR? HA HA!

WHEN YOU GONNA BUY A NEW MODEL, JASPER? A 1920 CAR, FOR INSTANCE??



LET THEM JOKE ALL THEY WANT TO! I'LL **NEVER** GET RID OF MY OLD JALOPY! IT'S BEEN FAITHFUL TO ME FOR YEARS! IT'S LIKE AN OLD FRIEND!

AND I DON'T BELIEVE IN DESERTING OLD FRIENDS!

2

2021MARVEL-0003424

Don Heck, Steve Ditko, Larry Lieber













488

2021MARVEL-0003425

Don Heck, Steve Ditko, Larry Lieber













489

2021MARVEL-0003426





2021MARVEL-0003428



2021MARVEL-0003442

Steve Ditko, Larry Lieber













2021MARVEL-0003443















2021MARVEL-0003444















522

2021MARVEL-0003445

Steve Ditko, Larry Lieber















2021MARVEL-0003446



2021MARVEL-0003447



*STRANGE TALES #105, FEBRUARY 1963*

the SUPERNATURAL!



HOW WOULD **YOU** DEFINE THE SUPERNATURAL??
EVERYBODY SEEMS TO HAVE THEIR **OWN** VERSION! NOW, ON THE PAGES THAT FOLLOW, YOU WILL SEE EVENTS THAT **MUST** BE CALLED SUPER-NATURAL! OR--**MUST** THEY?

SCRIPT: **STAN LEE** • ART: **STEVE DITKO** • LETTERING: **ART SIMEK**

529

2021MARVEL-0003461

Don Heck, Steve Ditko, Larry Lieber



THIS MAY LOOK LIKE AN ORDINARY, AVERAGE AMERICAN HOME! AND YET, SLOWLY A LIGHT WISP OF SMOKE FLOATS TOWARDS THE SILENT HOUSE...



AND, MOMENTS LATER, WITH NO WARNING, THE ROOF BEGINS TO RISE GENTLY INTO THE AIR!



UNTIL, BEFORE OUR VERY EYES—— IT HAS VANISHED!

2

2021MARVEL-0003462

Don Heck, Steve Ditko, Larry Lieber



INSIDE THE HOUSE, WE SEE A TYPICAL, EVERYDAY SCENE AS A MAN SEEMS TO BE ABSORBED IN HIS NEWSPAPER WHILE THE WOMAN OF THE HOUSE BENDS OVER HER KITCHEN CHORES!



BUT ONCE AGAIN WE CATCH A GLIMPSE OF THE SLOWLY MOV~ ING SMOKEY VAPOR...



...AND **THIS** TIME IT IS THE **WOMAN** WHO SILENTLY RISES INTO THE AIR...



...AS THE MAN OF THE HOUSE CONTINUES TO STARE AT HIS NEWSPAPER, UNAWARE OF WHAT HAS TAKEN PLACE!



AT THIS POINT, THE PACE OF OUR STRANGE TALE **ACCELERATES**, AS THE VERY FURNITURE ITSELF BEGINS TO FLOAT UP- WARD...

2021MARVEL-0003463

Don Heck, Steve Ditko, Larry Lieber











532

2021MARVEL-0003464

Don Heck, Steve Ditko, Larry Lieber











2021MARVEL-0003465

Steve Ditko, Larry Lieber





2021MARVEL-0003480

Steve Ditko, Larry Lieber



2021MARVEL-0003481

Steve Ditko, Larry Lieber











561

2021MARVEL-0003482













2021MARVEL-0003483

Steve Ditko, Larry Lieber











2021MARVEL-0003484

Steve Ditko, Larry Lieber



2021MARVEL-0003485



2021MARVEL-0003499

Steve Ditko, Larry Lieber











2021MARVEL-0003500

Steve Ditko, Larry Lieber



A REPORT JUST CAME IN--THE NEW PLANETOID IS THOUGHT TO CONTAIN A GREAT **TREASURE**! BETTER HOLD UP THE NEWS ITEM TILL WE CAN VERIFY IT!

RIGHT, CHIEF! IF WE BROADCAST THE NEWS **NOW**, THERE'LL BE A STAMPEDE FOR THE NEW PLANETOID TWELVE!



MINUTES LATER...

**THERE!** THAT'LL KEEP YOU FROM BROADCASTING THE NEWS UNTIL I GET A HEAD START FOR PLANETOID TWELVE!

LUCKY THING I HEARD ABOUT THE THE ASTEROID, AND THE TREASURE! THIS SURE BEATS ROBBING PAYROLLS!



IT ONLY TAKES CHARLIE NAST A FEW MINUTES TO REACH THE SPACEPORT, AND THEN...

THAT'S RIGHT, PAL! YOUR TWO-MAN ROCKET IS ALL FUELED AND READY, AND YOU'RE A LICENSED SPACE PILOT! SO YOU'RE TAKIN' ME FOR A LITTLE RIDE!

I'M GONNA BE SURE THAT **I'M** THE FIRST MAN TO SET FOOT ON PLANETOID TWELVE-- THEN **I** CAN CLAIM THE TREASURE FOR MY- SELF!



