# EXHIBIT 33

Steve Ditko, Larry Lieber



2021MARVEL-0003514

# "Dr. STRANGE MASTER OF BLACK MAGIC!"









**1**

Steve Ditko, Larry Lieber



THE NEXT MORNING, ON A QUIET SIDE STREET IN NEW YORK'S COLOR-FUL GREENWICH VILLAGE...

I'M HERE TO SEE *DR. STRANGE!* HE DOESN'T KNOW ME, BUT---

*DOCTOR STRANGE* KNOWS ALL! ENTER!



SUDDENLY, A TALL, BROODING FIGURE APPEARS, WEARING A STRIKING AMULET AT HIS THROAT! THE COLD GREY EYES OF *DR. STRANGE* SEEM TO PIERCE THE MIST OF THE ROOM LIKE A KNIFE!

I-I HAD TO COME! I'M IN TROUBLE!

NATURALLY! ALL WHO COME TO ME ARE! SPEAK...



IT'S MY *DREAMS!* EVERY NIGHT I HAVE THE SAME DREAM---OVER AND OVER!! IT'S TERRIBLE! I CAN'T STAND IT!

CONTINUE...



IT'S ALWAYS THE SAME! A HAUNTING FIGURE, BOUND IN CHAINS APPEARS... IT STARES AT ME! IT NEVER STOPS! *NEVER!*

ENOUGH!



TONIGHT I SHALL VISIT YOU! I SHALL FIND THE ANSWER TO YOUR DREAM! NOW GO!

BUT *HOW??* HOW WILL YOU *DO* IT?



...BY *ENTERING* YOUR DREAM!!!

!!!



LATER, ALONE IN HIS ROOM, *DR. STRANGE* SITS SILENTLY IN FRONT OF AN ANCIENT INCENSE BURNER, AS HIS PHYSICAL BODY GOES INTO AN EERIE TRANCE...

IT IS TIME FOR ME TO VISIT *THE MASTER,* FROM WHOM ALL MY POWERS STEM...



LIKE A FLEETING GHOST, HIS METAPHYSICAL SPIRIT LEAVES HIS MOTIONLESS BODY AND DRIFTS AWAY...



...BEING WITHOUT FORM OR SUBSTANCE, NOTHING CAN IMPEDE ITS FLIGHT! IT DRIFTS EFFORTLESSLY THRU THE BUILDING WALL..



...HIGH INTO THE SKY... ACROSS THE VAST OCEAN ...ACROSS THE CONTI-NENTS... CONQUERING ALL OF TIME AND SPACE IN ITS SILENT FLIGHT...

2

Steve Ditko, Larry Lieber



...UNTIL FINALLY, AT A HIDDEN TEMPLE SOMEWHERE IN THE REMOTE VASTNESS OF ASIA...



IT IS GOOD THAT YOU HAVE COME, MY SON! I SENSE *DANGER* SURROUNDING YOU! YOU MUST BE CAUTIOUS, FOR MY DAYS ARE NUMBERED, AND IT IS *YOU* WHO WILL SOME DAY TAKE MY PLACE IN THE BATTLE AGAINST THE FORCES OF DARKNESS AND EVIL!



I SHALL HEED YOUR WORDS, RESPECTED MASTER! I SHALL TRY TO PROVE WORTHY OF YOUR TRUST IN ME!

SO BE IT! NOW GO, FOR I AM WEARY! BUT MARK YOU WELL --- SHOULD DANGER THREATEN, DEPEND UPON YOUR MAGIC AMULET!



THAT NIGHT, THOUSANDS OF MILES TO THE WEST, *DR. STRANGE*, IN HIS MORTAL FORM AGAIN, VISITS THE MAN WHO HAS SOUGHT HIS HELP!

YOU MUST SLEEP NOW--- AND HAVE NO FEAR! I SHALL BE NEARBY!

I DON'T KNOW WHAT THERE IS ABOUT YOU, BUT IT GIVES A MAN A FEELING OF--- CONFIDENCE!



MINUTES LATER...

SLEEP HAS OVERCOME HIM! HE BEGINS TO DREAM! IT IS TIME FOR ME TO ENTER MY TRANCE!



AND, AS HIS BODY GOES RIGID AND COLD, THE METAPHYSICAL SPIRIT OF *DR. STRANGE* DRIFTS UPWARD, INTO THE VERY DREAM ITSELF WHICH UNFURLS BEFORE IT!



IT IS DESOLATE HERE--LONELY AND FORBODING! WAIT! SOMEONE BEGINS TO APPEAR!



NO! NO!! STAY AWAY! PLEASE--- STAY AWAY!



*YOU!* WHOEVER--- WHATEVER YOU ARE-- WHY DO YOU TORMENT HIM SO??