YOU'RE OUT OF YOUR MIND! YOU CAN'T HI-JACK A SPACE SHIP LIKE THIS!

I'M **DOIN'** IT, AIN'T I? DON'T WORRY, PAL, MAYBE I'LL SHARE A LITTLE OF THE TREASURE WITH YOU IF YOU'RE LUCKY! JUST BE SURE YOU DON'T TRY ANY TRICKS!



HEARING THAT NEWS ITEM WAS THE FIRST GOOD BREAK I EVER HAD! ACCORDING TO SPACE LAW, A PLANETOID AND EVERYTHING ON IT BELONGS TO THE FIRST MAN TO SET FOOT ON IT, NO MATTER **WHO** HE IS!



AFTER A FEW HOURS FLIGHT, AT SPEEDS EQUALLING THE SPEED OF LIGHT...

THIS IS **IT**-- PLANETOID TWELVE!

AND IT'S GONNA BE **MINE**-- ALL **MINE**!

3

571

2021MARVEL-0003501













2021MARVEL-0003502

Steve Ditko, Larry Lieber











2021MARVEL-0003503



2021MARVEL-0130206



2021MARVEL-0003504











585

2021MARVEL-0003505











586

2021MARVEL-0003506











587

2021MARVEL-0003507

Steve Ditko, Larry Lieber











588

2021MARVEL-0003508



2021MARVEL-0130201



2021MARVEL-0003509

Steve Ditko, Larry Lieber



THIS IS ONE OF THE GREATEST MOMENTS IN THE HISTORY OF MANKIND! THE FINAL BRIEFING FOR MAN'S FIRST FLIGHT TO -- THE STARS!!

WE ALL *KNOW* THAT THE UNIVERSE CONTAINS NO LIFE! BUT IT WILL BE YOUR JOB TO DISCOVER WHAT TYPE MINERALS AND GASSES ARE TO BE FOUND OUT IN SPACE!



AND SO, THE FATEFUL TRIP BEGINS! A JOURNEY WHICH IS TO HAVE AN ENDING THE LIKES OF WHICH NO HUMAN HAS EVER DREAMED!



WE'VE BEEN FLYING AT MANY TIMES THE SPEED OF LIGHT FOR WEEKS -- AND NOW, THERE IS OUR FIRST PLANET FROM OUT-SIDE THE SOLAR SYSTEM!

PREPARE TO LAND AND TAKE FINDINGS!



MINUTES LATER...

WHAT HAVE YOU FOUND ??

LOOK! OVER THERE-- IT-IT'S *INCREDIBLE!*



THEN, BACK ON THE HOME PLANET EARTH...

SPACE EXPLORATION GROUP ONE IS CON-TACTING US! IT'S THEIR FIRST REPORT FROM AN ALIEN PLANET!

CALLING EARTH! CALLING EARTH!



PREPARE YOURSELVES FOR A *SHOCK*... WE HAVE DISCOVERED A FORM OF-- *LIFE!!*

LIFE ?? OUT IN SPACE!!

OH *NO!* IT CAN'T BE! IT *MUSTN'T* BE!

THIS IS *TERRIBLE!*

2

605

2021MARVEL-0003510

Steve Ditko, Larry Lieber











2021MARVEL-0003511

Steve Ditko, Larry Lieber



"THE SPACE SHIP MUST NEVER BE ALLOWED TO RETURN! THE RISK TO THE HUMAN RACE IS TOO GREAT!!"



THEY ARE ALL GOOD MEN, BRAVE MEN! IT IS A TERRIBLE FATE TO IMPOSE UPON THEM--BUT WE HAVE NO OTHER CHOICE! WE *MUST* DO IT!



CALLING SPACE EXPLORATION SHIP ONE! NOW HEAR THIS--YOU ARE FORBIDDEN TO RETURN TO EARTH--! YOU HAVE BECOME A THREAT TO MANKIND! YOU MUST REMAIN IN SPACE--FOREVER!

NO! YOU CANNOT MEAN IT! WAIT--



NOTHING YOU CAN SAY WILL CHANGE OUR MINDS! IF YOU ATTEMPT TO REACH EARTH, OUR MISSILES WILL DESTROY YOU! YOUR SHIP IS TOO GREAT A MENACE TO US! THERE IS NO TELLING *WHAT* GERMS YOU MAY BE CARRYING!

WAIT! HEAR US! YOU CAN'T *DO* THIS!



I-I MUST BREAK CONTACT!! I CANNOT BEAR TO HEAR THEIR VOICES! WHAT WE ARE DOING IS A DREADFUL THING-- IT SHALL HAUNT US THE REST OF OUR LIVES!

BUT WE *HAD* TO SACRIFICE THE FEW-- FOR THE BILLIONS WHO REMAIN ON EARTH!

CLICK!



IT IS DONE! IT CANNOT BE UNDONE! IT IS BEST TO FORGET--IF EVER WE CAN!

THEY ARE HEROES --ALL OF THEM! THEIR NAMES SHALL BE ENSHRINED FOR AS LONG AS MAN WALKS THE EARTH!

4

607

2021MARVEL-0003512

Steve Ditko, Larry Lieber









608

2021MARVEL-0003513