HE WELL KNOWS THE REASON WHY!

3.

3

Steve Ditko, Larry Lieber



I AM THE SYMBOL OF EVIL! THE EVIL *HE* HAS DONE! THAT IS WHY I AM CHAINED SO! IF YOU DO NOT BELIEVE---ASK MR. CRANG!



*SUDDENLY, ANOTHER FORM APPEARS--- FAR MORE MENACING THAN THE FIRST!*

*SO!* IT IS *DR. STRANGE!* YOU HAVE ENTERED THE DIMENSION OF DREAMS FOR THE LAST TIME! NEVER AGAIN SHALL YOU THWART ME!

*NIGHTMARE---* MY ANCIENT FOE!



YOU KNOW THE RULES OF SORCERY, *DR. STRANGE!* THOSE WHO ENTER A HOSTILE DIMENSION MUST BE PREPARED TO *PAY* FOR IT--- WITH THEIR *LIVES!*



*MEANWHILE, IN THE SEMI-DARK BEDROOM, THE SLEEPER AWAKES!*

HE MENTIONED *MR. CRANG!* SO *THAT'S* WHAT IT'S ALL ABOUT! THERE'S *DR. STRANGE!* HE MUST HAVE HEARD IT ALL!



HE IS IN A TRANCE ---HELPLESS! IT'S JUST AS WELL! HE MUSTN'T BE ALLOWED TO LIVE WITH WHAT HE HAS LEARNED!



BEHOLD, *DR. STRANGE---* YOU MAY WITNESS YOUR OWN DESTRUCTION! YOUR MORTAL BODY IS UNPROTECTED--- ITS LIFE IS ABOUT TO BE SNUFFED OUT!



*NOTHING* CAN SAVE YOU NOW!

THERE IS YET *ONE* WHO CAN! *MASTER!* HEAR ME! I NEED THEE, *MASTER!!*



*AND, ACROSS THE LIMITLESS VOID OF TIME AND SPACE, TWO ANCIENT EARS HEAR THE DESPERATE CRY OF DR. STRANGE!*

HE CALLS!



THERE IS ONLY ONE WAY TO HELP HIM--- THRU THE ENCHANTED AMULET! I MUST CONCENTRATE-- --CONCENTRATE---

4

2021MARVEL-0003518

Steve Ditko, Larry Lieber



AND, HALFWAY ACROSS THE WORLD, THE MYSTERIOUS GOLD AMULET ON *DR. STRANGE'S* CHEST BEGINS TO GLOW -- -- BRIGHTER, EVER BRIGHTER...



...UNTIL IT SLOWLY OPENS, REVEALING A FANTASTIC METAL *EYE* WITHIN...

AN EYE SUCH AS NO MORTAL HAS EVER BEHELD ...SUCH AS NO MORTAL WOULD EVER WANT TO BEHOLD AGAIN!

AND SUDDENLY, FROM THAT UNBLINKING ORB, A BLINDING HYPNOTIC RAY SHOOTS OUT, FREEZING THE AMAZED HUMAN TO THE SPOT, AS HIS LIMBS GROW STRANGELY RIGID!









AND, IN THAT SPLIT-SECOND, TAKING ADVANTAGE OF THE SUDDEN INTERRUPTION, *DR. STRANGE* DARTS PAST HIS ENEMY IN THE DREAM DIMENSION...



I MADE IT! I'M SAFE IN MY OWN DIMENSION!

YOU'VE ELUDED ME *THIS* TIME, BUT I'LL GET YOU *YET!*

AND, AS THE AWESOME AMULET LOSES ITS BLINDING RADIANCE, THE METAPHYSICAL SPIRIT OF *DR. STRANGE* ONCE AGAIN ENTERS HIS EARTHLY BODY!







I SHALL RELIEVE YOU OF BOTH YOUR WEAPON, AND YOUR HYPNOTIC SPELL! NOW SPEAK-- AND SPEAK ONLY THE *TRUTH,* I COMMAND YOU!

IT'S OVER! YOU'RE STILL ALIVE! THAT MEANS I'VE *LOST!*



I WAS A FOOL TO COME TO YOU – I DIDN'T SUSPECT MY DREAMS WERE CAUSED BY THE MANY MEN I'D RUINED IN BUSINESS! CRANG WAS THE LAST OF THEM! I ROBBED HIM--- BUT HE COULDN'T PROVE IT! NOW---NOW I'LL CONFESS...

IT WILL BE THE ONLY WAY YOU CAN EVER SLEEP AGAIN!







*NEXT ISSUE:*

EXPLORE THE MYSTIC WORLD OF BLACK MAGIC ONCE AGAIN WITH *DOCTOR STRANGE* AS YOUR GUIDE!

–THE END–

2021MARVEL-0003519